**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| MICHAEL F. GILMORE, a citizen and resident of Loudon County, Tennessee,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and<br><br>THE DOW CHEMICAL COMPANY CORPORATION,<br><br>and<br><br>BROWN & BROWN ABSENCE SERVICES GROUP, LLC,<br><br>Defendants. | ) | No.: 3:23-cv-212 |

**PROOF OF SERVICE AFFIDAVIT DOW CHEMICAL**

STATE OF TENNESSEE )
)
COUNTY OF KNOX )

I, John P. Dreiser, being first duly sworn, hereby make oath that I mailed by Certified Mail a copy of the Summons and Complaint to The Dow Chemical Company Corporation on June 23, 2023, by and through their registered agent, CT Corporation System. CT Corporation System was served on June 23, 2023. The return receipt is submitted herewith to the Court for filing in the record of this cause.

Respectfully submitted, this 7th day of July, 2023.

JOHN P. DREISER

Sworn to and subscribed before me
This 5th day of July, 2023.

Sarah Turner
NOTARY PUBLIC

Expiration of Commission: 8/5/25

SARAH TURNER STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE DOW CHEMICAL COMPANY CORP.
c/o CT CORPORATION SYSTEM
300 MONTVUE ROAD
KNOXVILLE, TN 37919

9590 9402 5422 9189 9637 94

2. Article Number *(Transfer from service label)*

7019 2280 0001 7598 2953

PS Form 3811, July 2015 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Samantha Sutton ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* JUN 29 2023

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt