**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| MICHAEL F. GILMORE, a citizen and resident of Loudon County, Tennessee, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:23-cv-212 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and | ) | |
| THE DOW CHEMICAL COMPANY CORPORATION, | ) | |
| and | ) | |
| BROWN & BROWN ABSENCE SERVICES GROUP, LLC, | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE AFFIDAVIT LINCOLN NATIONAL LIFE INSURANCE**

STATE OF TENNESSEE )
)
COUNTY OF KNOX )

I, John P. Dreiser, being first duly sworn, hereby make oath that I mailed by Certified Mail a copy of the Summons and Complaint to The Lincoln National Life Insurance Company on June 30, 2023, by and through the Tennessee Commissioner of Insurance. The Tennessee Commissioner of Insurance was served on June 30, 2023. The return receipt is submitted herewith to the Court for filing in the record of this cause.

Respectfully submitted, this 10th day of July, 2023.

JOHN P. DREISER

Sworn to and subscribed before me
This 10h day of July, 2023.

Cathy A. Weaver
NOTARY PUBLIC

Expiration of Commission: 11/23/24

CATHY A. WEAVER STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE LINCOLN NATIONAL LIFE INS CO.
C/O TENNESSEE COMMISSIONER OF INS.
500 JAMES ROBERTSON PARKWAY
DAVY CROCKET TOWER, 4TH FLOOR
NASHVILLE, TN 37243

9590 9402 5422 9189 9637 87

2. Article Number (Transfer from service label)

7019 2280 0001 7598 2939

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RECEIVED
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

JUN 30 2023

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

C&I MAILROOM

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt