**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| MICHAEL F. GILMORE, a citizen and resident of Loudon County, Tennessee, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:23-cv-212 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and | ) | |
| THE DOW CHEMICAL COMPANY CORPORATION, | ) | |
| and | ) | |
| BROWN & BROWN ABSENCE SERVICES GROUP, LLC, | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE AFFIDAVIT BROWN & BROWN**

| | |
|---|---|
| STATE OF TENNESSEE | ) |
| | ) |
| COUNTY OF KNOX | ) |

I, John P. Dreiser, being first duly sworn, hereby make oath that I mailed by Certified Mail a copy of the Summons and Complaint to Brown & Brown Absence Services Group, LLC, on June 23, 2023, by and through their registered agent, Corporation Service Company. Corporation Service Company was served on June 29, 2023. The return receipt is submitted herewith to the Court for filing in the record of this cause.

Respectfully submitted, this 12th day of July, 2023.

JOHN P. DREISER

Sworn to and subscribed before me
This 12th day of July, 2023.

Cathy A. Weaver
NOTARY PUBLIC

Expiration of Commission: 11/23/24

CATHY A. WEAVER STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BROWN & BROWN ABSENCE
SERVICES GROUP, LLC
C/O CORPORATION SERVICE CO.
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

9590 9402 5422 9189 9638 00

2. Article Number *(Transfer from service label)*

7019 2280 0001 7598 2946

PS Form 3811, July 2015 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Dennis Ratliff
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt