**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **MICHAEL F. GILMORE,**<br><br>Plaintiff,<br><br>v.<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>and<br><br>**THE DOW CHEMICAL COMPANY CORPORATION**,<br><br>and<br><br>**BROWN & BROWN ABSENCE SERVICES GROUP, LLC**,<br><br>Defendants. | ) | CIVIL ACTION NO. 3:23-cv-00212-TAV-JEM<br><br>Judge Thomas A. Varlan<br><br>Magistrate Judge Jill E. McCook |

**JOINT MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff Michael F. Gilmore ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") and file this Joint Motion Regarding Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed his Complaint on June 16, 2023. Defendants The Dow Chemical Company and Brown & Brown Absence Services Group, LLC were served on June 29, 2023, and must file their respective Answers or otherwise respond by July 20, 2023. Defendant Lincoln was served on June 30, 2023, and must file its Answer or otherwise respond to the Complaint by July 21, 2023.

2. The Parties request an extension of the deadline for all Defendants to respond to or answer Plaintiff's Complaint to allow Defendants time to obtain the necessary documents and information to appropriately respond to the Complaint and to retain counsel.

3. This Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties requests that the Court enter an order that all Defendants shall have until and including August 4, 2023, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 19th day of June 2023.

**LAW OFFICES OF TONY FARMER AND JOHN DREISER**

/s/ John P. Dreiser
John P. Dreiser (BPR #020743)
1356 Papermill Pointe Way
Knoxville, TN 37909
PH: (865) 584-1211
FX: (865) 584-1171
Email: John@farmerdreiser.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

John P. Dreiser, Esq.
john@farmerdreiser.com

July 19, 2023 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers