**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **MICHAEL F. GILMORE,** Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:23-cv-00212-TAV-JEM |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) Judge Thomas A. Varlan |
| and | ) Magistrate Judge Jill E. McCook |
| **THE DOW CHEMICAL COMPANY CORPORATION**, | ) |
| and | ) |
| **BROWN & BROWN ABSENCE SERVICES GROUP, LLC**, Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT THE**
**DOW CHEMICAL COMPANY CORPORATION WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant The Dow Chemical Company Corporation, based on the following stipulation:

It is hereby stipulated by and between Michael F. Gilmore ("Gilmore") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their respective counsel, that The Dow Chemical Company Corporation, is hereby dismissed from this action without prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of The Dow Chemical Company Corporation, having been dismissed from the action.

Dismissal under 41(a)(1)(i) is proper since The Dow Chemical Company Corporation has not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against The Dow Chemical Company Corporation.

Dated this 21st day of July 2023.

Respectfully Submitted,

**LAW OFFICES OF TONY FARMER AND JOHN DREISER**

/s/ John P. Dreiser
John P. Dreiser (BPR #020743)
1356 Papermill Pointe Way
Knoxville, TN 37909
PH: (865) 584-1211
FX: (865) 584-1171
Email: John@farmerdreiser.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

John P. Dreiser, Esq.
john@farmerdreiser.com

July 21, 2023 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers