TN Department of Commerce & Insurance

FILED

JUL 24 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

July 20, 2023

Lincoln National Life Ins. Co.
2908 Poston Avenue C/O C S C
Nashville, TN 37203
NAIC # 65676

Certified Mail
Return Receipt Requested
7020 1290 0001 6213 5306
Cashier # 232741

Re: Michael F Gilmore V. Lincoln National Life Ins. Co.

Docket # 323Cv212

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served June 30, 2023, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
800 Market Street Ste 330
Knoxville, Tn 37902

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260

[redacted]

Department of
**Commerce &**
**Insurance**

Service of Process
500 James Robertson Parkway
Nashville, TN 37243

First Class Mail
ComBasPrice

US POSTAGE PITNEY BOWES
ZIP 37243 $ 000.63[0]
02 4W
0000390139 JUL 21 2023

RECEIVED
JUL 24 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**Federal District Court Clerk**
**800 Market Street , Ste 330**
**Knoxville, TN 37902**

37902$2343 C010