**IN THE EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| MICHAEL F. GILMORE,<br>a citizen and resident of Louden<br>County, Tennessee,<br><br>Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br>and<br><br>THE DOW CHEMICAL COMPANY<br>CORPORATION,<br>and<br><br>BROWN & BROWN ABSENCE<br>SERVICES GROUP, LLC,<br><br>Defendants. | ) | No.: 3:23-cv-212 |

**<u>JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Plaintiff Michael F. Gilmore ("Plaintiff") and Defendant Brown & Brown Absence Services Group, LLC ("Brown & Brown") (collectively, "the Parties"), by and through counsel, pursuant to Fed. R. Civ. P. 6(b), submit this Joint Motion for Extension of Time to Respond to Plaintiff's Complaint and for the same would show as follows:

1. Plaintiff filed their Complaint on June 16, 2023.

2. Brown & Brown was served on June 29, 2023 and pursuant to Fed. R. Civ. P. 7 was to file an answer or otherwise respond to the Complaint by July 20, 2023.

3. On July 20, 2023, this Court granted Plaintiff and Defendant Lincoln National Life Insurance Company's Joint Motion Regarding Deadline to Respond to Plaintiff's Complaint,

which requested that all Defendants have until and including August 4, 2023, to answer or otherwise respond to Plaintiff's Complaint.

4. Cameron S. Hill, Jamie Ballinger, and Erika L. Hughes were not retained to represent Brown & Brown until July 31, 2023. The Parties request an extension of twenty-one (21) days from August 4, 2023 for Brown & Brown to respond to Plaintiff's Complaint. This additional time is needed to allow counsel time to obtain documents and information necessary to respond to the Complaint.

5. This Motion is not being filed for purpose of delay.

6. A proposed order is being submitted herewith.

WHEREFORE, the Parties request that the Court enter an order allowing for Defendant Brown & Brown Absence Services Group, LLC until and including August 25, 2023, within which to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 1st day of August, 2023.

**LAW OFFICES OF TONY FARMER AND JOHN DREISER**

s/*John P. Dreiser* (w/express permission by J. Ballinger)
John P. Dreiser (BPR #020743)
Tony Farmer (BPR #001865)
1356 Papermill Pointe Way
Knoxville, TN 37909
PH: (865) 584-1211
FX: (865) 584-1171
Email: John@farmerdreiser.com
Attorneys for Plaintiff

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**

s/*Jamie Ballinger*
Cameron S. Hill (BPR #017408)
Jamie Ballinger (BPR #027309)

Erika L. Hughes (BPR #035755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
PH: (865) 549-7000
FX: (865) 525-8569
Email: chill@bakerdonelson.com
Email: jballinger@bakerdonelson.com
Email: ehughes@bakerdonelson.com
Attorneys for Brown & Brown Absence Services Group, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true and correct copy of the foregoing was sent via U.S. Regular Mail with sufficient postage thereon and/or electronic mail to all counsel of record as follows:

| | |
|---|---|
| Iwana Rademaekers, Esq.<br>17304 Preston Road, Suite 800<br>Dallas, Texas 75252<br>Main: (214) 579-9319<br>Fax: (469) 444-6456<br>Email: iwana@rademaekerslaw.com<br>Attorney for Lincoln National Life Insurance Company | John P. Dreiser, Esq.<br>Tony Farmer, Esq.<br>1356 Papermill Pointe Way<br>Knoxville, TN 37909<br>PH: (865) 584-1211<br>FX: (865) 584-1171<br>Email: John@farmerdreiser.com<br>Attorneys for Plaintiff |

This 1st day of August, 2023.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**

s/*Jamie Ballinger*