**IN THE EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| MICHAEL F. GILMORE,<br>a citizen and resident of Louden<br>County, Tennessee,<br><br>Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br>and<br><br>THE DOW CHEMICAL COMPANY<br>CORPORATION,<br>and<br><br>BROWN & BROWN ABSENCE<br>SERVICES GROUP, LLC,<br><br>Defendants. | ) | No.: 3:23-cv-212 |

**[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter is before the Court for consideration of the Joint Motion for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the Motion and the record, and for good cause shown, the Motion is hereby **GRANTED**.

Defendant Brown & Brown Absence Services Group, LLC shall have until and including August 25, 2023, within which to answer or otherwise respond to Plaintiff's Complaint.

______________________________
MAGISTRATE JILL E. COOK

*Approval Signatures Follow*

APPROVED FOR ENTRY:

**LAW OFFICES OF TONY FARMER AND JOHN DREISER**

s/*John P. Dreiser* (w/express permission by J. Ballinger)
John P. Dreiser (BPR #020743)
Tony Farmer (BPR #001865)
1356 Papermill Pointe Way
Knoxville, TN 37909
PH: (865) 584-1211
FX: (865) 584-1171
Email: John@farmerdreiser.com
Attorneys for Plaintiff

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**

s/*Jamie Ballinger*
Cameron S. Hill (BPR #017408)
Jamie Ballinger (BPR #027309)
Erika L. Hughes (BPR #035755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
PH: (865) 549-7000
FX: (865) 525-8569
Email: jballinger@bakerdonelson.com
Email: ehughes@bakerdonelson.com
Attorneys for Brown & Brown Absence Services Group, LLC