IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICHAEL F. GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | ) | No.: 3:23-CV-212-TAV-JEM |

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455, the undersigned judge hereby recuses in this matter and requests that the Chief Judge reassign this case to another judge.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge