**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| MICHAEL F. GILMORE,<br><br>*Plaintiff*,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *et al*.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:23-cv-212 |

---

**ORDER**

---

Pursuant to 28 U.S.C. § 455, the Honorable Jill E. McCook, United States Magistrate Judge, has recused herself in this action. Accordingly, it is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable Debra C. Poplin, United States Magistrate Judge, to handle any matters routinely considered by a magistrate judge pursuant to 28 U.S.C. § 636(b) and the Rules of this Court.

**SO ORDERED.**

/s/ ***Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**