**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **MICHAEL F. GILMORE,** | ) |
| | ) CIVIL ACTION NO. 3:23-cv-00212-TAV-DCP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Thomas A. Varlan |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) |
| | ) |
| | ) |
| and | ) Magistrate Judge Debra C. Poplin |
| | ) |
| **BROWN & BROWN ABSENCE SESRVICES GROUP, LLC**, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**<u>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>**

Defendant The Lincoln National Life Insurance Company files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.

2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 4th day of August 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800

Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **4th day of August 2023**, a true and correct copy of the foregoing pleading was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

John P. Dreiser, Esq.
john@farmerdreiser.com

Jamie Ballinger, Esq.
jballinger@bakerdonelson.com

Erica L. Hughes, Esq.
ehughes@bakerdonelson.com

Cameron S. Hill, Esq.
chill@bakerdonelson.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers