**IN THE EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| MICHAEL F. GILMORE,<br>a citizen and resident of Loudon<br>County, Tennessee,<br><br>Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br>and<br><br>THE DOW CHEMICAL COMPANY<br>CORPORATION,<br>and<br><br>BROWN & BROWN ABSENCE<br>SERVICES GROUP, LLC,<br><br>Defendants. | ) | No.: 3:23-cv-212 |

---

**NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANT BROWN & BROWN ABSENCE SERVICES GROUP, LLC, WITH PREJUDICE**

---

Plaintiff, Michael F. Gilmore, by counsel, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, gives notice of the voluntary dismissal of his claims against Defendant Brown & Brown Absence Services Group, LLC, with prejudice.

Defendant Brown & Brown Absence Services Group, LLC has not served an answer or a motion for summary judgment in this case, and Plaintiff dismisses this Defendant only from this action.

Respectfully submitted this 24th day of August, 2023.

s/ John P. Dreiser
John P. Dreiser (BPR #020743)
DREISER LAW GROUP, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909
PH: (865) 584-1211
FX: (865) 584-1171
Email: John@farmerdreiser.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2023, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system:

Iwana Rademaekers, Esq.
17304 Preston Road, Suite 800
Dallas, Texas 75252

*Attorney for Lincoln National Life Insurance Company*

Cameron S. Hill
Jamie Ballinger
Erika L. Hughes
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919

*Attorneys for Brown & Brown Absence Services Group, LLC*

This 24th day of August, 2023.

s/ John P. Dreiser
John P. Dreiser (BPR #020743)