UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MICHAEL F. GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 3:23-cv-212-TAV-DCP |

## SCHEDULING ORDER

**1. Introduction:** This case appears to be an action seeking benefits under the provisions of an employee benefit plan pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001-1461 ("ERISA").

**2. Consent to Magistrate Judge:** The parties are reminded that United States magistrate judges in this District have authority pursuant to 28 U.S.C. § 636(c) to try civil cases upon consent of the parties.

**3. Mediation:** The parties are advised of the availability of the Federal Mediation Program (*see* Local Rule 16.4) and shall consider utilization of the program.

**4. Administrative Record:**

a) The employee benefit plan administrator or fiduciary must serve a full and complete copy of the administrative record in this case on the plaintiff and file a "Notice of Service of the ERISA Record" with the Court within forty-five (45) days of this Order.

b) The employee benefit plan administrator or fiduciary must file the relevant portions of the administrative record in this case with the Court within seventy-five (75) days of the entry of this Order.

c) Plaintiff will have forty-five (45) days after service of the ERISA record within which to file and serve any objections to the ERISA record.

5. **Disclosure and Discovery:**

a) **Discovery:** In the event any discovery in this case is appropriate, it will be completed within sixty (60) days after defendant files its "Notice of Service of the ERISA Record."

b) **Discovery Disputes:** Discovery disputes shall be resolved in the following manner:

(1) Parties shall first meet and/or confer in an attempt to resolve disputes between themselves, without judicial intervention;

(2) If the parties are unable to resolve such disputes informally, they shall attempt to resolve their disagreement by conference with the Magistrate Judge assigned to this case, who shall have the discretion to make findings and enter an order on the dispute; and

(3) If, and only if, the parties are unable to resolve their disputes after conference with the Magistrate Judge, they may file appropriate written motions with the Court, which may be referred to the Magistrate Judge. Any written motions regarding discovery shall include a certification of compliance with steps one (1) and two (2) above as well as the written certification required by Fed. R. Civ. P. 37(a)(1), if applicable.

6. **Dispositive Motions:**

a) All parties are deemed to have moved for judgment in their respective favor based upon the administrative record.

b) The parties shall file their respective motions for Judgment on the Record, with supporting memorandum of law and citations to the ERISA record, within ninety (90) days after the defendant files its "Notice of Service of the ERISA Record."

c) Responses to motions for Judgment on the Record shall be filed within twenty (20) days after service of the initial motions for judgment on the record.

d) The parties shall be permitted (but are not required) to file a short, five (5) page reply brief to the opposing party's response brief, within seven (7) days of the filing of the opposing party's response brief.

e) If deemed necessary, the Court will schedule an oral argument; however, the Court may resolve the case based only upon the written submissions.

**7. Adjustment of Deadlines**: By written stipulation signed by all counsel and filed with the Court, the parties may adjust the deadlines set forth above, provided that no extension greater than thirty (30) days of any particular deadline will be permitted except by permission of the Court.

SHOULD THE PARTIES DESIRE A CHANGE IN ANY OF THE OTHER DATES, THEY SHOULD NOTIFY THE COURT AND SEEK AN ORDER CHANGING THOSE DATES.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE