**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **MICHAEL F. GILMORE,** | ) |
| | ) CIVIL ACTION NO. 3:23-cv-00212-TAV-DCP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Thomas A. Varlan |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

---

**NOTICE OF SERVICE OF THE ERISA RECORD**

---

Pursuant to the Scheduling Order (Document 23) entered by the Court on August 25, 2023, Notice is hereby given that on October 9, 2023, The Lincoln National Life insurance Company served a full and complete bates-labeled copy the administrative record upon Plaintiff via electronic mail.

Respectfully submitted this 9th day of October 2023.


**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **9th day of October 2023**, a true and correct copy of the foregoing **NOTICE OF SERVICE OF THE ERISA RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

John P. Dreiser, Esq.
john@farmerdreiser.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers