**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **MICHAEL F. GILMORE,** | ) |
| | ) CIVIL ACTION NO. 3:23-cv-00212-TAV-DCP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Thomas A. Varlan |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD UNDER SEAL**

Defendant The Lincoln National Life Insurance Company files Defendant's Submission of Administrative Record pursuant to the Scheduling Order (Document 23) entered by the Court on August 25, 2023. Defendant certifies the following documents constitute the entire administrative record pertaining to plaintiff's claims the subject of this action:

1. Group Disability Income Policy Certificate (Lincoln/Gilmore 0001-0041);

2. April 5, 2023, correspondence containing decision on appeal (Lincoln/Gilmore 0072-0079); and

3. The Administrative Record pertaining to LTD claim (Lincoln/Gilmore 0042-0071 and 0080-1424).

Dated this 8th day of November 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **8th day of November 2023**, a true and correct copy of the foregoing **DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification.

John P. Dreiser, Esq.
john@farmerdreiser.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers