**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 10419522 Claim Last Updated 06/20/2023 Printed On 7/6/2023

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | MICHAEL F GILMORE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 7658.34 | Mode | M |
| | | Date of Hire | 01/08/2001 | | |
| | | Last Work Date | 05/08/2020 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Light | | |

JobDesc FIELD JOB PLANNER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 08/31/2020 |
| Disability Date | 05/09/2020 | Close Date | 11/09/2022 | Reopen Date | |
| Sick Days Left | 184 | Max Ben Date | 07/07/2035 | RTW FT / PT | |
| Ben Begin Date | 11/09/2020 | Apprv Thru Date | 11/08/2022 | Gross Ben $ | |

Diagnosis 1 Code/Desc G90.09 Other idiopathic peripheral autonomic neuropathy

Diagnosis 2 Code/Desc E11.9 Type 2 diabetes mellitus without complications

Policyholder Information

Customer ID 04 - 437693 THE DOW CHEMICAL COMPANY

Subsidiary 4049 ROHM & HAAS CHEMICALS LLC

Location 00000000 THE DOW CHEMICAL COMPANY

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2008

Class 2B FULL-TIME SALARIED EES WITH 1 YEAR OR MORE OF SERVICE INTHE OPT-UP PL/

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value PSS

Partial Disability Type/Pct PTDB Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 2B | 01/01/2010 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 10419522 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**07/05/2023 1:48 PM - OVERPMT Note 20**
Claim/Event/Leave: 10419522
NoteSubject : OP/SS
Other Subject : COLLECTIONS CLOSED
Text: [07/05/2023 - LATOUR, REBEKAH]JMC COLLECTION AGENCY HAS CLOSED THEIR FILE AS OF 6/15/23, UNABLE TO CONTACT CLAIMANT FOR PYMT OF OUTSTANDING OP BAL. NO WRITE OFF ACTION TAKEN AS FILE IS NOW IN LITIGATION. FOLLOW UP SET TO AWAIT INSTRUCTION FROM LEGAL.

**07/05/2023 12:41 PM - CLAIM Note 131**
Claim/Event/Leave: 10419522
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [07/05/2023 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**06/14/2023 2:42 PM - OVERPMT Note 19**
Claim/Event/Leave: 10419522
NoteSubject : OP/2nd Notice
Other Subject :
Text: [06/14/2023 - SULLIVAN, ERIN]SENDING

**06/01/2023 5:39 PM - OVERPMT Note 18**
Claim/Event/Leave: 10419522
NoteSubject : OP/Ck Adj
Other Subject :
Text: [06/01/2023 - SULLIVAN, ERIN]NO UDPATE

**05/18/2023 8:27 PM - OVERPMT Note 17**
Claim/Event/Leave: 10419522
NoteSubject : OP/Ck Adj
Other Subject :
Text: [05/18/2023 - SULLIVAN, ERIN]FROM: SULLIVAN, ERIN SENT: THURSDAY, MAY 18, 2023 8:22 PM TO: KILLIAN, NAKESHIA M <NAKESHIA.KILLIAN@LFG.COM> SUBJECT: 10419522 GILMORE GOOD AFTERNOON, CAN YOU CONFIRM IF THE ATTORNEY LETTER SENT ON 3/20/2023 WAS ADDRESSED? IT LOOKS LIKE THEY WERE REQUESTING INFORMATION. JUST WANT TO KNOW IF I CAN PROCEED WITH SENDING TO COLLECTIONS OR IF THEY ARE STILL APPEALING? THANK YOU,

**05/01/2023 4:39 PM - OVERPMT Note 16**
Claim/Event/Leave: 10419522
NoteSubject : OP/SS
Other Subject :
Text: [05/01/2023 - SULLIVAN, ERIN]WILL REVIEW IN TEAM MEETING FOR NEXT STEPS

**04/05/2023 10:18 AM - CLAIM Note 130**
Claim/Event/Leave: 10419522
NoteSubject : Appeal
Other Subject : OUT
Text: [04/05/2023 - KILLIAN, NAKESHIA]MAINTAIN DENIAL OF BENEFITS. ADDITIONAL PHYSICIAN REVIEW CONDUCTED DURING APPEAL. R/L'S ARE SUPPORTED HOWEVER WOULD NOT PRECLUDE EE FROM OCCUPATIONAL FUNCTION. ALT OCCS WERE IDENTIFIED. NOTIFIED ATTY.

**04/03/2023 4:43 PM - OVERPMT Note 15**
Claim/Event/Leave: 10419522
NoteSubiect : OP/Ck Adi

Other Subject :
Text: [04/03/2023 - SULLIVAN, ERIN]STILL IN APPEAL PROCESS AND PENDING DEP NOA. MOVING FOLLOW UP OUT AS ATTY HAS BEEN CONTACTED

**03/27/2023 11:07 AM - CLAIM Note 129**
Claim/Event/Leave: 10419522
NoteSubject : Appeal
Other Subject : REASSIGNED
Text: [03/27/2023 - ARVENITIS, KERRY]APPEAL REASSIGNED TO NAKESHIA KILLIAN

**03/22/2023 1:12 PM - PHONE Note 57**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : SSDP NOA
Text: [03/22/2023 - HANNAN, STEPHANIE]CALLED ATTONEY OFFICE AND LEFT MESSAGE WITH PARA LEGAL CATHY WEAVER REQUESTING A RETURN CALL TO PROVIDE UPDATE ON SSDP NOA. TASK SET TO REVIEW APP STATUS WITH ATTORNEY OFFICE.

**03/21/2023 8:21 AM - CLAIM Note 128**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : LETTER FROM ATTY
Text: [03/21/2023 - KING, JERRONDA]LETTER REC'D FROM ATTY REGARDING DEPOSITION AND TO GET SOME INFO ON PEER REVIEWER.

**03/17/2023 6:35 PM - OVERPMT Note 14**
Claim/Event/Leave: 10419522
NoteSubject : OP/SS
Other Subject :
Text: [03/17/2023 - SULLIVAN, ERIN]MOVING FOLLOW UP OUT PENDING FURTHER INFO AND POSSIBLE CLAIM REOPEN

**03/14/2023 10:30 AM - CLAIM Note 127**
Claim/Event/Leave: 10419522
NoteSubject : LTR to Atty
Other Subject :
Text: [03/14/2023 - KING, JERRONDA]LETTER SENT TO ATTY DECLINING THE REQUEST FOR DEPOSITION OF DR. ANDREW NAVA AND PROVIDING DR. NAVA'S CV

**03/13/2023 1:53 PM - PHONE Note 56**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : SSDP APP UPDATE
Text: [03/13/2023 - HANNAN, STEPHANIE]CALLED EE TO OBTAIN AN UPDATE ON SSDP NOA. HOWEVER, EES VOICEMAIL BOX IS FULL AND UNABLE TO LEAVE A MESSAGE. EMAILING VENDOR BROWN AND BROWN TO SEE IF THEY CAN PROVIDE AN UPDATE. TASK SET TO REVIEW VENDORS RESPONSE

**03/13/2023 11:39 AM - CLAIM Note 126**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : MLS
Text: [03/13/2023 - KING, JERRONDA]REFERRAL TO SENT TO MLS FOR CV FOR DR. ANDREW NAVA

**03/13/2023 11:37 AM - CLAIM Note 125**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject :
Text: [03/13/2023 - KING, JERRONDA]LETTER REC'D FROM ATTY ASKING FOR CREDENTIAL FOR DR. ANDREW NAVA AND DEPOSITION TIME TO BE ARRANGED.

**03/09/2023 2:24 PM - CLAIM Note 124**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/09/2023 - LAVOIE, DIANE]INVOICE RECEIVED ON 3/9/23 AND DATED 3/7/23 FROM MLS, INVOICE #148556-1 IN THE AMOUNT OF $660.00 FOR PEER REVIEW . INVOICE PAID IN FULL.

**03/09/2023 9:05 AM - CLAIM Note 123**
Claim/Event/Leave: 10419522
NoteSubject : LTR to Atty
Other Subject : RIGHT TO REVIEW
Text: [03/09/2023 - KING, JERRONDA]RTR SENT TO ATTY WITH DEADLINE OF 3/30 TO PROVIDE RESPONSE.

**03/09/2023 8:38 AM - CLAIM Note 122**
Claim/Event/Leave: 10419522

NoteSubject : Peer Review
Other Subject : ADR. NAVA
Text: [03/09/2023 - KING, JERRONDA]PM&R REVIEW NOTED NO EVIDENCE OF FUNCTIONAL IMPAIRMENT.

**03/01/2023 9:19 PM - OVERPMT Note 13**
Claim/Event/Leave: 10419522
NoteSubject : OP/SS
Other Subject :
Text: [03/01/2023 - SULLIVAN, ERIN]FROM: KEVIN SHUNNEY <KSHUNNEY@BBABSENCE.COM> SENT: FRIDAY, FEBRUARY 24, 2023 11:33 AM TO: SULLIVAN, ERIN <ERIN.SULLIVAN@LFG.COM> SUBJECT: MICHAEL GILMORE 10419522 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPENLINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** GOOD MORNING, FYI ON THIS ONE. THE CLAIMANT RETAINED A PRIVATE ATTY TO ASSIST WITH SOME MATTERS RELATED TO THE OP WITH LTD. WE RE CEASING PURSUIT. THANKS, KEVIN

**02/28/2023 3:57 PM - CLAIM Note 121**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : ETA 3/3
Text: [02/28/2023 - KING, JERRONDA]FROM: ELIZA ZEPEDA <EZEPEDA@MLSGROUPLLC.COM> SENT: TUESDAY, FEBRUARY 28, 2023 11:10 AM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: RE: #148556-1 SIGNED SYNOPSIS THEY NEED TO GIVE THE REVIEWER AT LEAST 72 HOURS TO REVIEW THE NEW INFORMATION ADDED TO THE CASE WOULD YOU BE FINE WITH MARCH 3RD AT 8PM?

**02/28/2023 6:43 AM - CLAIM Note 120**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : EMAIL TO VENDOR
Text: [02/28/2023 - KING, JERRONDA]FROM: KING, JERRONDA SENT: TUESDAY, FEBRUARY 28, 2023 6:43 AM TO: ELIZA ZEPEDA <EZEPEDA@MLSGROUPLLC.COM> SUBJECT: FW: #148556-1 SIGNED SYNOPSIS HELLO ELIZA, I HAVE NOT RECEIVED THE REPORT YET FROM THE REVIEWING PHYSICIAN. CAN YOU FORWARD THIS INFORMATION TO BE ADDED IN TO THE REVIEW? THANKS

**02/28/2023 6:41 AM - CLAIM Note 119**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : DR. BARBER
Text: [02/28/2023 - KING, JERRONDA]EMG / NCV 6/3/2020 AND NOTE REC'D FROM DR. BARBER DATED 2/27/2023 ****** REFERRAL BACK TO VENDOR TO ADD IN REVIEW.

**02/16/2023 5:10 PM - OVERPMT Note 12**
Claim/Event/Leave: 10419522
NoteSubject : OP/SS
Other Subject :
Text: [02/16/2023 - SULLIVAN, ERIN]FROM: SEAN O'BRIEN <SOBRIEN@BBABSENCE.COM> ON BEHALF OF 565 - B&B ABSENCE REIMBURSEMENT FACILITATION SENT: WEDNESDAY, FEBRUARY 15, 2023 3:51 PM TO: SULLIVAN, ERIN <ERIN.SULLIVAN@LFG.COM> SUBJECT: RE: MICHAEL GILMORE 10419522 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** HI ERIN, GOOD AFTERNOON. PLEASE BE ADVISED THAT WE ARE CEASING PURSUIT OF THIS OP. THE CLAIMANT LET US KNOW THAT HE HAS RETAINED A PRIVATE ATTORNEY AND WILL NEED TO DEAL DIRECTLY WITH LFG. PLEASE LET US KNOW IF YOU HAVE ANY QUESTIONS OR WOULD LIKE ADDITIONAL INFORMATION. BEST REGARDS, SEAN

**02/16/2023 6:58 AM - CLAIM Note 118**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : MEDS SENT
Text: [02/16/2023 - KING, JERRONDA]FROM: LEAHEY, SABRINA <SABRINA.LEAHEY@LFG.COM> SENT: WEDNESDAY, FEBRUARY 15, 2023 10:51 AM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: FW: (SECURE) LINCOLN FINANCIAL GROUP INDEPENDENT REVIEW - CLAIM: 10419522YOUR REFERRAL HAS BEEN SENT TO AN EXTERNAL VENDOR AS NO ICP IS AVAILABLE TO HANDLE IT. SEE ATTACHED FOR THE VENDOR ASSIGNMENT.

**02/15/2023 8:50 PM - CLAIM Note 117**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/15/2023 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**02/14/2023 11:59 AM - CLAIM Note 116**
Claim/Event/Leave: 10419522
NoteSubject : Action Plan
Other Subject :
Text: [02/14/2023 - KING, JERRONDA]DOD: 5/9/2020, BBD 11/9/2020, PAID THRU 11/8/2022, DENIED NOT TD AO. EE HAS DX OF DM, PERIPHERAL NEUROPATHY, LBP, SLEEP APNEA, HIP PAIN, SHOULDER PAIN, ETC. PRIOR REVIEW BY DR. CRAIG ROSENBERG, PM&R, NOTED FT SED WORKCAPACITY. AP'S DR. BARBER AND MARIAH HALL PHILLIPS PAC WERE IN AGREEMENT. TSA IDENTIFIED ALT OCC'S. DENIAL WAS ISSUED 8/17/2022. ATTY APPEALED WITH THE SSA FILE INCLUDING FULL FAVORABLE DETERMINATION. CLAIM HAS BEEN REFERRED FOR A PM&R REVIEW WITH AP CONTACT. LETTER TO

FULL FAVORABLE DETERMINATION. CLAIM HAS BEEN REFERRED FOR A PM&R REVIEW WITH AP CONTACT. LETTER TO ATTY NOTED 3/15 FOR REVIEW.

**02/10/2023 11:37 AM - OVERPMT Note 11**
Claim/Event/Leave: 10419522
NoteSubject : OP/SS
Other Subject :
Text: [02/10/2023 - SULLIVAN, ERIN]THE OVERPAYMENT DUE IS $69,528.00 FOR THE PERIOD OF 11/09/20 THRU 11/08/22. CLAIMANT WAS ORIGINALLY PAID $110,803.72. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $41,275.72. TOTAL OVERPAYMENT BALANCE DUE IS $69,528.00. CLAIMANT OWES $69,528.00 AND VENDOR OWES $0.00 FOR EXCESS FEES. DETAILED OP LETTER SENT TO CLAIMANT AND OVERPAYMENT INFORMATION EMAILED TO VENDOR. FOLLOW UP SET FOR REPAYMENT. ATTORNEY FEES AND EXCESS FEES WERE CREDITED IN THE AMOUNT OF $0.00. RECOVERY STRATEGY: CLAIMANT ELECTED EFT WITH BROWN & BROWN AND LINCOLN. *********W ELIG DEPS BUT SS DEP IS NOT AN OFFSET PER POLICY

**02/09/2023 8:51 PM - CLAIM Note 115**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO ERIN SULLIVAN.

**02/09/2023 8:50 PM - CLAIM Note 114**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: PLEASE REVIEW FOR SS OVERPAYMENT

**02/09/2023 11:04 AM - CLAIM Note 113**
Claim/Event/Leave: 10419522
NoteSubject : Social Security
Other Subject : SS NOA
Text: [02/09/2023 - TRAHAN, DESTINI]BB DATE OF ENTITLEMENT 11/1/2020. BENEFIT AMOUNT IS $2897.00. OFFSET IN SYSTEM. YES DEPENDENTS. PLEASE REFER TO AWD OR DOC LIST FOR DETAILED AWARD INFORMATION. OP REFERRAL TO FRS TO CALCULATE POTENTIAL OVERPAYMENT. SENDING MATRIX LETTER AND WILL F/U FOR DEPT NOA'S.

**02/08/2023 2:44 PM - CLAIM Note 112**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : SSA NOA
Text: [02/08/2023 - KING, JERRONDA]SSA NOA REC'D FROM BROWN & BROWN

**02/08/2023 9:21 AM - OVERPMT Note 10**
Claim/Event/Leave: 10419522
NoteSubject : OP/SS
Other Subject : SS
Text: [02/08/2023 - ALLEN, AUDREY]INFORMATION RECEIVED TODAY FROM THE SOCIAL SECURITY VENDOR, BROWN & BROWN. THE CLAIMANT HAS BEEN AWARDED A SOCIAL SECURITY BENEFIT. THE DOC LIST WILL BE UPDATED WITHIN 5 BUSINESS DAYS OF THE NOTICE OF AWARD RECEIPT AT THE SCANNING FACILITY.

**02/08/2023 8:16 AM - CLAIM Note 111**
Claim/Event/Leave: 10419522
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [02/08/2023 - AVERILL, REBECCA]COMPLETE APPEAL RECVD, ASSIGNED TO JERRONDA KING, ASSIGNMENT W/O TOLLING LETTER SENT, NO TOLLING OR EXTENSION.

**12/23/2022 8:57 AM - OVERPMT Note 9**
Claim/Event/Leave: 10419522
NoteSubject : OP/Refund
Other Subject : RE
Text: [12/23/2022 - DREW, JESSICA]LFPR AMOUNT UPDATED TO $8.28 - REFUND ISSUED TO CLMT IN THE AMOUNT OF $40.48. CALC WS IN DOC LIST.

**12/22/2022 8:50 PM - CLAIM Note 110**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO JESSICA DREW.

**12/22/2022 8:50 PM - CLAIM Note 109**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other

Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF DEDUCTION ADJUSTMENT.COMMENTS: REFUND DIFFERENCE IN LFPR 12/9/21-11/8/22. SHOULD HAVE BEEN $8.28.

**12/22/2022 2:23 PM - CLAIM Note 108**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : DEDUCTION UPDATE
Text: [12/22/2022 - KEEFER, JESSICA]REPORT RECEIVED FROM ER AND LFPR SHOULD HAVE BEEN TAKEN AS $8.28 EFFECTIVE 12/9/21 THRU 11/8/22. LFPR WAS TAKEN AS $11.96 THEREFORE PSU SCORED REFERRAL TO FRS TO REFUND DIFFERENCE IN LFPR TAKEN FROM 12/9/21-11/8/22.

**12/20/2022 8:22 AM - CLAIM Note 107**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : DEDUCTIONS
Text: [12/20/2022 - LINCOLN, ERIKA]PER DOW DEDUCTION REPORT ENDED MDPR $104.00, DNPR $22.00, DELF $14.96, LFPR $11.96, AND VISN $19.58, END DATE 11/8/22.

**09/13/2022 9:24 AM - OVERPMT Note 8**
Claim/Event/Leave: 10419522
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [09/13/2022 - CARMICHAEL, CHERYL]REFERRAL CLOSED. FILE CURRENTLY WITH VENDOR/ATTORNEY (BROWN & BROWN). IF AWARDED WILL RE-OPEN REFERRAL AND CALC OVERPAYMENT.

**09/08/2022 12:16 PM - CLAIM Note 106**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : FILE COPY
Text: [09/08/2022 - HOFFNER, FAYE]FULL CLAIM FILE FOR 10419522- SUBMITTED TO PROVIDED EMAIL JOHN@FARMERDREISER.COM LAW FIRM - BCC EXAMINER FOR REFERENCE OF SUBMISSION TO ATTORNEY.

**09/07/2022 1:07 PM - CLAIM Note 105**
Claim/Event/Leave: 10419522
NoteSubject : Appeal
Other Subject : PRESCREEN COMPLETE.
Text: [09/07/2022 - AVERILL, REBECCA]PRESCREEN COMPLETE. FI LTD ERISA CLAIM RECVD ON 8/31/2020. AUTH AND JD ON FILE. CLAIM CLOSED NOT TD AP AP&C THROUGH 11/08/2022. LETTER SENT 8/17/22. APPEAL TIMEFRAME 180 DAYS FROM 11/8/22. APPEAL DEADLINE 5/6/23. ATTORNEY REPPED NOTICE OF INTENT TO APPEAL AND REQ FOR THE CLAIM FILE RECVD ON 8/31/22. WILL SEND THE COMPLETE CLAIM FILE AND THE INTENT TO APPEAL ACK TO ATTORNEY

**09/07/2022 1:04 PM - PHONE Note 55**
Claim/Event/Leave: 10419522
NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [09/07/2022 - AVERILL, REBECCA]PLACED CALL TO ATTORNEY AT (865) 584-1211 AND CONFIRMED THE EMAIL TO SEND THE CLAIM FILE TO: JOHN@FARMERDREISER.COM

**09/06/2022 7:42 AM - CLAIM Note 104**
Claim/Event/Leave: 10419522
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [09/06/2022 - AVERILL, REBECCA]ASSIGNED TO BECKY AVERILL

**09/02/2022 8:50 PM - CLAIM Note 103**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 9/2/2022 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**09/02/2022 10:51 AM - CLAIM Note 102**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Appeals
Other Subject : SENT
Text: [09/02/2022 - HILL, EBONY]SENT REFERRAL TO APPEALS (CRS)

**09/02/2022 8:17 AM - CLAIM Note 101**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : P2 REVIEW
Text: [09/02/2022 - BURKE, MANDI]AGREE WITH REFERRAL TO RESOLUTION TEAM (ARU) AS THEY HAVE CONFIRMED INTENT TO APPEAL W/ ATTNY AND NO ADDL MEDICAL WAS PROVIDED

**09/02/2022 7:37 AM - CLAIM Note 100**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Appeals
Other Subject : RECOMMEND CRS
Text: [09/02/2022 - HILL, EBONY]RECEIVED NOTICE OF APPEAL FOR CLOSED CLAIM NOT TD. 52 YOM LTD BBD: 11/09/20. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. SSDI PENDING HEARING ON 8/15/22, DIAGNOSIS: DIABETES, NEUROPATHY IN FEET & HANDS. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD.UPDATED MEDICAL RECVD THRU 03/31/21 IMPAIRMENT CAUSED BY NEUROPATHY. EE HAS INQUIRED W/ ER ABOUT OTHER POSITIONS BUT WAS ADVISED NOTHING AVAILABLE. EE HIGH FALL RISK AND UNABLE TO CLIMB LADDERS. R/LS INDEFINITE. CLM REVIEWED IN IM CC 04/15/21 NOTING PERMANENT R/LS IMPOSED BY AP ARE SUPPORTED. THERE IS POSSIBLE CAPACITY FOR SEDENTARY WORK BUT UNLIKELY AS EE WOULD BE LIMITED IN USE OF HANDS AND FEET. PM&R PEER REVIEW COMPLETED 7/18/22 INDICATE: CURRENTREASONABLE SUPPORTED RESTRICTIONS INCLUDE: FREQUENT SITTING OR SITTING AS TOLERATED. OCCASIONAL STANDING. OCCASIONAL WALKING. OCCASIONAL LIFT AND CARRY UP TO 10 LBS. OCCASIONAL BENDING. OCCASIONAL SQUATTING, KNEELING, AND CROUCHING. NO CLIMBING LADDERS AND OCCASIONAL CLIMBING STAIRS WITH A HANDRAIL. NO LIMITATION WITH REACHING. FREQUENT FINGERING AND GRIPPING. OCCASIONAL MEANS UP TO 33% OF THE TIME OR 20 MINUTES OUT OF EVERY HOUR. FREQUENT MEANS UP TO 66% OF THETIME OR 40 MINUTES OUT OF EVERY HOUR. AVAILABLE RECORDS REVIEWED DO NOT REFLECT THE INABILITY TO WORK FOR 8 HOURS PER DAYWITHIN THE ABOVE LISTED RESTRICTIONS AND LIMITATIONS. TIME FRAMES: DURATION SUPPORTED FROM 11/09/2020 TO PRESENT AND LIKELY PERMANENT. THE CLAIMANT HAS A DIABETIC POLYNEUROPATHYWITH POORLY CONTROLLED TYPE 2 DIABETES MELLITUS. THE CONDITION WAS CONFIRMED WITH ELECTRODIAGNOSTIC TESTING (NCV/EMG) ON 06/03/2020. AS A RESULT, STANDING BALANCE IS IMPAIRED, AND DURING THEDISCUSSION, MARIAH HALL PHILLIPS, P.A. NOTED THAT THE CLAIMANT REPORTED EXPERIENCING RECURRENT FALLS DUE TO POOR BALANCE. DURATION SUPPORTED FROM 11/09/2020 TO PRESENT AND LIKELY PERMANENT. A TSA WAS COMPLETED AND IDENTIFIED SEDENTARY WORK CAPACITY. **ATTORNEY DIDN'T INCLUDE ANY MR PER THE CLOSURE LETTER TO REVIEW. DCM EMAIL TO CRS DEPT IF THE LETTER SENT THEY CONSIDERED A NOTICE OF INTENT THEY REPLIED YES AND TO SENT IT TO CRS. *EMAIL OF FILE**DCM RECOMMENDS APPEALS TO COMPLETE FURTHER REVIEWAND DECISION.

**09/02/2022 7:20 AM - CLAIM Note 99**
Claim/Event/Leave: 10419522
NoteSubject : Appeal
Other Subject : NOTICE OF APPEAL
Text: [09/02/2022 - HILL, EBONY]RECEIVED LETTER FROM EE'S ATTORNEY. SENT EMAIL TO CRS TO ENSURE THEY WOULD CONSIDER THIS A INTENT TO APPEAL. PER THE RESPONSE FROM CRS DEPT. THE LETTER IS AN INTENT AS THE ATTORNEY IS STATING THEY ARE PLANNING TO APPEAL WITHIN THE APPEAL PERIOD. NO MR ATTACHED.

**09/01/2022 12:23 PM - CLAIM Note 98**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : ATTORNEY REP LETTER
Text: [09/01/2022 - HILL, EBONY]RCVD ATTORNEY REP LETTER, LIMITED POA

**08/18/2022 8:50 PM - CLAIM Note 97**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO REBEKAH LATOUR.

**08/18/2022 8:50 PM - CLAIM Note 96**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: PLEASE CONTINUE TO MONTIOR SSDI. EE IS AT THE ALJ STATUS AS OF 8/12/22.

**08/16/2022 12:02 PM - PHONE Note 54**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject : CLOSURE
Text: [08/16/2022 - HILL, EBONY]EE CALLED IN AS F/U TO DCM CALL FOR CLOSURE. EE STATED HE DISAGREES WITH DECISION AND SAYS HE HAS TO LAY DOWN TWICE A DAY SO HE CAN'T SEE HOW HE CAN WORK A JOB. WANTED TO KNOW IF WE HAD ALL HIS MEDICAL RECORDS. ADV WE REQUESTED THE MEDICAL RECORDS FROM 2/24/22-PRESENT. ADV WE RCVD MR FROM DR. HAIRSTON AND DR. BARBER. ADV THEY WERE REVIEWED AND OUR INDEPENDENT PROVIDER ALSO REACHED OUT 7/15/22 AND 7/18/22 TO EACH DOCTOR. IT WAS AGREED ON FOR HIS RLS. RLS FOUND ARE THAT OF A SED CAPACITY AND THEREFORE HE IS WOULD NOT BE PRECLUDED FROM AO, ADV HE WILL GET PAID UP TO THE CID MONTHLY AS HE WOULD LIKE DUE TO DECLINING THE LUMP SUM. BUT THE CLAIM WILL CLOSE TODAY. ADV A LETTER IS BEING MAILED TODAY ALSO WITH DETAILED INFORMATION AND PROCESS TO APPEAL. EE STATES HE WANTS ALL HIS RECORDS FROM THE 2 YEARS OF HIS CLAIM TO BECAUSE HE WILL THINK ABOUT APPEALING BECAUSE HE DOESN'T BELIEVE HIS DOCTORS WOULD HAVE AGREED HE CAN DO SED PHYSICAL WORK. DCM ADV HE CAN APPEAL IN WRITING AND ALSO ASK FOR HIS FILE. ADV HE HAS 180 DAYS TO APPEAL AND THE LETTER ALSO HAS WHAT IS NEEDED TO APPEAL. ADV IT WILL BE REVIEWED BY THE APPEALS DEPT. EE UNDERSTOOD.

**08/15/2022 4:16 PM - PHONE Note 53**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject : VM
Text: [08/15/2022 - HILL, EBONY]EE CALLED LEFT VOICEMAIL THAT HE DOESN'T WANT A LUMP SUM PAYMENT. WOULD LIKE A RTC ALSO WHEN DCM GETS A CHANCE BECAUSE EE HAS QUESTIONS ABOUT CLAIM NOW.

**08/12/2022 1:38 PM - PHONE Note 52**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : NOT TD AO
Text: [08/12/2022 - HILL, EBONY]PLACED CALL TO EE TO ADV NOT TD AO AND OFFER APC. NO ANSWER. LVM. WILL ATTEMPT ONE MORE TIME TO CALL EE IF HE DOESN'T RTC. WILL SEND TO APC IF NO RESPONSE AFTER 2ND ATTEMPT.

**08/12/2022 10:44 AM - CLAIM Note 95**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : P2 REVIEW
Text: [08/12/2022 - BURKE, MANDI]AGREE WITH CLOSURE FOR NTAO AT CID. PEER REVIEW ON FILE INDICATES PERMANENT SED R/LS WITH EE'S OWN TREATING PROVIDER AGREEMENT VIA CONFIRMATION LETTER. TSA IDENTIFIED SEVERAL ALT OCCS W/IN R/LS. RECOMMEND DCM MAKE 2 ATTEMPTS TO OFFER AP&C AND IF NO RESPONSE, PROCEED WITH AP&C REFERRAL.

**08/11/2022 3:18 PM - CLAIM Note 94**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : RECOMMEND CLOSE APC
Text: [08/11/2022 - HILL, EBONY]LTD BBD: 11/09/20. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. SSDI PENDING HEARING ON 8/15/22, DIAGNOSIS: DIABETES, NEUROPATHY IN FEET & HANDS. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD.UPDATED MEDICAL RECVD THRU 03/31/21 IMPAIRMENT CAUSED BY NEUROPATHY. EE HAS INQUIRED W/ ER ABOUT OTHER POSITIONS BUT WAS ADVISED NOTHING AVAILABLE. EE HIGH FALL RISK AND UNABLE TO CLIMB LADDERS. R/LS INDEFINITE. CLM REVIEWED IN IM CC 04/15/21 NOTING PERMANENT R/LS IMPOSED BY AP ARE SUPPORTED. THERE IS POSSIBLE CAPACITY FOR SEDENTARY WORK BUT UNLIKELY AS EE WOULD BE LIMITED IN USE OF HANDS AND FEET. PM&R PEER REVIEW COMPLETED 7/18/22 INDICATE: CURRENT REASONABLE SUPPORTED RESTRICTIONS INCLUDE: FREQUENT SITTING OR SITTING AS TOLERATED. OCCASIONAL STANDING. OCCASIONAL WALKING. OCCASIONAL LIFT AND CARRY UP TO 10 LBS. OCCASIONAL BENDING. OCCASIONAL SQUATTING, KNEELING, AND CROUCHING. NO CLIMBING LADDERS AND OCCASIONAL CLIMBING STAIRS WITH A HANDRAIL. NO LIMITATION WITH REACHING. FREQUENT FINGERING AND GRIPPING. OCCASIONAL MEANS UP TO 33% OF THE TIME OR 20 MINUTES OUT OF EVERY HOUR. FREQUENT MEANS UP TO 66% OF THE TIME OR 40 MINUTES OUT OF EVERY HOUR. AVAILABLE RECORDS REVIEWED DO NOT REFLECT THE INABILITY TO WORK FOR 8 HOURS PER DAYWITHIN THE ABOVE LISTED RESTRICTIONS AND LIMITATIONS. TIME FRAMES: DURATION SUPPORTED FROM 11/09/2020 TO PRESENT AND LIKELY PERMANENT. THE CLAIMANT HAS A DIABETIC POLYNEUROPATHYWITH POORLY CONTROLLED TYPE 2 DIABETES MELLITUS. THE CONDITION WAS CONFIRMED WITH ELECTRODIAGNOSTIC TESTING (NCV/EMG) ON 06/03/2020. AS A RESULT, STANDING BALANCE IS IMPAIRED, AND DURING THE DISCUSSION, MARIAH HALL PHILLIPS, P.A. NOTED THAT THE CLAIMANT REPORTED EXPERIENCING RECURRENT FALLS DUE TO POOR BALANCE. DURATION SUPPORTED FROM 11/09/2020 TO PRESENT AND LIKELY PERMANENT. A TSA WAS COMPLETED AND IDENTIFIED SEDENTARY WORK CAPACITY. **RECOMMEND : GIVEN THAT CID AS OF 11/9/22 IS APPROACHING AND CLINICAL REVIEWS AND VOC HAVE BEEN COMPLETED INDICATING EE WILL HAVE CAPACITY FOR SEDENTARY WORK AT CID, DCM FIND THAT IT WOULD BE REASONABLE TO ASK IF EE WOULD LIKE APC GIVEN EE WILL NOT BE APPROVED AO. IF EE AGREES WITH APC DCM WOULD THAN CLOSE THE CLAIM FOR NOT TD AO AND SENT TO PSU FOR LUMP SUM PMT. IF EE DECLINES WILL CLOSE CLAIM NOT TD AO BUT CONTINUE PMT UNTIL CID DATE.

**08/11/2022 12:14 PM - CLAIM Note 93**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : TSA COMPLETED
Text: [08/11/2022 - HILL, EBONY]RCVD TSA THAT IDENTIFIED SOME SEDENTARY WORK. DCM IN THE PROCESS OF REVIEWING CLAIM FOR NEXT STEPS.

**08/10/2022 8:51 PM - CLAIM Note 92**
Claim/Event/Leave: 10419522
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 8/10/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**08/10/2022 2:27 PM - CLAIM Note 91**
Claim/Event/Leave: 10419522
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [08/10/2022 - MILLER, JASON]THIS TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS WITHIN THE INSURED S PHYSICAL ABILITIES AND IDENTIFIED SKILL LEVEL.

**08/09/2022 4:41 PM - CLAIM Note 90**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : OA AND TSA
Text: [08/09/2022 - HILL, EBONY]AWAITING OA AND TSA

**08/01/2022 8:50 PM - CLAIM Note 89**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 8/1/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**08/01/2022 9:46 AM - CLAIM Note 88**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Voc Rehab
Other Subject : OA AND TSA
Text: [08/01/2022 - HILL, EBONY]RESENT REQUEST FOR TSA AS A OA AND TSA REFERRAL COULD NOT BE SENT SEPARATE. VOC MGR CANCELLED AND A NEW ON IS SUBMITTED ON 1 FORM REQUEST.

**07/19/2022 8:51 PM - CLAIM Note 87**
Claim/Event/Leave: 10419522
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 7/19/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO REDDINGER, MICHELLE. CLAIM/AS EVENT IS PENDING REVIEW.

**07/19/2022 8:50 PM - CLAIM Note 86**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 7/19/2022 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**07/19/2022 6:02 PM - CLAIM Note 85**
Claim/Event/Leave: 10419522
NoteSubject : Voc Rehab
Other Subject : OA CANCELLED
Text: [07/19/2022 - REDDINGER, MICHELLE]OA REQUEST CANCELLED PER THE CS REQUEST.

**07/19/2022 11:53 AM - CLAIM Note 84**
Claim/Event/Leave: 10419522
NoteSubject : Action Plan
Other Subject : PMDU AUG 2022
Text: [07/19/2022 - HILL, EBONY]LTD BBD: 11/09/20. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. SSDI PENDING HEARING ON 8/15/22, DIAGNOSIS: DIABETES, NEUROPATHY IN FEET & HANDS. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD.UPDATED MEDICAL RECVD THRU 03/31/21 IMPAIRMENT CAUSED BY NEUROPATHY. EE HAS INQUIRED W/ ER ABOUT OTHER POSITIONS BUT WAS ADVISED NOTHING AVAILABLE. EE HIGH FALL RISK AND UNABLE TO CLIMB LADDERS. R/LS INDEFINITE. CLM REVIEWED IN IM CC 04/15/21 NOTING PERMANENT R/LS IMPOSED BY AP ARE SUPPORTED. THERE IS POSSIBLE CAPACITY FOR SEDENTARY WORK BUT UNLIKELY AS EE WOULD BE LIMITED IN USE OF HANDS AND FEET. PM&R PEER REVIEW COMPLETED 7/18/22 INDICATE: CURRENT REASONABLE SUPPORTED RESTRICTIONS INCLUDE: FREQUENT SITTING OR SITTING AS TOLERATED. OCCASIONAL STANDING. OCCASIONAL WALKING. OCCASIONAL LIFT AND CARRY UP TO 10 LBS. OCCASIONAL BENDING. OCCASIONAL SQUATTING, KNEELING, AND CROUCHING. NO CLIMBING LADDERS AND OCCASIONAL CLIMBING STAIRS WITH A HANDRAIL. NO LIMITATION WITH REACHING. FREQUENT FINGERING AND GRIPPING. OCCASIONAL MEANS UP TO 33% OF THE TIME OR 20 MINUTES OUT OF EVERY HOUR. FREQUENT MEANS UP TO 66% OF THE TIME OR 40 MINUTES OUT OF EVERY HOUR. AVAILABLE RECORDS REVIEWED DO NOT REFLECT THE INABILITY TO WORK FOR 8 HOURS PER DAYWITHIN THE ABOVE LISTED RESTRICTIONS AND LIMITATIONS. TIME FRAMES: DURATION SUPPORTED FROM 11/09/2020 TO PRESENT AND LIKELY PERMANENT. THE CLAIMANT HAS A DIABETIC POLYNEUROPATHYWITH POORLY CONTROLLED TYPE 2 DIABETES MELLITUS. THE CONDITION WAS CONFIRMED WITH ELECTRODIAGNOSTIC TESTING (NCV/EMG) ON 06/03/2020. AS A RESULT, STANDING BALANCE IS IMPAIRED, AND DURING THE DISCUSSION, MARIAH HALL PHILLIPS, P.A. NOTED THAT THE CLAIMANT REPORTED EXPERIENCING RECURRENT FALLS DUE TO POOR BALANCE.***ACTION: REFER TO TSA AND OA THAT IS NOT ON FILE. ONCE COMPLETED WILL CONSIDER APPROVAL FOR ANY OCC AND REFER TO PDMU.

**07/19/2022 11:22 AM - CLAIM Note 83**
Claim/Event/Leave: 10419522
NoteSubject : Peer Review
Other Subject : COMPLETED
Text: [07/19/2022 - HILL, EBONY]RESPONSE: BASED UPON DISCUSSION WITH DR. BARBER AND MARIAH HALL PHILLIPS, P.A. FROM DR. HAIRSTON S PRACTICE, REVIEW OF RECORDS, THE CURRENT SCIENTIFIC LITERATURE AND STANDARDS OF CARE, CURRENT REASONABLE SUPPORTED RESTRICTIONS INCLUDE: FREQUENT SITTING OR SITTING AS TOLERATED. OCCASIONAL STANDING. OCCASIONAL WALKING. OCCASIONAL LIFT AND CARRY UP TO 10 LBS. OCCASIONAL BENDING. OCCASIONAL SQUATTING, KNEELING, AND CROUCHING. NO CLIMBING LADDERS AND OCCASIONAL CLIMBING STAIRS WITH A HANDRAIL. NO LIMITATION WITH REACHING. FREQUENT FINGERING AND GRIPPING. OCCASIONAL MEANS UP TO

WITH A HANDRAIL. NO LIMITATION WITH REACHING. FREQUENT FINGERING AND GRIPPING. OCCASIONAL MEANS UP TO 33% OF THE TIME OR 20 MINUTES OUT OF EVERY HOUR. FREQUENT MEANS UP TO 66% OF THE TIME OR 40 MINUTES OUT OF EVERY HOUR. AVAILABLE RECORDS REVIEWED DO NOT REFLECT THE INABILITY TO WORK FOR 8 HOURS PER DAY WITHIN THE ABOVE LISTED RESTRICTIONS AND LIMITATIONS. TIME FRAMES: DURATION SUPPORTED FROM 11/09/2020 TO PRESENT AND LIKELY PERMANENT. THE CLAIMANT HAS A DIABETIC POLYNEUROPATHY WITH POORLY CONTROLLED TYPE 2 DIABETES MELLITUS. THE CONDITION WAS CONFIRMED WITH ELECTRODIAGNOSTIC TESTING (NCV/EMG) ON 06/03/2020. AS A RESULT, STANDING BALANCE IS IMPAIRED, AND DURING THE DISCUSSION, MARIAH HALL PHILLIPS, P.A. NOTED THAT THE CLAIMANT REPORTED EXPERIENCING RECURRENT FALLS DUE TO POOR BALANCE.***SUMMARY**THE CLAIMANT HAS A PERIPHERAL SENSORIMOTOR POLYNEUROPATHY THAT AFFECTS HIS BALANCE, AND PROPRIOCEPTION (POSITION SENSE). AS A RESULT, HE IS ATRISK FOR FALLS, AND HE CANNOT CLIMB LADDERS. BASED ON DISCUSSION WITH MARIAH HALL PHILLIPS, P.A., THE CLAIMANT HAS NOT FOLLOWED UP WITH DR. HAIRSTON, THE SPINAL CORD STIMULATOR HAS NOT BEEN PLACED (FOR PAIN CONTROL), AND THE LUMBAR MRI HAS NOT BEEN AUTHORIZED. SHE CONCURRED WITH THE ABOVE LISTED RESTRICTIONS AND LIMITATIONS. DURING THE DISCUSSION, DR. BARBER ALSO CONCURRED WITH THE ABOVE LISTED RESTRICTIONS AND LIMITATIONS AND HE WAS PARTICULARLY CONCERNED WITH THE CLAIMANT S INABILITY TOCLIMB LADDERS. DURING THE DISCUSSION, HE NOTED THAT SENDING THE CLAIMANT FOR BALANCE THERAPY WAS A CONSIDERATION.

**07/19/2022 11:18 AM - PHONE Note 51**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject : UPDATE
Text: [07/19/2022 - HILL, EBONY]TRANSFERRED ON 7/19/2022 10:42:25 AM BY TIZDA6 - EE ADV HIS MED INS JUST APPROVED THE MRI AFTER HE COMPLETED THE APPEAL. IT WAS APPROVED AS OF LAST FRIDAY 7/15/22. AP WILL CALL TO SCHEDULE THE MRI FOR THE END OF JULY HIS ASSISTANT SAID. EE SAYS HE HAS BEEN BACK IN PT FOR 2 WEEKS, GOING TWICE A WEEK FOR THE HIP AREA. **EE ADV HAS A SSDI HEARING ON 8/15/22. SAYS IT WILL BE VIRTUAL. WAITING FOR THE CONSULTANT WITH BB TO CALL HIM BACK BEFORE THE HEARING DATE.** DCM SEEN FAXES COME IN WHILE SPEAKING WITH EE ON THE LINE. REVIEWED CP PEER REVIEW. ADV EE WILL BE SENDING A OA AND TSA FOR CLAIM. EXPLAINED WHAT THAT IS. EXPLAINED TO EE AGAIN THE CID IS COMING UP AND AFTER DCM RCVS THOSE REPORTS BACK FROM VOC WILL MAKE A AO DECISION ON CLAIM. EE UNDERSTOOD. ADV WILL REACH BACK OUT TO HIM IN A FEW WEEKS WITH DECISION. EE UNDERSTOOD.

**07/11/2022 9:16 AM - CLAIM Note 82**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Managed Care
Other Subject :
Text: [07/11/2022 - BURKE, MANDI]ALL UPDATED MEDICAL HAS BEEN RECD ON N&P, THEREFORE REFERRING FOR PM&R PEER REVIEW TO DETERMINE SPECIFIC R/LS FOR CID

**07/08/2022 10:31 AM - CLAIM Note 81**
Claim/Event/Leave: 10419522
NoteSubject : Restrictions/Limitations
Other Subject : DR HAIRSTON
Text: [07/08/2022 - BURKE, MANDI]RECD RF-SED CAPACITY, LOV 2/3/22 NOV TBD. MRI OF THORACIC AND LUMBAR SPINE TO BE COMPLETED IF INS APPROVES.

**07/06/2022 2:26 PM - PHONE Note 50**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : RTC
Text: [07/06/2022 - HULSTINE, NICHOLE]RETURNED VOICEMAIL FROM EE. DCM LEFT A VOICEMAIL. DCM PROVIDED A DIRECT CONTACT FOR A RETURN CALL.

**07/06/2022 8:32 AM - PHONE Note 49**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [07/06/2022 - WHARTON, JADE]REC'D CALL FROM EE ASKING TO S/W ADCM-TRANSFERRED TO SAME

**06/27/2022 3:19 PM - CLAIM Note 80**
Claim/Event/Leave: 10419522
NoteSubject : Notice/Proof Review
Other Subject : DAY 45
Text: [06/27/2022 - COLANERI, CHRISTINE]CALLED DR HAIRSTON LVM FOR A RTC FOR STATUS ON REQUEST ** REFAXED PROVIDER *** LVM FOR EE ABOUT O/S INFO NEEDED *** SENT NP REMINDER LTR

**06/08/2022 1:24 PM - CLAIM Note 79**
Claim/Event/Leave: 10419522
NoteSubject : Social Security
Other Subject : SSDI STATUS
Text: [06/08/2022 - HILL, EBONY]EMAIL RCVD FROM B&B : WE WERE ABLE TO GET IN CONTACT WITH HIM AND ADVISED THAT THE HEARING DATE IS SET FOR 8/12/2022 @ 09:00 AM.

**06/02/2022 9:19 AM - CLAIM Note 78**
Claim/Event/Leave: 10419522
NoteSubject : LTR to AP

NoteSubject : LTR to AP
Other Subject : DR. HAIRSTON
Text: [06/02/2022 - HILL, EBONY]SUB REQUEST FAXED FOR MED RECS 2/24/22-PRESENT.

**06/02/2022 8:58 AM - PHONE Note 48**
Claim/Event/Leave: 10419522
NoteSubject : Called AP
Other Subject : NP DAY 21
Text: [06/02/2022 - HILL, EBONY]S/W ROBIN AT THE DR. HAIRSTON OFFICE SAYS THE FAX NUMBER 865-380-4095 IS TO MEDICAL RECORDS AND NOT SURE WHY IT WAS NOT SENT BACK FOR REQUEST ON 5/13/22 BUT SAYS CAN FAX DIRECTLY TO HER AT 865-380-4227 AND SHE WILL FAX MED RECS FROM 2/24/22-PRESENT BACK TO DCM. ADV WILL FAX NOW. THANKED HER FOR THE ASSISTANCE.

**06/02/2022 8:51 AM - PHONE Note 47**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject : NP DAY 21
Text: [06/02/2022 - HILL, EBONY]EE CALLED IN FOR UPDATE ON CLAIM DUE TO NP DAY 21**HAD COVID THE LAST COUPLE OF DAYS. HAS A HEARING DATE 8/12/22 FOR SSD. SAYS AETNA DENIED THE MRI THAT WAS ORDER BY DR. HAIRSTON . GOING TO DR. BARBER NEXT WEEK ON TUES OR WED. SAYS PAIN IS NOT GETTING ANY BETTER BUT HAS WORSEN SINCE FEBRUARY. SAYS HIS PCP AND GOING TO TRY COME UP WITH A PLAN SINCE AETNA DENIED THE MRI. DCM ASKED IF THEY WERE GOING TO SEE IF AETNA WOULD APPROVE A POSSIBLE CT SCAN INSTEAD OF THE MRI, SAYSHE WILL ASK AP'S ABOUT IT. **MEDICATION HASN'T CHANGED SINCE. ASKED IF HE SPOKE WITH DR. HAIRSTON ABOUT THE MED RECS DCM REQUESTED FROM 2/24/22-PRESENT. SAYS HE WILL CALL THEM TODAY AND THEY PROBABLY WILL SET AN APPT WITH HIM TO COME IN AND FILL OUTTOGETHER. REMINDED EE OF DCM'S NEXT STEPS ON COLLECTING MED RECS AND REVIEW WITH IM CLINICAL CONSULT AND POSSIBLE REFER TO PDMU. ADV OF CID 11/9/22, SPOKE ABOUT MBD 7/7/2035 IF ONGOING SUPPORT. EE UNDERSTOOD.

**05/13/2022 3:27 PM - CLAIM Note 77**
Claim/Event/Leave: 10419522
NoteSubject : Action Plan
Other Subject : NP JUL 2022
Text: [05/13/2022 - HILL, EBONY]LTD BBD: 11/09/20. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. DIAGNOSIS: DIABETES, NEUROPATHY IN FEET & HANDS. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD.UPDATED MEDICAL RECVD THRU 03/31/21 IMPAIRMENT CAUSED BY NEUROPATHY. EE HAS INQUIRED W/ ER ABOUT OTHER POSITIONS BUT WAS ADVISED NOTHING AVAILABLE. EE HIGH FALL RISK AND UNABLE TO CLIMB LADDERS. R/LS INDEFINITE. CLM REVIEWED IN IM CC 04/15/21 NOTING PERMANENT R/LS IMPOSED BY AP ARE SUPPORTED. THERE IS POSSIBLE CAPACITY FOR SEDENTARY WORK BUT UNLIKELY AS EE WOULD BE LIMITED IN USE OF HANDS AND FEET. ***ACTION PLAN: DCM TO DISCUSS VOC AS EE EXPRESSED INTERESTED IN 2/2022 BUT REFERRAL NEVER COMPLETED. DCM STARTED NP FOR MEDICAL RECORDS DATED2/24/22-PRESENT FROM DR. HAIRSTON AND CONSIDER IM CC FOR CONFIRMATION EE WILL BE LIMITED TO ADLS ON PERM BASIS. IF YES, DCM CAN REFER CLAIM TO PDMU. SS PENDING, FORMS UP TO DATE.[07/19/2022 - HILL, EBONY]LTD BBD: 11/09/20. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. SSDI PENDING HEARING ON 8/15/22, DIAGNOSIS: DIABETES, NEUROPATHY IN FEET & HANDS. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD.UPDATED MEDICAL RECVD THRU 03/31/21 IMPAIRMENT CAUSED BY NEUROPATHY. EE HAS INQUIRED W/ ER ABOUT OTHER POSITIONS BUT WAS ADVISED NOTHING AVAILABLE. EE HIGH FALL RISK AND UNABLE TO CLIMB LADDERS. R/LS INDEFINITE. CLM REVIEWED IN IM CC 04/15/21 NOTING PERMANENT R/LS IMPOSED BY AP ARE SUPPORTED. THERE IS POSSIBLE CAPACITY FOR SEDENTARY WORK BUT UNLIKELY AS EE WOULD BE LIMITED IN USE OF HANDS AND FEET. PM&R PEER REVIEW COMPLETED 7/18/22 INDICATE: CURRENT REASONABLE SUPPORTED RESTRICTIONS INCLUDE: FREQUENT SITTING OR SITTING AS TOLERATED. OCCASIONAL STANDING. OCCASIONALWALKING. OCCASIONAL LIFT AND CARRY UP TO 10 LBS. OCCASIONAL BENDING. OCCASIONAL SQUATTING, KNEELING, AND CROUCHING. NO CLIMBING LADDERS AND OCCASIONAL CLIMBING STAIRS WITH A HANDRAIL. NO LIMITATION WITH REACHING. FREQUENT FINGERINGAND GRIPPING. OCCASIONAL MEANS UP TO 33% OF THE TIME OR 20 MINUTES OUT OF EVERY HOUR. FREQUENT MEANS UP TO 66% OF THE TIME OR 40 MINUTES OUT OF EVERY HOUR. AVAILABLE RECORDS REVIEWED DO NOT REFLECT THE INABILITY TO WORK FOR 8 HOURS PER DAYWITHIN THE ABOVE LISTED RESTRICTIONS AND LIMITATIONS. TIME FRAMES: DURATION SUPPORTED FROM 11/09/2020 TO PRESENT AND LIKELY PERMANENT. THE CLAIMANT HAS A DIABETIC POLYNEUROPATHY WITH POORLY CONTROLLED TYPE 2 DIABETES MELLITUS. THE CONDITION WASCONFIRMED WITH ELECTRODIAGNOSTIC TESTING (NCV/EMG) ON 06/03/2020. AS A RESULT, STANDING BALANCE IS IMPAIRED, AND DURING THE DISCUSSION, MARIAH HALL PHILLIPS, P.A. NOTED THAT THE CLAIMANT REPORTED EXPERIENCING RECURRENT FALLS DUE TO POOR BALANCE.***ACTION: REFER TO TSA AND OA THAT IS NOT ON FILE. ONCE COMPLETED WILL CONSIDER APPROVAL FOR ANY OCC AND REFER TO PDMU.

**05/13/2022 3:13 PM - PHONE Note 46**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : LVM
Text: [05/13/2022 - HILL, EBONY]PLACED CALL TO EE FOR CLINICAL UPDATE AND TO INQUIRE IF HE WAS STILL INTERESTED OR NOT IN VOC SERVICES. NO ANSWER. LVM. ADV WILL ALSO BE REQUESTING MED RECS AND MRI RESULTS AGAIN FROM DR. HAIRSTON. ADV WILL SEND LTR

**04/26/2022 4:14 PM - CLAIM Note 76**

Claim/Event/Leave: 10419522
NoteSubject : Action Plan
Other Subject : PDMU JUN 2022
Text: [04/26/2022 - BROOKS, MAUREEN]LTD BBD: 11/09/20. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. DIAGNOSIS: DIABETES, NEUROPATHY IN FEET & HANDS. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD.UPDATED MEDICAL RECVD THRU 03/31/21 IMPAIRMENT CAUSED BY NEUROPATHY. EE HAS INQUIRED W/ ER ABOUT OTHER POSITIONS BUT WAS ADVISED NOTHING AVAILABLE. EE HIGH FALL RISK AND UNABLE TO CLIMB LADDERS. R/LS INDEFINITE. CLM REVIEWED IN IM CC 04/15/21 NOTING PERMANENT R/LS IMPOSED BY AP ARE SUPPORTED. THERE IS POSSIBLE CAPACITY FOR SEDENTARY WORK BUT UNLIKELY AS EE WOULD BE LIMITED IN USE OF HANDS AND FEET. ***ACTION PLAN: DCM TO DISCUSS VOC AS EE EXPRESSED INTERESTED IN 2/2022 BUT REFERRAL NEVER COMPLETED. IF NO INTEREST IN VOC, DCM TO BEGIN NPFOR ALL MEDICAL RECORDS AND CONSIDER IM CC FOR CONFIRMATION EE WILL BE LIMITED TO ADLS ON PERM BASIS. IF YES, DCM CAN REFER CLAIM TO PDMU. SS PENDING, FORMS UP TO DATE.

**04/13/2022 3:55 PM - CLAIM Note 75**
Claim/Event/Leave: 10419522
NoteSubject : LTR to AP
Other Subject : HAIRSTON
Text: [04/13/2022 - HILL, EBONY]SENT MED REC TO DR. HAIRSTON - PAIN MGMT. DOCTOR. REQUEST MRI RESULTS AND RF TO BE COMPLETED BY 4/28/22.

**04/04/2022 2:38 PM - CLAIM Note 74**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : DUE 4/28/22
Text: [04/04/2022 - HILL, EBONY]NO ACTION TAKEN, RECVD ALL MEDICAL. DCM WILL REVIEW IN CLAIM CONSULT.[04/13/2022 - HILL, EBONY]CORRECTION** MEDICAL RCVD FROM ONE PROVIDER. NEED MED RECS AND MRI RESULTS FROM DR. HAIRSTON PAIN MGMT. DCM WILL DO A CLINICAL FULL FILE W/ PM&R.

**03/29/2022 3:57 PM - CLAIM Note 73**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : BARBER
Text: [03/29/2022 - HILL, EBONY]RECVD MED RECS WITH R/LS FORM BACK FROM DR. BARBER. STATES EE CAN NOT DO A REGULAR DAY OF ANY WORK FT OR PT. DUE TO HAVING TO GET UP AND DOWN TO RELIEVE PAIN. HAS TO ALTERNATE SITTING AND STANDING BETWEEN A 2 1/2 HOUR TIME FRAME, UNABLE TO WALK TO 2HRS, CAN'T MOVE OBJECTS MORE THAN 10LBS, SHOULDER PAIN SO CAN'T REACH, NUMBNESS OF FINGERS SO SITTING TO TYPE IS NOT POSSIBLE. UNABLE TO CLIMB.

**03/29/2022 10:15 AM - CLAIM Note 72**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : REASSIGN
Text: [03/29/2022 - HILL, EBONY]CLAIM REASSIGNED TO ME. SENT LTR TO EE.

**03/24/2022 9:20 AM - CLAIM Note 71**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/24/2022 - DOW, KAITLYN]INVOICE RECEIVED ON 3/24/2022 AND DATED 3/15/2022 FROM CIOXHEALTH. INV # 0367779009, IN THE AMOUNT OF $20.76 FOR 5 PAGES OF MEDICAL RECORDS FROM EAST TENNESSEE MEDICAL. INVOICE PAID IN FULL

**03/22/2022 3:38 PM - CLAIM Note 70**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : PAIN MANAGEMENT
Text: [03/22/2022 - MOREHEAD, ANGELA]RECEIVED MEDICAL RECORD FROM BRUCE HAIRSTON- PAIN MANAGEMENT. LAST OFFICE VISIT 2/23/22. FURTHER DIAGNOSTIC EVALUATIONS ORDERED TODAY INCLUDE MRI LUMBAR SPINE W/O CONTRAST TO BE PERFORMED AND MRI THORACIC W/O CONTRAST TO BE PREFORMED.

**03/22/2022 3:34 PM - CLAIM Note 69**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : INVOICE
Text: [03/22/2022 - MOREHEAD, ANGELA]RECEIVED INVOICE $20.76 FOR MEDICAL RECORDS. NOTIFIED J BEST

**03/04/2022 2:35 PM - CLAIM Note 68**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : MEDICAL RECORDS
Text: [03/04/2022 - MOREHEAD, ANGELA]SENT REQUEST FOR MEDICAL RECORD FROM PAIN MANAGEMENT

**03/04/2022 2:26 PM - CLAIM Note 67**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : FORMS
Text: [03/04/2022 - MOREHEAD, ANGELA]RECEIVED CCS/CI/AQ/TEE/DL/AUTH FORMS

**03/04/2022 2:25 PM - CLAIM Note 66**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : AUTH
Text: [03/04/2022 - MOREHEAD, ANGELA]RECEIVED SIGNED AUTH

**03/03/2022 2:30 PM - PHONE Note 45**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject : RETURNED CALL
Text: [03/03/2022 - MOREHEAD, ANGELA]EE RETURNED CALL. HE STATED HE SAW A NEW DOCTOR. HE DOES NOT HAVE THE DOCTOR NAME OR INFORMATION RIGHT NOW BUT WILL CALL BACK WITH DOCTOR INFORMATION. HE STATED HE SAW THE DOCTOR FOR THE FIRST TIME ON 2/23/22. HE HAS TOCOMPLETE AN MRI, BUT DOES NOT HAVE IT SCHEDULED. HE LAST SAW DR BARBER 2/2022, NEXT FOLLOW UP APPT SET FOR 6 MONTHS OUT. DOES NOT HAVE SET DATE. EE STATED HE RETURNED THE LTD FORMS TODAY WITH ALL THE UPDATED INFORMATION INCLUDING THE NEW DOCTOR. FORMS HAVE NOT BEEN RECEIVED. ONCE RECEIVED REQUEST UPDATED MEDICAL RECORDS.

**03/03/2022 2:15 PM - CLAIM Note 65**
Claim/Event/Leave: 10419522
NoteSubject : Notice/Proof Review
Other Subject : DUE 5/17/22
Text: [03/03/2022 - MOREHEAD, ANGELA]PLACING CLAIM ON N&P FOR CONTACT WITH EE SEND NOTICE PROOF LETTER DUE 5/17/22

**03/03/2022 1:56 PM - PHONE Note 44**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : LEFT MESSAGE
Text: [03/03/2022 - MOREHEAD, ANGELA]CALLED EE. NO ANSWER. LEFT MESSAGE ASKED FOR RETURN CALL.

**03/03/2022 1:53 PM - CLAIM Note 64**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : DR BARBER
Text: [03/03/2022 - MOREHEAD, ANGELA]SENT UPDATED REQUEST FOR RESTRICTIONS AND LIMITATIONS FOR DR BARBER FOR CLARIFICATION. DUE 3/17/2022

**03/01/2022 1:59 PM - PHONE Note 43**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : LEFT MESSAGE
Text: [03/01/2022 - MOREHEAD, ANGELA]CALLED EE TO OBTAIN NEXT DR. APPT. NO ANSWER. LEFT MESSAGE FOR RETURN CALL.

**02/08/2022 12:33 PM - CLAIM Note 63**
Claim/Event/Leave: 10419522
NoteSubject : Voc Rehab
Other Subject : TSA REFERRAL
Text: [02/08/2022 - MILLER, JASON]NO MEDICAL OR GAINFUL LISTED FOR TSA REFERRAL. IN ADDITION, IT APPEARS REFERRAL MAY HAVE BEEN FOR VR ASSISTANCE. REACHED OUT TO CCM TO LET THEM KNOW I'D BE CLOSING REFERRAL PENDING RECEIPT OF INFO.

**02/07/2022 8:52 PM - CLAIM Note 62**
Claim/Event/Leave: 10419522
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 2/7/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**02/07/2022 10:08 AM - CLAIM Note 61**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : CID LETTER
Text: [02/07/2022 - MOREHEAD, ANGELA]SENT CID LETTER WITH FORMS, RETURN BY 3/9/22

**02/01/2022 8:50 PM - CLAIM Note 60**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Voc Rehab
Other Subiect : SCORE REFERRAL

Text: 2/1/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**02/01/2022 12:22 PM - CLAIM Note 59**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : VOC
Text: [02/01/2022 - MOREHEAD, ANGELA]SENT REFERRAL FOR TSA

**02/01/2022 12:17 PM - PHONE Note 42**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : VOC, SSDI, UPDATE
Text: [02/01/2022 - MOREHEAD, ANGELA]CALLED EE FOR UPDATE. HE STATED THAT HE DOES NOT HAVE ANOTHER DR APPT UNTIL MARCH. HE IS UNSURE OF THE DAY. VOC WAS DISCUSSED. HE AGREED TO VOC AT THIS TIME. SSDI, NEXT STEP HEARING. HE BELIEVES IT WILL NOT BE UNTIL 6 MONTHS OUT. STATED THAT HE CAN NOT RETURN TO HIS JOB WITH THE NERVE DAMAGE BUT HE DOES NOT KNOW IF HE COULD DO SOMETHING ELSE. APPEARS TO BE OPEN TO VOC.

**02/01/2022 11:38 AM - PHONE Note 41**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject : RTC
Text: [02/01/2022 - MOREHEAD, ANGELA]EE CALLED AND LEFT MESSAGE. ASKED FOR RETURN CALL.

**01/25/2022 12:49 PM - PHONE Note 40**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [01/25/2022 - MOREHEAD, ANGELA]CALLED EE. NO ANSWER. LEFT VOICEMAIL. ASKED FOR RETURN CALL.

**01/21/2022 12:18 PM - OVERPMT Note 7**
Claim/Event/Leave: 10419522
NoteSubject : OP/Refund
Other Subject : ADDED MANUAL PAYMENT
Text: [01/21/2022 - CHARLESTON, KATRINA]TOTAL UNDERPAYMENT DUE IS $18.50 FOR THE PERIOD OF 12/09/21 THRU 01/08/22. PAY WAS RECALCULATED DUE TO DEDUCTIONS BEING UPDATED AS OF 12/9/2021 FOR DNPR WAS $40.50 UPDATED TO $22.00 DIFFERENCE OF $18.50.

**01/19/2022 1:18 PM - CLAIM Note 58**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : SS- BROWN & BROWN
Text: [01/19/2022 - MOREHEAD, ANGELA]RECEIVED INFORMATION THAT A HEARING HAS BEEN REQUESTED FOR SSDI AS OF 1/18, PER LETTER FROM BROWN AND BROWN. EE WAS RECENTLY DENIED IN NOVEMBER 2021.

**01/18/2022 8:50 PM - CLAIM Note 57**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO KATRINA CHARLESTON.

**01/18/2022 8:51 AM - OVERPMT Note 6**
Claim/Event/Leave: 10419522
NoteSubject : OP/Ck Adj
Other Subject : REFERRAL DETAILS
Text: [01/18/2022 - CHARLESTON, KATRINA]REFERRAL RECEIVED TO RECALCULATE BENEFITS DUE TO CHANGE IN DEDUCTIONS. SET F/U TO COMPLETE THE CALC

**01/17/2022 8:50 PM - CLAIM Note 56**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF DEDUCTION ADJUSTMENT.COMMENTS: DNRP $22.00 EFF 12/9/21 - PLEASE REFUND PERIOD 12/9/21-1/8/22

**01/16/2022 9:29 AM - CLAIM Note 55**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : DEDUCTIONS
Text: [01/16/2022 - LINCOLN, ERIKA]PER DOW DEDUCTION REPORT EFF JAN 2022 PMT MDRP $104.00, DNRP $22.00 AND VISN $19.58. ENDED MDPR $101.00 AND VISN $19.01 1/8/22(JAN 2022 PMT) AND ENTERED MDRP $107.00 AND VISN $20.15 1/9/22-2/8/22 (FEB 2022 PMT) TO CATCHUP FOR JAN 2022 PMT. ENTERD MDRP $140.00 AND VISN $19.58 2/9/22 - MAX. ENDED DNPR 40.50 12/8/21(DEC 2021 PMT) AND ENTERED DNRP $22.00 EFF 12/9/21(JAN PMT). SCORED TO FRS TO REFUND DNRP FOR PERIOD 12/9/21-1/8/22.

**01/14/2022 3:51 PM - CLAIM Note 54**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : DR BARBER
Text: [01/14/2022 - MOREHEAD, ANGELA]RECEIVED MEDICAL FROM DR BARBER 1/13. CONTINUES TO HAVE LOW BACK PAIN . HAD ACCIDENT 20 YEAR AGO THAT INITIALLY CAUSED HIS LOW BACK PAIN BUT IT SEEMS TO BE WORSENING. DUE FOR LABS IN 6 MONTHS

**01/07/2022 10:25 AM - PHONE Note 39**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject : RETURNED CALL
Text: [01/07/2022 - MOREHEAD, ANGELA]EE RETURNED CALL. STATED THAT HE IS WORKING WITH BROWN AND BROWN. HE SPOKE WITH THEM YESTERDAY AND THEY ARE WAITING A HEARING DATE. HE REPORTED THAT SOMEONE WAS SUPPOSED TO BE CALL HIM BACK TODAY. IF HE RECEIVES THE HEARING DATE HE WILL ADVISE. THANKED HIM FOR RETURNING CALL.

**01/07/2022 9:43 AM - PHONE Note 38**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : LEFT MESSAGE
Text: [01/07/2022 - MOREHEAD, ANGELA]CALLED EE REGARDING SS STATUS. EE DID NOT ANSWER. LEFT MESSAGE WITH CALL BACK INFO. ASKED FOR RETURN CALL.

**12/31/2021 3:00 PM - CLAIM Note 53**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : NOTIFY OF NEW DCM
Text: [12/31/2021 - MOREHEAD, ANGELA]SENT LETTER TO EE TO NOTIFY OF NEW DCM

**10/29/2021 1:41 PM - PHONE Note 37**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject : UPDATE
Text: [10/29/2021 - COLANERI, CHRISTINE]EE LVM: HE HAD APPT FOR SSDI AND NOW NEXT WEEK HE WILL HAVE A MENTAL EVAL FOR SSDI AS WELL. IN 3 WEEKS HE WILL HAVE F/U APPT WITH DR. BARBER. NO CHANGES TO HIS CONDITION, STILL HAVING NEUROPATHY PAIN AND LOSS OF BALANCE. ANY FURTHER QUESTIONS PLS RTC

**10/21/2021 2:41 PM - PHONE Note 36**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [10/21/2021 - SUNDERLAND, DARCY]LVM FOR EE AT ASKING FOR RTC TO PROVIDE UPDATE & ASKED FOR SSDI RECON STATUS

**07/23/2021 11:12 AM - PHONE Note 35**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [07/23/2021 - SUNDERLAND, DARCY]EE RECVD VM AND IS RTC. EE STATED THERE HAVEN'T BEEN ANY CHANGES TO HIS CONDITION OR TX, NO NEW PROVIDERS. EE ADVISED EVERYTHING IS THE SAME. HE HAS HAD A BAD WK THIS WK THOUGH AND HAS BEEN IN BED MORE THAN HES BEEN OUT OF IT. PAIN IS WORSE. DCM DISCUSSED VOC, EE DECLINED. EE STATED RIGHT NOW W/ HOW MUCH PAIN HES IN HE CANT SEE HIM HAVING ANY WORK CAPACITY. EE ADVISED RECON FOR SSDI WAS FILED, STILL WORKING W/ B&B. NO UPDATE ON RECON YET. ASKED EE TO LET ME KNOW WHEN HE RECEIVES AN UPDATE. EE UNDERSTOOD.

**07/15/2021 11:32 AM - PHONE Note 34**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [07/15/2021 - SUNDERLAND, DARCY]LVM FOR EE AT ASKED FOR RTC TO PROVIDE UPDATE AND DISCUSS VOC AS EE PREVIOUSLY EXPRESSED POSSIBLE INTERESTED IN RTW TO AN ALT OCC. DCM ALSO ASKED FOR UPDATE OF SSDI.

**07/02/2021 8:23 AM - CLAIM Note 52**
Claim/Event/Leave: 10419522
NoteSubject : Social Security
Other Subject : PENDING RECON
Text: [07/02/2021 - SUNDERLAND, DARCY]RECVD LTR FROM B&B NOTING EES APP WAS DENIED 05/07/21. RECON FILED 07/01/21.

**04/28/2021 2:35 PM - PHONE Note 33**
Claim/Event/Leave: 10419522
NoteSubject : Called EE

NoteSubject : Called EE
Other Subject :
Text: [04/28/2021 - SUNDERLAND, DARCY]RTC TO EE AT AUTOMATED MESSAGE STATES THE CUSTOMER IS NO AVAILABLE NOW, NO OPTION TO LVM.

**04/28/2021 2:33 PM - PHONE Note 32**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [04/28/2021 - SUNDERLAND, DARCY]EE LVM 04/27/21 STATING THERE HAVEN'T BEEN ANY CHANGES SINCE LOV AND HE HASN'T RECVD ANY UPDATE FROM SSDI. EE ASKED FOR RTC IF ANYTHING ELSE IS NEEDED.

**04/15/2021 1:26 PM - PHONE Note 31**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [04/15/2021 - SUNDERLAND, DARCY]LVM FOR EE AT ASKING FOR RTC TO DISCUSS VOC AS MEDICAL SHOWS EE IS INTERESTED IN RTW. ALSO ASKED EE TO PROVIDE UPDATE ON SSDI STATUS

**04/15/2021 1:19 PM - CLAIM Note 51**
Claim/Event/Leave: 10419522
NoteSubject : Action Plan
Other Subject : RTW AO NOV 2022
Text: [04/15/2021 - SUNDERLAND, DARCY]LTD BBD: 11/09/20. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. DIAGNOSIS: DIABETES, NEUROPATHY IN FEET & HANDS. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD.UPDATED MEDICAL RECVD THRU 03/31/21 IMPAIRMENT CAUSED BY NEUROPATHY. EE HAS INQUIRED W/ ER ABOUT OTHER POSITIONS BUT WAS ADVISED NOTHING AVAILABLE. EE HIGH FALL RISK AND UNABLE TO CLIMB LADDERS. R/LS INDEFINITE. CLM REVIEWED IN IM CC 04/15/21 NOTING PERMANENT R/LS IMPOSED BY AP ARE SUPPORTED. THERE IS POSSIBLE CAPACITY FOR SEDENTARY WORK BUT UNLIKELY AS EE WOULD BE LIMITED IN USE OF HANDS AND FEET. DCM WILL F/U WITH EE TO DISCUSS VOC AS EE HAS EXPRESSED INTEREST IN RTW. DCM WILL MAINTAIN CONTACT W/ EE EVERY 90 DAYS FOR CLINICAL UPDATES AND SSDI STATUS.

**04/15/2021 1:05 PM - CLAIM Note 50**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : IM CCS
Text: [04/15/2021 - MURAWSKI, JASON]CLAIM REVIEWED IN IM CCS W DR. KING. BASED UPON THE AVAILABLE MEDICAL RECORDS, RLS PROVIDED BY DR. BARBER CONSIDERED PERMANENT. POSSIBLE BUT UNLIKELY CAPACITY FOR SEDENTARY DEMANDS.

**04/09/2021 9:37 AM - CLAIM Note 49**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : BARBER
Text: [04/09/2021 - SUNDERLAND, DARCY]RECVD RF DATED 04/08/21 NOTING EE HAS NEUROPATHY AND IS UNABLE TO GO UP LADDERS. EE IS A HIGH FALL RISK AND THIS WILL NOT IMPROVE. LOV 03/31/21. NOV 10/13/21. WORKING ON PAIN RELIEF. R/LS IMPOSED INDEFINITELY.

**04/09/2021 7:47 AM - PHONE Note 30**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [04/09/2021 - SUNDERLAND, DARCY]EE RECVD VM AND RTC. ADVISED EE I HAD CALLED TO LET HIM KNOW MEDICAL FROM DR BARBER WAS O/S WHICH I HAVE NOW RECVD, BUT AWAITING COMPLETION OF RF. ALSO ASKED EE FOR UPDATE FROM 03/31/21 OV. EE STATED THERE WERE NO CHANGES, EVERYTHING IS THE SAME. THANKED EE FOR RTC AND ADVISED I HAVE ANY OTHER QUESTIONS OR NEED ANYTHING ADDL I WILL REACH OUT. EE UNDERSTOOD.

**04/08/2021 8:26 AM - CLAIM Note 48**
Claim/Event/Leave: 10419522
NoteSubject : LTR to AP
Other Subject : BARBER
Text: [04/08/2021 - SUNDERLAND, DARCY]FAXED 2ND REQ TO AP, ADVISED RECORDS RECVD AND ASKED IF AP CAN COMPLETE RF

**04/08/2021 8:21 AM - CLAIM Note 47**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : BARBER
Text: [04/08/2021 - SUNDERLAND, DARCY]RECVD OVNS 11/18/20-03/31/21. EE TXING FOR DM, VIT D DEFICIENCY, HYPERCHOLESTEROLEMIA. EE COMPLIANT W/ MEDICATIONS. 01/20/21 AP NOTED DIABETIC POLYNEUROPATHY. 03/31/21 AP NOTED CHRONIC CONDITIONS ARE STABLE. LABS FROM03/30/21 REVIEWED. A1C DECREASED FROM 9% TO 7.8% SINCE 11/2020. EE REPORTS HES UNABLE TO TOLERATE OZEMPIC AS IT PROVOKES NAUSEA. THE NUMBNESS IN HANDS & FEET

HAVE SUBSTANTIALLY IMPAIRED HIS COORDINATION, PREVENTING HIM FROM BEING ABLE TO CLIMB LADDERS FOR WORK. EE HAS INQUIRED W/ ER ABOUT OTHER POSITIONS THAT REQUIRE LESS FINE MOTOR SKILLS BUT ER STATES NO POSITIONS AVAILABLE AT THIS TIME. EE C/O LEFT GROIN PAIN X2 WKS, OCCURRED WHILE AMBULATING ON STAIRS. AP RECOMMENDS EE CONT W/ CURRENT MEDICATIONS.

**04/07/2021 3:22 PM - PHONE Note 29**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : N&P DAY 15
Text: [04/07/2021 - SUNDERLAND, DARCY]LVM FOR EE AT ADVISING MEDICAL FROM DR BARBER REMAINS O/S BUT I DID S/W AP OFFICE TODAY AND THEY SHOULD BE PROVIDING RECORDS. ASKED EE FOR UPDATE FROM 03/31/21 OV.

**04/07/2021 3:19 PM - CLAIM Note 46**
Claim/Event/Leave: 10419522
NoteSubject : Notice/Proof Review
Other Subject : DAY 15
Text: [04/07/2021 - SUNDERLAND, DARCY]CALLED AP BARBER AT (865) 342-8100, S/W ANGIE AND CONFIRMED I RECV RF BUT STILL NEEDING MEDICAL 11/01/20-PRESENT. ANGIE ASKED FOR MY FAX AND CONFIRMED SHE WOULD SEND RECORDS.

**04/01/2021 8:00 AM - CLAIM Note 45**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : BARBER
Text: [04/01/2021 - SUNDERLAND, DARCY]RECVD RF DATED 03/31/21 NOTING NO WORK CAPACITY. EE HAS LE NEUROPATHY THAT AFFECTS HIS BALANCE, UNABLE TO SAFELY GET ON LADDERS, LOSES BALANCE D/T LOSS OF FEELING IN FEET. WORKING ON PAIN RELIEF, HE WILL NEVER REGAIN FEELING SO BALANCE WILL ALWAYS BE AN ISSUE. R/LS ARE INDEFINITE.

**03/30/2021 8:53 AM - PHONE Note 28**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [03/30/2021 - SUNDERLAND, DARCY]EE LVM 03/29/21 ASKING FOR RTC, RECVD N&P LTR. DISREGARDING AS I JUST S/W EE

**03/30/2021 8:53 AM - PHONE Note 27**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [03/30/2021 - SUNDERLAND, DARCY]EE STATED HE LVM FOR ME YESTERDAY BUT WANTED TO MAKE SURE I GOT IT. EE RECVD N&P LTR AND STATED WE CAN REQUEST THE MEDICAL FROM HIS AP AND HE HAS AN OV WITH HIM 03/31/21. ADVISED EE I HAVE REQUESTED MEDICAL BUT HAVE NOT RECVD ANYTHING FROM DR BARBER YET. ASKED EE TO DISCUSS W/ AP AT HIS OV TOMORROW. ADVISED EE IF NO MEDICAL BY 04/07/21 I WILL F/U. EE UNDERSTOOD. EE ALSO CONFIRMED HE IS WORKING W/ TAG FOR SSDI AND HAD A MEDICAL EVAL WEEKS AGO, WILL HAVE MENTAL HEALTH EVAL IN A COUPLE WKS. NO DECISION YET, STILL PENDING. EE STATED HE DID FALL DOWN THE STAIRS AT HIS HOME A WEEK OR SO AGO AND NOW HAS HIP PAIN/IRRITATION SO HE WILL BE DISCUSSING THAT W/ HIS AP AS WELL. OTHER THAN THAT EE CONTINUES TX FOR DM AND NEUROPATHY AND THESE ARE WHAT PREVENT HIM FROM BEING ABLE TO RTW. EE STATES NO CHANGES IN SYMPTOMS OR TX PLAN.

**03/24/2021 1:04 PM - CLAIM Note 44**
Claim/Event/Leave: 10419522
NoteSubject : Action Plan
Other Subject : CLOSE NP JUN 2021
Text: [03/24/2021 - SUNDERLAND, DARCY]LTD BBD: TBD. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. DIAGNOSIS: DIABETES, NEUROPATHY IN FEET. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD. ATTEMPTED CLINICAL UPDATE 03/2021 HOWEVER UNABLE TOREACH EE AND VM IS FULL. REQUESTED MEDICAL FROM DR BARBER 11/01/20-PRESENT. MAILED N&P LTR TO EE. DAY 47 = 05/07/21, DAY 75 = 06/06/21. ONCE MEDICAL IS RECVD DCM WILL CONSIDER IM CC TO REVIEW FOR ONGOING R/LS AND DURATION.

**03/24/2021 1:01 PM - CLAIM Note 43**
Claim/Event/Leave: 10419522
NoteSubject : LTR to EE
Other Subject : N&P
Text: [03/24/2021 - SUNDERLAND, DARCY]MAILED LTR ADVISING MEDICAL NEEDED FROM DR BARBER BY 06/06/21 AND ASKED EE TO RTC

**03/24/2021 12:37 PM - CLAIM Note 42**
Claim/Event/Leave: 10419522
NoteSubject : LTR to AP
Other Subject : BARBER
Text: [03/24/2021 - SUNDERLAND, DARCY]FAXED REQUEST FOR OVNS 11/01/20-PRESENT, INCLUDED RF

**03/24/2021 12:34 PM - PHONE Note 26**
Claim/Event/Leave: 10419522
NoteSubject : Called AP
Other Subject : BARBER
Text: [03/24/2021 - SUNDERLAND, DARCY]CALLED AP AT (865) 342-8100, AUTOMATED MESSAGE STATES THE OFFICE IS CURRENTLY CLOSED

**03/24/2021 12:31 PM - PHONE Note 25**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [03/24/2021 - SUNDERLAND, DARCY]CALLED EE AT NO ANSWER & VM IS FULL

**03/17/2021 2:42 PM - PHONE Note 24**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [03/17/2021 - SUNDERLAND, DARCY]CALLED EE AT FOR CLINICAL UPDATE, NO ANSWER & VM IS FULL

**02/26/2021 5:26 PM - CLAIM Note 41**
Claim/Event/Leave: 10419522
NoteSubject : Ref to SS Vendor
Other Subject : NOT ACCEPTED
Text: VENDOR TRIAGED CLAIM FOR SSDI ELIGIBILITY AND DEEMED CLAIM EITHER NOT ELIGIBLE OR NOT READY. RECONSIDER ELIGIBILITY AT A LATER DATE.

**02/09/2021 9:27 AM - PHONE Note 23**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [02/09/2021 - SUNDERLAND, DARCY]EE LVM 08/08/21 ADVISING HE HAS APPLIED FOR SSDI AND ITS STILL PENDING. HE HAS A TELEHEALTH OV 03/03/21 W/ A PSYCHIATRIST THAT SSA ORDERED HIM TO SEE BUT THEY TOLD HIM THIS WAS PART OF THEIR STANDARD PROCESS. EE STATEDNOTHING ELSE HAS CHANGED, NOTHING ELSE TO REPORT. STILL TXING FOR NEUROPATHY WHICH WILL NOT GET BETTER.

**02/04/2021 1:44 PM - PHONE Note 22**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [02/04/2021 - SUNDERLAND, DARCY]LVM FOR EE AT ASKED TO CONFIRM IF HE FEELS THE NEUROPATHY IS STILL WHAT PREVENTS HIM FROM BEING ABLE TO RTW OR IF TXING FOR ANY OTHER CONDITIONS THAT HE FEELS CONTRIBUTE TO BEING UNABLE TO RTW? ASKED EEFOR SSDI STATUS

**02/04/2021 1:36 PM - PHONE Note 21**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [02/04/2021 - SUNDERLAND, DARCY]EE LVM 02/03/21 ADVISING HE IS STILL RECEIVING ROUTINE TX AND TXING W/ PCP FOR NEUROPATHY. EE STATED NO MED CHANGES AND NO IMPROVEMENT.

**01/20/2021 2:42 PM - PHONE Note 20**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [01/20/2021 - SUNDERLAND, DARCY]LVM FOR EE AT ASKING FOR RTC TO PROVIDE UPDATE

**12/22/2020 9:04 AM - OVERPMT Note 5**
Claim/Event/Leave: 10419522
NoteSubject : OP/SS
Other Subject : CHECK RELEASED
Text: [12/22/2020 - CHARLESTON, KATRINA]CHECK RELEASED FOR CORRECT AMOUNT CLOSED REFERRAL

**12/20/2020 4:23 PM - OVERPMT Note 4**
Claim/Event/Leave: 10419522
NoteSubject : OP/Ck Adj
Other Subject : ISSUED UNDERPAYMENT
Text: [12/20/2020 - CHARLESTON, KATRINA]TOTAL UNDERPAYMENT DUE IS $953.34 FOR THE PERIOD OF 11/09/20 THRU 12/08/20. PAY WAS RECALCULATED DUE TO UNEMPLOYMENT.

**12/17/2020 9:28 AM - CLAIM Note 40**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : DEDUCTION UPDATE
Text: [12/17/2020 - KEEFER, JESSICA]DOW DEDUCTION REPORT RECEIVED AND DEDUCTIONS ADDED AS FLAT FROM

Text: [12/17/2020 - KEEPER, JESSICA]DOW DEDUCTION REPORT RECEIVED AND DEDUCTIONS ADDED AS FLAT FROM 12/9/20-1/8/21 AS FOLLOWS TO CATCH UP FOR MISSED DEDUCTIONS: MDPR $202.00 DNPR $81.00 VISN $38.02 LFPR $23.92 AND DELF $29.92 AND ADDED AS PRORATED FROM 1/9/21 TO MAX AS FOLLOWS: MDPR $101.00 DNPR $40.50 VISN $19.01 LFPR $11.96 AND DELF $14.96. DEDUCTION REPORT IS SAVED TO PS SERVER.

**12/14/2020 8:21 AM - OVERPMT Note 3**
Claim/Event/Leave: 10419522
NoteSubject : OP/Ck Adj
Other Subject : REFERRAL DETAILS
Text: [12/14/2020 - CHARLESTON, KATRINA]REFERRAL RECEIVED TO RECALCULATE BENEFITS DUE TO UNEMPLOYMENT ENDING ON 11/14/2020. SET F/U TO COMPLETE THE CALC

**12/11/2020 8:50 PM - CLAIM Note 39**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO KATRINA CHARLESTON.

**12/11/2020 8:50 PM - CLAIM Note 38**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF UNEMPLOYMENT.COMMENTS: RECVD CONFIRMATION UNEMOLYMENT BENEFIT ENDED AS OF 11/14/20

**12/09/2020 11:35 AM - CLAIM Note 37**
Claim/Event/Leave: 10419522
NoteSubject : LTR to EE
Other Subject : EMAIL
Text: [12/09/2020 - SUNDERLAND, DARCY]SENT EM TO EE AT ADVISING WE NEED TO KNOW THE DATE HIS BENEFITS EXHAUSTED

**12/09/2020 11:32 AM - PHONE Note 19**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [12/09/2020 - SUNDERLAND, DARCY]CALLED EE AT TO ADVISE WE RECVD EM SHOWING HIS UNEMPLOYMENT BENEFITS HAVE EXHAUSTED BUT IT DOESN'T SHOW THE DATE. NO ANSWER & EE VM IS FULL.

**12/09/2020 11:27 AM - CLAIM Note 36**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : UNEMPLOYMENT
Text: [12/09/2020 - SUNDERLAND, DARCY]RECVD CONFIRMATION EES BENEFITS HAVE EXHAUSTED

**12/09/2020 11:27 AM - CLAIM Note 35**
Claim/Event/Leave: 10419522
NoteSubject : Social Security
Other Subject : TAG
Text: [12/09/2020 - SUNDERLAND, DARCY]RECVD PROOF OF FILING FROM TAG

**12/08/2020 9:11 AM - PHONE Note 18**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [12/08/2020 - HAZLETT, TRICIA]CALLED TO RTC, AND PROVIDE EMAIL ADDRESS, LEFT VM WITH GENERAL EMAIL.

**12/08/2020 7:35 AM - PHONE Note 17**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [12/08/2020 - HAZLETT, TRICIA]EE CALLED AND LEFT VM AT 3:43PM ON 12/7 HAS LETTER FROM UNEMPLOYMENT, NEEDS EMAIL ADDRESS.

**11/19/2020 3:14 PM - PHONE Note 16**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [11/19/2020 - SUNDERLAND, DARCY]EE RTC TO ADVISE HE WAS ABLE TO GO TO 11/18/20 OV AND THEY DISCUSSED HIS LABS. EES A1C IS STILL A BIT HIGH SO AP ADJUSTED HIS INSULIN. ASKED EE IF HE HAS DISCUSSED ANY RTW PLAN WITH AP? EE STATED HE HAS NOT. EE STATEDHE CANNOT WORK RIGHT NOW BECAUSE OF ALL THE NERVE DAMAGE IN HIS LEGS FROM THE NEUROPATHY. EE TAKES PREGABALIN 3X DAILY FOR THE NERVE PAIN AND IT MAKES HIM DROWSEY. NOV IS IN 1 MO. THANKED EE FOR UPDATE AND ASKED IF HE HAS HEARD FROM TAG? EE STATED HEDID RECEIVE A VM FROM THEM AND WILL RTC.

**11/19/2020 12:57 PM - PHONE Note 15**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [11/19/2020 - SUNDERLAND, DARCY]LVM FOR EE AT ASKING FOR RTC TO PROVIDE UPDATE FROM 11/18/20 OV

**11/16/2020 8:50 PM - CLAIM Note 34**
Claim/Event/Leave: 10419522
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 11/16/2020 - REFERRED TO THE ADVOCATOR GROUP AS SS ADVOCATE.

**11/16/2020 9:35 AM - PHONE Note 14**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [11/16/2020 - SUNDERLAND, DARCY]EE ADVISED HE HAD CAR TROUBLE AND WAS UNABLE TO MAKE IT TO HIS 11/11/20 OV SO IT HAS BEEN RESCHEDULED TO 11/18/20. THANKED EE FOR LETTING ME KNOW AND ADVISED I WILL FOLLOW UP AFTER OV. EE ALSO STATED HE THOUGHT WE WOULD BE FILING FOR SSDI FOR HIM, HE WASN'T AWARE HE HAD TO DO IT? EXPLAINED WE CANNOT FILE FOR HIM AND OFFERED TAG ASSISTANCE, EE WOULD LIKE TO USE TAG. CONFIRMED I WILL REFER HIS CLAIM TO TAG TODAY. EE THANKED.

**11/12/2020 1:48 PM - PHONE Note 13**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [11/12/2020 - SUNDERLAND, DARCY]LVM FOR EE AT ASKING FOR RTC TO PROVIDE UPDATE FROM 11/11/20 OV. ALSO ASKED IF EE HAS FILED FOR SSDI.

**11/09/2020 8:15 AM - PHONE Note 12**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [11/09/2020 - SUNDERLAND, DARCY]EE ASKED IF BENEFITS START TODAY? CONFIRMED THEY DO AND ADVISED HIS 1ST CHECK WILL BE PROCESSED ON 12/02/20. EE ASKED IF WE ARE DEDUCTING FOR ANY HEALTH INSURANCE? ADVISED EE WE ARE NOT AND WOULD NOT DO SO UNLESS ADVISED TO BY ER. EE UNDERSTOOD. I DID ADVISE EE WE ARE OFFSETTING FOR UNEMPLOYMENT AND ASKED IF HE IS STILL RECEIVING THAT? EE STATED HE WONT RECEIVE IT ANYMORE SINCE LTD BEGINS TODAY. ADVISED EE WE WOULD NEED TO RECEIVE LTR CONFIRMING HE IS NO LOGNER RECEIVING UNEMPLOYMENT SO WE CAN REMOVE THE OFFSET. EE UNDERSTOOD.

**10/19/2020 8:25 AM - OVERPMT Note 2**
Claim/Event/Leave: 10419522
NoteSubject : OP/Ck Adj
Other Subject : NO ADJ NEEDED
Text: [10/19/2020 - CHARLESTON, KATRINA]NO ADJUSTMENT NEEDED FIRST CHECK ISSUED AND UNEM OFFSET WAS ADDED CLOSED REFERRAL

**10/13/2020 10:15 AM - CLAIM Note 33**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [10/13/2020 - AUBIN, NANCY]SET UP SCHEDULED PAYMENT FROM 11/09/2020 THROUGH 11/08/2022 BASED ON PER ER INTAKE FORM IN DOC LIST. $7658.34 MNTHLY. THE BENEFIT IS 66.7% OR $5,108.11. MAX BEN DATE CALCULATE AT 07/07/2035 . OFFSET(S) SET UP AS FOLLOWS: UNEM $1191.67 MONTHLY PER CSS FORM IN DOC LIST. FEDERAL TAX WITHHOLDING HAS BEEN SET UP IN THE AMOUNT OF $300.00 PER W4S IN DOC LIST. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**10/12/2020 8:50 PM - CLAIM Note 32**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO NANCY AUBIN.

**10/12/2020 8:50 PM - CLAIM Note 31**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: PLEASE CALC INITIAL PMT. EMD ER FOR LTD BBD.

**10/12/2020 11:14 AM - PHONE Note 11**
Claim/Event/Leave: 10419522
NoteSubject : Called EE

NoteSubject : Called EE
Other Subject :
Text: [10/12/2020 - SUNDERLAND, DARCY]LVM FOR EE AT ADVISING CLM HAS BEEN APPROVED AND I WILL BE SENDING APPROVAL LTR. PMT HAS NOT BEEN SCHEDULED AS OF YET, WILL NEED ER TO CX BBD AND SALARY INFORMATION - ONCE RECVD WE CAN CONFIRM PMT AMNT WITH EE.

**10/12/2020 10:34 AM - CLAIM Note 30**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : SPECIALIST REVIEW
Text: [10/12/2020 - HAZLETT, TRICIA]AGREE WITH APPROVAL AS EE REQUIRED TO WALK FOR JOB 25% OF TIME.

**10/08/2020 10:24 AM - CLAIM Note 29**
Claim/Event/Leave: 10419522
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2021
Text: [10/08/2020 - SUNDERLAND, DARCY]LTD BBD: TBD. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. DIAGNOSIS: DIABETES, NEUROPATHY IN FEET. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). FOV: 05/10/20 OR 05/11/20. LOV: 08/31/20, 09/14/20. NOV: 11/11/20. RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD. DCM TO CONFIRM APPROVAL WITH ER AND OBTAIN LTD BBD. ONCE BBD IS RECEIVED DCM WILL SEND APPROVAL LTR AND DISCUSS VOC AND SSDI WITH EE. DCM TO MAINTAIN CONTACT WITH EE EVERY 60-90 DAYS FOR CLINICAL UPDATES AND REQUEST UPDATED MEDICAL ASNECESSARY.

**10/08/2020 10:23 AM - CLAIM Note 28**
Claim/Event/Leave: 10419522
NoteSubject : Approved
Other Subject : INITIAL
Text: [10/08/2020 - SUNDERLAND, DARCY]LTD BBD: TBD. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED LIGHT OCC. DIAGNOSIS: DIABETES, NEUROPATHY IN FEET. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. SYMPTOMS: SEVERE, UNBEARABLE PAIN IN FEET. MEDICAL ON FILE FROM DR BARBER 05/11/20-09/14/20. AT SEPT OV AP NOTED EE HAS NOT BEEN ABLE TO WALK DUE TO LACK OF FEELING IN BILATERAL FEET. ASSESSMENT: DIABETIC POLYNEUROPATHY, EE WILL NEVER REGAIN SENSATION OF BILATERAL FEET. STOP GABAPENTIN, TAKE LYRICA 150MG 3X DAILY. AP DOES NOT SEE HIM BEING ABLE TO RETURN TO FORMER OCC. ER HAS NOT BEEN ABLE TO FIND HIM AN POSITION SUITABLE FOR HIM. TREATINGPROVIDERS: DR CHRISTOPHER BARBER (PCP). FOV: 05/10/20 OR 05/11/20. LOV: 08/31/20, 09/14/20. NOV: 11/11/20. RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD. GIVEN THE SEVERITY OF EES NEUROPATHY AND OCCUPATIONAL DEMANDS, DCM RECOMMENDS APPROVAL FOR OWN JOB.

**10/08/2020 10:19 AM - CLAIM Note 27**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : PHYS JOB EVAL
Text: [10/08/2020 - SUNDERLAND, DARCY]RECVD COMPLETED FORM FROM ER. WALKING 20-25%, EVAL EQUIPMENT FOR REPAIRS 40%, SITTING 35%, STANDING 20%, STOOPING/SQUATTING 5%, CLIMBING/STAIRS 15%, LIFTING 10LBS OR LESS 10%. NO LIFTING GREATER THAN 10LBS.[10/08/2020- SUNDERLAND, DARCY]ER ALSO NOTED NO MODIFIED OR LIGHT DUTY, NO PART TIME AVAILABILITY FOR THIS POSITION, AND NO WFH.

**10/06/2020 11:19 AM - CLAIM Note 26**
Claim/Event/Leave: 10419522
NoteSubject : LTR to ER
Other Subject : 2ND REQUEST
Text: [10/06/2020 - SUNDERLAND, DARCY]EMD JFOWLKES@DOW.COM ASKING TO COMPLETE PHYSICAL JOB EVAL FORM

**10/05/2020 7:29 AM - OVERPMT Note 1**
Claim/Event/Leave: 10419522
NoteSubject : OP/Ck Adj
Other Subject : REFERRAL DETAILS
Text: [10/05/2020 - CHARLESTON, KATRINA]REFERRAL RECEIVED TO RECALCULATE BENEFITS DUE TO UNEMPLOYMENT RECEIVING 275.00 A WEEK (275.00*52/12=1191.67) UNABLE TO ADD OFFSET AS NO PAYMENT IS SCHEDULED. SET F/U TO MAKE SURE OFFSET IS PLACED.

**10/02/2020 8:50 PM - CLAIM Note 25**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO KATRINA CHARLESTON.

**10/02/2020 7:41 AM - PHONE Note 10**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :

Other Subject :
Text: [10/02/2020 - SUNDERLAND, DARCY]EE LVM 10/01/20 AT 4:16PM ADVISING HE WILL CALL BACK IN THE MORNING TO DISCUSS UNEMPLOYMENT.

**10/02/2020 7:41 AM - PHONE Note 9**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [10/02/2020 - SUNDERLAND, DARCY]EE STATED HE IS NOT ELIGIBLE FOR STD BENEFIT SO HE HAS BEEN RECEIVING UNEMPLOYMENT WHICH WILL END ONCE HIS LTD IS APPROVED. THANKED EE FOR CLARIFICATION AND ADVISED WE WOULD NEED A COPY OF A LTR FROM UNEMPLOYMENT CONFIRMING HIS BENEFITS HAVE CEASED ONCE HIS CLM IS APPROVED. EE UNDERSTOOD AND CONFIRMED HE WILL PROVIDE THAT. EE ASKED WHEN HE WILL HEAR BACK ONT HE APPROVAL? EXPLAINED WE ARE AWAITING ADDL INFO FROM ER AND I WILL FOLLOW UP WITH HIM AS SOON AS I HAVE ANUPDATE. EE THANKED.

**10/01/2020 8:51 PM - CLAIM Note 24**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF UNEMPLOYMENT.COMMENTS: EE ADVISED HE HAS BEEN RECEIVING UNEMPLOYMENT SINCE 5/28/20, $275 PER WK

**10/01/2020 2:34 PM - PHONE Note 8**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [10/01/2020 - SUNDERLAND, DARCY]LVM FOR EE AT ADVISED I RECVD HIS LTD FORMS AND ON THE CSS HE INDICATES HE HAS BEEN RECEIVING UNEMPLOYMENT SINCE 05/28/20. ADVISED THAT IS AN OFFSET TO LTD BENEFIT AND WE WOULD NEED A COPY OF A LTR FROMUNEMPLOYMENT CONFIRMING HIS BENEFIT AMOUNT AND THE DATE HE BEGAN RECEIVING THE BENEFIT, OR CAN PROVIDE COPIES OF PAY STATEMENTS. PROVIDED EE WITH MY FAX #.

**10/01/2020 2:25 PM - CLAIM Note 23**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : LTD FORMS
Text: [10/01/2020 - SUNDERLAND, DARCY]RECVD CIF, CSS, AQ, TEE, DL

**10/01/2020 7:40 AM - CLAIM Note 22**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : LTD FORMS
Text: [10/01/2020 - SUNDERLAND, DARCY]RECVD DD APP, W4S, SSRA

**09/30/2020 9:43 AM - CLAIM Note 21**
Claim/Event/Leave: 10419522
NoteSubject : LTR to ER
Other Subject : EMAIL
Text: [09/30/2020 - SUNDERLAND, DARCY]EMD EERABIDEAU@DOW.COM ASKING TO CONFIRM LTD BBD[09/30/2020 - SUNDERLAND, DARCY]**CORRECTION: EMD SENT TO JGALLIHUGH@DOW.COM

**09/30/2020 9:39 AM - CLAIM Note 20**
Claim/Event/Leave: 10419522
NoteSubject : LTR to ER
Other Subject :
Text: [09/30/2020 - SUNDERLAND, DARCY]EMD JFOWLKES@DOW.COM ASKING TO COMPLETE PHYSICAL JOB EVAL FORM

**09/30/2020 8:54 AM - CLAIM Note 19**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [09/30/2020 - HUSSEY, CAITLIN]DCM TO UPDATE EDOC IN ASSIGNED BENEFITS AND CORRECT DIS EFFECTIVE DATE *** DISAGREE WITH APPROVAL AT THIS TIME, SUGGEST DCM SECURE A PHYSICAL JOB EVAL FORM TO CLARIFY DEMANDS OF JOB AS JD DOES NOT NOTE THIS. LTD BBD PRESUMED 11/5/2020 THEREFORE, REASONABLE TO SECURE PRIOR TO POSSIBLE APPROVAL

**09/30/2020 8:35 AM - CLAIM Note 18**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : ELIGIBILITY REVIEW
Text: [09/30/2020 - SUNDERLAND, DARCY]POLICY EFFECTIVE DATE: 01/01/08. ** CLASS DESCRIPTION: 2B: FULL-TIME SALARIED EES WITH 1 YEAR OR MORE OF SERVICE INTHE OPT-UP PLAN AND NOT RECEIVING BENEFITS FROM SPONSOR PENSION PLANS **HIRE DATE: 01/08/2001 **PARTTIME/FULL TIME: FULL TIME ** ELIGIBILITY WAITING PERIOD: IF THE COVERED PERSON IS EMPLOYED BY THE SPONSOR ON THE POLICY EFFECTIVE DATE 30 DAYS OF CONTINUOUS, ACTIVE EMPLOYMENT ** CONTRIBUTIONS REQUIRED: NO ** EFFECTIVE DATE OF COVERAGE: 02/07/2001 ** ELIMINATION PERIOD: THE GREATER OF: A. THE END OF THE SALARY CONTINUATION PERIOD; OR B. 6 MONTHS. ***LTD BBD: 11/05/20 ** BENEFIT

AMOUNT: 66.7% OF BASIC MONTHLY EARNINGS NOT TO EXCEED A MAXIMUM MONTHLY BENEFIT OF $15,841.25 LESS OTHERINCOME BENEFITS AND OTHER INCOME EARNINGS AS OUTLINED IN SECTION 4. ** OWN OCC DURATION: 24 MONTHS **MAX DURATION: 07/07/2035 ***SALARY CALC: $7,658.34 (PROVIDED BY ER)

**09/30/2020 7:49 AM - CLAIM Note 17**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject : SPECIALIST REVIEW
Text: [09/30/2020 - HAZLETT, TRICIA]PRIOR TO APPROVAL, DCM NEEDS TO REVIEW ELIGIBILITY AND ADD NOTE. ALSO CORRECT APPROVAL AND ACTION PLAN TO REFLECT THAT THIS LTD IS BASED ON OWN JOB, NOT OWN OCC FOR THIS CUSTOMER.

**09/29/2020 4:38 PM - CLAIM Note 16**
Claim/Event/Leave: 10419522
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2021
Text: [09/29/2020 - SUNDERLAND, DARCY]LTD BBD: TBD. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED MED OCC. DIAGNOSIS: DIABETES, NEUROPATHY IN FEET. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). FOV: 05/10/20 OR 05/11/20. LOV: 08/31/20, 09/14/20. NOV: 11/11/20. RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD. DCM TO CONFIRM APPROVAL WITH ER AND OBTAIN LTD BBD. ONCE BBD IS RECEIVED DCM WILL SEND APPROVAL LTR AND DISCUSS VOC AND SSDI WITH EE. DCM TO MAINTAIN CONTACT WITH EE EVERY 60-90 DAYS FOR CLINICAL UPDATES AND REQUEST UPDATED MEDICAL AS NECESSARY.[09/30/2020 - SUNDERLAND, DARCY].

**09/29/2020 4:36 PM - CLAIM Note 15**
Claim/Event/Leave: 10419522
NoteSubject : Approved
Other Subject : INITIAL
Text: [09/29/2020 - SUNDERLAND, DARCY]LTD BBD: TBD. LDW: 05/08/20. DOD: 05/09/20. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FEILD JOB PLANNER, PRESUMED MED OCC. DIAGNOSIS: DIABETES, NEUROPATHY IN FEET. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. SYMPTOMS: SEVERE, UNBEARABLE PAIN IN FEET. MEDICAL ON FILE FROM DR BARBER 05/11/20-09/14/20. AT SEPT OV AP NOTED EE HAS NOT BEEN ABLE TO WALK DUE TO LACK OF FEELING IN BILATERAL FEET. ASSESSMENT:DIABETIC POLYNEUROPATHY, EE WILL NEVER REGAIN SENSATION OF BILATERAL FEET. STOP GABAPENTIN, TAKE LYRICA 150MG 3X DAILY. AP DOES NOT SEE HIM BEING ABLE TO RETURN TO FORMER OCC. ER HAS NOT BEEN ABLE TO FIND HIM AN POSITION SUITABLE FOR HIM. TREATING PROVIDERS: DR CHRISTOPHER BARBER (PCP). FOV: 05/10/20 OR 05/11/20. LOV: 08/31/20, 09/14/20. NOV: 11/11/20. RX S/FREQ/DOSAGE: LYRICA 150MG 3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD. GIVEN THE SEVERITY OF EES NEUROPATHY AND OCCUPATIONAL DEMANDS, DCM RECOMMENDS APPROVAL FOR OWN OCC.[09/30/2020 - SUNDERLAND, DARCY]CORRECTION: DCM RECOMMENDS APPROVAL FOR OWN JOB.

**09/17/2020 8:52 PM - CLAIM Note 14**
Claim/Event/Leave: 10419522
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/17/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**09/17/2020 10:49 AM - CLAIM Note 13**
Claim/Event/Leave: 10419522
NoteSubject : Voc Rehab
Other Subject : OA REFERRAL
Text: [09/17/2020 - MILLER, JASON]DISCUSSED CONTRACT SPECIFICS WITH CCM AND EXPLAINED THAT NO OAS ARE PERFORMED ON THIS ACCOUNT. OA CANCELLED.

**09/15/2020 8:50 PM - CLAIM Note 12**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 9/15/2020 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**09/15/2020 7:37 AM - CLAIM Note 11**
Claim/Event/Leave: 10419522
NoteSubject : Ref to Other
Other Subject : OA
Text: [09/15/2020 - SUNDERLAND, DARCY]SCORED REFERRAL TO VOC FOR OA

**09/15/2020 7:32 AM - CLAIM Note 10**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : BARBER
Text: [09/15/2020 - SUNDERLAND, DARCY]05/11/20 EE C/O NEUROPATHY PRESENT FOR SEVERAL MONTHS. RIGHT LEG IS WORSE THAN LEFT. NUMBNESS MOVES TO FINGERTIPS AND CANNOT FEEL HIS GREAT TOE AT ALL. EE REPORTS THIS HAS AFFECTED HIS WORK PERFORMANCE AND JEOPARDIZEDHIS JOB. AP NOTED UNCONTROLLED DM. NERVE CONDUCTION STUDY ORDERED. NCV & EMG FINDINGS: EVIDENCE OF MODERATE SENSORIMOTOR POLYNEUROPATHY

CONDUCTION STUDY ORDERED. NCV & EMG FINDINGS: EVIDENCE OF MODERATE SENSORIMOTOR POLYNEUROPATHY. 06/03/20 EE HAD FOLLOW UP FOR DM. AP NOTED HYPERCHOLEST, VIT D DEFICIENCY, NEUROPATHY, DM. EE COMPLIANT W/ MEDICATIONS. EE TO CONT W/ MEDICATIONS. LABS ORDERED. 08/13/20 AP NOTED HYPERCHOLEST, DM, NEUROPATHY ARE CHRONIC BUT STABLE. EE REPORTS NEUROPATHY HAS WORSENED AND IS WORSE DURING THE DAY. GABAPENTIN INCREASED TO 200MG. 09/14/20 EE REPORTS SEVERE PAIN DESPITE TAKING GABAPENTIN 3X DAILY, THIS RX ALSO MAKES HIM DROWSY. EE REPORTS HES UNABLE TO WALK D/T LACK OF FEELING IN HIS FEET. ER HAS BEEN UNABLE TO FIND HIM ANY POSITION THAT WOULD BE SUITABLE FOR HIS CONDITION. AP NOTED EE WILL NEVER REGAIN SENSATION IN HIS FEET. EE TO STOP GABAPENTIN AND START LYRICA 150MG 3X DAILY. AP NOTED HE DOES NOT SEE EE RETURNING TO HIS FORMER OCC D/T SAFETY REASONS.

**09/14/2020 9:56 AM - PHONE Note 7**
Claim/Event/Leave: 10419522
NoteSubject : AP Called
Other Subject : BARBER
Text: [09/14/2020 - SUNDERLAND, DARCY]RECVD CALL FROM CARLA ADVISING SHE WILL SEND RECORDS AND ASKED FOR FAX. PROVIDED MY DIRECT FAX 603-285-4389

**09/14/2020 9:36 AM - PHONE Note 6**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject : N&P DAY 15
Text: [09/14/2020 - SUNDERLAND, DARCY]LVM FOR EE AT ADVISING WE'RE STILL IN NEED OF MED RECS FROM DR BARBER AND ENCOURAGED EE TO REACH OUT TO HIS DR TO ASSIST. ALSO ADVISED LTD FORMS ARE NEEDED FROM HIM

**09/14/2020 9:29 AM - CLAIM Note 9**
Claim/Event/Leave: 10419522
NoteSubject : Notice/Proof Review
Other Subject : DAY 15
Text: [09/14/2020 - SUNDERLAND, DARCY]LVM FOR THE NURSE AT DR BARBERS OFFICE, ADVISED WE RECVD RF BUT WE'RE STILL NEEDING MED RECS AND ASKED FOR RTC.[09/14/2020 - SUNDERLAND, DARCY]FAXED 2ND REQUEST FOR RECORDS

**09/14/2020 9:25 AM - CLAIM Note 8**
Claim/Event/Leave: 10419522
NoteSubject : Med Records Rcvd
Other Subject : BARBER
Text: [09/14/2020 - SUNDERLAND, DARCY]RECVD RF NOTING EE HAS MEDIUM CAPACITY. DX OF NEUROPATHY THAT AFFECTS HIS BALANCE AND IS UNABLE TO SAFELY CLIMB LADDERS. WORKING ON PAIN RELIEF. EE HAS LOSS OF FEELING IN BOTH FEET. R/LS IMPOSED INDEFINITELY.

**09/02/2020 9:59 AM - CLAIM Note 7**
Claim/Event/Leave: 10419522
NoteSubject : Job Description
Other Subject : MAINT FIELD PLANNING
Text: [09/02/2020 - SUNDERLAND, DARCY]RECORD TASKS/INFORMATION WITHIN THE PM ORDER, NOTIFY OTHER CRAFTS OF THEIR REQUIREMENT TO PROVIDE INPUT TO JOB PLAN (VERBAL, COMMUNICATION SUB), CREATE FLOC TASK LIST FOR REPETITIVE JOB PLANS, CREATES DMS RECORDS FOR REPETITIVE PICTURE SHEETS AND PROCEDURES, CONSIDER CONSTRUCTABILITY AND MAINTAINABILITY WHEN DEVELOPING PLANS, CONSIDER MATERIAL COSTS WHEN SELECTING MATERIALS FROM SPECIFICATIONS, UTILIZES THE MOST EFFECTIVE TECHNOLOGY WHERE APPLICABLE, ENSURES JOB PLANS ADHERE TO DOW EH&S STANDARDS AND LOCAL REGULATIONS/STANDARDS THAT ARE LEGALLY REQUIRED OR MORE STRINGENT THAN DOW EH&S STANDARDS

**09/02/2020 9:56 AM - CLAIM Note 6**
Claim/Event/Leave: 10419522
NoteSubject : LTR to AP
Other Subject : BARBER
Text: [09/02/2020 - SUNDERLAND, DARCY]FAXED REQ FOR OVNS 05/01/20-PRESENT

**09/02/2020 9:51 AM - PHONE Note 5**
Claim/Event/Leave: 10419522
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [09/02/2020 - SUNDERLAND, DARCY]EE RTC...LTD BBD: UNKNOWN. LDW: 05/08/20. DOD: 05/09/20. GAP: N/A. AGE: 50 YOM. JOB TITLE/DUTIES/SCHEDULE: MAINTENANCE FILED JOB PLANNER, PRESUMED MED OCC. INJURY: NO. WORK RELATED /SUBROGATION: NO. DIAGNOSIS: DIABETES COMPLICATIONS, NEUROPATHY IN FEET. FOLLOWING UP WITH DR BARBER EVERY 3 MOS. COMORBID: DEPRESSION (WELL CONTROLLED). HIGH CHOLESTEROL. HOSPITALIZED: NO. RESTRICTIONS: NONE. SYMPTOMS: SEVERE, UNBEARABLE PAIN IN FEET. ASSISTANCE W/ADLS: SELF-SUFFICIENT. COULD YOU PERFORM THE SAME POSITION FOR A DIFFERENT ER: POSSIBLY BUT WOULD NEED MODIFICATIONS. CURRENT ER IS UNWILLING TO OFFER ANY ACCOMMODATIONS. COULD YOU PERFORM A DIFFERENT JOB FOR A DIFFERENT ER: UNSURE, DEPENDSON WHAT MODIFICATIONS HE WOULD BE ABLE TO GET. NEEDS TO MAKE SURE HE CAN TAKE RX, PAIN IS CONSTANT AND UNBEARABLE W/O GABAPENTIN BUT IT MAKES HIM TIRED/GROGGY. HOW OFTEN DO YOU SLEEP: 4-5 HRS PER NIGHT, SLEEP IS INTERRUPTED BY PAIN. TREATING PROVIDERS NAMES AND SPECIALTY: DR CHRISTOPHER BARBER (PCP). AP PHONE # 865-342-8100. FOV: 05/10/20 OR 05/11/20. LOV: 08/2020. NOV: 11/2020. RX S/FREQ/DOSAGE: GABAPENTIN 300MG 2-3X DAILY, SERTRALINE, STATIN, METFORMIN, INSULIN. ERTW: TBD. ANY OTHER INCOME: NONE. CONFIRM

ADDRESS, PH, LAST 4 SSN, DOB, EM: CONFIRMED. MARRIED: YES. WHO LIVES IN HOUSEHOLD: WIFE. CHILDREN/DEPENDENTS: 3 CHILDREN, ALL OVER AGE 18. MEMBER OF MILITARY: NO. HIGHEST LEVEL OF EDUCATION: HIGH SCHOOL. ASKED EEIF DEPRESSION WAS ALSO CONTRIBUTING TO HIM BEING OOW? EE STATED IT IS NOT, HE FEELS THAT IS CONTROLLED AND DOESN'T HAVE ANYTHING TO DO WITH HIS CLAIM. EXPLAINED MEDICAL WILL BE REQUESTED FROM DR BARBER AND DUE WITHIN 45 DAYS, CLAIM WILL REMAIN PENDEDUNTIL MEDICAL RECVD. EE U/S.

**09/01/2020 12:28 PM - PHONE Note 4**
Claim/Event/Leave: 10419522
NoteSubject : Called EE
Other Subject :
Text: [09/01/2020 - SUNDERLAND, DARCY]LVM FOR EE AT ASKED FOR RTC

**09/01/2020 12:26 PM - PHONE Note 3**
Claim/Event/Leave: 10419522
NoteSubject : EE Called
Other Subject :
Text: [09/01/2020 - SUNDERLAND, DARCY]EE LVM 8/31 AT 4:33PM ADVISING HE RECVD MY VM AND IS RTC

**08/31/2020 2:17 PM - CLAIM Note 5**
Claim/Event/Leave: 10419522
NoteSubject : Action Plan
Other Subject : PENDED
Text: [08/31/2020 - SUNDERLAND, DARCY]ICP ATTEMPTS WERE UNSUCCESSFUL. CLAIM PLACED ON N&P FOR ICP AND LTD FORMS. MAILED N&P LTR TO EE. JD REQUESTED FROM ER.

**08/31/2020 2:15 PM - CLAIM Note 4**
Claim/Event/Leave: 10419522
NoteSubject : LTR to EE
Other Subject : N&P
Text: [08/31/2020 - SUNDERLAND, DARCY]MAILED LTR TO EE W/ LTD FORMS. DAY 45 = 10/14/20.

**08/31/2020 1:39 PM - CLAIM Note 3**
Claim/Event/Leave: 10419522
NoteSubject : LTR to ER
Other Subject :
Text: [08/31/2020 - SUNDERLAND, DARCY]REQUESTED JD.

**08/31/2020 1:39 PM - PHONE Note 2**
Claim/Event/Leave: 10419522
NoteSubject : Initial EE Interview
Other Subject : X2 - INCOMPLETE
Text: [08/31/2020 - SUNDERLAND, DARCY]LVM FOR EE AT ASKING FOR RTC

**08/28/2020 12:29 PM - PHONE Note 1**
Claim/Event/Leave: 10419522
NoteSubject : Initial EE Interview
Other Subject : X1 - INCOMPLETE
Text: [08/28/2020 - SUNDERLAND, DARCY]LVM AT ASKING FOR RTC

**08/28/2020 12:26 PM - CLAIM Note 2**
Claim/Event/Leave: 10419522
NoteSubject : Other
Other Subject :
Text: [08/28/2020 - SUNDERLAND, DARCY]UNABLE TO VIEW INTAKE FORM FROM ER. SENT EM TO ER REQUESTING THEY RESEND TO ME. SEE DOC LIST

**08/26/2020 10:53 AM - CLAIM Note 1**
Claim/Event/Leave: 10419522
NoteSubject : Telephonic Intake
Other Subject :
Text: [08/26/2020 - STEPHENS, ROBERT]ORIGINAL CLAIM 10411698 WAS RECEIVED PRTE UNDER ROHM AND HAAS COMPANY 03-490950, COVERAGE TERMED 01/01/2010. LOCATION NOW UNDER THE DOW CHEMICAL COMPANY 04-437693. NEW MANUAL CLAIM CREATED. ORIGINAL SUBMISSION DOCUMENT CAN BE FOUND IN SPELL LETTERS FOR CLAIM 10411698, PLEASE REVIEW.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, June 14, 2023 2:43:49 PM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | 2oqtqcqktxf7vd3efiuc_15477235.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Gilmore 0067**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 14, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

We previously wrote to you regarding the overpayment on your Long-Term Disability Claim. As of this date we have not received a full refund or a response regarding the balance due.

A total of $69,528.00 is still outstanding as of today. You must return the full refund within 10 days of this letter or contact our office before June 28, 2023 to make appropriate arrangements to refund this amount.

Please remit the outstanding balance of $69,528.00 payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at: DisabilityDocuments@LFG.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**

**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If we do not receive payment by June 28, 2023 under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Sullivan
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16419
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
10419522-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-02.10.2023

| Claim Number(s):10419522 | | | | |
|---|---|---|---|---|
| **Overpayment Calculation** | | | | |
| Originally Paid | *11/9/2020* | *through* | *11/8/2022* | $110,803.72 |
| Less: Should have Paid | *11/9/2020* | *through* | *11/8/2022* | $41,275.72 |
| Overpayment Due | | | | $69,528.00 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$69,528.00** |

# The Lincoln National Life Insurance Company
# Group Protection Disability Claims

PO Box 2578
Omaha, NE 68172-9688

## One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 10419522

I ______________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for _________ on or after ____________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# ________________________

City, State, Zip ______________________________ Email __________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________________________________

Financial Institution Address ______________________________________________

Routing Number ______________________________________________

Account Number ______________________________________________

SIGNATURE __________________________________ DATE __________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

**Lincoln/Gilmore 0071**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, March 21, 2023 2:39:05 PM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | azm3rhm6npkp5uaqzecn_14865081.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 21, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

This correspondence is in response to your letter dated March 19, 2023 requesting that Dr. Nava was available for an examination. Per the letter dated March 14, 2023, we decline your request to depose Dr. Nava as this demand is outside the scope of ERISA. Your office has been provided a copy of Dr. Nava s report and you have been provided until March 30, 2023, to provide a response.

Per the March 19, 2023 letter, we have enclosed the invoice for Dr. Nava s review through MLS Group of Companies. Disability benefit claims and appeals are adjudicated in a manner designed to ensure the independence and impartiality of the persons involved in making the decision. There are no incentives, bonuses, or reward programs for Lincoln s employees that are based on outcome of the claim decision. Regarding your requests for materials such as claims handling training materials, numbers of times Dr. Nava has reviewed claim files for Lincoln in the last five years, contracts between Lincoln and MLS Group of Companies, we disagree with your interpretation of the scope of Lincoln Financial Group s disclosure obligations under ERISA, and we decline your request for these types of materials.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 10419522-INVOICES-3RD PARTY CLINICAL SERVICES-03.07.2023

**Invoice** **148556-1**

**Date of Invoice** 3/7/2023

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Jerronda King

**Case ID:** 10419522
**Referral ID:** 148556
**Name:** MICHAEL F GILMORE
**Employer:**
**Physician:** Andrew Nava
**Specialty:** Physical Medicine & Rehabilitation
**Svc Date:** 3/7/2023

| Item | Rate |
|---|---|
| Peer Review | $660.00 |

| | |
|---|---|
| **Invoice Total** | $660.00 |
| **Tax Total** | $0 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $$660.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

Lincoln/Gilmore 0083

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

March 19, 2023

**VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
**Attn: Jerronda King**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

RE: Michael F. Gilmore v. The Lincoln National Life Insurance Company and Brown & Brown Insurance
The Dow Chemical Company
Claim #: 10419522

Ms. King:

I am in receipt of your March 14, 2023 letter "declining your request to depose Dr. Nava as this demand is outside the scope of ERISA" though you provided no statutory, regulatory, or case law for the basis of this bald assertion. I would remind Lincoln National that the United States Supreme court has charged fiduciaries "with a duty of loyalty to guarantee beneficiaries' interest." Pegram v. Herdrich, 530 U.S. 211, 224 (2000). I would again request that Dr. Nava be made available for an examination. If Lincoln National continues its denial of this reasonable request, I would request statutory or case authority for said denial.

Additionally, I would request the following:

- All payment details to Dr. Nava for his review in this case.
- State the number of times Dr. Nava has reviewed a claim file for Lincoln National in the last five (5) years.
- Provide copies of any and all contracts between Dr. Nava and Lincoln Financial or between an third-party charged with being an intermediary with Dr. Nava.

- Provide copies of any documents which show any type of incentive, bonus, or reward program or system for Lincoln Financial employees having decision making responsibilities on this claim.
- Please provide any claims handling training materials currently utilized by Lincoln Financial for long term disability claims.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

cc: Michael F. Gilmore

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, March 14, 2023 10:29:36 AM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | kjbm7bqchr8d9bo5xseq_14809164.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 14, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

This letter is in response to the request for deposition of Dr. Andrew Nava in your letter dated March 8, 2023. We decline your request to depose Dr. Nava as this demand is outside the scope of ERISA.

Per the letter sent dated March 9, 2023, your office is being provided the right to review and respond to Dr. Nava s medical report. The due date for this response is March 30, 2023.

Please find attached credential for Dr. Nava.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 10419522-MEDICAL-CORRESPONDENCE-03.13.2023

# Andrew Nava, M.D.

12009 Margaret Ct, Marriottsville, MD 21104
443-722-3475 (cell); andy.nava@gmail.com, anava@jhmi.edu


## EDUCATION

08/2000-05/2005 **Doctor of Medicine (M.D.)**
*Johns Hopkins University, Baltimore, MD*

06/1995-06/2000 **Bachelor of Science (B.S.), Biological Sciences -** summa cum laude
*California State Polytechnic University, Pomona, CA*

## CLINICAL EXPERIENCE

08/2018-current **Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine**
*Johns Hopkins University School of Medicine, Baltimore, MD*
Department of Physical Medicine and Rehabilitation

08/2017-07/2018 **Fellow, Interventional Spine and Musculoskeletal Medicine**
**Instructor in Physical Medicine and Rehabilitation**
*Johns Hopkins University School of Medicine, Baltimore, MD*
Department of Physical Medicine and Rehabilitation

07/2014-06/2017 **Resident**
*Johns Hopkins University School of Medicine, Baltimore, MD*
Department of Physical Medicine and Rehabilitation

06/2013-06/2014 **Preliminary Medicine Internship**
*Howard University Hospital*
Department of Internal Medicine

08/2012 **Internal Medicine Observership**
*Washington DC VA Medical Center, Washington, DC*
Admitted and managed patients on the general medicine ward. Attended resident lectures and morning report.

07/2012 **Physical Medicine & Rehabilitation Observership - Traumatic Brain Injury**
*Spaulding Rehabilitation Hospital, Harvard Medical School, Boston, MA*
Inpatient rehabilitation of patients with mild to severe traumatic brain injury.

05/2012 **Physical Medicine & Rehabilitation Observership - Musculoskeletal Medicine**
*Spaulding Rehabilitation Hospital, Harvard Medical School, Boston, MA*
Inpatient care of musculoskeletal and burn rehabilitation patients. Conducted case report/research project on dysphagia due to an anterior cervical osteophyte.

10/2011 **Pain Medicine Observership**
*Millennium Pain Center, Libertyville, IL*
Worked in an interventional pain management clinic for three weeks. Observed facet and epidural steroid injections and spinal cord stimulator implants.

# Andrew Nava, M.D.

12009 Margaret Ct, Marriottsville, MD 21104

443-722-3475 (cell); andy.nava@gmail.com, mnava@jhmi.edu


## RESEARCH & CLINICAL TRIAL EXPERIENCE

09/2012-05/2013 **PROMISE Study (Medtronic) - NCT01697358**
*George Washington University Spine & Pain Center, Washington, DC*
Compared the effectiveness of spinal cord stimulation (SCS) using the Medtronic Specify 5-6-5 multicolumn surgical lead plus optimal medical management (OMM) versus OMM alone in patients suffering from predominant low back pain due to failed back surgery syndrome (FBSS).

09/2012-05/2013 **Safety and Efficacy of the TransDiscal System Versus Medical Management in Treating Chronic Discogenic Low Back Pain (Kimberly-Clark) - NCT01263054**
Randomized controlled trial is to evaluate the safety and efficacy of the TransDiscal System (TDS) in treating discogenic pain of the lumbar spine using a modified disc biacuplasty procedure.

09/2012-05/2013 **MiDAS ECO Study in patients diagnosed with moderate to severe lumbar spinal stenosis exhibiting neurogenic claudication (Vertos Medical) - NCT01315145**
*George Washington University Spine & Pain Center, Washington, DC*
Multicenter, randomized, prospective clinical study to compare patient outcomes following treatment with either the mild procedure or epidural steroid injection in patients with moderate to severe lumbar spinal stenosis exhibiting neurogenic claudication.

08/2012-05/2013 **Rehabilitation Research Associate**
*Center for Study of Chronic Illness and Disability, George Mason University, Fairfax, VA*
MSKTC/NIDRR funded program to evaluate quality, clarity, and relevance of information available to individuals with spinal cord injury (SCI), traumatic brain injury (TBI), or burn injury. Interviewed caregivers via phone to assess various patient responsibilities and health information needs.

06/2004-05/2005 **Health Economics Analyst**
*Johns Hopkins School of Public Health, Baltimore, MD*
Analyzed cost-effectiveness of treating trachoma in Nepal via different therapeutic interventions. Analyzed cost-effectiveness of glaucoma diagnosis through three different procedures in persons over age 65.

04/2002-06/2002 **Orthopedics Research Associate**
*Johns Hopkins Bayview, Baltimore, MD*
Studied long term patient outcomes following mini-incision hip arthroplasty.

## OTHER PROFESSIONAL EXPERIENCE

11/2012-05/2014 **Equity Research Consultant**
*LifeSci Advisors, LLC, New York, NY*

# Andrew Nava, M.D.

12009 Margaret Ct, Marriottsville, MD 21104

443-722-3475 (cell); andy.nava@gmail.com, mnava@jhmi.edu


Public company analysis, market analysis, research report production and editing.

11/2012-05/2014 **Marketing and Commercialization Consultant**
*TreMonti Consulting, LLC, Fairfax, VA*
Assessment of intellectual property for further patent prosecution. Commercial assessments including analysis of competitive landscape, development cost and market size. Focus on biotechnology, medical devices and drug delivery.

09/2012-05/2013 **Clinical Research Coordinator**
*George Washington University Spine & Pain Center, Washington, DC*
Managed industry and investigator-initiated clinical trials, including studies for Medtronic, Kimberly-Clark, and Vertos Medical. Responsibilities included obtaining past medical histories as required by research protocols, abstracting clinical data from medical records and charts, assisting with relevant procedures as necessary for study protocols, tracking adverse reactions, managing daily research activities and projects, interacting with IRBs, maintaining proper records, and completing case report forms.

12/2006-03/2010 **Director of Research**
*Actin Biomed LLC, New York, NY*
Fundamental research and portfolio management of publicly traded biotechnology companies; responsible for evaluation of public biotech companies and clinical trials. Responsible for medical, scientific and financial research of all opportunities under consideration for acquisition or licensing. Patent due diligence and deal negotiation. Portfolio companies include Foresight Biotherapeutics (acquired by Shire Pharmaceuticals for $300 million in August 2015) and Cortice Biosciences.

05/2005-11/2006 **Venture Capital Analyst**
*Paramount Biosciences, New York, NY*
Searched for licensing and acquisition opportunities, licensed products into private and public portfolio companies. Analyzed preclinical and clinical trial data, reviewed medical and scientific literature. Sourced, licensed and executed a $6.5 million license transaction for a novel treatment of glaucoma (Alacrity Biosciences). Sourced, licensed and executed a $15 million license transaction for several clinical stage products (TG Therapeutics, *ticker TGTX*; formerly Manhattan Pharmaceuticals).

## PUBLICATIONS


Published — Chakravarthy K, **Nava A**, Christo PJ, Williams K. Review of Recent Advances in Peripheral Nerve Stimulation (PNS). *Curr Pain Headache Rep*. 2016 Nov;20(11):60.

Published — Gerber LH, **Nava A**, Garfinkel S, Goel D, Weinstein AA, Cai C. A need for an augmented review when reviewing rehabilitation research. *Disabil Health J*. 2016 Oct;9(4):559-66.

Published — Desai MJ, **Nava A**, Rigoard P, Shah B, Taylor RS. Optimal medical, rehabilitation and behavioral management in the setting of failed back surgery syndrome. *Neurochirurgie*. 2015 Mar;61 Suppl 1:S66-76.

| | |
|---|---|
| Published | Desai MJ, Shkolnikova T, **Nava A**, Inwald D. A critical appraisal of the evidence for botulinum toxin type a in the treatment for cervico-thoracic myofascial pain syndrome. *Pain Pract*. 2014 Feb;14(2):185-95. |
| Published | Desai MJ, Bean MC, Heckman TW, Jayaseelan D, Moats N, **Nava A**. Treatment of myofascial pain. *Pain Management*. January 2013, Vol. 3, No. 1:67-79. |

## ABSTRACTS AND PRESENTATIONS

| | |
|---|---|
| 04/2013 | Desai MJ, Knowlton SE, **Nava A**. Prevalence of spondylolithesis in whiplash-injured patients: A retrospective radiographic review. Poster presentation. *American Academy of Pain Medicine,* 2013 annual meeting abstract, Fort Lauderdale, FL. |
| 04/2013 | Desai MJ, Spelde A, Knowlton SE, **Nava A**. Complementary and alternative medicine use, effectiveness, interest and barriers to use at a tertiary-care pain medicine center: survey results. Poster presentation. *American Academy of Pain Medicine,* 2013 annual meeting abstract, Fort Lauderdale, FL. |
| 04/2013 | Desai MJ, Harmon EP, **Nava A**. Prevalence of myofascial tender and trigger points in patients presenting with cervico-thoracic and lumbro-sacral spine related pain: preliminary results. Poster presentation. *American Academy of Pain Medicine,* 2013 annual meeting abstract, Fort Lauderdale, FL. |
| 03/2013 | **Nava A**, Egyhazi RC, Schneider JC. Anterior cervical osteophyte dysphagia: modified barium swallow and rehabilitation outcomes. Poster presentation. *Association of Academic Physiatrists,* 2013 annual meeting abstract, New Orleans, LA. |

## AWARDS & HONORS

| | |
|---|---|
| 2015 | Fundamentals of Pain Management: An Interdisciplinary Primer. Scholarship Recipient for the American Pain Society. |
| 1999 | President's Council Scholarship. California State Polytechnic University, Pomona, CA. |
| 1998 | Summer Honors Undergraduate Research Program. Harvard Medical School, Boston, MA. |

## ACADEMIC AFFILIATIONS

| | |
|---|---|
| 2016 | Spine Intervention Society - Member |
| 2015 | American Pain Society - Member. |
| 2014 | American Academy of Physical Medicine and Rehabilitation - Member. |

## LICENSES

**Andrew Nava, M.D.**
12009 Margaret Ct, Marriottsville, MD 21104
443-722-3475 (cell); andy.nava@gmail.com, mnava@jhmi.edu

| | |
|---|---|
| 2017 | Maryland license current, DEA, ACLS/BLS certified |

## BOARD CERTIFICATIONS

| | |
|---|---|
| 2018 | Board certified by the American Board of Physical Medicine and Rehabilitation, May 2018 |

# Andrew Nava, M.D.

12009 Margaret Ct, Marriottsville, MD 21104
443-722-3475 (cell); andy.nava@gmail.com, mnava@jhmi.edu


## EDUCATION

08/2000-05/2005 **Doctor of Medicine (M.D.)**
*Johns Hopkins University, Baltimore, MD*

06/1995-06/2000 **Bachelor of Science (B.S.), Biological Sciences -** summa cum laude
*California State Polytechnic University, Pomona, CA*

## CLINICAL EXPERIENCE

08/2018-current **Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine**
*Johns Hopkins University School of Medicine, Baltimore, MD*
Department of Physical Medicine and Rehabilitation

08/2017-07/2018 **Fellow, Interventional Spine and Musculoskeletal Medicine**
**Instructor in Physical Medicine and Rehabilitation**
*Johns Hopkins University School of Medicine, Baltimore, MD*
Department of Physical Medicine and Rehabilitation

07/2014-06/2017 **Resident**
*Johns Hopkins University School of Medicine, Baltimore, MD*
Department of Physical Medicine and Rehabilitation

06/2013-06/2014 **Preliminary Medicine Internship**
*Howard University Hospital*
Department of Internal Medicine

08/2012 **Internal Medicine Observership**
*Washington DC VA Medical Center, Washington, DC*
Admitted and managed patients on the general medicine ward. Attended resident lectures and morning report.

07/2012 **Physical Medicine & Rehabilitation Observership - Traumatic Brain Injury**
*Spaulding Rehabilitation Hospital, Harvard Medical School, Boston, MA*
Inpatient rehabilitation of patients with mild to severe traumatic brain injury.

05/2012 **Physical Medicine & Rehabilitation Observership - Musculoskeletal Medicine**
*Spaulding Rehabilitation Hospital, Harvard Medical School, Boston, MA*
Inpatient care of musculoskeletal and burn rehabilitation patients. Conducted case report/research project on dysphagia due to an anterior cervical osteophyte.

10/2011 **Pain Medicine Observership**
*Millennium Pain Center, Libertyville, IL*
Worked in an interventional pain management clinic for three weeks. Observed facet and epidural steroid injections and spinal cord stimulator implants.

# Andrew Nava, M.D.

12009 Margaret Ct, Marriottsville, MD 21104
443-722-3475 (cell); andy.nava@gmail.com, mnava@jhmi.edu


## RESEARCH & CLINICAL TRIAL EXPERIENCE

09/2012-05/2013 **PROMISE Study (Medtronic) - NCT01697358**
*George Washington University Spine & Pain Center, Washington, DC*
Compared the effectiveness of spinal cord stimulation (SCS) using the Medtronic Specify 5-6-5 multicolumn surgical lead plus optimal medical management (OMM) versus OMM alone in patients suffering from predominant low back pain due to failed back surgery syndrome (FBSS).

09/2012-05/2013 **Safety and Efficacy of the TransDiscal System Versus Medical Management in Treating Chronic Discogenic Low Back Pain (Kimberly-Clark) - NCT01263054**
Randomized controlled trial is to evaluate the safety and efficacy of the TransDiscal System (TDS) in treating discogenic pain of the lumbar spine using a modified disc biacuplasty procedure.

09/2012-05/2013 **MiDAS ECO Study in patients diagnosed with moderate to severe lumbar spinal stenosis exhibiting neurogenic claudication (Vertos Medical) - NCT01315145**
*George Washington University Spine & Pain Center, Washington, DC*
Multicenter, randomized, prospective clinical study to compare patient outcomes following treatment with either the mild procedure or epidural steroid injection in patients with moderate to severe lumbar spinal stenosis exhibiting neurogenic claudication.

08/2012-05/2013 **Rehabilitation Research Associate**
*Center for Study of Chronic Illness and Disability, George Mason University, Fairfax, VA*
MSKTC/NIDRR funded program to evaluate quality, clarity, and relevance of information available to individuals with spinal cord injury (SCI), traumatic brain injury (TBI), or burn injury. Interviewed caregivers via phone to assess various patient responsibilities and health information needs.

06/2004-05/2005 **Health Economics Analyst**
*Johns Hopkins School of Public Health, Baltimore, MD*
Analyzed cost-effectiveness of treating trachoma in Nepal via different therapeutic interventions. Analyzed cost-effectiveness of glaucoma diagnosis through three different procedures in persons over age 65.

04/2002-06/2002 **Orthopedics Research Associate**
*Johns Hopkins Bayview, Baltimore, MD*
Studied long term patient outcomes following mini-incision hip arthroplasty.

## OTHER PROFESSIONAL EXPERIENCE

11/2012-05/2014 **Equity Research Consultant**
*LifeSci Advisors, LLC, New York, NY*

# Andrew Nava, M.D.

12009 Margaret Ct, Marriottsville, MD 21104
443-722-3475 (cell); andy.nava@gmail.com, mnava@jhmi.edu


Public company analysis, market analysis, research report production and editing.

11/2012-05/2014 **Marketing and Commercialization Consultant**
*TreMonti Consulting, LLC, Fairfax, VA*
Assessment of intellectual property for further patent prosecution. Commercial assessments including analysis of competitive landscape, development cost and market size. Focus on biotechnology, medical devices and drug delivery.

09/2012-05/2013 **Clinical Research Coordinator**
*George Washington University Spine & Pain Center, Washington, DC*
Managed industry and investigator-initiated clinical trials, including studies for Medtronic, Kimberly-Clark, and Vertos Medical. Responsibilities included obtaining past medical histories as required by research protocols, abstracting clinical data from medical records and charts, assisting with relevant procedures as necessary for study protocols, tracking adverse reactions, managing daily research activities and projects, interacting with IRBs, maintaining proper records, and completing case report forms.

12/2006-03/2010 **Director of Research**
*Actin Biomed LLC, New York, NY*
Fundamental research and portfolio management of publicly traded biotechnology companies; responsible for evaluation of public biotech companies and clinical trials. Responsible for medical, scientific and financial research of all opportunities under consideration for acquisition or licensing. Patent due diligence and deal negotiation. Portfolio companies include Foresight Biotherapeutics (acquired by Shire Pharmaceuticals for $300 million in August 2015) and Cortice Biosciences.

05/2005-11/2006 **Venture Capital Analyst**
*Paramount Biosciences, New York, NY*
Searched for licensing and acquisition opportunities, licensed products into private and public portfolio companies. Analyzed preclinical and clinical trial data, reviewed medical and scientific literature. Sourced, licensed and executed a $6.5 million license transaction for a novel treatment of glaucoma (Alacrity Biosciences). Sourced, licensed and executed a $15 million license transaction for several clinical stage products (TG Therapeutics, *ticker TGTX*; formerly Manhattan Pharmaceuticals).

## PUBLICATIONS


Published — Chakravarthy K, **Nava A**, Christo PJ, Williams K. Review of Recent Advances in Peripheral Nerve Stimulation (PNS). *Curr Pain Headache Rep*. 2016 Nov;20(11):60.

Published — Gerber LH, **Nava A**, Garfinkel S, Goel D, Weinstein AA, Cai C. A need for an augmented review when reviewing rehabilitation research. *Disabil Health J*. 2016 Oct;9(4):559-66.

Published — Desai MJ, **Nava A**, Rigoard P, Shah B, Taylor RS. Optimal medical, rehabilitation and behavioral management in the setting of failed back surgery syndrome. *Neurochirurgie*. 2015 Mar;61 Suppl 1:S66-76.

# Andrew Nava, M.D.

12009 Margaret Ct, Marriottsville, MD 21104
443-722-3475 (cell); andy.nava@gmail.com, mnava@jhmi.edu


| | |
|---|---|
| Published | Desai MJ, Shkolnikova T, **Nava A**, Inwald D. A critical appraisal of the evidence for botulinum toxin type a in the treatment for cervico-thoracic myofascial pain syndrome. *Pain Pract*. 2014 Feb;14(2):185-95. |
| Published | Desai MJ, Bean MC, Heckman TW, Jayaseelan D, Moats N, **Nava A**. Treatment of myofascial pain. *Pain Management*. January 2013, Vol. 3, No. 1:67-79. |

## ABSTRACTS AND PRESENTATIONS

| | |
|---|---|
| 04/2013 | Desai MJ, Knowlton SE, **Nava A**. Prevalence of spondylolithesis in whiplash-injured patients: A retrospective radiographic review. Poster presentation. *American Academy of Pain Medicine,* 2013 annual meeting abstract, Fort Lauderdale, FL. |
| 04/2013 | Desai MJ, Spelde A, Knowlton SE, **Nava A**. Complementary and alternative medicine use, effectiveness, interest and barriers to use at a tertiary-care pain medicine center: survey results. Poster presentation. *American Academy of Pain Medicine,* 2013 annual meeting abstract, Fort Lauderdale, FL. |
| 04/2013 | Desai MJ, Harmon EP, **Nava A**. Prevalence of myofascial tender and trigger points in patients presenting with cervico-thoracic and lumbro-sacral spine related pain: preliminary results. Poster presentation. *American Academy of Pain Medicine,* 2013 annual meeting abstract, Fort Lauderdale, FL. |
| 03/2013 | **Nava A**, Egyhazi RC, Schneider JC. Anterior cervical osteophyte dysphagia: modified barium swallow and rehabilitation outcomes. Poster presentation. *Association of Academic Physiatrists,* 2013 annual meeting abstract, New Orleans, LA. |

## AWARDS & HONORS

| | |
|---|---|
| 2015 | Fundamentals of Pain Management: An Interdisciplinary Primer. Scholarship Recipient for the American Pain Society. |
| 1999 | President's Council Scholarship. California State Polytechnic University, Pomona, CA. |
| 1998 | Summer Honors Undergraduate Research Program. Harvard Medical School, Boston, MA. |

## ACADEMIC AFFILIATIONS

| | |
|---|---|
| 2016 | Spine Intervention Society - Member |
| 2015 | American Pain Society - Member. |
| 2014 | American Academy of Physical Medicine and Rehabilitation - Member. |

## LICENSES

**Andrew Nava, M.D.**
12009 Margaret Ct, Marriottsville, MD 21104
443-722-3475 (cell); andy.nava@gmail.com, mnava@jhmi.edu

| | |
|---|---|
| 2017 | Maryland license current, DEA, ACLS/BLS certified |

**BOARD CERTIFICATIONS**

| | |
|---|---|
| 2018 | Board certified by the American Board of Physical Medicine and Rehabilitation, May 2018 |

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

March 10, 2023

**VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
**Attn: Jerronda King**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

RE: Michael F. Gilmore v. The Lincoln National Life Insurance Company and Brown & Brown Insurance
The Dow Chemical Company
Claim #: 10419522

Ms. King:

I am in receipt of your March 9, 2023 letter with the report from Andrew Nava, M.D. At your earliest convenience, please provide available dates and times for Dr. Nava's deposition. I am willing to conduct this deposition via videoconferencing applications. If Lincoln National refuses to make Dr. Nava available for a deposition, please respond with specific reasons for the refusals, including direct reference to the Plan Document that allow for said refusal.

Additionally, please provide Dr. Nava's credentials and contact information.

As you are aware, Lincoln Financial has a fiduciary duty to the Plan and to Mr. Gilmore and accurately developing the record is part of that fiduciary duty.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

cc: Michael F. Gilmore

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, March 9, 2023 9:05:09 AM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | aghfd4ttlkbwqaq9ytcz_14777244.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 9, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company. s Group Disability Policy. We are writing regarding the claim for LTD benefits under the Policy on behalf of Michael Gilmore.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosures is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached medical assessment completed on appeal, which is new or additional evidence in connection with your appeal. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or March 30, 2023, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by March 30, 2023, we will render a determination based on the information contained in your file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln s control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

Attachments: 10419522-MEDICAL-MEDICAL RECORDS-02.28.2023
10419522-MEDICAL-CP/PEER REVIEW-03.07.2023

**Blount Memorial**
Family Care Center

# FAX COVER SHEET

| Date: | Time: | Number of Pages: |
| --- | --- | --- |
| Intended Receiver: | | |
| Facility: | | |
| Address: | | |
| Telephone: | Fax: 248-356-6757 | |
| Patient Name: | | |
| Admission Date: | | |
| Message: | | |

**List of Documents:**

[ ] Complete Record
[ ] Discharge Summary
[ ] History and Physical
[ ] Other: (Specify)
[ ] Consult
[ ] Lab
[ ] X-Rays)
[ ] Office Notes

## CONFIDENTIAL MEDICAL RECORD

Healthcare information is personal and sensitive information. It is being faxed to you after we have secured the appropriate authorization from the patient or under circumstances that do not require patient authorization. The recipient of this information is obligated to protect this information by maintaining it in a safe, secure and confidential manner. Re-disclosure of this information without the expressed consent of the patient or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality may subject you to penalties described in Federal and State law.

**IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this FAX is not the intended recipient, or the employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this FAX in error, please notify the sender immediately and destroy.**

**PERSON TRANSMITTING:** Carla

**FACILITY:** **Blount Memorial Family Care Center (BMFCC)**

**TELEPHONE:** **865-342-8100** **FAX:** **865-342-8110**

- BMFCC - Foothills: 720 Foothills Mall Drive, Maryville, TN 37801 (865) 342-8100
- BMFCC - Springbrook, 230 Associates Boulevard, Alcoa, TN 37701 (865) 273-1555

7680:2549A

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 22, 2023 at 4:25:37 PM EST | MLS | 71 | 3 | Received |

2023/02/22 16:24:24 1 /3

MLS Group of Companies, Inc.

# Confidential FAX

20750 Civic Center Dr. Suite 600
Southfield, MI 48076
248-945-9001
Fax 248-356-6757
www.mls-ime.com

To:

Fax Number: 918653428110

Pages: 3

Date/Time: 2023-02-22 16:24:24

Subject: Letter & questions Dr. Barber

Note:

RECEIVED
FEB 22
By____________

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT (248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

2/22/2023

Dr. Christopher Barber
Re: MICHAEL F GILMORE

Hello Dr. Christopher Barber,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine, regarding your patient, referenced above. In lieu of a teleconference, Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine has provided the following questions:

SUMMARY OF FINDINGS:
Based on the documentation provided, there is no objective evidence to support any level of impairment for this claimant from November 18, 2022 to - the present as there are no progress notes after 6/15/22 at which time physical examination was normal. Specifically, the information is lacking recent/updated objective examination findings of motor weakness, impaired sensation, gait abnormality, instability, and positive provocative testing. Given the insufficient findings, there is no evidence of a functional impairment or the need for restrictions and limitations.

AP QUESTIONS:
1. What are the claimant's most recent objective examination findings with date(s)?
2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
3. Is the claimant working?
4. What is the treatment plan from your office/practice?

Please fax your response to 248-356-6757 or email your response to info@mlsgroupllc.com by 3/7/2023.

We will forward your response and any additional comments to the reviewing physician.

Thank You!

**Lincoln/Gilmore 0104**

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

Eliza Zepeda
Peer Review Services
MLS Group of Companies, LLC

Lincoln/Gilmore 0105

**Blount Memorial Hospital**

East Tennessee Medical Group Neurology
451 Blount Memorial Physician Office Building
Maryville, TN 37804
(865) 980-5230 Fax: (865) 980-5231

**Test Date:** 6/3/2020

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Gilmore, Michael | **DOB:** | | **Physician:** | L Scott Sole, MD |
| **ID#:** | 10134312 | **SEX:** | Male | **Ref. Phys:** | Christopher Barber, MD |
| | | | | **Technician:** | Donna Bragg |

**Patient Complaints:**
Patient is a 49 year old male who presents with numbness in the bilateral lower extremity.

**NCV & EMG Findings:**
Evaluation of the right peroneal motor, the left tibial motor, and the right tibial motor nerves showed reduced amplitude (R2.3, L1.9, R1.0 mV). The left sural sensory and the right sural sensory nerves showed no response (Calf). All remaining nerves (as indicated in the following tables) were within normal limits. All left vs. right side differences were within normal limits.

F Wave studies indicate that the left peroneal F wave has prolonged latency (64.38 ms). The right peroneal F wave has no response. The left tibial F wave has prolonged latency (72.97 ms). The right tibial F wave has no response.

All examined muscles (as indicated in the following table) showed no evidence of electrical instability.

**Impression:**
There is evidence of a moderate sensorimotor polyneuropathy. These studies revealed no electrodiagnostic evidence of bilateral lumbar radiculopathy.

L Scott Sole, MD

**Lincoln/Gilmore 0106**

## Nerve Conduction Studies

### Anti Sensory Summary Table

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | NR | | <4.0 | | >5.0 | Calf | Lat Mall | | 14.0 | | >35 |
| **Right Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | NR | | <4.0 | | >5.0 | Calf | Lat Mall | | 14.0 | | >35 |

### Motor Summary Table

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.3 | <5.1 | 3.5 | >2.5 | Knee | Ankle | 10.2 | 44.0 | 43 | >38 |
| Knee | | 14.5 | | 3.4 | | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.5 | <5.1 | 2.3 | >2.5 | Knee | Ankle | 10.5 | 44.0 | 42 | >38 |
| Knee | | 15.0 | | 1.9 | | | | | | | |
| **Left Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 4.7 | <5.7 | 1.9 | >3.0 | Knee | Ankle | 9.0 | 39.0 | 43 | >35 |
| Knee | | 13.7 | | 0.5 | | | | | | | |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 5.4 | <5.7 | 1.0 | >3.0 | Knee | Ankle | 11.0 | 42.0 | 38 | >35 |
| Knee | | 16.4 | | 0.5 | | | | | | | |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Left Peroneal (Ext Dig Brev)** | | | | |
| | 64.38 | <60 | | <5.1 |
| **Right Peroneal (Ext Dig Brev)** | | | | |
| NR | | <60 | | <5.1 |
| **Left Tibial (Abd Hallucis)** | | | | |
| | 72.97 | <61 | | <5.7 |
| **Right Tibial (Abd Hallucis)** | | | | |
| NR | | <61 | | <5.7 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Fibular | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | ExtHallLong | Dp Br Fibular | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | AntTibialis | Dp Br Fibular | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | ExtHallLong | Dp Br Fibular | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Interossei | LatPlantar | S2-3 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

## Nerve Conduction Studies

### Anti Sensory Left/Right Comparison

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | | | | | | Calf | Lat Mall | | | |

**Motor Left/Right Comparison**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | 4.3 | 4.5 | 0.2 | 3.5 | 2.3 | 34.3 | Knee | Ankle | 43 | 42 | 1 |
| Knee | 14.5 | 15.0 | 0.5 | 3.4 | 1.9 | 44.1 | | | | | |
| **Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | 4.7 | 5.4 | 0.7 | 1.9 | 1.0 | 47.4 | Knee | Ankle | 43 | 38 | 5 |
| Knee | 13.7 | 16.4 | 2.7 | 0.5 | 0.5 | 0.0 | | | | | |

**Lincoln/Gilmore 0108**

**Waveforms:**




**Lincoln/Gilmore 0109**




**Lincoln/Gilmore 0110**

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

## Diagnostics Order Form

**Patient Name:** MICHAEL FRANCIS GILMORE 10134312
**DOB:**
**Address:**

**Home Phone:** Phone:
**MRN:** 000000129772

---

### Diagnostic Order Information

Ordered Date: 05/11/2020
Order: Nerve Conduction Study Bilateral leg
CPT Code: NCS

Diagnosis: Neuropathy
Diagnosis Code: G62.9

Appointment Information: 6.3.20 1245
Location: BMH

---

### Insurance/Authorization Information

Primary Insurance: Aetna
Primary Policy#: 00053824601

---

Dr. Christopher Barber CSmith, CMA

Ordering Provider: Christopher S. Barber DO

Document generated by: Carla S. Smith, CMA 05/11/2020 01:23 PM

Lincoln/Gilmore 0111

**Blount Memorial**
Physicians Group

Family Medicine
720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

02/27/2023

MICHAEL GILMORE

To whom it may concern,

Michael Gilmore currently has diabetic neuropathy affecting his lower extremities. He has evidence of this based on the nerve conduction study done June 3, 2020. He is currently on Lyrica 200 mg 3 times daily to help with this pain. Because of this diabetic neuropathy, he is unable to climb ladders and stand on his feet consistently for over an hour. He is currently not working. He is unable to maintain a job because he must get off his feet and rest for about 30 minutes every hour. He is currently on the maximum medication possible to treat this condition. His condition will not change. His prognosis will remain the same or worsen. If you have any questions please feel free to contact me.

Sincerely,

*Christopher S. Barber DO 02/27/2023 12:50 PM*

Document generated by: Christopher S. Barber 02/27/2023 12:50 PM

3/7/2023

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | MICHAEL F GILMORE |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | King, Jerronda |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 10419522 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 02/15/23 |
| Claim log | Case Notes | 08/26/20-02/14/23 |
| Progress notes | Blount Memorial Physicians Group | 11/28/16-02/27/23 |
| Progress notes | East Tennessee Medical Group | 12/18/19-07/06/22 |
| Progress notes | Palmer Psychological Services | 11/04/21 |
| Appeal | Law Offices of Tony Farmer & John Dreiser | 02/01/23 |
| IME/IMO/FCE/PCE | J. Uzzle, MD | 03/09/21 |
| UR Report | C. Rosenberg, MD | 07/18/22 |
| X-Ray | Covenant Health | 10/18/21 |
| CT | Blount Memorial Physicians Group | 01/16/19 |
| EMG | Blount Memorial Physicians Group | 06/03/20 |
| Lab | Blount Memorial Physicians Group | 06/14/18-06/14/22 |
| Other Test | Blount Memorial Physicians Group | 02/19/18-02/04/19 |
| Job | Dow Chemical Co. | undated |
| Misc | | 09/21/20-02/22/23 & undated |
| ROI | | 09/21/20-05/03/22 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Christopher Barber
2) DATE: 2/16/2023

3) TIME: 10:36 AM CT
4) PERSON SPOKEN WITH: Angie / General Voicemail
5) POSITION OF PERSON SPOKEN WITH: Front Desk/ Medical Assistant Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #2:
1) AP NAME: Dr. Christopher Barber
2) DATE: 2/17/2023
3) TIME: 10:34 AM CT
4) PERSON SPOKEN WITH: Angie / General Voicemail
5) POSITION OF PERSON SPOKEN WITH: Front Desk / MEDICAL ASSISTANT

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #3:
1) AP NAME: Dr. Bruce Hairston
2) DATE: 2/16/2023
3) TIME: 11:39 AM ET
4) PERSON SPOKEN WITH: Evelyn / Robyn
5) POSITION OF PERSON SPOKEN WITH: Operator/ Nurse Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #4:
1) AP NAME: Dr. Bruce Hairston
2) DATE: 2/17/2023
3) TIME: 11:37 AM ET
4) PERSON SPOKEN WITH: Kim / Robyn
5) POSITION OF PERSON SPOKEN WITH: Operator/Nurse Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is MICHAEL F GILMORE, a 52 year old male with a date of birth of
The date of disability is 5/9/2020. The review period in question is from - November 18, 2022 to - the present. This review is from the perspective of Physical Medicine and Rehabilitation. All of the medical records were reviewed for this review, but only the most recent (2022 onward) were taken into consideration. The clinical history is as follows:

Dr. Christopher Barber, DO (specialty not specified):
1/13/22 - The claimant presented for paperwork and pain. The claimant has polyneuropathy and continued low back pain. He had an accident about 20 years ago that initially caused low back pain but it seems to be worsening. His neuropathy has not gotten any better despite being on Lyrica 150 mg three times a day. He has used some over-the-counter THC products. He remains compliant with his diabetic medication. Physical examination revealed decreased patellar reflexes bilaterally. He has no sensation below his mid-calf distally. He has some tenderness in the L4-L5 region. The diagnosis was polyneuropathy, severe low back pain, and claudication. Plan to continue Lyrica and referral to pain management. Plan for MRI of the low back. Arterial Doppler of the lower extremities is scheduled.

3/29/22 - The claimant reported right hip pain. He has a moderate amount of pain when he tries to flex his right hip. He cannot rotate to put on his socks. He has a long-standing history of neuropathy. He is on Lyrica 150 mg three times a day. He has bilateral shoulder pain and numbness. He has disability forms that need to be filled out. He is not able to do his maintenance job and climb ladders due to his neuropathy. Physical examination revealed tenderness along the adductor muscles of the right hip. He has pain with rotation inward. He cannot flex his hip without discomfort. The diagnosis was right hip pain, polyneuropathy, pain in right shoulder, pain in left shoulder. The claimant received Toradol 60 mg injection. Plan for x-rays of the right hip.

6/15/22 - The claimant presented for six month follow-up of his chronic medical conditions. The claimant has type 2 diabetes. He is on Crestor 40 mg daily for hypercholesterolemia. He is an Ambien 10 mg for insomnia. He takes Zoloft 100 mg for depression. He has right hip pain and pain that goes into his groin. He also has chronic low back pain. Physical examination was normal. The diagnosis was right hip pain; chronic bilateral lower back pain without sciatica; other chronic pain; type 2 diabetes with diabetic peripheral neuropathy; hypercholesterolemia; insomnia, unspecified type. The claimant receives 60 mg of Toradol. And for x-ray of the right hip and lumbar spine and referral to physical therapy.

7/11/22 - Restrictions: sit, stand, walk less than 30 minutes in an eight hour workday. He has to lay down to get relief. Occasional fine and gross manipulation of the left and right hand. Occasional raise the left and right arm over the shoulder. Occasional lifting and carrying up to 10 pounds. Occasional bend and squat. No crawl, climb. No unprotected Heights, been around a moving machinery, exposure to marled changes in temperature or humidity. Mild driving automotive equipment. Mild exposure to dust, fumes and gas. Lyrica causes sedation but is necessary for neuropathy. Nerve conduction study revealed moderate polyneuropathy. The claimant requires 6 breaks or more per day. The diagnosis was polyneuropathy, low back pain, thoracic back pain.

Dr. Bruce Hairston, MD (Interventional Pain Management):
2/23/22 - The claimant presented with neuropathy. He states that from the top of his shins through the feet is a nonstop excruciating pain. Pain level is 6-7 out of 10. The claimant has been experiencing this pain for three years, however it has gotten worse within the last year. The pain

affects his ability to work and had a fall and work due to pain in his legs and feet and losing his balance. He is unable to get comfortable due to the sensations in his legs and feet. He reports numbness and tingling in his feet and shins and is unable to feel his feet for a long while now. He has severely limited his social lifestyle due to his pain. Physical examination revealed mild atrophy of the calf muscles bilaterally. Proprioception in the lower extremities was severely impaired at the toes and mildly impaired at the ankles. Significantly impaired pinprick sensation testing bilaterally. Bilateral vibratory testing at the lateral malleolus significantly impaired. Symmetric 1+ patellar and absent Achilles reflex bilaterally. The diagnosis was diabetic peripheral neuropathy. Plan for MRI of the thoracic and lumbar spine, psychological evaluation for her spinal cord stimulator trial.

7/6/22 - Restrictions were provided for sedentary duty. The claimant may alternate sitting and standing as needed. He is unable to walk most today. May move objects weighing no more than 10 pounds. He is unable to climb. Squatting, bending and kneeling are very difficult for him. He is unable to work an eight hour day of work due to having to alternate sitting and standing so frequently. Restrictions imposed from 2/3/22 to TBD. The diagnosis was type two diabetes with diabetic neuropathy, right hip pain, low back pain without sciatica.

Other:
3/29/22 - Provider not legible - Restrictions: the claimant has to alternate sitting and standing. May cumulatively sit up to 2 1/2 hours per day. Make cumulatively stand up to 2 1/2 hours per day. Unable to do 2 hours of walking. May move objects up to 10 lbs. Unable to climb. He cannot do a regular day of any work due to having to get up and down to relieve pain.

Addendum on 2/28/23:

6/3/20 - L Scott Cole, MD (Neurology) - The claimant underwent EMG which revealed a moderate sensorimotor polyneuropathy of the bilateral lower extremities. The studies revealed no electrodiagnostic evidence of a bilateral lumbar radiculopathy.

2/27/23 - Dr. Christopher Barber, DO (specialty not specified) - Letter: the claimant currently has diabetic neuropathy affect in his lower extremities. He has evidence of this based on the nerve conduction study done on June 3, 2020. He is currently on Lyrica 200 mg three times daily to help with this pain. Because of his diabetic neuropathy, he is unable to climb ladders and stand on his feet consistently for over an hour. He is currently not working. He is unable to maintain a job because he must get off his feet and rest for about 30 minutes every hour. He is currently on the maximum medication possible to treat this condition. His condition will not change. His prognosis will remain the same or worsen.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There is no evidence of a functional impairment. As such, there are no impairing diagnoses.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - November 18, 2022 to - the present, and comment on the expected duration.**

This is case regarding a 52 year old male with a date of birth of  The date of disability is 5/9/2020. The review period in question is from - November 18, 2022 to - the present.

Based on the documentation provided, there is no objective evidence to support any level of impairment for this claimant from November 18, 2022 to - the present as there are no progress notes after 6/15/22 at which time physical examination was normal. Specifically, the information is lacking recent/updated objective examination findings of motor weakness, impaired sensation, gait abnormality, instability, and positive provocative testing. Given the insufficient findings, there is no evidence of a functional impairment or the need for restrictions and limitations.

Medical notes addendum on 2/28/23 does not alter the determination is there are no new or updated objective examination findings documented.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

No, the medical records do not support any R&Ls that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is/was clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

**7. The claim has been reviewed by Dr. Craig Rosenberg. Please do not assign to these providers.**

N/A

**8. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please include duration for restrictions.**

There is no evidence of a functional impairment. As such, restrictions and limitations are not supported or necessary.

**9. *********Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from November 18, 2022 to present? Please explain your medical rationale.**********

There is no evidence of a functional impairment, as described above. Therefore, the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) with no restrictions and limitations from November 18, 2022 to present.

**10. Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates**

On 7/11/22 restrictions form by Dr. Christopher Barber, DO (specialty not specified) stated Lyrica causes sedation, however this was not during the specified timeframe November 18, 2022 to - the present.

**11. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported leg, feet, hip, shoulder pain, numbness, balance, issue, polyneuropathy, etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

No diagnostic testing was provided for the timeframe specified.

**12. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. *****If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have**

**asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days. Dr. Christopher Barber (T) 865-342-8100 (F) 865-342-8110; Dr. Bruce Hairston (T) 865-984-3864 (F) 865-380-4095. Please contact any other needed providers.**

Contact was not successful. See call log for details.

**13. If your conclusions are different from the conclusions in the review by Dr. Craig Rosenberg, please explain the medical rationale and evidence used in your coming to the different conclusions.**

On July 18, 2022, Dr. Craig Rosenberg, MD, stated:
"The medical records indicate the primary impairing diagnoses are diabetic type peripheral polyneuropathy and low back pain. The records reasonably support medical restrictions and limitations from present and likely permanent of:
Frequent sitting or sitting as tolerated.
Occasional standing.
Occasional walking.
Occasional lift and carry up to 10 lbs.
Occasional bending.
Occasional squatting, kneeling, and crouching.
No climbing ladders and occasional climbing stairs with a handrail.
No limitation with reaching.
Frequent fingering and gripping.
Occasional means up to 33% of the time or 20 minutes out of every hour.
Frequent means up to 66% of the time or 40 minutes out of every hour.
The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment."

The determination of this report is that the claimant has no evidence of a functional impairment due to lack of recent progress notes as described above. Therefore, the conclusions of this report are different from the conclusions in the review by Dr. Craig Rosenberg.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

2/22/2023

Dr. Christopher Barber
Re: MICHAEL F GILMORE

Hello Dr. Christopher Barber,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine, regarding your patient, referenced above. In lieu of a teleconference, Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine has provided the following questions:

SUMMARY OF FINDINGS:
Based on the documentation provided, there is no objective evidence to support any level of impairment for this claimant from November 18, 2022 to - the present as there are no progress notes after 6/15/22 at which time physical examination was normal. Specifically, the information is lacking recent/updated objective examination findings of motor weakness, impaired sensation, gait abnormality, instability, and positive provocative testing. Given the insufficient findings, there is no evidence of a functional impairment or the need for restrictions and limitations.

AP QUESTIONS:
1. What are the claimant's most recent objective examination findings with date(s)?
2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
3. Is the claimant working?
4. What is the treatment plan from your office/practice?

Please fax your response to 248-356-6757 or email your response to info@mlsgroupllc.com by 3/7/2023.

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Eliza Zepeda
Peer Review Services
MLS Group of Companies, LLC

**Lincoln/Gilmore 0122**

MLS Group of Companies, LLC
MLS National Medical Evaluation Services

2/22/2023

Dr. Bruce Hairston
Re: MICHAEL F GILMORE

Hello Dr. Bruce Hairston,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine, regarding your patient, referenced above. In lieu of a teleconference, Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine has provided the following questions:

SUMMARY OF FINDINGS:
Based on the documentation provided, there is no objective evidence to support any level of impairment for this claimant from November 18, 2022 to - the present as there are no progress notes after 6/15/22 at which time physical examination was normal. Specifically, the information is lacking recent/updated objective examination findings of motor weakness, impaired sensation, gait abnormality, instability, and positive provocative testing. Given the insufficient findings, there is no evidence of a functional impairment or the need for restrictions and limitations.

AP QUESTIONS:
1. What are the claimant's most recent objective examination findings with date(s)?
2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
3. Is the claimant working?
4. What is the treatment plan from your office/practice?

Please fax your response to 248-356-6757 or email your response to info@mlsgroupllc.com by 3/7/2023.

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Eliza Zepeda
Peer Review Services
MLS Group of Companies, LLC

** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

| TIME SENT | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 22, 2023 at 4:38:10 PM EST | | 158 | 3 | Sent |

MLS Group of Companies, Inc.

# Confidential FAX

**20750 Civic Center Dr. Suite 600**
**Southfield, MI 48076**
**248-945-9001**
**Fax 248-356-6757**
**www.mls-ime.com**

To:

Fax Number: 918653804095

Pages: 3

Date/Time: 2023-02-22 16:25:27

Subject: Letter & questions Dr. Hairston

Note:

---

**IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT (248) 945-9001**
**THANK YOU**

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**Lincoln/Gilmore 0125**

** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

| TIME SENT | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 22, 2023 at 4:25:36 PM EST | BMH | 72 | 3 | Sent |

MLS Group of Companies, Inc.

**Confidential FAX**

**20750 Civic Center Dr. Suite 600**
**Southfield, MI 48076**
**248-945-9001**
**Fax 248-356-6757**
**www.mls-ime.com**

To:

Fax Number: 918653428110

Pages: 3

Date/Time: 2023-02-22 16:24:24

Subject: Letter & questions Dr. Barber

Note:

---

**IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT (248) 945-9001**
**THANK YOU**

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone 888.657.4634 | Fax 248.356.6757 | www.mlsgroupllc.com

3/7/2023

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | MICHAEL F GILMORE |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | King, Jerronda |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 10419522 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 02/15/23 |
| Claim log | Case Notes | 08/26/20-02/14/23 |
| Progress notes | Blount Memorial Physicians Group | 11/28/16-02/27/23 |
| Progress notes | East Tennessee Medical Group | 12/18/19-07/06/22 |
| Progress notes | Palmer Psychological Services | 11/04/21 |
| Appeal | Law Offices of Tony Farmer & John Dreiser | 02/01/23 |
| IME/IMO/FCE/PCE | J. Uzzle, MD | 03/09/21 |
| UR Report | C. Rosenberg, MD | 07/18/22 |
| X-Ray | Covenant Health | 10/18/21 |
| CT | Blount Memorial Physicians Group | 01/16/19 |
| EMG | Blount Memorial Physicians Group | 06/03/20 |
| Lab | Blount Memorial Physicians Group | 06/14/18-06/14/22 |
| Other Test | Blount Memorial Physicians Group | 02/19/18-02/04/19 |
| Job | Dow Chemical Co. | undated |
| Misc | | 09/21/20-02/22/23 & undated |
| ROI | | 09/21/20-05/03/22 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
1) AP NAME: Dr. Christopher Barber
2) DATE: 2/16/2023

3) TIME: 10:36 AM CT
4) PERSON SPOKEN WITH: Angie / General Voicemail
5) POSITION OF PERSON SPOKEN WITH: Front Desk/ Medical Assistant Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #2:

1) AP NAME: Dr. Christopher Barber
2) DATE: 2/17/2023
3) TIME: 10:34 AM CT
4) PERSON SPOKEN WITH: Angie / General Voicemail
5) POSITION OF PERSON SPOKEN WITH: Front Desk / MEDICAL ASSISTANT

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #3:

1) AP NAME: Dr. Bruce Hairston
2) DATE: 2/16/2023
3) TIME: 11:39 AM ET
4) PERSON SPOKEN WITH: Evelyn / Robyn
5) POSITION OF PERSON SPOKEN WITH: Operator/ Nurse Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

TELECONFERENCE #4:

1) AP NAME: Dr. Bruce Hairston
2) DATE: 2/17/2023
3) TIME: 11:37 AM ET
4) PERSON SPOKEN WITH: Kim / Robyn
5) POSITION OF PERSON SPOKEN WITH: Operator/Nurse Voicemail

SUMMARY OF CONVERSATION: I left a detailed message, including my name, number, reason for calling, and the due date and time.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is MICHAEL F GILMORE, a 52 year old male with a date of birth of
The date of disability is 5/9/2020. The review period in question is from - November 18, 2022 to - the present. This review is from the perspective of Physical Medicine and Rehabilitation. All of the medical records were reviewed for this review, but only the most recent (2022 onward) were taken into consideration. The clinical history is as follows:

**Lincoln/Gilmore 0128**

Dr. Christopher Barber, DO (specialty not specified):
1/13/22 - The claimant presented for paperwork and pain. The claimant has polyneuropathy and continued low back pain. He had an accident about 20 years ago that initially caused low back pain but it seems to be worsening. His neuropathy has not gotten any better despite being on Lyrica 150 mg three times a day. He has used some over-the-counter THC products. He remains compliant with his diabetic medication. Physical examination revealed decreased patellar reflexes bilaterally. He has no sensation below his mid-calf distally. He has some tenderness in the L4-L5 region. The diagnosis was polyneuropathy, severe low back pain, and claudication. Plan to continue Lyrica and referral to pain management. Plan for MRI of the low back. Arterial Doppler of the lower extremities is scheduled.

3/29/22 - The claimant reported right hip pain. He has a moderate amount of pain when he tries to flex his right hip. He cannot rotate to put on his socks. He has a long-standing history of neuropathy. He is on Lyrica 150 mg three times a day. He has bilateral shoulder pain and numbness. He has disability forms that need to be filled out. He is not able to do his maintenance job and climb ladders due to his neuropathy. Physical examination revealed tenderness along the adductor muscles of the right hip. He has pain with rotation inward. He cannot flex his hip without discomfort. The diagnosis was right hip pain, polyneuropathy, pain in right shoulder, pain in left shoulder. The claimant received Toradol 60 mg injection. Plan for x-rays of the right hip.

6/15/22 - The claimant presented for six month follow-up of his chronic medical conditions. The claimant has type 2 diabetes. He is on Crestor 40 mg daily for hypercholesterolemia. He is an Ambien 10 mg for insomnia. He takes Zoloft 100 mg for depression. He has right hip pain and pain that goes into his groin. He also has chronic low back pain. Physical examination was normal. The diagnosis was right hip pain; chronic bilateral lower back pain without sciatica; other chronic pain; type 2 diabetes with diabetic peripheral neuropathy; hypercholesterolemia; insomnia, unspecified type. The claimant receives 60 mg of Toradol. And for x-ray of the right hip and lumbar spine and referral to physical therapy.

7/11/22 - Restrictions: sit, stand, walk less than 30 minutes in an eight hour workday. He has to lay down to get relief. Occasional fine and gross manipulation of the left and right hand. Occasional raise the left and right arm over the shoulder. Occasional lifting and carrying up to 10 pounds. Occasional bend and squat. No crawl, climb. No unprotected Heights, been around a moving machinery, exposure to marled changes in temperature or humidity. Mild driving automotive equipment. Mild exposure to dust, fumes and gas. Lyrica causes sedation but is necessary for neuropathy. Nerve conduction study revealed moderate polyneuropathy. The claimant requires 6 breaks or more per day. The diagnosis was polyneuropathy, low back pain, thoracic back pain.

Dr. Bruce Hairston, MD (Interventional Pain Management):
2/23/22 - The claimant presented with neuropathy. He states that from the top of his shins through the feet is a nonstop excruciating pain. Pain level is 6-7 out of 10. The claimant has been experiencing this pain for three years, however it has gotten worse within the last year. The pain

affects his ability to work and had a fall and work due to pain in his legs and feet and losing his balance. He is unable to get comfortable due to the sensations in his legs and feet. He reports numbness and tingling in his feet and shins and is unable to feel his feet for a long while now. He has severely limited his social lifestyle due to his pain. Physical examination revealed mild atrophy of the calf muscles bilaterally. Proprioception in the lower extremities was severely impaired at the toes and mildly impaired at the ankles. Significantly impaired pinprick sensation testing bilaterally. Bilateral vibratory testing at the lateral malleolus significantly impaired. Symmetric 1+ patellar and absent Achilles reflex bilaterally. The diagnosis was diabetic peripheral neuropathy. Plan for MRI of the thoracic and lumbar spine, psychological evaluation for her spinal cord stimulator trial.

7/6/22 - Restrictions were provided for sedentary duty. The claimant may alternate sitting and standing as needed. He is unable to walk most today. May move objects weighing no more than 10 pounds. He is unable to climb. Squatting, bending and kneeling are very difficult for him. He is unable to work an eight hour day of work due to having to alternate sitting and standing so frequently. Restrictions imposed from 2/3/22 to TBD. The diagnosis was type two diabetes with diabetic neuropathy, right hip pain, low back pain without sciatica.

Other:
3/29/22 - Provider not legible - Restrictions: the claimant has to alternate sitting and standing. May cumulatively sit up to 2 1/2 hours per day. Make cumulatively stand up to 2 1/2 hours per day. Unable to do 2 hours of walking. May move objects up to 10 lbs. Unable to climb. He cannot do a regular day of any work due to having to get up and down to relieve pain.

Addendum on 2/28/23:

6/3/20 - L Scott Cole, MD (Neurology) - The claimant underwent EMG which revealed a moderate sensorimotor polyneuropathy of the bilateral lower extremities. The studies revealed no electrodiagnostic evidence of a bilateral lumbar radiculopathy.

2/27/23 - Dr. Christopher Barber, DO (specialty not specified) - Letter: the claimant currently has diabetic neuropathy affect in his lower extremities. He has evidence of this based on the nerve conduction study done on June 3, 2020. He is currently on Lyrica 200 mg three times daily to help with this pain. Because of his diabetic neuropathy, he is unable to climb ladders and stand on his feet consistently for over an hour. He is currently not working. He is unable to maintain a job because he must get off his feet and rest for about 30 minutes every hour. He is currently on the maximum medication possible to treat this condition. His condition will not change. His prognosis will remain the same or worsen.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There is no evidence of a functional impairment. As such, there are no impairing diagnoses.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - November 18, 2022 to - the present, and comment on the expected duration.**

This is case regarding a 52 year old male with a date of birth of The date of disability is 5/9/2020. The review period in question is from - November 18, 2022 to - the present.

Based on the documentation provided, there is no objective evidence to support any level of impairment for this claimant from November 18, 2022 to - the present as there are no progress notes after 6/15/22 at which time physical examination was normal. Specifically, the information is lacking recent/updated objective examination findings of motor weakness, impaired sensation, gait abnormality, instability, and positive provocative testing. Given the insufficient findings, there is no evidence of a functional impairment or the need for restrictions and limitations.

Medical notes addendum on 2/28/23 does not alter the determination is there are no new or updated objective examination findings documented.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

No, the medical records do not support any R&Ls that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is/was clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

**7. The claim has been reviewed by Dr. Craig Rosenberg. Please do not assign to these providers.**

N/A

**8. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please include duration for restrictions.**

There is no evidence of a functional impairment. As such, restrictions and limitations are not supported or necessary.

**9. *********Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from November 18, 2022 to present? Please explain your medical rationale.**********

There is no evidence of a functional impairment, as described above. Therefore, the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) with no restrictions and limitations from November 18, 2022 to present.

**10. Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates**

On 7/11/22 restrictions form by Dr. Christopher Barber, DO (specialty not specified) stated Lyrica causes sedation, however this was not during the specified timeframe November 18, 2022 to - the present.

**11. Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported leg, feet, hip, shoulder pain, numbness, balance, issue, polyneuropathy, etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

No diagnostic testing was provided for the timeframe specified.

**12. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. *****If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have**

**asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days. Dr. Christopher Barber (T) 865-342-8100 (F) 865-342-8110; Dr. Bruce Hairston (T) 865-984-3864 (F) 865-380-4095. Please contact any other needed providers.**

Contact was not successful. See call log for details.

**13. If your conclusions are different from the conclusions in the review by Dr. Craig Rosenberg, please explain the medical rationale and evidence used in your coming to the different conclusions.**

On July 18, 2022, Dr. Craig Rosenberg, MD, stated:
"The medical records indicate the primary impairing diagnoses are diabetic type peripheral polyneuropathy and low back pain. The records reasonably support medical restrictions and limitations from present and likely permanent of:
Frequent sitting or sitting as tolerated.
Occasional standing.
Occasional walking.
Occasional lift and carry up to 10 lbs.
Occasional bending.
Occasional squatting, kneeling, and crouching.
No climbing ladders and occasional climbing stairs with a handrail.
No limitation with reaching.
Frequent fingering and gripping.
Occasional means up to 33% of the time or 20 minutes out of every hour.
Frequent means up to 66% of the time or 40 minutes out of every hour.
The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment."

The determination of this report is that the claimant has no evidence of a functional impairment due to lack of recent progress notes as described above. Therefore, the conclusions of this report are different from the conclusions in the review by Dr. Craig Rosenberg.

<u>CONFLICT OF INTEREST</u>:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.[illegible] | Fax: 248.356.6757 | www.mlsgroupllc.com

2/22/2023

Dr. Christopher Barber
Re: MICHAEL F GILMORE

Hello Dr. Christopher Barber,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine, regarding your patient, referenced above. In lieu of a teleconference, Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine has provided the following questions:

SUMMARY OF FINDINGS:
Based on the documentation provided, there is no objective evidence to support any level of impairment for this claimant from November 18, 2022 to - the present as there are no progress notes after 6/15/22 at which time physical examination was normal. Specifically, the information is lacking recent/updated objective examination findings of motor weakness, impaired sensation, gait abnormality, instability, and positive provocative testing. Given the insufficient findings, there is no evidence of a functional impairment or the need for restrictions and limitations.

AP QUESTIONS:
1. What are the claimant's most recent objective examination findings with date(s)?
2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
3. Is the claimant working?
4. What is the treatment plan from your office/practice?

Please fax your response to 248-356-6757 or email your response to info@mlsgroupllc.com by 3/7/2023.

We will forward your response and any additional comments to the reviewing physician.

Thank You!

**Lincoln/Gilmore 0135**

MLS Group of Companies, LLC

**MLS National Medical Evaluation Services**

Phone: 888.657.[illegible] | Fax: 248.356.6757 | www.mlsgroupllc.com

Eliza Zepeda
Peer Review Services
MLS Group of Companies, LLC

**Lincoln/Gilmore 0136**

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

Phone: 888.657.4666 | Fax: 248.356.6757 | www.mlsgroupllc.com

2/22/2023

Dr. Bruce Hairston
Re: MICHAEL F GILMORE

Hello Dr. Bruce Hairston,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine, regarding your patient, referenced above. In lieu of a teleconference, Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine has provided the following questions:

SUMMARY OF FINDINGS:
Based on the documentation provided, there is no objective evidence to support any level of impairment for this claimant from November 18, 2022 to - the present as there are no progress notes after 6/15/22 at which time physical examination was normal. Specifically, the information is lacking recent/updated objective examination findings of motor weakness, impaired sensation, gait abnormality, instability, and positive provocative testing. Given the insufficient findings, there is no evidence of a functional impairment or the need for restrictions and limitations.

AP QUESTIONS:
1. What are the claimant's most recent objective examination findings with date(s)?
2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
3. Is the claimant working?
4. What is the treatment plan from your office/practice?

Please fax your response to 248-356-6757 or email your response to info@mlsgroupllc.com by 3/7/2023.

We will forward your response and any additional comments to the reviewing physician.

Thank You!

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

Phone: 888.657.[illegible] | Fax: 248.356.6757 | www.mlsgroupllc.com

Eliza Zepeda
Peer Review Services
MLS Group of Companies, LLC

**Lincoln/Gilmore 0138**

** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

| TIME SENT | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 22, 2023 at 4:38:10 PM EST | | 158 | 3 | Sent |

MLS Group of Companies, Inc.

# Confidential FAX

**20750 Civic Center Dr. Suite 600**
**Southfield, MI 48076**
**248-945-9001**
**Fax 248-356-6757**
**www.mls-ime.com**

To:

Fax Number: 918653804095

Pages: 3

Date/Time: 2023-02-22 16:25:27

Subject: Letter & questions Dr. Hairston

Note:

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT (248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**Lincoln/Gilmore 0139**

** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

| TIME SENT | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 22, 2023 at 4:25:36 PM EST | BMH | 72 | 3 | Sent |

MLS Group of Companies, Inc.

# Confidential FAX

20750 Civic Center Dr. Suite 600
Southfield, MI 48076
248-945-9001
Fax 248-356-6757
www.mls-ime.com

To:

Fax Number: 918653428110

Pages: 3

Date/Time: 2023-02-22 16:24:24

Subject: Letter & questions Dr. Barber

Note:

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT (248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**From:**JCallison@mlsgroupllc.com
**Sent:**Tue, 7 Mar 2023 15:43:26 -0500
**To:**King, Jerronda
**Cc:**VendorReferrals
**Subject:**MLS review notification for case - 10419522 ID: MLS# 148556
**Attachments:**Fax confirmation Dr Barber.pdf, Fax confirmation Dr. Hairston.pdf, Letter & questions Dr. Barber.doc, Letter & questions Dr. Hairston.doc, Report_MLS_D2__R01_148556-1_v1.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the review for your case #10419522 (MLS #148556, Initial, ) has been completed and is ready to be viewed on our website.

You can access the report via https://client.mlsgroupllc.com using your username and password.

Thank you for the referral,
MLS Group of Companies, LLC

Eliza Zepeda
EZepeda@mlsgroupllc.com

Julie Callison
JCallison@mlsgroupllc.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Invoice** **148556-1**

**Date of Invoice** 3/7/2023

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Jerronda King

| | |
|---|---|
| **Case ID:** | 10419522 |
| **Referral ID:** | 148556 |
| **Name:** | MICHAEL F GILMORE |
| **Employer:** | |
| **Physician:** | Andrew Nava |
| **Specialty:** | Physical Medicine & Rehabilitation |
| **Svc Date:** | 3/7/2023 |

| Item | Rate |
|---|---|
| Peer Review | $660.00 |

| | |
|---|---|
| **Invoice Total** | $660.00 |
| **Tax Total** | $0 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $$660.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**Lincoln/Gilmore 0142**

**Invoice** **148556-1**

**Date of Invoice** 3/7/2023

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Jerronda King

**Case ID:** 10419522
**Referral ID:** 148556
**Name:** MICHAEL F GILMORE
**Employer:**
**Physician:** Andrew Nava
**Specialty:** Physical Medicine & Rehabilitation
**Svc Date:** 3/7/2023

| Item | Rate |
|---|---|
| Peer Review | $660.00 |

| | |
|---|---|
| **Invoice Total** | $660.00 |
| **Tax Total** | $0 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $$660.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**Lincoln/Gilmore 0143**

**Blount Memorial**
Family Care Center

# FAX COVER SHEET

| Date: | Time: | Number of Pages: |
|---|---|---|
| Intended Receiver: | | |
| Facility: | | |
| Address: | | |
| Telephone: | Fax: 248-356-6757 | |
| Patient Name: | | |
| Admission Date: | | |
| Message: | | |

List of Documents:

- [ ] Complete Record
- [ ] Discharge Summary
- [ ] History and Physical
- [ ] Other: (Specify)
- [ ] Consult
- [ ] Lab
- [ ] X-Rays)
- [ ] Office Notes

## CONFIDENTIAL MEDICAL RECORD

Healthcare information is personal and sensitive information. It is being faxed to you after we have secured the appropriate authorization from the patient or under circumstances that do not require patient authorization. The recipient of this information is obligated to protect this information by maintaining it in a safe, secure and confidential manner. Re-disclosure of this information without the expressed consent of the patient or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality may subject you to penalties described in Federal and State law.

**IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this FAX is not the intended recipient, or the employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this FAX in error, please notify the sender immediately and destroy.**

**PERSON TRANSMITTING:** Carla

**FACILITY:** **Blount Memorial Family Care Center (BMFCC)**

**TELEPHONE:** **865-342-8100** **FAX:** **865-342-8110**

- BMFCC - Foothills: 720 Foothills Mall Drive, Maryville, TN 37801 (865) 342-8100
- BMFCC - Springbrook, 230 Associates Boulevard, Alcoa, TN 37701 (865) 273-1555

7680:2549A

**Lincoln/Gilmore 0144**

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 22, 2023 at 4:25:37 PM EST | MLS | 71 | 3 | Received |



MLS

MLS Group of Companies, Inc.

# Confidential FAX

20750 Civic Center Dr. Suite 600
Southfield, MI 48076
248-945-9001
Fax 248-356-6757
www.mls-ime.com

To:

Fax Number: 918653428110

Pages: 3

Date/Time: 2023-02-22 16:24:24

Subject: Letter & questions Dr. Barber

Note:

RECEIVED FEB 22 By________

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT (248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

2/22/2023

Dr. Christopher Barber
Re: MICHAEL F GILMORE

Hello Dr. Christopher Barber,

At the request of Lincoln Life Assurance Company of Boston - 92, MLS has scheduled a medical record review with Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine, regarding your patient, referenced above. In lieu of a teleconference, Andrew Nava, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor of Physical Medicine and Rehabilitation, Interventional Spine and Musculoskeletal Medicine has provided the following questions:

SUMMARY OF FINDINGS:
Based on the documentation provided, there is no objective evidence to support any level of impairment for this claimant from November 18, 2022 to - the present as there are no progress notes after 6/15/22 at which time physical examination was normal. Specifically, the information is lacking recent/updated objective examination findings of motor weakness, impaired sensation, gait abnormality, instability, and positive provocative testing. Given the insufficient findings, there is no evidence of a functional impairment or the need for restrictions and limitations.

AP QUESTIONS:
1. What are the claimant's most recent objective examination findings with date(s)?
2. What are the claimant's current restrictions and limitations and for what period of time will these be in place?
3. Is the claimant working?
4. What is the treatment plan from your office/practice?

Please fax your response to 248-356-6757 or email your response to info@mlsgroupllc.com by 3/7/2023.

We will forward your response and any additional comments to the reviewing physician.

Thank You!

**Lincoln/Gilmore 0146**

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone [illegible] | Fax [illegible] | www.mlsgroupllc.com

Eliza Zepeda
Peer Review Services
MLS Group of Companies, LLC

Lincoln/Gilmore 0147

**Blount Memorial Hospital**
East Tennessee Medical Group Neurology
451 Blount Memorial Physician Office Building
Maryville, TN 37804
(865) 980-5230 Fax: (865) 980-5231

**Test Date:** 6/3/2020

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Gilmore, Michael | **DOB:** | | **Physician:** | L Scott Sole, MD |
| **ID#:** | 10134312 | **SEX:** | Male | **Ref. Phys:** | Christopher Barber, MD |
| | | | | **Technician:** | Donna Bragg |

**Patient Complaints:**
Patient is a 49 year old male who presents with numbness in the bilateral lower extremity.

**NCV & EMG Findings:**
Evaluation of the right peroneal motor, the left tibial motor, and the right tibial motor nerves showed reduced amplitude (R2.3, L1.9, R1.0 mV). The left sural sensory and the right sural sensory nerves showed no response (Calf). All remaining nerves (as indicated in the following tables) were within normal limits. All left vs. right side differences were within normal limits.

F Wave studies indicate that the left peroneal F wave has prolonged latency (64.38 ms). The right peroneal F wave has no response. The left tibial F wave has prolonged latency (72.97 ms). The right tibial F wave has no response.

All examined muscles (as indicated in the following table) showed no evidence of electrical instability.

**Impression:**
There is evidence of a moderate sensorimotor polyneuropathy. These studies revealed no electrodiagnostic evidence of bilateral lumbar radiculopathy.

L Scott Sole, MD

**Lincoln/Gilmore 0148**

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | NR | | <4.0 | | >5.0 | Calf | Lat Mall | | 14.0 | | >35 |
| **Right Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | NR | | <4.0 | | >5.0 | Calf | Lat Mall | | 14.0 | | >35 |

**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.3 | <5.1 | 3.5 | >2.5 | Knee | Ankle | 10.2 | 44.0 | 43 | >38 |
| Knee | | 14.5 | | 3.4 | | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.5 | <5.1 | 2.3 | >2.5 | Knee | Ankle | 10.5 | 44.0 | 42 | >38 |
| Knee | | 15.0 | | 1.9 | | | | | | | |
| **Left Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 4.7 | <5.7 | 1.9 | >3.0 | Knee | Ankle | 9.0 | 39.0 | 43 | >35 |
| Knee | | 13.7 | | 0.5 | | | | | | | |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 5.4 | <5.7 | 1.0 | >3.0 | Knee | Ankle | 11.0 | 42.0 | 38 | >35 |
| Knee | | 16.4 | | 0.5 | | | | | | | |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Left Peroneal (Ext Dig Brev)** | | | | |
| | 64.38 | <60 | | <5.1 |
| **Right Peroneal (Ext Dig Brev)** | | | | |
| NR | | <60 | | <5.1 |
| **Left Tibial (Abd Hallucis)** | | | | |
| | 72.97 | <61 | | <5.7 |
| **Right Tibial (Abd Hallucis)** | | | | |
| NR | | <61 | | <5.7 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Fibular | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | ExtHallLong | Dp Br Fibular | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | AntTibialis | Dp Br Fibular | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | ExtHallLong | Dp Br Fibular | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Interossei | LatPlantar | S2-3 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

## Nerve Conduction Studies

**Anti Sensory Left/Right Comparison**

**Lincoln/Gilmore 0149**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | | | | | | Calf | Lat Mall | | | |

**Motor Left/Right Comparison**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | 4.3 | 4.5 | 0.2 | 3.5 | 2.3 | 34.3 | Knee | Ankle | 43 | 42 | 1 |
| Knee | 14.5 | 15.0 | 0.5 | 3.4 | 1.9 | 44.1 | | | | | |
| **Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | 4.7 | 5.4 | 0.7 | 1.9 | 1.0 | 47.4 | Knee | Ankle | 43 | 38 | 5 |
| Knee | 13.7 | 16.4 | 2.7 | 0.5 | 0.5 | 0.0 | | | | | |

**Lincoln/Gilmore 0150**

**Waveforms:**






Case 3:23-cv-00212-TAV-DCP Document 26-3 Filed 11/08/23 Page 102 of 1375 PageID #: 237




**Lincoln/Gilmore 0152**

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

## Diagnostics Order Form

**Patient Name:** MICHAEL FRANCIS GILMORE 10134312
**DOB:**
**Address:**

**Home Phone:** Phone:
**MRN:** 000000129772

### Diagnostic Order Information

Ordered Date: 05/11/2020
Order: Nerve Conduction Study Bilateral leg
CPT Code: NCS

Diagnosis: Neuropathy
Diagnosis Code: G62.9

Appointment Information: 6·3·20 1245
Location: BMH

### Insurance/Authorization Information

Primary Insurance: Aetna
Primary Policy#: 00053824601

Dr. Christopher Barber CS Smith, CMA
Ordering Provider: Christopher S. Barber DO

**Document generated by:** Carla S. Smith, CMA 05/11/2020 01:23 PM

**Blount Memorial**
Physicians Group

Family Medicine
720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

02/27/2023

MICHAEL GILMORE

To whom it may concern,

Michael Gilmore currently has diabetic neuropathy affecting his lower extremities. He has evidence of this based on the nerve conduction study done June 3, 2020. He is currently on Lyrica 200 mg 3 times daily to help with this pain. Because of this diabetic neuropathy, he is unable to climb ladders and stand on his feet consistently for over an hour. He is currently not working. He is unable to maintain a job because he must get off his feet and rest for about 30 minutes every hour. He is currently on the maximum medication possible to treat this condition. His condition will not change. His prognosis will remain the same or worsen. If you have any questions please feel free to contact me.

Sincerely,

*Christopher S. Barber DO 02/27/2023 12:50 PM*

Document generated by: Christopher S. Barber 02/27/2023 12:50 PM

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Sabrina Ann Leahey
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(402) 361-7048 x99999
Fax: (402) 361-1350

Document Locations

- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | THE DOW CHEMICAL COMPANY | Date Sent: | 2/15/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | MICHAEL F GILMORE | Claim #: | 10419522 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 5/9/2020 |
| Zip: | | Primary Diagnosis: | Other idiopathic peripheral autonomic neuropathy |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | See contacts in questions |

Referral Questions:

Vendor Chosen: MLS Group of Companies

Claimant Name: MICHAEL F GILMORE

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Core Questions
1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - November 18, 2022 to - the present, and comment on the expected duration.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
Additional Questions
Other - The claim has been reviewed by Dr. Craig Rosenberg. Please do not assign to these providers.
Other - If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please include duration for restrictions.********* Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from November 18, 2022 to present? Please explain your medical rationale.********** Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates.
Other - Please explain the results of the diagnostic testing (ie EMG, testing, bone scan etc) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported leg, feet, hip, shoulder pain, numbness, balance, issue, polyneuropathy, etc. consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints impact sustained work capacity? Please provide medical evidence to support your answer.
Other - When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity beyond. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and why you disagree. *****If you did not reach the provider after 3 attempts, please document synopsis and the questions you would have asked and/or information you would have liked to clarify and fax it to the attending provider, requesting a response w/in 10 days. Dr. Christopher Barber (T) 865-342-8100 (F) 865-342-8110; Dr. Bruce Hairston (T) 865-984-3864 (F) 865-380-4095. Please contact any other needed providers.
Other - If your conclusions are different from the conclusions in the review by Dr. Craig Rosenberg, please explain the medical rationale and evidence used in your coming to the different conclusions.

Instructions For Vendor:

Claimant Name: MICHAEL F GILMORE

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please assign to a board certified, preferably university affiliated provider.
Questions or issues with this referral should be directed to: Jerronda.King@lfg.com
Medical / Surgical Condition: Polyneuropathy, Low Back Pain, Hip and Shoulder Pain, Gait Disturbance

Attorney Information (if applicable):

Claimant Name: MICHAEL F GILMORE

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, February 15, 2023 2:52:57 PM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | jq5pj2gxottevzxbyof1_14620717.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 15, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

I m writing in response to your letter concerning the overpayment due on your client Michael Giilmore s claim. I wanted to also confirm that Lincoln Financial sent the overpayment information to your office and Brown and Brown only. Thank you for forwarding it to your client.

I ve attached the more detailed Calculation Worksheet which shows a check-by-check breakdown of the balance due, which although benefits are closed at this time, you can see the balance due is for prior benefits paid to your client.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Sullivan
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16419
Secure Fax No.: (603) 334-0401

Attachments: 10419522-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-02.10.2023
10419522-EMPLOYEE/CLAIMANT-ATTORNEY DOCUMENTS-02.14.2023

# Calculation Worksheet

**Claimant Name:** Michael Gilmore **Customer:**

**Claim Number (s):** 10419522

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 11/9/2020 | From Date | 11/9/2020 |
| Thru Date | 11/8/2022 | Thru Date | 11/8/2022 |
| Total | $110,803.72 | Total | $41,275.72 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Overpayment Amount: | $ 69,528.00 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| Tax Aging: | $0.00 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 102805809 | 0 | 11/9/2020 | 12/8/2020 | 12/2/2020 | $ 5,108.11 | $ 1,191.67 | $ 3,916.44 | $ 300.00 | $ 3,616.44 |
| 10419522 | 102946056 | 25385333 | 11/9/2020 | 12/8/2020 | 12/21/2020 | $ 953.34 | $ - | $ 953.34 | $ - | $ 953.34 |
| 10419522 | 103042036 | 0 | 12/9/2020 | 1/8/2021 | 1/4/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 674.86 | $ 4,433.25 |
| 10419522 | 103249739 | 0 | 1/9/2021 | 2/8/2021 | 2/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 103453099 | 0 | 2/9/2021 | 3/8/2021 | 3/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 103676650 | 0 | 3/9/2021 | 4/8/2021 | 4/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 103892351 | 0 | 4/9/2021 | 5/8/2021 | 5/3/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 104122883 | 0 | 5/9/2021 | 6/8/2021 | 6/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 104361462 | 0 | 6/9/2021 | 7/8/2021 | 7/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 104584837 | 0 | 7/9/2021 | 8/8/2021 | 8/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 104835809 | 0 | 8/9/2021 | 9/8/2021 | 9/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 105083860 | 0 | 9/9/2021 | 10/8/202' | 10/4/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 105320001 | 0 | 10/9/2021 | 11/8/202' | 11/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 105556165 | 0 | 11/9/2021 | 12/8/202' | 12/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 105798529 | 0 | 12/9/2021 | 1/8/2022 | 1/3/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 106036017 | 0 | 1/9/2022 | 2/8/2022 | 2/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 476.07 | $ 4,632.04 |
| 10419522 | 106253406 | 0 | 2/9/2022 | 3/8/2022 | 3/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 106490077 | 0 | 3/9/2022 | 4/8/2022 | 4/4/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 106702064 | 0 | 4/9/2022 | 5/8/2022 | 5/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 106942915 | 0 | 5/9/2022 | 6/8/2022 | 6/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107183113 | 0 | 6/9/2022 | 7/8/2022 | 7/4/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107411669 | 0 | 7/9/2022 | 8/8/2022 | 8/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107657672 | 0 | 8/9/2022 | 9/8/2022 | 9/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107887021 | 0 | 9/9/2022 | 10/8/2022 | 10/3/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 108129821 | 0 | 10/9/2022 | 11/8/2022 | 11/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $123,547.98 | $1,191.67 | $122,356.31 | $11,552.59 | $110,803.72 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Unemployment | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 102805809 | 0 | 11/9/2020 | 12/8/2020 | 12/2/2020 | $ 5,108.11 | $2,897.00 | $238.33 | $0.00 | $ 1,972.78 | $ 300.00 | $ 1,672.78 | $ 1,943.66 |
| 10419522 | 102946056 | 25385333 | 11/9/2020 | 12/8/2020 | 12/21/2020 | $ - | | | $0.00 | $ - | $ - | $ - | $ 953.34 |
| 10419522 | 103042036 | 0 | 12/9/2020 | 1/8/2021 | 1/4/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 674.86 | $ 1,536.25 | $ 2,897.00 |
| 10419522 | 103249739 | 0 | 1/9/2021 | 2/8/2021 | 2/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 103453099 | 0 | 2/9/2021 | 3/8/2021 | 3/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 103676650 | 0 | 3/9/2021 | 4/8/2021 | 4/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 103892351 | 0 | 4/9/2021 | 5/8/2021 | 5/3/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 104122883 | 0 | 5/9/2021 | 6/8/2021 | 6/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 104361462 | 0 | 6/9/2021 | 7/8/2021 | 7/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 104584837 | 0 | 7/9/2021 | 8/8/2021 | 8/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 104835809 | 0 | 8/9/2021 | 9/8/2021 | 9/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 105083860 | 0 | 9/9/2021 | 10/8/202' | 10/4/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 105320001 | 0 | 10/9/2021 | 11/8/202' | 11/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 105556165 | 0 | 11/9/2021 | 12/8/202' | 12/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 105798529 | 0 | 12/9/2021 | 1/8/2022 | 1/3/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 106036017 | 0 | 1/9/2022 | 2/8/2022 | 2/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 476.07 | $ 1,735.04 | $ 2,897.00 |
| 10419522 | 106253406 | 0 | 2/9/2022 | 3/8/2022 | 3/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 106490077 | 0 | 3/9/2022 | 4/8/2022 | 4/4/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 106702064 | 0 | 4/9/2022 | 5/8/2022 | 5/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 106942915 | 0 | 5/9/2022 | 6/8/2022 | 6/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 107183113 | 0 | 6/9/2022 | 7/8/2022 | 7/4/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 107411669 | 0 | 7/9/2022 | 8/8/2022 | 8/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 107657672 | 0 | 8/9/2022 | 9/8/2022 | 9/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 107887021 | 0 | 9/9/2022 | 10/8/2022 | 10/3/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 108129821 | 0 | 10/9/2022 | 11/8/2022 | 11/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $122,594.64 | $69,528.00 | $238.33 | $0.00 | $52,828.31 | $11,552.59 | $41,275.72 | $69,528.00 |

* (-) indicates an underpayment

**Lincoln/Gilmore 0160**

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Heather A. Dreiser

February 13, 2023

**VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
**Attn: Erin Sullivan**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**VIA FACSIMILE (877) 899-1329**
Brown & Brown Insurance
300 N Beach Street
Daytona Beach, FL 32114

RE: Michael F. Gilmore v. The Lincoln National Life Insurance Company and Brown & Brown Insurance
The Dow Chemical Company
Claim #: 10419522

Ms. Sullivan:

I am in receipt of your February 13, 2023 letter regarding the alleged overpayment of benefits due to Mr. Gilmore's receipt of SSDI. I have forwarded the letter to Mr. Gilmore. He informs me that he has also received correspondence from Lincoln National and/or Brown & Brown regarding this issue. I would take this opportunity to remind Lincoln Financial and/or Brown & Brown that Mr. Gilmore is represented in this matter and neither Lincoln Financial or Brown & Brown have permission to contact Mr. Gilmore directly.

Further, Mr. Gilmore and I are cognizant of the Plan Document and its provision regarding "other income" and offsetting for receipt of SSDI. However, you are likewise also aware that Lincoln National with the assistance of Brown & Brown Insurance have denied continued benefits under the Plan. We will continue to work through the issues regarding that denial prior to repayment of the alleged overpayment.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

cc: Michael F. Gilmore

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 10, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

Your disability claim file was referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability benefits with an effective date of November 1, 2020. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period November 9, 2020 through November 8, 2022 with no reduction for Social Security Benefits, you are now overpaid under the terms of your Policy.

**Total Overpayment Amount: $69,528.00**

The Lincoln National Life Insurance Company will work with Brown & Brown regarding the collection of this overpayment. You will be contacted by a representative from Brown & Brown regarding repayment of this overpayment, however if you wish to reach out to them directly, they can be reached at:

Brown & Brown - (877) 261-1947

If payment is not received by March 3, 2023, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.



PAGE 3/5 * RCVD AT 2/14/2023 8:46:09 AM [Eastern Standard Time] * SVR:VA1PWFAX401/2 * DNIS:6033340401 * CSID:1 * ANI:18655841171 * DURATION (mm-ss):01-05

Sincerely,

Erin Sullivan
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16419
Secure Fax No.: (603) 334-0401

Attachments: 10419522-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-02.10.2023



PAGE 4/5 * RCVD AT 2/14/2023 8:46:09 AM [Eastern Standard Time] * SVR:VA1PWFAX401/2 * DNIS:6033340401 * CSID:1 * ANI:18655841171 * DURATION (mm-ss):01-05

| Claim Number(s):10419522<br>Overpayment Calculation | | | |
|---|---|---|---|
| Originally Paid | *11/9/2020 through* | *11/8/2022* | $110,803.72 |
| Less: Should have Paid | *11/9/2020 through* | *11/8/2022* | $41,275.72 |
| Overpayment Due | | | $69,528.00 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $0.00 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$69,528.00** |

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

February 13, 2023

**VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
**Attn: Erin Sullivan**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**VIA FACSIMILE (877) 899-1329**
Brown & Brown Insurance
300 N Beach Street
Daytona Beach, FL 32114

RE: Michael F. Gilmore v. The Lincoln National Life Insurance Company and Brown & Brown Insurance
The Dow Chemical Company
Claim #: 10419522

Ms. Sullivan:

I am in receipt of your February 13, 2023 letter regarding the alleged overpayment of benefits due to Mr. Gilmore's receipt of SSDI. I have forwarded the letter to Mr. Gilmore. He informs me that he has also received correspondence from Lincoln National and/or Brown & Brown regarding this issue. I would take this opportunity to remind Lincoln Financial and/or Brown & Brown that Mr. Gilmore is represented in this matter and neither Lincoln Financial or Brown & Brown have permission to contact Mr. Gilmore directly.

Further, Mr. Gilmore and I are cognizant of the Plan Document and its provision regarding "other income" and offsetting for receipt of SSDI. However, you are likewise also aware that Lincoln National with the assistance of Brown & Brown Insurance have denied continued benefits under the Plan. We will continue to work through the issues regarding that denial prior to repayment of the alleged overpayment.

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

cc: Michael F. Gilmore

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 10, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

Your disability claim file was referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability benefits with an effective date of November 1, 2020. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period November 9, 2020 through November 8, 2022 with no reduction for Social Security Benefits, you are now overpaid under the terms of your Policy.

**Total Overpayment Amount: $69,528.00**

The Lincoln National Life Insurance Company will work with Brown & Brown regarding the collection of this overpayment. You will be contacted by a representative from Brown & Brown regarding repayment of this overpayment, however if you wish to reach out to them directly, they can be reached at:

Brown & Brown - (877) 261-1947

If payment is not received by March 3, 2023, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Sullivan
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16419
Secure Fax No.: (603) 334-0401

Attachments: 10419522-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-02.10.2023



PAGE 4/5 * RCVD AT 2/14/2023 8:46:09 AM [Eastern Standard Time] * SVR:VA1PWFAX401/2 * DNIS:6033340401 * CSID:1 * ANI:18655841171 * DURATION (mm-ss):01-05

| Claim Number(s):10419522<br>Overpayment Calculation | | | |
|---|---|---|---|
| Originally Paid | *11/9/2020 through* | *11/8/2022* | $110,803.72 |
| Less: Should have Paid | *11/9/2020 through* | *11/8/2022* | $41,275.72 |
| Overpayment Due | | | $69,528.00 |
| Less: Recovery of Prior Overpayment | | | $0.00 |
| Less: Attorney Fees | | | $0.00 |
| Less: Excess Fee | | | $0.00 |
| **Amount Due** | | | **$69,528.00** |

PAGE 5/5 * RCVD AT 2/14/2023 8:46:09 AM [Eastern Standard Time] * SVR:VA1PWFAX401/2 * DNIS:6033340401 * CSID:1 * ANI:18655841171 * DURATION (mm-ss):01-05

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, February 14, 2023 11:56:47 AM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | f7g8q24cv8rvvhuhk7em_14607023.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Gilmore 0171**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 14, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy on behalf of Michael Gilmore.

We received your request for review of the recent claim determination on the LTD claim with additional documentation for review and consideration.

Mr. Gilmore s file has been forwarded to Lincoln s Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 14674.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician in approximately 30 days or by March 15, 2023. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln s response, and you

will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 334-0401

**From:**Sullivan, Erin
**Sent:**Fri, 10 Feb 2023 16:51:51 +0000
**To:**565 - B&B Absence Reimbursement Facilitation
**Subject:**Michael Gilmore 10419522

Good afternoon,

Please see the overpayment summary below. Please contact the claimant regarding this balance and notify Lincoln National Life with any updates.  Please note, this claimants policy does not adjust for Dependent benefits.

**Claim Number(s):10419522**

**Overpayment Calculation**

| | | | |
|---|---|---|---|
| Originally Paid | *11/9/2020 through* | *11/8/2022* | $110,803.72 |
| Less:  Should have Paid | *11/9/2020 through* | *11/8/2022* | $41,275.72 |
| Overpayment Due | | | $69,528.00 |
| Less:  Recovery of Prior Overpayment | | | $0.00 |
| Less:  Attorney Fees | | | $0.00 |
| Less:  Excess Fee | | | $0.00 |
| **Amount Due** | | | **$69,528.00** |

Thank you,


**Erin Sullivan**
Senior Recovery Specialist
Financial Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 ext 16419
Office

603-334-0401 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| Claim Number(s):10419522 | | | | |
|---|---|---|---|---|
| **Overpayment Calculation** | | | | |
| Originally Paid | *11/9/2020* | *through* | *11/8/2022* | $110,803.72 |
| Less: Should have Paid | *11/9/2020* | *through* | *11/8/2022* | $41,275.72 |
| Overpayment Due | | | | $69,528.00 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$69,528.00** |

**Lincoln/Gilmore 0175**

# Calculation Worksheet

**Claimant Name:** Michael Gilmore **Customer:**

**Claim Number (s):** 10419522

| | | | |
|---|---|---|---|
| **Originally Paid** | | **Should have Paid** | |
| **From Date** | 11/9/2020 | **From Date** | 11/9/2020 |
| **Thru Date** | 11/8/2022 | **Thru Date** | 11/8/2022 |
| **Total** | **$110,803.72** | **Total** | **$41,275.72** |

* (-) indicates an underpayment

| **Credit** | |
|---|---|
| **OP Recovered (To Date):** | $0.00 |
| **Attorney Fees:** | $0.00 |
| **Excess Fees** | $0.00 |
| **Total:** | $0.00 |

| | |
|---|---|
| **Overpayment Amount:** | **$ 69,528.00** |
| **Underpayment Amount:** | **$0.00** |

| | |
|---|---|
| **Tax Aging:** | **$0.00** |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 102805809 | 0 | 11/9/2020 | 12/8/2020 | 12/2/2020 | $ 5,108.11 | $ 1,191.67 | $ 3,916.44 | $ 300.00 | $ 3,616.44 |
| 10419522 | 102946056 | 25385333 | 11/9/2020 | 12/8/2020 | 12/21/2020 | $ 953.34 | $ - | $ 953.34 | $ - | $ 953.34 |
| 10419522 | 103042036 | 0 | 12/9/2020 | 1/8/2021 | 1/4/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 674.86 | $ 4,433.25 |
| 10419522 | 103249739 | 0 | 1/9/2021 | 2/8/2021 | 2/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 103453099 | 0 | 2/9/2021 | 3/8/2021 | 3/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 103676650 | 0 | 3/9/2021 | 4/8/2021 | 4/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 103892351 | 0 | 4/9/2021 | 5/8/2021 | 5/3/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 104122883 | 0 | 5/9/2021 | 6/8/2021 | 6/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 104361462 | 0 | 6/9/2021 | 7/8/2021 | 7/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 104584837 | 0 | 7/9/2021 | 8/8/2021 | 8/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 104835809 | 0 | 8/9/2021 | 9/8/2021 | 9/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 105083860 | 0 | 9/9/2021 | 10/8/2021 | 10/4/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 105320001 | 0 | 10/9/2021 | 11/8/2021 | 11/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 105556165 | 0 | 11/9/2021 | 12/8/2021 | 12/2/2021 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 105798529 | 0 | 12/9/2021 | 1/8/2022 | 1/3/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 106036017 | 0 | 1/9/2022 | 2/8/2022 | 2/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 476.07 | $ 4,632.04 |
| 10419522 | 106253406 | 0 | 2/9/2022 | 3/8/2022 | 3/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 106490077 | 0 | 3/9/2022 | 4/8/2022 | 4/4/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 106702064 | 0 | 4/9/2022 | 5/8/2022 | 5/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 106942915 | 0 | 5/9/2022 | 6/8/2022 | 6/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107183113 | 0 | 6/9/2022 | 7/8/2022 | 7/4/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107411669 | 0 | 7/9/2022 | 8/8/2022 | 8/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107657672 | 0 | 8/9/2022 | 9/8/2022 | 9/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107887021 | 0 | 9/9/2022 | 10/8/2022 | 10/3/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 108129821 | 0 | 10/9/2022 | 11/8/2022 | 11/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | **Totals:** | **$123,547.98** | **$1,191.67** | **$122,356.31** | **$11,552.59** | **$110,803.72** |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Unemployment | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 102805809 | 0 | 11/9/2020 | 12/8/2020 | 12/2/2020 | $ 5,108.11 | $2,897.00 | $238.33 | $0.00 | $ 1,972.78 | $ 300.00 | $ 1,672.78 | $ 1,943.66 |
| 10419522 | 102946056 | 25385333 | 11/9/2020 | 12/8/2020 | 12/21/2020 | $ - | | | $0.00 | $ - | $ - | $ - | $ 953.34 |
| 10419522 | 103042036 | 0 | 12/9/2020 | 1/8/2021 | 1/4/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 674.86 | $ 1,536.25 | $ 2,897.00 |
| 10419522 | 103249739 | 0 | 1/9/2021 | 2/8/2021 | 2/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 103453099 | 0 | 2/9/2021 | 3/8/2021 | 3/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 103676650 | 0 | 3/9/2021 | 4/8/2021 | 4/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 103892351 | 0 | 4/9/2021 | 5/8/2021 | 5/3/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 104122883 | 0 | 5/9/2021 | 6/8/2021 | 6/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 104361462 | 0 | 6/9/2021 | 7/8/2021 | 7/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 104584837 | 0 | 7/9/2021 | 8/8/2021 | 8/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 104835809 | 0 | 8/9/2021 | 9/8/2021 | 9/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 105083860 | 0 | 9/9/2021 | 10/8/2021 | 10/4/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 105320001 | 0 | 10/9/2021 | 11/8/2021 | 11/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 105556165 | 0 | 11/9/2021 | 12/8/2021 | 12/2/2021 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 105798529 | 0 | 12/9/2021 | 1/8/2022 | 1/3/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 487.43 | $ 1,723.68 | $ 2,897.00 |
| 10419522 | 106036017 | 0 | 1/9/2022 | 2/8/2022 | 2/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 476.07 | $ 1,735.04 | $ 2,897.00 |
| 10419522 | 106253406 | 0 | 2/9/2022 | 3/8/2022 | 3/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 106490077 | 0 | 3/9/2022 | 4/8/2022 | 4/4/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 106702064 | 0 | 4/9/2022 | 5/8/2022 | 5/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 106942915 | 0 | 5/9/2022 | 6/8/2022 | 6/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 107183113 | 0 | 6/9/2022 | 7/8/2022 | 7/4/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 107411669 | 0 | 7/9/2022 | 8/8/2022 | 8/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 107657672 | 0 | 8/9/2022 | 9/8/2022 | 9/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 107887021 | 0 | 9/9/2022 | 10/8/2022 | 10/3/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| 10419522 | 108129821 | 0 | 10/9/2022 | 11/8/2022 | 11/2/2022 | $ 5,108.11 | $2,897.00 | | $0.00 | $ 2,211.11 | $ 472.50 | $ 1,738.61 | $ 2,897.00 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | **Totals:** | **$122,594.64** | **$69,528.00** | **$238.33** | **$0.00** | **$52,828.31** | **$11,552.59** | **$41,275.72** | **$69,528.00** |

* (-) indicates an underpayment

**Lincoln/Gilmore 0176**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, February 10, 2023 12:24:34 PM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | mtc41e8eppj5brvw5vt4_14587676.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 10, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

Your disability claim file was referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability benefits with an effective date of November 1, 2020. This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period November 9, 2020 through November 8, 2022 with no reduction for Social Security Benefits, you are now overpaid under the terms of your Policy.

**Total Overpayment Amount: $69,528.00**

The Lincoln National Life Insurance Company will work with Brown & Brown regarding the collection of this overpayment. You will be contacted by a representative from Brown & Brown regarding repayment of this overpayment, however if you wish to reach out to them directly, they can be reached at:

Brown & Brown - (877) 261-1947

If payment is not received by March 3, 2023, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. The Lincoln National Life Insurance Company also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Sullivan
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16419
Secure Fax No.: (603) 334-0401

Attachments: 10419522-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-02.10.2023

**Claim Number(s):10419522**

**Overpayment Calculation**

| | | | | |
|---|---|---|---|---|
| Originally Paid | *11/9/2020* | *through* | *11/8/2022* | $110,803.72 |
| Less: Should have Paid | *11/9/2020* | *through* | *11/8/2022* | $41,275.72 |
| | | | | |
| Overpayment Due | | | | $69,528.00 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$69,528.00** |

**Lincoln/Gilmore 0180**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, February 9, 2023 11:03:39 AM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | ohmbw0awm4weagrotlvp_14575906.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 9, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

We have been informed that you and/or your dependents were awarded Social Security benefits.

As we have discussed, The Dow Chemical Company s disability Policy requires us to reduce your disability benefits by the amount of income received by you and/or your dependents from other sources, including Social Security.

Specifically, the Policy states:

*Other Income Benefits means:*

> *4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:*
>
> > *a. the Covered Person receives or is eligible to receive; and*
> > *b. his spouse, child or children receives or are eligible to receive because of his Disability; or*
> > *c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.*

As you know, during the time it took the Social Security Administration (SSA) to make its decision, Lincoln paid you unreduced disability benefits. *In effect, we advanced you the money we expected Social Security would ultimately pay, and you signed an agreement to repay the advance upon receiving Social Security benefits.*

Your SSA award notice indicates both the monthly Social Security disability benefit you will receive and your retroactive benefit award.

Accordingly,

- We will begin reducing the monthly LTD benefit we pay you to offset your monthly Social Security benefits.
- You must repay any overpayment immediately, upon notification to you of the amount owed to Lincoln. Please set aside your retroactive payment from Social Security to repay this obligation.
- Upon receipt of all documentation, a member of our Financial Review Services unit will provide you with a written calculation of any overpayment due. Please contact that representative should you have any questions regarding the financial reconciliation of your claim.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security Dependent benefits under the terms of The Dow Chemical Company s LTD Policy and it is important that you begin this process immediately. Therefore, please initiate the dependent application and provide proof of application within 30 days from the date of this letter.

If you are approved for Social Security Dependent Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive dependent benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security s decision, and you must repay it immediately upon our request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Destini Trahan
Social Security Specialist I
Phone No.: (888) 437-7611 Ext. 79577
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, February 8, 2023 8:18:36 AM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | g6hsgyjcovfpm74fboi7_14563152.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 8, 2023

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Mr. Michael Gilmore's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Mr. Gilmore's LTD claim on February 7, 2023.

We understand that you do not intend to send further information to be reviewed as part of the appeal.

Consequently, the file is being forwarded to Lincoln s Claim Resolution Unit for a full, and fair review. The claim will be assigned to an Appeal Specialist who will contact you when they have completed their review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Claim Resolution Services at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received. We will contact you if there are special circumstances requiring a delay in Lincoln s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

**From:** 565 - B&B Absence Benefit Coordination <awards@bbabsence.com>
**Sent:** Tue, 7 Feb 2023 14:51:59 +0000
**To:** Claims_SSVA
**Subject:** Notice of Award - Gilmore 10419522
**Attachments:** SUMNOA Gilmore.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please find attached the Award Summary, Notice of Award and Notice of Decision for the above mentioned claimant. Please forward any overpayment information to our office at your earliest convenience.

Please let our office know if you have any questions.

Thank you!

**Deb Bolan**
Benefit Coordinator
DBolan@bbabsence.com

O (877) 261-1947 | F (877) 797-1612

Brown & Brown Absence Services Group, LLC (NYSE: BRO)
300 North Beach Street
Daytona Beach, Florida 32114

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

bbabsence.com

Brown & Brown INSURANCE®

ABSENCE SERVICES GROUP

## Lincoln Life NOA Cover sheet

**Date:** 02/07/2023
**NOA**

Claimant # 10419522
Claimant Name: Michael Gilmore
Referral Date: 11/16/2020
EFT: Y
Dependents: Y
Dependent Name & DOB:

| | |
|---|---|
| Lori Gilmore | 10/14/1972 |

Award Level: Hearing
Date of Entitlement: 11/01/2020
Past Due Benefit Amount: $75,413.00
Past Due Benefits Time Period: 11/30/2022
Medicare Entitlement Date: 11/01/2022

**Payment History**

| Amount | Reason | Dates |
|---|---|---|
| $2,897.00 | Initial Benefit | 11/01/2020 to 11/30/2020 |
| $2,935.00 | COLA | 12/01/2020 to 11/30/2021 |
| $3,108.00 | COLA | 12/01/2021 to 11/30/2022 |
| $3,378.00 | COLA | 12/01/2022 |

**Fee's**

Atty Fee withheld: $0.00

Agreed Fee Amt: $0.00

Excess Fees in Escrow:$0.00

**Additional Comments:**Please forward any overpayment information at your earliest convenience. Thank you.

M7

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
## Notice of Award

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: December 20, 2022
BNC#: 22M1968D83764-A

MICHAEL GILMORE

–

We are writing to let you know that you are entitled to monthly disability benefits from Social Security beginning November 2020.

### Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums and worker's compensation offset. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| November 2020 | $ 2,897.70 | Entitlement began |
| December 2020 | $ 2,935.30 | Cost of living adjustment |
| December 2021 | $ 3,108.40 | Cost of living adjustment |
| December 2022 | $ 3,378.80 | Cost of living adjustment |

### What We Will Pay

We pay Social Security benefits for a given month in the next month. For example, we pay Social Security benefits for March in April.

- Your first payment is for $75,413.20.
- This is the money you are due through December 2022.
- After that, you will receive $3,213.00 on or about the second Wednesday of each month.

SEE NEXT PAGE

Your monthly payments will go to the financial institution you selected.

- The day of the month you receive your payments depends on your date of birth.

## Other Information

We are sending a copy of this notice to your representative.

## The Date You Became Disabled

We found that you became disabled under our rules on May 8, 2020.

## Information About Medicare

You are entitled to hospital and medical insurance under Medicare beginning November 2022.

We charge a monthly premium for your Medicare Part B (Medical Insurance). The rates are shown below:

| Beginning Date | Amount |
|---|---|
| November 2022 | $ 170.10 |
| January 2023 | $ 164.90 |

We are taking Part B (Medical Insurance) premiums due through January 2023 out of the check you will receive around January 11, 2023. These premiums total $505.10. We will deduct premiums 1 month in advance.

## Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048). Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or apply, please contact us.

SEE NEXT PAGE

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away. We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits". It will tell you what must be reported and how to report. Be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

## Things To Remember

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Do You Think We Are Wrong?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

SEE NEXT PAGE

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-866-331-9091.

SOCIAL SECURITY
9031 CROSS PARK DR
KNOXVILLE TN 37923

How are we doing? Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

Enclosure(s):
SSA Pub No 05-10153

**SOCIAL SECURITY ADMINISTRATION**

Office of Hearings Operations

135 Circle Lane
Knoxville, TN 37919-9998

Date: August 18, 2022

Michael Gilmore

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

### If You Disagree With My Decision

If you disagree with my decision, you may file an appeal with the Appeals Council.

### How To File An Appeal

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. The preferred method for filing your appeal is by using our secure online process available at https://www.ssa.gov/benefits/disability/appeal.html.

You may also use our Request for Review form (HA-520) or write a letter. The form is available at https://www.ssa.gov/forms/ha-520.html. Please write the Social Security number associated with this case on any appeal you file. You may call (800) 772-1213 with questions.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

Form HA-L76 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.



See Next Page

**If You Have Any Questions**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this notice and decision when you call.
3. You may also call your local office at (866) 331-9091.

Social Security
9031 Cross Park Drive
Knoxville, TN 37923-9922

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

Donna Lefebvre
Administrative Law Judge

Enclosures:
Decision Rationale

cc: Sean Sullivan
Brown & Brown Advocator Group
300 N. Beach Street
Daytona Beach, FL 32114

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
| --- | --- |
| Michael Gilmore<br>(Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | 21BL382H93453<br>(Beneficiary Notice Control Number)<br>*Social Security Number removed for your protection* |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated January 10, 2022 (20 CFR 404.929 *et seq.*). On August 12, 2022, the undersigned held a telephone hearing due to the extraordinary circumstance presented by the Coronavirus Disease 2019 (COVID-19) Pandemic. All participants attended the hearing by telephone. The claimant agreed to appear by telephone before the hearing and confirmed such agreement at the start of the hearing (Exhibit 9B). The claimant's main representative is Sean Sullivan, a non-attorney representative and Attorney Laura Lopez appeared and represented the claimant at the hearing. Robert Brabham, Ph.D., an impartial vocational expert, also appeared at the hearing.

The claimant is alleging disability since May 8, 2020.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

1. **The claimant's date last insured is December 31, 2024.**

2. **The claimant has not engaged in substantial gainful activity since May 8, 2020, the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

3. **The claimant has the following severe impairments: diabetes with diabetic neuropathy; sleep apnea; degenerative disc disease; and right foot heel spur (20 CFR 404.1520(c)).**

4. **The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

5. **The claimant has the residual functional capacity to perform sedentary work as defined in 20 CFR 404.1567(a) except can lift up to 10 pounds occasionally and frequently;**

See Next Page

**can occasionally bilaterally handle and finger objects; can never operate foot controls bilaterally; can stand and/or walk for up to 2 hours and sit for up to 6 hours in an 8-hour day with normal breaks; can sit for up to 30 minutes at a time and stand and/or walk for up to 10 minutes at a time before changing positions; can occasionally climb ramps or stairs and never climb ladders, ropes, or scaffolds; can occasionally stoop, kneel, crouch, or crawl and never balance, as defined in the Selected Characteristics of Occupations of the DOT; can perform jobs that do not require exposure to extreme non-weather-related heat or cold, or excessive vibration; can perform jobs that do not require the operation of moving and hazardous machinery or work around unprotected heights.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c.

The claimant has alleged he is unable to work due to his diabetes with peripheral neuropathy in feet and legs. He reported numbness in his fingers and cannot feel either of his great toes. The claimant has symptoms including joint pain, inflammation, easy bruising, leg pain with exercise, and feet swelling. In a January 2021 Function Report, the claimant advised that his conditions prevented him from walking long distances, climbing ladders and stairs, and was off balance at times. He must take frequent breaks due to his pain. The claimant stated that he tries to help around the house with chores, such as light cleaning and lighter loads of laundry, but only assists with chores about twice a week for no more than an hour at a time. He reported only able to lift up to 10 pounds and has pain with squatting, bending, standing, reaching, walking, sitting, kneeling, stair climbing. Lastly, he reported being unable to walk more than 10 minutes at a time due to pain (Exhibit 4E).

A nerve conduction study in May 2020 revealed moderate sensorimotor polyneuropathy and no evidence of bilateral lumbar radiculopathy. Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 and sensory examination remarkable for a stocking and glove pattern of distal sensation loss in both lower extremities. Medical and treatment records find diagnoses for diabetic peripheral neuropathy and chronic back and shoulder pain. In October 2021, the claimant underwent multiple radiographs. X-ray of his lumbar spine demonstrated mild spondylosis. Right ankle x-ray showed heel spur. X-rays of right shoulder and left hip were both within normal limits (Exhibit 5F). The claimant had guarded range of motion of his right shoulder at the March 2021 consultative examination. Sleep study in February 2018 confirmed obstructive sleep apnea diagnosis. November 2020 laboratory results found A1c level to be 9.0, which supports his diabetes diagnosis with peripheral neuropathy. More recent laboratory results in March 2021 indicate his A1c has decreased to 7.8. September 2021 office visit found the claimant with right shoulder complaints. Examination demonstrated positive signs during empty can test, positive findings during an Apley scratch test, and difficulty with abducting his right arm greater than $90^0$. He received a right shoulder Kenalog injection (Exhibits 1F, 2F, 3F, 4F, and 5F).

See Next Page

After considering the evidence of record, the undersigned finds that the claimant's medically determinable impairments could reasonably be expected to produce the alleged symptoms, and that the claimant's statements concerning the intensity, persistence and limiting effects of these symptoms are generally credible. Furthermore, the claimant's testimony (narrative) concerning his impairments and their impact on his ability to work were persuasive in light of his own description of his activities and lifestyle, the degree of medical treatment required, the reports of treating and examining practitioners, and the findings made on examination.

Consistent with the claimant's allegations, the undersigned notes that his earnings record is consistent with a long and steady work history, which signifies a strong employment motivation and in turn bolsters his contentions that he is currently unable to continue in his work endeavors as a result of his numerous medically determinable impairments. Specifically, for the last 15 years, the claimant earned at substantial gainful activity levels each year (Exhibit 9D).

Turning to the opinion evidence, Christopher Barber, D.O. completed a medical source statement – physical in July 2022 assessing polyneuropathy, low back pain, and thoracic back pain. Due to these conditions, he can sit, stand, and/or walk for about 30 minutes for each activity in an 8-hour workday. At one-time without interruption, the claimant can sit for 30 minutes, stand for less than 1 hour, and walk for 1 hour. Dr. Barber opined the claimant has to lie down to get relief and no work adjustments would help. The claimant can occasionally perform gross and/or fine manipulation with the right or left upper extremity and can occasionally raise left or right upper extremity over shoulder level. Due to neuropathy, he cannot operate foot controls with either of the lower extremities. The claimant can lift and/or carry up to 10 pounds occasionally. He can occasionally bend and squat but never crawl or climb. The claimant should have no restrictions of activities involving unprotected heights, being around moving machinery, and exposure to marked changes in temperature or humidity and mild restrictions of activities involving driving automotive equipment and exposure to dust, fumes, and gases. Dr. Barber also cited that his medication, specifically, Lyrica causes sedation; however, the medication is necessary for his neuropathy. He also stated that the claimant would miss 20 days in an average 20 business day month due to his medical diagnosis, symptoms, and limitations and would need extra breaks during the work, totaling 6 breaks or more a day (Exhibit 11F). The findings of sedentary exertion are consistent with the exertional limitations set forth by Dr. Barber, thus are persuasive.

Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 opining the claimant can perform a reduced range of medium exertion with noted balance issues due to neuropathy (Exhibit 2F). The undersigned does not find this opinion persuasive as they are not consistent with the overall objective medical evidence.

State agency medical consultants reviewed this claim at the initial and reconsideration levels opining the claimant could perform a range of medium exertion (Exhibits 1A and 3A). The undersigned finds these opinions not persuasive as subsequent evidence, including the treating source statement from Dr. Barber and his office visit notes (Exhibits 8F, 9F, 10F and 11F), warrant a range of sedentary exertion.

See Next Page

In sum, the above residual functional capacity assessment is supported by the medical records as a whole in this case, by the opinions of treating sources, and by the support in those records for the claimant's allegations.

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as a *chemical reactor operator, III*, (D.O.T. # 559.382-018, medium exertion, skilled work, SVP 7), a *team manager*, (D.OT. # 183.117-014, light exertion, skilled work, SVP 8), *maintenance and planning*, (D.O.T. # 638.281-014, heavy exertion, skilled work, SVP 7), and *maintenance supervisor*, (D.O.T. # 891.137-010, light exertion; however, performed as medium exertion, skilled work with SVP 7) . The demands of the claimant's past relevant work exceed the residual functional capacity.

**7. Applying the age categories non-mechanically, and considering the additional vocational adversities in this case, the claimant was a younger individual age 45-49 on the established disability onset date (20 CFR 404.1563).**

A borderline age situation exists because the claimant is within a few days to a few months of attaining the next higher age category and applying the chronological age would result in a denial of the Title II claim(s). Use of the next higher age category is supported by the significant adverse impact of all factors on the claimant's ability to adjust to other work.

Born the claimant was 49 years and 10 months old on May 8, 2020, the alleged date of onset. The undersigned notes that the claimant's age at onset is within a few months of an age category which is dispositive for the purpose of finding that he is "disabled" under the medical-vocational rules (See 20 CFR §§ 404.1563(a)). Because the claimant's age change took place within a few months after the alleged onset date there is sufficient justification to apply the provisions of closely approaching advanced age rather than younger individual. Therefore, for the purpose of this decision, he is considered to be of closely approaching advanced age.

**8. The claimant has at least a high school education (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

If the claimant had the residual functional capacity to perform the full range of sedentary work, considering the claimant's age, education, and work experience, a finding of "not disabled" would be directed by Medical-Vocational Rule 201.21. To determine the extent to which the claimant's additional limitations erode the unskilled sedentary occupational base, the Administrative Law Judge asked the vocational expert whether jobs exist in the national economy for an individual with the claimant's age, education, work experience, and residual

See Next Page

functional capacity. The vocational expert testified that given all of these factors there are no jobs in the national economy that the individual could perform.

Based on the testimony of the vocational expert, the undersigned concludes that, considering the claimant's age, education, work experience, and residual functional capacity, a finding of "disabled" is appropriate under the framework of the above-cited rule.

**11. The claimant has been under a disability as defined in the Social Security Act since May 8, 2020, the alleged onset date of disability (20 CFR 404.1520(g)).**

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on December 4, 2020, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since May 8, 2020.

/s/ *Donna Lefebvre*

Donna Lefebvre
Administrative Law Judge

August 18, 2022
Date

*Ruth Ann Lyman PhD 38* 11/10/2021

**ADULT LISTINGS CONSIDERED**

| Listing | Description | Subsection | PRT Assessment |
|---|---|---|---|
| 1.15 | Disorders of the Skeletal Spine Result in Compromise of Nerve Root(s) | | |
| 1.18 | Abnormality of a Major Joint(s) in Any Extremity | | |
| 11.14 | Peripheral Neuropathy | | |
| 12.04 | Depressive, Bipolar and Related Disorders | | PRT1 |

**ADULT MEDICAL DISPOSITION**

**RFC Assessment Necessary** (Physical and/or Mental)

---

# ASSESSMENT OF POLICY ISSUES

**SYMPTOMS EVALUATION**

**List the claimant's symptoms:**

Pain
Loss of sensation
Ability to adapt limitations

**Can one or more of the individual's medically determinable impairment(s) (MDI(s)) reasonably be expected to produce the individual's pain or other symptoms?**

Yes

**Are the individual's statements about the intensity, persistence, and functionally limiting effects of the symptoms substantiated by the objective medical evidence alone?**

No

**When considering the following factors, which were the most informative in assessing the consistency of the individual's statements about their symptom related limitations with all the evidence in file?**

ADLs
Medication Treatment
Third party statements about the claimant's symptoms or functioning
Statements the claimant made to medical sources
Prior work record or efforts to work
Longitudinal treatment records

**What is your assessment of the consistency of the individual's statements regarding symptoms considering the total medical and non-medical evidence in file?**

Partially Consistent

**Assessment of consistency regarding symptom related limitations:**
SEE RFC/PRTF

**EVALUATING MEDICAL OPINIONS**

**The following displays medical opinions from all sources:**

| | |
|---|---|
| Source of Evidence | LARRY PALMER |
| Source Name | LARRY PALMER |
| Level | Reconsideration |
| Medical Opinion Date | 11/04/2021 |
| AMS | Yes |
| Document how you considered supportability and consistency | PC COMMENTS/RECON: PY CE MSO is based on a recent exam, and appears generally congruent w/ exam findings, ADLs, and other albeit limited mental findings in file. Thus, the opinion is considered consistent w/ the evidence and supportable. However, clmt reported hx of abuse of alcohol and illegal drugs and continues to use cannabis; given this report, capability may be questionable. |

| | |
|---|---|
| Source of Evidence | CUMBERLAND MEDICAL EVALUATION |
| Source Name | CUMBERLAND MEDICAL EVALUATION |
| Level | Initial |
| Medical Opinion Date | 03/09/2021 |
| AMS | Yes |
| Document how you considered supportability and consistency | SEE RFC |

# RESIDUAL FUNCTIONAL CAPACITY

**PHYSICAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT**

**RFC1**

**Indicate whether this Physical Residual Functional Capacity (RFC) assessment is for:**
Current Evaluation

**Does the individual have exertional limitations?**

Yes

**Rate the individual's exertional limitations:**

**Occasionally (occasionally is cumulatively 1/3 or less of an 8 hour day) lift and/or carry (including upward pulling):**

50 pounds

**Frequently (frequently is cumulatively more than 1/3 up to 2/3 of an 8 hour day) lift and/or carry (including upward pulling):**

25 pounds

**Stand and/or walk (with normal breaks) for a total of:**

About 6 hours in an 8-hour workday

**Sit (with normal breaks) for a total of:**

About 6 hours in an 8-hour workday

**Push and/or pull (including operation of hand and/or foot controls):**
Limited in upper extremities
Right

**Explain exertional limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based:**

SEE BELOW. CLAIMANT RESTRICTED TO FREQ PP WITH THE RUE

**Does the individual have postural limitations?**

Yes

**Rate the individual's postural limitations:**

**Climbing Ramps/stairs:** Frequently

**Climbing Ladders/ropes/scaffolds:** Occasionally

**Balancing:** Frequently

**Stooping (i.e., bending at the waist):** Occasionally

**Kneeling:** Frequently

**Crouching (i.e., bending at the knees):** Frequently

**Crawling:** Occasionally

**Explain postural limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based:**

SEE BELOW

**Does the individual have manipulative limitations?**

Yes

**Rate the individual's manipulative limitations:**

**Reaching any direction (including overhead):**
Limited

Right Overhead

**Handling (gross manipulation):** Unlimited

**Fingering (fine manipulation):** Unlimited

**Feeling (skin receptors):** Unlimited

**Explain manipulative limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based (include the extent to which the function can be performed - e.g., constantly, frequently, occasionally, never, etc.):**

SEE BELOW. CLAIMANT RESTRICTED TO FREQ PP WITH THE RUE

**Does the individual have visual limitations?**

No

**Does the individual have communicative limitations?**

No

**Does the individual have environmental limitations?**

Yes

**<u>Rate the individual's environmental limitations:</u>**

**Extreme cold:** Unlimited

**Extreme heat:** Unlimited

**Wetness:** Unlimited

**Humidity:** Unlimited

**Noise:** Unlimited

**Vibration:** Unlimited

**Fumes, odors, dusts, gases, poor ventilation, etc.:** Unlimited

**Hazards (machinery, heights, etc.):** Avoid concentrated exposure

**Explain environmental limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based:**

SEE BELOW

**RFC - Additional Explanation**

MER
KNOXVILLE SERVICES, 10/18/21
1. X-RAYS LEFT HIP WNL
2. X-RAYS RIGHT ANKLE SHOWED HEEL SPUR
3. X-RAYS RIGHT SHOULDER WNL
4. X-RAYS LS SPINE SHOWED MILD SPONDYLOSIS

BLOUNT MEM FAMILY CARE, 1/20/21
1. HX SLP APNEA
2. HX DIABETIC POLYNEUROPATHY

3/31/21
1. HX HLD
2. C/O NUMBNESS OF HANDS AND FEET

4/14/21
VISIT FOR ED
6/3/20
EMG/NCS SHOWED MOD SENSORIMOTOR POLYNEUROPATHY

CUMBERLAND MED EVAL, 3/9/21
1. USES CPAP
2. C/O D NEUROPATHY WHICH GOES TO UPPER SHIN LEVEL IN STOCKING GLOVE DISTR WHICH WAS SEEN ON PE
3. NORMAL GAIT AND STATION
4. GUARDED ROM RIGHT SHOULDER
5. CEREBELLAR FUNCTION WNL
6. MSS:Type 2 diabetes requiring insulin chronically, complicated by diabetic peripheral neuropathy. He has chronic low back pain, chronic right shoulder pain from old injury treated nonoperatively. Rule out left hip osteoarthritis. He has balance impairments, probably from diabetic neuropathy. He sees primary care and a sleep doctor. He has sleep apnea and erectile dysfunction.
7. MILD DECREASE ROM OF LEFT HIP AND BACK
8. GRIP STR AND MANUAL STR WNL

ADLs
NO DIFF PERS CARE. PREPARES QUICK MEALS. DOES LAUNDRY AND LIGHT CLEANING. DRIVES A CAR AND RIDES WITH OTHERS. SHOPS BY PHONE AND BY COMPUTER. DIFF WITH ALL PHYS ACTIVITIES EXCEPT USING HANDS. WALK 10 MIN AND REST 30 MIN.

THIS CLAIMANT HAS HX OF MOD SENSORIMOTOR POLYNEUROPATHY OF BLE IN A STOCKING GLOVE DISTR.AT PHYS CE CLAIMANT HAD MILD DECEASE IN ROM OF BACK. GAIT AND STR WNL. IMAGING OF LS SPINE SHOWED MILD SPONDYLOSIS. HE HAS COMPLAINTS OF RIGHT SHOULDER PAIN WITH GUARDED MOTION. IMAGING RIGHT SHOULDER WNL. THERE IS HYPERCHOLESTEROLEMIA A RISK FACTOR. HE HAS ED - NS. HE HAS SLEEP APNEA AND USES CPAP. THERE IS MSS WHICH IS QUITE GENERAL AND NOT INCONSISTENT WITH OBJECTIVE EVID.

These findings complete the medical portion of the disability determination.

**MC/PC Signature**

*James M. Lewis* 10/25/2021

---

# ASSESSMENT OF POLICY ISSUES - CONTINUED

**RECONCILING MEDICAL OPINIONS**

**Are there medical opinions about the individual's abilities and limitations that are more restrictive than your findings?**

No

---

# ASSESSMENT OF VOCATIONAL FACTORS

**ASSESSMENT OF THE INDIVIDUAL'S ABILITY TO PERFORM PAST RELEVANT WORK**

**Past Relevant Work:**

| | |
|---|---|
| **Job Title:** | maintenance job planner |
| **Start Date:** | 02/01/2017 |
| **End Date:** | 05/08/2020 |
| **SVP:** | SVP 8 |
| **Strength:** | Medium |
| **DOT Title:** | maintenance mechanic supervisor |
| **DOT Code:** | 638.131-022 |

**Job Title:** production team manager
**Start Date:** 01/01/2001
**End Date:** 12/31/2007

**Job Title:** maintenance coordinator
**Start Date:** 08/15/2010
**End Date:** 02/28/2017

**Job Title:** maintenance planner
**Start Date:** 12/01/2007
**End Date:** 08/01/2010

**Does the individual have any past relevant work (PRW)?**

Yes

**This RFC assessment, based on all of the relevant evidence, is a function-by-function evaluation of the individual's exertional and non-exertional capabilities which are required to perform work activities.**

**Does the individual have the RFC to perform PRW?**

Yes

**PRW can be performed as:**

Actually Performed

**The evidence shows that the individual has some limitations in the performance of certain work activities; however, these limitations would not prevent the individual from performing past relevant work as a/an maintenance job planner**

**APPLICATION OF MEDICAL - VOCATIONAL RULES: Other Work**

This section has not been completed for this claim.

---

# DETERMINATION

**Based on the documented findings, select the determination:**

Not Disabled

**Is there medical evidence of DAA?**

There is no evidence of any substance abuse disorder/DAA issue

## DIB Claim/273880163

**Indicate which of the following Acquiescence Rulings are applicable**

None of the ARs considered apply to this claim

**REGULATION BASIS CODE (RBC)**

**Regulation Basis Code:**

H1-20CFR404.1520(f)-DIB CLAIM

**PERSONALIZED DISABILITY EXPLANATION (PDE)**

**PDE Text:**

@

**PDE Continued:**

Your condition results in some limitations in your ability to perform work related activities. However, these limitations do not prevent you from performing work you have done in the past as a/an maintenance job planner, as you described. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information and work experience in determining how your condition affects your ability to work.

---

## SIGNATURES

**Adult MC/PC Signature**

James M. Lewis 10/25/2021

**This reconsideration file has been thoroughly reviewed to ensure that the total evidence of record is sufficient and consistent to support the proposed determination.**

**Disability Adjudicator/Examiner Signature:**

SOCIAL SECURITY ADMINISTRATION

# DISABILITY DETERMINATION AND TRANSMITTAL

1. DESTINATION: DDS [X] ODO [ ] DRS [ ] DQB [ ] INTPSC [ ]
2. DDS CODE: S0C
3. FILING DATE: 12/04/20
4. SSN:
BIC (if CDB or DWB CLAIM):

5. NAME AND ADDRESS OF CLAIMANT (include ZIP Code): MICHAEL GILMORE
6. WE'S NAME (if CDB or DWB CLAIM):
7. TYPE CLAIM (Title II): DIB [X] FZ [ ] DWB [ ] CDB-R [ ] CDB-D [ ] RD-R [ ] RD-D [ ] RD [ ] P-R [ ] P-D [ ] MQFE [ ]
8. TYPE CLAIM (Title XVI): DI [ ] DS [ ] DC [ ] BI [ ] BS [ ] BC [ ] AI [ ] AS [ ]

9. DATE OF BIRTH:
10. PRIOR ACTION: PD [ ] PT [ ]
11. REMARKS: RECON FILED 7/01/21
7/06/21
Ref Agy

12. DISTRICT-BRANCH OFFICE ADDRESS (include Zip Code): SOCIAL SECURITY
Knoxville, TN 37923
DO-BO CODE: 567

13. DO-BO REPRESENTATIVE: B TUBB 866-331-9091
14. DATE:
11A. [ ] Presumptive Disability
11B. [ ] Impairment

DETERMINATION PURSUANT TO THE SOCIAL SECURITY ACT, AS AMENDED

15. CLAIMANT DISABLED
A. [ ] Disability Began
B. [ ] Disability Ceased

16A. PRIMARY DIAGNOSIS: Peripheral Neuropathy
BODY SYS.: 11
CODE NO.: 3570

16B. SECONDARY DIAGNOSIS: Disorders of the Skeletal Spine
CODE NO.: 7240

17. DIARY TYPE | MO./YR. | REASON

18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)/(216)(i)
A. [ ] Not Disab. for Cash Bene. Purp.
B. [ ] Disab. for Cash Benefit Purp. Beg.

19. CLAIMANT NOT DISABLED
A. [X] Through Date of Current Determination
B. [ ] Through
C. [ ] Before Age 22 (CDB Only)

20. VOCATIONAL BACKGROUND
OCC YRS.: 0
ED YRS.: 12
21. VR ACTION: SC IN [ ] SC OUT [ ] Prev Ref [ ]

22. REG-BASIS CODE: H1
23. MED LIST NO.:
24. MOB CODE:
25. REVISED DET [X]
25A. Initial A. [ ] Recon B. [X] Recon DHU C. [ ] ALJ Hearing D. [ ] Appeals Council E. [ ] U.S. District Court F. [ ]

26. LIST NO.: A. 721 B. C. D. E. F.

27. RATIONALE: [ ] See Attached SSA-4268-U4/C4 [ ] Check If Vocational Rule Met. Cite Rule

28. A. [ ] Period of Disability B. [ ] Disability Period C. [ ] Estab Beg AND D. [ ] Continues E. [ ] Term

29. LTR/PAR NO.:
30. DISABILITY EXAMINER-DDS: Lorene Henderson
31. DATE: 11/10/21
32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE: See Form DDE Dated: 10/25/21
33. DATE:
32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print, or Type): James M. Lewis
32B. SPEC. CODE: 21

34. REMARKS: CER:N EOR:N DAA: SNO:NO Recon Affirmation

MULTIPLE IMPAIRMENTS CONSIDERED
34A. COMBINED MULTIPLE NONSEVERE-SEVERE
34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE

35. BASIS CODE:
36. REV. DET. CODES:
37. SSA REPRESENTATIVE:
SSA CODE:
38. DATE:

Form SSA-831-C3 (5/89)
Previous editions may be used

Electronic Input: [ ] DECISION [ ] CASE CONTROL
Case Number 277980
**Lincoln/Gilmore 0210**

**Disability Determination Services**
**Case Activities**

**Case Number:** 277980
**Office Code:** S0C SEPSC BIRMINGHAM
**Claimant:** MICHAEL GILMORE
**Birth Date:**
**Counselor:** LORENE H HENDERSON
**Claims:** RC
**Type:** DIB

**Allegations:**

05/08/2020 Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction;, Condition Changed Start Date continues, Condition Changed Description Type 1 diabetes, Hyperlipidem ia, MDD and idiopathic peripheral autonomic neurop athy continue to affect clmt

**Case Activities:**

Activity Date: 11/16/2021 Tickler Status: N NLSTEW
Standard Notice - Case Developmnt Wks

Activity Date: 11/16/2021 Tickler Status: N NLSTEW
Case Closure - Title II - Destination 567

Activity Date: 11/16/2021 Tickler Status: N
State QA Sample - AMOULI

Activity Date: 11/16/2021 Tickler Status: Q MIDAS
Misc - IAM-see x-rays/initial CE

Activity Date: 11/10/2021 Tickler Status: N TSMITH
State QA Sample - Included

Activity Date: 11/10/2021 Tickler Status: N LHHEND
Standard Notice - L928 T2 Affirm

Activity Date: 11/10/2021 Tickler Status: C LHHEND
eCAT Assessment - Assessment Signed - eCAT-MC/PC Overall Signed

Activity Date: 11/10/2021 Tickler Status: N LHHEND

## Disability Determination Services
## Case Activities

Standard Notice - eCat Determination - eCAT Dtrm Rcvd RFC1 in DDE 10/25/2021

Activity Date: 11/10/2021 Tickler Status: N RLYMAN
Standard Notice - 831 Form

Activity Date: 11/10/2021 Tickler Status: C LHHEND
eCAT Assessment - Assessment Signed - eCAT-PRT Signed

Activity Date: 11/10/2021 Tickler Status: C LHHEND
eCAT Assessment - Assessment Signed - eCAT-MC/PC Overall Unsigned

Activity Date: 11/10/2021 Tickler Status: C LHHEND
Misc - IAM-see MSE/fofae
Hello,
All MER reviewed, and mental is non-severe. Please see PRTF.
If questions or if additional action is needed on my part, please advise.
Thank you,
Ruth Ann Lyman PhD
11/10/21

Activity Date: 11/08/2021 Tickler Status: C LHHEND
EF Update - Close AR - AR Closed by S48

Activity Date: 11/08/2021 Tickler Status: C LHHEND
EF Update - Close AR - AR Closed by S48

Activity Date: 11/08/2021 Tickler Status: C LHHEND
Vendor Results - Electronic Evid MER - EMM BLOUNT MEMORIAL FAMILY CARE

Activity Date: 11/08/2021 Tickler Status: C LHHEND
Form CE Posted to EF

Activity Date: 11/08/2021 Tickler Status: Q MIDAS
MER F/U - MER FOLLOW UP - MRMD IP1 BLOUNT MEMORIAL FAMILY CARE 865-342-8100

Activity Date: 11/02/2021 Tickler Status: N LHHEND
Misc - SSA 827 Form

Activity Date: 11/02/2021 Tickler Status: N LHHEND

## Disability Determination Services
## Case Activities

Activity Date: 09/27/2021 Tickler Status: N LHHEND
Assistance Rqst - Reminder
please reschedule exam, claimant reports he has a
family emergency & will not be able to keep appt.

Activity Date: 09/27/2021 Tickler Status: C LHHEND
Form CEREMIND Posted to EF

Activity Date: 09/17/2021 Tickler Status: C LHHEND
Form CEREMIND Posted to EF

Activity Date: 09/17/2021 Tickler Status: C LHHEND
Form CEAPPT Posted to EF

Activity Date: 09/17/2021 Tickler Status: C LHHEND
Form CEAPPT Posted to EF

Activity Date: 09/17/2021 Tickler Status: C LHHEND
Form CEAPPT Posted to EF

Activity Date: 09/09/2021 Tickler Status: N LHHEND
Standard Notice - Request for Asst Req

Activity Date: 09/09/2021 Tickler Status: N LHHEND
Assistance Rqst - Reminder
psych eval still needed-reminder

Activity Date: 08/13/2021 Tickler Status: C LHHEND
Form CEAPPT Posted to EF

Activity Date: 08/13/2021 Tickler Status: C LHHEND
Form CEAPPT Posted to EF

Activity Date: 08/13/2021 Tickler Status: C LHHEND
Form CEAPPT Posted to EF

Activity Date: 08/13/2021 Tickler Status: C LHHEND
EF Update - Accept AR - AR Accepted M GILMORE

## Disability Determination Services
## Case Activities

Activity Date: 08/13/2021 Tickler Status: C LHHEND
Assistance Rqst - Reminder

Activity Date: 08/10/2021 Tickler Status: N LHHEND
Assistance Rqst - Requested
psych eval without testing

Activity Date: 08/10/2021 Tickler Status: N LHHEND
Standard Notice - Request for Asst Req

Activity Date: 08/10/2021 Tickler Status: N LHHEND
Assistance Rqst - Requested
X-rays of lumbar spine, right shoulder, right ankle, and left hip

Activity Date: 08/10/2021 Tickler Status: N LHHEND
Standard Notice - Request for Asst Req

Activity Date: 08/10/2021 Tickler Status: C LHHEND
Vendor Results - Electronic Evid MER - EMM BLOUNT MEMORIAL FAMILY CARE

Activity Date: 08/10/2021 Tickler Status: C LHHEND
Misc - Case Review Tickle - Case Review 30 Days

Activity Date: 07/22/2021 Tickler Status: Q MIDAS
MER F/U - MER FOLLOW UP - MRMD IP1 BLOUNT MEMORIAL FAMILY CARE 865-342-8100

Activity Date: 07/22/2021 Tickler Status: C LHHEND
Misc - Case Review Tickle - Case Review 7 Days

Activity Date: 07/06/2021 Tickler Status: N LHHEND
Misc - SSA 827 Form

Activity Date: 07/06/2021 Tickler Status: N LHHEND
MER - Issued

Activity Date: 07/06/2021 Tickler Status: N LHHEND
MER - MER Bill Invoice

Activity Date: 07/06/2021 Tickler Status: N LHHEND

## Disability Determination Services
## Case Activities

MER Ltr - Init/Physician Mer
BLOUNT MEMORIAL FAMILY CARE

Activity Date: 07/06/2021 Tickler Status: N JUSER
Standard Notice - Case Notes

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 1696 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form WRKSHT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 3441 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 3367 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form L443 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form L443 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form DDE Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form WRKSHT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 831 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CLMTCALL Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 3PTYLTR Posted to EF

**Disability Determination Services**
**Case Activities**

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CERSPOND Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CE Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CECANCEL Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CECANCEL Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CECANCEL Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CECANCEL Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CECANCEL Posted to EF

## Disability Determination Services
## Case Activities

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CECANCEL Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEREMIND Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEREMIND Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CEAPPT Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CLMTCALL Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 3369 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 3373 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form MER Posted to EF

## Disability Determination Services
## Case Activities

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form CASDVLTR Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 3368 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 3367 Posted to EF

Activity Date: 07/06/2021 Tickler Status: Q LHHEND
Unst. Document - Add Unstruct. Doc - Form 1696 Posted to EF

Activity Date: 07/06/2021 Tickler Status: N AUTRCT
Case Receipt - Title II

SOCIAL SECURITY ADMINISTRATION
**RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE**
Notice of Reconsideration

Telephone: (866) 331-9091
Date: November 16, 2021
Claim Number: HA

MICHAEL GILMORE

You asked us to take another look at your claim for Social Security disability benefits. Someone who did not make the first decision reviewed your case, including any new facts we received, and found that our first decision was correct.

**The Decision on Your Case**

The following report(s) were used to decide your claim in addition to those listed on our previous notice:

BLOUNT MEMORIAL FAMILY CARE report received 07/22/2021
KNOXVILLE SERVICES LLC report received 10/22/2021]
LARRY PALMER report received 11/06/2021
BLOUNT MEMORIAL FAMILY CARE report received 11/08/2021

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

You said you are unable to work because of diabetic neuropathy in feet and legs, depression, high cholesterol, diabetes, erectile dysfunction, diabetes I, hyper-lipidemia, MDD, and idiopathic peripheral autonomic neuropathy.

Your condition results in some limitations in your ability to perform work related activities. However, these limitations do not prevent you from performing work you have done in the past as a maintenance planner, as you described. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information and work experience in determining

how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

**About the Decision**

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in this case.

**The Disability Rules**

You must meet certain rules to qualify for disabled worker's Social Security benefits. You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial work (described below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

**Information About Substantial Work**

Generally, substantial work is physical or mental work a person is paid to do. Work can be substantial even if it is part-time. To decide if a person's work is substantial, we consider the nature of the job duties, the skills and experience needed to do the job, and how much the person actually earns.

Usually, we find that work is substantial if gross earnings average over $1310 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness.

A person's work may be different than before his/her health problems began. It may not be as hard to do and the pay may be less. However, we may still find that the work is substantial under our rules.

If a person is self-employed, we consider the kind and value of his/her work, including his/her part in the management of the business, as well as income, to decide if the work is substantial.

## Other Benefits

Based on the applications you filed you are not entitled to any other benefits besides those you may already be getting. In the future, if you think you may be entitled to benefits, you will need to file again.

## If You Disagree with the Decision

If you disagree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review your case again and consider any new facts you have before deciding your case.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for a hearing.
- You have to ask for an appeal in writing. We will ask you to sign a form HA-501-U2, called "Request for Hearing." You may contact one of our offices or call 1-800-772-1213 to request this form. Or you may complete this form online at http://www.socialsecurity.gov/disability/appeal. Contact one of our offices if you want help.
- As part of the appeal process, you also need to tell us about your current medical condition. We provide a form for doing that, the "Disability Report - Appeal". You may contact one of our offices or call 1-800-772-1213 to request this form. Or you may complete this report online after you complete the online Request for Hearing.

## How the Hearing Process Works

The ALJ will mail you a letter at least 20 days before your hearing to tell you its date, time and place. The letter will explain the law in your case and tell you what

has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decision in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

Please read the enclosed pamphlet "Your Right to An Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It has more information about the hearing.

**It Is Important to Go to the Hearing**

It is very important that you go to the hearing. If for any reason you can't go, contact the ALJ as soon as possible before the hearing and explain why. The ALJ will reschedule the hearing if you have a good reason.

If you don't go to the hearing and don't have a good reason for not going, the ALJ may dismiss your request for a hearing.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

- you might lose some benefits, or not qualify for any benefits, and

- we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

**If You Want Help with Your Hearing**

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

**If You Have Any Questions**

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 331-9091. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
9031 CROSS PARK DR
KNOXVILLE TN 37923-9922

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

*Social Security Administration*

Enclosures:
SSA Pub. No. 70-10281

SEAN PATRICK SULLIVAN
300 N BEACH STREET
DAYTONA BEACH FL 32114-3304

LHHEND

(SSA-L928)

# DISABILITY REPORT - FIELD OFFICE - Form SSA-3367

## (3367) ID/Prior Filings

### Identifying Information

1. Name of person(s) on whose Social Security record(s) this claim is being filed:

**Michael Gilmore**

His or Her Social Security Number(s):

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Male**

Date of Birth:

2. Claimant's Alleged Onset Date: **05/08/2020**

| | |
|---|---|
| 3. Potential Onset Date: | **05/08/2020, DIB** |
| 4. Reason for Potential Onset Date: | |
| SSI Application Date: | **No** |
| Date Last Insured: | **No** |
| Date First Insured: | **No** |
| Controlling Date: | **No** |
| AOD: | **Yes** |
| Work Before/After AOD: | **No** |
| UWA: | **No** |
| SGA: | **No** |
| Not SGA: | **No** |
| 823 In File: | **No** |
| Other (Explain Below): | **No** |
| 5. Explanation for Potential Onset Date, when applicable: | **POD = AOD.** |

#### Miscellaneous Information

6. Protective Filing Date:

Non-Blind Date Last Insured (DIB/Freeze case): **12/31/2024**

Blind Date Last Insured (DIB/Freeze case):

Closed Period Case:

#### Prior Filing Information

7. Prior Filing(s):

If "Yes" and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no initial level SSI claim on this

case.



**(3367) Observations**

9. Observations/Perceptions:

**(3367) Development**

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **B. Gardner**
Phone Number: **866-331-9091**
Name of Person Completing Form:
Date:

# DISABILITY REPORT - APPEAL - Form SSA-3441

## (3441) Section 1 - Information About the Disabled Person

1.A. Name (First, Middle Initial, Last, Suffix): **Michael Gilmore**

1.B. Social Security Number:

1.C. Daytime Phone Number, including area code, (include the IDD and country codes if outside the U.S. or Canada):

Check this box if you do not have a phone or number where we can leave a message

1.D. Alternate Phone Number - another number where we may reach you, if any:

1.E. Email Address (Optional):

## (3441) Section 2 - Contacts

Give the name of someone **(other than your doctors)** we can contact who knows about your medical conditions, and can help you with your claim. (e.g., friend or relative)

**2.A.** Name (First, Middle, Last)

**2.B.** Relationship to Disabled Person

**2.C.** Mailing Address (Street or PO Box)
Include apartment number or unit if applicable.
City, State/Province, ZIP/Postal Code,
Country (if not U.S.)

**2.D.** Daytime Phone Number, including area code
(include IDD and country codes if outside
the U.S. or Canada)

**2.E.** Can this person speak and understand English?

If no, what language does the contact person prefer?

**2.F.** Who is completing this form? **Someone else (Please complete the information below).**

| | |
|---|---|
| **2.G.** Name (First, Middle, Last) | **Sean Sullivan** |
| **2.H.** Relationship to Disabled Person | **Appointed Representative(Non-Atty/Staff)** |
| **2.I.** Mailing Address (Street or PO Box) Include apartment number or unit if applicable. City, State/Province, ZIP/Postal Code, Country (if not U.S.) | **300 N Beach Street**<br>**Daytona, FL 32114** |
| **2.J.** Daytime Phone Number, including area code (include IDD and country codes if outside the U.S. or Canada) | **877-261-1947** |

Date of Last disability report: **07/02/2021**

**3.A. Since you last told us about your medical conditions,** has there been any **CHANGE** (for better or worse) in your physical or mental conditions?

**Yes**

Approximate date change occurred:

**11/2021**

If "Yes", please describe in detail:

**Please be advised the information provided was based on information we previously had on file. We are in the process of obtaining updated information from the claimant. Upon receipt of such information, we will forward it as soon as possible.**

**3.B. Since you last told us about your medical conditions,** do you have any **NEW** physical or mental conditions?
**No**

Approximate date of new conditions:

If "Yes", please describe in detail:

**If you need more space, use SECTION 10 - REMARKS on the last page.**

## (3441) Section 4 - Medical Treatment

**4.A.** Have you used any other names on your medical or educational records? Examples are maiden name, other married name or nickname. No

If "Yes", please list the other names used:

**4.B. Since you last told us about your medical treatment**, have you seen a doctor or other health care provider, received treatment at a hospital or clinic, or **do you have a future appointment scheduled**?

**No**

**4.C.** What type(s) of condition(s) were you treated for, or will you be seen for?

**If you answered "Yes" to 4.B.**, please tell us who may have **NEW** medical records about any of your **physical or mental** conditions (including emotional or learning problems).

Use the following pages to provide information for up to three (3) providers. **Complete one page for each provider**. If you have more than three providers, list them in SECTION 10 - REMARKS on the last page.

Please include:

- doctors' offices
- hospitals (including emergency room visits)
- clinics
- mental health center
- other health care facilities.



**Only list the providers you have seen since you last told us about your medical treatment.**

**If you have been treated by more providers, use SECTION 10 - REMARKS on the last page.**

---

**(3441) Section 5 - Other Medical Information**

---

**5. Since you last told us about your other medical information**, does anyone else have **medical information** about any of your **physical or mental** conditions (including emotional and learning problems) or are you scheduled to see anyone else?

This may include:

- workers' compensation
- vocational rehabilitation services
- insurance companies who have paid you disability benefits
- prisons and correctional facilities
- attorneys
- social service agencies
- welfare agencies
- school/education records

**No** (Go to SECTION 6 - MEDICINES)

**If you need to list more people or organizations, use SECTION 10 - REMARKS on the last page.**

---

**(3441) Section 6 - Medicines**

---

**6. Are you currently taking any medicines (prescription or non-prescription)? No**

No (Go to SECTION 7 - ACTIVITIES)

---

**(3441) Section 7 - Activities**

---

**7. Since you last told us about your activities,** has there been any **change** (for better or worse) in your daily activities due to your **physical or mental** conditions? (Examples of daily activities are household tasks, personal care, getting around, hobbies and interests, social activities, etc.)

**Yes**

If yes, please describe in detail:
**My disabling condition continues.**

**If you need more space, use SECTION 10- REMARKS on the last page.**

---

**(3441) Section 8 - Work and Education**

---

**8.A. Since you last told us about your work,** have you worked or has your work changed?
If yes, you will be asked to provide additional information.
**No**

**8.B. Since you last told us about your education**, have you completed or are you enrolled in any type of GED classes, specialized job training, trade school, vocational school, or college classes?
**No**
If yes, what type?

Date(s) attended:

Degree(s) attained, if any:

Date of attainment (MM/YYYY):

**If you need more space, use SECTION 10 - REMARKS on the last page.**

---

**(3441) Section 9 - Vocational Rehabilitation, Employment, or Other Support Services**

---

**9.** Since you last told us about your vocational rehabilitation, have you participated, or are you participating in:

- an individual work plan with an employment network under the Ticket to Work Program?
- an individualized plan for employment with a vocational rehabilitation agency or any other organization?
- a Plan to Achieve Self-Support (PASS)?
- an individualized education program (IEP) through an educational institution (if a student age 18-21)?
- any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

**No** (Go to SECTION 10 - REMARKS)

**If you need more space, use SECTION 10 - REMARKS on the last page.**

**(3441) Section 10 - Remarks**

Use this space to provide any information you could not show in earlier sections of this form or any additional information you feel we should know about. Please be sure to include the number of the question you are answering (For example, 3A, 4D, etc.).

**Please be advised the information provided was based on information we previously had on file. We are in the process of obtaining updated information from the claimant. Upon receipt of such information, we will forward it as soon as possible.**

**I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED ALL THE INFORMATION ON THIS FORM, AND ON ANY ACCOMPANYING STATEMENTS OR FORMS, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT ANYONE WHO KNOWINGLY GIVES A FALSE OR MISLEADING STATEMENT ABOUT A MATERIAL FACT IN THIS INFORMATION, OR CAUSES SOMEONE ELSE TO DO SO, COMMITS A CRIME AND MAY BE SENT TO PRISON, OR MAY FACE OTHER PENALTIES, OR BOTH.**

| Signature of claimant or person filing on claimant's behalf (parent, guardian) | Date (Month, day, year) |
|---|---|
| Address (Number and street, city, state and ZIP code) | e-mail Address (optional) |

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and street, city, state and ZIP code) | Address (Number and street, city, state and ZIP code) |

\- - DDSQ - 1/12/2022

MSG-6139925 DTE:01/12/22 TIME:072959

DDSQ SSN: BIC: ST: TN SA: X51 UNIT: EZTOOL

........................................................................

AN: BIC:AR DB: RI:NJV STATE:TN SA:S48 STATUS:CLOSED

AH:GILMORE,MICHAEL MCS REF: MDT: PGM:02

AD:

APD: 12/04/20 TYP: AR-DIB DO: 567 ZIP: SCI: CCI:N

RCD: 07/01/21 DEC: ND BAS: LUN: 0104 TEL: NP: QA:N

SRD: 08/11/21 OND: LEX: 0007 SLC: VOC:N FS:N

PSD: ABO: LMC: CDF: RLB: EOR:N

MDF1: DSI: DST: S48 SCF: APL: CER:Y

DIA: FMD: 08/11/210104 SC1: SC4:

ESD: CSD: RTN: CDT: RTG: SC2: SC5:

MSD: SCD: 11/08/21 SO: Y BOD: SC3: SBI:

........................................................................

AN: BIC:HA DB: RI:COK STATE:SE SA:S0C STATUS:CLOSED

AH:GILMORE,MICHAEL MCS REF: MDT: PGM:02

AD:

APD: 12/04/20 TYP: RC-DIB DO: 567 ZIP: SCI: CCI:N

RCD: 07/01/21 DEC: DE BAS: H1 LUN: SE5 TEL: NP: QA:N

SRD: 07/06/21 OND: LEX: 0334 SLC: VOC:N FS:N

PSD: ABO: LMC: 0524 CDF: RLB: EOR:N

MDF1: DSI: 0-3570-0 DST: 567 SCF: APL:C CER:N

DIA: FMD: SC1: SC4:

ESD: 11/10/21 CSD: RTN: CDT: RTG: SC2: SC5:

MSD: 10/25/21 SCD: 11/16/21 SO: N BOD: 11 SC3: SBI:

LTI: LTJ:EDC REM:

IND: PDI: VRN: I301: BFD: LA:721

OCC: SDI: 7240 SPC: 21 J1: / RFC: LB:

EDU: 12 MOB: ESC: J1B: / DAA: LD:

........................................................................

* * DEVELOPMENT HISTORY * *

S E C * * ST-TN * *

L O E

LEV C R R DEC OND CSD BAS DSI LEX LIT DST SCD XAN BOD

IN Y Y DE J1 035700 0E96 567 050721 11



See Next Page

RC N N TR TN01 S0C 070621

--------------------------------------------------------------------------------

- FACT DTE:01/12/22 SSN: BIC: DOC:X51 UNIT:EZTOOL
- ACCOUNT PCOC-7 NOP-01 SEX-M TAC-D LUM-12 LMM-11/21 FLI-M CDY-0
  DRAMS READ INACTIVE ACCT
- PMT CYC CYI-2 PCEFD-05/11/2021 PCCOM-05/21 PCCR-I
- PRIMARY MICHAEL GILMORE DOB- LSPA-$0.00
- INSURED CLAIM TYPE-DISABILITY DATE OF FILING-12/04/2020
  FIRST MET-04/2015 LAST MET-12/2025 WAIT PER START-06/2020
  NONX NO GMS USED-04/2015 EXC NO GMS USED-04/2015
  20/40 EXCLUSION-TEST MET 20/40 NON EXCL-TEST MET
  DIB QC REQUIRE-20 DIB QC EARNED-40 FULL INS EXCL-TEST MET
  FULL INS NONEXCL-TEST MET FULL QC REQUIRE-28 FULL QC EARNED-40
  CURR QC EARNED-00 HLTHBEN QC EARN-00
- PAYMENT PIC-A MPA-$0.00 DOC-567 RD-11/19/21 LAP-X SERVICE IND-3
- TELE NO BTN- BTC1-M CPND-11/2021
- PAYEE MICHAEL GILMORE
  PAYEE UPDATED-05/11/2021
- ADDRESS 4083
  ADDR UPDATED-05/11/2021
  SCC-44520 ZDPC-002 SOURCE-X
- BENEFIT BIC-A MICHAEL GILMORE SB-M DOB Q ABN-DXEK LAF-ND
  MBP-$0.00 DRD-05/11/21 LANG-E
- HIST TOC TOC-5 START-12/2020
- BEN DENY DATE OF FILING-12/04/2020 APP RECEIPT-12/10/2020 ID CODE-A
  CUR ENT CODE-DISABLED DIB ONSET-05/08/2020 DISALOW/DEN RSN-0H1
  LEVEL OF DENIAL-RECON
- DIB DDO-05/08/20 LOD-2 BDC-H1 DSD-11/21
- CITIZEN START- COUNTRY-UNITED STATES OF A PROVEN

- +++ TRANS HISTORY +++

- TRANS RD-5/11/21 LAP-X MODERNIZED CLAIMS SYSTEM PIC-A
  RD-11/19/21 LAP-X MODERNIZED CLAIMS SYSTEM PIC-A

--------------------------------------------------------------------------------

- - NDNH-T16 - DATE: 1/12/2022
  SSR Does Not Exist and No MSSICS File

--------------------------------------------------------------------------------

\- - NDNH-T2 - DATE: 1/12/2022

\- WAGES INFO SSN: QUARTER PAID: 2ND/2021 NDWG
QUARTER PAID: 2ND/2021
NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y
WAGES PAID: $ 36.00 EIN: 753175238
EMPLOYER: ROHM & HAAS CHEMICALS LLC
ER ADDRESS: 2030 DOW CENTERTAX DEPT
CITY ST ZIP: MIDLAND MI 48674-0001
REPORTED BY: TN REPORT PROCESSED: 10/4/2021

\- WAGES INFO SSN: QUARTER PAID: 1ST/2021 NDWG
QUARTER PAID: 1ST/2021
NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y
WAGES PAID: $ 3714.00 EIN: 753175238
EMPLOYER: ROHM & HAAS CHEMICALS LLC
ER ADDRESS: 2030 DOW CENTERTAX DEPT
CITY ST ZIP: MIDLAND MI 48674-0001
REPORTED BY: TN REPORT PROCESSED: 7/12/2021

\- WAGES INFO SSN: QUARTER PAID: 4TH/2020 NDWG
QUARTER PAID: 4TH/2020
NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y
WAGES PAID: $ 1768.00 EIN: 753175238
EMPLOYER: ROHM & HAAS CHEMICALS LLC
ER ADDRESS: 2030 DOW CENTERTAX DEPT
CITY ST ZIP: MIDLAND MI 48674-0001
REPORTED BY: TN REPORT PROCESSED: 4/1/2021

\- WAGES INFO SSN: QUARTER PAID: 3RD/2020 NDWG
QUARTER PAID: 3RD/2020
NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y
WAGES PAID: $ 708.00 EIN: 753175238
EMPLOYER: ROHM & HAAS CHEMICALS LLC
ER ADDRESS: 2030 DOW CENTERTAX DEPT
CITY ST ZIP: MIDLAND MI 48674-0001
REPORTED BY: TN REPORT PROCESSED: 1/4/2021

\- WAGES INFO SSN: QUARTER PAID: 2ND/2020 NDWG
QUARTER PAID: 2ND/2020
NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y



See Next Page

WAGES PAID: $ 19407.00 EIN: 753175238
EMPLOYER: ROHM & HAAS CHEMICALS LLC
ER ADDRESS: 2030 DOW CENTERTAX DEPT
CITY ST ZIP: MIDLAND MI 48674-0001
REPORTED BY: TN REPORT PROCESSED: 10/2/2020
- WAGES INFO SSN: QUARTER PAID: 1ST/2020 NDWG
QUARTER PAID: 1ST/2020
NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y
WAGES PAID: $ 28606.00 EIN: 753175238
EMPLOYER: ROHM & HAAS CHEMICALS LLC
ER ADDRESS: 2030 DOW CENTERTAX DEPT
CITY ST ZIP: MIDLAND MI 48674-0001
REPORTED BY: TN REPORT PROCESSED: 7/1/2020
- WAGES INFO SSN: QUARTER PAID: 4TH/2019 NDWG
QUARTER PAID: 4TH/2019
NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y
WAGES PAID: $ 28071.00 EIN: 753175238
EMPLOYER: ROHM & HAAS CHEMICALS LLC
ER ADDRESS: 2030 DOW CENTERTAX DEPT
CITY ST ZIP: MIDLAND MI 48674-0001
REPORTED BY: TN REPORT PROCESSED: 4/3/2020
- UNEMPLOY SSN: QUARTER PAID: 4TH/2020 NDUN
QUARTER PAID: 4TH/2020
NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y
UNEMP AMOUNT: $ 1925.00
MAILED TO:
CITY ST ZIP:
PAYER ID: TN REPORT PROCESSED: 1/4/2021
- UNEMPLOY SSN: QUARTER PAID: 3RD/2020 NDUN
QUARTER PAID: 3RD/2020
NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y
UNEMP AMOUNT: $ 8375.00
MAILED TO:
CITY ST ZIP:
PAYER ID: TN REPORT PROCESSED: 10/1/2020
- UNEMPLOY SSN: QUARTER PAID: 2ND/2020 NDUN
QUARTER PAID: 2ND/2020



See Next Page

NAME (F,MI,L): MICHAEL F GILMORE NAME/SSN VERIFIED: Y
UNEMP AMOUNT: $ 4375.00
MAILED TO:
CITY ST ZIP:
PAYER ID: TN REPORT PROCESSED: 7/1/2020

-----------------------------------------------------------------------------

- - OHAQ-Summary - RECORD NOT FOUND

-----------------------------------------------------------------------------

- - PUPS - NO PUP RECORDS TO UPDATE OR QUERY

-----------------------------------------------------------------------------

- - SSID - SSN NIF

-----------------------------------------------------------------------------

- - WC/PDB - NO WORKERS COMPENSATION RECORD FOUND AS OF 01/12/22

-----------------------------------------------------------------------------

NH NAME     MICHAEL          GILMORE                    SN:           PG 001+

INPUT       01/12/22                               DO:X51 UNIT:EZTOOL DERO MOD:05

RUN DATE    01/12/22  V:05/03/19

CONTROL

EVENT       ICERS EARNINGS RECORD

TID         CERTIFIED EARNINGS RECORD

ALERTS      NH HAS 30 DIS EX YOC'S FOR NONCOVERED PENSION PIA

PRIOR CLAIM DATA DOES NOT EXIST ON DRAMS

POSSIBLE INCOMPLETES 2020

NH HAS 30 YOC'S FOR NONCOVERED PENSION PIA

FILING DATE USED BY SYSTEM EQUALS ONSET DATE

INFORMTNL   DISABILITY EXCLUSION FULLY INSURED STATUS MET

DISABLED NH IS FULLY INSURED RIB

DISABILITY NON-EXCLUSION FULLY INSURED STATUS MET

DISABILITY NON-EXCLUSION 20/40 INSURED TEST MET

DISABILITY EXCLUSION 20/40 INSURED TEST MET

NO RECOMPUTATION INCREASE - JAN 2021

PRIOR CLAIM STATUS - A

ID INFO     REQ NAME:GILMOR   REQ SEX:M   REQ DATE OF BIRTH:(

DATES       DATE OF ONSET:05/08/2020

DIB INPUT   MBR/INPUT DATA

ONSET:05/08/2020  DENIAL/DISALLOWANCE:H1

INS STAT    DISABILITY:  EXCL REQ QC:28  EXCL HAS:040

NON-EXCL REQ QC:28  NON-EXCL HAS:040   DIS DLI:12/25

OTHER:  FIRST INSURED:04/15

TOT COV     SSA QC

1937 THRU 1950 QC:  0

WAGE QC AFTER 1946: 139   WAGE QC AFTER 1950: 139

SE QC:NONE   AG QC:NONE

TOT EARN    SSA

TOT AFTER 1936:       2221517.93

TOT AFTER 1950:       2221517.93

COMPUTATIONAL YEARLY EARNINGS

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39600 | 410 | 85 | CNNN | 432.95 | | 1342.04 | | | | | |
| 42000 | 440 | 86 | CCNN | 1224.48 | | 3686.19 | | | | | |
| 43800 | 460 | 87 | CCCC | 3178.78 | | 8995.74 | | | | | |
| 45000 | 470 | 88 | CCCC | 9406.62 | | 25370.58 | | | | | |
| 48000 | 500 | 89 | CCCC | 17171.79 | | 44550.09 | | | | | |
| 51300 | 520 | 90 | CCCC | 14191.81 | | 35193.27 | | | | | |

**Lincoln/Gilmore 0237**

| | | | | | | |
|---|---|---|---|---|---|---|
| 53400 | 540 | 91 | CCCC | 17388.91 | | 41572.31 |
| 55500 | 570 | 92 | CCCC | 27603.17 | | 62758.36 |
| 57600 | 590 | 93 | CCCC | 29343.16 | | 66145.52 |
| 60600 | 620 | 94 | CCCC | 28005.32 | | 61479.70 |
| 61200 | 630 | 95 | CCCC | 37928.01 | H | 80053.98 |
| 62700 | 640 | 96 | CCCC | 40909.60 | H | 82321.22 |
| 65400 | 670 | 97 | CCCC | 41347.59 | L | 78615.30 |

NH NAME MICHAEL GILMORE SN: PG 002

INPUT 01/12/22 DO:X51 UNIT:EZTOOL DERO MOD:05

COMPUTATIONAL YEARLY EARNINGS

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68400 | 700 | 98 | CCCC | 41777.98 | L | 75482.93 | | | | | |
| 72600 | 740 | 99 | CCCC | 40766.08 | | 69766.69 | | | | | |
| 76200 | 780 | 00 | CCCC | 54000.04 | H | 87572.42 | | | | | |
| 80400 | 830 | 01 | CCCC | 41270.66 | | 65369.56 | | | | | |
| 84900 | 870 | 02 | CCCC | 59598.25 | H | 93461.75 | | | | | |
| 87000 | 890 | 03 | CCCC | 64345.06 | H | 98497.86 | | | | | |
| 87900 | 900 | 04 | CCCC | 69470.86 | H | 101620.22 | | | | | |
| 90000 | 920 | 05 | CCCC | 73979.92 | H | 104396.08 | | | | | |
| 94200 | 970 | 06 | CCCC | 81205.39 | H | 109556.68 | | | | | |
| 97500 | 1000 | 07 | CCCC | 87588.25 | H | 113038.12 | | | | | |
| 102000 | 1050 | 08 | CCCC | 102000.00 | H | 128677.28 | | | | | |
| 106800 | 1090 | 09 | CCCC | 96300.38 | H | 123347.13 | | | | | |
| | 1120 | 10 | CCCC | 106800.00 | H | 133637.14 | | | | | |
| | 1120 | 11 | CCCC | 106800.00 | H | 129577.06 | | | | | |
| 110100 | 1130 | 12 | CCCC | 110100.00 | H | 129536.02 | | | | | |
| 113700 | 1160 | 13 | CCCC | 112842.15 | H | 131086.78 | | | | | |
| 117000 | 1200 | 14 | CCCC | 117000.00 | H | 131257.73 | | | | | |
| 118500 | 1220 | 15 | CCCC | 117524.96 | H | 127413.88 | | | | | |

**Lincoln/Gilmore 0238**

```
       1260 16 CCCC   116784.45  H    125196.33
127200 1300 17 CCCC   117499.68  H    121758.44
128400 1320 18 CCCC    95254.95  H     95254.95
132900 1360 19 CCCC    96459.42  H     96459.42
137700 1410 20 CCCC    44017.26        44017.26
142800 1470 21 NNNN
147000 1510 22 NNNN
  COMP DATA  DI  - COMP TYPE:NS 78 DIS EX                    AIME: $9050.00
             EFF DATE:11/20  PIA:$2897.70  PIFC:L  FAM MAX: $4346.50
             EFF DATE:12/20  PIA:$2935.30  PIFC:L  FAM MAX: $4403.00
             EFF DATE:12/21  PIA:$3108.40  PIFC:L  FAM MAX: $4662.70
             START BASE YEAR/START DATE:1951   LAST BASE YEAR/CLOSE DATE:2019
             DIVIDEND:$2497818.72   DM:276  DOY:5  YOC:    I/Y:    ELG YR:2020
            TRIAL COMPUTATIONS: NS 78 $3108.40   SP MIN  $950.80   NS 78R
            $3108.40   NS 78R DIS EX $3108.40
```

**Lincoln/Gilmore 0239**

NH

```
--------------------
: UNIT: MBGRCN     :
:                  :
:                  :
:                  :
:                  :
:                  :
:                  :
--------------------
```

MICHAEL GILMORE

REQUEST FOR RECONSIDERATION

On July 1, 2021, we talked with you and completed your REQUEST FOR RECONSIDERATION for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR RECONSIDERATION information electronically in our records and attached a summary of your statements.

What You Need To Do

- Review your REQUEST FOR RECONSIDERATION to ensure we recorded your statements correctly.
- If you agree with all your statements, you may retain the REQUEST FOR RECONSIDERATION for your records.
- If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS MICHAEL GILMORE.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A RECONSIDERATION. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE THE CLMTS DISABLING CONDITIONS CONTINUE TO LIMIT THEI R DAILY ACTIVITIES.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I AM REPRESENTED BY SEAN SULLIVAN, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE July 1, 2021.

I501 SUMMARY JANUARY 10, 2022

You have successfully submitted your Disability Appeal on January 10, 2022 at 4:00:51 PM Eastern time.

Summary Review

Information about Sean Sullivan
Relationship: Appointed Representative (Non-Attorney) or Staff
Mailing Address: 300 N Beach Street, Daytona, Florida, 32114
Phone: (877) 261-1947
Fax Phone:

Information about Michael Gilmore
Name: Michael Gilmore
Mailing Address:
Does Michael Gilmore live at the above address? Yes
Daytime Phone Number:
Alternative Phone Number:
Email Address:

Request for Hearing by Administrative Law Judge
Date Notice of Decision received: 11/16/2021
Claim Number:
Reason for Appeal: My disabling condition continues and I am unable to sustain gainful work activity.
Does Michael Gilmore wish to appear at a hearing? Michael Gilmore wishes to appear at a hearing

NH

```
--------------------
: UNIT: CWCHNG     :
:                  :
:                  :
:                  :
:                  :
:                  :
:                  :
--------------------
```

MICHAEL GILMORE

REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE

On January 10, 2022, we talked with you and completed your REQUEST FOR HEARING for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR HEARING information electronically in our records and attached a summary of your statements.

What You Need To Do

- Review your REQUEST FOR HEARING to ensure we recorded your statements correctly.
- If you agree with all your statements, you may retain the REQUEST FOR HEARING for your records.
- If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS MICHAEL GILMORE.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE MY DISABLING CONDITION CONTINUES AND I AM UNABLE TO SUSTAIN GAINFUL WORK ACTIVITY.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I WISH TO APPEAR AT A HEARING. I UNDERSTAND THAT AN ADMINISTRATIVE LAW JUDGE OF THE OFFICE OF DISABILITY ADJUDICATION AND REVIEW WILL BE APPOINTED TO CONDUCT THE HEARING OR OTHER PROCEEDINGS IN MY CASE. I ALSO UNDERSTAND THAT THE ADMINISTRATIVE LAW JUDGE WILL SEND ME NOTICE OF THE TIME AND PLACE OF A HEARING AT LEAST 20 DAYS BEFORE THE DATE SET FOR A HEARING.

IT COULD BE ESPECIALLY USEFUL IN MY CASE SINCE THE ADMINISTRATIVE LAW JUDGE WOULD HAVE AN OPPORTUNITY TO HEAR AN EXPLANATION AS TO HOW MY IMPAIRMENTS PREVENT ME FROM WORKING AND RESTRICT MY ACTIVITIES.

NH

I AM REPRESENTED BY SEAN SULLIVAN, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE January 10, 2022.

December 10, 2020, 12:50
PAGE 1

NH SG-SSA-16

--------------------
: UNIT: BEV318 :
--------------------

MICHAEL GILMORE

APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On December 7, 2020, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS MICHAEL GILMORE.

I HAVE USED THE FOLLOWING NAME(S):
MIKE F GILMORE

MY SOCIAL SECURITY NUMBER IS

MY DATE OF BIRTH IS

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON May 8, 2020.

I AM STILL DISABLED.

NO PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

I AM MARRIED TO LORI GILMORE. WE WERE MARRIED ON July 21, 1989 IN SC BY A CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS AND SOCIAL SECURITY NUMBER IS ________*.

I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR ENDED IN DEATH.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

REMARKS:
I AM NOT SURE IF MY EARNINGS AS SHOWN ON MY SOCIAL SECURITY STATEMENT ARE CORRECT, OR I DO NOT HAVE A SOCIAL SECURITY STATEMENT.
PREPARER'S INFO: SEAN SULLIVAN
THE ADVOCATOR GROUP
NON-ATTORNEY REPRESENTATIVE
101 EDGEWATER DR SUITE 260
WAKEFIELD MA 01880
877-261-1947 EXT.
WORK:FOREIGN-2019=N 2020=N USTAXESPD-2019=? 2020=?

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.

MY TELEPHONE NUMBER IS

SOCIAL SECURITY ADMINISTRATION

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

January 18, 2022

Michael Gilmore

**COVID-19 Remote Hearing Options**

In March 2020, we temporarily closed our hearing offices to the public due to the COVID-19 national public health emergency, and began holding hearings by telephone only. We later began to offer claimants the option of appearing at a hearing by video, over the internet, using the online, user-friendly platform Microsoft Teams ("online video hearing"). Online video hearings allow individuals in different locations to appear at a hearing using a computer, tablet, or mobile device with an internet connection. We will not hold your hearing by telephone or by online video unless you agree to appear in that manner.

Please note that appearing at a hearing by online video is different from appearing at a hearing by video teleconferencing (VTC) at a Social Security office. Unlike a hearing by VTC at a Social Security office, we will only conduct a hearing by online video if you agree to appear in that manner. Additionally, if you tell us that you agree to appear at a hearing by online video but then change your mind, you can let us know that and we will postpone your hearing until we can offer you another option.

**Please let us know whether you agree to appear at a hearing by telephone or by online video**

We are offering you the option to appear at a hearing by telephone or by online video. We will only conduct a hearing by telephone or online video if you agree to appear in that manner. If you do not agree to appear by telephone or by online video, we will delay scheduling the hearing. If we have already scheduled the hearing, we will postpone it until we can offer another option when our offices reopen. We recommend that you review the enclosed publication titled "Online Video Hearings at the Social Security Administration" to assist with making an informed decision about whether you agree to appear at a hearing by online video.

To tell us whether you agree to appear at a hearing by telephone or by online video, you can call us at the telephone number in the heading of this notice or complete the enclosed COVID-19 Remote Hearing Agreement Form.

Claimant

See Next Page

**How to return the COVID-19 Remote Hearing Agreement Form to us**

We recommend that you contact your appointed representative to ask him or her to return the completed COVID-19 Remote Hearing Agreement Form to us as soon as possible. If you are unable to sign the Form, your representative may sign for you.

> **Information for Representatives only:** Representatives who have registered through Appointed Representative Services (ARS) should continue to use the **"Upload New File" function.** That function is available to upload documents, including the COVID-19 Remote Hearing Agreement Form, when a representative views an electronic folder in ARS. The "Upload New File" function does not require a barcode. If registered through ARS, representatives can also submit documents with a barcode using the "Send Individual Response" function in ARS and Electronic Records Express (ERE). We highly recommend that representatives use one of these methods to submit any documents to us electronically, whenever possible. For information and user guides related to the use of ARS for electronic submission of documents, visit https://www.ssa.gov/ar/.
>
> Alternatively, a representative may return the COVID-19 Remote Hearing Agreement Form to us by mail or fax, using the address at the top of this notice or the toll-free fax number with area code "833" assigned to the servicing hearing office. For a specific hearing office's designated fax number, visit https://www.ssa.gov/appeals/ho_locator.html.

**Important information about appearing at a hearing by online video**

As stated above, please review the enclosed publication titled "Online Video Hearings at the Social Security Administration" before deciding whether you agree to appear at a hearing by online video.

If you agree to appear at a hearing by online video, we will provide you with instructions on how to participate in the hearing, and we will email you a meeting invite and link that allows you to access the hearing directly. We also will provide instructions on how to download and use Microsoft Teams, as well as provide technical assistance on the day of the video hearing if necessary.

If you choose to use a smartphone to join the online video hearing, you must ensure that the phone is Wi-Fi accessible and compatible with the web-based Microsoft Teams technology. On the day of the hearing, we <u>may</u> call you at the phone number(s) provided to confirm that you are able to access the online video hearing.

As a reminder, you cannot make an audio or video recording, or take photographs or screenshots, of the hearing.

Before the hearing, you must download the Microsoft Teams application from the App Store or Google Play and install it on a personal mobile device, or you must access the hearing from a supported internet browser if using a desktop or laptop. Standard data charges may apply when

downloading the Microsoft Teams application. Once you install the application, you may access the online video hearing directly using the meeting invite link and instructions we provide.

Please note that Microsoft Teams is a third-party application. To participate in an online video hearing, you may be asked to agree to Microsoft's terms of use and privacy policies, which we do not control. Our Internet Privacy Policy, which describes our online information practices is available at https://www.ssa.gov/agency/privacy.html, and does not apply to Microsoft Teams.

**Reviewing evidence when you appear by telephone or by online video**

You will have an opportunity to review the evidence before the hearing. If you have a *my* Social Security account, we can send you a copy of your electronic file via the *my* Social Security Message Center. Please ensure that you have turned on notifications to receive an alert from the *my* Social Security Message Center when the file is ready for your review. If you do not have a *my* Social Security account, you can create one at https://www.ssa.gov/myaccount/ by clicking the "Create an Account" button. In addition to providing access to view the evidence in your file, a *my* Social Security account allows you to check the status of your application, and the date and time of your hearing, after it is scheduled. Please note that you must be at least 18 years of age to create a *my* Social Security account, and you may not create an account for another person, including a child under age 18.

Additionally, your representative may be able to access the evidence electronically for you.

If you do not have a *my* Social Security account, you do not wish to create one, and your representative does not have electronic access to the evidence, we can email you a copy of the electronic claim file in an encrypted email attachment. Please call us at the telephone number in the heading of this notice if you would like us to send you a copy of the claim file by email.

**Protecting Your Privacy**

We will collect and maintain personally identifiable information you share with us during the hearing to make a decision on your claim. For online video hearings, an administrative law judge (ALJ) will conduct the hearing from a private location. The ALJ and other SSA employees will safeguard your personal information during an online video hearing. For example, agency employees will use a secure headset and computer. We recommend that you use a private internet connection, in a private location such as a home or office, when participating in an online video hearing.

**How to appoint an additional representative to assist you with your claim**

If you want to appoint an additional representative to help you in your claim, you need to give us a signed notice of appointment, such as the SSA-1696, Claimant's Appointment of a Representative. We highly recommend that you or the representative who you want to appear at your hearing give us the notice of appointment before the hearing.

We now offer an online form for appointing a representative, which provides an online option for completing, signing, and submitting form SSA-1696 to us. The representative who you want to

Claimant

See Next Page

appoint begins the online form SSA-1696 by providing us information, including valid email addresses for you and the representative, and by electronically signing the form. You will then receive an email notifying you to complete the process by reviewing the information provided by the representative and electronically signing and submitting the online form to us. Once begun, you and the representative you want to appoint will have five calendar days to complete the online appointment process. To learn more and use the new online form, please visit https://www.ssa.gov/ssa1696-online-form.

If you prefer, you may complete the form SSA-1696, or other written notice of appointment, and mail or fax it to us. You can find the form SSA-1696 on our website at https://www.ssa.gov/forms/ssa-1696.pdf. Please use the mailing address, or fax number at the top of this notice.

**If You Have Any Questions**

If you have any questions, or if you require an accommodation to participate in a telephone or online video hearing, please contact your servicing hearing office via the contact information in the heading of this notice.

*Social Security Administration*

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Enclosure:
COVID-19 Remote Hearing Agreement Form
SSA Publication No. 70-10284 (Online Video Hearings at the Social Security Administration)

Claimant

Social Security Administration OMB Control No. 0960-0671

## COVID-19 Remote Hearing Agreement Form

| | |
|---|---|
| Claimant's Name: Michael Gilmore | RQID:DCPS01122212155293004628 SITE:X51 DR:S<br>SSN: DOCTYPE:1099 RF:D CS:724f |
| Social Security Number: | |
| Wage Earner: | |
| Representative's Name (if any): Sean Patrick Sullivan | |

At this time, due to the COVID-19 national public health emergency, we are conducting some hearings by telephone and by online video using Microsoft Teams. We will only conduct a hearing by telephone or online video if you agree to appear in that manner. If you agree to appear by online video, your representative must also formally agree to appear in that manner.

Please indicate below whether you voluntarily agree to appear at your hearing by telephone or by online video. If you agree to appear by telephone and by online video, we will determine whether to hold your hearing by telephone or by online video. If you do not agree to appear by telephone or by online video, we will delay scheduling your hearing, or, if already scheduled, we will postpone your hearing until we reopen our offices.

**Telephone Hearing Options: Please check one**

**[ ] I agree to a telephone hearing. Please provide the following information for how we can contact you on the day of the hearing:**

**Your telephone number on day of hearing: ________________**

**Representative's telephone number on day of hearing: _______________**

**[ ] I do not agree to a telephone hearing. I understand that by selecting this option, my hearing may be delayed.**

**Online Video Hearing Options: Please check one**

**[ ] I agree to an online video hearing using Microsoft Teams. Please provide the following information for how we can contact you about the hearing:**

**Your Email Address:** ___________________________ **Your Cell Phone Number:** ___________________________

**Representative's Email Address:** ___________________________ **Representative's Cell Phone Number:** ___________________________

**[ ] I do not agree to an online video hearing. I understand that by selecting this option, my hearing may be delayed.**

See Next Page

**<u>If your contact information changes or if you have questions, please call the Hearing Office at the telephone number on the COVID-19 Remote Hearing Options notice associated with this form.</u>**

Additional Comments:________________________________________________________________________

| Your Signature: | Date: |
|---|---|
| | |

**[ ] I represent the claimant whose name appears above. I have consulted with the claimant, and the selection on this form accurately represents his or her voluntary determinations, as well as my voluntary determinations.**

| Representative Signature: | Date: |
|---|---|
| | |

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a) and 1631(d)(1) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed.

We will use the information to schedule your hearing. We may also share your information for the following purposes, called routine uses:

- To applicants, claimants, prospective applicants or claimants, other than the data subject, their authorized representatives or representative payees to the extent necessary to pursue Social Security claims and to representative payees when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting SSA in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees; and

- To contractors and other Federal agencies, as necessary, for the purpose of assisting SSA in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notice (SORN) 60-0320, entitled Electronic Disability Claim File, as published in the Federal Register (FR) on June 4, 2020, at 85 FR 34477. Additional information, and a full listing of all of our SORNs, is available on our website at www.ssa.gov/privacy/.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden to*: *SSA*, *6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

# Online Video Hearings at the Social Security Administration

Our hearing offices are currently closed to the public due to the Coronavirus (COVID-19) pandemic, so we cannot offer in-person services in our hearing offices at this time. We are still holding hearings, but we are conducting them remotely for the safety of the public and our employees. You have the option of appearing at a video hearing using a platform called Microsoft Teams.

## What are "online video hearings"?

An online video hearing is a secure hearing that we conduct by video, over the internet, using Microsoft Teams. You can appear at an online video hearing safely and securely from anywhere using a smartphone, tablet, or camera-enabled computer with a secure internet connection.

## What are the technology requirements to participate in an online video hearing?

To participate in an online video hearing, you must have access to email. You may appear at the hearing using a personal desktop computer, laptop, or an Android/Apple tablet or phone with a secure internet connection. Your device must have a camera, microphone, and speakers.

Before the date of your online video hearing, we will email you a link to a user guide that explains how to access and use Microsoft Teams on your personal device of choice. You can also visit ***www.ssa.gov/appeals/hearing_options.html*** to view the user guide.

## How do I notify SSA if I want to appear at an online video hearing?

You may call or write your local SSA hearing office to let us know if you agree to appear at an online video hearing.

- *Call Us*: You can agree to appear at an online video hearing by calling your local hearing office at the number provided in your hearing notice. We will ask you to provide your name, email address, and cell phone number.
- *Notify Us In Writing*: You can agree to appear at an online video hearing by completing and returning the COVID-19 Remote Hearing Agreement Form that we sent with your hearing notice. You also can agree to appear at an online video hearing by sending us a written statement that includes the following information: your name, email address, and cell phone number. You can fax or mail your completed form or written statement to your local hearing office. To find your hearing office's address and fax number, visit ***www.ssa.gov/appeals/ho_locator.html***.
- *For Representatives*: If a claimant agrees to appear at an online video hearing, his or her appointed representative, if any, must also agree to appear in that manner. An appointed representative should notify us whether both he or she and the claimant agree to appear at an online video hearing. We highly recommend that representatives provide this notification in writing by uploading it directly to the electronic record using Appointed Representative Services.
- *What happens if I do not want to appear at an online video hearing?* We do not require you to participate in an online video hearing if you do not want to do so. If you previously agreed to appear at an online video hearing and then changed your mind, simply call your local hearing office at the number provided in your hearing notice and let us know.

  If you do not want to appear at an online video hearing, you have the option of appearing at a hearing by telephone. If you also do not want to appear at a hearing by telephone, we will delay scheduling your hearing, or, if already scheduled, we will postpone your hearing until our offices reopen.

## What happens before my online video hearing?

If you agree to appear at an online video hearing, we will email you a link to where you will find instructions about how to access and use the Microsoft Teams application before the hearing. You can also visit ***www.ssa.gov/appeals/hearing_options.html*** to view the user guide. Standard message and data charges may apply

To ensure you can participate in an online video hearing using Microsoft Teams, we recommend you complete the following before your hearing begins:

When you receive the invitation email with the hearing link, click the link and test your connection.

- **Personal computer:** If you have a web browser that supports Microsoft Teams, you will see Microsoft Teams open. If your web browser does not support Microsoft Teams, you will be prompted to download the free application. *If you have technical difficulties, contact the hearing office.* To find your hearing office's phone number, visit ***www.ssa.gov/appeals/ho_locator.html***.

- **Mobile device (Apple/Android):** On a mobile device (tablet or cell phone), you will be prompted to download the free Microsoft Teams application.

  *Disclaimer:* Please note that Microsoft Teams is a non-government, third party application. To participate in an online video hearing using Microsoft Teams, you may be asked to agree to Microsoft's terms of use and privacy policies, which we do not control. Our Internet Privacy Policy describes our online information practices and does not apply to Microsoft Teams. You can find our policy at ***www.ssa.gov/agency/privacy.html***.

  Before the date of the scheduled online video hearing, we will email you a reminder with the link to your online video hearing. Click the link 15 minutes before the start of your scheduled hearing.

## What happens during the online video hearing?

An Administrative Law Judge (ALJ) will conduct the online video hearing in the same manner as in person and telephone hearings. The ALJ will ask you and any witness(es) to take an oath or affirm that your testimony is true. You will have a chance to testify and tell the ALJ about your case, and the ALJ may ask you and any witness(es) questions to help make a decision in your case. You also will have the opportunity to ask questions during the hearing. You will be able to see and hear the ALJ and your representative, if you have one appointed. Other participants, such as a vocational expert, medical expert, or interpreter, may join the online video hearing by phone.

## How can I prepare for my online video hearing?

On the day of the hearing, before your hearing begins, we may call you to confirm that you can access the online video hearing using Microsoft Teams and to provide technical assistance if necessary. You also should:

- Ensure your personal computer or mobile device remains connected to a secure wireless or wired internet connection from a private location (e.g., at your home or office).
- Connect to a nearby power source to charge your computer or mobile device, as needed.
- Notify the ALJ if the camera, microphone, or speakers are not working properly or if you experience any other technical issues during the online video hearing. In the event you become disconnected during your online video hearing, please attempt to reconnect as quickly as possible. If the ALJ is unable to continue the hearing, he or she may reschedule the hearing for a later date.

Please visit the ***www.ssa.gov/appeals/hearing_options.html*** webpage for additional information about any technical requirements to appear by video using Microsoft Teams.

## Your Privacy Matters

During online video hearings, all employees connect to the hearing using SSA's secure agency network and hardware. The ALJ will conduct the video hearing from his or her personal residence, using a secure internet connection from a private room. To further protect the privacy of hearing participants, we ask that all hearing participants join the hearing from a private location.

Securing today
and tomorrow

Social Security Administration
Publication No. 70-10284
October 2020
Online Video Hearings at the Social Security Administration
Produced and published at U.S. taxpayer expense

SOCIAL SECURITY ADMINISTRATION

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

January 18, 2022

Michael Gilmore

**COVID-19 Remote Hearing Options**

In March 2020, we temporarily closed our hearing offices to the public due to the COVID-19 national public health emergency, and began holding hearings by telephone only. We later began to offer claimants the option of appearing at a hearing by video, over the internet, using the online, user-friendly platform Microsoft Teams ("online video hearing"). Online video hearings allow individuals in different locations to appear at a hearing using a computer, tablet, or mobile device with an internet connection. We will not hold your hearing by telephone or by online video unless you agree to appear in that manner.

Please note that appearing at a hearing by online video is different from appearing at a hearing by video teleconferencing (VTC) at a Social Security office. Unlike a hearing by VTC at a Social Security office, we will only conduct a hearing by online video if you agree to appear in that manner. Additionally, if you tell us that you agree to appear at a hearing by online video but then change your mind, you can let us know that and we will postpone your hearing until we can offer you another option.

**Please let us know whether you agree to appear at a hearing by telephone or by online video**

We are offering you the option to appear at a hearing by telephone or by online video. We will only conduct a hearing by telephone or online video if you agree to appear in that manner. If you do not agree to appear by telephone or by online video, we will delay scheduling the hearing. If we have already scheduled the hearing, we will postpone it until we can offer another option when our offices reopen. We recommend that you review the enclosed publication titled "Online Video Hearings at the Social Security Administration" to assist with making an informed decision about whether you agree to appear at a hearing by online video.

To tell us whether you agree to appear at a hearing by telephone or by online video, you can call us at the telephone number in the heading of this notice or complete the enclosed COVID-19 Remote Hearing Agreement Form.

Representative

See Next Page

**How to return the COVID-19 Remote Hearing Agreement Form to us**

We recommend that you contact your appointed representative to ask him or her to return the completed COVID-19 Remote Hearing Agreement Form to us as soon as possible. If you are unable to sign the Form, your representative may sign for you.

> **Information for Representatives only:** Representatives who have registered through Appointed Representative Services (ARS) should continue to use the **"Upload New File" function.** That function is available to upload documents, including the COVID-19 Remote Hearing Agreement Form, when a representative views an electronic folder in ARS. The "Upload New File" function does not require a barcode. If registered through ARS, representatives can also submit documents with a barcode using the "Send Individual Response" function in ARS and Electronic Records Express (ERE). We highly recommend that representatives use one of these methods to submit any documents to us electronically, whenever possible. For information and user guides related to the use of ARS for electronic submission of documents, visit https://www.ssa.gov/ar/.
>
> Alternatively, a representative may return the COVID-19 Remote Hearing Agreement Form to us by mail or fax, using the address at the top of this notice or the toll-free fax number with area code "833" assigned to the servicing hearing office. For a specific hearing office's designated fax number, visit https://www.ssa.gov/appeals/ho_locator.html.

**Important information about appearing at a hearing by online video**

As stated above, please review the enclosed publication titled "Online Video Hearings at the Social Security Administration" before deciding whether you agree to appear at a hearing by online video.

If you agree to appear at a hearing by online video, we will provide you with instructions on how to participate in the hearing, and we will email you a meeting invite and link that allows you to access the hearing directly. We also will provide instructions on how to download and use Microsoft Teams, as well as provide technical assistance on the day of the video hearing if necessary.

If you choose to use a smartphone to join the online video hearing, you must ensure that the phone is Wi-Fi accessible and compatible with the web-based Microsoft Teams technology. On the day of the hearing, we may call you at the phone number(s) provided to confirm that you are able to access the online video hearing.

As a reminder, you cannot make an audio or video recording, or take photographs or screenshots, of the hearing.

Before the hearing, you must download the Microsoft Teams application from the App Store or Google Play and install it on a personal mobile device, or you must access the hearing from a supported internet browser if using a desktop or laptop. Standard data charges may apply when

downloading the Microsoft Teams application. Once you install the application, you may access the online video hearing directly using the meeting invite link and instructions we provide.

Please note that Microsoft Teams is a third-party application. To participate in an online video hearing, you may be asked to agree to Microsoft's terms of use and privacy policies, which we do not control. Our Internet Privacy Policy, which describes our online information practices is available at https://www.ssa.gov/agency/privacy.html, and does not apply to Microsoft Teams.

**Reviewing evidence when you appear by telephone or by online video**

You will have an opportunity to review the evidence before the hearing. If you have a *my* Social Security account, we can send you a copy of your electronic file via the *my* Social Security Message Center. Please ensure that you have turned on notifications to receive an alert from the *my* Social Security Message Center when the file is ready for your review. If you do not have a *my* Social Security account, you can create one at https://www.ssa.gov/myaccount/ by clicking the "Create an Account" button. In addition to providing access to view the evidence in your file, a *my* Social Security account allows you to check the status of your application, and the date and time of your hearing, after it is scheduled. Please note that you must be at least 18 years of age to create a *my* Social Security account, and you may not create an account for another person, including a child under age 18.

Additionally, your representative may be able to access the evidence electronically for you.

If you do not have a *my* Social Security account, you do not wish to create one, and your representative does not have electronic access to the evidence, we can email you a copy of the electronic claim file in an encrypted email attachment. Please call us at the telephone number in the heading of this notice if you would like us to send you a copy of the claim file by email.

**Protecting Your Privacy**

We will collect and maintain personally identifiable information you share with us during the hearing to make a decision on your claim. For online video hearings, an administrative law judge (ALJ) will conduct the hearing from a private location. The ALJ and other SSA employees will safeguard your personal information during an online video hearing. For example, agency employees will use a secure headset and computer. We recommend that you use a private internet connection, in a private location such as a home or office, when participating in an online video hearing.

**How to appoint an additional representative to assist you with your claim**

If you want to appoint an additional representative to help you in your claim, you need to give us a signed notice of appointment, such as the SSA-1696, Claimant's Appointment of a Representative. We highly recommend that you or the representative who you want to appear at your hearing give us the notice of appointment before the hearing.

We now offer an online form for appointing a representative, which provides an online option for completing, signing, and submitting form SSA-1696 to us. The representative who you want to

Representative

See Next Page

appoint begins the online form SSA-1696 by providing us information, including valid email addresses for you and the representative, and by electronically signing the form. You will then receive an email notifying you to complete the process by reviewing the information provided by the representative and electronically signing and submitting the online form to us. Once begun, you and the representative you want to appoint will have five calendar days to complete the online appointment process. To learn more and use the new online form, please visit https://www.ssa.gov/ssa1696-online-form.

If you prefer, you may complete the form SSA-1696, or other written notice of appointment, and mail or fax it to us. You can find the form SSA-1696 on our website at https://www.ssa.gov/forms/ssa-1696.pdf. Please use the mailing address, or fax number at the top of this notice.

**If You Have Any Questions**

If you have any questions, or if you require an accommodation to participate in a telephone or online video hearing, please contact your servicing hearing office via the contact information in the heading of this notice.

*Social Security Administration*

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Enclosure:
COVID-19 Remote Hearing Agreement Form
SSA Publication No. 70-10284 (Online Video Hearings at the Social Security Administration)

Representative

Social Security Administration OMB Control No. 0960-0671

## COVID-19 Remote Hearing Agreement Form

| | |
|---|---|
| Claimant's Name: Michael Gilmore | |
| Social Security Number: | |
| Wage Earner: | |
| Representative's Name (if any): Sean Patrick Sullivan | |

At this time, due to the COVID-19 national public health emergency, we are conducting some hearings by telephone and by online video using Microsoft Teams. We will only conduct a hearing by telephone or online video if you agree to appear in that manner. If you agree to appear by online video, your representative must also formally agree to appear in that manner.

Please indicate below whether you voluntarily agree to appear at your hearing by telephone or by online video. If you agree to appear by telephone and by online video, we will determine whether to hold your hearing by telephone or by online video. If you do not agree to appear by telephone or by online video, we will delay scheduling your hearing, or, if already scheduled, we will postpone your hearing until we reopen our offices.

**Telephone Hearing Options: Please check one**

**[ ] I agree to a telephone hearing. Please provide the following information for how we can contact you on the day of the hearing:**

**Your telephone number on day of hearing: ________________**

**Representative's telephone number on day of hearing: ________________**

**[ ] I do not agree to a telephone hearing. I understand that by selecting this option, my hearing may be delayed.**

**Online Video Hearing Options: Please check one**

**[ ] I agree to an online video hearing using Microsoft Teams. Please provide the following information for how we can contact you about the hearing:**

| **Your Email Address:** | **Your Cell Phone Number:** |
|---|---|
| ____________________________ | ____________________________ |
| **Representative's Email Address:** | **Representative's Cell Phone Number:** |
| ____________________________ | ____________________________ |

**[ ] I do not agree to an online video hearing. I understand that by selecting this option, my hearing may be delayed.**

See Next Page

**If your contact information changes or if you have questions, please call the Hearing Office at the telephone number on the COVID-19 Remote Hearing Options notice associated with this form.**

Additional Comments:__________________________________________________________

| Your Signature: | Date: |
|---|---|
| | |

**[ ] I represent the claimant whose name appears above. I have consulted with the claimant, and the selection on this form accurately represents his or her voluntary determinations, as well as my voluntary determinations.**

| Representative Signature: | Date: |
|---|---|
| | |

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a) and 1631(d)(1) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed.

We will use the information to schedule your hearing. We may also share your information for the following purposes, called routine uses:

- To applicants, claimants, prospective applicants or claimants, other than the data subject, their authorized representatives or representative payees to the extent necessary to pursue Social Security claims and to representative payees when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting SSA in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees; and

- To contractors and other Federal agencies, as necessary, for the purpose of assisting SSA in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notice (SORN) 60-0320, entitled Electronic Disability Claim File, as published in the Federal Register (FR) on June 4, 2020, at 85 FR 34477. Additional information, and a full listing of all of our SORNs, is available on our website at www.ssa.gov/privacy/.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden to*: *SSA*, *6401 Security Blvd, Baltimore, MD 21235-6401*. ***Send only comments relating to our time estimate to this address, not the completed form.***

# Online Video Hearings at the Social Security Administration

Our hearing offices are currently closed to the public due to the Coronavirus (COVID-19) pandemic, so we cannot offer in-person services in our hearing offices at this time. We are still holding hearings, but we are conducting them remotely for the safety of the public and our employees. You have the option of appearing at a video hearing using a platform called Microsoft Teams.

## What are "online video hearings"?

An online video hearing is a secure hearing that we conduct by video, over the internet, using Microsoft Teams. You can appear at an online video hearing safely and securely from anywhere using a smartphone, tablet, or camera-enabled computer with a secure internet connection.

## What are the technology requirements to participate in an online video hearing?

To participate in an online video hearing, you must have access to email. You may appear at the hearing using a personal desktop computer, laptop, or an Android/Apple tablet or phone with a secure internet connection. Your device must have a camera, microphone, and speakers.

Before the date of your online video hearing, we will email you a link to a user guide that explains how to access and use Microsoft Teams on your personal device of choice. You can also visit ***www.ssa.gov/appeals/hearing_options.html*** to view the user guide.

## How do I notify SSA if I want to appear at an online video hearing?

You may call or write your local SSA hearing office to let us know if you agree to appear at an online video hearing.

- *Call Us*: You can agree to appear at an online video hearing by calling your local hearing office at the number provided in your hearing notice. We will ask you to provide your name, email address, and cell phone number.
- *Notify Us In Writing*: You can agree to appear at an online video hearing by completing and returning the COVID-19 Remote Hearing Agreement Form that we sent with your hearing notice. You also can agree to appear at an online video hearing by sending us a written statement that includes the following information: your name, email address, and cell phone number. You can fax or mail your completed form or written statement to your local hearing office. To find your hearing office's address and fax number, visit ***www.ssa.gov/appeals/ho_locator.html***.
- *For Representatives*: If a claimant agrees to appear at an online video hearing, his or her appointed representative, if any, must also agree to appear in that manner. An appointed representative should notify us whether both he or she and the claimant agree to appear at an online video hearing. We highly recommend that representatives provide this notification in writing by uploading it directly to the electronic record using Appointed Representative Services.
- *What happens if I do not want to appear at an online video hearing?* We do not require you to participate in an online video hearing if you do not want to do so. If you previously agreed to appear at an online video hearing and then changed your mind, simply call your local hearing office at the number provided in your hearing notice and let us know.

  If you do not want to appear at an online video hearing, you have the option of appearing at a hearing by telephone. If you also do not want to appear at a hearing by telephone, we will delay scheduling your hearing, or, if already scheduled, we will postpone your hearing until our offices reopen.

## What happens before my online video hearing?

If you agree to appear at an online video hearing, we will email you a link to where you will find instructions about how to access and use the Microsoft Teams application before the hearing. You can also visit ***www.ssa.gov/appeals/hearing_options.html*** to view the user guide. Standard message and data charges may apply

To ensure you can participate in an online video hearing using Microsoft Teams, we recommend you complete the following before your hearing begins:

When you receive the invitation email with the hearing link, click the link and test your connection.

- **Personal computer:** If you have a web browser that supports Microsoft Teams, you will see Microsoft Teams open. If your web browser does not support Microsoft Teams, you will be prompted to download the free application. *If you have technical difficulties, contact the hearing office.* To find your hearing office's phone number, visit ***www.ssa.gov/appeals/ho_locator.html***.

- **Mobile device (Apple/Android):** On a mobile device (tablet or cell phone), you will be prompted to download the free Microsoft Teams application.

  *Disclaimer:* Please note that Microsoft Teams is a non-government, third party application. To participate in an online video hearing using Microsoft Teams, you may be asked to agree to Microsoft's terms of use and privacy policies, which we do not control. Our Internet Privacy Policy describes our online information practices and does not apply to Microsoft Teams. You can find our policy at ***www.ssa.gov/agency/privacy.html***.

  Before the date of the scheduled online video hearing, we will email you a reminder with the link to your online video hearing. Click the link 15 minutes before the start of your scheduled hearing.

## What happens during the online video hearing?

An Administrative Law Judge (ALJ) will conduct the online video hearing in the same manner as in person and telephone hearings. The ALJ will ask you and any witness(es) to take an oath or affirm that your testimony is true. You will have a chance to testify and tell the ALJ about your case, and the ALJ may ask you and any witness(es) questions to help make a decision in your case. You also will have the opportunity to ask questions during the hearing. You will be able to see and hear the ALJ and your representative, if you have one appointed. Other participants, such as a vocational expert, medical expert, or interpreter, may join the online video hearing by phone.

## How can I prepare for my online video hearing?

On the day of the hearing, before your hearing begins, we may call you to confirm that you can access the online video hearing using Microsoft Teams and to provide technical assistance if necessary. You also should:

- Ensure your personal computer or mobile device remains connected to a secure wireless or wired internet connection from a private location (e.g., at your home or office).
- Connect to a nearby power source to charge your computer or mobile device, as needed.
- Notify the ALJ if the camera, microphone, or speakers are not working properly or if you experience any other technical issues during the online video hearing. In the event you become disconnected during your online video hearing, please attempt to reconnect as quickly as possible. If the ALJ is unable to continue the hearing, he or she may reschedule the hearing for a later date.

Please visit the ***www.ssa.gov/appeals/hearing_options.html*** webpage for additional information about any technical requirements to appear by video using Microsoft Teams.

## Your Privacy Matters

During online video hearings, all employees connect to the hearing using SSA's secure agency network and hardware. The ALJ will conduct the video hearing from his or her personal residence, using a secure internet connection from a private room. To further protect the privacy of hearing participants, we ask that all hearing participants join the hearing from a private location.

Securing today
and tomorrow

Social Security Administration
Publication No. 70-10284
October 2020
Online Video Hearings at the Social Security Administration
Produced and published at U.S. taxpayer expense

**SOCIAL SECURITY ADMINISTRATION**
Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

January 18, 2022

Michael Gilmore

**Using *my* Social Security Account for Your Pending Hearing Request**

You are receiving this notice because you have a pending hearing request. If you have not done so already, we encourage you to create an online *my* Social Security account. Creating your personal *my* Social Security account is free and takes less than 15 minutes to complete. A *my* Social Security account allows you to track and see details about your claim, including:

- The date we received your request for a hearing;
- Current claim status and location;
- Your hearing date and time, once we have scheduled the hearing;
- The ability to view evidence in your record if you request it or when we contact you, which will help you prepare for your hearing; and
- Whether we have issued a decision.

Your personal *my* Social Security account also allows you to:

- Print proof that you do or do not receive benefits;
- View your *Social Security Statement* to get estimates of future retirement, disability, and survivors benefits, and verify your earnings record to ensure future benefits are correct; and
- Request a replacement Social Security card (in most states and D.C.).

**If you do not already have an account, visit www.ssa.gov/myaccount/ today and click "Create an Account."**

Claimant

See Next Page

Once you are signed on to your account, be sure to turn on the Message Center notifications so you know when the agency sends you sensitive communications, such as when your evidence is available to view. If you already have an account, you may change your notification preferences, by selecting "Preferences" at the top of the page; click on "Notification Preferences;" and select whether you want to receive notifications by email, text message, or both.

One of our most important responsibilities is to protect your personal information. Social Security takes this obligation seriously, and we have a robust cybersecurity program in place to help us do so. Our security process follows federal guidelines, which include additional security measures to ensure that you are who you say you are when you conduct online business with us.

*Social Security Administration*

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Claimant

SOCIAL SECURITY ADMINISTRATION

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

January 18, 2022

Michael Gilmore

**Using *my* Social Security Account for Your Pending Hearing Request**

You are receiving this notice because you have a pending hearing request. If you have not done so already, we encourage you to create an online *my* Social Security account. Creating your personal *my* Social Security account is free and takes less than 15 minutes to complete. A *my* Social Security account allows you to track and see details about your claim, including:

- The date we received your request for a hearing;
- Current claim status and location;
- Your hearing date and time, once we have scheduled the hearing;
- The ability to view evidence in your record if you request it or when we contact you, which will help you prepare for your hearing; and
- Whether we have issued a decision.

Your personal *my* Social Security account also allows you to:

- Print proof that you do or do not receive benefits;
- View your *Social Security Statement* to get estimates of future retirement, disability, and survivors benefits, and verify your earnings record to ensure future benefits are correct; and
- Request a replacement Social Security card (in most states and D.C.).

**If you do not already have an account, visit www.ssa.gov/myaccount/ today and click "Create an Account."**

Representative

See Next Page

Once you are signed on to your account, be sure to turn on the Message Center notifications so you know when the agency sends you sensitive communications, such as when your evidence is available to view. If you already have an account, you may change your notification preferences, by selecting "Preferences" at the top of the page; click on "Notification Preferences;" and select whether you want to receive notifications by email, text message, or both.

One of our most important responsibilities is to protect your personal information. Social Security takes this obligation seriously, and we have a robust cybersecurity program in place to help us do so. Our security process follows federal guidelines, which include additional security measures to ensure that you are who you say you are when you conduct online business with us.

*Social Security Administration*

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Representative

SOCIAL SECURITY ADMINISTRATION

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

January 19, 2022

Michael Gilmore

Dear Michael Gilmore:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and returning the attached form in the envelope we sent your representative**. We will arrange for you to appear in person.

Form HA-L2 (04-2015)
Claimant

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

**Your Right to An Interpreter At Your Hearing**

**You are not required to bring an interpreter**. You **must** request an interpreter so we can provide an interpreter **free of charge**. When you request an interpreter, tell us what language you prefer (including ASL). An interpreter can be requested by calling our office or sending a letter.

**Submitting Evidence**

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.



See Next Page

**You May See The Evidence In Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Karen Moore
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Form HA-L2 (04-2015)
Claimant

Social Security Administration

Form Approved
OMB No. 0960-0671

# OBJECTION TO APPEARING BY VIDEO TELECONFERENCING

| | |
|---|---|
| Name: Michael Gilmore | |
| Social Security Number: | |
| Wage Earner: | |
| Hearing Office: KNOXVILLE | RQID:DCPS01132205145673004628 SITE:X51 DR:S<br>SSN: DOCTYPE:3267 RF:D CS:5bee |

[ ] **I do not want to appear at my hearing by video teleconference. Please schedule my hearing so that I may appear in person. I understand that by objecting to appearing by video teleconference I may experience a delay in my hearing.**

**Please return this form only if you object to a hearing by video teleconference.**

Additional Comments:

| Signature: | Date: | Area Code and Telephone Number: |
|---|---|---|

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(b)(1), 205(d) and 1631(c) of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide to acknowledge you are opting-out of an appearance via video teleconferencing. Furnishing us this information is voluntary. However, failing to provide us with all or part of the information may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

1. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans Affairs); and,

2. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., to the Bureau of the Census and to private entities under contract with us).

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notice 60-0089, entitled Claims Folder System. Additional information about this and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form HA-55 (01-2020)

## SOCIAL SECURITY HEARING PROCESS
## WHAT HAPPENS NEXT?

* Your hearing request and your file are now at the Office of Hearings Operations (OHO).

* We may look at your case to see if we can make a decision in your favor without a hearing. If we do not make a decision this way, we will prepare your case for an administrative law judge (ALJ). We prepare cases in the order we get them.

* An ALJ will review your file after we prepare it. We will then schedule a hearing for your case. You will get a notice informing you when and where we will hold your hearing. We will send you the notice at least 75 days before the date of your hearing. If you have a representative, we will also send the notice to that person.

* You will come to your hearing and talk to the ALJ. Other people, such as witnesses or your representative, can also come to your hearing. If the ALJ wants any more evidence, or if you ask for more time to give us more evidence, the ALJ will tell you how long we will wait for that evidence.

* The ALJ will make a decision after your hearing if he or she has all of the evidence. Otherwise, the ALJ will make a decision when he or she gets the evidence needed to make a decision.

* You can expect to wait another 3 months after the hearing until you receive your written decision in the mail.

* We cannot talk to you about the outcome of your case before we mail you the written decision.

* Remember: In order to make your case go as quickly as possible, please be sure to send us all of your medical and other evidence as soon as possible. Your representative, if you have one, may also send evidence to us. Having the evidence sooner could help the ALJ decide your case sooner.

Form HA-L4 (08-2012)

# Your Guide to Social Security Disability Video Hearings

When you request a hearing with the Office of Hearings Operations (OHO) at the Social Security Administration (SSA), we will hold your hearing by video teleconference, in-person, or, in extraordinary circumstances, by telephone.

## What is a Video Hearing?

- Video hearings are just like in-person hearings, except that you and anyone who comes to the hearing with you, such as your representative or witnesses, will view, listen, and speak to an Administrative Law Judge (ALJ) in a different location by using a video monitor.
- We may schedule you to appear by video unless you object to appearing by video within 30 days after you receive a letter from us that acknowledges your request for a hearing.
- We process and conduct in-person and video hearings in the same way. There are a number of advantages to a video hearing, as opposed to an in-person hearing, including the following:

  — ***Greater Convenience and Flexibility*** – Our network of video hearing locations continues to grow. Video hearing locations may be closer to you than one of our hearing offices.

  — ***Possibility of a quicker hearing*** – Often, we can schedule a video hearing faster than an in-person hearing. You will have access to more locations and more ALJs, which makes it easier to schedule your hearing.

## How Does a Video Hearing Work?

- We will send you a notice that tells you the **time and place** for your hearing at least 75 days before your scheduled hearing date. Pay special attention to the place/address, as it may be different from where your case was handled previously.
- If you have a representative, witnesses, or both, they can appear with you at the video hearing location.
- On the date of your hearing, the video hearing location could be an OHO hearing office, your representative's office, or a SSA field office. You should arrive at least 30 minutes before the scheduled time of your hearing.
- A video hearing uses state-of-the-art equipment that allows you and the ALJ to see, hear, and speak to each other in real time, just as if you were talking face to face.
- Transmission of the hearing is secure, and we protect your privacy. Just like in-person hearings, we record only the audio portion of video hearings. We do not record the video portion of any of our hearings.
- A technician will be available to make sure the video teleconferencing equipment is connected and working properly.

**Help Us to Serve You Better!** If you do not show up on the date of your scheduled hearing, your request for hearing may be dismissed. You must tell us in writing as soon as you realize you cannot appear at the time and place shown on your hearing notice. Unless the ALJ pre-approves your request to change the time or place of your hearing, you should appear. By letting us know you cannot appear, you give another person the opportunity to use that hearing slot for his or her hearing.

SocialSecurity.gov

Social Security Administration
Publication No. 70-067 | ICN 443300 | August 2017 (Destroy prior editions)
Produced and published at U.S. taxpayer expense

Printed on recycled paper

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

January 19, 2022

Michael Gilmore

Dear Michael Gilmore:

In order to obtain records to update your file we need a current Authorization to Release Information. Please sign the enclosed form(s) and return it to our office within ten (10) days. A return envelope is enclosed for your convenience.

Sincerely,

Karen Moore
Hearing Office Director

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Enclosure:
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

Form HA-827 (05-08)

Form **SSA-827** (03-2020)
Discontinue Prior Editions


OMB No. 0960-0623

| Whose Records to be Disclosed | |
|---|---|
| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
| SSN | Birthday *(MM/DD/YYYY)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records: also education records and other information related to my ability to perform tasks. This includes Specific permission to release:***

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**
- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL authorizing disclosure Signature**

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law)

| Date Signed | Street Address | |
|---|---|---|
| Phone Number (with area code) | City | State |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| Signature | IF needed, second witness sign here (e.g., if signed with "X" above) |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on your claim that could result in a denial or loss of benefits.

We will use the information you provide to determine your eligibility or continuing eligibility for benefits, and your ability to manage any benefits that you currently receive.

We may also share your information for the following purposes, called routine uses:

1. To State audit agencies for auditing State supplementation payments and Medicaid eligibility considerations;
2. To third party contracts where necessary to establish or verify information provided by representative payees or payee applicants; and
3. To Federal, State or local agencies for administering cash or non-cash income maintenance or health maintenance programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0089, entitled Claims Folders Systems; 60-0090, entitled Master Beneficiary Record; 60-0320, entitled Electronic Disability; and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING IN THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

January 19, 2022

Michael Gilmore

Dear Michael Gilmore:

Thank you for your request for a hearing before an administrative law judge (ALJ). This letter explains the hearing process and things that you should do now to get ready for your hearing. We will send you a notice after we schedule your hearing. We will notify you at least 75 days before the date of your hearing. The notice will provide you with the time and place of your hearing. We generally process requests for hearing by date order, with the oldest receiving priority. We will schedule your hearing as soon as we can, which may take several months.

**Use of Video Teleconferencing (VTC) At Your Hearing**

In certain situations, we hold your hearing by VTC rather than in person. We will let you know ahead of time if we schedule your hearing by VTC.

If we schedule your appearance by VTC, you and the ALJ will be at different locations during the hearing. A large, color monitor will enable you and the ALJ to see, hear, and speak to each other. The ALJ will also be able to see, hear, and speak to anyone who comes with you to the hearing. This may include your representative (if you have one), a friend, or a family member. We will provide someone at your location to run the equipment and provide any other help you may need.

**You must let us know within 30 days after the date you receive this notice if you do not want to appear at your hearing by VTC.** (We may extend the 30-day period if you show you had good cause for missing the deadline.) **Please let us know by completing and**

Form HA-L2 (04-2015)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**returning the attached form in the envelope we sent your representative**. We will arrange for you to appear in person.

If you move before we hold your hearing, we retain the right to decide how you will appear at your hearing, even if you objected to appearing by VTC. For us to consider your change of residence when we schedule your hearing, you must submit evidence proving your new residence.

**The Hearing**

At your hearing, you may present your case to the ALJ who will make the decision on your claim(s). The ALJ will consider the issue(s) you raise, the evidence now in your file, and any additional evidence you provide. The ALJ may also consider other issues, including issues that were decided in your favor in the decision you appealed. The Notice of Hearing will list the issues the ALJ plans to consider at the hearing.

Your hearing is the time to explain why you believe the ALJ should decide the issues in your favor.

**Your Right to An Interpreter At Your Hearing**

**You are not required to bring an interpreter**. You **must** request an interpreter so we can provide an interpreter **free of charge**. When you request an interpreter, tell us what language you prefer (including ASL). An interpreter can be requested by calling our office or sending a letter.

**Submitting Evidence**

We need to make sure that your file has everything that the ALJ will need to decide your case. After the ALJ reviews the evidence in your file, he or she may request more evidence to consider at your hearing.

You are required to inform us about or submit all evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you inform us about or submit the evidence, unless the evidence falls under an exception.

We can help you get evidence. If you need help, contact our office, your local Social Security office, or your representative (if you appoint one) immediately.

If a physician, expert, or other person is not providing documents important to your case, you may ask the ALJ to issue a subpoena. A subpoena is a special document that requires a person to submit documents or to testify at your hearing. The ALJ will issue a subpoena only if he or she thinks the evidence is necessary to decide your case, and the evidence cannot be obtained



See Next Page

another way. You must ask the ALJ to issue a subpoena at least 10 days before your hearing date. Send your request in writing to the address at the top of the first page of this letter.

**You May See The Evidence In Your File**

If you wish to see the evidence in your file, you can see it on or before the date of your hearing. If you wish to see your file before the date of your hearing, please call us as soon as you reasonably can at the number at the top of the first page of this letter.

**If You Have Any Questions Or Your Address Changes**

If you have any questions, please call or write us. You must tell us if you change your address. For your convenience, we gave you our telephone number and address on the first page of this letter.

Sincerely,

Karen Moore
Hearing Office Director

Enclosures:
HA-55 (Objection to Appearing by Video Teleconferencing)
HA-L4 (What Happens Next)
SSA Publication No. 70-067 (Your Guide to Social Security Disability Video Hearings)
Form SSA-L1697-U3 (Acknowledgement of Representation)
HA-827 (Medical Release Notice)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Form HA-L2 (04-2015)
Representative

Social Security Administration

Form Approved
OMB No. 0960-0671

# OBJECTION TO APPEARING BY VIDEO TELECONFERENCING

| | |
|---|---|
| Name: Michael Gilmore | |
| Social Security Number: | |
| Wage Earner: | |
| Hearing Office: KNOXVILLE | RQID:DCPS0113220514568000 4628 SITE:X51 DR:S<br>SSN: DOCTYPE:3267 RF:D CS:1d02 |

[ ] **I do not want to appear at my hearing by video teleconference. Please schedule my hearing so that I may appear in person. I understand that by objecting to appearing by video teleconference I may experience a delay in my hearing.**

**Please return this form only if you object to a hearing by video teleconference.**

Additional Comments:

| Signature: | Date: | Area Code and Telephone Number: |
|---|---|---|

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(b)(1), 205(d) and 1631(c) of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide to acknowledge you are opting-out of an appearance via video teleconferencing. Furnishing us this information is voluntary. However, failing to provide us with all or part of the information may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

1. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans Affairs); and,

2. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., to the Bureau of the Census and to private entities under contract with us).

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notice 60-0089, entitled Claims Folder System. Additional information about this and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form HA-55 (01-2020)

## SOCIAL SECURITY HEARING PROCESS
## WHAT HAPPENS NEXT?

* Your hearing request and your file are now at the Office of Hearings Operations (OHO).

* We may look at your case to see if we can make a decision in your favor without a hearing. If we do not make a decision this way, we will prepare your case for an administrative law judge (ALJ). We prepare cases in the order we get them.

* An ALJ will review your file after we prepare it. We will then schedule a hearing for your case. You will get a notice informing you when and where we will hold your hearing. We will send you the notice at least 75 days before the date of your hearing. If you have a representative, we will also send the notice to that person.

* You will come to your hearing and talk to the ALJ. Other people, such as witnesses or your representative, can also come to your hearing. If the ALJ wants any more evidence, or if you ask for more time to give us more evidence, the ALJ will tell you how long we will wait for that evidence.

* The ALJ will make a decision after your hearing if he or she has all of the evidence. Otherwise, the ALJ will make a decision when he or she gets the evidence needed to make a decision.

* You can expect to wait another 3 months after the hearing until you receive your written decision in the mail.

* We cannot talk to you about the outcome of your case before we mail you the written decision.

* Remember: In order to make your case go as quickly as possible, please be sure to send us all of your medical and other evidence as soon as possible. Your representative, if you have one, may also send evidence to us. Having the evidence sooner could help the ALJ decide your case sooner.

Form HA-L4 (08-2012)

# Your Guide to Social Security Disability Video Hearings

When you request a hearing with the Office of Hearings Operations (OHO) at the Social Security Administration (SSA), we will hold your hearing by video teleconference, in-person, or, in extraordinary circumstances, by telephone.

## What is a Video Hearing?

- Video hearings are just like in-person hearings, except that you and anyone who comes to the hearing with you, such as your representative or witnesses, will view, listen, and speak to an Administrative Law Judge (ALJ) in a different location by using a video monitor.
- We may schedule you to appear by video unless you object to appearing by video within 30 days after you receive a letter from us that acknowledges your request for a hearing.
- We process and conduct in-person and video hearings in the same way. There are a number of advantages to a video hearing, as opposed to an in-person hearing, including the following:

  — ***Greater Convenience and Flexibility*** – Our network of video hearing locations continues to grow. Video hearing locations may be closer to you than one of our hearing offices.

  — ***Possibility of a quicker hearing*** – Often, we can schedule a video hearing faster than an in-person hearing. You will have access to more locations and more ALJs, which makes it easier to schedule your hearing.

## How Does a Video Hearing Work?

- We will send you a notice that tells you the **time and place** for your hearing at least 75 days before your scheduled hearing date. Pay special attention to the place/address, as it may be different from where your case was handled previously.
- If you have a representative, witnesses, or both, they can appear with you at the video hearing location.
- On the date of your hearing, the video hearing location could be an OHO hearing office, your representative's office, or a SSA field office. You should arrive at least 30 minutes before the scheduled time of your hearing.
- A video hearing uses state-of-the-art equipment that allows you and the ALJ to see, hear, and speak to each other in real time, just as if you were talking face to face.
- Transmission of the hearing is secure, and we protect your privacy. Just like in-person hearings, we record only the audio portion of video hearings. We do not record the video portion of any of our hearings.
- A technician will be available to make sure the video teleconferencing equipment is connected and working properly.

NO SHOW

**Help Us to Serve You Better!** If you do not show up on the date of your scheduled hearing, your request for hearing may be dismissed. You must tell us in writing as soon as you realize you cannot appear at the time and place shown on your hearing notice. Unless the ALJ pre-approves your request to change the time or place of your hearing, you should appear. By letting us know you cannot appear, you give another person the opportunity to use that hearing slot for his or her hearing.

SocialSecurity.gov

Social Security Administration
Publication No. 70-067 | ICN 443300 | August 2017 (Destroy prior editions)
Produced and published at U.S. taxpayer expense

Printed on recycled paper

NOTICE TO REPRESENTATIVE OF CLAIMANT BEFORE THE SOCIAL SECURITY ADMINISTRATION

TOE 420

Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Date: January 13, 2022

Claimant: Michael Gilmore

Wage Earner:

Social Security Number:

We have received written notice that the claimant has appointed you to act as the representative in connection with this claim(s) under the Social Security Act (the Act). We will, therefore, be dealing directly with you on matters pertaining to this claim(s).

Generally, to charge a fee for services, you must use one of two, mutually exclusive fee approval processes. You must file either a fee petition or a fee agreement with us. In either case, you cannot charge more than the fee amount we approve.

**Fee Petition Process**

You may ask for approval of a fee by giving us a fee petition when you have completed your services to the claimant. This written request must describe in detail the amount of time you spent on each service provided and the amount of fee you are requesting.

**Fee Agreement Process**

If you and the claimant have a written fee agreement, that you have not already submitted, either of you must give it to us before we decide the claim(s). We usually will approve the agreement if you both sign it; the fee you agreed on is no more than 25 percent of the past-due benefits, or $6,000 (or a higher amount we set and announce in the Federal Register), whichever is less; we approve the claim(s); and the claim results in past-due benefits.

If you do not file a fee agreement, you must use form **SSA-1560-U5 (PETITION TO OBTAIN APPROVAL OF A FEE FOR REPRESENTING A CLAIMANT BEFORE THE SOCIAL SECURITY ADMINISTRATION)** to petition for approval of the fee you wish to charge. File the SSA-1560-U5 when the proceedings are complete and your services have ended. If you are an attorney or a non-attorney whom SSA has found eligible to receive direct payment and you seek direct payment from the claimant's title II or title XVI past-due benefits, you must file the SSA-1560-U5, or a notice of intent to petition for a fee within 60 days of the notice of the favorable determination. Further information and instructions for completion are given on the form itself.

After we approve a fee, you must look to the claimant for payment, except when you are an attorney or non-attorney who is eligible to receive direct payment and there are past-due benefits payable under title II or title XVI of the Act as a result of a favorable determination on the claim. In such cases, we will pay up to 25 percent of such past-due benefits directly to you toward payment of the approved fee and charge you the assessment required by section 206(d) and 1631(2)(2)(c) of the Social Security Act. You cannot charge or collect this expense from the claimant.

If you wish to waive either a fee or direct payment of a fee and you have not already done so, you should sign and date the appropriate box below or send us a letter with an appropriate statement. Early filing of the waiver will enable us to prevent the automatic withholding of past-due benefits for a possible direct payment.

- **WAIVER OF FEE** - I waive my right to charge and collect a fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client (the claimant) from any obligation, contractual or otherwise, which may be owed to me for services I have provided in connection with my client's claim(s) or asserted right(s).

| Signature (Representative) | Date |
|---|---|
| | |

- **WAIVER OF DIRECT PAYMENT BY ATTORNEY OR NON-ATTORNEY ELIGIBLE TO RECEIVE DIRECT PAYMENT** - I waive only my right to direct payment of a fee from the withheld past-due retirement, survivors, disability insurance or supplemental security income benefits of my client (the claimant). I do not waive my right to request fee approval and to collect a fee directly from my client or a third party.

| Signature (Representative) | Date |
|---|---|
| | |

Social Security Administration

Form **SSA-L1697-U3** (2-2005)
Destroy Prior Editions

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

January 19, 2022

Michael Gilmore

Dear Michael Gilmore:

In order to obtain records to update your file we need a current Authorization to Release Information. Please sign the enclosed form(s) and return it to our office within ten (10) days. A return envelope is enclosed for your convenience.

Sincerely,

Karen Moore
Hearing Office Director

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Enclosure:
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

Form HA-827 (05-08)

Form **SSA-827** (03-2020)
Discontinue Prior Editions

Page 1 of 2
OMB No. 0960-0623

| Whose Records to be Disclosed | |
|---|---|
| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
| SSN | Birthday *(MM/DD/YYYY)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records: also education records and other information related to my ability to perform tasks. This includes Specific permission to release:***

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**
- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL authorizing disclosure Signature**

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)

(Parent/guardian/personal representative sign here if two signatures required by State law)

| Date Signed | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| Signature | IF needed, second witness sign here (e.g., if signed with "X" above) |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

**Lincoln/Gilmore 0285**

Page 2 of 2

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on your claim that could result in a denial or loss of benefits.

We will use the information you provide to determine your eligibility or continuing eligibility for benefits, and your ability to manage any benefits that you currently receive.

We may also share your information for the following purposes, called routine uses:

1. To State audit agencies for auditing State supplementation payments and Medicaid eligibility considerations;
2. To third party contracts where necessary to establish or verify information provided by representative payees or payee applicants; and
3. To Federal, State or local agencies for administering cash or non-cash income maintenance or health maintenance programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0089, entitled Claims Folders Systems; 60-0090, entitled Master Beneficiary Record; 60-0320, entitled Electronic Disability; and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement**
This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING IN THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

QRY DATE: 01/27/22 AN: DOC: X51 UNIT: EDEQY PG: 001 DEQR
INPUT: YRS REQ: 2000-2022; COVERED DETAILS; NON-COVERED DETAILS; PENSION;
SPECIAL WAGE PAYMENT; EMPLOYER ADDRESS
MEF: NA: M F GILMOR DB: SX: M AK:

**EXHIBIT NO. 2D**
**PAGE: 1 OF 5**

DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS REQUESTED

EIN: 130872805 INTERNATIONAL PAPER COMPANY
EMPLOYEE SERVICE CENTER
% MICHAEL ARNEY
6400 POPLAR AVE
MEMPHIS TN 38197-0100

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0000 | AA | M F GILMOR | 54000.04 | 54000.04 | 0058-85-41450 | 00501 | V |
| | | WAGE TOTAL | 54000.04 | | | | |
| | | OASDI EMPLOYER TOTAL | 54000.04 | | | | |
| | | 00 OASDI YEARLY TOTAL | 54000.04 | | | | |

EIN: 130872805 INTERNATIONAL PAPER COMPANY

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0001 | AA | M F GILMOR | 776.17 | 776.17 | 1071-87-86262 | 00802 | V |
| | | WAGE TOTAL | 776.17 | | | | |
| | | OASDI EMPLOYER TOTAL | 776.17 | | | | |

EIN: 231028370 ROHM AND HAAS COMPANY
% TAX DEPARTMENT
2211 H H DOW WAY
MIDLAND MI 48642-4815

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0001 | AA | M F GILMOR | 40494.49 | 40494.49 | 1066-87-84502 | 00702 | V |
| | | WAGE TOTAL | 40494.49 | | | | |
| | | OASDI EMPLOYER TOTAL | 40494.49 | | | | |
| | | 01 OASDI YEARLY TOTAL | 41270.66 | | | | |

EIN: 231028370 ROHM AND HAAS COMPANY

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0002 | AA | M F GILMOR | 59598.25 | 59598.25 | 2092-86-46063 | 01103 | V |
| | | WAGE TOTAL | 59598.25 | | | | |
| | | OASDI EMPLOYER TOTAL | 59598.25 | | | | |
| | | 02 OASDI YEARLY TOTAL | 59598.25 | | | | |

EIN: 231028370 ROHM AND HAAS COMPANY

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0003 | AA | M F GILMOR | 64345.06 | 64345.06 | 3057-85-68743 | 00604 | V |
| | | WAGE TOTAL | 64345.06 | | | | |
| | | OASDI EMPLOYER TOTAL | 64345.06 | | | | |
| | | 03 OASDI YEARLY TOTAL | 64345.06 | | | | |

EIN: 231028370 ROHM AND HAAS COMPANY

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0004 | AA | M F GILMOR | 69470.86 | 69470.86 | 4047-91-96170 | 00505 | V |
| | | WAGE TOTAL | 69470.86 | | | | |
| | | OASDI EMPLOYER TOTAL | 69470.86 | | | | |
| | | 04 OASDI YEARLY TOTAL | 69470.86 | | | | |

EIN: 231028370 ROHM AND HAAS COMPANY

| RPYR | REO LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0005 | AA | M F GILMOR | 73979.92 | 73979.92 | 5045-88-85686 | 00506 | V |
| | | WAGE TOTAL | 73979.92 | | | | |
| | | OASDI EMPLOYER TOTAL | 73979.92 | | | | |
| | | 05 OASDI YEARLY TOTAL | 73979.92 | | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

**Lincoln/Gilmore 0287**

TAX DEPARTMENT
2211 H H DOW WAY
MIDLAND MI 48642-4815

EXHIBIT NO. 2D
PAGE: 2 OF 5

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0006 | AA | | M F GILMOR | 81205.39 | 81205.39 | 6061-93-22082 | 00807 | V |
| | | | WAGE TOTAL | 81205.39 | | | | |
| | | | OASDI EMPLOYER TOTAL | 81205.39 | | | | |
| | | | 06 OASDI YEARLY TOTAL | 81205.39 | | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0007 | AA | | M F GILMOR | 87588.25 | 87588.25 | 8071-BU-14417 | 00808 | V |
| | | | WAGE TOTAL | 87588.25 | | | | |
| | | | OASDI EMPLOYER TOTAL | 87588.25 | | | | |
| | | | 07 OASDI YEARLY TOTAL | 87588.25 | | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0008 | AA | | M F GILMOR | 102000.00 | 107902.70 | 9063-AT-46926 | 00609 | V |
| | AH | | M F GILMOR | 110460.00 | 8460.00 | 9063-AT-46926 | 00609 | V |
| | | | WAGE TOTAL | 102000.00 | | | | |
| | | | MEDICARE TOTAL | 110460.00 | | | | |
| | | | OASDI EMPLOYER TOTAL | 102000.00 | | | | |
| | | | 08 OASDI YEARLY TOTAL | 102000.00 | | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0009 | AA | | M F GILMOR | 96300.38 | 92723.41 | 0060-AR-84438 | 00710 | V |
| | | | WAGE TOTAL | 96300.38 | | | | |
| | | | OASDI EMPLOYER TOTAL | 96300.38 | | | | |
| | | | 09 OASDI YEARLY TOTAL | 96300.38 | | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0010 | AA | | M F GILMOR | 106800.00 | 108102.88 | 1055-BK-77202 | 00611 | V |
| | AH | | M F GILMOR | 112709.95 | 5909.95 | 1055-BK-77202 | 00611 | V |
| | | | WAGE TOTAL | 106800.00 | | | | |
| | | | MEDICARE TOTAL | 112709.95 | | | | |
| | | | OASDI EMPLOYER TOTAL | 106800.00 | | | | |
| | | | 10 OASDI YEARLY TOTAL | 106800.00 | | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0011 | AA | | M F GILMOR | 106800.00 | 116945.41 | 2047-AK-95170 | 00512 | V |
| | AH | | M F GILMOR | 123978.77 | 17178.77 | 2047-AK-95170 | 00512 | V |
| | | | WAGE TOTAL | 106800.00 | | | | |
| | | | MEDICARE TOTAL | 123978.77 | | | | |
| | | | OASDI EMPLOYER TOTAL | 106800.00 | | | | |
| | | | 11 OASDI YEARLY TOTAL | 106800.00 | | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0012 | AA | | M F GILMOR | 110100.00 | 105210.29 | 3058-DE-58911 | 00713 | V |
| | AH | | M F GILMOR | 110867.76 | 767.76 | 3058-DE-58911 | 00713 | V |
| | | | WAGE TOTAL | 110100.00 | | | | |
| | | | MEDICARE TOTAL | 110867.76 | | | | |
| | | | OASDI EMPLOYER TOTAL | 110100.00 | | | | |
| | | | 12 OASDI YEARLY TOTAL | 110100.00 | | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY
% GLOBAL DOW CENTER

2211 H H DOW WAY
MIDLAND MI 48642-4815

EXHIBIT NO. 2D
PAGE: 3 OF 5

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0013 | AA | AGT1 | M F GILMOR | 112842.15 | 109193.51 | 4072-EE-01743 | 00514 | V |
| | | | WAGE TOTAL | 112842.15 | | | | |
| | | | OASDI EMPLOYER TOTAL | 112842.15 | | | | |
| | | | 13 OASDI YEARLY TOTAL | 112842.15 | | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0014 | AA | AGT1 | M F GILMOR | 117000.00 | 117873.47 | 5061-CQ-44748 | 00815 | V |
| | AH | AGT1 | M F GILMOR | 122726.02 | 5726.02 | 5061-CQ-44748 | 00815 | V |
| | | | WAGE TOTAL | 117000.00 | | | | |
| | | | MEDICARE TOTAL | 122726.02 | | | | |
| | | | OASDI EMPLOYER TOTAL | 117000.00 | | | | |
| | | | 14 OASDI YEARLY TOTAL | 117000.00 | | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0015 | AA | AGT1 | M F GILMOR | 117524.96 | 111737.16 | 6034-DJ-96172 | 00416 | V |
| | | | WAGE TOTAL | 117524.96 | | | | |
| | | | OASDI EMPLOYER TOTAL | 117524.96 | | | | |
| | | | 15 OASDI YEARLY TOTAL | 117524.96 | | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0016 | AA | AGT1 | M F GILMOR | 116784.45 | 113085.40 | 7026-EP-13522 | 00717 | V |
| | | | WAGE TOTAL | 116784.45 | | | | |
| | | | OASDI EMPLOYER TOTAL | 116784.45 | | | | |
| | | | 16 OASDI YEARLY TOTAL | 116784.45 | | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0017 | AA | AGT1 | M F GILMOR | 117499.68 | 117499.68 | 8026-GD-13121 | 00818 | V |
| | | | WAGE TOTAL | 117499.68 | | | | |
| | | | OASDI EMPLOYER TOTAL | 117499.68 | | | | |
| | | | 17 OASDI YEARLY TOTAL | 117499.68 | | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0018 | AA | AGT1 | M F GILMOR | 95254.95 | 93256.46 | 9025-LA-99226 | 00819 | V |
| | | | WAGE TOTAL | 95254.95 | | | | |
| | | | OASDI EMPLOYER TOTAL | 95254.95 | | | | |
| | | | 18 OASDI YEARLY TOTAL | 95254.95 | | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0019 | AA | | M F GILMOR | 96459.42 | 89252.57 | 0028-GP-08349 | 00820 | V |
| | | | WAGE TOTAL | 96459.42 | | | | |
| | | | OASDI EMPLOYER TOTAL | 96459.42 | | | | |
| | | | 19 OASDI YEARLY TOTAL | 96459.42 | | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | REO | LOAC | NAME | EARNINGS | TOTAL COMP | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|---|
| 0020 | AA | | M F GILMOR | 44017.26 | 40834.32 | 1028-FC-28201 | 00821 | V |
| | | | WAGE TOTAL | 44017.26 | | | | |
| | | | OASDI EMPLOYER TOTAL | 44017.26 | | | | |
| | | | 20 OASDI YEARLY TOTAL | 44017.26 | | | | |

21 NONE

22 NONE

DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND ADDRESS FOR YEARS REQUESTED

00 NONE

01 NONE

02 NONE

03 NONE

04 NONE

05 NONE

06 NONE

07 NONE

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0008 | DD | | M F GILMOR | 2557.30 | 9063-AT-46926 | 00609 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 2557.30 | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0009 | DD | | M F GILMOR | 3576.97 | 0060-AR-84438 | 00710 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 3576.97 | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0010 | DD | | M F GILMOR | 4607.07 | 1055-BK-77202 | 00611 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 4607.07 | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0011 | DD | | M F GILMOR | 7033.36 | 2047-AK-95170 | 00512 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 7033.36 | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0012 | DD | | M F GILMOR | 5657.47 | 3058-DE-58911 | 00713 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 5657.47 | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0013 | DD | AGT1 | M F GILMOR | 3648.64 | 4072-EE-01743 | 00514 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 3648.64 | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0014 | DD | AGT1 | M F GILMOR | 4852.55 | 5061-CQ-44748 | 00815 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 4852.55 | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0015 | DD | AGT1 | M F GILMOR | 5787.80 | 6034-DJ-96172 | 00416 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 5787.80 | | | |

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0016 | DD | AGT1 | M F GILMOR | 3699.05 | 7026-EP-13522 | 00717 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 3699.05 | | | |

17 NONE

EIN: 381285128 THE DOW CHEMICAL COMPANY

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0018 | DD | AGT1 | M F GILMOR | 1998.49 | 9025-LA-99226 | 00819 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 1998.49 | | | |

EIN: 753175238 ROHM AND HAAS CHEMICALS LLC

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0019 | DD | | M F GILMOR | 7206.85 | 0028-GP-08349 | 00820 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 7206.85 | | | |

EIN: 046076039 LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 21008
GREENSBORO NC 27420-1008

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0020 | DA | | M F GILMOR | 3916.44 | 1032-FT-29826 | 00921 | V |
| | | | WAGE TOTAL | 3916.44 | | | |
| EIN: 753175238 ROHM AND HAAS CHEMICALS LLC | | | | | | | |
| 0020 | DB | 000T | M F GILMOR | -1074.00 | - - | 01821 | V |
| NON-QUAL PLAN/SPC PAY TOTAL | | | | -1074.00 | | | |
| | DD | | M F GILMOR | 3182.94 | 1028-FC-28201 | 00821 | V |
| DEFERRED COMP 401(K) TOTAL | | | | 3182.94 | | | |

EIN: 350472300 LINCOLN NATL LIFE INS CO
% WITHOLDING TAX INFOR REPORTING
PO BOX 21008
GREENSBORO NC 27420-1008

| RPYR | RE | LOAC | NAME | TOTAL AMOUNT | CONTROL NUMBER | PR | S |
|---|---|---|---|---|---|---|---|
| 0021 | DA | | M F GILMOR | 61297.32 | 2018-AT-83368 | 00722 | V |
| | | | WAGE TOTAL | 61297.32 | | | |

22 NONE

REMARKS
CLAIMS ACTIVITY--SEE MBR

**SEQY** **DTE:** 01/27/22 **AN:** **DOC:** X51 **UNIT:** ESEQY
**MEF** **QN:** **NA:** M F GILMOR **DB:** **SX:** M **AK:**

**EXHIBIT NO. 4D**
**PAGE: 1 OF 1**

**SUMMARY FICA EARNINGS FOR YEARS REQUESTED**

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|---|---|---|---|---|---|---|---|
| 1985 | 432.95 | 1994 | 28005.32 | 2003 | 64345.06 | 2012 | 110100.00 |
| 1986 | 1224.48 | 1995 | 37928.01 | 2004 | 69470.86 | 2013 | 112842.15 |
| 1987 | 3178.78 | 1996 | 40909.60 | 2005 | 73979.92 | 2014 | 117000.00 |
| 1988 | 9406.62 | 1997 | 41347.59 | 2006 | 81205.39 | 2015 | 117524.96 |
| 1989 | 17171.79 | 1998 | 41777.98 | 2007 | 87588.25 | 2016 | 116784.45 |
| 1990 | 14191.81 | 1999 | 40766.08 | 2008 | 102000.00 | 2017 | 117499.68 |
| 1991 | 17388.91 | 2000 | 54000.04 | 2009 | 96300.38 | 2018 | 95254.95 |
| 1992 | 27603.17 | 2001 | 41270.66 | 2010 | 106800.00 | 2019 | 96459.42 |
| 1993 | 29343.16 | 2002 | 59598.25 | 2011 | 106800.00 | 2020 | 44017.26 |

**SUMMARY MQGE EARNINGS FOR YEARS REQUESTED**

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|---|---|---|---|---|---|---|---|
| 2008 | 8460.00 | 2010 | 5909.95 | 2012 | 767.76 | 2014 | 5726.02 |
| 2009 | .00 | 2011 | 17178.77 | 2013 | .00 | | |
| | | 2011 | 17178.77 | | | | |

**REMARKS**

CLAIMS ACTIVITY--SEE MBR

**Lincoln/Gilmore 0292**

UNEMPLOYMENT INSURANCE    Date: 01/27/2022    SSN:

**EXHIBIT NO. 3D**
**PAGE: 1 OF 2**

**QUARTER PAID:** 4TH/2020
**NAME (F,MI,L):** MICHAEL F GILMORE    **NAME/SSN VERIFIED:** Y
**UNEMPLOYMENT AMOUNT:** $1925
**MAILED TO:** 400 KENNY BROOK LN
**CITY ST ZIP:** GREENBACK, TN 37742-4083
**PAYER STATE:** TN    **REPORT PROCESSED:** 2021-01-04

**QUARTER PAID:** 3RD/2020
**NAME (F,MI,L):** MICHAEL F GILMORE    **NAME/SSN VERIFIED:** Y
**UNEMPLOYMENT AMOUNT:** $8375
**MAILED TO:** 400 KENNY BROOK LN
**CITY ST ZIP:** GREENBACK, TN 37742-4083
**PAYER STATE:** TN    **REPORT PROCESSED:** 2020-10-01

**QUARTER PAID:** 2ND/2020
**NAME (F,MI,L):** MICHAEL F GILMORE    **NAME/SSN VERIFIED:** Y
**UNEMPLOYMENT AMOUNT:** $4375
**MAILED TO:** 400 KENNY BROOK LN
**CITY ST ZIP:** GREENBACK, TN 37742-4083
**PAYER STATE:** TN    **REPORT PROCESSED:** 2020-07-01

NEW HIRE INFORMATION    Date: 01/27/2022

NO NEW HIRE REPORT.

WAGE INFORMATION    Date: 01/27/2022    SSN:

**QUARTER PAID:** 2ND/2021
**NAME (F,MI,L):** MICHAEL F GILMORE    **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $36    **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI    **REPORT PROCESSED:** 2021-10-04

**QUARTER PAID:** 1ST/2021
**NAME (F,MI,L):** MICHAEL F GILMORE    **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $3714    **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI    **REPORT PROCESSED:** 2021-07-12

**QUARTER PAID:** 4TH/2020
**NAME (F,MI,L):** MICHAEL F GILMORE    **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $1768    **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI    **REPORT PROCESSED:** 2021-04-01

**QUARTER PAID:** 3RD/2020
**NAME (F,MI,L):** MICHAEL F GILMORE    **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $708    **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI    **REPORT PROCESSED:** 2021-01-04

**QUARTER PAID:** 2ND/2020
**NAME (F,MI,L):** MICHAEL F GILMORE    **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $19407    **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI    **REPORT PROCESSED:** 2020-10-02

**QUARTER PAID:** 1ST/2020
**NAME (F,MI,L):** MICHAEL F GILMORE    **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $28606    **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC

**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI
**REPORT PROCESSED:** 2020-07-01

**EXHIBIT NO. 3D**
**PAGE: 2 OF 2**

---

**QUARTER PAID:** 4TH/2019
**NAME (F,MI,L):** MICHAEL F GILMORE
**NAME/SSN VERIFIED:** Y
**WAGES PAID:** $28071
**EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI
**REPORT PROCESSED:** 2020-04-03

---

**Lincoln/Gilmore 0294**

NH NAME MICHAEL GILMORE SN: PG 001+
INPUT 01/27/22 DO:X51 UNIT:ODAR DERO MOD:05
RUN DATE 01/27/22 V:05/03/19
CONTROL

EVENT ICERS EARNINGS RECORD
TID CERTIFIED EARNINGS RECORD
ALERTS NH HAS 30 DIS EX YOC'S FOR NONCOVERED PENSION PIA
PRIOR CLAIM DATA DOES NOT EXIST ON DRAMS
POSSIBLE INCOMPLETES 2020
NH HAS 30 YOC'S FOR NONCOVERED PENSION PIA
FILING DATE USED BY SYSTEM EQUALS ONSET DATE
INFORMTNL DISABILITY EXCLUSION FULLY INSURED STATUS MET
DISABLED NH IS FULLY INSURED RIB
DISABILITY NON-EXCLUSION FULLY INSURED STATUS MET
DISABILITY NON-EXCLUSION 20/40 INSURED TEST MET
DISABILITY EXCLUSION 20/40 INSURED TEST MET
NO RECOMPUTATION INCREASE - JAN 2021
PRIOR CLAIM STATUS - A
ID INFO REQ NAME:GILMOR REQ SEX:M REQ DATE OF BIRTH:(
DATES DATE OF ONSET:05/08/2020
DIB INPUT MBR/INPUT DATA
ONSET:05/08/2020 DENIAL/DISALLOWANCE:H1
INS STAT DISABILITY: EXCL REQ QC:28 EXCL HAS:040
NON-EXCL REQ QC:28 NON-EXCL HAS:040 DIS DLI:12/25
OTHER: FIRST INSURED:04/15
TOT COV SSA QC
1937 THRU 1950 QC: 0
WAGE QC AFTER 1946: 139 WAGE QC AFTER 1950: 139
SE QC:NONE AG QC:NONE
TOT EARN SSA
TOT AFTER 1936: 2221517.93
TOT AFTER 1950: 2221517.93

COMPUTATIONAL YEARLY EARNINGS

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39600 | 410 | 85 | CNNN | 432.95 | | 1342.04 | | | | | |
| 42000 | 440 | 86 | CCNN | 1224.48 | | 3686.19 | | | | | |
| 43800 | 460 | 87 | CCCC | 3178.78 | | 8995.74 | | | | | |
| 45000 | 470 | 88 | CCCC | 9406.62 | | 25370.58 | | | | | |
| 48000 | 500 | 89 | CCCC | 17171.79 | | 44550.09 | | | | | |
| 51300 | 520 | 90 | CCCC | 14191.81 | | 35193.27 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 53400 | 540 | 91 | CCCC | 17388.91 | | 41572.31 |
| 55500 | 570 | 92 | CCCC | 27603.17 | | 62758.36 |
| 57600 | 590 | 93 | CCCC | 29343.16 | | 66145.52 |
| 60600 | 620 | 94 | CCCC | 28005.32 | | 61479.70 |
| 61200 | 630 | 95 | CCCC | 37928.01 | H | 80053.98 |
| 62700 | 640 | 96 | CCCC | 40909.60 | H | 82321.22 |
| 65400 | 670 | 97 | CCCC | 41347.59 | L | 78615.30 |



NH NAME MICHAEL GILMORE SN: PG 002

INPUT 01/27/22 DO:X51 UNIT:ODAR DERO MOD:05

COMPUTATIONAL YEARLY EARNINGS

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68400 | 700 | 98 | CCCC | 41777.98 | L | 75482.93 | | | | | |
| 72600 | 740 | 99 | CCCC | 40766.08 | | 69766.69 | | | | | |
| 76200 | 780 | 00 | CCCC | 54000.04 | H | 87572.42 | | | | | |
| 80400 | 830 | 01 | CCCC | 41270.66 | | 65369.56 | | | | | |
| 84900 | 870 | 02 | CCCC | 59598.25 | H | 93461.75 | | | | | |
| 87000 | 890 | 03 | CCCC | 64345.06 | H | 98497.86 | | | | | |
| 87900 | 900 | 04 | CCCC | 69470.86 | H | 101620.22 | | | | | |
| 90000 | 920 | 05 | CCCC | 73979.92 | H | 104396.08 | | | | | |
| 94200 | 970 | 06 | CCCC | 81205.39 | H | 109556.68 | | | | | |
| 97500 | 1000 | 07 | CCCC | 87588.25 | H | 113038.12 | | | | | |
| 102000 | 1050 | 08 | CCCC | 102000.00 | H | 128677.28 | | | | | |
| 106800 | 1090 | 09 | CCCC | 96300.38 | H | 123347.13 | | | | | |
| | 1120 | 10 | CCCC | 106800.00 | H | 133637.14 | | | | | |
| | 1120 | 11 | CCCC | 106800.00 | H | 129577.06 | | | | | |
| 110100 | 1130 | 12 | CCCC | 110100.00 | H | 129536.02 | | | | | |
| 113700 | 1160 | 13 | CCCC | 112842.15 | H | 131086.78 | | | | | |
| 117000 | 1200 | 14 | CCCC | 117000.00 | H | 131257.73 | | | | | |
| 118500 | 1220 | 15 | CCCC | 117524.96 | H | 127413.88 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1260 | 16 | CCCC | 116784.45 | H | 125196.33 |
| 127200 | 1300 | 17 | CCCC | 117499.68 | H | 121758.44 |
| 128400 | 1320 | 18 | CCCC | 95254.95 | H | 95254.95 |
| 132900 | 1360 | 19 | CCCC | 96459.42 | H | 96459.42 |
| 137700 | 1410 | 20 | CCCC | 44017.26 | | 44017.26 |
| 142800 | 1470 | 21 | NNNN | | | |
| 147000 | 1510 | 22 | NNNN | | | |

COMP DATA DI - COMP TYPE:NS 78 DIS EX AIME: $9050.00

EFF DATE:11/20 PIA:$2897.70 PIFC:L FAM MAX: $4346.50

EFF DATE:12/20 PIA:$2935.30 PIFC:L FAM MAX: $4403.00

EFF DATE:12/21 PIA:$3108.40 PIFC:L FAM MAX: $4662.70

START BASE YEAR/START DATE:1951 LAST BASE YEAR/CLOSE DATE:2019

DIVIDEND:$2497818.72 DM:276 DOY:5 YOC: I/Y: ELG YR:2020

TRIAL COMPUTATIONS: NS 78 $3108.40 SP MIN $950.80 NS 78R $3108.40 NS 78R DIS EX $3108.40

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Michael Gilmore

Office of Hearings Operations
135 Circle Lane
Knoxville, TN 37919-9998
Tel: (877)692-3141

January 27, 2022

Sean Sullivan
Brown & Brown Advocator Group
300 N. Beach Street
Daytona Beach, FL 32114-3304

Dear Sean Sullivan:

The above named claimant has filed a request for a Social Security hearing, and the record shows that you are representing this person.

Proposed exhibits in the above referenced file are now ready for your review. Please log into http://ssa.gov/ar/ to view the proposed exhibits which are shown in the exhibit list tab. Further processing of this case requires the following actions on your part:

1. It is the claimant's responsibility to provide medical evidence showing that he/she has an impairment(s) and how severe it is during the time he or she alleges disability. In order to expedite processing of this claim, you should submit the following information:

    a. All medical records *(not duplicates)* from one year prior to the alleged onset date to the present and any other relevant medical, school or other records not already in file. Please refer to your client's electronic folder to avoid submitting duplicate records.

    b. Completed Recent Medical Treatment, Medications and Work Background questionnaires, and signed Authorization to Release Information (enclosed).

Form HA-L56 (05-2011)

See Next Page

2. Advise us when all relevant evidence is up-to-date and the case is ready to be scheduled.

Please submit all evidence using one of the three electronic methods:

1. Fax using the enclosed barcode to the FECS server number (877)435-0335,
2. ARS (Appointed Representative Services) website or
3. Contract Scanner **(Note: Please do not send original documents directly to the contract scanner as they will not be returned.)**

   Knoxville, TN OHO
   P. O. Box 8862
   London, KY 40742-8862

As soon as you submit the foregoing, we will review your case to determine if we can make a fully favorable decision without holding a hearing. If we cannot make a decision on the record, we will schedule your case for hearing. Therefore, it is to your advantage to submit your evidence as soon as possible.

If you have any questions, please contact the number listed above.

Sincerely,

Eileen H. Taylor
Hearing Office Director

Enclosures:
HA-4631 (Claimant's Recent Medical Treatment)
HA-4632 (Claimant's Medications)
HA-4633 (Claimant's Work Background)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Michael Gilmore

Form HA-L56 (05-2011)

Social Security Administration

Form Approved
OMB No.0960-0292

# CLAIMANT'S RECENT MEDICAL TREATMENT

A. To be completed by hearing office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your |
|---|---|---|
| Michael Gilmore | (Leave blank if same as claimant) | case up-to-date was: January 11, 2022 |

B. To be completed by claimant

## PLEASE PRINT

**Please Answer the Following Questions:**

(1) Have you been treated or examined by a doctor (other than a doctor at a hospital) since the above date? ☐ Yes ☐ No

*(If yes, please list the name, addresses and telephone numbers of doctors who have treated or examined you since the above date. Also list dates of treatment or examination. If possible, send updated reports from these doctors to the Administrative Law Judge prior to the date of your hearing.)*

| DOCTORS' NAME(S) | ADDRESS(ES) & TELEPHONE NO.(S) | DATE(S) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

(2) What have these doctors told you about your condition?

(3) Have you been hospitalized since the above date? ☐ Yes ☐ No

*(If yes, please list the name and address of the hospital. Also explain why you were hospitalized and what treatment you received.)*

| Name of Hospital | Address of Hospital (Include ZIP Code) |
|---|---|
| | |

Reason for hospitalization:

Treatment received:

Form **HA-4631** (8-1996) ef (9-2012)
Issue Old Stock

If more space is needed,
use additional sheets.

RQID:000000000000000303083549 SITE:X51 DR:S
SSN: DOCTYPE:3040 RF:D CS:6d6a

## Privacy Act Statement

### Collection and Use of Personal Information

Sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (C) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed or could result in denial of the claim.

We will use the information to determine eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his or her affairs or his or her eligibility for or entitlement to benefits under the Social Security program when the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual, and it concerns his or her eligibility for benefits under the Social Security program; and

2. To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, and 60-0320, entitled Electronic Disability (eDIB) Claim File. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy/sorn.html.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form **HA-4631** (8-1996) ef (9-2012)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No.0960-0289

# CLAIMANT'S MEDICATIONS

A. To be completed by Hearing Office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) (Leave blank if same as claimant) | The last time we brought your case up-to-date was: |
|---|---|---|
| Michael Gilmore | | January 11, 2022 |

B. To be completed by the claimant

## PLEASE PRINT

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESCRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

Form **HA-4632** (2-1994) ef (10-2012)
Use Until Stock Is Exhausted

RQID:0000000000000000303083551 SITE:X51 DR:S
SSN: DOCTYPE:3045 RF:D CS:859e

If more space is needed, use additional sheets.

## Privacy Act Statement

### Collection and Use of Personal Information

Sections 205, 223, 702, 1614, 1631, and 1869 of the Social Security Act, as amended allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from re-evaluating the decision on your claim.

We will use the information to determine your eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To representative payees, when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting the Social Security Administration in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees; and

2. To applicants, claimants, prospective applicants or claimants, other than the data subject, their authorized representatives or representative payees to the extent necessary to pursue Social Security claims and to representative payees when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting SSA in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to*: *SSA*, *6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form **HA-4632** (2-1994) ef (10-2012)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No.0960-0300

# CLAIMANT'S WORK BACKGROUND

A. To be completed by Hearing Office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) (Leave blank if same as claimant) | The last time we brought your case up-to-date was: |
|---|---|---|
| Michael Gilmore | | January 11, 2022 |

B. To be completed by the claimant

## PLEASE PRINT

Start with your most recent job, and list that and any work performed within the past 15 years.

| DATE OF EMPLOYMENT (APPROXIMATELY) | NAME OF EMPLOYER AND LOCATION OF EMPLOYMENT | DUTIES PERFORMED |
|---|---|---|
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |

Form **HA-4633** (2-1994) ef (10-2012)
Issue Old Stock

If more space is needed,
use additional sheets.

RQID:0000000000000000303083553 SITE:X51 DR:S
SSN: DOCTYPE:3050 RF:D CS:bf34

**Lincoln/Gilmore 0304**

**Privacy Act Statement**

**Collection and Use of Personal Information**

Sections 205(a), 702, 1631 (e) and 1869(b)(1)(C) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failure to provide all or part of the information may prevent us from making an accurate and timely decision on your eligibility for disability benefits.

We will use this information to determine your eligibility for receiving disability benefits. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his/her affairs or his/her eligibility for or entitlement to benefits under the Social Security program when the individual is unable to provide information being sought. An individual is considered to be unable to provide certain types of information when: he/she is incapable or of questionable mental capability; he/she cannot read or write; he/she cannot afford the cost of obtaining the information; he/she has a hearing impairment, and is contacting SSA by telephone through a telecommunications relay system operator; a language barrier exists; or the custodian of the information will not, as a matter of policy, provide it to the individual; or the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual; and it concerns one or more of the following: his/her eligibility for benefits under the Social Security program; the amount of his/her benefit payment; or any case in which the evidence is being reviewed as a result of suspected abuse or fraud, concern for program integrity, or for quality appraisal or evaluation and measurement activities.

2. To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System; and 60-0320, entitled Electronic Disability Claim File. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213.** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form **HA-4633** (2-1994) ef (10-2012)

**WHOSE** *Records to be Disclosed*

Form Approved
OMB No. 0960-0623

| | |
|---|---|
| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
| SSN | Birthday *(mm/dd/yy)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records;*** **also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)** ***including***, **and not limited to :**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- **All medical sources (**hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL authorizing disclosure**

**SIGN ▶**

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)**

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| | | | |
|---|---|---|---|
| Date Signed | Street Address | | |
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

**SIGN ▶**

IF needed, second witness sign here (e.g., if signed with "X" above)
**SIGN ▶**

| | |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** You can find your local Social Security office through SSA's website at **www.socialsecurity.gov.** Offices are also listed under U.S. Government agencies in your telephone directory **or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to*: *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

▲ INSERT THIS END FIRST ▲

**Please include this barcode cover sheet as the first page of each set of documents returned.**

**Fax the evidence to this fax number:**

**(877)435-0335**

RQID:000000000000000303083559 SITE:X51 DR:S
SSN: DOCTYPE:5032 RF:D CS:dc58

**Claimant: Michael Gilmore**
**SSN:**

**Lincoln/Gilmore 0308**

ICLM SUMMARY DECEMBER 4, 2020
THIRD PARTY UNSIGNED APPLICATION
Your information was received on December 4, 2020 at 2:16:04 PM.

Identification

Applicant Identification
Name: Michael Gilmore
Social Security Number:
Date of Birth:
Gender: Male
Blind or low vision: No
Disabled: Yes
Start Date of Disability: May 8, 2020
Denied Benefits in Last 60 days: No
Diagnosed with condition that is expected to end in death: No

Preparer's Contact Information
Name: Sean Sullivan
Relationship to Applicant: Non-Attorney Representative
Organization Name: The Advocator Group
Address: 101 Edgewater Dr, Suite 260, Wakefield, Massachusetts, 01880
Phone: (877) 261-1947

Applicant's Contact Information

Contact Information
Mailing Address:
Reside at this address: Yes
Phone: Mobile
Best time to call: Anytime between 9 a.m. and 5 p.m.

Ability to Communicate in English
Speak English: Yes
Read English: Yes
Write English: Yes

Language Preferences
Preferred language for speaking: English
Preferred language for reading: English

Birth and Citizenship Information
Place of Birth: Lumberton, North Carolina
U.S. Citizen: Yes
Type of Citizenship: US citizen born inside US

Other Social Security Numbers and Names

Other Social Security Numbers
Any other Social Security Numbers used: No

Other Names
Any other names used: No

General

Marriage Information
Currently married: Yes
Spouse's Name: Lori Gilmore
Spouse's Social Security Number: UNKNOWN
Know Spouse's date of birth: Yes

Spouse's date of birth:
Date of Marriage: July 21, 1989
Place of Marriage: Dillion, South Carolina
Marriage Type: Married by Clergy or Public Official

Prior Marriages
Any prior marriages: No

Children
Have any children: Yes
Any children who became disabled prior to age 22: No
Any unmarried children under age 18: No
Any unmarried children aged 18 to 19 still attending elementary or secondary school (below college level) full time: No

Military Details
Military service prior to 1968: No

Employer Details
Worked for an employer in 2019: Yes
Worked or will work for an employer in 2020: Yes
Will work for an employer in 2021: No

Employer Details 1
Employer's name: Dow Chemical Co
Employer's address: 730 Dale Ave NW, Knoxville, Tennessee, 37921
Date employment began: January 2001
Date employment ended: May 2020
Employment has not ended: No

Self-Employment Details
Self-employed in 2019: No
Self-employed in 2020: No
Self-employed in 2021: No

Supplemental Information
Worked outside the US: No
Spouse worked outside the US: No
Agree with earnings history as shown on Social Security statement: Not sure or Michael Gilmore does not have a statement

Total Earnings
Total of all wages and tips in 2019: $89000
Worked outside the United States for salary, wages, or self-employment in 2019: No
Total of all wages and tips in 2020: $35000
Worked outside the United States for salary, wages, or self-employment in 2020: No
Total earnings include any special payments paid in one year but earned in another: No

Other Pensions/Annuities
Ever work in a job where U.S. Social Security taxes were not deducted or withheld: No
Spouse worked for the Railroad 5 years or more: No

Direct Deposit Details
Own or co-own a bank account to use for Direct Deposit: Yes
Account Type: Checking
Routing Number:
Account Number:

Other Benefits

Benefit Information
Intend to apply for Supplemental Security Income benefits: No
Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: No

Ability To Work
Illnesses, injuries, conditions related to work: No
Now able to work: No

Disability Payments
Filed or intend to file for workers' compensation or other public disability benefits: No
Received money from employer on/after date unable to work: Yes
Total amount received from employer: $3000
Type(s) of pay received: Vacation Pay
Expect to receive money from employer in the future: No

Dependents
Has one parent who receives one-half support: No

Remarks & Options

Remarks
The following are your remarks: Mr. Gilmore did not receive STD payments. Mr. Gilmore is receiving LTD payments of approximately $3600/month beginning 12/4/2020 to present. Claimant is not seeking SSI Benefits. Please note representation documents and fee agreement is forthcoming. SSA may verbally confirm the application with the claimant. Communication should go directly through our office but if immediate information is needed please contact the claimant directly.

SOCIAL SECURITY ADMINISTRATION
Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

February 02, 2022

Sean Patrick Sullivan
300 N Beach Street
Daytona Beach, FL 32114-3304

Dear Sean Patrick Sullivan:

The above named claimant has filed a request for a Social Security hearing, and the record shows that you are representing this person.

Proposed exhibits in the above referenced file are now ready for your review. Please log into http://ssa.gov/ar/ to view the proposed exhibits which are shown in the exhibit list tab. Further processing of this case requires the following actions on your part:

1. It is the claimant's responsibility to provide medical evidence showing that he/she has an impairment(s) and how severe it is during the time he or she alleges disability. In order to expedite processing of this claim, you should submit the following information:

    a. All medical records (*not duplicates*) from one year prior to the alleged onset date to the present and any other relevant medical, school or other records not already in file. Please refer to your client's electronic folder to avoid submitting duplicate records.

    b. Completed enclosed questionnaire(s), and signed Authorization to Release Information (enclosed).

2. Advise us when all relevant evidence is up-to-date and the case is ready to be scheduled.

Please submit all evidence using one of the three electronic methods:

1. Fax using the enclosed barcode to the FECS server number (877) 435-0335,
2. ARS (Appointed Representative Services) website or
3. Contract Scanner **(Note: Please do not send original documents directly to the contract scanner as they will not be returned.)**

    KNOXVILLE
    P. O. BOX 8862
    LONDON, KY 40742-8862

Form HA-L56 (05-2011)
Claimant

See Next Page

As soon as you submit the foregoing, we will review your case to determine if we can make a fully favorable decision without holding a hearing. If we cannot make a decision on the record, we will schedule your case for hearing. Therefore, it is to your advantage to submit your evidence as soon as possible.

If you have any questions, please contact the number listed above.

Sincerely,

Karen Moore
Hearing Office Director

Enclosures:
HA-4631 (Claimant's Recent Medical Treatment)
HA-4632 (Claimant's Medications)
HA-4633 (Claimant's Work Background)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Michael Gilmore

Form HA-L56 (05-2011)
Claimant

Social Security Administration

Form Approved
OMB No.0960-0292

# CLAIMANT'S RECENT MEDICAL TREATMENT

A. To be completed by hearing office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your |
|---|---|---|
| Michael Gilmore | (Leave blank if same as claimant) | case up-to-date was: November 16, 2021 |

B. To be completed by claimant

**PLEASE PRINT**

**Please Answer the Following Questions:**

(1) Have you been treated or examined by a doctor (other than a doctor at a hospital) since the above date? ☐ Yes ☐ No

*(If yes, please list the name, addresses and telephone numbers of doctors who have treated or examined you since the above date. Also list dates of treatment or examination. If possible, send updated reports from these doctors to the Administrative Law Judge prior to the date of your hearing.)*

| DOCTORS' NAME(S) | ADDRESS(ES) & TELEPHONE NO.(S) | DATE(S) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

(2) What have these doctors told you about your condition?

(3) Have you been hospitalized since the above date? ☐ Yes ☐ No

*(If yes, please list the name and address of the hospital. Also explain why you were hospitalized and what treatment you received.)*

| Name of Hospital | Address of Hospital (Include ZIP Code) |
|---|---|
| | |

Reason for hospitalization:

Treatment received:

Form **HA-4631** (8-1996) ef (9-2012)
Issue Old Stock

If more space is needed,
use additional sheets.

RQID:DCPS01282211394393004628 SITE:X51 DR:S
SSN: DOCTYPE:3040 RF:D CS:f37b

**Lincoln/Gilmore 0314**

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (C) of the Social Security Act, as amended, allows us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed or could result in denial of the claim.

We will use the information to determine eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his or her affairs or his or her eligibility for or entitlement to benefits under the Social Security program when the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual, and it concerns his or her eligibility for benefits under the Social Security program; and

2. To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, and 60-0320, entitled Electronic Disability (eDIB) Claim File. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy/sorn.html.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form **HA-4631** (8-1996) ef (9-2012)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No.0960-0289

# CLAIMANT'S MEDICATIONS

A. To be completed by Hearing Office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your case |
|---|---|---|
| Michael Gilmore | (Leave blank if same as claimant) | up-to-date was: November 16, 2021 |

B. To be completed by the claimant

## PLEASE PRINT

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESCRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

Form **HA-4632** (2-1994) ef (10-2012)
Use Until Stock Is Exhausted

If more space is needed,
use additional sheets.

RQID:DCPS01282211394399004628 SITE:X51 DR:S
SSN: DOCTYPE:3045 RF:D CS:229a

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205, 223, 702, 1614, 1631, and 1869 of the Social Security Act, as amended allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from re-evaluating the decision on your claim.

We will use the information to determine your eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To representative payees, when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting the Social Security Administration in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees; and

2. To applicants, claimants, prospective applicants or claimants, other than the data subject, their authorized representatives or representative payees to the extent necessary to pursue Social Security claims and to representative payees when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting SSA in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to*: *SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form***.

Form **HA-4632** (2-1994) ef (10-2012)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No.0960-0300

# CLAIMANT'S WORK BACKGROUND

A. To be completed by Hearing Office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your case |
|---|---|---|
| Michael Gilmore | (Leave blank if same as claimant) | up-to-date was: November 16, 2021 |

B. To be completed by the claimant

## PLEASE PRINT

Start with your most recent job, and list that and any work performed within the past 15 years.

| DATE OF EMPLOYMENT (APPROXIMATELY) | NAME OF EMPLOYER AND LOCATION OF EMPLOYMENT | DUTIES PERFORMED |
|---|---|---|
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |

Form **HA-4633** (2-1994) ef (10-2012)
Issue Old Stock

If more space is needed, use additional sheets.

RQID:DCPS01282211394456004628 SITE:X51 DR:S
SSN: DOCTYPE:3050 RF:D CS:3e76

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 702, 1631 (e) and 1869(b)(1)(C) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failure to provide all or part of the information may prevent us from making an accurate and timely decision on your eligibility for disability benefits.

We will use this information to determine your eligibility for receiving disability benefits. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his/her affairs or his/her eligibility for or entitlement to benefits under the Social Security program when the individual is unable to provide information being sought. An individual is considered to be unable to provide certain types of information when: he/she is incapable or of questionable mental capability; he/she cannot read or write; he/she cannot afford the cost of obtaining the information; he/she has a hearing impairment, and is contacting SSA by telephone through a telecommunications relay system operator; a language barrier exists; or the custodian of the information will not, as a matter of policy, provide it to the individual; or the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual; and it concerns one or more of the following: his/her eligibility for benefits under the Social Security program; the amount of his/her benefit payment; or any case in which the evidence is being reviewed as a result of suspected abuse or fraud, concern for program integrity, or for quality appraisal or evaluation and measurement activities.

2. To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System; and 60-0320, entitled Electronic Disability Claim File. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213.** *You may send comments on our time estimate above to: SSA, 6401Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form***

Form **HA-4633** (2-1994) ef (10-2012)

| **Whose Records to be Disclosed** | |
|---|---|
| NAME *(First, Middle, Last, Suffix)*<br>Michael Gilmore | |
| SSN | Birthday *(MM/DD/YYYY)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records: also education records and other information related to my ability to perform tasks. This includes Specific permission to release:***

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY**<br>**INDIVIDUAL authorizing disclosure Signature** | **IF not signed by subject of disclosure, specify basis for authority to sign**<br>☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)<br>(Parent/guardian/personal representative sign here if two signatures required by State law) |
|---|---|

| Date Signed | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| Signature | IF needed, second witness sign here (e.g., if signed with "X" above) |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

**Lincoln/Gilmore 0320**

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on your claim that could result in a denial or loss of benefits.

We will use the information you provide to determine your eligibility or continuing eligibility for benefits, and your ability to manage any benefits that you currently receive.

We may also share your information for the following purposes, called routine uses:

1. To State audit agencies for auditing State supplementation payments and Medicaid eligibility considerations;
2. To third party contracts where necessary to establish or verify information provided by representative payees or payee applicants; and
3. To Federal, State or local agencies for administering cash or non-cash income maintenance or health maintenance programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0089, entitled Claims Folders Systems; 60-0090, entitled Master Beneficiary Record; 60-0320, entitled Electronic Disability; and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING IN THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

SOCIAL SECURITY ADMINISTRATION
Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

February 02, 2022

Sean Patrick Sullivan
300 N Beach Street
Daytona Beach, FL 32114-3304

Dear Sean Patrick Sullivan:

The above named claimant has filed a request for a Social Security hearing, and the record shows that you are representing this person.

Proposed exhibits in the above referenced file are now ready for your review. Please log into http://ssa.gov/ar/ to view the proposed exhibits which are shown in the exhibit list tab. Further processing of this case requires the following actions on your part:

1. It is the claimant's responsibility to provide medical evidence showing that he/she has an impairment(s) and how severe it is during the time he or she alleges disability. In order to expedite processing of this claim, you should submit the following information:

   a. All medical records (*not duplicates*) from one year prior to the alleged onset date to the present and any other relevant medical, school or other records not already in file. Please refer to your client's electronic folder to avoid submitting duplicate records.

   b. Completed enclosed questionnaire(s), and signed Authorization to Release Information (enclosed).

2. Advise us when all relevant evidence is up-to-date and the case is ready to be scheduled.

Please submit all evidence using one of the three electronic methods:

1. Fax using the enclosed barcode to the FECS server number (877) 435-0335,
2. ARS (Appointed Representative Services) website or
3. Contract Scanner **(Note: Please do not send original documents directly to the contract scanner as they will not be returned.)**

   KNOXVILLE
   P. O. BOX 8862
   LONDON, KY 40742-8862

Form HA-L56 (05-2011)
Representative

See Next Page

As soon as you submit the foregoing, we will review your case to determine if we can make a fully favorable decision without holding a hearing. If we cannot make a decision on the record, we will schedule your case for hearing. Therefore, it is to your advantage to submit your evidence as soon as possible.

If you have any questions, please contact the number listed above.

Sincerely,

Karen Moore
Hearing Office Director

Enclosures:
HA-4631 (Claimant's Recent Medical Treatment)
HA-4632 (Claimant's Medications)
HA-4633 (Claimant's Work Background)
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))

cc: Michael Gilmore

Form HA-L56 (05-2011)
Representative

Social Security Administration

Form Approved
OMB No.0960-0292

# CLAIMANT'S RECENT MEDICAL TREATMENT

A. To be completed by hearing office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your case up-to-date was: |
|---|---|---|
| Michael Gilmore | (Leave blank if same as claimant) | November 16, 2021 |

B. To be completed by claimant

**PLEASE PRINT**

**Please Answer the Following Questions:**

(1) Have you been treated or examined by a doctor (other than a doctor at a hospital) since the above date? ☐ Yes ☐ No

*(If yes, please list the name, addresses and telephone numbers of doctors who have treated or examined you since the above date. Also list dates of treatment or examination. If possible, send updated reports from these doctors to the Administrative Law Judge prior to the date of your hearing.)*

| DOCTORS' NAME(S) | ADDRESS(ES) & TELEPHONE NO.(S) | DATE(S) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

(2) What have these doctors told you about your condition?

(3) Have you been hospitalized since the above date? ☐ Yes ☐ No

*(If yes, please list the name and address of the hospital. Also explain why you were hospitalized and what treatment you received.)*

| Name of Hospital | Address of Hospital (Include ZIP Code) |
|---|---|
| | |

Reason for hospitalization:

Treatment received:

Form **HA-4631** (8-1996) ef (9-2012)
Issue Old Stock

If more space is needed, use additional sheets.

RQID:DCPS01282211394411004628 SITE:X51 DR:S
SSN: DOCTYPE:3040 RF:D CS:38fe

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (C) of the Social Security Act, as amended, allows us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed or could result in denial of the claim.

We will use the information to determine eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his or her affairs or his or her eligibility for or entitlement to benefits under the Social Security program when the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual, and it concerns his or her eligibility for benefits under the Social Security program; and

2. To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, and 60-0320, entitled Electronic Disability (eDIB) Claim File. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy/sorn.html.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form **HA-4631** (8-1996) ef (9-2012)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No.0960-0289

# CLAIMANT'S MEDICATIONS

A. To be completed by Hearing Office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your case up-to-date was: |
|---|---|---|
| Michael Gilmore | (Leave blank if same as claimant) | November 16, 2021 |

B. To be completed by the claimant

## PLEASE PRINT

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESCRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

Form **HA-4632** (2-1994) ef (10-2012)
Use Until Stock Is Exhausted

If more space is needed, use additional sheets.

RQID:DCPS01282211394417004628 SITE:X51 DR:S
SSN: DOCTYPE:3045 RF:D CS:681d

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205, 223, 702, 1614, 1631, and 1869 of the Social Security Act, as amended allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from re-evaluating the decision on your claim.

We will use the information to determine your eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To representative payees, when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting the Social Security Administration in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees; and

2. To applicants, claimants, prospective applicants or claimants, other than the data subject, their authorized representatives or representative payees to the extent necessary to pursue Social Security claims and to representative payees when the information pertains to individuals for whom they serve as representative payees, for the purpose of assisting SSA in administering its representative payment responsibilities under the Act and assisting the representative payees in performing their duties as payees, including receiving and accounting for benefits for individuals for whom they serve as payees.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to*: *SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form***.

Form **HA-4632** (2-1994) ef (10-2012)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No.0960-0300

# CLAIMANT'S WORK BACKGROUND

A. To be completed by Hearing Office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your case up-to-date was: |
|---|---|---|
| Michael Gilmore | (Leave blank if same as claimant) | November 16, 2021 |

B. To be completed by the claimant

## PLEASE PRINT

Start with your most recent job, and list that and any work performed within the past 15 years.

| DATE OF EMPLOYMENT (APPROXIMATELY) | NAME OF EMPLOYER AND LOCATION OF EMPLOYMENT | DUTIES PERFORMED |
|---|---|---|
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |

Form **HA-4633** (2-1994) ef (10-2012)
Issue Old Stock

If more space is needed, use additional sheets.

RQID:DCPS0128221139442400462 8 SITE:X51 DR:S
SSN: DOCTYPE:3050 RF:D CS:7a35

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 702, 1631 (e) and 1869(b)(1)(C) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failure to provide all or part of the information may prevent us from making an accurate and timely decision on your eligibility for disability benefits.

We will use this information to determine your eligibility for receiving disability benefits. We may also share your information for the following purposes, called routine uses:

1. To third party contacts in situations where the party to be contacted has, or is expected to have, information relating to the individual's capability to manage his/her affairs or his/her eligibility for or entitlement to benefits under the Social Security program when the individual is unable to provide information being sought. An individual is considered to be unable to provide certain types of information when: he/she is incapable or of questionable mental capability; he/she cannot read or write; he/she cannot afford the cost of obtaining the information; he/she has a hearing impairment, and is contacting SSA by telephone through a telecommunications relay system operator; a language barrier exists; or the custodian of the information will not, as a matter of policy, provide it to the individual; or the data are needed to establish the validity of evidence or to verify the accuracy of information presented by the individual; and it concerns one or more of the following: his/her eligibility for benefits under the Social Security program; the amount of his/her benefit payment; or any case in which the evidence is being reviewed as a result of suspected abuse or fraud, concern for program integrity, or for quality appraisal or evaluation and measurement activities.

2. To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Act.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System; and 60-0320, entitled Electronic Disability Claim File. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213.** *You may send comments on our time estimate above to: SSA, 6401Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form***

Form **HA-4633** (2-1994) ef (10-2012)

| **Whose Records to be Disclosed** | |
|---|---|
| NAME *(First, Middle, Last, Suffix)*<br>Michael Gilmore | |
| SSN | Birthday *(MM/DD/YYYY)* |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** ***All my medical records: also education records and other information related to my ability to perform tasks. This includes Specific permission to release:***

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**
- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY**<br>**INDIVIDUAL authorizing disclosure Signature** | **IF not signed by subject of disclosure, specify basis for authority to sign**<br>☐ Parent of minor ☐ Guardian ☐ Other personal representative (explain)<br>(Parent/guardian/personal representative sign here if two signatures required by State law) |
|---|---|

| | | | |
|---|---|---|---|
| Date Signed | Street Address | | |
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| | |
|---|---|
| Signature | IF needed, second witness sign here (e.g., if signed with "X" above) |
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on your claim that could result in a denial or loss of benefits.

We will use the information you provide to determine your eligibility or continuing eligibility for benefits, and your ability to manage any benefits that you currently receive.

We may also share your information for the following purposes, called routine uses:

1. To State audit agencies for auditing State supplementation payments and Medicaid eligibility considerations;
2. To third party contracts where necessary to establish or verify information provided by representative payees or payee applicants; and
3. To Federal, State or local agencies for administering cash or non-cash income maintenance or health maintenance programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0089, entitled Claims Folders Systems; 60-0090, entitled Master Beneficiary Record; 60-0320, entitled Electronic Disability; and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement**
This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING IN THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

**COVID-19 Public Health Emergency Hearing Agreement Form**

| | |
|---|---|
| Claimant's Name: Michael Gilmore | |
| Social Security Number: | |
| Wage Earner: | |
| Representative's Name (if any): Sean Sullivan | |

At this time, due to the COVID-19 national public health emergency, we are conducting hearings only by telephone and by online video using Microsoft Teams. We will only conduct a hearing by telephone or online video if you agree to appear in that manner. If you agree to appear by online video, your representative must also formally agree to appear in that manner.

Please indicate below whether you voluntarily agree to appear at your hearing by telephone or by online video. If you agree to appear by telephone and by online video, we will determine whether to hold your hearing by telephone or by online video. If you do not agree to appear by telephone or by online video, we will delay scheduling your hearing, or, if already scheduled, we will postpone your hearing until we reopen our offices.

☑ **I agree to a telephone hearing. Please provide the following information for how we can contact you on the day of the hearing:**

**Your telephone number on day of hearing:** ____

**Representative's telephone number on day of hearing:** Will be forthcoming

☐ **I do not agree to a telephone hearing. I understand that by selecting this option, my hearing may be delayed.**

☐ **I agree to an online video hearing using Microsoft Teams. Please provide the following information for how we can contact you about the hearing:**

**Your Email Address:** ____________________ **Your Cell Phone Number:** ____________________

**Representative's Email Address:** ____________________ **Representative's Cell Phone Number:** ____________________

☑ **I do not agree to an online video hearing. I understand that by selecting this option, my hearing may be delayed.**

Claimant

**Lincoln/Gilmore 0332**

**<u>If your contact information changes or if you have questions, please call the Hearing Office at the telephone number on the COVID-19 Public Health Emergency Hearing Changes notice associated with this form.</u>**

Additional Comments:________________________________________

| Your Signature: | Date: |
|---|---|

☑ **I represent the claimant whose name appears above. I have consulted with the claimant, and the selection on this form accurately represents his or her voluntary determinations, as well as my voluntary determinations.**

| Representative Signature: | Date: |
|---|---|
| Sean Sullivan, Representative | 02/02/2022 |

Claimant

Social Security Administration OMB Control No. 0960-0671

# COVID-19 Remote Hearing Agreement Form

| | |
|---|---|
| Claimant's Name: Michael Gilmore | |
| Social Security Number: | |
| Wage Earner: | |
| Representative's Name (if any): Sean Patrick Sullivan | RQID:DCPS01122212155293004628 SITE:X51 DR:S<br>SSN: DOCTYPE:1099 RF:D CS:724f |

At this time, due to the COVID-19 national public health emergency, we are conducting some hearings by telephone and by online video using Microsoft Teams. We will only conduct a hearing by telephone or online video if you agree to appear in that manner. If you agree to appear by online video, your representative must also formally agree to appear in that manner.

Please indicate below whether you voluntarily agree to appear at your hearing by telephone or by online video. If you agree to appear by telephone and by online video, we will determine whether to hold your hearing by telephone or by online video. If you do not agree to appear by telephone or by online video, we will delay scheduling your hearing, or, if already scheduled, we will postpone your hearing until we reopen our offices.

**Telephone Hearing Options: Please check one**

**[ ✓ ] I agree to a telephone hearing. Please provide the following information for how we can contact you on the day of the hearing:**

**Your telephone number on day of hearing:**

**Representative's telephone number on day of hearing: ______________**

**[ ] I do not agree to a telephone hearing. I understand that by selecting this option, my hearing may be delayed.**

**Online Video Hearing Options: Please check one**

**[ ] I agree to an online video hearing using Microsoft Teams. Please provide the following information for how we can contact you about the hearing:**

**Your Email Address:** ______________________ **Your Cell Phone Number:** ______________________

**Representative's Email Address:** ______________________ **Representative's Cell Phone Number:** ______________________

**[ ] I do not agree to an online video hearing. I understand that by selecting this option, my hearing may be delayed.**

See Next Page

**If your contact information changes or if you have questions, please call the Hearing Office at the telephone number on the COVID-19 Remote Hearing Options notice associated with this form.**

Additional Comments:

| Your Signature: Michael A. Gilmore | Date: 2-28-2022 |
|---|---|

[ ] **I represent the claimant whose name appears above. I have consulted with the claimant, and the selection on this form accurately represents his or her voluntary determinations, as well as my voluntary determinations.**

| Representative Signature: | Date: |
|---|---|

**Lincoln/Gilmore 0335**

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: March 18, 2022 **RP ID:** 9051953

Client Name: Brown & Brown Absence Services Grp

Req. By: Wanda Bethune
wbethune@bbabsence.com

**Patient Information**

Name: Gilmore, Michael F

D.O.B.: Policy/Cert: a124P00000VxGXWQA3

Special Requirements:
ALL RECORDS "Please provide all medical records from Dr Bruce Hairston. Records are needed for Social Security Disability Benefits hearing. Thank you!"

**Provider Information**

Provider: EAST TENNESSEE MEDICAL GROUP
266 JOULE ST
ATTN: MEDICAL RECORDS
ALCOA, TN 37701

Phone: (865) 268-1350 Fax: (865) 380-1986

**Electronic Order Data (If Applicable)**

Patient Name: Gilmore, Michael F
Patient DOB:
Patient SSN:
Policy Number: a124P00000VxGXWQA3
ID2:
ID3: a0R4P00000MwFN9UAN
Provider Data: Dr Bruce Hairston
266 Joule St

Alcoa, TN 37701
Michael

**Lincoln/Gilmore 0336**

East Tennessee Medical Group
A member of the Blount Memorial Physicians Group
266 Joule Street • Alcoa, TN 37701
865-984-3864 • 865-380-4095 *fax*

MICHAEL FRANCIS GILMORE

02/23/2022 12:30 PM
Interventional Pain Management Office Visit
Bruce M. Hairston MD

This 51 year old male presents for Neuropathy.

## History of Present Illness:

1. Neuropathy

Mr. Michael Gilmore, 51 year old male, presents today complaining of neuropathy. He states that from the top of his shins through the feet is a nonstop excruciating pain. He states his average pain is 6-7/10. He states that he has been experiencing this pain for 3 years, however, it has gotten worse within the last year. He was climbing 3-4 stories of stairs at work and was having severe pain. He states that he noticed when he was walking long distances, he would begin to drift while walking to one side or the other and compensated by walking up against a wall. He states that his pain was really affecting his ability to work and had a fall at work due to pain in his legs and feet and losing his balance. At that point he decided to go to his PCP, Dr. Barber, who diagnosed him with diabetes and peripheral neuropathy in December of 2018. He states that his blood sugar and A1C is now under control. He was also diagnosed with sleep apnea in 2018 and he is still currently using his cpap machine which he states does help with his apnea, but he is unable to get comfortable due to the sensations in his legs and feet. He admits to numbness and tingling in his feet and shins and states that he has been unable to feel his feet for a long while now. He states that he has severely limited his social lifestyle due to his pain. He denies abnormal bowel and bladder abnormalities as well as progressive muscle weakness.

Review of systems: Per HPI, otherwise unremarkable

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |

| | |
|---|---|
| Depression | MAB 02/01/2018 - |
| Sinus infection | MAB 02/01/2018 - |
| | MAB 02/01/2018 - |
| type 2 diabetes | SKC 01/23/2019 - |
| Peripheral nerve disease | |
| OSA | |
| fibromyalgia | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Diabetes | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Anxiety | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Mental illness | | N |
| Mother | | | | Diabetes mellitus | | N |
| Mother | | | | Cardiovascular disease | | N |
| Mother | | | | Kidney failure | | N |
| Mother | | | | Cancer, unknown | | N |
| Mother | | | | Chemical Dependency | | N |
| Sister | | | | Mental illness | | N |

## Current Tobacco Status

Tobacco use reviewed.
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Tobacco use reviewed.
Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Smoking Status**

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Lyrica 150 mg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Hema/Lymph | Positive | Easy bleeding, Easy bruising, Lymphadenopathy. |
| Endocrine | Positive | Cold intolerance, Heat intolerance. |
| MS | Positive | Back pain, Joint pain, Muscle weakness, Neck pain. |
| Cardio | Positive | Edema. |
| Allergic/Immuno | Positive | Seasonal allergies. |
| ENMT | Positive | Hearing loss, Tinnitus, Vertigo, Nasal Cong., Decreased Smell. |
| Psych | Positive | Anxiety, Depression, Insomnia. |
| Integumentary | Positive | Brittle nails, Hair loss, Pruritus. |
| GI | Positive | Abdominal pain, Constipation, Diarrhea, Nausea, Vomiting. |
| Neuro | Positive | Dizziness. |

All other review of systems are negative.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:46 PM | 142/100 | 82 | | | 6.0 | 1.00 | 263.00 | | 34.70 | | 97 | Victoria L. McCarter, LPN |

Pain Scale

| Time | Pain Score | Method | HAQ Score | Measured By |
|---|---|---|---|---|
| 12:46 PM | 8/10 | Numeric Pain Intensity Scale | | Victoria L. McCarter, LPN |

## Physical Exam

General: The patient is a well-developed well-nourished 51-year-old male, with appropriate grooming and in no acute distress. Alert and oriented to person, place, and time.

Psych: Mood is appropriate and affect is normal.

Skin: Warm and dry. In regard to lower extremities, no apparent rashes, lesions, or signs of infection. Shiny skin with loss of hair and dusky red/purple hue noted over bilateral shins.

HEENT: The patient is normocephalic and atraumatic. Conjunctiva are clear.

Neck: Neck is supple. Trachea is midline.

Respiratory: Respirations regular, symmetric and unlabored.

Cardiovascular: 2+ radial and dorsalis pedis pulses with normal rhythm.

Lower Extremity Exam: Mild atrophy of the calf muscles bilaterally. Active range of motion of the knees, hips, and ankles are within functional limits.

Neurological: Coordination is normal. Gait is normal. Strength is 5/5 throughout lower extremities bilaterally. Proprioception in lower extremities severely impaired at the toes and mildly impaired at the ankles. Significantly impaired pinprick sensation testing bilaterally. Bilateral vibratory testing at the lateral malleoli is significantly impaired. Symmetric 1- patellar and absent Achilles bilaterally.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | DM type 2 with diabetic peripheral neuropathy (E11.42). |
| | Impression | Mr. Michael Gilmore is a 51-year-old Caucasian gentleman here today with severe peripheral neuropathy of the lower limbs. The patient would be an appropriate candidate for spinal cord stimulator trial given aforementioned. This would more than likely significantly change the patient's lifestyle. He currently states that due to the severity of pain he has significantly reduced the social line and activities. Having a reduction in neuropathic pain may actually increase his activity as well as his social life and allow him further benefit in better control of his blood sugar because of increased activity levels. I have described the process to the patient and he is definitely amenable to moving forward, hence, we will order an MRI of the thoracic and lumbar spine without contrast and order to establish whether he is an appropriate candidate for the trial the patient will return once he has had the study is complete. We will also order the psych eval which is necessary to move forward with the stim trial. |
| | Patient Plan | –MRI of the thoracic and lumbar spine without contrast.<br>–Psych eval.<br>–Once everything is in order we will move forward with the stimulator trial, as discussed with the patient |

Plan Orders Further diagnostic evaluations ordered today include(s) MRI Lumbar Spine W/O Contrast to be performed and MRI Thoracic Spine W/O Contrast to be performed.

*Document generated by: Bruce M. Hairston 02/24/2022 06:00 AM*

Encounter submitted for review by Mariah Shyanne Hall Phillips PA-C on 02/23/2022 1:26 PM.

*Electronically signed by: Bruce M. Hairston MD 02/24/2022 06:00 AM*

Electronically signed by Bruce M. Hairston MD on 02/24/2022 06:00 AM

# Quality Assurance Report

## Request Information

Report Date: March 18, 2022

**RP ID:** 9051953

Patient Name: Gilmore, Michael F

Provider Name: EAST TENNESSEE MEDICAL GROUP

## Quality Assurance Information

Scope Requested: **From February 1, 2022 to Present**

Special Request:

ALL RECORDS "Please provide all medical records from Dr Bruce Hairston. Records are needed for Social Security Disability Benefits hearing. Thank you!"

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ISLEO

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: March 18, 2022 **RP ID:** 9051952

Client Name: Brown & Brown Absence Services Grp

Req. By: Wanda Bethune
wbethune@bbabsence.com

**Patient Information**

Name: Gilmore, Michael F

D.O.B.: Policy/Cert: a124P00000VxGXuQAN

Special Requirements:
ALL RECORDS "Please provide all medical records from Blount Memorial Family Care. Records are needed for Social Security Disability Benefits hearing. Thank you!"

**Provider Information**

Provider: BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DR
ATTN: MEDICAL RECORDS
MARYVILLE, TN 37801

Phone: (865) 342-8100 Fax: (865) 342-8110

**Electronic Order Data (If Applicable)**

Patient Name: Gilmore, Michael F
Patient DOB:
Patient SSN:
Policy Number: a124P00000VxGXuQAN
ID2:
ID3: a0R4P00000MwFN9UAN
Provider Data: Blount Memorial Family Care
720 Foothills Mall Dr

Maryville, TN 37801
Michael

**Lincoln/Gilmore 0343**

**Blount Memorial**
Physicians Group

Family Medicine
720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

11/16/2021 09:45 AM
Office Visit
Christopher S. Barber DO

This 51 year old male presents for follow up of 6 mos chronic conditions.

### History of Present Illness:

1. Follow Up of 6 mos chronic conditions

Patient presents today for 6-month follow-up of his chronic medical conditions. He states that he is in chronic daily pain. He is currently not working due to disability from his neuropathy of his lower extremities. He is actually starting to smoke marijuana to help with the discomfort. He is on Lyrica but it does not seem to be doing enough. He does have some stress and anxiety for which he is on Zoloft 100 mg daily. He states the daily pain seems to be relieved when he does the marijuana and his stress levels are better for 2 to 4 hours. When asked further about his pain he states the majority of his pain is related to his migraines. He states he will have 3-4 headaches a week. They start from the top of his head and radiate down his neck and shoulders. He has depression following this and his quality of life is not good. He states he is compliant with his Metformin, Tresiba, and Jardiance. He has recently done his blood work and is here to review this. He is also compliant with his Crestor 40 mg daily. These are chronic stable conditions.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

### Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

### Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Diabetes | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Anxiety | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Lyrica 150 mg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
| --- | --- | --- | --- |
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9:48 AM | 149/85 | 80 | | 98.0 | 6.0 | 1.00 | 270.00 | | 35.62 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EAR CANAL & TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or

pulsations noted. No splenomegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Chronic migraine with aura (G43.109). |
| | Patient Plan | Patient will start Emgality. He was given a loading dose sample today. This will hopefully help improve his overall migraine pain he will follow-up in 1 month for reevaluation. |
| 2. | Assessment | Depression, unspecified depression type (F32.A). |
| | Patient Plan | Patient will continue the Zoloft for now. We may consider trying something like Cymbalta to help with chronic pain and anxiety. |
| 3. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Patient will continue his Crestor. |
| 4. | Assessment | Type 2 diabetes mellitus without complication, with long-term current use of insulin (E11.9). |
| | Patient Plan | Patient still needs to have his A1c less than 7. This is stable however we will not change his medication for now. He will try to eat better |
| 5. | Assessment | Long term (current) use of insulin (Z79.4). |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 11/16/2021 | Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | 1 | 11 | |

*Document generated by: Christopher S. Barber 11/16/2021 01:06 PM*

Electronically signed by Christopher S. Barber DO on 11/16/2021 01:06 PM

**Blount Memorial**
Physicians Group

Family Medicine
720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

12/14/2021 09:15 AM
Office Visit
Christopher S. Barber DO

This 51 year old male presents for 1 mo f/u.

## History of Present Illness:

1. 1 mo f/u

Patient presents today for a 1 month follow-up. He was started on Emgality 1 month ago. He states he has a 50% reduction in his migraine headaches. He is very pleased with his current progress. He has gotten the Emgality through the pharmacy and only cost $50. Patient is also losing weight he is not due for repeat of his labs until May. He is compliant with his diabetic medication.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |

| | | |
|---|---|---|
| | Family history of Depression | N |
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Lyrica 150 mg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:18 AM | 126/79 | 77 | | 97.1 | 6.0 | 1.00 | 267.00 | | 35.23 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenogegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Migraine with aura and without status migrainosus, not intractable (G43.109). |
| | Patient Plan | Patient will continue Emgality. He will follow-up in 6 months |

*Document generated by: Christopher S. Barber 12/14/2021 09:54 AM*

Blount Memorial
Physicians Group

Family Medicine
720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

01/13/2022 11:45 AM
Office Visit
Christopher S. Barber DO

This 51 year old male presents for paperwork/pain.

## History of Present Illness:

1. paperwork/pain

Patient presents today for reevaluation of his disability claims to work and his polyneuropathy. He still continues to have low back pain. He did have a accident about 20 years ago that initially caused his low back pain but it seems to be worsening. He states his neuropathy has not gotten better despite being on Lyrica 150 mg 3 times a day. He has used some over-the-counter THC products that seem to help at one time but no longer are. Patient still remains compliant with his diabetic medication. He is on metformin, Jardiance and Tresiba. He is due for labs in 6 months.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| | Family history of Anxiety | N |
| | Family history of Depression | N |
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.

**Marital Status/Family/Social Support**

Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**

There is a history of alcohol use.
Type: Beer.

**Caffeine**

The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Lyrica 150 mg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:47 AM | 149/82 | 105 | | 97.4 | 6.0 | 1.00 | 264.00 | | 34.83 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EAR CANAL & TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

Musculoskeletal: Patient has decreased patellar reflexes bilaterally. He has no sensation below his mid calf distally. He has some tenderness in the L4-L5 region.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Polyneuropathy (G62.9). |
| | Patient Plan | Patient will continue his Lyrica. We will refer him to pain management for further evaluation and treatment options.<br><br>Patient is still unable to work due to his lower extremity polyneuropathy. He is unable to climb ladders safely. We will send this report to his insurance company. At this point we are still trying to control his pain but his prognosis has not changed and he will not improve. We are just trying to control his symptoms. |
| 2. | Assessment | Severe low back pain (M54.50). |
| | Patient Plan | We will attempt to get an MRI of his low back. He is having severe neuropathy that is not improving. We need to have imaging of the low back to see if there is some underlying cause for his polyneuropathy of his lower extremities. He has had a nerve conduction study in the past. It did not highlight any lumbar issues but this needs to be looked at. |
| 3. | Assessment | Claudication (I73.9). |
| | Patient Plan | Patient will have an arterial Doppler of his lower extremities scheduled |

*Document generated by: Christopher S. Barber 01/13/2022 12:09 PM*

Electronically signed by Christopher S. Barber DO on 01/13/2022 12:10 PM

# Quality Assurance Report

## Request Information

Report Date: March 18, 2022

**RP ID:** 9051952

Patient Name: Gilmore, Michael F

Provider Name: BLOUNT MEMORIAL FAMILY CARE

## Quality Assurance Information

Scope Requested: **From September 9, 2021 to Present**

Special Request:
ALL RECORDS "Please provide all medical records from Blount Memorial Family Care. Records are needed for Social Security Disability Benefits hearing. Thank you!"

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: LBOMB

SOCIAL SECURITY ADMINISTRATION

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

May 23, 2022

Michael Gilmore

## NOTICE OF HEARING

I have scheduled your hearing for:

**Day:** Friday **Date:** August 12, 2022 **Time:** 09:00 AM Eastern (ET)

I will conduct your hearing by telephone. On the date and at the time of the hearing listed above, I will call you at this telephone number: If this is not the correct telephone number, please call this office immediately at (877) 692-3141.

On the day of the hearing, we will call you at the telephone number you provided:

- If you provided a cell phone number for the hearing, the incoming call will display as "Catonsville, MD."
- If you provided a landline phone number, your caller ID will display as "SSA U.S Govt."

### It Is Important That You Attend Your Hearing

I have set aside this time for you to tell me about your case. If you and your representative do not attend the hearing, I may dismiss your request for hearing unless I find that you had a good reason for not attending.

### Complete the Enclosed Form

Please complete and return to us the enclosed acknowledgement form using the enclosed envelope as soon as possible. We sent your representative a copy of the acknowledgement form. Your representative also should return his or her copy of the form.

Form HA-83 (01-2022)
Claimant

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**If You Cannot Attend Your Scheduled Hearing**

If you cannot attend your hearing at the scheduled time, please call this office immediately at (877) 692-3141 to request a change. You must **also** submit your request in writing and tell us why you want us to change the time of your hearing.

If you object to the time of the hearing, you must notify us in writing at the earliest possible opportunity, but not later than 5 days before the date set for the hearing or 30 days after receiving notice of the hearing, whichever is earlier. We assume you received this notice 5 days after the date on the top of the notice, unless you show us that you did not get it within the 5-day period. If you miss the deadline for requesting a change, please tell us why you missed the deadline. I will extend the deadline for requesting a change if I find that you have good cause, as defined in our regulations, for the delay.

If I find that you have a good reason for the requested change, we will reschedule your hearing and will send you another notice at least 20 days before the date of the hearing. If I find that you do not have a good reason for the requested change, you must appear at the time shown above or I may dismiss your request for hearing.

**Submitting More Evidence and Reviewing Your File**

You must inform us about or submit **all** evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you submit information and evidence to us. **If you know about or have more evidence, such as recent medical records, reports, or evaluations, you must inform me about it or give it to me no later than 5 business days before the date of your hearing. If you miss this deadline, I may not consider the evidence when I decide your case.**

If you miss the deadline to inform me about or submit evidence, I will accept the evidence if I have not yet issued a decision and you missed the deadline because:

1. Our action misled you;
2. You had a physical, mental, educational, or linguistic limitation that prevented you from informing me about or submitting the evidence earlier; or
3. Some other unusual, unexpected, or unavoidable circumstance beyond your control prevented you from informing me about or submitting the evidence earlier.

If you want to review your file before the date of your hearing, please call this office at (877) 692-3141 to make arrangements to do so. If you have a representative, he or she may be able to access your file electronically.



See Next Page

**Issues I Will Consider**

The hearing concerns your application of December 4, 2020, for a Period of Disability and Disability Insurance Benefits under sections 216(i) and 223(a) of the Social Security Act (the Act). I will consider whether you are disabled under sections 216(i) and 223(d) of the Act.

Under the Act, I will find you disabled if you have a physical or mental condition(s) that:

- Keeps you from doing any substantial gainful work; **and**
- Has lasted 12 straight months, can be expected to last for 12 straight months, or can be expected to result in death.

I will follow a step-by-step process to decide whether you are disabled. I will stop the process at the first step I can make a decision. The steps in this process look at:

- Any work you have done after your condition(s) began;
- The severity of your condition(s);
- Whether you can do the kind of work you did in the past; and
- Whether you can do any other kind of work considering your age, education, and work experience.

I will also consider whether you have enough earnings under Social Security to be insured for a Period of Disability and Disability Insurance Benefits. If you do, I must decide whether you became disabled while you were insured.

Our regulations explain the rules for deciding whether you are disabled and, if so, when you became disabled. These rules are in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart B and Subpart P.

**More About the Issues**

If I find that you have been disabled, I will also consider whether your disability continues through the date of the decision or whether your condition(s) has improved.



See Next Page

**Remarks**

I may ask a Vocational Expert, a Medical Expert, or both to attend your hearing and answer questions. If I ask an expert to attend your hearing, I will include that information below, or **I will send you an Amended Notice prior to the date and time of your hearing**.

The following expert(s) is scheduled to testify at your hearing:

Vocational expert - ROBERT BRABHAM SR., PSYCHOLOGICAL & TRAINING SERVICES by phone

**If You Object to the Issues**

If you object to the issues or remarks listed above, you must tell me that and explain why in writing. You must tell me as soon as possible, but not later than 5 business days before the date of the hearing. If you miss this deadline, I will consider your objection(s) if you show that you meet one of the exceptions set forth in our regulations.

**Your Right To Request a Subpoena**

In general, you have to prove that you are blind or disabled. If you cannot get evidence that you reasonably need to present your case fully, I may be able to help you by issuing a legal document called a subpoena. A subpoena may require a person to submit documents or testify at your hearing.

If you want to ask me to issue a subpoena, you must tell me that in writing as soon as possible. I must receive your subpoena request no later than 10 business days before your hearing, unless you show that you meet one of the exceptions set forth in our regulations. I will review your request and may issue a subpoena if reasonably necessary for full presentation of your case. In your request, please tell me:

- What documents you need or who the witnesses are;
- The location of the documents or witnesses;
- The important facts you expect the documents or witnesses to prove; and
- Why you cannot prove these facts without a subpoena.

**What Happens At the Hearing?**

- I will ask you and any other witnesses to take an oath or to affirm that the testimony is true.



See Next Page

- You will have a chance to testify and tell me about your case.
- You and your representative (if you have one) may review submitted documents, present and question witnesses, state your case, and make statements about the facts and law. If you want to submit a written statement before your hearing, you must give me a copy and give a copy to each party no later than 5 business days before the date of your hearing. If you miss this deadline, you may still submit a written statement before your hearing if you show that you meet one of the exceptions set forth in our regulations.
- I will ask you and any other witnesses questions that will help me make a decision in your case.
- We will make an audio recording of the hearing.

**The Decision**

After the hearing, I will issue a written decision and mail it to you. The decision will explain my findings of fact and conclusions of law. I will base my decision on all the evidence of record, including the testimony at your hearing.

**If You Have Any Questions**

If you have any questions, please call, **(877) 692-3141**, or write this office. For your convenience, our address is on the first page of this notice.

Sincerely,

Donna Lefebvre
Administrative Law Judge

Enclosures:
Form HA-504-OP1 (Acknowledgement of Receipt of Notice of Hearing)

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Form HA-83 (01-2022)
Claimant

Social Security Administration

Form Approved
OMB NO. 0960-0671

# ACKNOWLEDGEMENT OF RECEIPT (NOTICE OF HEARING)

(COMPLETE THIS FORM AND RETURN IT AT ONCE IN THE ENVELOPE PROVIDED. NO POSTAGE IS NECESSARY)

| | |
|---|---|
| Claimant: Michael Gilmore | Social Security Number: |
| Wage Earner: | Administrative Law Judge: Donna Lefebvre |
| Hearing Scheduled: Friday, August 12, 2022 at 09:00 AM Eastern (ET) | Hearing Office: KNOXVILLE |
| Location of Hearing: Telephone | RQID:DCPS051822134757220004628 SITE:X51 DR:S<br>SSN: DOCTYPE:3005 RF:D CS:49cb |

(Check only one)

[ ] **I will be available by phone at the time shown on the Notice of Hearing.** If an emergency arises after I mail this form and I am not available, I will immediately notify you at the telephone number shown on the Notice of Hearing.

[ ] **I cannot be present at the time shown on the Notice of Hearing.** I request that you reschedule my hearing because:

NOTE: YOUR REQUEST FOR HEARING MAY BE DISMISSED IF YOU DO NOT ATTEND THE HEARING AND CANNOT GIVE A GOOD REASON FOR NOT ATTENDING. THE TIME OR PLACE OF THE HEARING WILL BE CHANGED IF YOU HAVE A GOOD REASON FOR YOUR REQUEST.

| Signature: | Date: | Area Code and Telephone Number: |
|---|---|---|

[ ] I have recently moved. My new address is:

Form HA-504-OP1 (09-2003) ef (03-2015)

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(b)(1), 205(d) and 1631(c) of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide to acknowledge you will appear at your hearing with an Administrative Law Judge.

Furnishing us this information is voluntary. However, failing to provide us with all or part of the information may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

1. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans' Affairs); and,

2. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., to the Bureau of the Census and to private entities under contract with us).

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notice 60-0089, entitled Claims Folder System. Additional information about this and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 30 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form HA-504-OP1 (09-2003) ef (03-2015)

SOCIAL SECURITY ADMINISTRATION

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

May 23, 2022

Michael Gilmore

## NOTICE OF HEARING

I have scheduled your hearing for:

**Day:** Friday **Date:** August 12, 2022 **Time:** 09:00 AM Eastern (ET)

I will conduct your hearing by telephone. On the date and at the time of the hearing listed above, I will call you at this telephone number: If this is not the correct telephone number, please call this office immediately at (877) 692-3141.

On the day of the hearing, we will call you at the telephone number you provided:

- If you provided a cell phone number for the hearing, the incoming call will display as "Catonsville, MD."
- If you provided a landline phone number, your caller ID will display as "SSA U.S Govt."

### It Is Important That You Attend Your Hearing

I have set aside this time for you to tell me about your case. If you and your representative do not attend the hearing, I may dismiss your request for hearing unless I find that you had a good reason for not attending.

### Complete the Enclosed Form

Please complete and return to us the enclosed acknowledgement form using the enclosed envelope as soon as possible. We sent your representative a copy of the acknowledgement form. Your representative also should return his or her copy of the form.

Form HA-83 (01-2022)
Representative

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**If You Cannot Attend Your Scheduled Hearing**

If you cannot attend your hearing at the scheduled time, please call this office immediately at (877) 692-3141 to request a change. You must **also** submit your request in writing and tell us why you want us to change the time of your hearing.

If you object to the time of the hearing, you must notify us in writing at the earliest possible opportunity, but not later than 5 days before the date set for the hearing or 30 days after receiving notice of the hearing, whichever is earlier. We assume you received this notice 5 days after the date on the top of the notice, unless you show us that you did not get it within the 5-day period. If you miss the deadline for requesting a change, please tell us why you missed the deadline. I will extend the deadline for requesting a change if I find that you have good cause, as defined in our regulations, for the delay.

If I find that you have a good reason for the requested change, we will reschedule your hearing and will send you another notice at least 20 days before the date of the hearing. If I find that you do not have a good reason for the requested change, you must appear at the time shown above or I may dismiss your request for hearing.

**Submitting More Evidence and Reviewing Your File**

You must inform us about or submit **all** evidence known to you that relates to whether or not you are blind or disabled. Your representative must help you submit information and evidence to us. **If you know about or have more evidence, such as recent medical records, reports, or evaluations, you must inform me about it or give it to me no later than 5 business days before the date of your hearing. If you miss this deadline, I may not consider the evidence when I decide your case.**

If you miss the deadline to inform me about or submit evidence, I will accept the evidence if I have not yet issued a decision and you missed the deadline because:

1. Our action misled you;
2. You had a physical, mental, educational, or linguistic limitation that prevented you from informing me about or submitting the evidence earlier; or
3. Some other unusual, unexpected, or unavoidable circumstance beyond your control prevented you from informing me about or submitting the evidence earlier.

If you want to review your file before the date of your hearing, please call this office at (877) 692-3141 to make arrangements to do so. If you have a representative, he or she may be able to access your file electronically.



See Next Page

**Issues I Will Consider**

The hearing concerns your application of December 4, 2020, for a Period of Disability and Disability Insurance Benefits under sections 216(i) and 223(a) of the Social Security Act (the Act). I will consider whether you are disabled under sections 216(i) and 223(d) of the Act.

Under the Act, I will find you disabled if you have a physical or mental condition(s) that:

- Keeps you from doing any substantial gainful work; **and**
- Has lasted 12 straight months, can be expected to last for 12 straight months, or can be expected to result in death.

I will follow a step-by-step process to decide whether you are disabled. I will stop the process at the first step I can make a decision. The steps in this process look at:

- Any work you have done after your condition(s) began;
- The severity of your condition(s);
- Whether you can do the kind of work you did in the past; and
- Whether you can do any other kind of work considering your age, education, and work experience.

I will also consider whether you have enough earnings under Social Security to be insured for a Period of Disability and Disability Insurance Benefits. If you do, I must decide whether you became disabled while you were insured.

Our regulations explain the rules for deciding whether you are disabled and, if so, when you became disabled. These rules are in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart B and Subpart P.

**More About the Issues**

If I find that you have been disabled, I will also consider whether your disability continues through the date of the decision or whether your condition(s) has improved.



See Next Page

**Remarks**

I may ask a Vocational Expert, a Medical Expert, or both to attend your hearing and answer questions. If I ask an expert to attend your hearing, I will include that information below, or **I will send you an Amended Notice prior to the date and time of your hearing**.

The following expert(s) is scheduled to testify at your hearing:

Vocational expert - ROBERT BRABHAM SR., PSYCHOLOGICAL & TRAINING SERVICES by phone

**If You Object to the Issues**

If you object to the issues or remarks listed above, you must tell me that and explain why in writing. You must tell me as soon as possible, but not later than 5 business days before the date of the hearing. If you miss this deadline, I will consider your objection(s) if you show that you meet one of the exceptions set forth in our regulations.

**Your Right To Request a Subpoena**

In general, you have to prove that you are blind or disabled. If you cannot get evidence that you reasonably need to present your case fully, I may be able to help you by issuing a legal document called a subpoena. A subpoena may require a person to submit documents or testify at your hearing.

If you want to ask me to issue a subpoena, you must tell me that in writing as soon as possible. I must receive your subpoena request no later than 10 business days before your hearing, unless you show that you meet one of the exceptions set forth in our regulations. I will review your request and may issue a subpoena if reasonably necessary for full presentation of your case. In your request, please tell me:

- What documents you need or who the witnesses are;
- The location of the documents or witnesses;
- The important facts you expect the documents or witnesses to prove; and
- Why you cannot prove these facts without a subpoena.

**What Happens At the Hearing?**

- I will ask you and any other witnesses to take an oath or to affirm that the testimony is true.

Form HA-83 (01-2022)
Representative

See Next Page

- You will have a chance to testify and tell me about your case.

- You and your representative (if you have one) may review submitted documents, present and question witnesses, state your case, and make statements about the facts and law. If you want to submit a written statement before your hearing, you must give me a copy and give a copy to each party no later than 5 business days before the date of your hearing. If you miss this deadline, you may still submit a written statement before your hearing if you show that you meet one of the exceptions set forth in our regulations.

- I will ask you and any other witnesses questions that will help me make a decision in your case.

- We will make an audio recording of the hearing.

**The Decision**

After the hearing, I will issue a written decision and mail it to you. The decision will explain my findings of fact and conclusions of law. I will base my decision on all the evidence of record, including the testimony at your hearing.

**If You Have Any Questions**

If you have any questions, please call, **(877) 692-3141**, or write this office. For your convenience, our address is on the first page of this notice.

Sincerely,

Donna Lefebvre
Administrative Law Judge

Enclosures:
Form HA-504-OP1 (Acknowledgement of Receipt of Notice of Hearing)

cc: Sean Patrick Sullivan
ADVOCATOR GROUP LLC
300 N Beach Street
Daytona Beach, FL 32114-3304

Form HA-83 (01-2022)
Representative

Social Security Administration

Form Approved
OMB NO. 0960-0671

# ACKNOWLEDGEMENT OF RECEIPT (NOTICE OF HEARING)

(COMPLETE THIS FORM AND RETURN IT AT ONCE IN THE ENVELOPE PROVIDED. NO POSTAGE IS NECESSARY)

| | |
|---|---|
| Claimant: Michael Gilmore | Social Security Number: |
| Wage Earner: | Administrative Law Judge: Donna Lefebvre |
| Hearing Scheduled: Friday, August 12, 2022 at 09:00 AM Eastern (ET) | Hearing Office: KNOXVILLE |
| Location of Hearing: Telephone | RQID:DCPS05182213475781004628 SITE:X51 DR:S<br>SSN: DOCTYPE:3005 RF:D CS:8062 |

(Check only one)

[ ] **I will be available by phone at the time shown on the Notice of Hearing.** If an emergency arises after I mail this form and I am not available, I will immediately notify you at the telephone number shown on the Notice of Hearing.

[ ] **I cannot be present at the time shown on the Notice of Hearing.** I request that you reschedule my hearing because:

NOTE: YOUR REQUEST FOR HEARING MAY BE DISMISSED IF YOU DO NOT ATTEND THE HEARING AND CANNOT GIVE A GOOD REASON FOR NOT ATTENDING. THE TIME OR PLACE OF THE HEARING WILL BE CHANGED IF YOU HAVE A GOOD REASON FOR YOUR REQUEST.

| Signature: | Date: | Area Code and Telephone Number: |
|---|---|---|

[ ] I have recently moved. My new address is:

Form HA-504-OP1 (09-2003) ef (03-2015)

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(b)(1), 205(d) and 1631(c) of the Social Security Act, as amended, authorize us to collect this information. We will use the information you provide to acknowledge you will appear at your hearing with an Administrative Law Judge.

Furnishing us this information is voluntary. However, failing to provide us with all or part of the information may prevent an accurate and timely decision on any claim filed.

We rarely use the information you supply us for any purpose other than to make a determination regarding benefits eligibility. However, we may use the information for the administration of our programs including sharing information:

1. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office and Department of Veterans' Affairs); and,

2. To facilitate statistical research, audit, or investigative activities necessary to ensure the integrity and improvement of our programs (e.g., to the Bureau of the Census and to private entities under contract with us).

A complete list of when we may share your information with others, called routine uses, is available in our Privacy Act System of Records Notice 60-0089, entitled Claims Folder System. Additional information about this and other system of records notices and our programs are available online at www.socialsecurity.gov or at your local Social Security office.

We may share the information you provide to other health agencies through computer matching programs. Matching programs compare our records with records kept by other Federal, State or local government agencies. We use the information from these programs to establish or verify a person's eligibility for federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 30 minutes to read the instructions, gather the facts, and answer the questions. *You may send comments on our time estimate above to*: *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

Form HA-504-OP1 (09-2003) ef (03-2015)

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: June 23, 2022 **RP ID:** 9430103

Client Name: Brown & Brown Absence Services Grp

Req. By: Mara Holbrook
mholbrook@bbabsence.com

**Patient Information**

Name: Gilmore, Michael F

D.O.B.: Policy/Cert: a124P00000Ua3iUQAR

Special Requirements:
ALL RECORDS within time frame requested seen by Blount Memorial Family Care. Records are needed for Social Security Disability Benefits hearing. Thank you!

**Provider Information**

Provider: BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DR
ATTN: MEDICAL RECORDS
MARYVILLE, TN 37801

Phone: (865) 342-8100 Fax: (865) 342-8110

**Electronic Order Data (If Applicable)**

| | |
|---|---|
| Patient Name: | Gilmore, Michael F |
| Patient DOB: | |
| Patient SSN: | |
| Policy Number: | a124P00000Ua3iUQAR |
| ID2: | |
| ID3: | a0R4P00000MwFN9UAN |
| Provider Data: | Blount Memorial Family Care<br>720 Foothills Mall Dr<br><br>Maryville, TN 37801<br>Michael |

Lincoln/Gilmore 0370

Blount Memorial
Physicians Group

Family Medicine
720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

01/13/2022 11:45 AM
Office Visit
Christopher S. Barber DO

This 51 year old male presents for paperwork/pain.

## History of Present Illness:

1. paperwork/pain

Patient presents today for reevaluation of his disability claims to work and his polyneuropathy. He still continues to have low back pain. He did have a accident about 20 years ago that initially caused his low back pain but it seems to be worsening. He states his neuropathy has not gotten better despite being on Lyrica 150 mg 3 times a day. He has used some over-the-counter THC products that seem to help at one time but no longer are. Patient still remains compliant with his diabetic medication. He is on metformin, Jardiance and Tresiba. He is due for labs in 6 months.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| | Family history of Anxiety | N |
| | Family history of Depression | N |
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

Alcohol
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Lyrica 150 mg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:47 AM | 149/82 | 105 | | 97.4 | 6.0 | 1.00 | 264.00 | | 34.83 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EAR CANAL & TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

Musculoskeletal: Patient has decreased patellar reflexes bilaterally. He has no sensation below his mid calf distally. He has some tenderness in the L4-L5 region.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Polyneuropathy (G62.9). |
| | Patient Plan | Patient will continue his Lyrica. We will refer him to pain management for further evaluation and treatment options.<br><br>Patient is still unable to work due to his lower extremity polyneuropathy. He is unable to climb ladders safely. We will send this report to his insurance company. At this point we are still trying to control his pain but his prognosis has not changed and he will not improve. We are just trying to control his symptoms. |
| 2. | Assessment | Severe low back pain (M54.50). |
| | Patient Plan | We will attempt to get an MRI of his low back. He is having severe neuropathy that is not improving. We need to have imaging of the low back to see if there is some underlying cause for his polyneuropathy of his lower extremities. He has had a nerve conduction study in the past. It did not highlight any lumbar issues but this needs to be looked at. |
| 3. | Assessment | Claudication (I73.9). |
| | Patient Plan | Patient will have an arterial Doppler of his lower extremities scheduled |

*Document generated by: Christopher S. Barber 01/13/2022 12:09 PM*

Electronically signed by Christopher S. Barber DO on 01/13/2022 12:10 PM

East Tennessee Medical Group
A member of the Blount Memorial Physicians Group
266 Joule Street • Alcoa, TN 37701
865-984-3864 • 865-380-4095 *fax*

MICHAEL FRANCIS GILMORE

02/23/2022 12:30 PM
Interventional Pain Management Office Visit
Bruce M. Hairston MD

This 51 year old male presents for Neuropathy.

## History of Present Illness:

1. Neuropathy

Mr. Michael Gilmore, 51 year old male, presents today complaining of neuropathy. He states that from the top of his shins through the feet is a nonstop excruciating pain. He states his average pain is 6-7/10. He states that he has been experiencing this pain for 3 years, however, it has gotten worse within the last year. He was climbing 3-4 stories of stairs at work and was having severe pain. He states that he noticed when he was walking long distances, he would begin to drift while walking to one side or the other and compensated by walking up against a wall. He states that his pain was really affecting his ability to work and had a fall at work due to pain in his legs and feet and losing his balance. At that point he decided to go to his PCP, Dr. Barber, who diagnosed him with diabetes and peripheral neuropathy in December of 2018. He states that his blood sugar and A1C is now under control. He was also diagnosed with sleep apnea in 2018 and he is still currently using his cpap machine which he states does help with his apnea, but he is unable to get comfortable due to the sensations in his legs and feet. He admits to numbness and tingling in his feet and shins and states that he has been unable to feel his feet for a long while now. He states that he has severely limited his social lifestyle due to his pain. He denies abnormal bowel and bladder abnormalities as well as progressive muscle weakness.

Review of systems: Per HPI, otherwise unremarkable

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |

| | |
|---|---|
| Depression | MAB 02/01/2018 - |
| Sinus infection | MAB 02/01/2018 - |
| | MAB 02/01/2018 - |
| type 2 diabetes | SKC 01/23/2019 - |
| Peripheral nerve disease | |
| OSA | |
| fibromyalgia | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Diabetes | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Anxiety | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Mental illness | | N |
| Mother | | | | Diabetes mellitus | | N |
| Mother | | | | Cardiovascular disease | | N |
| Mother | | | | Kidney failure | | N |
| Mother | | | | Cancer, unknown | | N |
| Mother | | | | Chemical Dependency | | N |
| Sister | | | | Mental illness | | N |

## Current Tobacco Status

Tobacco use reviewed.
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Tobacco use reviewed.
Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Smoking Status**

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Lyrica 150 mg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Hema/Lymph | Positive | Easy bleeding, Easy bruising, Lymphadenopathy. |
| Endocrine | Positive | Cold intolerance, Heat intolerance. |
| MS | Positive | Back pain, Joint pain, Muscle weakness, Neck pain. |
| Cardio | Positive | Edema. |
| Allergic/Immuno | Positive | Seasonal allergies. |
| ENMT | Positive | Hearing loss, Tinnitus, Vertigo, Nasal Cong., Decreased Smell. |
| Psych | Positive | Anxiety, Depression, Insomnia. |
| Integumentary | Positive | Brittle nails, Hair loss, Pruritus. |
| GI | Positive | Abdominal pain, Constipation, Diarrhea, Nausea, Vomiting. |
| Neuro | Positive | Dizziness. |

All other review of systems are negative.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:46 PM | 142/100 | 82 | | | 6.0 | 1.00 | 263.00 | | 34.70 | | 97 | Victoria L. McCarter, LPN |

Pain Scale

| Time | Pain Score | Method | HAQ Score | Measured By |
|---|---|---|---|---|
| 12:46 PM | 8/10 | Numeric Pain Intensity Scale | | Victoria L. McCarter, LPN |

## Physical Exam

General: The patient is a well-developed well-nourished 51-year-old male, with appropriate grooming and in no acute distress. Alert and oriented to person, place, and time.

Psych: Mood is appropriate and affect is normal.

Skin: Warm and dry. In regard to lower extremities, no apparent rashes, lesions, or signs of infection. Shiny skin with loss of hair and dusky red/purple hue noted over bilateral shins.

HEENT: The patient is normocephalic and atraumatic. Conjunctiva are clear.

Neck: Neck is supple. Trachea is midline.

Respiratory: Respirations regular, symmetric and unlabored.

Cardiovascular: 2+ radial and dorsalis pedis pulses with normal rhythm.

Lower Extremity Exam: Mild atrophy of the calf muscles bilaterally. Active range of motion of the knees, hips, and ankles are within functional limits.

Neurological: Coordination is normal. Gait is normal. Strength is 5/5 throughout lower extremities bilaterally. Proprioception in lower extremities severely impaired at the toes and mildly impaired at the ankles. Significantly impaired pinprick sensation testing bilaterally. Bilateral vibratory testing at the lateral malleoli is significantly impaired. Symmetric 1- patellar and absent Achilles bilaterally.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | DM type 2 with diabetic peripheral neuropathy (E11.42). |
| | Impression | Mr. Michael Gilmore is a 51-year-old Caucasian gentleman here today with severe peripheral neuropathy of the lower limbs. The patient would be an appropriate candidate for spinal cord stimulator trial given aforementioned. This would more than likely significantly change the patient's lifestyle. He currently states that due to the severity of pain he has significantly reduced the social line and activities. Having a reduction in neuropathic pain may actually increase his activity as well as his social life and allow him further benefit in better control of his blood sugar because of increased activity levels. I have described the process to the patient and he is definitely amenable to moving forward, hence, we will order an MRI of the thoracic and lumbar spine without contrast and order to establish whether he is an appropriate candidate for the trial the patient will return once he has had the study is complete. We will also order the psych eval which is necessary to move forward with the stim trial. |
| | Patient Plan | –MRI of the thoracic and lumbar spine without contrast.<br>–Psych eval.<br>–Once everything is in order we will move forward with the stimulator trial, as discussed with the patient |

Blount Memorial
Physicians Group

Family Medicine
720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

03/29/2022 12:00 PM
Office Visit
Christopher S. Barber DO

This 51 year old male presents for ride side pain.

## History of Present Illness:

1. ride side pain

Patient presents today complaining of right hip pain. He states he denies any obvious trauma that caused this. He has a moderate amount of pain when he tries to flex his right hip. He cannot rotate his hip to put on his socks. He has a longstanding history of neuropathy. He is not sure if this is related. He has been seen by pain management and they are in the process of trying to get an MRI of his thoracic and lumbar spine. His insurance is keeping this held up. He is currently on Lyrica 150 mg 3 times a day. He is still having bilateral shoulder pain and numbness. He has disability forms that need to be filled out. He still not able to do his maintenance job and climb ladders due to his neuropathy.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |
| Peripheral nerve disease | | | | |
| OSA | | | | |
| fibromyalgia | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Mental illness | | N |
| Mother | | | | Chemical Dependency | | N |
| Mother | | | | Cardiovascular disease | | N |
| Mother | | | | Cancer, unknown | | N |
| Mother | | | | Kidney failure | | N |
| Mother | | | | Diabetes mellitus | | N |
| Sister | | | | Mental illness | | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| Lyrica 150 mg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |

| | | |
|---|---|---|
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |
| VIAGRA 100 MG TABLET | TAKE ONE TABLET BY MOUTH ONE HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| BD UF MINI PEN NEEDLE 5MMX31G | USE WITH TRESIBA EVERY DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:41 AM | 168/94 | 80 | | 98.7 | 6.0 | 1.00 | 264.00 | | 34.83 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenogegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

Musculoskeletal: Patient seems to have tenderness along the adductor muscles of the right hip. He does have pain with

rotation inward. He has a normal gait but cannot flex his hip without discomfort.

## Completed Orders (this encounter)

| Order | Details | Reason | Interpretation | Result | Description | Side | Site | Completed By |
|---|---|---|---|---|---|---|---|---|
| Toradol/ Ketorolac Tromethamine Inj- per 15mg Strength 60mg/2ml, Dose 60 mg Intramuscular Left Buttock | | | | | | Left | Buttock | Michele L. Adams, LPN |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Right hip pain (M25.551). |
| | Patient Plan | Patient will have an x-ray of his right hip performed. I do not think this pain is related to his back. We will also refer him to physical therapy start working on the tight muscles in his abductor region. He received 60 of Toradol today. |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) X-Ray Hip Unilateral 2 Views Right to be performed. The patient had the following medication order(s) completed today: Toradol/ Ketorolac Tromethamine Inj- per 15mg Strength 60mg/2ml, Dose 60 mg Intramuscular Left Buttock. |
| 2. | Assessment | Polyneuropathy (G62.9). |
| | Patient Plan | Patient disability form was filled out. He is not able to work at his previous job due to the neuropathy of his feet. His bilateral shoulder pain and hand numbness also gave him from doing keyboarding type jobs. |
| 3. | Assessment | Pain in right shoulder (M25.511). |
| | Patient Plan | Patient will continue his regular medications. He is already stated cortisone injection in the past.. If he continues to have pain we will get him back to Ortho |
| 4. | Assessment | Pain in left shoulder (M25.512). |

*Document generated by: Christopher S. Barber 03/29/2022 01:03 PM*

Electronically signed by Christopher S. Barber DO on 03/29/2022 01:04 PM

**Blount Memorial Physician Group**
103 W Broadway Ave
Maryville, TN, 378014703
Phone #: (865) 273-1752

**GILMORE, MICHAEL FRANCIS**

**Person #:** 129772
**Sex:** M
**DOB:**

**Ordering:** Barber DO, Christopher **Performing #:** Orchard **Location:** BMPG Family Medicine Foothills

**Tests Ordered :** CBC w/diff (CBC), Comprehensive Metabolic Panel (CMPN), Lipid Panel (LIPID), Hemoglobin A1c (A1CP), Vitamin D 25-Hydroxy (VITD), PSA Screening (PSASC)

**GLYCOHEMOGLOBIN A1C (HEMOGLOBIN A1C) (Collection Date: 06/14/2022 07:50, Status: Final)**
Blount Memorial Accession
ID: T29996

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| A1C BMPG | 6.5 | % | H | 4.2-5.8 | Current guidelines recommend a treatment goal of <7.0% in diabetic patients. Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

**VITAMIN D,25-HYDROXY (Collection Date: 06/14/2022 07:50, Status: Final)**
Blount Memorial Accession
ID: T29997

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| VITAMIN D, 25 HYDROXY | 33.9 | ng/mL | | 30.0-100.0 | VITAMIN D STATUS: Deficiency <20 ng/mL: Insufficiency 20-29 mg/dL: Sufficiency 30-100 ng/mL: Toxicity >100 ng/mL Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

**LIPID PROFILE (Collection Date: 06/14/2022 07:50, Status: Final)**
Blount Memorial Accession
ID: T29996

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 123 | mg/dL | L | 130-199 | |
| HDL CHOLESTEROL | 38.2 | mg/dL | | 29-71 | |
| LDL CHOLESTEROL | 59 | mg/dL | | <100 | |
| NON HDL CHOLESTEROL | 84.8 | mg/dL | | | |

| | | | | |
|---|---|---|---|---|
| | | | | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| TRIGLYCERIDE | 127 | mg/dL | 40-160 | |

**COMPREHENSIVE METABOLIC PANEL (Collection Date: 06/14/2022 07:50, Status: Final)**

Blount Memorial Accession ID: T29996

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| GLUCOSE | 134 | mg/dL | H | 75-100 | |
| AST | 15 | U/L | | 5-40 | |
| ALT | 12 | U/L | | 7-56 | |
| TOTAL PROTEIN | 7.4 | g/dL | | 6.2-8.2 | |
| ALBUMIN | 4.5 | g/dL | | 3.5-4.8 | |
| CALCIUM | 9.9 | mg/dL | | 8.9-10.3 | |
| CHLORIDE | 105 | mmol/L | | 98-111 | |
| ALKALINE PHOSPHATASE | 61 | U/L | | 38-126 | |
| BILIRUBIN, TOTAL | 0.4 | mg/dL | | 0.4-2.0 | |
| BUN (UREA NITROGEN) | 18 | mg/dL | | 7-21 | |
| CARBON DIOXIDE (CO2) | 30 | mmol/L | | 22-30 | |
| CREATININE | 1.03 | mg/dL | | 0.80-1.50 | |
| EST. GFR (AFRICAN AMERICAN) | >60 | mL/min/1.73m2 | | >60 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| EST. GFR (NON-AFRICAN AMER.) | >60 | mL/min/1.73m2 | | >60 | |
| POTASSIUM (K) | 4.7 | mmol/L | | 3.6-5.0 | |
| SODIUM (Na) | 140 | mmol/L | | 137-145 | |

**COMPLETE BLOOD COUNT (CBC WITH DIFF) (Collection Date: 06/14/2022 07:50, Status: Final)**

Blount Memorial Accession ID: T29996

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ABSOLUTE BASOPHIL | 0.1 | K/mcL | | 0.0-0.2 | |
| ABSOLUTE EOSINOPHIL | 0.3 | K/mcL | | 0.0-0.45 | |
| ABSOLUTE LYMPHOCYTE | 2.2 | K/mcL | | 1.0-4.8 | |
| ABSOLUTE MONOCYTE | 0.5 | K/mcL | | 0.0-0.8 | |
| ABSOLUTE SEGMENTED | 4.2 | K/mcL | | 1.8-7.0 | |
| BASOPHIL | 0.9 | % | | 0-2 | |
| CBC DIFFERENTAL TYPE | Automated differential accepted, | | | | slide scan not indicated. Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| EOSINOPHIL | 4.1 | % | | 0.0-7.5 | |

Patient: GILMORE, MICHAEL FRANCIS, DOB:

| | | | |
|---|---|---|---|
| HCT | 48.7 | % | 39.0-55.0 |
| HEMOGLOBIN | 15.7 | g/dL | 13.9-16.3 |
| LYMPHOCYTE | 30.2 | % | 13.0-43.0 |
| MCH | 29.4 | pg/cell | 27-34 |
| MCHC | 32.3 | g/dL | 32-37 |
| MCV | 90.8 | fL | 80.0-100.0 |
| MONOCYTE | 7.1 | % | 2.0-11.0 |
| MPV | 8.3 | fL | 6.5-12.0 |
| N.SEGMENTED | 57.7 | % | 45-85 |
| PLT | 210 | K/mcL | 150-400 |
| RBC | 5.36 | M/mcL | 4.3-5.9 |
| RDW | 13.7 | % | 11.5-14.5 |
| WBC | 7.3 | K/mcL | 4.5-11.0 |

**PROSTATE SPECIFIC AG SCREEN (PSASC) (Collection Date: 06/14/2022 07:50, Status: Final)**

Blount Memorial Accession
ID: T29998

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| PSA AG | 0.27 | ng/mL | | 0.00-4.00 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

Patient: GILMORE, MICHAEL FRANCIS, DOB:

Blount Memorial
Physicians Group

Family Medicine
720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

06/15/2022 09:15 AM
Office Visit
Christopher S. Barber DO

This 51 year old male presents for follow up of 6 mos chronic conditions.

## History of Present Illness:

1. Follow Up of 6 mos chronic conditions

Patient presents today for 6-month follow-up of his chronic medical conditions. He is currently on Jardiance 25 mg daily, metformin 500 mg 2 p.o. twice daily, Tresiba 50 units daily and for type 2 diabetes. He is recently done blood work and is here to review this. He is on Crestor 40 mg daily for hypercholesterolemia. He is on Ambien 10 mg daily for insomnia. He takes Zoloft 100 mg daily for depression. These are chronic stable conditions. Patient does complain of right hip pain and has pain that goes into his groin. He also has chronic low back pain. He has tried to see pain management but his insurance will not approve an MRI.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Depression | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |
| fibromyalgia | | | | |
| OSA | | | | |
| Peripheral nerve disease | | | | |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Diabetes | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Anxiety | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Diabetes mellitus | | N |
| Mother | | | | Mental illness | | N |
| Mother | | | | Kidney failure | | N |
| Mother | | | | Cancer, unknown | | N |
| Mother | | | | Cardiovascular disease | | N |
| Mother | | | | Chemical Dependency | | N |
| Sister | | | | Mental illness | | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |

| | | |
|---|---|---|
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |
| VIAGRA 100 MG TABLET | TAKE ONE TABLET BY MOUTH ONE HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| BD UF MINI PEN NEEDLE 5MMX31G | USE WITH TRESIBA EVERY DAY | N |
| LYRICA 150 MG CAPSULE | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:06 AM | 147/83 | 80 | | 97.3 | 6.0 | 1.00 | 262.00 | | 34.57 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EAR CANAL & TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or

abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Completed Orders (this encounter)

| Order | Details | Reason | Interpretation | Result | Description | Side | Site | Completed By |
|---|---|---|---|---|---|---|---|---|
| (4) Toradol/ Ketorolac Tromethamine Inj- per 15mg Strength 60mg/2ml, Dose 60 mg Intramuscular Right Buttock | | | | | | Right | Buttock | Michele L. Adams, LPN |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Right hip pain (M25.551). |
| | Patient Plan | Patient will receive 60 mg of Toradol today. We will get an x-ray of his right hip and refer him to physical therapy. |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) X-Ray Hip Unilateral 2 Views Right to be performed. The patient had the following medication order(s) completed today: (4) Toradol/ Ketorolac Tromethamine Inj- per 15mg Strength 60mg/2ml, Dose 60 mg Intramuscular Right Buttock. |
| 2. | Assessment | Chronic bilateral low back pain without sciatica (M54.50). |
| | Patient Plan | We will get an x-ray of his low back and start physical therapy. |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) X-Ray Lumbar Spine: Complete 2 Views to be performed. |
| 3. | Assessment | Other chronic pain (G89.29). |
| 4. | Assessment | DM type 2 with diabetic peripheral neuropathy (E11.42). |
| | Patient Plan | Pt was encouraged to eat a low carbohydrate diet and exercise to improve blood sugar control. Pt was also encourage to have a yearly eye exam and to check their feet daily for any blisters or wounds.<br>Patient's A1c is 6.5%. He is doing much better having the freestyle meter. |
| 5. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Patient will continue Crestor. |
| 6. | Assessment | Insomnia, unspecified type (G47.00). |

# Quality Assurance Report

## Request Information

Report Date: June 23, 2022

**RP ID:** 9430103

Patient Name: Gilmore, Michael F

Provider Name: BLOUNT MEMORIAL FAMILY CARE

## Quality Assurance Information

Scope Requested: **From January 14, 2022 to Present**

Special Request:

ALL RECORDS within time frame requested seen by Blount Memorial Family Care. Records are needed for Social Security Disability Benefits hearing. Thank you!

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: SHAGU

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

**NOTICE OF REPRESENTATIVE SUPPLIED QUESTIONNAIRE/FORM TO TREATING SOURCE**

**Claimant: Michael Gilmore**

**SSN:**

Please be advised that the questionnaire and/or form attached hereto was provided to the treating source and/or claimant by me and/or my staff in a fully uncompleted and blank state. Neither I, nor my staff, provided the treating source and/or claimant with any directions, guidance or instructions on how to complete the questionnaire and/or form. Neither I, nor my staff, provided the treating source and/or claimant with any answers for the questionnaire and/or form.

This notice is provided pursuant to the requirements of 20 CFR § 404.1740(b)(5). During the comment period prior to this revised regulation becoming effective, the Social Security Administration commented, "For clarity, we consider providing guidance or providing a questionnaire, template or format to fall within the parameters of this rule when the guidance, questionnaire, template or format is used to draft a medical or vocational opinion submitted to us." See 83 FR 30849, 30851.

Respectfully submitted,

Sean Sullivan

Sean Sullivan

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: July 11, 2022 **RP ID:** 9430102

Client Name: Brown & Brown Absence Services Grp

Req. By: Mara Holbrook
mholbrook@bbabsence.com

**Patient Information**

Name: Gilmore, Michael F

D.O.B.: Policy/Cert: a124P00000Ua3iZQAR

Special Requirements:
QUESTIONNAIRE ONLY seen by Dr Christopher Barber

**Provider Information**

Provider: BARBER, DR CHRISTOPHER
720 Foothills Mall Dr
ATTN: MEDICAL RECORDS
Maryville, TN 37801

Phone: (865) 342-8100 Fax: (865) 342-8110

**Electronic Order Data (If Applicable)**

| | |
|---|---|
| Patient Name: | Gilmore, Michael F |
| Patient DOB: | |
| Patient SSN: | |
| Policy Number: | a124P00000Ua3iZQAR |
| ID2: | |
| ID3: | a0R4P00000MwFN9UAN |
| Provider Data: | Dr Christopher Blount<br>720 Foothills Mall Dr<br><br>Maryville, TN 37801<br>Michael |

## MEDICAL SOURCE STATEMENT

**Patient:** Michael Gilmore **DOB:** ______________

~~7-8-70~~

**Medical Provider:** Chris Barber

Please complete this Medical Source Statement based upon your clinical evaluation of the patient, test results and medical treatment the patient received. If there is any item that you do not believe you can answer, please write N/A (Not Assessed) and use additional space for written comments if needed.

**What medical diagnosis are you treating this patient for?**

Polyneuropathy, low back & thoracic back pain

G62.9 M54.5 M54.6

**At One Time Without Interruption, this patient can** (circle full capacity for <u>each</u> activity):

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. | Sit | (# hrs) | 30 min (<1) circled | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| B. | Stand | (# hrs) | (<1) circled | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| C. | Walk | (# hrs) | (1) circled | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Total in an 8-hour workday, this patient can** (circle full capacity for <u>each</u> activity):

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. | Sit | (# hrs) | 30 min (<1) circled | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| B. | Stand | (# hrs) | 5 min (<1) circled | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| C. | Walk | (# hrs) | 5 min (<1) circled | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

If the patient requires alternating positions, please indicate frequency of alternation.

He has to lie down to get relief. No work adjustments would help

**<u>For the following, please note:</u>** In an 8-hour workday "occasionally" = 0% to 33% of the time, "frequently" = 34% to 66% of the time and "continuously" = 67% to 100% of the time.

**Patient can use their hands and upper extremities as follows** (circle full capacity for <u>each</u> activity)

| | | | | |
|---|---|---|---|---|
| Fine manipulation right hand: | Never | (Occasionally) circled | Frequently | Continuously |
| Fine manipulation left hand: | Never | (Occasionally) circled | Frequently | Continuously |
| Gross manipulation right hand: | Never | (Occasionally) circled | Frequently | Continuously |

RPID: 9430102

Lincoln/Gilmore 0393

Gross manipulation left hand: Never (Occasionally) Frequently Continuously

Raise left arm over shoulder level: Never (Occasionally) Frequently Continuously

Raise right arm over shoulder level: Never (Occasionally) Frequently Continuously

Patient can use their feet for repetitive movements, such as operating foot controls:

| Right | Left | Both |
|---|---|---|
| __ Yes __ (No) | __ Yes __ (No) | __ Yes __ (No) |

Neuropathy limits

| Patient can lift: | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|
| A. 0-5 lbs | | ✓ | | |
| B. 5-10 lbs | | ✓ | | |
| C. 11-20 lbs | ✓ | | | |
| D. 21-50 lbs | ✓ | | | |
| E. 50-100 lbs | ✓ | | | |

| Patient can carry: | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|
| A. 0-5 lbs | | ✓ | | |
| B. 5-10 lbs | | ✓ | | |
| C. 11-20 lbs | ✓ | | | |
| D. 21-50 lbs | ✓ | | | |
| E. 50-100 lbs | ✓ | | | |

| Patient is able to: | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|
| A. Bend | | ✓ | | |
| B. Squat | | ✓ | | |
| C. Crawl | ✓ | | | |
| D. Climb | ✓ | | | |

Restrictions of activities involving:

| | None | Mild | Moderate | Total |
|---|---|---|---|---|
| A. Unprotected heights | ✓ | | | |
| B. Being around moving machinery | ✓ | | | |
| C. Exposure to marked changes in temperature or humidity | ✓ | | | |
| D. Driving automotive equipment | | ✓ | | |
| E. Exposure to dust, fumes, & gases | | ✓ | | |

What objective evidence (imaging, lab results, examination findings, etc.) is your opinion based upon?

Nerve conduction study = moderate polyneuropathy 6-3-20

Does this patient have other functional limitations, such as the impact of mediation(s), cognitive and/or psychiatric diagnosis? lyrica causes sedation but is necessary for neuropathy

How many days of work would you expect this patient to miss in a 20-business day month due to their medical diagnosis, symptoms and limitations? 20 days

Would this patient need extra breaks during the workday? If yes, please note how many breaks the patient would need and how long the breaks would last.

Yes 6 breaks or more a day

[signature]
Signature

7-11-22
Date

Chris Barber
Printed Name

# Quality Assurance Report

## Request Information

Report Date: July 11, 2022

**RP ID:** 9430102

Patient Name: Gilmore, Michael F

Provider Name: BARBER, DR CHRISTOPHER

## Quality Assurance Information

Scope Requested: **All Available Information**

Special Request:
QUESTIONNAIRE ONLY seen by Dr Christopher Barber

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KALLA

SOCIAL SECURITY ADMINISTRATION

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

July 20, 2022

Michael Gilmore

**NOTICE OF HEARING-IMPORTANT REMINDER**

We recently mailed you a Notice stating the time of the hearing you requested. We enclosed with your Notice an Acknowledgement Form, which we asked you to complete and return. If you have **not** yet returned the Acknowledgement Form, please call the number listed above and tell us if you plan to come to your hearing. If you do not plan to come to your hearing, please tell us why you cannot come.

We expect you to be present at the hearing scheduled for:

**Day:** Friday **Date:** August 12, 2022 **Time:** 09:00 AM Eastern (ET)

An administrative law judge (ALJ) will conduct your hearing by telephone. On the date and at the time listed above, the ALJ will call you at the telephone number in our file. The number is If this is not the correct telephone number, please call this office immediately.

On the day of the hearing, we will call you at the telephone number you provided:

- If you provided a cell phone number for the hearing, the incoming call will display as "Catonsville, MD."
- If you provided a landline phone number, your caller ID will display as "SSA U.S Govt."

If you do not attend the hearing, the ALJ may **dismiss** your request for hearing, without further notice, unless he or she finds that you have a good reason for not attending.

Form HA-L503 (01-2022)
Claimant

See Next Page

If you do not understand this notice, or if some unexpected problem arises, please call this hearing office at the phone number listed above.

Sincerely,

*Social Security Administration*

Enclosures:
Form HA-L503 (Notice of Hearing)

cc: Sean Patrick Sullivan
300 N Beach Street
Daytona Beach, FL 32114-3304

Form HA-L503 (01-2022)
Claimant

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
Michael Gilmore

Office of Hearings Operations
SSA OHO HEARING OFC
135 CIRCLE LANE
KNOXVILLE, TN 37919-9998
Tel: (877) 692-3141 / Fax: (833) 510-0096

July 20, 2022

Michael Gilmore

**NOTICE OF HEARING-IMPORTANT REMINDER**

We recently mailed you a Notice stating the time of the hearing you requested. We enclosed with your Notice an Acknowledgement Form, which we asked you to complete and return. If you have **not** yet returned the Acknowledgement Form, please call the number listed above and tell us if you plan to come to your hearing. If you do not plan to come to your hearing, please tell us why you cannot come.

We expect you to be present at the hearing scheduled for:

**Day:** Friday **Date:** August 12, 2022 **Time:** 09:00 AM Eastern (ET)

An administrative law judge (ALJ) will conduct your hearing by telephone. On the date and at the time listed above, the ALJ will call you at the telephone number in our file. The number is If this is not the correct telephone number, please call this office immediately.

On the day of the hearing, we will call you at the telephone number you provided:

- If you provided a cell phone number for the hearing, the incoming call will display as "Catonsville, MD."
- If you provided a landline phone number, your caller ID will display as "SSA U.S Govt."

If you do not attend the hearing, the ALJ may **dismiss** your request for hearing, without further notice, unless he or she finds that you have a good reason for not attending.

Form HA-L503 (01-2022)
Representative

See Next Page

If you do not understand this notice, or if some unexpected problem arises, please call this hearing office at the phone number listed above.

Sincerely,

*Social Security Administration*

Enclosures:
Form HA-L503 (Notice of Hearing)

cc: Sean Patrick Sullivan
300 N Beach Street
Daytona Beach, FL 32114-3304

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

# CONFIRMATION OF TELEPHONE HEARING

Please be advised that we are confirming the scheduled telephone hearing for our client listed below. The claimant consents to the telephone hearing and hereby waives 20-days' notice of the changed manner of conducting the scheduled hearing, e.g. now by telephone instead of in-person or via VTC. The claimant does not waive notice of a new or changed hearing date.

**Claimant:** **Michael Gilmore**

**SSN:**

**Phone Number:**

**Co-Representative:** Laura Lopez

**Phone Number:** **(786) 618-2211**

Please contact our office if you need have any questions or need anything further.

Respectfully submitted,

Sean Sullivan

| REPORT OF CONTACT *(Use ink or typewriter)* | | ACCOUNT NUMBER AND SYMBOL |
|---|---|---|
| TO: | File ☒ NE ☐ MAT ☐ SE ☐ GL ☐ WN ☐<br>MAM ☐ ODO ☐ OIO ☐ DDS ☐ | NAME OF WAGE EARNER OR SE PERSON<br>Michael Gilmore |

PERSON(S) CONTACTED AND ADDRESSES ☐ WE OR SE PERSON ☐ OTHER *(specify)*

| CONTACT MADE:<br>☒ PHONE:<br>☐ OTHER: | DATE OF CONTACT<br>July 27, 2022 |
|---|---|

SUBJECT

CL called to confirm he will be present for TEL HRG.

| SIGNATURE<br>bobbitt | | |
|---|---|---|
| HEARING OFFICE<br>*(Name, Address & Code)*<br>Knoxville (X51)<br>135 Circle Lane<br>Knoxville, TN 37919-9998 | CLAIMS<br>☐ CT ☐ GS ☐ AA/PA ☐ HOD<br>☐ OTHER | DATE OF REPORT<br>July 27, 2022<br><br>PAGE OF 1 of 1 |

Form SSA-5002 (8-1981) EF (02-2001)

UNEMPLOYMENT INSURANCE Date: 08/02/2022 SSN:

**EXHIBIT NO. 8D**
**PAGE: 1 OF 1**

**QUARTER PAID:** 4TH/2020
**NAME (F,MI,L):** MICHAEL F GILMORE — **NAME/SSN VERIFIED:** Y
**UNEMPLOYMENT AMOUNT:** $1925
**MAILED TO:**
**CITY ST ZIP:**
**PAYER STATE:** — **REPORT PROCESSED:** 2021-01-04

**QUARTER PAID:** 3RD/2020
**NAME (F,MI,L):** MICHAEL F GILMORE — **NAME/SSN VERIFIED:** Y
**UNEMPLOYMENT AMOUNT:** $8375
**MAILED TO:**
**CITY ST ZIP:**
**PAYER STATE:** TN — **REPORT PROCESSED:** 2020-10-01

NEW HIRE INFORMATION Date: 08/02/2022

NO NEW HIRE REPORT.

WAGE INFORMATION Date: 08/02/2022 SSN:

**QUARTER PAID:** 2ND/2021
**NAME (F,MI,L):** MICHAEL F GILMORE — **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $36 — **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI — **REPORT PROCESSED:** 2021-10-04

**QUARTER PAID:** 1ST/2021
**NAME (F,MI,L):** MICHAEL F GILMORE — **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $3714 — **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI — **REPORT PROCESSED:** 2021-07-12

**QUARTER PAID:** 4TH/2020
**NAME (F,MI,L):** MICHAEL F GILMORE — **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $1768 — **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI — **REPORT PROCESSED:** 2021-04-01

**QUARTER PAID:** 3RD/2020
**NAME (F,MI,L):** MICHAEL F GILMORE — **NAME/SSN VERIFIED:** Y
**WAGES PAID:** $708 — **EIN:** 753175238
**EMPLOYER:** ROHM & HAAS CHEMICALS LLC
**EMPLOYER ADDRESS:** 2030 DOW CENTERTAX DEPT
**CITY ST ZIP:** MIDLAND, MI 48674-0001
**REPORTED BY:** MI — **REPORT PROCESSED:** 2021-01-04

NH NAME    MICHAEL    GILMORE    SN:    PG 001+

**EXHIBIT NO. 9D**
**PAGE: 1 OF 3**

INPUT    08/02/22    DO:X51 UNIT:BBB    DERO MOD:05

RUN DATE    08/02/22  V:05/03/19

CONTROL

EVENT    ICERS EARNINGS RECORD

TID    CERTIFIED EARNINGS RECORD

ALERTS    NH HAS 30 DIS EX YOC'S FOR NONCOVERED PENSION PIA

PRIOR CLAIM DATA DOES NOT EXIST ON DRAMS

POSSIBLE INCOMPLETES 2021

NH HAS 30 YOC'S FOR NONCOVERED PENSION PIA

FILING DATE USED BY SYSTEM EQUALS ONSET DATE

INFORMTNL    DISABILITY EXCLUSION FULLY INSURED STATUS MET

DISABLED NH IS FULLY INSURED RIB

DISABILITY NON-EXCLUSION FULLY INSURED STATUS MET

DISABILITY NON-EXCLUSION 20/40 INSURED TEST MET

DISABILITY EXCLUSION 20/40 INSURED TEST MET

NO RECOMPUTATION INCREASE - JAN 2021

NO RECOMPUTATION INCREASE - JAN 2022

PRIOR CLAIM STATUS - A

ID INFO    REQ NAME:GILMOR    REQ SEX:M    REQ DATE OF BIRTH:(

DATES    DATE OF ONSET:05/08/2020

DIB INPUT    MBR/INPUT DATA

ONSET:05/08/2020  DENIAL/DISALLOWANCE:H1

INS STAT    DISABILITY:  EXCL REQ QC:28  EXCL HAS:040

NON-EXCL REQ QC:28  NON-EXCL HAS:040    DIS DLI:06/26

OTHER:  FIRST INSURED:04/15

TOT COV    SSA QC

1937 THRU 1950 QC:  0

WAGE QC AFTER 1946: 141    WAGE QC AFTER 1950: 141

SE QC:NONE    AG QC:NONE

TOT EARN    SSA

TOT AFTER 1936:    2225231.93

TOT AFTER 1950:    2225231.93

COMPUTATIONAL YEARLY EARNINGS

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39600 | 410 | 85 | CNNN | 432.95 | | 1342.04 | | | | | |
| 42000 | 440 | 86 | CCNN | 1224.48 | | 3686.19 | | | | | |
| 43800 | 460 | 87 | CCCC | 3178.78 | | 8995.74 | | | | | |
| 45000 | 470 | 88 | CCCC | 9406.62 | | 25370.58 | | | | | |
| 48000 | 500 | 89 | CCCC | 17171.79 | | 44550.09 | | | | | |

**Lincoln/Gilmore 0404**

| | | | | | | |
|---|---|---|---|---|---|---|
| 51300 | 520 | 90 | CCCC | 14191.81 | | 35193.27 |
| 53400 | 540 | 91 | CCCC | 17388.91 | | 41572.31 |
| 55500 | 570 | 92 | CCCC | 27603.17 | | 62758.36 |
| 57600 | 590 | 93 | CCCC | 29343.16 | | 66145.52 |
| 60600 | 620 | 94 | CCCC | 28005.32 | | 61479.70 |
| 61200 | 630 | 95 | CCCC | 37928.01 | H | 80053.98 |
| 62700 | 640 | 96 | CCCC | 40909.60 | H | 82321.22 |

**EXHIBIT NO. 9D**
**PAGE: 2 OF 3**

NH NAME MICHAEL GILMORE SN: PG 002

INPUT 08/02/22 DO:X51 UNIT:BBB DERO MOD:05

COMPUTATIONAL YEARLY EARNINGS

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65400 | 670 | 97 | CCCC | 41347.59 | L | 78615.30 | | | | | |
| 68400 | 700 | 98 | CCCC | 41777.98 | L | 75482.93 | | | | | |
| 72600 | 740 | 99 | CCCC | 40766.08 | | 69766.69 | | | | | |
| 76200 | 780 | 00 | CCCC | 54000.04 | H | 87572.42 | | | | | |
| 80400 | 830 | 01 | CCCC | 41270.66 | | 65369.56 | | | | | |
| 84900 | 870 | 02 | CCCC | 59598.25 | H | 93461.75 | | | | | |
| 87000 | 890 | 03 | CCCC | 64345.06 | H | 98497.86 | | | | | |
| 87900 | 900 | 04 | CCCC | 69470.86 | H | 101620.22 | | | | | |
| 90000 | 920 | 05 | CCCC | 73979.92 | H | 104396.08 | | | | | |
| 94200 | 970 | 06 | CCCC | 81205.39 | H | 109556.68 | | | | | |
| 97500 | 1000 | 07 | CCCC | 87588.25 | H | 113038.12 | | | | | |
| 102000 | 1050 | 08 | CCCC | 102000.00 | H | 128677.28 | | | | | |
| 106800 | 1090 | 09 | CCCC | 96300.38 | H | 123347.13 | | | | | |
| | 1120 | 10 | CCCC | 106800.00 | H | 133637.14 | | | | | |
| | 1120 | 11 | CCCC | 106800.00 | H | 129577.06 | | | | | |
| 110100 | 1130 | 12 | CCCC | 110100.00 | H | 129536.02 | | | | | |
| 113700 | 1160 | 13 | CCCC | 112842.15 | H | 131086.78 | | | | | |
| 117000 | 1200 | 14 | CCCC | 117000.00 | H | 131257.73 | | | | | |

**Lincoln/Gilmore 0405**

| | | | | | | |
|---|---|---|---|---|---|---|
| 118500 | 1220 | 15 | CCCC | 117524.96 | H | 127413.88 |
| | 1260 | 16 | CCCC | 116784.45 | H | 125196.33 |
| 127200 | 1300 | 17 | CCCC | 117499.68 | H | 121758.44 |
| 128400 | 1320 | 18 | CCCC | 95254.95 | H | 95254.95 |
| 132900 | 1360 | 19 | CCCC | 96459.42 | H | 96459.42 |
| 137700 | 1410 | 20 | CCCC | 44017.26 | | 44017.26 |
| 142800 | 1470 | 21 | CCNN | 3714.00 | | 3714.00 |
| 147000 | 1510 | 22 | NNNN | | | |



COMP DATA DI - COMP TYPE:NS 78 DIS EX AIME: $9050.00

EFF DATE:11/20 PIA:$2897.70 PIFC:L FAM MAX: $4346.50

EFF DATE:12/20 PIA:$2935.30 PIFC:L FAM MAX: $4403.00

EFF DATE:12/21 PIA:$3108.40 PIFC:L FAM MAX: $4662.70

START BASE YEAR/START DATE:1951 LAST BASE YEAR/CLOSE DATE:2019

DIVIDEND:$2497818.72 DM:276 DOY:5 YOC: I/Y: ELG YR:2020

TRIAL COMPUTATIONS: NS 78 $3108.40 SP MIN $950.80 NS 78R $3108.40 NS 78R DIS EX $3108.40 NS 78R $3108.40 NS 78R DIS E $3108.40

**EXHIBIT NO. 7D**
**PAGE: 1 OF 6**

| Year ↓ | Show All Addresses Show All Details |
|---|---|
| Year | |
| 2021 | |
| | **2021 Detail Non-Covered Earnings** |
| | **EIN: 350472300** |
| | Employer: LINCOLN NATL LIFE INS CO Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 61,297.32 |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Non-Qualified Plan/Special Payment Total: -$ 3,714.00 |
| | **2021 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 3,714.00** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 3,714.00 |
| | OASDI Employer Total: $ 3,714.00 |
| 2020 | |
| | **2020 Detail Non-Covered Earnings** |
| | **EIN: 046076039** |
| | Employer: LINCOLN LIFE ASSURANCE COMPANY OF Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 3,916.44 |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Non-Qualified Plan/Special Payment Total: -$ 1,074.00 |
| | Deferred Compensation 401(k) Total: $ 3,182.94 |
| | **2020 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 44,017.26** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 44,017.26 |
| | OASDI Employer Total: $ 44,017.26 |
| 2019 | |
| | **2019 Detail Non-Covered Earnings** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 7,206.85 |
| | **2019 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 96,459.42** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 96,459.42 |

**Lincoln/Gilmore 0407**

| | |
|---|---|
| | OASDI Employer Total: $ 96,459.42 |
| **2018** | |
| | **2018 Detail Non-Covered Earnings** |
| | **EIN: 381285128** |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 1,998.49 |
| | **2018 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 95,254.95** |
| | **EIN: 381285128** |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 95,254.95 |
| | OASDI Employer Total: $ 95,254.95 |
| **2017** | |
| | **2017 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 117,499.68** |
| | **EIN: 381285128** |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 117,499.68 |
| | OASDI Employer Total: $ 117,499.68 |
| **2016** | |
| | **2016 Detail Non-Covered Earnings** |
| | **EIN: 381285128** |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 3,699.05 |
| | **2016 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 116,784.45** |
| | **EIN: 381285128** |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 116,784.45 |
| | OASDI Employer Total: $ 116,784.45 |
| **2015** | |
| | **2015 Detail Non-Covered Earnings** |
| | **EIN: 381285128** |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 5,787.80 |
| | **2015 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 117,524.96** |
| | **EIN: 381285128** |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 117,524.96 |
| | OASDI Employer Total: $ 117,524.96 |
| **2014** | |
| | |

| | |
|---|---|
| | 2014 Detail Non-Covered Earnings |
| | EIN: 381285128 |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Deferred Compensation 401(k) Total: $ 4,852.55 |
| | 2014 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 117,000.00 |
| | EIN: 381285128 |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 117,000.00 |
| | Medicare Total: $ 122,726.02 |
| | OASDI Employer Total: $ 117,000.00 |
| 2013 | |
| | 2013 Detail Non-Covered Earnings |
| | EIN: 381285128 |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Deferred Compensation 401(k) Total: $ 3,648.64 |
| | 2013 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 112,842.15 |
| | EIN: 381285128 |
| | Employer: THE DOW CHEMICAL COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 112,842.15 |
| | OASDI Employer Total: $ 112,842.15 |
| 2012 | |
| | 2012 Detail Non-Covered Earnings |
| | EIN: 753175238 |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | Earnings Totals: Show Details |
| | Deferred Compensation 401(k) Total: $ 5,657.47 |
| | 2012 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 110,100.00 |
| | EIN: 753175238 |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 110,100.00 |
| | Medicare Total: $ 110,867.76 |
| | OASDI Employer Total: $ 110,100.00 |
| 2011 | |
| | 2011 Detail Non-Covered Earnings |
| | EIN: 753175238 |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | Earnings Totals: Show Details |
| | Deferred Compensation 401(k) Total: $ 7,033.36 |
| | 2011 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 106,800.00 |
| | EIN: 753175238 |

| | |
|---|---|
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 106,800.00 |
| | Medicare Total: $ 123,978.77 |
| | OASDI Employer Total: $ 106,800.00 |
| **2010** | |
| | **2010 Detail Non-Covered Earnings** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 4,607.07 |
| | **2010 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 106,800.00** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 106,800.00 |
| | Medicare Total: $ 112,709.95 |
| | OASDI Employer Total: $ 106,800.00 |
| **2009** | |
| | **2009 Detail Non-Covered Earnings** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 3,576.97 |
| | **2009 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 96,300.38** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 96,300.38 |
| | OASDI Employer Total: $ 96,300.38 |
| **2008** | |
| | **2008 Detail Non-Covered Earnings** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Deferred Compensation 401(k) Total: $ 2,557.30 |
| | **2008 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 102,000.00** |
| | **EIN: 753175238** |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 102,000.00 |
| | Medicare Total: $ 110,460.00 |
| | OASDI Employer Total: $ 102,000.00 |
| **2007** | |
| | **2007 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 87,588.25** |
| | |

| | |
|---|---|
| | EIN: 753175238 |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 87,588.25 |
| | OASDI Employer Total: $ 87,588.25 |
| 2006 | |
| | 2006 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 81,205.39 |
| | EIN: 753175238 |
| | Employer: ROHM AND HAAS CHEMICALS LLC Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 81,205.39 |
| | OASDI Employer Total: $ 81,205.39 |
| 2005 | |
| | 2005 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 73,979.92 |
| | EIN: 231028370 |
| | Employer: ROHM AND HAAS COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 73,979.92 |
| | OASDI Employer Total: $ 73,979.92 |
| 2004 | |
| | 2004 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 69,470.86 |
| | EIN: 231028370 |
| | Employer: ROHM AND HAAS COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 69,470.86 |
| | OASDI Employer Total: $ 69,470.86 |
| 2003 | |
| | 2003 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 64,345.06 |
| | EIN: 231028370 |
| | Employer: ROHM AND HAAS COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 64,345.06 |
| | OASDI Employer Total: $ 64,345.06 |
| 2002 | |
| | 2002 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 59,598.25 |
| | EIN: 231028370 |
| | Employer: ROHM AND HAAS COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 59,598.25 |
| | OASDI Employer Total: $ 59,598.25 |
| 2001 | |
| | 2001 Detail Covered FICA Earnings<br>OASDI Yearly Total: $ 41,270.66 |
| | EIN: 130872805 |
| | |

| | |
|---|---|
| | Employer: INTERNATIONAL PAPER COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 776.17 |
| | OASDI Employer Total: $ 776.17 |
| | EIN: 231028370 |
| | Employer: ROHM AND HAAS COMPANY Show Address |
| | Earnings Totals: Show Details |
| | Wage Total: $ 40,494.49 |
| | OASDI Employer Total: $ 40,494.49 |
| 2000 | |
| | **2000 Detail Covered FICA Earnings**<br>**OASDI Yearly Total: $ 54,000.04** |
| | **EIN: 130872805** |
| | Employer: INTERNATIONAL PAPER COMPANY Show Address |
| | **Earnings Totals:** Show Details |
| | Wage Total: $ 54,000.04 |
| | OASDI Employer Total: $ 54,000.04 |

Form **SSA-1696** (02-2020) UF
Discontinue Prior Editions
Social Security Administration

**EXHIBIT NO. 13B**
**PAGE: 1 OF 4** Page 1 of 6
OMB No. 0960-0527

Claimant's Social Security Number | Appointed Representative's Rep ID

# Claimant's Appointment of a Representative

## Section 1 - Claimant's Information

**Social Security Number**

[

| **First Name** | **Initial** | **Last Name** |
|---|---|---|
| Michael | F | Gilmore |

**Mailing Address**

| **City** | **State** | **ZIP/Postal Code** | **Country - if outside the U.S.** |
|---|---|---|---|
| | | | |

**Phone Number**

Country/Area Code | Phone Number

**Alternate Phone Number (Optional)**

Country/Area Code | Phone Number

### Number Holder's Information *(Complete when applicable)*

My claim is based on another person's work or earnings (e.g., spouse or parent). This person's information is different from mine.

**Number Holder's Social Security Number**

[ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

| **First Name** | **Initial** | **Last Name** |
|---|---|---|
| | | |

## Section 2 - Disclosure *(Claimant Only)*

[X] By selecting this box, I, the claimant listed in Section 1, whose signature appears in Section 8, authorize SSA to release information in relation to my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g., clerks, assistants), partners, or parties under contractual arrangements for or with my representative. *(The appointed representative's partners, associates, delegates and designees must be prepared to provide information in order to be authenticated.)*

## Section 3 - Principal Representative *(Claimant only – Complete when applicable)*

I have appointed before, or appoint now, more than one representative. I ask SSA to make contacts or send notices to this individual. My principal representative is:

**Name** Sean Sullivan

**Lincoln/Gilmore 0413**

Claimant's Social Security Number — Appointed Representative's Rep ID

## Section 4 - Representative's Information *(Claimant and Representative)*

Representatives who are eligible and seek direct payment of their fee must register and receive a Rep ID before the appointment. For more information about registration visit us on-line at www.socialsecurity.gov/ar, contact us at 1-800-772-1213 (TTY 1-800-325-0778), or visit your local Social Security office.

**Representative's Rep ID**

| **First Name** | **Initial** | **Last Name** |
|---|---|---|
| Laura | | Lopez |

**Mailing Address**

300 N Beach Street

| **City** | **State** | **ZIP/Postal Code** | **Country - if outside the U.S.** |
|---|---|---|---|
| Daytona Beach | FL | 32114 | |

**Phone Number**

(781) 246-8975
Country/Area Code — Phone Number

**Alternate Phone Number (Optional)**

Country/Area Code — Phone Number

## Section 5 - Representative's Status, Affiliations, and Certifications *(Representative Only)*

**Representative's Status Part A - Type of Representative** (Representatives have a duty to keep their information current)

[X] I am an attorney *(SSA regulation states that an attorney is someone in good standing who has the right to practice law before a court of a State, Territory, District, or island possession of the United States, or before the Supreme Court or a lower Federal court of the United States.)*

[ ] I am a non-attorney eligible for direct payment *(SSA law requires that non-attorneys meet certain criteria to qualify for direct payment. Refer to our website at www.ssa.gov/representation for criteria).*

[ ] I am a non-attorney not eligible for direct payment.

**Representative's Status Part B - Disqualification**

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice law.

[ ] Yes [X] No

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency.

[ ] Yes [X] No

| Claimant's Social Security Number | Appointed Representative's Rep ID |
|---|---|
| | |

## Section 5 - Continued *(Representative Only)*

**Affiliation Information**

If you are representing the claimant(s) as a partner or employee of a business entity, firm or other organization you may provide your Employer Identification Number (EIN) here, if one exists for tax purposes. This number is not your Social Security Number (SSN). This is your employer's tax identification number. (*Do not complete this section if you do not qualify for direct payment.*)

**EIN** 27-3309590

**Organization's Name** (Enter the full name of the business, entity, firm or organization with which you want to be affiliated while representing this claim)

Brown and Brown Absence Services FKA The Advocator Group

**Representative's Business Address** (if different than mailing address)

| City | State | ZIP/Postal Code |
|---|---|---|
| | | |

**Country - if outside the U.S.**

**Representative's Certification**

I accept this appointment and certify the following:

- I understand and agree that I will comply with SSA's laws and rules on the representation of parties, including the Rules of Conduct and Standards of Responsibility for Representatives; I will not charge, collect, or retain a fee for representational services that SSA has not approved or that is more than SSA approved unless a regulatory exclusion applies.
- I understand that if I fail to comply with any of SSA's laws and rules I may be suspended or disqualified as a representative before SSA.
- I will not disclose any information to any unauthorized party without the claimant's specific written consent.
- I am not currently suspended or prohibited, for any reason, from practicing before the Social Security Administration.
- I am not disqualified from representing the claimant as a current or former officer or employee of the United States.
- I accept appointment as the representative for the claimant named in Section 2 of this form in connection with the claims and asserted rights described in Section 6 of this form.
- I agree that a copy of this signed form SSA-1696 will have the same force and effect as the original.
- I declare under penalty of perjury that I have examined all of the information on this form and on all accompanying statements or forms, including any information, attestations and certifications provided to SSA in registration, and that they are all currently true and correct to the best of my knowledge.

*If I intend to seek direct payment of the authorized fee on this claim -*

- I have registered for and obtained a Rep ID, and my registration information is up-to-date.
- I have provided up-to-date information on my registration concerning whether I have been suspended or prohibited from practice before SSA or any other Federal program or agency, disbarred or suspended by a court or bar, and convicted of a violation under Section 206 or 1631(d) of the Social Security Act.

**I CERTIFY TO ALL OF THE ABOVE** ll *(Representative's Initials)*

| Claimant's Social Security Number | Appointed Representative's Rep ID |
|---|---|
| | |

## Section 6 - Claim Type *(Claimant or Representative)*

I appoint the individual named in Section 4 to act as my representative in connection with my claim(s) or asserted right(s) under Title II (RSDI), Title XVI (SSI), Title XVIII (Medicare Coverage), and Title VIII (SVB) of the Social Security Act, as presently amended, specifically for the issues identified below: (*Check all that apply*)

- [X] Claim/Appeal for Title II Disability Benefits
- [X] Claim/Appeal for Title XVI Disability Benefits
- [X] Concurrent Title II and Title XVI Disability Benefits
- [ ] Claim/Appeal for Retirement Benefits
- [ ] Claim/Appeal for Title XVIII (Medicare), VIII (Special Veteran's Benefits)
- [X] Continuing Disability Review (CDR)
- [ ] Post-Entitlement Issue (a new issue you raise after eligibility for other benefits)

______________________________________

(E.g., benefit amount, month of entitlement, representative payee, suspension, termination, overpayment)

## Section 7 - Fee Arrangement *(Representative Only)*

Check one box below:

- [ ] **I will request a fee and direct payment of this fee.** Select this box if you are eligible for direct payment and want us to withhold a portion of the past-due benefits to pay you the fee we may authorize. *(We must authorize the fee.)*
- [ ] **I will request a fee but not direct payment.** Select this box if you are not eligible for direct payment from the past-due benefits, or if you do not want direct payment. You must collect any fee we may authorize on your own. *(We must authorize the fee.)*
- [X] **I waive the right to receive a fee from the claimant, any auxiliary beneficiaries or any other individual.** Select this box if you certify that an entity, or a Federal, state, county, or city government agency will pay the fee and any expenses from its funds. The claimant, auxiliary beneficiaries, or other individuals must not be liable for the fee, directly or indirectly, in whole or in part, or any expenses. *(We do not need to authorize the fee if all regulatory conditions apply.)*
- [ ] **I waive the right to a fee.**

## Section 8 - Signatures *(Claimant and Representative)*

| **Representative's Signature** | **Date** |
|---|---|
| Laura Lopez | 7/25/2022 |
| **Claimant's Signature** Michael Gilmore | **Date** May 12, 2022 |

**Lincoln/Gilmore 0416**

# PSYCHOLOGICAL AND TRAINING SERVICES, P.A.

920 St Andrews Road, Columbia, SC 29210 bobnorabrabham@att.net Phone: 803-731-0588 Fax: 803-731-0589

**Robert E Brabham, Ph.D**

**Licensed Psychologist, Master's in Rehabilitation Counseling**

*Rob Brabham Jr., MRC* *Nora Heape, RN, BA* *Amye Hawkins, Adm.Asst.* *Allen T Gantt, Jr., M.Ed.*

## RESUME

**Educational Background:**

| | | | |
|---|---|---|---|
| B.S. | 1964 | University of SC | Major: Psychology |
| M.S. | 1966 | Virginia Commonwealth | Major: Rehabilitation Counseling |
| Ph.D. | 1969 | University of Missouri | Major: Counseling Psychology |

**Work Experience:**

1996-Present: *Private Practice of Psychology and Vocational Assessment*

Provide vocational and psychological evaluations for:

State Agencies, Insurance companies, Workers Compensation insurance companies, Plaintiff and Defendant Attorneys and Employers.

Specializing in assessment of vocational, personal, and financial implications associated with work-related and third-party injuries, including lost earnings, reduction of earning capacity, return-to-work issues, and other consequences of disabilities, including traumatic and acquired brain injuries.

Provide psychotherapy and counseling for individuals, couples, and families, including employee assistance counseling services.

Vocational Expert for Social Security Administration, Office of Disability Adjudication and Review, South Carolina Regional Offices in Greenville and Columbia.

Employee Assistance Counselor, Dick Smith Motors, Columbia SC

2010-2016 US Department of Veterans Affairs, Regional Office of Vocational Rehabilitation and Employment Services, Columbia SC

2010-2015 Administrative Appeals Officer/Vocational Consultant for SC Public Employment Benefits Authority (SC Retirement Systems)
Conducted appeals and provided Administrative Law Court testimony regarding applicants for state disability retirement benefits.

1998-2006 Executive Director, Brain Injury Alliance of SC
The Alliance, now the Association, is the official state affiliate of the National Brain Injury Association, the largest consumer organization for individuals with brain injuries in SC, serving more than 1,200 families. Continues to serve on State Professional Advisory Board.

1996-1998 Faculty Member, University of South Carolina, School of Medicine
Associate Professor, School of Medicine, Department of Neuropsychiatry, Rehabilitation Counseling Program; Research Associate and Trainer for The Center for Child and Family Studies.

1993-1996 Director, Brain Injury Division, SC Department of Disabilities and Special Needs
(First) Director of Head and Spinal Cord Injury Division. Secured the first combined Medicaid waiver in US for these populations, and administered state-funded service delivery system.

1988-1993 Non-Profit Association and Foundation Management
Executive Director, National Rehabilitation Association; Executive Director, National Association of Rehabilitation Facilities; Executive Director, Medical Rehabilitation Education Foundation, all in Washington, DC

1971-1988 Assistant Commissioner, SC Vocational Rehabilitation Department
Served as Assistant Commissioner for Client Services. Supervised 1,200 employees in a network of more than 100 offices, rehabilitation centers, prisons, and two in-patient alcohol and drug treatment centers.

-and-

Chief Psychologist, SC Vocational Rehabilitation Department
As Chief Psychologist, supervised all staff psychologists, and was responsible for psychological screening of all applicants for professional staff positions, state-wide.

1969-1971 Assistant Professor, Auburn University, Vocational Assessment Techniques, for an eight-state Southeast Region Vocational Evaluation and Assessment Training Program, conducted in-service training programs for professionals involved in vocational assessment.

1967-1969 Counselor, University of Missouri-Columbia Counseling Center
Served as Counselor at the University Testing and Counseling Service, an American Psychology Association-approved internship site. Also provided individual assessments for public school districts as a certified School Psychologist in Missouri.

1966-1967 Vocational Rehabilitation Counselor, Mental Health Services
Served as Vocational Rehabilitation Counselor at the SC State Hospital, and Columbia, SC, area office. Served individuals with long-term emotional and psychiatric impairments in job placements.

**Elected Positions:** Elected to two terms on Richland-Lexington (SC) School District Five Board of Trustees, including term as Chairman. Also served on numerous committees of the SC School Boards Association.

Elected President of the Southeast Region of the National Rehabilitation Association (SE NRA)

Elected President, National Rehabilitation Administrators Association (NRAA)

Elected to Board of Directors of National Vocational and Work Adjustment Association (VEWAA)

Elected to Board of Directors of the Commission on Accreditation of Rehabilitation Facilities (CARF)

Elected to Executive Committee, SC Psychological Association, 2008-2011

**Volunteer Service:** Served on numerous local and national advisory boards and committees, including:

The J.M. Foundation, New York
Harold Russell Foundation, Boston
Killingsworth Women's Center, Columbia, SC
Long-Term Care Subcommittee, SC Department of Health
US Department of Justice, ADA Committees, Washington, DC (Present by Invitation of Pres. Bush at the White House Signing of the ADA)
President's Committee on Employment of People with Disabilities
Partners of the Americas, SC Chapter, Exchange Programs with Cali, Colombia

**Publications:** In a 50-year professional career has published numerous articles in professional journals and chapters in college textbooks, including:

Textbooks:

Chapter in Rehabilitation Administration and Supervision, University Park Press, Baltimore, 1981.

Chapter in Rehabilitation Counseling, Basics and Beyond, Pro-Ed Publishers, Austin, Texas, 1987 (First Edition), 1992 (Second Edition), and 1998 (Third Edition).

Journals:

The Journal of Counseling Psychology

The Journal of Rehabilitation

The Journal of Applied Rehabilitation Counseling

The SC School Board Journal

The Vocational and Work Adjustment Bulletin

Elected to Editorial Board of:

The Journal of Rehabilitation Education

The Journal of Rehabilitation Administration

**Professional Memberships:**

American Psychological Association
National Rehabilitation Association
Brain Injury Association of America

**Licenses and Certifications (Current/Prior):**

Licensed Psychologist in South Carolina (Number 77), since 1971
Certified Brain Injury Specialist, 2002-2007
Certified Rehabilitation Counselor, 1990-2010

**Personal Information:**

Married in 1965 to Leonora Heape Brabham, RN, BA

Three adult children (one is a Bachelor's Degree former school teacher, one is a Master's Degree Rehabilitation Counselor, and one is an MBA Environmental Management Consultant)

Elected Elder, Presbyterian Church (USA), Served on Coordinating Council for Trinity Presbytery, Columbia, SC 2007-2008

Elected as Commissioner (Delegate) to National General Assembly of the Presbyterian Church (USA), 2006-2007

Elected as Delegate to Synod of the South Atlantic for Presbyterian Church (USA), for Trinity Presbytery 2007

Elder at Lake Murray Presbyterian Church (USA), Chapin, SC.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

## REPRESENTATIVE CLAIM SUMMARY

**OHO:** Knoxville, TN

**Date of Summary:** August 4, 2022

**Claimant**: Michael Gilmore

**SSN**:

**AOD**: May 8, 2020

**DLI**: December 31, 2025

**Age at Onset**: 49

**Age at Present:** 52

**Age Category**: Closely Approaching Advanced Age

**Education**: High School

**Past Work**: Mr. Gilmore's past work includes experience as a maintenance job planner for a chemical plant, chemical plant maintenance supervisor, and production team manager for a chemical plant. (2E/3) It is anticipated that this work was performed at the skilled and light to medium level of exertional level. (3E/2-5)

### Sequential Analysis

**Step One:** Mr. Gilmore has not engaged in substantial gainful activity since the alleged onset date of May 8, 2020. Mr. Gilmore received short-term disability and long-term disability benefits from Liberty Mutual after his alleged onset date.

**Step Two:** The evidence establishes that Mr. Gilmore suffers from the following severe and medically determinable impairments including the following:

- **Diabetic Polyneuropathy/Moderate Sensorimotor Polyneuropathy**

**Step Three:** Mr. Gilmore respectfully requests that all applicable listings be considered.

**Step Four/Step Five:** Mr. Gilmore is a fifty-two-year-old male who is unable to perform the requirements of his past work. His job requires him to walk great distances and climb ladders. Mr. Gilmore's treating source Christopher Blount, M.D. on July 11, 2022 opined Mr. Gilmore is unable to perform even one hour of sitting, standing, and walking in an eight-hour work day due to his polyneuropathy and back pain. (11F/3) He also is completely unable to be around moving machinery or work at unprotected heights. (11F/5) These limitations are supported by overwhelming evidence described in more detail below. These limitations also preclude Mr. Gilmore from performing any work in the national economy as his residual functional capacity is reduced to less than sedentary.

Mr. Gilmore presented to Christopher Barber, D.O. at the Blount Memorial Family Care on May 11, 2020 with a chief complaint of neuropathy. (1F/64) He has numbness of his fingers and he cannot feel his greater toe at all. (1F/64) Mr. Barber ordered Mr. Gilmore to undergo a lower extremity nerve conduction study. (1F/66) Based on these recommendations, Mr. Gilmore underwent a nerve conduction study on June 3, 2020 which found evidence of a moderate sensorimotor polyneuropathy. (1F/124)

On March 9, 2021, Mr. Gilmore presented to Jeffrey Uzzle, M.D. for a consultative examination with allegations including diabetic neuropathy feet and legs, depression, high cholesterol, and diabetes. (2F/9) He reports current medications including Metformin, Jardiance, Sertraline, Pregabalin, Rosuvastatin, Sildenafil, and Tarceva. (2F/9) On further questioning, Mr. Gilmore endorses symptoms including joint pain, inflammation, easy bruising, leg pain with exercise, feet swelling, depression, anxiety, dizziness, and non-severe hearing loss. (2F/11) Evaluation findings are significant for positive left Patrick's maneuver and mildly limited range of motion of his right shoulder. (2F/11) Ultimately, Dr. Uzzle opined Mr. Gilmore is only able to sit for two hours, stand for one hour, and walk for thirty minutes at a time without interruption. (2F/4) He is also completely unable to climb ladders of scaffolds. (2F/6)

Mr. Gilmore returned to Christopher Barber, D.O. at the Blount Memorial Family Care on March 31, 2021 for a follow-up of his chronic conditions. (3F/6) His conditions include neuropathy, hypercholesterolemia, Vitamin D deficiency, and type II diabetes mellitus. Fortunately, his hemoglobin A1c has decreased from 9.0% to 7.8% since November of 2020. (3F/6) Mr. Gilmore reiterates that the numbness of his hands and feet have substantially impaired his coordination, preventing him form climbing ladders at work. (3F/6) Mr. Barber recommended Mr. Gilmore continue Rosuvastatin and Jardiance. (3F/9)

Mr. Gilmore returned to Christopher Barber, D.O. at the Blount Memorial Family Care on September 8, 2021 for an additional chronic conditions. He endorses right shoulder pain. He also reports an ATV accident about 20 years ago that hurt his low back. (4F/3) On a musculoskeletal examination, Mr. Gilmore displayed positive signs during an empty can test, positive findings during an Apley scratch test, and difficulty with abducting his right arm greater than ninety degrees. (4F/5) Mr. Gilmore was subsequently given a right shoulder Kenalog injection and Mr. Barber recommended him to undergo additional imaging to evaluate his right shoulder pain. (4F/5,6)

On October 18, 2021, X-Rays of Mr. Gilmore's right ankle illustrates evidence of heel spur. (5F/3) Imaging of his lumbar spine conducted the same day also confirm mild spondylosis. (5F/5)

Mr. Gilmore continued to seek treatment from Christopher Barber, D.O. at the Blount Medical Physicians Group with progress notes from November 16, 2021 through February 23, 2022 documenting polyneuropathy, tingling of his lower extremities, bilateral shoulder pain, and back pain despite still taking metformin, Jardiance, and Tresiba. (8F/2,6) (9F/2) (10F/2,6) During these consultations, Christopher Barber, D.O. opined that Mr. Gilmore is "still unable to work due to his lower extremity polyneuropathy". (10F/5) This is supported by physical examinations which confirm mild atrophy of his bilateral calves, significantly pinprick sensation testing

bilaterally, and significantly impaired bilateral vibratory sensation of his lower extremities. (9F/5) (10F/9)

Ultimately, In light of the functional limitations placed upon Mr. Gilmore, he is unable to perform any other work generally available in the national or regional economies. Mr. Gilmore's records establish that his severe back pain and tingling of his lower extremity is too disruptive and distracting for him to perform the requirements of his past work. An ability to perform prolonged sitting, standing, and walking is recognized to significantly erode the sedentary occupational base. (SSR 96-9p) Additionally, the symptoms Mr. Gilmore experiences would leave him off-task or wholly absent from work activities to an intolerable degree. Consequently, the occupational base in which Mr. Gilmore might perform has been eroded to the point where a finding of disability is required.

**Applicable Rulings**: SSR 96-8p, SSR 96-9p

**Applicable Medical-Vocational Guideline Rules**: Even if Mr. Gilmore is found to be able to perform sedentary work, rule 201.14 directs a finding of disabled. Mr. Gilmore was 49 years old on the date of onset with a high school education. As of his birthday on July 8, 2020, he turned 50 years old. The skills he acquired from his past work are isolated to his prior vocational settings or disrupted by the significant symptoms he experiences daily. As such, Mr. Gilmore does not possess skills transferable to other work, and a finding of disabled is appropriate.

Respectfully Submitted,

Sean Sullivan
Representative

10:46 5G

EXHIBIT NO. 22E
PAGE [illegible] OF 9

‹ Back **Prescription Details**

Patient
MICHAEL GILMORE

Prescriber
Dr. CHRISTOPHER BARBER

Prescription
VIAGRA 100 MG TABLET

Rx Number
6442099

Dosing
TAKE ONE TABLET BY MOUTH ONE HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED

Date Prescribed
03/08/2022

Refill Expiration Date
03/07/2023

Refills Remaining
1

Next Refill Due Date
06/23/2022

Fill Location
507 Foothills Plaza
Maryville, TN 37801
(865) 238-7436

Lincoln/Gilmore 0424

Back **Prescription Details**

Patient
MICHAEL GILMORE

Prescriber
Dr. CHRISTOPHER BARBER

Prescription
PREGABALIN 150 MG CAPSULE

Rx Number
4563287

Dosing
TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY

Date Prescribed
04/18/2022

Refill Expiration Date
10/17/2022

Refills Remaining
1

Next Refill Due Date
09/04/2022

Fill Location
507 Foothills Plaza
Maryville, TN 37801
(865) 238-7436

# Prescription Details

image not available

## SERTRALINE HCL 100 MG TABLET

| | |
|---|---|
| For | Michael F |
| Last filled | 05/22/2022 |
| Refills | 0 |
| Prescribed by | CHRISTOPHER BARBER |
| Fulfilled by | CVS/pharmacy® |

## Take 1 Tablet By Mouth Every Day

| | |
|---|---|
| Prescriber Phone | 479-968-7607 |
| Store Information | 103 Foothills Mall Dr.<br>Maryville, TN 37801<br>865-982-3803<br>Store #5671 |

**Store Details >**

**COST**

**$0.87**

| | |
|---|---|
| **RX #** | 1493556 |
| **QTY** | 90 |
| **SUPPLY** | 90 Days |
| **ISSUED** | 12/27/2021 |
| **EXPIRES** | 12/27/2022 |
| **NDC** | 69097083512 |

Home Show Card Account Find Store

# Prescription Details

image not available



## BD UF MINI PEN NEEDLE 5MMX31G

| | |
|---|---|
| For | Michael F |
| Last filled | 06/20/2022 |
| Refills | 2 |
| Prescribed by | Not applicable |
| Fulfilled by | CVS/pharmacy® |

## Use With Tresiba Every Day

| | |
|---|---|
| Prescriber Phone | Not applicable |
| Store Information | 103 Foothills Mall Dr.<br>Maryville, TN 37801<br>865-982-3803<br>Store #5671 |

**Store Details >**

**COST**

**$9.96**

| | |
|---|---|
| **RX #** | 1528382 |
| **QTY** | 100 |
| **SUPPLY** | 90 Days |
| **ISSUED** | 03/24/2022 |
| **EXPIRES** | 03/24/2023 |
| **NDC** | 08290320119 |

Home Show Card Account Find Store

# Prescription Details

image not available

## FREESTYLE LIBRE 14 DAY SENSOR KIT

| | |
|---|---|
| For | Michael F |
| Last filled | 08/01/2022 |
| Refills | 5 |
| Prescribed by | Not applicable |
| Fulfilled by | CVS/pharmacy® |

## Use To Check Blood Sugar

| | |
|---|---|
| Prescriber Phone | Not applicable |
| Store Information | 103 Foothills Mall Dr.<br>Maryville, TN 37801<br>865-982-3803<br>Store #5671 |

**Store Details >**

**COST**

**$74.99**

| | |
|---|---|
| **RX #** | 1511255 |
| **QTY** | 2 |
| **SUPPLY** | 28 Days |
| **ISSUED** | 02/08/2022 |
| **EXPIRES** | 02/08/2023 |
| **NDC** | 57599000101 |

Check Drug Interactions

Home Show Card Account Find Store

# Prescription Details

image not available

## JARDIANCE 25 MG TABLET

| | |
|---|---|
| For | Michael F |
| Last filled | 05/22/2022 |
| Refills | 0 |
| Prescribed by | CHRISTOPHER BARBER |
| Fulfilled by | CVS/pharmacy® |

## Take 1 Tablet By Mouth Every Day

| | |
|---|---|
| Prescriber Phone | 479-968-7607 |
| Store Information | 103 Foothills Mall Dr.<br>Maryville, TN 37801<br>865-982-3803<br>Store #5671 |

**Store Details >**

**COST**

**$10.00**

| | |
|---|---|
| **RX #** | 1493558 |
| **QTY** | 90 |
| **SUPPLY** | 90 Days |
| **ISSUED** | 12/27/2021 |
| **EXPIRES** | 12/27/2022 |
| **NDC** | 00597015330 |

Home Show Card Account Find Store

# Prescription Details

image not available

## VITAMIN D2 1.25MG(50,000 UNIT) CAPSULE

| | |
|---|---|
| For | Michael F |
| Last filled | 08/01/2022 |
| Refills | 1 |
| Prescribed by | CHRISTOPHER BARBER |
| Fulfilled by | CVS/pharmacy® |

## Take 1 Capsule By Mouth One Time Per Week

| | |
|---|---|
| Prescriber Phone | 479-968-7607 |
| Store Information | 103 Foothills Mall Dr.<br>Maryville, TN 37801<br>865-982-3803<br>Store #5671 |

**Store Details >**

**COST**

**$2.04**

| | |
|---|---|
| **RX #** | 1577999 |
| **QTY** | 12 |
| **SUPPLY** | 84 Days |
| **ISSUED** | 08/01/2022 |
| **EXPIRES** | 08/01/2023 |
| **NDC** | 69452015120 |

**Home** Show Card Account Find Store

# Prescription Details

image not available

## TRESIBA FLEXTOUCH 200 UNIT/ML INSULIN PEN

| | |
|---|---|
| For | Michael F |
| Last filled | 07/31/2022 |
| Refills | 1 |
| Prescribed by | CHRISTOPHER BARBER |
| Fulfilled by | CVS/pharmacy® |

## Inject 50 Units Subcutaneously Every Day

| | |
|---|---|
| Prescriber Phone | 479-968-7607 |
| Store Information | 103 Foothills Mall Dr.<br>Maryville, TN 37801<br>865-982-3803<br>Store #5671 |

**Store Details >**

**COST**

**$25.00**

| | |
|---|---|
| **RX #** | 1555645 |
| **QTY** | 9 |
| **SUPPLY** | 30 Days |
| **ISSUED** | 06/03/2022 |
| **EXPIRES** | 06/03/2023 |
| **NDC** | 00169255013 |

Home Show Card Account Find Store

## Prescription Details

**Take 1 Tablet By Mouth Everyday At Bedtime**

| | |
|---|---|
| Prescriber Phone | 479-968-7607 |
| Store Information | 103 Foothills Mall Dr.<br>Maryville, TN 37801<br>865-982-3803<br>Store #5671 |

**Store Details >**

**COST**

**$1.87**

| | |
|---|---|
| **RX #** | 1564866 |
| **QTY** | 90 |
| **SUPPLY** | 90 Days |
| **ISSUED** | 06/28/2022 |
| **EXPIRES** | 06/28/2023 |
| **NDC** | 70377000911 |

**Check Drug Interactions**

**Have your prescriptions ready when you need them.**

AUTO REFILL ✓

## History

| | |
|---|---|
| Rx # | 1564866 |
| Prescribed by | CHRISTOPHER BARBER |

Home Show Card Account Find Store

**SOCIAL SECURITY ADMINISTRATION**

Office of Hearings Operations

135 Circle Lane
Knoxville, TN 37919-9998

Date: August 18, 2022

Michael Gilmore

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. The preferred method for filing your appeal is by using our secure online process available at https://www.ssa.gov/benefits/disability/appeal.html.

You may also use our Request for Review form (HA-520) or write a letter. The form is available at https://www.ssa.gov/forms/ha-520.html. Please write the Social Security number associated with this case on any appeal you file. You may call (800) 772-1213 with questions.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

Form HA-L76 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.



See Next Page

**If You Have Any Questions**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this notice and decision when you call.
3. You may also call your local office at (866) 331-9091.

Social Security
9031 Cross Park Drive
Knoxville, TN 37923-9922

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

Donna Lefebvre
Administrative Law Judge

Enclosures:
Decision Rationale

cc: Sean Sullivan
Brown & Brown Advocator Group
300 N. Beach Street
Daytona Beach, FL 32114

Form HA-L76 (03-2010)

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
| --- | --- |
| Michael Gilmore<br>(Claimant) | Period of Disability and Disability Insurance Benefits |
| <br>(Wage Earner) | 21BL382H93453<br>(Beneficiary Notice Control Number)<br>*Social Security Number removed for your protection* |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated January 10, 2022 (20 CFR 404.929 *et seq.*). On August 12, 2022, the undersigned held a telephone hearing due to the extraordinary circumstance presented by the Coronavirus Disease 2019 (COVID-19) Pandemic. All participants attended the hearing by telephone. The claimant agreed to appear by telephone before the hearing and confirmed such agreement at the start of the hearing (Exhibit 9B). The claimant's main representative is Sean Sullivan, a non-attorney representative and Attorney Laura Lopez appeared and represented the claimant at the hearing. Robert Brabham, Ph.D., an impartial vocational expert, also appeared at the hearing.

The claimant is alleging disability since May 8, 2020.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

**1. The claimant's date last insured is December 31, 2024.**

**2. The claimant has not engaged in substantial gainful activity since May 8, 2020, the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

**3. The claimant has the following severe impairments: diabetes with diabetic neuropathy; sleep apnea; degenerative disc disease; and right foot heel spur (20 CFR 404.1520(c)).**

**4. The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5. The claimant has the residual functional capacity to perform sedentary work as defined in 20 CFR 404.1567(a) except can lift up to 10 pounds occasionally and frequently;**

See Next Page

**can occasionally bilaterally handle and finger objects; can never operate foot controls bilaterally; can stand and/or walk for up to 2 hours and sit for up to 6 hours in an 8-hour day with normal breaks; can sit for up to 30 minutes at a time and stand and/or walk for up to 10 minutes at a time before changing positions; can occasionally climb ramps or stairs and never climb ladders, ropes, or scaffolds; can occasionally stoop, kneel, crouch, or crawl and never balance, as defined in the Selected Characteristics of Occupations of the DOT; can perform jobs that do not require exposure to extreme non-weather-related heat or cold, or excessive vibration; can perform jobs that do not require the operation of moving and hazardous machinery or work around unprotected heights.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c.

The claimant has alleged he is unable to work due to his diabetes with peripheral neuropathy in feet and legs. He reported numbness in his fingers and cannot feel either of his great toes. The claimant has symptoms including joint pain, inflammation, easy bruising, leg pain with exercise, and feet swelling. In a January 2021 Function Report, the claimant advised that his conditions prevented him from walking long distances, climbing ladders and stairs, and was off balance at times. He must take frequent breaks due to his pain. The claimant stated that he tries to help around the house with chores, such as light cleaning and lighter loads of laundry, but only assists with chores about twice a week for no more than an hour at a time. He reported only able to lift up to 10 pounds and has pain with squatting, bending, standing, reaching, walking, sitting, kneeling, stair climbing. Lastly, he reported being unable to walk more than 10 minutes at a time due to pain (Exhibit 4E).

A nerve conduction study in May 2020 revealed moderate sensorimotor polyneuropathy and no evidence of bilateral lumbar radiculopathy. Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 and sensory examination remarkable for a stocking and glove pattern of distal sensation loss in both lower extremities. Medical and treatment records find diagnoses for diabetic peripheral neuropathy and chronic back and shoulder pain. In October 2021, the claimant underwent multiple radiographs. X-ray of his lumbar spine demonstrated mild spondylosis. Right ankle x-ray showed heel spur. X-rays of right shoulder and left hip were both within normal limits (Exhibit 5F). The claimant had guarded range of motion of his right shoulder at the March 2021 consultative examination. Sleep study in February 2018 confirmed obstructive sleep apnea diagnosis. November 2020 laboratory results found A1c level to be 9.0, which supports his diabetes diagnosis with peripheral neuropathy. More recent laboratory results in March 2021 indicate his A1c has decreased to 7.8. September 2021 office visit found the claimant with right shoulder complaints. Examination demonstrated positive signs during empty can test, positive findings during an Apley scratch test, and difficulty with abducting his right arm greater than $90^0$. He received a right shoulder Kenalog injection (Exhibits 1F, 2F, 3F, 4F, and 5F).

See Next Page

After considering the evidence of record, the undersigned finds that the claimant's medically determinable impairments could reasonably be expected to produce the alleged symptoms, and that the claimant's statements concerning the intensity, persistence and limiting effects of these symptoms are generally credible. Furthermore, the claimant's testimony (narrative) concerning his impairments and their impact on his ability to work were persuasive in light of his own description of his activities and lifestyle, the degree of medical treatment required, the reports of treating and examining practitioners, and the findings made on examination.

Consistent with the claimant's allegations, the undersigned notes that his earnings record is consistent with a long and steady work history, which signifies a strong employment motivation and in turn bolsters his contentions that he is currently unable to continue in his work endeavors as a result of his numerous medically determinable impairments. Specifically, for the last 15 years, the claimant earned at substantial gainful activity levels each year (Exhibit 9D).

Turning to the opinion evidence, Christopher Barber, D.O. completed a medical source statement – physical in July 2022 assessing polyneuropathy, low back pain, and thoracic back pain. Due to these conditions, he can sit, stand, and/or walk for about 30 minutes for each activity in an 8-hour workday. At one-time without interruption, the claimant can sit for 30 minutes, stand for less than 1 hour, and walk for 1 hour. Dr. Barber opined the claimant has to lie down to get relief and no work adjustments would help. The claimant can occasionally perform gross and/or fine manipulation with the right or left upper extremity and can occasionally raise left or right upper extremity over shoulder level. Due to neuropathy, he cannot operate foot controls with either of the lower extremities. The claimant can lift and/or carry up to 10 pounds occasionally. He can occasionally bend and squat but never crawl or climb. The claimant should have no restrictions of activities involving unprotected heights, being around moving machinery, and exposure to marked changes in temperature or humidity and mild restrictions of activities involving driving automotive equipment and exposure to dust, fumes, and gases. Dr. Barber also cited that his medication, specifically, Lyrica causes sedation; however, the medication is necessary for his neuropathy. He also stated that the claimant would miss 20 days in an average 20 business day month due to his medical diagnosis, symptoms, and limitations and would need extra breaks during the work, totaling 6 breaks or more a day (Exhibit 11F). The findings of sedentary exertion are consistent with the exertional limitations set forth by Dr. Barber, thus are persuasive.

Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 opining the claimant can perform a reduced range of medium exertion with noted balance issues due to neuropathy (Exhibit 2F). The undersigned does not find this opinion persuasive as they are not consistent with the overall objective medical evidence.

State agency medical consultants reviewed this claim at the initial and reconsideration levels opining the claimant could perform a range of medium exertion (Exhibits 1A and 3A). The undersigned finds these opinions not persuasive as subsequent evidence, including the treating source statement from Dr. Barber and his office visit notes (Exhibits 8F, 9F, 10F and 11F), warrant a range of sedentary exertion.

See Next Page

In sum, the above residual functional capacity assessment is supported by the medical records as a whole in this case, by the opinions of treating sources, and by the support in those records for the claimant's allegations.

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as a *chemical reactor operator, III*, (D.O.T. # 559.382-018, medium exertion, skilled work, SVP 7), a *team manager*, (D.OT. # 183.117-014, light exertion, skilled work, SVP 8), *maintenance and planning*, (D.O.T. # 638.281-014, heavy exertion, skilled work, SVP 7), and *maintenance supervisor*, (D.O.T. # 891.137-010, light exertion; however, performed as medium exertion, skilled work with SVP 7) . The demands of the claimant's past relevant work exceed the residual functional capacity.

**7. Applying the age categories non-mechanically, and considering the additional vocational adversities in this case, the claimant was a younger individual age 45-49 on the established disability onset date (20 CFR 404.1563).**

A borderline age situation exists because the claimant is within a few days to a few months of attaining the next higher age category and applying the chronological age would result in a denial of the Title II claim(s). Use of the next higher age category is supported by the significant adverse impact of all factors on the claimant's ability to adjust to other work.

Born the claimant was 49 years and 10 months old on May 8, 2020, the alleged date of onset. The undersigned notes that the claimant's age at onset is within a few months of an age category which is dispositive for the purpose of finding that he is "disabled" under the medical-vocational rules (See 20 CFR §§ 404.1563(a)). Because the claimant's age change took place within a few months after the alleged onset date there is sufficient justification to apply the provisions of closely approaching advanced age rather than younger individual. Therefore, for the purpose of this decision, he is considered to be of closely approaching advanced age.

**8. The claimant has at least a high school education (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

If the claimant had the residual functional capacity to perform the full range of sedentary work, considering the claimant's age, education, and work experience, a finding of "not disabled" would be directed by Medical-Vocational Rule 201.21. To determine the extent to which the claimant's additional limitations erode the unskilled sedentary occupational base, the Administrative Law Judge asked the vocational expert whether jobs exist in the national economy for an individual with the claimant's age, education, work experience, and residual

See Next Page

functional capacity. The vocational expert testified that given all of these factors there are no jobs in the national economy that the individual could perform.

Based on the testimony of the vocational expert, the undersigned concludes that, considering the claimant's age, education, work experience, and residual functional capacity, a finding of "disabled" is appropriate under the framework of the above-cited rule.

**11. The claimant has been under a disability as defined in the Social Security Act since May 8, 2020, the alleged onset date of disability (20 CFR 404.1520(g)).**

**DECISION**

Based on the application for a period of disability and disability insurance benefits protectively filed on December 4, 2020, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since May 8, 2020.

/s/ Donna Lefebvre
Donna Lefebvre
Administrative Law Judge

August 18, 2022
Date

***DISCO DIB Insured Status Report for:*** **MICHAEL , FRANCIS , GILMORE** ***Query Date:*** 09/08/2022
***SEQY Name:*** **M F GILMOR** ***Sex:*** **M** ***Unit:*** EZTOOL

***Parameters Used For Computation***

| | | | |
|---|---|---|---|
| ***IC94 Multi SSN Used:*** | Yes | ***MQGE Computation:*** | No |
| ***Onset Date:*** | | ***Lag Earnings Used:*** | No |
| ***Onset Selection:*** | Use DOB as AOD | ***Future Quarters Used:*** | No |
| ***Date of Birth:*** | | ***QC Pattern Modified:*** | No |
| ***DOB Overridden:*** | No | | |
| ***PPD Selection:*** | **Use PPD found on MBR** | | |
| ***PPD Used:*** | NONE FOUND | | |

***Attainment Dates***

***Age 21:*** 07/07/1991 ***Age 24:*** 07/07/1994 ***Age 31:*** 07/07/2001 ***Age 62:*** 07/07/2032 ***FRA:*** 07/07/2037

***Alerts***

- ⚠ MQGE QCs found but not used for DIB IS. To request MQGE Comp, check the "MQGE Comp" box on the Calculation tab. HI 00801.410 HI 00801.415 HI 00801.420 HI 00801.425 DI 11035.000 RS 00301.160
- ⚠ Statutory Blind Computation DLI is within 6 months of full retirement age. RS 00201.000
- Reminder: Review the earnings posted to the Master Earnings File (MEF) with the NH or claimant during the claims interview to ensure accuracy and completion per GN 01010.011A
- Number holder has 141 QCs sufficient for RIB insured status. RS 00201.000
- Reminder: If a visual impairment is alleged, DDS requires both blind and non-blind comps. See DI 11005.070 DI 11005.072 DI 26510.015 RS 00301.150 Stat Blind Processing Guide

***All Periods of Insured Status Starting With DOB***

| ***DIB Computation*** | | ***Statutory Blind Computation*** | |
|---|---|---|---|
| ***DFI*** | ***DLI*** | ***DFI*** | ***DLI*** |
| 07/01/1987 | 06/30/2026 | 07/01/1987 | 06/30/2037 |

**Lincoln/Gilmore 0441**

**QC Pattern Used For Computation**

**Pre 1978 QCs**

| | | | | | |
|---|---|---|---|---|---|
| **1951** | 0000 | **1960** | 0000 | **1969** | 0000 |
| **1952** | 0000 | **1961** | 0000 | **1970** | 0000 |
| **1953** | 0000 | **1962** | 0000 | **1971** | 0000 |
| **1954** | 0000 | **1963** | 0000 | **1972** | 0000 |
| **1955** | 0000 | **1964** | 0000 | **1973** | 0000 |
| **1956** | 0000 | **1965** | 0000 | **1974** | 0000 |
| **1957** | 0000 | **1966** | 0000 | **1975** | 0000 |
| **1958** | 0000 | **1967** | 0000 | **1976** | 0000 |
| **1959** | 0000 | **1968** | 0000 | **1977** | 0000 |

**1978 Onward QCs**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **1978** | 0000 | **1987** | 1111 | **1996** | 1111 | **2005** | 1111 | **2014** | 1111 |
| **1979** | 0000 | **1988** | 1111 | **1997** | 1111 | **2006** | 1111 | **2015** | 1111 |
| **1980** | 0000 | **1989** | 1111 | **1998** | 1111 | **2007** | 1111 | **2016** | 1111 |
| **1981** | 0000 | **1990** | 1111 | **1999** | 1111 | **2008** | 1111 | **2017** | 1111 |
| **1982** | 0000 | **1991** | 1111 | **2000** | 1111 | **2009** | 1111 | **2018** | 1111 |
| **1983** | 0000 | **1992** | 1111 | **2001** | 1111 | **2010** | 1111 | **2019** | 1111 |
| **1984** | 0000 | **1993** | 1111 | **2002** | 1111 | **2011** | 1111 | **2020** | 1111 |
| **1985** | 1000 | **1994** | 1111 | **2003** | 1111 | **2012** | 1111 | **2021** | 1100 |
| **1986** | 1100 | **1995** | 1111 | **2004** | 1111 | **2013** | 1111 | **2022** | 0000 |

**Original IC94 Data**

```
PRE 1951 EARNINGS: 000000.00         TOTAL EARNINGS: 02225231.93
[ YEAR  EARNINGS   QTRS       YEAR  EARNINGS   QTRS        YEAR  EARNINGS   QTRS
| 1985     432.95  CNNN       1997   41347.59  CCCC        2009   96300.38  CCCC
| 1986    1224.48  CCNN       1998   41777.98  CCCC        2010  106800.00  CCCC
| 1987    3178.78  CCCC       1999   40766.08  CCCC        2011  106800.00  CCCC
| 1988    9406.62  CCCC       2000   54000.04  CCCC        2012  110100.00  CCCC
| 1989   17171.79  CCCC       2001   41270.66  CCCC        2013  112842.15  CCCC
| 1990   14191.81  CCCC       2002   59598.25  CCCC        2014  117000.00  CCCC
| 1991   17388.91  CCCC       2003   64345.06  CCCC        2015  117524.96  CCCC
| 1992   27603.17  CCCC       2004   69470.86  CCCC        2016  116784.45  CCCC
| 1993   29343.16  CCCC       2005   73979.92  CCCC        2017  117499.68  CCCC
| 1994   28005.32  CCCC       2006   81205.39  CCCC        2018   95254.95  CCCC
| 1995   37928.01  CCCC       2007   87588.25  CCCC        2019   96459.42  CCCC
| 1996   40909.60  CCCC       2008  102000.00  CCCC        2020   44017.26  CCCC
1 EARNINGS: 000000.00         TOTAL EARNINGS: 02225231.93
[ YEAR  EARNINGS   QTRS       YEAR  EARNINGS   QTRS        YEAR  EARNINGS   QTRS
| 2021    3714.00  CCNN
| 2022       0.00  NNNN
|
|
|
|
|
|
|
|
|
|
```

**SEQY MQGE Data**

```
SUMMARY MQGE EARNINGS FOR YEARS REQUESTED
YEAR       EARNINGS  YEAR       EARNINGS  YEAR       EARNINGS  YEAR        EARNINGS
2008        8460.00  2010        5909.95  2012         767.76  2014         5726.02
2009            .00  2011       17178.77  2013            .00
```

**Lincoln/Gilmore 0442**

- CSR - 9/8/2022
CUSTOMER SERVICE RECORD QUERY CSRQ
FIELD OFFICE: LF6 UNIT: EZTOOL

NAME: MICHAEL FRANCIS GILMORE
BOAN: SEX: MALE LANGUAGE PREFERENCE: ENGLISH
CITIZENSHIP: US CITIZEN
DATE OF BIRTH: PLACE OF BIRTH: LUMBERTON NC
MOTHER MAIDEN NAME: LOIS A TAYLOR
FATHER NAME: WILLIAM E GILMORE

SPECIAL NOTICE OPTION DATA:
FIRST CLASS MAIL

CURRENT RECORDS: MBR, ICD, DCF, PCACS, RASR, MYSSA
NIF RECORDS: SSR, MSSICS, MCS, RPS, T2 ACCTS, PUPS, VIP, MDW, RADRCOMP, I3820ARCH, I3820COMP, I3820PART, I1020PART, ICLAIM, DOORS, MEDICARE, DODMC, ERPA, FUGITIVE, MBI, SNO, EVERIFY, DDFRAUD, ISSNRC, VA 100%P&T
RECORDS NOT AVAILABLE-TRY AGAIN LATER: EDB, I3441ARCH, I3441COMP, I3441PART, IAPPEALS

T2 ADDRESS DATA:
ADDRESS:

MICHAEL GILMORE

4083

CHANGE OF ADDRESS: 05/11/2021 T2 PHONE:

RASR-APPOINTED REPRESENTATIVE DATA

T2 APPT REP ADDRESS:
SEAN PATRICK SULLIVAN
300 N BEACH STREET
DAYTONA BEACH FL
32114-3304

T2 APPT REP PHONE: (877) 261-1947 T2 APPT REP TYPE: EDPNA
T2 APPT REP SOURCE: RASR

T2 ENTITLEMENT DATA:
CLAIM NUMBER: A
AWARD TYPE: DISABILITY

PAYMENT STATUS: DENIED CLAIM-MEDICAL DENIAL
BANK ACCOUNT NO: PAYMENT CYCLE: 2ND WEDNESDAY

ALERT DATA:
MYSSA ACCOUNT: YES

---

- DDSQ - 9/8/2022
MSG-0680071 DTE:09/08/22 TIME:062000
DDSQ SSN: BIC: ST: VA SA: LF6 UNIT: EZTOOL

AN: BIC:AR DB: RI:NJV STATE:TN SA:S48 STATUS:CLOSED
AH:GILMORE,MICHAEL MCS REF: MDT: PGM:02
AD:
APD: 12/04/20 TYP: AR-DIB DO: 567 ZIP: SCI: CCI:N

**Lincoln/Gilmore 0443**

```
RCD: 07/01/21     DEC: ND BAS:      LUN: 0104     TEL:            NP:   QA:N
SRD: 08/11/21     OND:              LEX: 0007     SLC:           VOC:N  FS:N
PSD:              ABO:              LMC:          CDF:           RLB:  EOR:N
MDF1:             DSI:              DST: S48      SCF:           APL:  CER:Y
                  DIA:              FMD: 08/11/210104            SC1:  SC4:
ESD:              CSD:              RTN:      CDT:     RTG:      SC2:  SC5:
MSD:              SCD: 11/08/21      SO: Y    BOD:               SC3:  SBI:
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
AN:             BIC:HA   DB:(          RI:COK STATE:SE  SA:S0C  STATUS:CLOSED
AH:GILMORE,MICHAEL              MCS REF:            MDT:             PGM:02
AD:
APD: 12/04/20     TYP: RC-DIB        DO: 567      ZIP:           SCI:  CCI:N
RCD: 07/01/21     DEC: DE BAS: H1   LUN: SE5      TEL:            NP:   QA:N
SRD: 07/06/21     OND:              LEX: 0334     SLC:           VOC:N  FS:N
PSD:              ABO:              LMC: 0524     CDF:           RLB:  EOR:N
MDF1:             DSI: 0-3570-0     DST: 567      SCF:           APL:C CER:N
                  DIA:              FMD:                         SC1:  SC4:
ESD: 11/10/21     CSD:              RTN:      CDT:     RTG:      SC2:  SC5:
MSD: 10/25/21     SCD: 11/16/21      SO: N    BOD: 11            SC3:  SBI:
LTI:     LTJ:EDC  REM:
IND:      PDI:          VRN:                I301:          BFD:      LA:721
OCC:      SDI: 7240     SPC: 21              J1:   /       RFC:      LB:
EDU: 12   MOB:          ESC:                 J1B:   /       DAA:      LD:
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                       * * DEVELOPMENT HISTORY * *
    S E C                   * * ST-TN * *
    L O E
LEV C R R DEC  OND     CSD  BAS  DSI   LEX  LIT  DST   SCD     XAN     BOD
IN    Y Y DE                J1  035700 0E96      567 050721           11
RC    N N TR                           TN01      S0C 070621
--------------------------------------------------------------------------------
QRY  DATE: 09/08/22  AN:            DOC: 500 UNIT: EZTOOL
INPUT: YRS REQ: 2005-2022; COVERED DETAILS; NON-COVERED DETAILS; PENSION;
  SPECIAL WAGE PAYMENT; EMPLOYER ADDRESS
MEF: NA: M F GILMOR DB:         SX: M AK:
DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED
EIN: 231028370            ROHM AND HAAS COMPANY
                          % TAX DEPARTMENT
                          2211 H H DOW WAY
                          MIDLAND             MI  48642-4815
RPYR  REO LOAC  NAME         EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0005  AA        M F GILMOR       73979.92      73979.92 5045-88-85686  00506 V
                 WAGE TOTAL      73979.92
       OASDI EMPLOYER TOTAL      73979.92
      05 OASDI YEARLY TOTAL      73979.92

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
                          TAX DEPARTMENT
                          2211 H H DOW WAY
                          MIDLAND             MI  48642-4815
RPYR  REO LOAC  NAME         EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0006  AA        M F GILMOR       81205.39      81205.39 6061-93-22082  00807 V
                 WAGE TOTAL      81205.39
       OASDI EMPLOYER TOTAL      81205.39
      06 OASDI YEARLY TOTAL      81205.39

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  REO LOAC  NAME         EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0007  AA        M F GILMOR       87588.25      87588.25 8071-BU-14417  00808 V
```

```
                 WAGE TOTAL       87588.25
       OASDI EMPLOYER TOTAL       87588.25
      07 OASDI YEARLY TOTAL       87588.25

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0008  AA        M F GILMOR       102000.00     107902.70 9063-AT-46926  00609 V
      AH        M F GILMOR       110460.00       8460.00 9063-AT-46926  00609 V
                 WAGE TOTAL      102000.00
             MEDICARE TOTAL      110460.00
       OASDI EMPLOYER TOTAL      102000.00
      08 OASDI YEARLY TOTAL      102000.00

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0009  AA        M F GILMOR        96300.38      92723.41 0060-AR-84438  00710 V
                 WAGE TOTAL       96300.38
       OASDI EMPLOYER TOTAL       96300.38
      09 OASDI YEARLY TOTAL       96300.38

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0010  AA        M F GILMOR       106800.00     108102.88 1055-BK-77202  00611 V
      AH        M F GILMOR       112709.95       5909.95 1055-BK-77202  00611 V
                 WAGE TOTAL      106800.00
             MEDICARE TOTAL      112709.95
       OASDI EMPLOYER TOTAL      106800.00
      10 OASDI YEARLY TOTAL      106800.00

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0011  AA        M F GILMOR       106800.00     116945.41 2047-AK-95170  00512 V
      AH        M F GILMOR       123978.77      17178.77 2047-AK-95170  00512 V
                 WAGE TOTAL      106800.00
             MEDICARE TOTAL      123978.77
       OASDI EMPLOYER TOTAL      106800.00
      11 OASDI YEARLY TOTAL      106800.00

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0012  AA        M F GILMOR       110100.00     105210.29 3058-DE-58911  00713 V
      AH        M F GILMOR       110867.76        767.76 3058-DE-58911  00713 V
                 WAGE TOTAL      110100.00
             MEDICARE TOTAL      110867.76
       OASDI EMPLOYER TOTAL      110100.00
      12 OASDI YEARLY TOTAL      110100.00

EIN: 381285128            THE DOW CHEMICAL COMPANY
                          % GLOBAL DOW CENTER
                          2211 H H DOW WAY
                          MIDLAND                 MI   48642-4815
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0013  AA  AGT1  M F GILMOR       112842.15     109193.51 4072-EE-01743  00514 V
                 WAGE TOTAL      112842.15
       OASDI EMPLOYER TOTAL      112842.15
      13 OASDI YEARLY TOTAL      112842.15

EIN: 381285128            THE DOW CHEMICAL COMPANY
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER  PR    S
0014  AA  AGT1  M F GILMOR       117000.00     117873.47 5061-CQ-44748  00815 V
```

```
      AH   AGT1   M F GILMOR       122726.02       5726.02 5061-CQ-44748  00815 V
                   WAGE TOTAL      117000.00
               MEDICARE TOTAL      122726.02
        OASDI EMPLOYER TOTAL       117000.00
      14 OASDI YEARLY TOTAL        117000.00

EIN: 381285128            THE DOW CHEMICAL COMPANY
RPYR  REO LOAC  NAME          EARNINGS       TOTAL COMP  CONTROL NUMBER  PR    S
0015  AA   AGT1  M F GILMOR       117524.96     111737.16 6034-DJ-96172  00416 V
                   WAGE TOTAL      117524.96
        OASDI EMPLOYER TOTAL       117524.96
      15 OASDI YEARLY TOTAL        117524.96

EIN: 381285128            THE DOW CHEMICAL COMPANY
RPYR  REO LOAC  NAME          EARNINGS       TOTAL COMP  CONTROL NUMBER  PR    S
0016  AA   AGT1  M F GILMOR       116784.45     113085.40 7026-EP-13522  00717 V
                   WAGE TOTAL      116784.45
        OASDI EMPLOYER TOTAL       116784.45
      16 OASDI YEARLY TOTAL        116784.45

EIN: 381285128            THE DOW CHEMICAL COMPANY
RPYR  REO LOAC  NAME          EARNINGS       TOTAL COMP  CONTROL NUMBER  PR    S
0017  AA   AGT1  M F GILMOR       117499.68     117499.68 8026-GD-13121  00818 V
                   WAGE TOTAL      117499.68
        OASDI EMPLOYER TOTAL       117499.68
      17 OASDI YEARLY TOTAL        117499.68

EIN: 381285128            THE DOW CHEMICAL COMPANY
RPYR  REO LOAC  NAME          EARNINGS       TOTAL COMP  CONTROL NUMBER  PR    S
0018  AA   AGT1  M F GILMOR        95254.95      93256.46 9025-LA-99226  00819 V
                   WAGE TOTAL       95254.95
        OASDI EMPLOYER TOTAL        95254.95
      18 OASDI YEARLY TOTAL         95254.95

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  REO LOAC  NAME          EARNINGS       TOTAL COMP  CONTROL NUMBER  PR    S
0019  AA         M F GILMOR        96459.42      89252.57 0028-GP-08349  00820 V
                   WAGE TOTAL       96459.42
        OASDI EMPLOYER TOTAL        96459.42
      19 OASDI YEARLY TOTAL         96459.42

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  REO LOAC  NAME          EARNINGS       TOTAL COMP  CONTROL NUMBER  PR    S
0020  AA         M F GILMOR        44017.26      40834.32 1028-FC-28201  00821 V
                   WAGE TOTAL       44017.26
        OASDI EMPLOYER TOTAL        44017.26
      20 OASDI YEARLY TOTAL         44017.26

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  REO LOAC  NAME          EARNINGS       TOTAL COMP  CONTROL NUMBER  PR    S
0021  AA         M F GILMOR         3714.00       3714.00 2028-MZ-73734  00922 V
                   WAGE TOTAL        3714.00
        OASDI EMPLOYER TOTAL         3714.00
      21 OASDI YEARLY TOTAL          3714.00

  22 NONE

DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND
 ADDRESS  FOR YEARS REQUESTED
  05 NONE
```

**Lincoln/Gilmore 0446**

06 NONE

07 NONE

```
EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
                          TAX DEPARTMENT
                          2211 H H DOW WAY
                          MIDLAND                   MI  48642-4815
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
0008  DD        M F GILMOR         2557.30  9063-AT-46926   00609  V
 DEFERRED COMP 401(K) TOTAL        2557.30

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
0009  DD        M F GILMOR         3576.97  0060-AR-84438   00710  V
 DEFERRED COMP 401(K) TOTAL        3576.97

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
0010  DD        M F GILMOR         4607.07  1055-BK-77202   00611  V
 DEFERRED COMP 401(K) TOTAL        4607.07

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
0011  DD        M F GILMOR         7033.36  2047-AK-95170   00512  V
 DEFERRED COMP 401(K) TOTAL        7033.36

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
0012  DD        M F GILMOR         5657.47  3058-DE-58911   00713  V
 DEFERRED COMP 401(K) TOTAL        5657.47

EIN: 381285128            THE DOW CHEMICAL COMPANY
                          % GLOBAL DOW CENTER
                          2211 H H DOW WAY
                          MIDLAND                   MI  48642-4815
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
0013  DD  AGT1  M F GILMOR         3648.64  4072-EE-01743   00514  V
 DEFERRED COMP 401(K) TOTAL        3648.64

EIN: 381285128            THE DOW CHEMICAL COMPANY
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
0014  DD  AGT1  M F GILMOR         4852.55  5061-CQ-44748   00815  V
 DEFERRED COMP 401(K) TOTAL        4852.55

EIN: 381285128            THE DOW CHEMICAL COMPANY
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
0015  DD  AGT1  M F GILMOR         5787.80  6034-DJ-96172   00416  V
 DEFERRED COMP 401(K) TOTAL        5787.80

EIN: 381285128            THE DOW CHEMICAL COMPANY
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
0016  DD  AGT1  M F GILMOR         3699.05  7026-EP-13522   00717  V
 DEFERRED COMP 401(K) TOTAL        3699.05
```

17 NONE

```
EIN: 381285128            THE DOW CHEMICAL COMPANY
RPYR  RE  LOAC  NAME          TOTAL AMOUNT  CONTROL NUMBER  PR     S
```

**Lincoln/Gilmore 0447**

```
0018  DD  AGT1  M F GILMOR         1998.49   9025-LA-99226   00819  V
 DEFERRED COMP 401(K) TOTAL        1998.49

EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0019  DD        M F GILMOR         7206.85   0028-GP-08349   00820  V
 DEFERRED COMP 401(K) TOTAL        7206.85

EIN: 046076039            LINCOLN LIFE ASSURANCE COMPANY OF
                           BOSTON
                          100 N GREENE ST
                          GREENSBORO          NC  27401-2547
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0020  DA        M F GILMOR         3916.44   1032-FT-29826   00921  V
                 WAGE TOTAL        3916.44
EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
0020  DD        M F GILMOR         3182.94   1028-FC-28201   00821  V
      DB  000T  M F GILMOR        -1074.00       -  -        01821  V
 DEFERRED COMP 401(K) TOTAL        3182.94
NON-QUAL PLAN/SPC PAY TOTAL       -1074.00

EIN: 350472300            LINCOLN NATL LIFE INS CO
                          % WITHOLDING TAX INFOR REPORTING
                          PO BOX 21008
                          GREENSBORO          NC  27420-1008
RPYR  RE  LOAC  NAME          TOTAL AMOUNT   CONTROL NUMBER  PR     S
0021  DA        M F GILMOR        61297.32   2018-AT-83368   00722  V
                 WAGE TOTAL       61297.32
EIN: 753175238            ROHM AND HAAS CHEMICALS LLC
0021  DB  000T  M F GILMOR        -3714.00       -  -        02022  V
NON-QUAL PLAN/SPC PAY TOTAL       -3714.00

  22 NONE

REMARKS
 NON-COVERED EARNINGS PRESENT FOR: 2008-2016,2018-2021
--------------------------------------------------------------------------------
FACT   DTE:09/08/22  SSN::              BIC:    DOC:LF6 UNIT:EZTOOL
 ACCOUNT    PCOC-7 NOP-01 SEX-M TAC-D LUM-08 LMM-11/21 FLI-M  CDY-0
            DRAMS READ  INACTIVE ACCT
 PMT CYC    CYI-2 PCEFD-05/11/2021 PCCOM-05/21 PCCR-I
 PRIMARY    MICHAEL GILMORE DOB-C          LSPA-$0.00
 INSURED    CLAIM TYPE-DISABILITY DATE OF FILING-12/04/2020
            FIRST MET-04/2015  LAST MET-12/2025  WAIT PER START-06/2020
            NONX NO GMS USED-04/2015  EXC NO GMS USED-04/2015
            20/40 EXCLUSION-TEST MET  20/40 NON EXCL-TEST MET
            DIB QC REQUIRE-20  DIB QC EARNED-40  FULL INS EXCL-TEST MET
            FULL INS NONEXCL-TEST MET  FULL QC REQUIRE-28  FULL QC EARNED-40
            CURR QC EARNED-00  HLTHBEN QC EARN-00
 PAYMENT    PIC-A  MPA-$0.00 DOC-567 RD-11/19/21 LAP-X SERVICE IND-3
 TELE NO    BTN-8            BTC1-M CPND-11/2021
 PAYEE      MICHAEL GILMORE
            PAYEE UPDATED-05/11/2021
 ADDRESS                                          4083
            ADDR UPDATED-05/11/2021
            SCC-44520  ZDPC-002  SOURCE-X
 BENEFIT    BIC-A  MICHAEL GILMORE SB-M DOB-C          Q  ABN-DXEK LAF-ND
            MBP-$0.00 DRD-05/11/21 LANG-E
 HIST TOC   TOC-5 START-12/2020
 BEN DENY   DATE OF FILING-12/04/2020 APP RECEIPT-12/10/2020 ID CODE-A
```

```
          CUR ENT CODE-DISABLED  DIB ONSET-05/08/2020  DISALOW/DEN RSN-0H1
          LEVEL OF DENIAL-RECON
 DIB      DDO-05/08/20 LOD-2 BDC-H1 DSD-11/21
 CITIZEN  START-C         COUNTRY-UNITED STATES OF A PROVEN

 +++ TRANS HISTORY +++

 TRANS    RD-5/11/21 LAP-X  MODERNIZED CLAIMS SYSTEM PIC-A
          RD-11/19/21 LAP-X  MODERNIZED CLAIMS SYSTEM PIC-A
--------------------------------------------------------------------------------
            - OHAQ-Summary - RECORD NOT FOUND
--------------------------------------------------------------------------------
            - OHAQ-Total - RECORD NOT FOUND
--------------------------------------------------------------------------------
            - PUPS - NO PUP RECORDS TO UPDATE OR QUERY
--------------------------------------------------------------------------------
SEQY  DTE:09/08/22   AN:          DOC:500   UNIT:EZTOOL
 MEF: QN:          NA: M F GILMOR DB:        SX: M AK:
 SUMMARY FICA EARNINGS FOR YEARS REQUESTED
 YEAR      EARNINGS  YEAR      EARNINGS  YEAR      EARNINGS  YEAR      EARNINGS
 1985        432.95  1995      37928.01  2004      69470.86  2013     112842.15
 1986       1224.48  1996      40909.60  2005      73979.92  2014     117000.00
 1987       3178.78  1997      41347.59  2006      81205.39  2015     117524.96
 1988       9406.62  1998      41777.98  2007      87588.25  2016     116784.45
 1989      17171.79  1999      40766.08  2008     102000.00  2017     117499.68
 1990      14191.81  2000      54000.04  2009      96300.38  2018      95254.95
 1991      17388.91  2001      41270.66  2010     106800.00  2019      96459.42
 1992      27603.17  2002      59598.25  2011     106800.00  2020      44017.26
 1993      29343.16  2003      64345.06  2012     110100.00  2021       3714.00
 1994      28005.32
 SUMMARY MQGE EARNINGS FOR YEARS REQUESTED
 YEAR      EARNINGS  YEAR      EARNINGS  YEAR      EARNINGS  YEAR      EARNINGS
 2008       8460.00  2010       5909.95  2012        767.76  2014       5726.02
 2009           .00  2011      17178.77  2013           .00
 REMARKS
 NON-COVERED EARNINGS PRESENT FOR: 1987,1993-1999,2008-2016,2018-2021
--------------------------------------------------------------------------------
            - SSID - SSN NIF
--------------------------------------------------------------------------------
```

Lincoln/Gilmore 0449

# DISABILITY DETERMINATION AND TRANSMITTAL

| 1. DESTINATION | 2. DDS CODE | 3. FILING DATE | 4. SSN | BIC (if CDB or DWB) |
|---|---|---|---|---|
| ODO | | 12/04/20 | | |

5. NAME & ADDRESS OF CLAIMANT
MICHAEL GILMORE

6. WE'S NAME (if CDB or DWB)

7. TYPE CLAIM (Title II)
DIB ☒ FZ ☐ DWB ☐ CDB-R ☐ CDB-D ☐ RD-R ☐ RD-D ☐ RD ☐ P-R ☐ P-D ☐ MQFE ☐

8. TYPE CLAIM (Title XVI)
DI ☐ DS ☐ DC ☐ BI ☐ BS ☐ BC ☐

9. DATE OF BIRTH

10. PRIOR ACTION
PD ☐ PT ☐

11. REMARKS

12. DISTRICT OFFICE ADDRESS
9031 CROSS PARK DR
KNOXVILLE TN 37923

DO CODE
567

13. DO REPRESENTATIVE

14. DATE

11A. ☐ Presumptive Disability ________

11.B. ☐ Impairment ________

## DETERMINATION PURSUANT TO THE SOCIAL SECURITY ACT, AS AMENDED

15. CLAIMANT DISABLED
A. ☒ Disability Began 05/08/20
B. Disability Ceased

| 16A. PRIMARY DIAGNOSIS | BODY SYS | CODE NO | 16B. SECONDARY DIAGNOSIS | CODE NO |
|---|---|---|---|---|
| Diabetic Neuropathy | 09 | 3570 | Diabetes Mellitus | 2500 |

| 17. DIARY | MO/YR | REASON |
|---|---|---|
| MRN | 10/25 | 3 |

18. CASE OF BLINDNESS AS DEFINED IN SEC 1614(a)(2)(216)(i)
A. ☐ Not Disab for Cash Bene Purp
B. ☐ Disab for Cash Benefit Purp Beg

19. CLAIMANT NOT DISABLED
A. ☐ Through Date of Current Deter
B. ☐ Through________
C. ☐ Before Age22 (CDB only)

20. VOCATIONAL BACKGROUND

| OCC YRS | ED YRS |
|---|---|
| UNK | UNK |

21. VR ACTION: SC IN A. ☐ SC OUT B. ☐ Prev Ref C. ☐

22. REG-BASIS CODE

23.MED LIST NO

24. MOB CODE

25. REVISED DET ☒

25A. Init ☐ Recon ☐ DHU ☐ ALJ ☒ App Coun ☐ Dist Ct ☐

26. LIST NO ➢ A. B. C. D. E. F.

27. RATIONALE ☐ See Attached SSA- 4268-U4/C4 ☐ Check if Vocational➢ Rule Met. Cite Rule SEE REMARKS- ITEM 34

28. A. ☒ Period of Disability B. ☐ Disability Period C. ☒ Estab Beg 05/08/20 D. ☒ Continues E. ☐ Term ________

29. LTR/PAR NO

30. DISABILITY EXAMINER-DDS

31. DATE

32. PHYSICIAN SIGNATURE

33. DATE

32A. PHYSICIAN OR MEDICAL SPEC. NAME (Stamp, Print, or Type)

32B SPEC. CODE

34. REMARKS
This revises the determination dated

Decision of ALJ D LEFEBURE on 08/18/2022, Registered Attorney or Representative Involved

MULTIPLE IMPAIRMENTS CONSIDERED
☐ 34A. COMBINED MULTIPLE NONSEVERE-SEVERE
☐ 34B. COMBINED MULTIPLE

**Lincoln/Gilmore 0450**

| | | | | NONSEVERE-NONSEVERE |
|---|---|---|---|---|
| 35. BASIS CODE | 36. REV DET CODES<br>D-5 | 37. SSA REPRESENTATIVE<br><br>Robert Weed | SSA CODE<br>7 | 38. DATE<br><br>10/17/22 |

Form **SSA-831** (3/89)

**Lincoln/Gilmore 0451**

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY & ACCIDENT LAW

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

**NAME:** **Social Security Administration - Knoxville**

**TELECOPIER NUMBER:** **(833) 597-0084**

**FROM:** **John P. Dreiser**

**SUBJECT:** **Michael F. Gilmore**

**TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE:** **3**

**DATE:** **Tuesday, October 18, 2022**

**WE ARE TRANSMITTING FROM FAX NUMBER: 865/584-1171**

**OUR OFFICE PHONE NUMBER IS: 865/584-1211**

**NOTES:**

**Thank you for your assistance with this request!**

********************************************************************************
**The information contained in the facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank You.**
********************************************************************************

**1356 Papermill Pointe Way** **865-584-1211 Phone** **www.farmerdreiser.com**
**Knoxville, TN 37909** **865-584-1171 Fax**

LAW OFFICES OF
TONY FARMER & JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Christopher H. Hayes
Heather A. Dreiser

October 18, 2022

**VIA FACSIMILE (833) 597-0084**

Social Security Administration
9031 Cross Park Drive
Knoxville, TN 37923

Re: **Michael F. Gilmore**
**SSN:**

To Whom It May Concern:

My office currently represents Michael Gilmore in the appeal of his Long-Term Disability claim. Please find enclosed a Consent for Release of Information (Form SSA-3288) signed by Michael F. Gilmore. At your earliest convenience, please provide a complete copy of his Social Security Disability claim folder on a CD. If there is any charge associated with this process, please forward an invoice to my office.

Very truly yours,

*John P. Dreiser*

John P. Dreiser

JPD/cw
Enclosure

~ **Representing the seriously injured since 1975** ~

1356 Papermill Pointe Way ■ Knoxville, TN 37909 ■ 865-584-1211 Phone ■ 865-584-1171 Fax ■ www.farmerdreiser.com

**Lincoln/Gilmore 0453**

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*signifies a required field).

**TO: Social Security Administration**

Michael Francis Gilmore

***My Full Name** | ***My Date of Birth (MM/DD/YYYY)** | ***My Social Security Number**

I authorize the Social Security Administration to release information or records about me to:

| ***NAME OF PERSON OR ORGANIZATION:** | ***ADDRESS OF PERSON OR ORGANIZATION:** |
|---|---|
| John P. Dreiser | 1356 Papermill Pointe Way, Knoxville,TN 37909 |
| Law Offices of Tony Farmer and John Dreiser | 1356 Papermill Pointe Way, Knoxville,TN 37909 |

***I want this information released because:**
We may charge a fee to release information for non-program purposes.
Mr. Dreiser and his firm represent me in my application/appeal for LTD benefits.

***Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file." Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☐ Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit or payment amounts from date ______ to date ______
5. ☐ My Medicare entitlement from date ______ to date ______
6. ☐ Medical records from my claims folder(s) from date ______ to date ______
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file **(you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)**
   apps, questionnaires, CE reports, determinations, earnings records, anything contained within my SSD/SSI claim folder

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

***Signature:** Michael Francis Gilmore ***Date:** 10-10-2022

***Address:**

**Relationship (if not the subject of the record):** ***Daytime Phone:**

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

**Form SSA-3288** (07-2013) EF (07-2013)

**Lincoln/Gilmore 0454**

I561 SUMMARY JULY 1, 2021

You have successfully submitted your Disability Appeal on
July 1, 2021 at 6:35:52 AM Eastern time.

Summary Review

Information about Sean Sullivan
Relationship: Appointed Representative (Non-Attorney) or Staff
Mailing Address: 300 N Beach St, Daytona Beach, Florida, 32114
Phone: (781) 794-5150
Fax Phone: (781) 794-3010

Information about Michael Gilmore
Name: Michael Gilmore
Mailing Address:
Does Michael Gilmore live at the above address? Yes
Daytime Phone Number:
Alternative Phone Number:
Email Address:

Request for Reconsideration
Date Notice of Decision received: 05/07/2021
Claim Number:
Reason for Appeal: The clmts disabling conditions continue to limit their daily activities.

NH

```
--------------------
: UNIT: MBGRCN     :
:                  :
:                  :
:                  :
:                  :
:                  :
:                  :
--------------------
```

MICHAEL GILMORE

REQUEST FOR RECONSIDERATION

On July 1, 2021, we talked with you and completed your REQUEST FOR RECONSIDERATION for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR RECONSIDERATION information electronically in our records and attached a summary of your statements.

What You Need To Do

- o Review your REQUEST FOR RECONSIDERATION to ensure we recorded your statements correctly.
- o If you agree with all your statements, you may retain the REQUEST FOR RECONSIDERATION for your records.
- o If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS MICHAEL GILMORE.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A RECONSIDERATION. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE THE CLMTS DISABLING CONDITIONS CONTINUE TO LIMIT THEI R DAILY ACTIVITIES.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I AM REPRESENTED BY SEAN SULLIVAN, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE July 1, 2021.

I501 SUMMARY JANUARY 10, 2022

You have successfully submitted your Disability Appeal on January 10, 2022 at 4:00:51 PM Eastern time.

Summary Review

Information about Sean Sullivan
Relationship: Appointed Representative (Non-Attorney) or Staff
Mailing Address: 300 N Beach Street, Daytona, Florida, 32114
Phone: (877) 261-1947
Fax Phone:

Information about Michael Gilmore
Name: Michael Gilmore
Mailing Address:
Does Michael Gilmore live at the above address? Yes
Daytime Phone Number:
Alternative Phone Number:
Email Address:

Request for Hearing by Administrative Law Judge
Date Notice of Decision received: 11/16/2021
Claim Number:
Reason for Appeal: My disabling condition continues and I am unable to sustain gainful work activity.
Does Michael Gilmore wish to appear at a hearing? Michael Gilmore wishes to appear at a hearing

NH

: UNIT: CWCHNG :

MICHAEL GILMORE

REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE

On January 10, 2022, we talked with you and completed your REQUEST FOR HEARING for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR HEARING information electronically in our records and attached a summary of your statements.

What You Need To Do

- Review your REQUEST FOR HEARING to ensure we recorded your statements correctly.
- If you agree with all your statements, you may retain the REQUEST FOR HEARING for your records.
- If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS MICHAEL GILMORE.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE MY DISABLING CONDITION CONTINUES AND I AM UNABLE TO SUSTAIN GAINFUL WORK ACTIVITY.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I WISH TO APPEAR AT A HEARING. I UNDERSTAND THAT AN ADMINISTRATIVE LAW JUDGE OF THE OFFICE OF DISABILITY ADJUDICATION AND REVIEW WILL BE APPOINTED TO CONDUCT THE HEARING OR OTHER PROCEEDINGS IN MY CASE. I ALSO UNDERSTAND THAT THE ADMINISTRATIVE LAW JUDGE WILL SEND ME NOTICE OF THE TIME AND PLACE OF A HEARING AT LEAST 20 DAYS BEFORE THE DATE SET FOR A HEARING.

IT COULD BE ESPECIALLY USEFUL IN MY CASE SINCE THE ADMINISTRATIVE LAW JUDGE WOULD HAVE AN OPPORTUNITY TO HEAR AN EXPLANATION AS TO HOW MY IMPAIRMENTS PREVENT ME FROM WORKING AND RESTRICT MY ACTIVITIES.

NH

I AM REPRESENTED BY SEAN SULLIVAN, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE January 10, 2022.

M7

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Notice of Award

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: December 20, 2022
BNC#: 22M1968D83764-A

MICHAEL GILMORE

4083

*02137MB900318*NOTAFP.X3.CTPMADA.PC7.R221215.PAM 00000100 0026010635682124960437742408300

We are writing to let you know that you are entitled to monthly disability benefits from Social Security beginning November 2020.

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums and worker's compensation offset. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| November 2020 | $ 2,897.70 | Entitlement began |
| December 2020 | $ 2,935.30 | Cost of living adjustment |
| December 2021 | $ 3,108.40 | Cost of living adjustment |
| December 2022 | $ 3,378.80 | Cost of living adjustment |

**What We Will Pay**

We pay Social Security benefits for a given month in the next month. For example, we pay Social Security benefits for March in April.

- Your first payment is for $75,413.20.
- This is the money you are due through December 2022.
- After that, you will receive $3,213.00 on or about the second Wednesday of each month.

SEE NEXT PAGE

Your monthly payments will go to the financial institution you selected.

- The day of the month you receive your payments depends on your date of birth.

### Other Information

We are sending a copy of this notice to your representative.

### The Date You Became Disabled

We found that you became disabled under our rules on May 8, 2020.

### Information About Medicare

You are entitled to hospital and medical insurance under Medicare beginning November 2022.

We charge a monthly premium for your Medicare Part B (Medical Insurance). The rates are shown below:

| Beginning Date | Amount |
|---|---|
| November 2022 | $ 170.10 |
| January 2023 | $ 164.90 |

We are taking Part B (Medical Insurance) premiums due through January 2023 out of the check you will receive around January 11, 2023. These premiums total $505.10. We will deduct premiums 1 month in advance.

### Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048). Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or apply, please contact us.

SEE NEXT PAGE

*02023?MB900318*NOTAFP.X3.CTPMADA.PC7.R22121 5.PAM 00000100 0026010635682124960437742408300

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away. We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits". It will tell you what must be reported and how to report. Be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

## Things To Remember

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Do You Think We Are Wrong?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

SEE NEXT PAGE

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-866-331-9091.

SOCIAL SECURITY
9031 CROSS PARK DR
KNOXVILLE TN 37923

How are we doing? Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

Enclosure(s):
SSA Pub No 05-10153

**Lincoln/Gilmore 0463**

ICLM SUMMARY DECEMBER 4, 2020
THIRD PARTY UNSIGNED APPLICATION
Your information was received on December 4, 2020 at 2:16:04 PM.

Identification

Applicant Identification
Name: Michael Gilmore
Social Security Number:
Date of Birth:
Gender: Male
Blind or low vision: No
Disabled: Yes
Start Date of Disability: May 8, 2020
Denied Benefits in Last 60 days: No
Diagnosed with condition that is expected to end in death: No

Preparer's Contact Information
Name: Sean Sullivan
Relationship to Applicant: Non-Attorney Representative
Organization Name: The Advocator Group
Address: 101 Edgewater Dr, Suite 260, Wakefield, Massachusetts, 01880
Phone: (877) 261-1947

Applicant's Contact Information

Contact Information
Mailing Address:
Reside at this address: Yes
Phone: Mobile
Best time to call: Anytime between 9 a.m. and 5 p.m.

Ability to Communicate in English
Speak English: Yes
Read English: Yes
Write English: Yes

Language Preferences
Preferred language for speaking: English
Preferred language for reading: English

Birth and Citizenship Information
Place of Birth: Lumberton, North Carolina
U.S. Citizen: Yes
Type of Citizenship: US citizen born inside US

Other Social Security Numbers and Names

Other Social Security Numbers
Any other Social Security Numbers used: No

Other Names
Any other names used: No

General

Marriage Information
Currently married: Yes
Spouse's Name: Lori Gilmore
Spouse's Social Security Number: UNKNOWN
Know Spouse's date of birth: Yes

Spouse's date of birth:
Date of Marriage: July 21, 1989
Place of Marriage: Dillion, South Carolina
Marriage Type: Married by Clergy or Public Official

Prior Marriages
Any prior marriages: No

Children
Have any children: Yes
Any children who became disabled prior to age 22: No
Any unmarried children under age 18: No
Any unmarried children aged 18 to 19 still attending elementary or secondary school (below college level) full time: No

Military Details
Military service prior to 1968: No

Employer Details
Worked for an employer in 2019: Yes
Worked or will work for an employer in 2020: Yes
Will work for an employer in 2021: No

Employer Details 1
Employer's name: Dow Chemical Co
Employer's address: 730 Dale Ave NW, Knoxville, Tennessee, 37921
Date employment began: January 2001
Date employment ended: May 2020
Employment has not ended: No

Self-Employment Details
Self-employed in 2019: No
Self-employed in 2020: No
Self-employed in 2021: No

Supplemental Information
Worked outside the US: No
Spouse worked outside the US: No
Agree with earnings history as shown on Social Security statement: Not sure or Michael Gilmore does not have a statement

Total Earnings
Total of all wages and tips in 2019: $89000
Worked outside the United States for salary, wages, or self-employment in 2019: No
Total of all wages and tips in 2020: $35000
Worked outside the United States for salary, wages, or self-employment in 2020: No
Total earnings include any special payments paid in one year but earned in another: No

Other Pensions/Annuities
Ever work in a job where U.S. Social Security taxes were not deducted or withheld: No
Spouse worked for the Railroad 5 years or more: No

Direct Deposit Details
Own or co-own a bank account to use for Direct Deposit: Yes
Account Type: Checking
Routing Number:
Account Number:

Other Benefits

Benefit Information
Intend to apply for Supplemental Security Income benefits: No
Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: No

Ability To Work
Illnesses, injuries, conditions related to work: No
Now able to work: No

Disability Payments
Filed or intend to file for workers' compensation or other public disability benefits: No
Received money from employer on/after date unable to work: Yes
Total amount received from employer: $3000
Type(s) of pay received: Vacation Pay
Expect to receive money from employer in the future: No

Dependents
Has one parent who receives one-half support: No

Remarks & Options

Remarks
The following are your remarks: Mr. Gilmore did not receive STD payments. Mr. Gilmore is receiving LTD payments of approximately $3600/month beginning 12/4/2020 to present. Claimant is not seeking SSI Benefits. Please note representation documents and fee agreement is forthcoming. SSA may verbally confirm the application with the claimant. Communication should go directly through our office but if immediate information is needed please contact the claimant directly.

NH SG-SSA-16

--------------------
: UNIT: BEV318 :
--------------------

MICHAEL GILMORE

APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On December 7, 2020, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS MICHAEL GILMORE.

I HAVE USED THE FOLLOWING NAME(S):
MIKE F GILMORE

MY SOCIAL SECURITY NUMBER IS

MY DATE OF BIRTH IS

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON May 8, 2020.

I AM STILL DISABLED.

NO PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

I AM MARRIED TO LORI GILMORE. WE WERE MARRIED ON July 21, 1989 IN SC BY A CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS AND SOCIAL SECURITY NUMBER IS ________*.

I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR ENDED IN DEATH.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

REMARKS:
I AM NOT SURE IF MY EARNINGS AS SHOWN ON MY SOCIAL SECURITY STATEMENT ARE CORRECT, OR I DO NOT HAVE A SOCIAL SECURITY STATEMENT.
PREPARER'S INFO: SEAN SULLIVAN
THE ADVOCATOR GROUP
NON-ATTORNEY REPRESENTATIVE
101 EDGEWATER DR SUITE 260
WAKEFIELD MA 01880
877-261-1947 EXT.
WORK:FOREIGN-2019=N 2020=N USTAXESPD-2019=? 2020=?

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.

MY TELEPHONE NUMBER IS

Social Security Administration

# Retirement, Survivors and Disability Insurance

Important Information

SOCIAL SECURITY
9031 Cross Park Dr
Knoxville TN 37923

Date: December 11, 2020
Claim Number:

MICHAEL GILMORE

4083

Telephone: (866) 331-9091
Confirmation Number: 39965967

*0801YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 0003610635656393294337742408300

An internet application for Social Security benefits was completed for you by SEAN SULLIVAN of THE ADVOCATOR GROUP on December 4, 2020. We stored the information in our records. We are sending the application to you for your review and signature.

If you are **blind** or **visually impaired,** you may choose to receive your notices or other communications in a special format. Please visit our website at www.socialsecurity.gov/notices to designate a special notice option.

If you do not want these benefits, you do not need to contact us. We will not take any action unless we receive your **signed** application.

**What You Need To Do To Apply For Benefits**

- Review all the entries on the enclosed **Internet Application Summary** and confirm that the information is correct.
- Correct any information that is wrong and write your initials next to it.
- Sign and date the **Internet Application Summary** in the space shown as, "Signature."

  **NOTE:** It is important that **you** sign the application, not the person who filled it in for you or anyone else.
- Read, complete and sign the enclosed SSA-8240 (Authorization for The Social Security Administration to Obtain Wage and employment Information from Payroll Data Providers).

See Next Page

SSA-L2 (9/2008)

- Gather the documents shown on the enclosed **List of Acceptable Evidence Documents. We will return all documents and photocopies to you unless you tell us you don't want them.**

- If you decide to continue applying for disability, complete the form SSA-827 (Authorization to Disclose Information to the Social Security Administration) as shown below:

  1. Read the entire form SSA-827, front and back.

  2. Write your name and Social Security Number in the upper right corner of the form.

  3. Sign the form in the space shown as "INDIVIDUAL authorizing disclosure".

  4. Enter your address and daytime phone number in the spaces shown for them.

  5. Date the form in the space shown as "Date Signed".

  6. Do not fill in the large empty box in the middle of the form, put a check in the empty block under "PURPOSE", or complete any other sections of the form.

  7. Have a witness sign and provide his or her address or phone number in the space shown on the form. If you sign with an "X", have a second witness sign and provide his or her address.

- Mail or bring the following items to your local Social Security office:

  1. **All** pages of the signed "Internet Application Summary",
  2. Any documents requested on the "List of Acceptable Evidence Documents",
  3. The signed Medical Release form (SSA-827), and
  4. The completed and signed Authorization for The Social Security Administration to Obtain Wage and Employment Information from Payroll Data Providers Form (SSA-8240).

- If you mail them, please follow the mailing instructions on the last page of this letter. Remember to add your return address and correct postage to the envelope provided.

- If you do not want to apply for disability, you do not need to return the SSA-827 with your retirement application.

**What Happens Next**

Once we receive your **signed** application, we will decide if you can get benefits. The sooner we receive it, the sooner we can decide.

SSA-L2 (9/2008)

*0802YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 00036106356563923294337742408300

We may use December 4, 2020 as the official date of your application for Social Security benefits. In order to use December 4, 2020, we must receive the **signed** application by June 14, 2021 **or you may lose** Social Security benefits.

If you intend to apply for SSI benefit payments, you will need to file a separate application for SSI benefits. We may use December 4, 2020 as the official date of your SSI application. In order to use December 4, 2020 we must receive a **signed** application by February 9, 2021 **or you may lose SSI benefit payments.** Please contact us to arrange an appointment to apply for SSI.

Supplemental Security Income or SSI is a federal program that provides monthly payments to people who have limited income and assets and who are age 65 or older, or blind, or have a disability. For more information about the SSI program, please read the pamphlet, "You May Be Able To Get Supplemental Security Income (SSI)."

If any of the dates shown above fall on a weekend or federal holiday, we must receive the signed application by the following business day.

**Check Your Application**

You can check the status of your application on the Internet or using our automated telephone application.

To check the status of your application on the Internet:

1. Just go to the "Social Security Online" homepage at www.socialsecurity.gov.
2. Select **my Social Security** and either sign into your account or create a new account.

To check the status of your application using our automated telephone application:

1. Call us at 1-800-772-1213.
2. At the Main Menu, say "Claim Status" or "Application Status" when asked about the reason for your call.
3. Follow the prompts to check your application status. You will need to enter your Confirmation Number located at the top of this letter.

Please guard your Confirmation Number carefully. It is the key to your application information. Social Security employees will never ask for your Confirmation Number.

Disability claims take longer to process than other types of Social Security claims. It takes time to obtain sufficient medical evidence to show that you are disabled. It may take 90-120 days before your application status will show a final decision on your disability claim.

SSA-L2 (9/2008)

**Your Reporting Responsibilities**

It is important that you let us know as soon as possible whenever one of the changes listed below occurs. You need to contact us if:

- you change your mailing address;
- your citizenship or immigration status changes; or
- your Medicare Part B premium is automatically paid from an account at a bank or other financial institution, and you change institutions or close the account.

You can call, write, or visit our office or our website at www.socialsecurity.gov/pgm/reach.htm to make a report. Please have your Social Security number handy when you contact us.

Other government agencies may provide us with information you give to them, but you must also report any changes to us.

**Supplemental Nutrition Assistance Program (SNAP)**

If you meet certain conditions, SNAP benefits may be available to help you buy food. For more information about SNAP benefits, read Supplemental Nutrition Assistance Program Facts at www.ssa.gov/pubs/EN-05-10101.pdf on the Internet.

If you want to file for SNAP benefits now, you can:

- Apply at any local SNAP office.
- Apply online at www.fns.usda.gov/snap/apply on the Internet.
- Apply by mail. First, download and complete your state form at www.fns.usda.gov/snap/snap-application-and-local-office-locators on the Internet. Then, mail the form to your local SNAP office.

**Additional Information**

If you want to get in touch with the person who completed your application, the address is: 101 EDGEWATER DR, SUITE 260, WAKEFIELD, MA 01880. The telephone number is (877) 261-1947.

**If You Have Questions**

If you have questions, call, write, or visit any Social Security office and have this letter with you. The telephone number and **mailing** address of the office processing your claim are shown at the top of this letter.

## List of Acceptable Evidence Documents

You need to send us the documents shown below. **Send all documents you have with your signed application.** We will help you get the other documents. **You should not delay sending your application if you don't have all the documents.** You may lose benefits if you delay.

**NOTE:** Include your Social Security Number when you mail documents to us. We need this to match the documents to your application. Please write your Social Security Number on a separate sheet of paper and include it in the envelope with your documents. Do not write anything on your original documents. You may bring the documents to any Social Security office if you don't want to mail them. They will be examined and returned to you.

**CAUTION: Don't** mail foreign birth records or any Department of Homeland Security (DHS) documents to us - especially those you are required to keep with you at all times. These documents are extremely difficult, time-consuming, and expensive to replace if lost. Some cannot be replaced. Instead, bring them to any Social Security office where they will be examined and returned to you.

### Proof of Wages from Your Employer

We need to see Form W-2 for wages you received last year. We can accept pay stubs or statements for the current year as long as Social Security earnings (also known as FICA or OASDI earnings) are displayed separately. We can accept uncertified photocopies of your W-2 forms.

### Medical Evidence

We will ask for your medical documents if you have received treatment for your alleged disability. This includes copies or photocopies of medical records, doctors' reports, and recent test results. Your treatment records are used along with other information to see if you meet our definition of disability.

We need information about your medical treatment for any illnesses, injuries, or conditions that limit your ability to work. We will not need to request copies of medical documents from your doctors, hospitals, clinics, or other medical sources if you already have them. We can process your application faster with this information. **Do not delay filing your application if you do not have these documents.** We will ask the medical sources you list to send them to us. We may ask you to go to a special examination at our expense if you have not received treatment, or we do not obtain enough documents about your condition(s).

We also ask for information such as:

- What are your illnesses, injuries, or conditions?
- When did they begin?
- How do they limit your activities?
- What did medical tests show?
- What treatment did you receive?

*0804YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 000361063565639329433774240830

In addition, we ask for information about your ability to do work-related activities, such as walking, sitting, lifting, carrying, and understanding and remembering instructions.

We do **not** ask your doctors to decide if you are disabled.

We can accept uncertified photocopies of your medical documents.



Case 3:23-cv-00212-TAV-DCP Document 26-3 Filed 11/08/23 Page 425 of 1375 PageID #: 560

*0805YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 000361063565639329433774240830

# Internet Application Summary

This form summarizes all the information the person who started an Internet application for Social Security benefits on your behalf provided to us.

We received your benefits application on December 4, 2020 at 02:16:04 PM.

Instructions

1. Review all the entries and confirm that the information is correct.

2. Write your initials next to any corrections that you make.

3. Sign and date the **Internet Application Summary** in the space shown as, "Signature."

**NOTE:** It is important that **you** sign the application, not the person who filled it in for you or anyone else.

4. Mail or bring all pages of the signed **Internet Application Summary** and any other documents you need to your local Social Security office. If you mail them, please follow the mailing instructions on the last page of this letter. Remember to add your return address and the correct postage to the envelope provided.

The following section of text is provided in the language it was submitted.

---

Application Summary

I apply for all insurance benefits for which I am eligible under Title II (Federal Old-Age, Survivors, and Disability Insurance) and Part A of Title XVIII (Health Insurance for the Aged and Disabled) of the Social Security Act, as presently amended.

Identification

Applicant Identification
Name: Michael Gilmore
Social Security Number:
Date of Birth:
Gender: Male
Blind or low vision: No
Disabled: Yes
Start Date of Disability: May 8, 2020
Denied Benefits in Last 60 days: No
Diagnosed with condition that is expected to end in death: No

Preparer's Contact Information
Name: Sean Sullivan
Relationship to Applicant: Non-Attorney Representative
Organization Name: The Advocator Group
Address: 101 Edgewater Dr, Suite 260, Wakefield, Massachusetts, 01880
Phone: (877) 261-1947

Applicant's Contact Information

Contact Information
Mailing Address:
Reside at this address: Yes
Phone: Mobile
Best time to call: Anytime between 9 a.m. and 5 p.m.

Ability to Communicate in English
Speak English: Yes
Read English: Yes
Write English: Yes

Language Preferences
Preferred language for speaking: English
Preferred language for reading: English

Birth and Citizenship Information
Place of Birth: Lumberton, North Carolina
U.S. Citizen: Yes
Type of Citizenship: US citizen born inside US

Other Social Security Numbers and Names

Other Social Security Numbers
Any other Social Security Numbers used: No

Other Names
Any other names used: No

General

Marriage Information
Currently married: Yes
Spouse's Name: Lori Gilmore
Spouse's Social Security Number: UNKNOWN
Know Spouse's date of birth: Yes
Spouse's date of birth:
Date of Marriage: July 21, 1989
Place of Marriage: Dillion, South Carolina
Marriage Type: Married by Clergy or Public Official

Prior Marriages
Any prior marriages: No

Children
Have any children: Yes
Any children who became disabled prior to age 22: No
Any unmarried children under age 18: No
Any unmarried children aged 18 to 19 still attending elementary or secondary school (below college level) full time: No

*0806YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 0003610635656393294337742408300

Military Details
Military service prior to 1968: No

Employer Details
Worked for an employer in 2019: Yes
Worked or will work for an employer in 2020: Yes
Will work for an employer in 2021: No

Employer Details 1
Employer's name: Dow Chemical Co
Employer's address: 730 Dale Ave NW, Knoxville, Tennessee, 37921
Date employment began: January 2001
Date employment ended: May 2020
Employment has not ended: No

Self-Employment Details
Self-employed in 2019: No
Self-employed in 2020: No
Self-employed in 2021: No

Supplemental Information
Worked outside the US: No
Spouse worked outside the US: No
Agree with earnings history as shown on Social Security statement: Not sure or
Michael Gilmore does not have a statement

Total Earnings
Total of all wages and tips in 2019: $89000
Worked outside the United States for salary, wages, or self-employment in 2019: No
Total of all wages and tips in 2020: $35000
Worked outside the United States for salary, wages, or self-employment in 2020: No
Total earnings include any special payments paid in one year but earned in another: No

Other Pensions/Annuities
Ever work in a job where U.S. Social Security taxes were not deducted or withheld: No
Spouse worked for the Railroad 5 years or more: No

Direct Deposit Details
Own or co-own a bank account to use for Direct Deposit: Yes
Account Type: Checking
Routing Number:
Account Number:

Other Benefits

Benefit Information
Intend to apply for Supplemental Security Income benefits: No
Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: No

**Lincoln/Gilmore 0477**

Ability To Work
Illnesses, injuries, conditions related to work: No
Now able to work: No

Disability Payments
Filed or intend to file for workers' compensation or other public disability benefits: No
Received money from employer on/after date unable to work: Yes
Total amount received from employer: $3000
Type(s) of pay received: Vacation Pay
Expect to receive money from employer in the future: No

Dependents
Has one parent who receives one-half support: No

Remarks & Options

Remarks
The following are your remarks: Mr. Gilmore did not receive STD payments. Mr.
Gilmore is receiving LTD payments of approximately $3600/month beginning 12/4/2020 to present. Claimant is not seeking SSI Benefits. Please note representation documents and fee agreement is forthcoming. SSA may verbally confirm the application with the claimant. Communication should go directly through our office but if immediate information is needed please contact the claimant directly.

*0807YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 0003610635656393294337742408300

My Responsibilities

I agree to notify Social Security promptly if I (or anyone for whom I receive benefits)

- become employed or self-employed while outside the U.S.,
- change citizenship, or
- go (for 30 days or more) to any country other than the residence address shown on this application.

I agree to return any payments that are not due.

I declare under penalty of perjury that I have examined all the information on this application and it is true and correct to the best of my knowledge.

Signature: ____________________ Date: _______________

Witnesses are required only if this application has been signed by mark (x) above. If signed by (x), two witnesses to the signing who know the applicant must sign below, giving their full addresses.

| | |
|---|---|
| Signature of Witness | Signature of Witness |
| Number and Street Address | Number and Street Address |
| City, State and ZIP Code | City, State and ZIP Code |

This form should be submitted to the address shown on your notice.

**Privacy Act Statement**
Collection and Use of Personal Information

Sections 202(a), 205(a), 1631(e) and 1872 of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed and could result in the loss of some benefits.

We will use the information to make a determination of eligibility for benefits for you and your dependents. We may also share your information for the following purposes, called routine uses:

1. To State audit agencies for auditing State supplementation payments and Medicaid eligibility considerations;

2. To third party contacts where necessary to establish or verify information provided by representative payees or payee applicants;

3. To a Social Security beneficiary or claimant when a claim is filed by another individual on the same record which is adverse to the beneficiary, but only information concerning the facts relevant to the interests of each party in a claim; and

4. To Federal, State or local agencies for administering cash or non-cash income maintenance or health maintenance programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0059, entitled Earnings Recording and Self-Employment Income System; 60-0089, entitled Claims Folders Systems; 60-0090, entitled Master Beneficiary Record; and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement**
Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. sec. 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to review, confirm or sign this application summary unless we display a valid Office of Management and Budget control number; the control number is 0960-0618. We estimate that it will take about 20 minutes to read the instructions, review the information contained in the summary, and sign the application. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

# Mailing Instructions

Please re-fold and insert this page so that the mailing address below can be seen clearly through the window of the return envelope. Fold all pages of the signed **Internet Application Summary,** and place them in the envelope behind this page. Also include any other requested documents.

SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY
9031 Cross Park Dr
Knoxville TN 37923

*0808YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 111010000 0003610635656393294337742408300

**IMPORTANT**

**To ensure your claim reaches Social Security, please re-fold this page along the dashed line and insert this side facing the address window of the return envelope.**

BNC#: 22MP968D83764 SG-HA-501

```
--------------------
: UNIT: CWCHNG     :
:                  :
:                  :
:                  :
:                  :
:                  :
:                  :
--------------------
```

MICHAEL GILMORE

REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE

On January 10, 2022, we talked with you and completed your REQUEST FOR HEARING for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR HEARING information electronically in our records and attached a summary of your statements.

What You Need To Do

- Review your REQUEST FOR HEARING to ensure we recorded your statements correctly.
- If you agree with all your statements, you may retain the REQUEST FOR HEARING for your records.
- If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS MICHAEL GILMORE.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE MY DISABLING CONDITION CONTINUES AND I AM UNABLE TO SUSTAIN GAINFUL WORK ACTIVITY.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I WISH TO APPEAR AT A HEARING. I UNDERSTAND THAT AN ADMINISTRATIVE LAW JUDGE OF THE OFFICE OF DISABILITY ADJUDICATION AND REVIEW WILL BE APPOINTED TO CONDUCT THE HEARING OR OTHER PROCEEDINGS IN MY CASE. I ALSO UNDERSTAND THAT THE ADMINISTRATIVE LAW JUDGE WILL SEND ME NOTICE OF THE TIME AND PLACE OF A HEARING AT LEAST 20 DAYS BEFORE THE DATE SET FOR A HEARING.

IT COULD BE ESPECIALLY USEFUL IN MY CASE SINCE THE ADMINISTRATIVE LAW JUDGE WOULD HAVE AN OPPORTUNITY TO HEAR AN EXPLANATION AS TO HOW MY IMPAIRMENTS PREVENT ME FROM WORKING AND RESTRICT MY ACTIVITIES.

I AM REPRESENTED BY SEAN SULLIVAN, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE January 10, 2022.

**SOCIAL SECURITY ADMINISTRATION**

Office of Hearings Operations

135 Circle Lane
Knoxville, TN 37919-9998

Date: August 18, 2022

Michael Gilmore

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. The preferred method for filing your appeal is by using our secure online process available at https://www.ssa.gov/benefits/disability/appeal.html.

You may also use our Request for Review form (HA-520) or write a letter. The form is available at https://www.ssa.gov/forms/ha-520.html. Please write the Social Security number associated with this case on any appeal you file. You may call (800) 772-1213 with questions.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

Form HA-L76 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.



See Next Page

**If You Have Any Questions**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this notice and decision when you call.
3. You may also call your local office at (866) 331-9091.

Social Security
9031 Cross Park Drive
Knoxville, TN 37923-9922

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

Donna Lefebvre
Administrative Law Judge

Enclosures:
Decision Rationale

cc: Sean Sullivan
Brown & Brown Advocator Group
300 N. Beach Street
Daytona Beach, FL 32114

Form HA-L76 (03-2010)

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
| --- | --- |
| Michael Gilmore (Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | 21BL382H93453 (Beneficiary Notice Control Number) *Social Security Number removed for your protection* |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated January 10, 2022 (20 CFR 404.929 *et seq.*). On August 12, 2022, the undersigned held a telephone hearing due to the extraordinary circumstance presented by the Coronavirus Disease 2019 (COVID-19) Pandemic. All participants attended the hearing by telephone. The claimant agreed to appear by telephone before the hearing and confirmed such agreement at the start of the hearing (Exhibit 9B). The claimant's main representative is Sean Sullivan, a non-attorney representative and Attorney Laura Lopez appeared and represented the claimant at the hearing. Robert Brabham, Ph.D., an impartial vocational expert, also appeared at the hearing.

The claimant is alleging disability since May 8, 2020.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

**1. The claimant's date last insured is December 31, 2024.**

**2. The claimant has not engaged in substantial gainful activity since May 8, 2020, the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

**3. The claimant has the following severe impairments: diabetes with diabetic neuropathy; sleep apnea; degenerative disc disease; and right foot heel spur (20 CFR 404.1520(c)).**

**4. The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5. The claimant has the residual functional capacity to perform sedentary work as defined in 20 CFR 404.1567(a) except can lift up to 10 pounds occasionally and frequently;**

See Next Page

**can occasionally bilaterally handle and finger objects; can never operate foot controls bilaterally; can stand and/or walk for up to 2 hours and sit for up to 6 hours in an 8-hour day with normal breaks; can sit for up to 30 minutes at a time and stand and/or walk for up to 10 minutes at a time before changing positions; can occasionally climb ramps or stairs and never climb ladders, ropes, or scaffolds; can occasionally stoop, kneel, crouch, or crawl and never balance, as defined in the Selected Characteristics of Occupations of the DOT; can perform jobs that do not require exposure to extreme non-weather-related heat or cold, or excessive vibration; can perform jobs that do not require the operation of moving and hazardous machinery or work around unprotected heights.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c.

The claimant has alleged he is unable to work due to his diabetes with peripheral neuropathy in feet and legs. He reported numbness in his fingers and cannot feel either of his great toes. The claimant has symptoms including joint pain, inflammation, easy bruising, leg pain with exercise, and feet swelling. In a January 2021 Function Report, the claimant advised that his conditions prevented him from walking long distances, climbing ladders and stairs, and was off balance at times. He must take frequent breaks due to his pain. The claimant stated that he tries to help around the house with chores, such as light cleaning and lighter loads of laundry, but only assists with chores about twice a week for no more than an hour at a time. He reported only able to lift up to 10 pounds and has pain with squatting, bending, standing, reaching, walking, sitting, kneeling, stair climbing. Lastly, he reported being unable to walk more than 10 minutes at a time due to pain (Exhibit 4E).

A nerve conduction study in May 2020 revealed moderate sensorimotor polyneuropathy and no evidence of bilateral lumbar radiculopathy. Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 and sensory examination remarkable for a stocking and glove pattern of distal sensation loss in both lower extremities. Medical and treatment records find diagnoses for diabetic peripheral neuropathy and chronic back and shoulder pain. In October 2021, the claimant underwent multiple radiographs. X-ray of his lumbar spine demonstrated mild spondylosis. Right ankle x-ray showed heel spur. X-rays of right shoulder and left hip were both within normal limits (Exhibit 5F). The claimant had guarded range of motion of his right shoulder at the March 2021 consultative examination. Sleep study in February 2018 confirmed obstructive sleep apnea diagnosis. November 2020 laboratory results found A1c level to be 9.0, which supports his diabetes diagnosis with peripheral neuropathy. More recent laboratory results in March 2021 indicate his A1c has decreased to 7.8. September 2021 office visit found the claimant with right shoulder complaints. Examination demonstrated positive signs during empty can test, positive findings during an Apley scratch test, and difficulty with abducting his right arm greater than $90^0$. He received a right shoulder Kenalog injection (Exhibits 1F, 2F, 3F, 4F, and 5F).

See Next Page

After considering the evidence of record, the undersigned finds that the claimant's medically determinable impairments could reasonably be expected to produce the alleged symptoms, and that the claimant's statements concerning the intensity, persistence and limiting effects of these symptoms are generally credible. Furthermore, the claimant's testimony (narrative) concerning his impairments and their impact on his ability to work were persuasive in light of his own description of his activities and lifestyle, the degree of medical treatment required, the reports of treating and examining practitioners, and the findings made on examination.

Consistent with the claimant's allegations, the undersigned notes that his earnings record is consistent with a long and steady work history, which signifies a strong employment motivation and in turn bolsters his contentions that he is currently unable to continue in his work endeavors as a result of his numerous medically determinable impairments. Specifically, for the last 15 years, the claimant earned at substantial gainful activity levels each year (Exhibit 9D).

Turning to the opinion evidence, Christopher Barber, D.O. completed a medical source statement – physical in July 2022 assessing polyneuropathy, low back pain, and thoracic back pain. Due to these conditions, he can sit, stand, and/or walk for about 30 minutes for each activity in an 8-hour workday. At one-time without interruption, the claimant can sit for 30 minutes, stand for less than 1 hour, and walk for 1 hour. Dr. Barber opined the claimant has to lie down to get relief and no work adjustments would help. The claimant can occasionally perform gross and/or fine manipulation with the right or left upper extremity and can occasionally raise left or right upper extremity over shoulder level. Due to neuropathy, he cannot operate foot controls with either of the lower extremities. The claimant can lift and/or carry up to 10 pounds occasionally. He can occasionally bend and squat but never crawl or climb. The claimant should have no restrictions of activities involving unprotected heights, being around moving machinery, and exposure to marked changes in temperature or humidity and mild restrictions of activities involving driving automotive equipment and exposure to dust, fumes, and gases. Dr. Barber also cited that his medication, specifically, Lyrica causes sedation; however, the medication is necessary for his neuropathy. He also stated that the claimant would miss 20 days in an average 20 business day month due to his medical diagnosis, symptoms, and limitations and would need extra breaks during the work, totaling 6 breaks or more a day (Exhibit 11F). The findings of sedentary exertion are consistent with the exertional limitations set forth by Dr. Barber, thus are persuasive.

Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 opining the claimant can perform a reduced range of medium exertion with noted balance issues due to neuropathy (Exhibit 2F). The undersigned does not find this opinion persuasive as they are not consistent with the overall objective medical evidence.

State agency medical consultants reviewed this claim at the initial and reconsideration levels opining the claimant could perform a range of medium exertion (Exhibits 1A and 3A). The undersigned finds these opinions not persuasive as subsequent evidence, including the treating source statement from Dr. Barber and his office visit notes (Exhibits 8F, 9F, 10F and 11F), warrant a range of sedentary exertion.

See Next Page

In sum, the above residual functional capacity assessment is supported by the medical records as a whole in this case, by the opinions of treating sources, and by the support in those records for the claimant's allegations.

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as a *chemical reactor operator, III*, (D.O.T. # 559.382-018, medium exertion, skilled work, SVP 7), a *team manager*, (D.OT. # 183.117-014, light exertion, skilled work, SVP 8), *maintenance and planning*, (D.O.T. # 638.281-014, heavy exertion, skilled work, SVP 7), and *maintenance supervisor*, (D.O.T. # 891.137-010, light exertion; however, performed as medium exertion, skilled work with SVP 7) . The demands of the claimant's past relevant work exceed the residual functional capacity.

**7. Applying the age categories non-mechanically, and considering the additional vocational adversities in this case, the claimant was a younger individual age 45-49 on the established disability onset date (20 CFR 404.1563).**

A borderline age situation exists because the claimant is within a few days to a few months of attaining the next higher age category and applying the chronological age would result in a denial of the Title II claim(s). Use of the next higher age category is supported by the significant adverse impact of all factors on the claimant's ability to adjust to other work.

Born the claimant was 49 years and 10 months old on May 8, 2020, the alleged date of onset. The undersigned notes that the claimant's age at onset is within a few months of an age category which is dispositive for the purpose of finding that he is "disabled" under the medical-vocational rules (See 20 CFR §§ 404.1563(a)). Because the claimant's age change took place within a few months after the alleged onset date there is sufficient justification to apply the provisions of closely approaching advanced age rather than younger individual. Therefore, for the purpose of this decision, he is considered to be of closely approaching advanced age.

**8. The claimant has at least a high school education (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

If the claimant had the residual functional capacity to perform the full range of sedentary work, considering the claimant's age, education, and work experience, a finding of "not disabled" would be directed by Medical-Vocational Rule 201.21. To determine the extent to which the claimant's additional limitations erode the unskilled sedentary occupational base, the Administrative Law Judge asked the vocational expert whether jobs exist in the national economy for an individual with the claimant's age, education, work experience, and residual

See Next Page

functional capacity. The vocational expert testified that given all of these factors there are no jobs in the national economy that the individual could perform.

Based on the testimony of the vocational expert, the undersigned concludes that, considering the claimant's age, education, work experience, and residual functional capacity, a finding of "disabled" is appropriate under the framework of the above-cited rule.

**11. The claimant has been under a disability as defined in the Social Security Act since May 8, 2020, the alleged onset date of disability (20 CFR 404.1520(g)).**

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on December 4, 2020, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since May 8, 2020.

/s/ *Donna Lefebvre*

Donna Lefebvre
Administrative Law Judge

August 18, 2022
Date

# Social Security Administration

Important Information

SOCIAL SECURITY
9031 Cross Park Dr
Knoxville TN 37923-9922

Date: December 10, 2020
BNC#: 20R1532B19889
Rep ID: PJ86DH7JK9

SEAN P SULLIVAN
101 EDGEWATER DRIVE
Ste 260
WAKEFIELD MA 01880-1297

*0101YZLTW001722*NOTAFP.X3.PBZ24RSR.N03.R201210.PAM 000000000 00260106356563496790188012976

We received written notice that MICHAEL GILMORE has appointed you to act as his or her representative for his or her claim(s). Therefore, we will deal directly with you on matters that concern these claim(s).

If you plan to charge a fee for services, you must file either a fee petition or a fee agreement with us, if you have not already done so. In either case, you cannot charge more than the fee amount we authorize you.

Fee Agreement Process
You must submit your fee agreement to us before we make the first favorable decision on the matter on which you worked. We will approve your agreement if it meets certain requirements. We will consider the fee agreement only if we favorably decide the claimant's case and our decision results in past-due benefits. Find more information about fee agreements on our website at www.ssa.gov/representation/fee_agreements.htm.

OR

Fee Petition Process
You must submit your fee petition to us after your services end, even if the matter you worked on is still pending decision. For convenience, you may use Form SSA-1560-U4, available on our website at www.ssa.gov/online/ssa-1560.html or through your local Social Security office. If you are eligible for and seek direct payment, note that there are important deadlines for submitting a fee petition so that we withhold funds to pay the fee directly to you. Find more information about fee petitions on our website at www.ssa.gov/representation/fee_petitions.htm

See Next Page

We withhold up to 25 percent of the claimant's past-due benefits. We will pay the authorized fee after deducting the assessment as required by the Social Security Act. You cannot charge or collect this expense from the claimant. When the authorized fee exceeds the withheld amount or the representative is not eligible for direct payment, the representative must seek payment from the claimant.

**If You Waive Your Fee**

If you choose to waive either a fee or direct payment of a fee, you can do so by updating your fee arrangement on the notice of appointment.

Early filing of the waiver enables us to prevent unnecessary withholding of past-due benefits for direct payment.

**Important Note: After your appointment ends, you will no longer have access to the claimant's records or personal information.**

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

Please visit our Representing Claimants website at www.socialsecurity.gov/representation for general information.

If you have questions, please call us at 1-800-772-1213. If you are deaf or hard of hearing, you may call the TTY number, 1-800-325-0778 between 7:00 a.m. and 7:00 p.m. Eastern time, Monday through Friday. We can answer most of your questions over the phone. When you call, please have this letter with you to help us answer your questions.

If you have questions about reporting income or Form 1099-MISC, please contact the Internal Revenue Service.

*Social Security Administration*

# Social Security Administration

Important Information

SOCIAL SECURITY
9031 Cross Park Dr
Knoxville TN 37923-9922

Date: December 10, 2020
BNC#: 20R1532B19889

MICHAEL GILMORE

4083

*0101YZLTX00147*NOTAFP.X3.PBZ25RSR.N04.R201210.PAM 00000000 0026010635665352930377424083000

We received written notice that you appointed SEAN P SULLIVAN to represent you for your claim(s). Therefore, we will deal directly with SEAN P SULLIVAN on matters that concern your claim(s), unless you tell us otherwise.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

For general information about Social Security, we invite you to visit our website at www.socialsecurity.gov on the Internet. For general questions and specific questions about your case, you may call us toll-free at 1-800-772-1213. You can also call your local Social Security office at 866-331-9091. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number 1-800-325-0778. If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*Social Security Administration*

**Lincoln/Gilmore 0494**

You have successfully submitted your Disability Appeal on July 1, 2021 at 6:35:52 AM Eastern time.

Summary Review

Information about Sean Sullivan
Relationship: Appointed Representative (Non-Attorney) or Staff
Mailing Address: 300 N Beach St, Daytona Beach, Florida, 32114
Phone: (781) 794-5150
Fax Phone: (781) 794-3010

Information about Michael Gilmore
Name: Michael Gilmore
Mailing Address:
Does Michael Gilmore live at the above address? Yes
Daytime Phone Number:
Alternative Phone Number:
Email Address:

Request for Reconsideration
Date Notice of Decision received: 05/07/2021
Claim Number:
Reason for Appeal: The clmts disabling conditions continue to limit their daily activities.

NH

```
 --------------------
 : UNIT: MBGRCN     :
 :                  :
 :                  :
 :                  :
 :                  :
 :                  :
 :                  :
 --------------------
```

MICHAEL GILMORE

REQUEST FOR RECONSIDERATION

On July 1, 2021, we talked with you and completed your REQUEST FOR RECONSIDERATION for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR RECONSIDERATION information electronically in our records and attached a summary of your statements.

What You Need To Do

- o Review your REQUEST FOR RECONSIDERATION to ensure we recorded your statements correctly.
- o If you agree with all your statements, you may retain the REQUEST FOR RECONSIDERATION for your records.
- o If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS MICHAEL GILMORE.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A RECONSIDERATION. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE THE CLMTS DISABLING CONDITIONS CONTINUE TO LIMIT THEI R DAILY ACTIVITIES.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I AM REPRESENTED BY SEAN SULLIVAN, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE July 1, 2021.

You have successfully submitted your Disability Appeal on January 10, 2022 at 4:00:51 PM Eastern time.

Summary Review

Information about Sean Sullivan
Relationship: Appointed Representative (Non-Attorney) or Staff
Mailing Address: 300 N Beach Street, Daytona, Florida, 32114
Phone: (877) 261-1947
Fax Phone:

Information about Michael Gilmore
Name: Michael Gilmore
Mailing Address:
Does Michael Gilmore live at the above address? Yes
Daytime Phone Number:
Alternative Phone Number:
Email Address:

Request for Hearing by Administrative Law Judge
Date Notice of Decision received: 11/16/2021
Claim Number:
Reason for Appeal: My disabling condition continues and I am unable to sustain gainful work activity.
Does Michael Gilmore wish to appear at a hearing? Michael Gilmore wishes to appear at a hearing

NH

```
--------------------
: UNIT: CWCHNG     :
:                  :
:                  :
:                  :
:                  :
:                  :
:                  :
--------------------
```

MICHAEL GILMORE

REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE

On January 10, 2022, we talked with you and completed your REQUEST FOR HEARING for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR HEARING information electronically in our records and attached a summary of your statements.

What You Need To Do

- Review your REQUEST FOR HEARING to ensure we recorded your statements correctly.
- If you agree with all your statements, you may retain the REQUEST FOR HEARING for your records.
- If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS MICHAEL GILMORE.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE MY DISABLING CONDITION CONTINUES AND I AM UNABLE TO SUSTAIN GAINFUL WORK ACTIVITY.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I WISH TO APPEAR AT A HEARING. I UNDERSTAND THAT AN ADMINISTRATIVE LAW JUDGE OF THE OFFICE OF DISABILITY ADJUDICATION AND REVIEW WILL BE APPOINTED TO CONDUCT THE HEARING OR OTHER PROCEEDINGS IN MY CASE. I ALSO UNDERSTAND THAT THE ADMINISTRATIVE LAW JUDGE WILL SEND ME NOTICE OF THE TIME AND PLACE OF A HEARING AT LEAST 20 DAYS BEFORE THE DATE SET FOR A HEARING.

IT COULD BE ESPECIALLY USEFUL IN MY CASE SINCE THE ADMINISTRATIVE LAW JUDGE WOULD HAVE AN OPPORTUNITY TO HEAR AN EXPLANATION AS TO HOW MY IMPAIRMENTS PREVENT ME FROM WORKING AND RESTRICT MY ACTIVITIES.

NH

I AM REPRESENTED BY SEAN SULLIVAN, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE January 10, 2022.

M7

# Social Security Administration
# **Retirement, Survivors, and Disability Insurance**
Notice of Award

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: December 20, 2022
BNC#: 22M1968D83764-A

MICHAEL GILMORE

4083

*02037MB900038*NOTAFP.X3.CTPMADA.PC7.R221215.PAM 00000100 0026010635682124960437742408300

We are writing to let you know that you are entitled to monthly disability benefits from Social Security beginning November 2020.

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums and worker's compensation offset. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| November 2020 | $ 2,897.70 | Entitlement began |
| December 2020 | $ 2,935.30 | Cost of living adjustment |
| December 2021 | $ 3,108.40 | Cost of living adjustment |
| December 2022 | $ 3,378.80 | Cost of living adjustment |

## What We Will Pay

We pay Social Security benefits for a given month in the next month. For example, we pay Social Security benefits for March in April.

- Your first payment is for $75,413.20.
- This is the money you are due through December 2022.
- After that, you will receive $3,213.00 on or about the second Wednesday of each month.

SEE NEXT PAGE

Your monthly payments will go to the financial institution you selected.

- The day of the month you receive your payments depends on your date of birth.

**Other Information**

We are sending a copy of this notice to your representative.

**The Date You Became Disabled**

We found that you became disabled under our rules on May 8, 2020.

**Information About Medicare**

You are entitled to hospital and medical insurance under Medicare beginning November 2022.

We charge a monthly premium for your Medicare Part B (Medical Insurance). The rates are shown below:

| Beginning Date | Amount |
|---|---|
| November 2022 | $ 170.10 |
| January 2023 | $ 164.90 |

We are taking Part B (Medical Insurance) premiums due through January 2023 out of the check you will receive around January 11, 2023. These premiums total $505.10. We will deduct premiums 1 month in advance.

**Medicare Prescription Drug Plan Enrollment**

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048). Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or apply, please contact us.

SEE NEXT PAGE

*02037MB900018*NOTAFP.X3.CTPMADA.PC7.R22121S.PAM 00000100 0026010635682124960437424008300

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away. We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits". It will tell you what must be reported and how to report. Be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

**Things To Remember**

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**Do You Think We Are Wrong?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

SEE NEXT PAGE

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-866-331-9091.

SOCIAL SECURITY
9031 CROSS PARK DR
KNOXVILLE TN 37923

How are we doing? Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

Enclosure(s):
SSA Pub No 05-10153

ICLM SUMMARY DECEMBER 4, 2020
THIRD PARTY UNSIGNED APPLICATION
Your information was received on December 4, 2020 at 2:16:04 PM.

Identification

Applicant Identification
Name: Michael Gilmore
Social Security Number:
Date of Birth:
Gender: Male
Blind or low vision: No
Disabled: Yes
Start Date of Disability: May 8, 2020
Denied Benefits in Last 60 days: No
Diagnosed with condition that is expected to end in death: No

Preparer's Contact Information
Name: Sean Sullivan
Relationship to Applicant: Non-Attorney Representative
Organization Name: The Advocator Group
Address: 101 Edgewater Dr, Suite 260, Wakefield, Massachusetts, 01880
Phone: (877) 261-1947

Applicant's Contact Information

Contact Information
Mailing Address:
Reside at this address: Yes
Phone: Mobile
Best time to call: Anytime between 9 a.m. and 5 p.m.

Ability to Communicate in English
Speak English: Yes
Read English: Yes
Write English: Yes

Language Preferences
Preferred language for speaking: English
Preferred language for reading: English

Birth and Citizenship Information
Place of Birth: Lumberton, North Carolina
U.S. Citizen: Yes
Type of Citizenship: US citizen born inside US

Other Social Security Numbers and Names

Other Social Security Numbers
Any other Social Security Numbers used: No

Other Names
Any other names used: No

General

Marriage Information
Currently married: Yes
Spouse's Name: Lori Gilmore
Spouse's Social Security Number: UNKNOWN
Know Spouse's date of birth: Yes

Spouse's date of birth:
Date of Marriage: July 21, 1989
Place of Marriage: Dillion, South Carolina
Marriage Type: Married by Clergy or Public Official

Prior Marriages
Any prior marriages: No

Children
Have any children: Yes
Any children who became disabled prior to age 22: No
Any unmarried children under age 18: No
Any unmarried children aged 18 to 19 still attending elementary or secondary school (below college level) full time: No

Military Details
Military service prior to 1968: No

Employer Details
Worked for an employer in 2019: Yes
Worked or will work for an employer in 2020: Yes
Will work for an employer in 2021: No

Employer Details 1
Employer's name: Dow Chemical Co
Employer's address: 730 Dale Ave NW, Knoxville, Tennessee, 37921
Date employment began: January 2001
Date employment ended: May 2020
Employment has not ended: No

Self-Employment Details
Self-employed in 2019: No
Self-employed in 2020: No
Self-employed in 2021: No

Supplemental Information
Worked outside the US: No
Spouse worked outside the US: No
Agree with earnings history as shown on Social Security statement: Not sure or Michael Gilmore does not have a statement

Total Earnings
Total of all wages and tips in 2019: $89000
Worked outside the United States for salary, wages, or self-employment in 2019: No
Total of all wages and tips in 2020: $35000
Worked outside the United States for salary, wages, or self-employment in 2020: No
Total earnings include any special payments paid in one year but earned in another: No

Other Pensions/Annuities
Ever work in a job where U.S. Social Security taxes were not deducted or withheld: No
Spouse worked for the Railroad 5 years or more: No

Direct Deposit Details
Own or co-own a bank account to use for Direct Deposit: Yes
Account Type: Checking
Routing Number:
Account Number:

Other Benefits

Benefit Information
Intend to apply for Supplemental Security Income benefits: No
Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: No

Ability To Work
Illnesses, injuries, conditions related to work: No
Now able to work: No

Disability Payments
Filed or intend to file for workers' compensation or other public disability benefits: No
Received money from employer on/after date unable to work: Yes
Total amount received from employer: $3000
Type(s) of pay received: Vacation Pay
Expect to receive money from employer in the future: No

Dependents
Has one parent who receives one-half support: No

Remarks & Options

Remarks
The following are your remarks: Mr. Gilmore did not receive STD payments. Mr. Gilmore is receiving LTD payments of approximately $3600/month beginning 12/4/2020 to present. Claimant is not seeking SSI Benefits. Please note representation documents and fee agreement is forthcoming. SSA may verbally confirm the application with the claimant. Communication should go directly through our office but if immediate information is needed please contact the claimant directly.

```
--------------------
: UNIT: BEV318     :
:                  :
:                  :
:                  :
:                  :
:                  :
:                  :
--------------------
```

MICHAEL GILMORE

APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On December 7, 2020, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS MICHAEL GILMORE.

I HAVE USED THE FOLLOWING NAME(S):
MIKE F GILMORE

MY SOCIAL SECURITY NUMBER IS

MY DATE OF BIRTH IS

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON May 8, 2020.

I AM STILL DISABLED.

NO PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

I AM MARRIED TO LORI GILMORE. WE WERE MARRIED ON July 21, 1989 IN SC BY A CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS AND SOCIAL SECURITY NUMBER IS ________*.

I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR ENDED IN DEATH.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

REMARKS:
I AM NOT SURE IF MY EARNINGS AS SHOWN ON MY SOCIAL SECURITY STATEMENT ARE CORRECT, OR I DO NOT HAVE A SOCIAL SECURITY STATEMENT.
PREPARER'S INFO: SEAN SULLIVAN
THE ADVOCATOR GROUP
NON-ATTORNEY REPRESENTATIVE
101 EDGEWATER DR SUITE 260
WAKEFIELD MA 01880
877-261-1947 EXT.
WORK:FOREIGN-2019=N 2020=N USTAXESPD-2019=? 2020=?

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.

MY TELEPHONE NUMBER IS

Social Security Administration

# Retirement, Survivors and Disability Insurance

Important Information

SOCIAL SECURITY
9031 Cross Park Dr
Knoxville TN 37923

Date: December 11, 2020
Claim Number:

MICHAEL GILMORE

4083

Telephone: (866) 331-9091
Confirmation Number: 39965967

An internet application for Social Security benefits was completed for you by SEAN SULLIVAN of THE ADVOCATOR GROUP on December 4, 2020. We stored the information in our records. We are sending the application to you for your review and signature.

If you are **blind** or **visually impaired,** you may choose to receive your notices or other communications in a special format. Please visit our website at www.socialsecurity.gov/notices to designate a special notice option.

If you do not want these benefits, you do not need to contact us. We will not take any action unless we receive your **signed** application.

**What You Need To Do To Apply For Benefits**

- Review all the entries on the enclosed **Internet Application Summary** and confirm that the information is correct.
- Correct any information that is wrong and write your initials next to it.
- Sign and date the **Internet Application Summary** in the space shown as, "Signature."

  **NOTE:** It is important that **you** sign the application, not the person who filled it in for you or anyone else.
- Read, complete and sign the enclosed SSA-8240 (Authorization for The Social Security Administration to Obtain Wage and employment Information from Payroll Data Providers).

See Next Page

SSA-L2 (9/2008)

*0801YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 0003610635656393294337742408300

- Gather the documents shown on the enclosed **List of Acceptable Evidence Documents. We will return all documents and photocopies to you unless you tell us you don't want them.**

- If you decide to continue applying for disability, complete the form SSA-827 (Authorization to Disclose Information to the Social Security Administration) as shown below:

  1. Read the entire form SSA-827, front and back.

  2. Write your name and Social Security Number in the upper right corner of the form.

  3. Sign the form in the space shown as "INDIVIDUAL authorizing disclosure".

  4. Enter your address and daytime phone number in the spaces shown for them.

  5. Date the form in the space shown as "Date Signed".

  6. Do not fill in the large empty box in the middle of the form, put a check in the empty block under "PURPOSE", or complete any other sections of the form.

  7. Have a witness sign and provide his or her address or phone number in the space shown on the form. If you sign with an "X", have a second witness sign and provide his or her address.

- Mail or bring the following items to your local Social Security office:

  1. **All** pages of the signed "Internet Application Summary",
  2. Any documents requested on the "List of Acceptable Evidence Documents",
  3. The signed Medical Release form (SSA-827), and
  4. The completed and signed Authorization for The Social Security Administration to Obtain Wage and Employment Information from Payroll Data Providers Form (SSA-8240).

- If you mail them, please follow the mailing instructions on the last page of this letter. Remember to add your return address and correct postage to the envelope provided.

- If you do not want to apply for disability, you do not need to return the SSA-827 with your retirement application.

**What Happens Next**

Once we receive your **signed** application, we will decide if you can get benefits. The sooner we receive it, the sooner we can decide.

SSA-L2 (9/2008)

**Lincoln/Gilmore 0510**

*0802YFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 000361063565639329433774240830

We may use December 4, 2020 as the official date of your application for Social Security benefits. In order to use December 4, 2020, we must receive the **signed** application by June 14, 2021 **or you may lose** Social Security benefits.

If you intend to apply for SSI benefit payments, you will need to file a separate application for SSI benefits. We may use December 4, 2020 as the official date of your SSI application. In order to use December 4, 2020 we must receive a **signed** application by February 9, 2021 **or you may lose SSI benefit payments.** Please contact us to arrange an appointment to apply for SSI.

Supplemental Security Income or SSI is a federal program that provides monthly payments to people who have limited income and assets and who are age 65 or older, or blind, or have a disability. For more information about the SSI program, please read the pamphlet, "You May Be Able To Get Supplemental Security Income (SSI)."

If any of the dates shown above fall on a weekend or federal holiday, we must receive the signed application by the following business day.

**Check Your Application**

You can check the status of your application on the Internet or using our automated telephone application.

To check the status of your application on the Internet:

1. Just go to the "Social Security Online" homepage at www.socialsecurity.gov.
2. Select **my Social Security** and either sign into your account or create a new account.

To check the status of your application using our automated telephone application:

1. Call us at 1-800-772-1213.
2. At the Main Menu, say "Claim Status" or "Application Status" when asked about the reason for your call.
3. Follow the prompts to check your application status. You will need to enter your Confirmation Number located at the top of this letter.

Please guard your Confirmation Number carefully. It is the key to your application information. Social Security employees will never ask for your Confirmation Number.

Disability claims take longer to process than other types of Social Security claims. It takes time to obtain sufficient medical evidence to show that you are disabled. It may take 90-120 days before your application status will show a final decision on your disability claim.

SSA-L2 (9/2008)

**Lincoln/Gilmore 0511**

**Your Reporting Responsibilities**

It is important that you let us know as soon as possible whenever one of the changes listed below occurs. You need to contact us if:

- you change your mailing address;
- your citizenship or immigration status changes; or
- your Medicare Part B premium is automatically paid from an account at a bank or other financial institution, and you change institutions or close the account.

You can call, write, or visit our office or our website at www.socialsecurity.gov/pgm/reach.htm to make a report. Please have your Social Security number handy when you contact us.

Other government agencies may provide us with information you give to them, but you must also report any changes to us.

**Supplemental Nutrition Assistance Program (SNAP)**

If you meet certain conditions, SNAP benefits may be available to help you buy food. For more information about SNAP benefits, read Supplemental Nutrition Assistance Program Facts at www.ssa.gov/pubs/EN-05-10101.pdf on the Internet.

If you want to file for SNAP benefits now, you can:

- Apply at any local SNAP office.
- Apply online at www.fns.usda.gov/snap/apply on the Internet.
- Apply by mail. First, download and complete your state form at www.fns.usda.gov/snap/snap-application-and-local-office-locators on the Internet. Then, mail the form to your local SNAP office.

**Additional Information**

If you want to get in touch with the person who completed your application, the address is: 101 EDGEWATER DR, SUITE 260, WAKEFIELD, MA 01880. The telephone number is (877) 261-1947.

**If You Have Questions**

If you have questions, call, write, or visit any Social Security office and have this letter with you. The telephone number and **mailing** address of the office processing your claim are shown at the top of this letter.

SSA-L2 (9/2008)

**Lincoln/Gilmore 0512**

## List of Acceptable Evidence Documents

You need to send us the documents shown below. **Send all documents you have with your signed application.** We will help you get the other documents. **You should not delay sending your application if you don't have all the documents.** You may lose benefits if you delay.

**NOTE:** Include your Social Security Number when you mail documents to us. We need this to match the documents to your application. Please write your Social Security Number on a separate sheet of paper and include it in the envelope with your documents. Do not write anything on your original documents. You may bring the documents to any Social Security office if you don't want to mail them. They will be examined and returned to you.

**CAUTION: Don't** mail foreign birth records or any Department of Homeland Security (DHS) documents to us - especially those you are required to keep with you at all times. These documents are extremely difficult, time-consuming, and expensive to replace if lost. Some cannot be replaced. Instead, bring them to any Social Security office where they will be examined and returned to you.

### Proof of Wages from Your Employer

We need to see Form W-2 for wages you received last year. We can accept pay stubs or statements for the current year as long as Social Security earnings (also known as FICA or OASDI earnings) are displayed separately. We can accept uncertified photocopies of your W-2 forms.

### Medical Evidence

We will ask for your medical documents if you have received treatment for your alleged disability. This includes copies or photocopies of medical records, doctors' reports, and recent test results. Your treatment records are used along with other information to see if you meet our definition of disability.

We need information about your medical treatment for any illnesses, injuries, or conditions that limit your ability to work. We will not need to request copies of medical documents from your doctors, hospitals, clinics, or other medical sources if you already have them. We can process your application faster with this information. **Do not delay filing your application if you do not have these documents.** We will ask the medical sources you list to send them to us. We may ask you to go to a special examination at our expense if you have not received treatment, or we do not obtain enough documents about your condition(s).

We also ask for information such as:

- What are your illnesses, injuries, or conditions?
- When did they begin?
- How do they limit your activities?
- What did medical tests show?
- What treatment did you receive?

*0804YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 000361063565639329433774240830

In addition, we ask for information about your ability to do work-related activities, such as walking, sitting, lifting, carrying, and understanding and remembering instructions.

We do **not** ask your doctors to decide if you are disabled.

We can accept uncertified photocopies of your medical documents.

*0805YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 000361063565639329433774240830

# Internet Application Summary

This form summarizes all the information the person who started an Internet application for Social Security benefits on your behalf provided to us.

We received your benefits application on December 4, 2020 at 02:16:04 PM.

Instructions

1. Review all the entries and confirm that the information is correct.

2. Write your initials next to any corrections that you make.

3. Sign and date the **Internet Application Summary** in the space shown as, "Signature."

**NOTE:** It is important that **you** sign the application, not the person who filled it in for you or anyone else.

4. Mail or bring all pages of the signed **Internet Application Summary** and any other documents you need to your local Social Security office. If you mail them, please follow the mailing instructions on the last page of this letter. Remember to add your return address and the correct postage to the envelope provided.

The following section of text is provided in the language it was submitted.

---

Application Summary

I apply for all insurance benefits for which I am eligible under Title II (Federal Old-Age, Survivors, and Disability Insurance) and Part A of Title XVIII (Health Insurance for the Aged and Disabled) of the Social Security Act, as presently amended.

Identification

Applicant Identification
Name: Michael Gilmore
Social Security Number:
Date of Birth:
Gender: Male
Blind or low vision: No
Disabled: Yes
Start Date of Disability: May 8, 2020
Denied Benefits in Last 60 days: No
Diagnosed with condition that is expected to end in death: No

Preparer's Contact Information
Name: Sean Sullivan
Relationship to Applicant: Non-Attorney Representative
Organization Name: The Advocator Group
Address: 101 Edgewater Dr, Suite 260, Wakefield, Massachusetts, 01880
Phone: (877) 261-1947

Applicant's Contact Information

Contact Information
Mailing Address:
Reside at this address: Yes
Phone: Mobile
Best time to call: Anytime between 9 a.m. and 5 p.m.

Ability to Communicate in English
Speak English: Yes
Read English: Yes
Write English: Yes

Language Preferences
Preferred language for speaking: English
Preferred language for reading: English

Birth and Citizenship Information
Place of Birth: Lumberton, North Carolina
U.S. Citizen: Yes
Type of Citizenship: US citizen born inside US

Other Social Security Numbers and Names

Other Social Security Numbers
Any other Social Security Numbers used: No

Other Names
Any other names used: No

General

Marriage Information
Currently married: Yes
Spouse's Name: Lori Gilmore
Spouse's Social Security Number: UNKNOWN
Know Spouse's date of birth: Yes
Spouse's date of birth:
Date of Marriage: July 21, 1989
Place of Marriage: Dillion, South Carolina
Marriage Type: Married by Clergy or Public Official

Prior Marriages
Any prior marriages: No

Children
Have any children: Yes
Any children who became disabled prior to age 22: No
Any unmarried children under age 18: No
Any unmarried children aged 18 to 19 still attending elementary or secondary school (below college level) full time: No

*0806YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 00036106356563932943377424088300

Military Details
Military service prior to 1968: No

Employer Details
Worked for an employer in 2019: Yes
Worked or will work for an employer in 2020: Yes
Will work for an employer in 2021: No

Employer Details 1
Employer's name: Dow Chemical Co
Employer's address: 730 Dale Ave NW, Knoxville, Tennessee, 37921
Date employment began: January 2001
Date employment ended: May 2020
Employment has not ended: No

Self-Employment Details
Self-employed in 2019: No
Self-employed in 2020: No
Self-employed in 2021: No

Supplemental Information
Worked outside the US: No
Spouse worked outside the US: No
Agree with earnings history as shown on Social Security statement: Not sure or
Michael Gilmore does not have a statement

Total Earnings
Total of all wages and tips in 2019: $89000
Worked outside the United States for salary, wages, or self-employment in 2019: No
Total of all wages and tips in 2020: $35000
Worked outside the United States for salary, wages, or self-employment in 2020: No
Total earnings include any special payments paid in one year but earned in another: No

Other Pensions/Annuities
Ever work in a job where U.S. Social Security taxes were not deducted or withheld: No
Spouse worked for the Railroad 5 years or more: No

Direct Deposit Details
Own or co-own a bank account to use for Direct Deposit: Yes
Account Type: Checking
Routing Number:
Account Number:

Other Benefits

Benefit Information
Intend to apply for Supplemental Security Income benefits: No
Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: No

Ability To Work
Illnesses, injuries, conditions related to work: No
Now able to work: No

Disability Payments
Filed or intend to file for workers' compensation or other public disability benefits: No
Received money from employer on/after date unable to work: Yes
Total amount received from employer: $3000
Type(s) of pay received: Vacation Pay
Expect to receive money from employer in the future: No

Dependents
Has one parent who receives one-half support: No

Remarks & Options

Remarks
The following are your remarks: Mr. Gilmore did not receive STD payments. Mr.
Gilmore is receiving LTD payments of approximately $3600/month beginning 12/4/2020 to present. Claimant is not seeking SSI Benefits. Please note representation documents and fee agreement is forthcoming. SSA may verbally confirm the application with the claimant. Communication should go directly through our office but if immediate information is needed please contact the claimant directly.

*0807YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 000361063565639329433774240830 0

My Responsibilities

I agree to notify Social Security promptly if I (or anyone for whom I receive benefits)

- become employed or self-employed while outside the U.S.,
- change citizenship, or
- go (for 30 days or more) to any country other than the residence address shown on this application.

I agree to return any payments that are not due.

I declare under penalty of perjury that I have examined all the information on this application and it is true and correct to the best of my knowledge.

Signature: ____________________ Date: _______________

Witnesses are required only if this application has been signed by mark (x) above. If signed by (x), two witnesses to the signing who know the applicant must sign below, giving their full addresses.

| | |
|---|---|
| Signature of Witness | Signature of Witness |
| Number and Street Address | Number and Street Address |
| City, State and ZIP Code | City, State and ZIP Code |

This form should be submitted to the address shown on your notice.

**Privacy Act Statement**
Collection and Use of Personal Information

Sections 202(a), 205(a), 1631(e) and 1872 of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed and could result in the loss of some benefits.

We will use the information to make a determination of eligibility for benefits for you and your dependents. We may also share your information for the following purposes, called routine uses:

1. To State audit agencies for auditing State supplementation payments and Medicaid eligibility considerations;

2. To third party contacts where necessary to establish or verify information provided by representative payees or payee applicants;

3. To a Social Security beneficiary or claimant when a claim is filed by another individual on the same record which is adverse to the beneficiary, but only information concerning the facts relevant to the interests of each party in a claim; and

4. To Federal, State or local agencies for administering cash or non-cash income maintenance or health maintenance programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0059, entitled Earnings Recording and Self-Employment Income System; 60-0089, entitled Claims Folders Systems; 60-0090, entitled Master Beneficiary Record; and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement**
Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. sec. 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to review, confirm or sign this application summary unless we display a valid Office of Management and Budget control number; the control number is 0960-0618. We estimate that it will take about 20 minutes to read the instructions, review the information contained in the summary, and sign the application. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

# Mailing Instructions

Please re-fold and insert this page so that the mailing address below can be seen clearly through the window of the return envelope. Fold all pages of the signed **Internet Application Summary,** and place them in the envelope behind this page. Also include any other requested documents.

*0808YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 0003610635656393294337742408300

SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY
9031 Cross Park Dr
Knoxville TN 37923

**IMPORTANT**

**To ensure your claim reaches Social Security, please re-fold this page along the dashed line and insert this side facing the address window of the return envelope.**

BNC#: 22MP968D83764 SG-HA-501

: UNIT: CWCHNG :

MICHAEL GILMORE

REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE

On January 10, 2022, we talked with you and completed your REQUEST FOR HEARING for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR HEARING information electronically in our records and attached a summary of your statements.

What You Need To Do

- Review your REQUEST FOR HEARING to ensure we recorded your statements correctly.

- If you agree with all your statements, you may retain the REQUEST FOR HEARING for your records.

- If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS MICHAEL GILMORE.

MY SOCIAL SECURITY NUMBER IS

I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE MY DISABLING CONDITION CONTINUES AND I AM UNABLE TO SUSTAIN GAINFUL WORK ACTIVITY.

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I WISH TO APPEAR AT A HEARING. I UNDERSTAND THAT AN ADMINISTRATIVE LAW JUDGE OF THE OFFICE OF DISABILITY ADJUDICATION AND REVIEW WILL BE APPOINTED TO CONDUCT THE HEARING OR OTHER PROCEEDINGS IN MY CASE. I ALSO UNDERSTAND THAT THE ADMINISTRATIVE LAW JUDGE WILL SEND ME NOTICE OF THE TIME AND PLACE OF A HEARING AT LEAST 20 DAYS BEFORE THE DATE SET FOR A HEARING.

IT COULD BE ESPECIALLY USEFUL IN MY CASE SINCE THE ADMINISTRATIVE LAW JUDGE WOULD HAVE AN OPPORTUNITY TO HEAR AN EXPLANATION AS TO HOW MY IMPAIRMENTS PREVENT ME FROM WORKING AND RESTRICT MY ACTIVITIES.

I AM REPRESENTED BY SEAN SULLIVAN, WHO IS NOT AN ATTORNEY.

MY PHONE NUMBER IS

DATE January 10, 2022.

SOCIAL SECURITY ADMINISTRATION

Office of Hearings Operations

135 Circle Lane
Knoxville, TN 37919-9998

Date: August 18, 2022

Michael Gilmore

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. The preferred method for filing your appeal is by using our secure online process available at https://www.ssa.gov/benefits/disability/appeal.html.

You may also use our Request for Review form (HA-520) or write a letter. The form is available at https://www.ssa.gov/forms/ha-520.html. Please write the Social Security number associated with this case on any appeal you file. You may call (800) 772-1213 with questions.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

Form HA-L76 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.



See Next Page

**If You Have Any Questions**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this notice and decision when you call.
3. You may also call your local office at (866) 331-9091.

Social Security
9031 Cross Park Drive
Knoxville, TN 37923-9922

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

Donna Lefebvre
Administrative Law Judge

Enclosures:
Decision Rationale

cc: Sean Sullivan
Brown & Brown Advocator Group
300 N. Beach Street
Daytona Beach, FL 32114

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| Michael Gilmore (Claimant) | Period of Disability and Disability Insurance Benefits |
| (Wage Earner) | 21BL382H93453 (Beneficiary Notice Control Number) *Social Security Number removed for your protection* |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated January 10, 2022 (20 CFR 404.929 *et seq.*). On August 12, 2022, the undersigned held a telephone hearing due to the extraordinary circumstance presented by the Coronavirus Disease 2019 (COVID-19) Pandemic. All participants attended the hearing by telephone. The claimant agreed to appear by telephone before the hearing and confirmed such agreement at the start of the hearing (Exhibit 9B). The claimant's main representative is Sean Sullivan, a non-attorney representative and Attorney Laura Lopez appeared and represented the claimant at the hearing. Robert Brabham, Ph.D., an impartial vocational expert, also appeared at the hearing.

The claimant is alleging disability since May 8, 2020.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

**1. The claimant's date last insured is December 31, 2024.**

**2. The claimant has not engaged in substantial gainful activity since May 8, 2020, the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

**3. The claimant has the following severe impairments: diabetes with diabetic neuropathy; sleep apnea; degenerative disc disease; and right foot heel spur (20 CFR 404.1520(c)).**

**4. The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5. The claimant has the residual functional capacity to perform sedentary work as defined in 20 CFR 404.1567(a) except can lift up to 10 pounds occasionally and frequently;**

See Next Page

**can occasionally bilaterally handle and finger objects; can never operate foot controls bilaterally; can stand and/or walk for up to 2 hours and sit for up to 6 hours in an 8-hour day with normal breaks; can sit for up to 30 minutes at a time and stand and/or walk for up to 10 minutes at a time before changing positions; can occasionally climb ramps or stairs and never climb ladders, ropes, or scaffolds; can occasionally stoop, kneel, crouch, or crawl and never balance, as defined in the Selected Characteristics of Occupations of the DOT; can perform jobs that do not require exposure to extreme non-weather-related heat or cold, or excessive vibration; can perform jobs that do not require the operation of moving and hazardous machinery or work around unprotected heights.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c.

The claimant has alleged he is unable to work due to his diabetes with peripheral neuropathy in feet and legs. He reported numbness in his fingers and cannot feel either of his great toes. The claimant has symptoms including joint pain, inflammation, easy bruising, leg pain with exercise, and feet swelling. In a January 2021 Function Report, the claimant advised that his conditions prevented him from walking long distances, climbing ladders and stairs, and was off balance at times. He must take frequent breaks due to his pain. The claimant stated that he tries to help around the house with chores, such as light cleaning and lighter loads of laundry, but only assists with chores about twice a week for no more than an hour at a time. He reported only able to lift up to 10 pounds and has pain with squatting, bending, standing, reaching, walking, sitting, kneeling, stair climbing. Lastly, he reported being unable to walk more than 10 minutes at a time due to pain (Exhibit 4E).

A nerve conduction study in May 2020 revealed moderate sensorimotor polyneuropathy and no evidence of bilateral lumbar radiculopathy. Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 and sensory examination remarkable for a stocking and glove pattern of distal sensation loss in both lower extremities. Medical and treatment records find diagnoses for diabetic peripheral neuropathy and chronic back and shoulder pain. In October 2021, the claimant underwent multiple radiographs. X-ray of his lumbar spine demonstrated mild spondylosis. Right ankle x-ray showed heel spur. X-rays of right shoulder and left hip were both within normal limits (Exhibit 5F). The claimant had guarded range of motion of his right shoulder at the March 2021 consultative examination. Sleep study in February 2018 confirmed obstructive sleep apnea diagnosis. November 2020 laboratory results found A1c level to be 9.0, which supports his diabetes diagnosis with peripheral neuropathy. More recent laboratory results in March 2021 indicate his A1c has decreased to 7.8. September 2021 office visit found the claimant with right shoulder complaints. Examination demonstrated positive signs during empty can test, positive findings during an Apley scratch test, and difficulty with abducting his right arm greater than $90^0$. He received a right shoulder Kenalog injection (Exhibits 1F, 2F, 3F, 4F, and 5F).

See Next Page

After considering the evidence of record, the undersigned finds that the claimant's medically determinable impairments could reasonably be expected to produce the alleged symptoms, and that the claimant's statements concerning the intensity, persistence and limiting effects of these symptoms are generally credible. Furthermore, the claimant's testimony (narrative) concerning his impairments and their impact on his ability to work were persuasive in light of his own description of his activities and lifestyle, the degree of medical treatment required, the reports of treating and examining practitioners, and the findings made on examination.

Consistent with the claimant's allegations, the undersigned notes that his earnings record is consistent with a long and steady work history, which signifies a strong employment motivation and in turn bolsters his contentions that he is currently unable to continue in his work endeavors as a result of his numerous medically determinable impairments. Specifically, for the last 15 years, the claimant earned at substantial gainful activity levels each year (Exhibit 9D).

Turning to the opinion evidence, Christopher Barber, D.O. completed a medical source statement – physical in July 2022 assessing polyneuropathy, low back pain, and thoracic back pain. Due to these conditions, he can sit, stand, and/or walk for about 30 minutes for each activity in an 8-hour workday. At one-time without interruption, the claimant can sit for 30 minutes, stand for less than 1 hour, and walk for 1 hour. Dr. Barber opined the claimant has to lie down to get relief and no work adjustments would help. The claimant can occasionally perform gross and/or fine manipulation with the right or left upper extremity and can occasionally raise left or right upper extremity over shoulder level. Due to neuropathy, he cannot operate foot controls with either of the lower extremities. The claimant can lift and/or carry up to 10 pounds occasionally. He can occasionally bend and squat but never crawl or climb. The claimant should have no restrictions of activities involving unprotected heights, being around moving machinery, and exposure to marked changes in temperature or humidity and mild restrictions of activities involving driving automotive equipment and exposure to dust, fumes, and gases. Dr. Barber also cited that his medication, specifically, Lyrica causes sedation; however, the medication is necessary for his neuropathy. He also stated that the claimant would miss 20 days in an average 20 business day month due to his medical diagnosis, symptoms, and limitations and would need extra breaks during the work, totaling 6 breaks or more a day (Exhibit 11F). The findings of sedentary exertion are consistent with the exertional limitations set forth by Dr. Barber, thus are persuasive.

Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 opining the claimant can perform a reduced range of medium exertion with noted balance issues due to neuropathy (Exhibit 2F). The undersigned does not find this opinion persuasive as they are not consistent with the overall objective medical evidence.

State agency medical consultants reviewed this claim at the initial and reconsideration levels opining the claimant could perform a range of medium exertion (Exhibits 1A and 3A). The undersigned finds these opinions not persuasive as subsequent evidence, including the treating source statement from Dr. Barber and his office visit notes (Exhibits 8F, 9F, 10F and 11F), warrant a range of sedentary exertion.

See Next Page

In sum, the above residual functional capacity assessment is supported by the medical records as a whole in this case, by the opinions of treating sources, and by the support in those records for the claimant's allegations.

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as a *chemical reactor operator, III*, (D.O.T. # 559.382-018, medium exertion, skilled work, SVP 7), a *team manager*, (D.OT. # 183.117-014, light exertion, skilled work, SVP 8), *maintenance and planning*, (D.O.T. # 638.281-014, heavy exertion, skilled work, SVP 7), and *maintenance supervisor*, (D.O.T. # 891.137-010, light exertion; however, performed as medium exertion, skilled work with SVP 7) . The demands of the claimant's past relevant work exceed the residual functional capacity.

**7. Applying the age categories non-mechanically, and considering the additional vocational adversities in this case, the claimant was a younger individual age 45-49 on the established disability onset date (20 CFR 404.1563).**

A borderline age situation exists because the claimant is within a few days to a few months of attaining the next higher age category and applying the chronological age would result in a denial of the Title II claim(s). Use of the next higher age category is supported by the significant adverse impact of all factors on the claimant's ability to adjust to other work.

Born the claimant was 49 years and 10 months old on May 8, 2020, the alleged date of onset. The undersigned notes that the claimant's age at onset is within a few months of an age category which is dispositive for the purpose of finding that he is "disabled" under the medical-vocational rules (See 20 CFR §§ 404.1563(a)). Because the claimant's age change took place within a few months after the alleged onset date there is sufficient justification to apply the provisions of closely approaching advanced age rather than younger individual. Therefore, for the purpose of this decision, he is considered to be of closely approaching advanced age.

**8. The claimant has at least a high school education (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

If the claimant had the residual functional capacity to perform the full range of sedentary work, considering the claimant's age, education, and work experience, a finding of "not disabled" would be directed by Medical-Vocational Rule 201.21. To determine the extent to which the claimant's additional limitations erode the unskilled sedentary occupational base, the Administrative Law Judge asked the vocational expert whether jobs exist in the national economy for an individual with the claimant's age, education, work experience, and residual

See Next Page

functional capacity. The vocational expert testified that given all of these factors there are no jobs in the national economy that the individual could perform.

Based on the testimony of the vocational expert, the undersigned concludes that, considering the claimant's age, education, work experience, and residual functional capacity, a finding of "disabled" is appropriate under the framework of the above-cited rule.

**11. The claimant has been under a disability as defined in the Social Security Act since May 8, 2020, the alleged onset date of disability (20 CFR 404.1520(g)).**

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on December 4, 2020, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since May 8, 2020.

/s/ *Donna Lefebvre*
Donna Lefebvre
Administrative Law Judge

August 18, 2022
Date

Claimant's Social Security Number | Appointed Representative's Rep ID

# Claimant's Appointment of a Representative

## Section 1 - Claimant's Information

**Social Security Number**

| **First Name** | **Initial** | **Last Name** |
|---|---|---|
| Michael | F | Gilmore |

**Mailing Address**

| **City** | **State** | **ZIP/Postal Code** | **Country - if outside the U.S.** |
|---|---|---|---|
| | | | |

**Phone Number**

Country/Area Code | Phone Number

**Alternate Phone Number (Optional)**

Country/Area Code | Phone Number

## Number Holder's Information *(Complete when applicable)*

My claim is based on another person's work or earnings (e.g., spouse or parent). This person's information is different from mine.

**Number Holder's Social Security Number**

[ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

| **First Name** | **Initial** | **Last Name** |
|---|---|---|
| | | |

## Section 2 - Disclosure *(Claimant Only)*

[X] By selecting this box, I, the claimant listed in Section 1, whose signature appears in Section 8, authorize SSA to release information in relation to my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g., clerks, assistants), partners, or parties under contractual arrangements for or with my representative. *(The appointed representative's partners, associates, delegates and designees must be prepared to provide information in order to be authenticated.)*

## Section 3 - Principal Representative *(Claimant only – Complete when applicable)*

I have appointed before, or appoint now, more than one representative. I ask SSA to make contacts or send notices to this individual. My principal representative is:

**Name**

**Lincoln/Gilmore 0532**

| Claimant's Social Security Number | Appointed Representative's Rep ID |
|---|---|
| | |

## Section 4 - Representative's Information *(Claimant and Representative)*

Representatives who are eligible and seek direct payment of their fee must register and receive a Rep ID before the appointment. For more information about registration visit us on-line at www.socialsecurity.gov/ar, contact us at 1-800-772-1213 (TTY 1-800-325-0778), or visit your local Social Security office.

**Representative's Rep ID**

| P | J | 8 | 6 | D | H | 7 | J | K | 9 |
|---|---|---|---|---|---|---|---|---|---|

| First Name | Initial | Last Name |
|---|---|---|
| Sean | | Sullivan |

**Mailing Address**

101 Edgewater Drive Suite 260

| City | State | ZIP/Postal Code | Country - if outside the U.S. |
|---|---|---|---|
| Wakefield | MA | 01880 | |

**Phone Number**

(781) 246-8975
Country/Area Code — Phone Number

**Alternate Phone Number (Optional)**

Country/Area Code — Phone Number

## Section 5 - Representative's Status, Affiliations, and Certifications *(Representative Only)*

**Representative's Status Part A - Type of Representative** (Representatives have a duty to keep their information current)

☐ I am an attorney *(SSA regulation states that an attorney is someone in good standing who has the right to practice law before a court of a State, Territory, District, or island possession of the United States, or before the Supreme Court or a lower Federal court of the United States.)*

☒ I am a non-attorney eligible for direct payment *(SSA law requires that non-attorneys meet certain criteria to qualify for direct payment. Refer to our website at www.ssa.gov/representation for criteria).*

☐ I am a non-attorney not eligible for direct payment.

**Representative's Status Part B - Disqualification**

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice law.

☐ Yes ☒ No

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency.

☐ Yes ☒ No

| Claimant's Social Security Number | Appointed Representative's Rep ID |
|---|---|
| | |

## Section 5 - Continued *(Representative Only)*

**Affiliation Information**

If you are representing the claimant(s) as a partner or employee of a business entity, firm or other organization you may provide your Employer Identification Number (EIN) here, if one exists for tax purposes. This number is not your Social Security Number (SSN). This is your employer's tax identification number. (*Do not complete this section if you do not qualify for direct payment.*)

**EIN** 2 7 - 3 3 0 9 5 9 0

**Organization's Name** (Enter the full name of the business, entity, firm or organization with which you want to be affiliated while representing this claim)

The Advocator Group

**Representative's Business Address** (if different than mailing address)

| City | State | ZIP/Postal Code |
|---|---|---|
| | | |

**Country - if outside the U.S.**

**Representative's Certification**

I accept this appointment and certify the following:

- I understand and agree that I will comply with SSA's laws and rules on the representation of parties, including the Rules of Conduct and Standards of Responsibility for Representatives; I will not charge, collect, or retain a fee for representational services that SSA has not approved or that is more than SSA approved unless a regulatory exclusion applies.
- I understand that if I fail to comply with any of SSA's laws and rules I may be suspended or disqualified as a representative before SSA.
- I will not disclose any information to any unauthorized party without the claimant's specific written consent.
- I am not currently suspended or prohibited, for any reason, from practicing before the Social Security Administration.
- I am not disqualified from representing the claimant as a current or former officer or employee of the United States.
- I accept appointment as the representative for the claimant named in Section 2 of this form in connection with the claims and asserted rights described in Section 6 of this form.
- I agree that a copy of this signed form SSA-1696 will have the same force and effect as the original.
- I declare under penalty of perjury that I have examined all of the information on this form and on all accompanying statements or forms, including any information, attestations and certifications provided to SSA in registration, and that they are all currently true and correct to the best of my knowledge.

*If I intend to seek direct payment of the authorized fee on this claim -*

- I have registered for and obtained a Rep ID, and my registration information is up-to-date.
- I have provided up-to-date information on my registration concerning whether I have been suspended or prohibited from practice before SSA or any other Federal program or agency, disbarred or suspended by a court or bar, and convicted of a violation under Section 206 or 1631(d) of the Social Security Act.

**I CERTIFY TO ALL OF THE ABOVE** SPS *(Representative's Initials)*

**Lincoln/Gilmore 0534**

Claimant's Social Security Number

Appointed Representative's Rep ID

## Section 6 - Claim Type *(Claimant or Representative)*

I appoint the individual named in Section 4 to act as my representative in connection with my claim(s) or asserted right(s) under Title II (RSDI), Title XVI (SSI), Title XVIII (Medicare Coverage), and Title VIII (SVB) of the Social Security Act, as presently amended, specifically for the issues identified below: (*Check all that apply*)

- [X] Claim/Appeal for Title II Disability Benefits
- [X] Claim/Appeal for Title XVI Disability Benefits
- [X] Concurrent Title II and Title XVI Disability Benefits
- [ ] Claim/Appeal for Retirement Benefits
- [ ] Claim/Appeal for Title XVIII (Medicare), VIII (Special Veteran's Benefits)
- [X] Continuing Disability Review (CDR)
- [ ] Post-Entitlement Issue (a new issue you raise after eligibility for other benefits)

(E.g., benefit amount, month of entitlement, representative payee, suspension, termination, overpayment)

## Section 7 - Fee Arrangement *(Representative Only)*

Check one box below:

- [ ] **I will request a fee and direct payment of this fee**. Select this box if you are eligible for direct payment and want us to withhold a portion of the past-due benefits to pay you the fee we may authorize. *(We must authorize the fee.)*
- [ ] **I will request a fee but not direct payment.** Select this box if you are not eligible for direct payment from the past-due benefits, or if you do not want direct payment. You must collect any fee we may authorize on your own. *(We must authorize the fee.)*
- [X] **I waive the right to receive a fee from the claimant, any auxiliary beneficiaries or any other individual.** Select this box if you certify that an entity, or a Federal, state, county, or city government agency will pay the fee and any expenses from its funds. The claimant, auxiliary beneficiaries, or other individuals must not be liable for the fee, directly or indirectly, in whole or in part, or any expenses. *(We do not need to authorize the fee if all regulatory conditions apply.)*
- [ ] **I waive the right to a fee.**

## Section 8 - Signatures *(Claimant and Representative)*

| | |
|---|---|
| **Representative's Signature** Sean Sullivan | **Date** November 19, 2020 |
| **Claimant's Signature** M. Gilmore | **Date** Nov 25, 2020 |

**Lincoln/Gilmore 0535**

If you have any questions about this appointment, please contact us at the number(s) shown between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, the individual's name, your name, and a call back number.

Thank you for your help.

Sabrina C./PC
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
Invoice
Privacy Act and Paper Reduction Act Statement
SSA-827 (Authorization to disclose information to the Social Security Administration (SSA))
Attachments
Return Envelope

Thank you for your help.

Sabrina C./DH
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
Invoice
Privacy Act and Paper Reduction Act Statement
SSA-827 (Authorization to disclose information to the Social Security Administration (SSA))
Attachments
Return Envelope

If you have any questions about this appointment, please contact us at the number(s) shown between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, the individual's name, your name, and a call back number.

Thank you for your help.

Sabrina C./TM
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
Invoice
Privacy Act and Paper Reduction Act Statement
SSA-827 (Authorization to disclose information to the Social Security Administration (SSA))
Attachments
Return Envelope

We are authorized to pay for medical records or photocopies according to the fee schedule approved by the Disability Determination Services in your state.

If payment is required for the medical records, you must send us an invoice that includes your DUNS with the medical records. We will process your invoice upon receipt of the evidence and your DUNS.

Your prompt response will help assure a speedy decision on this claim. Thank you for your cooperation.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR RESPONSE.**

**LORENE H HENDERSON**
Disability Examiner
(205) 801-1342, EXT 31342

**___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED.**

**Physician's signature**

MEF-IP1-1 MEF/IP1 (07/13)KC

Thank you for your help.

Assistance Requests/PC
(800) 342-1117
(615) 253-1779 (FAX)

Enclosure(s):
Invoice
Privacy Act and Paper Reduction Act Statement
SSA-827 (Authorization to disclose information to the Social Security Administration (SSA))
Attachments
Return Envelope

We are authorized to pay for medical records or photocopies according to the fee schedule approved by the Disability Determination Services in your state.

If payment is required for the medical records, you must send us an invoice that includes your DUNS with the medical records. We will process your invoice upon receipt of the evidence and your DUNS.

Your prompt response will help assure a speedy decision on this claim. Thank you for your cooperation**.**

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR RESPONSE.**

**LORENE H HENDERSON**
Disability Examiner
(205) 801-1342, EXT 31342

**___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED.**

______________________________________________

**Physician's signature**

MEF-IP1-1 MEF/IP1 (07/13)KC

## AUTHORIZATION AND CLAIM FOR PAYMENT

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DIV. OF REHABILITATION SERVICES

P O Box 8707
London, KY 40742-8707

FAX (877) 337-7850
TOLL FREE (800) 972-0617

Claimant Phone Number
(865) 389-9088

RQID:DCC1140109 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:149

**VENDOR NO. 2017164 VENDOR LOC. CODE 0000011924**

**KNOXVILLE SERVICES LLC**
**320 N CEDAR BLUFF RD STE 330**
**KNOXVILLE, TN 37923**

**NAME:** **MICHAEL GILMORE**
**ADDRESS:**

**EXAMINER: Assistance Requests** **UNIT: 0104**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (800) 342-1117**

**DOB:** **ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

| RENDER SERVICES BELOW: | APPOINTMENT DATE: October 18th, 2021 @ 01:30 PM EDT | |
|---|---|---|
| 73600 | Radiologic examination, ankle; two views | $31.82 |
| 73502 | Radiologic examination, hip, unilateral, with pelvis when performed; 2-3 views | $45.50 |
| 73030 | Radiologic examination, shoulder complete, minimum of two views | $33.32 |
| 72100 | Radiologic examination, spine, lumbosacral; two or three views | $38.43 |

- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Ankle
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Left hip
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Shoulder
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions.

**TOTAL..........$149.07**

**ADDITIONAL STUDIES:**____________________ **$**__________

**APPROVED:**__________ **DATE**________ **LESS SERVICES NOT RENDERED** **$**__________

**ADJUSTED TOTAL ............... $**__________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void if the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated;**

10-18-21

**Lincoln/Gilmore 0542**

We are authorized to pay for medical records or photocopies according to the fee schedule approved by the Disability Determination Services in your state.

If payment is required for the medical records, you must send us an invoice that includes your DUNS with the medical records. We will process your invoice upon receipt of the evidence and your DUNS.

Your prompt response will help assure a speedy decision on this claim. Thank you for your cooperation**.**

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR RESPONSE.**

**LORENE H HENDERSON**
Disability Examiner
(205) 801-1342, EXT 31342

**___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED.**

______________________________________________________________

**Physician's signature**

MEF-IP1-1 MEF/IP1 (07/13)KC

**Lincoln/Gilmore 0543**

## Disability Determination Services
## Case Activities

MER - Issued

Activity Date: 11/02/2021 Tickler Status: N LHHEND
MER - MER Bill Invoice

Activity Date: 11/02/2021 Tickler Status: N LHHEND
MER Ltr - Init/Physician Mer
BLOUNT MEMORIAL FAMILY CARE

Activity Date: 11/02/2021 Tickler Status: C LHHEND
Vendor Results - Electronic Evid MER - EMM BLOUNT MEMORIAL FAMILY CARE

Activity Date: 10/31/2021 Tickler Status: Q MIDAS
MER F/U - MER FOLLOW UP - MRMD IP1 BLOUNT MEMORIAL FAMILY CARE 865-342-8100

Activity Date: 10/26/2021 Tickler Status: C LHHEND
eCAT Assessment - Assessment Signed - eCAT-MC/PC Overall Signed

Activity Date: 10/26/2021 Tickler Status: C LHHEND
eCAT Assessment - Assessment Signed - eCAT-Physical RFC Signed

Activity Date: 10/25/2021 Tickler Status: C LHHEND
Form CEREMIND Posted to EF

Activity Date: 10/25/2021 Tickler Status: C LHHEND
Form CEREMIND Posted to EF

Activity Date: 10/22/2021 Tickler Status: C LHHEND
Form CE Posted to EF

Activity Date: 10/14/2021 Tickler Status: C LHHEND
Form CEREMIND Posted to EF

Activity Date: 10/14/2021 Tickler Status: C LHHEND
Form CEREMIND Posted to EF

Activity Date: 10/14/2021 Tickler Status: C LHHEND
Assistance Rqst - Reminder

**Disability Determination Services**
**Case Activities**

Activity Date: 10/07/2021 Tickler Status: N LHHEND
Misc - SSA 827 Form

Activity Date: 10/07/2021 Tickler Status: N LHHEND
MER - Issued

Activity Date: 10/07/2021 Tickler Status: N LHHEND
MER - MER Bill Invoice

Activity Date: 10/07/2021 Tickler Status: N LHHEND
MER Ltr - Init/Physician Mer
BLOUNT MEMORIAL FAMILY CARE

Activity Date: 10/07/2021 Tickler Status: C LHHEND
Form CEAPPT Posted to EF

Activity Date: 10/07/2021 Tickler Status: C LHHEND
Form CEAPPT Posted to EF

Activity Date: 10/07/2021 Tickler Status: C LHHEND
Form CEAPPT Posted to EF

Activity Date: 10/07/2021 Tickler Status: C LHHEND
EF Update - Accept AR - AR Accepted M GILMORE

Activity Date: 10/01/2021 Tickler Status: N LHHEND
Standard Notice - Report of Contact

Activity Date: 10/01/2021 Tickler Status: N LHHEND
Standard Notice - Request for Asst Req

Activity Date: 10/01/2021 Tickler Status: C LHHEND
EF Update - Add Message - M GILMORE Message Added
M GILMORE Message Added
L. Henderson - Cl did not keep X-rays on 9/27, pending MSE on 11/04. If the X-rays need to be rescheduled, please ascertain why they did not go and get a commitment to attend and upload 883. Also send us an email as this claim is in DCPS.

*0803YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11010000 0003610635656393294337742408300

You can also reach us at 1-800-772-1213 (TTY 1-800-325-0778). We can answer most questions over the phone.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

*Social Security Administration*

Enclosure(s):
Return Envelope
Pub 05-11069
Internet Application Summary
List of Acceptable Evidence Documents
Medical Release (SSA-827)
Authorization to Obtain Wage and Employment Information from Payroll Data Providers (SSA-8240)

Form Approved
OMB No. 0960-0623

| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
|---|---|
| SSN | Birthday |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchanges):
**OF WHAT All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to :**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Education Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations;**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

## FROM WHOM

- All Medical Sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities.
- All educational sources (Schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed.

## TO WHOM

**The Social Security Administration and the State agency authorized to process my case** (usually called " disability determination service"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

## PURPOSE

Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

## EXPIRES WHEN

This authorization is good for 12 months from the date signed (below my signature).

- I authorized the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** **INDIVIDUAL** authorizing disclosure | **IF not signed by subject of disclosure, specify bas is for authority to sign** ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** |
|---|---|
| **SIGN ▶** Michael Gilmore | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed 6-10-21 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| **SIGN ▶** | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPPA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted

*0803YYFN4000885*NOTAFP.X3.PBISBNOT.ISB.R201204.PAM 11101000 00036106356563932943377424080300

You can also reach us at 1-800-772-1213 (TTY 1-800-325-0778). We can answer most questions over the phone.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

*Social Security Administration*

Enclosure(s):
Return Envelope
Pub 05-11069
Internet Application Summary
List of Acceptable Evidence Documents
Medical Release (SSA-827)
Authorization to Obtain Wage and Employment Information from Payroll Data Providers (SSA-8240)

SSA-L2 (9/2008)

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Heather A. Dreiser**

February 1, 2023

**VIA CERTIFIED MAIL**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Brown & Brown Insurance
300 N Beach Street
Daytona Beach, FL 32114

RE: Michael F. Gilmore v. The Lincoln National Life Insurance Company and Brown & Brown Insurance
The Dow Chemical Company
Claim #: 10419522

To Whom It May Concern:

On August 31, 2022, I wrote regarding my representation of Mr. Gilmore in his claim for long term disability benefits denied by Lincoln National Life Insurance Company. In the process of preparing to appeal, it has come to my attention that Lincoln National Life Insurance Company has a relationship with and has worked with Brown & Brown Insurance Company on this claim and Brown & Brown has aided Lincoln in the denial of the claim and in interfering with obtaining evidence requested by Mr. Gilmore. Thus, they will be included as a Defendant in this matter.

Regardless, Mr. Gilmore now formally appeals the denial of his continued LTD benefits. I have enclosed a copy of the Fully Favorable Decision from Judge Lefebvre noting that Mr. Gilmore does not retain the residual functional capacity to engage in even sedentary work. I have additionally included evidence from Dr. Barber and his complete file from the Social Security Administration including the audio of the hearing complete with vocational expert testimony (password is mich#

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosures
cc: Michael F. Gilmore

**SOCIAL SECURITY ADMINISTRATION**

Office of Hearings Operations

135 Circle Lane
Knoxville, TN 37919-9998

Date: August 18, 2022

Michael Gilmore

## Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. The preferred method for filing your appeal is by using our secure online process available at https://www.ssa.gov/benefits/disability/appeal.html.

You may also use our Request for Review form (HA-520) or write a letter. The form is available at https://www.ssa.gov/forms/ha-520.html. Please write the Social Security number associated with this case on any appeal you file. You may call (800) 772-1213 with questions.

Please send your request to:

**Appeals Council**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

Form HA-L76 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. They may decide to review my decision within 60 days after the date of the decision. The Appeals Council will mail you a notice of review if they decide to review my decision.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.



See Next Page

**If You Have Any Questions**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778.** Please mention this notice and decision when you call.
3. You may also call your local office at (866) 331-9091.

Social Security
9031 Cross Park Drive
Knoxville, TN 37923-9922

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

Donna Lefebvre
Administrative Law Judge

Enclosures:
Decision Rationale

cc: Sean Sullivan
Brown & Brown Advocator Group
300 N. Beach Street
Daytona Beach, FL 32114

Form HA-L76 (03-2010)

**SOCIAL SECURITY ADMINISTRATION**
**Office of Hearings Operations**

**DECISION**

| **IN THE CASE OF** | **CLAIM FOR** |
| --- | --- |
| Michael Gilmore | Period of Disability and Disability Insurance Benefits |
| (Claimant) | |
| | 21BL382H93453 |
| (Wage Earner) | (Beneficiary Notice Control Number)<br>*Social Security Number removed for your protection* |

## JURISDICTION AND PROCEDURAL HISTORY

This case is before the undersigned on a request for hearing dated January 10, 2022 (20 CFR 404.929 *et seq.*). On August 12, 2022, the undersigned held a telephone hearing due to the extraordinary circumstance presented by the Coronavirus Disease 2019 (COVID-19) Pandemic. All participants attended the hearing by telephone. The claimant agreed to appear by telephone before the hearing and confirmed such agreement at the start of the hearing (Exhibit 9B). The claimant's main representative is Sean Sullivan, a non-attorney representative and Attorney Laura Lopez appeared and represented the claimant at the hearing. Robert Brabham, Ph.D., an impartial vocational expert, also appeared at the hearing.

The claimant is alleging disability since May 8, 2020.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

1. **The claimant's date last insured is December 31, 2024.**

2. **The claimant has not engaged in substantial gainful activity since May 8, 2020, the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq*.).**

3. **The claimant has the following severe impairments: diabetes with diabetic neuropathy; sleep apnea; degenerative disc disease; and right foot heel spur (20 CFR 404.1520(c)).**

4. **The claimant does not have an impairment or combination of impairments that meets or medically equals the severity of one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

5. **The claimant has the residual functional capacity to perform sedentary work as defined in 20 CFR 404.1567(a) except can lift up to 10 pounds occasionally and frequently;**

See Next Page

**can occasionally bilaterally handle and finger objects; can never operate foot controls bilaterally; can stand and/or walk for up to 2 hours and sit for up to 6 hours in an 8-hour day with normal breaks; can sit for up to 30 minutes at a time and stand and/or walk for up to 10 minutes at a time before changing positions; can occasionally climb ramps or stairs and never climb ladders, ropes, or scaffolds; can occasionally stoop, kneel, crouch, or crawl and never balance, as defined in the Selected Characteristics of Occupations of the DOT; can perform jobs that do not require exposure to extreme non-weather-related heat or cold, or excessive vibration; can perform jobs that do not require the operation of moving and hazardous machinery or work around unprotected heights.**

In making this finding, the undersigned has considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSR 16-3p. The undersigned also considered the medical opinion(s) and prior administrative medical finding(s) in accordance with the requirements of 20 CFR 404.1520c.

The claimant has alleged he is unable to work due to his diabetes with peripheral neuropathy in feet and legs. He reported numbness in his fingers and cannot feel either of his great toes. The claimant has symptoms including joint pain, inflammation, easy bruising, leg pain with exercise, and feet swelling. In a January 2021 Function Report, the claimant advised that his conditions prevented him from walking long distances, climbing ladders and stairs, and was off balance at times. He must take frequent breaks due to his pain. The claimant stated that he tries to help around the house with chores, such as light cleaning and lighter loads of laundry, but only assists with chores about twice a week for no more than an hour at a time. He reported only able to lift up to 10 pounds and has pain with squatting, bending, standing, reaching, walking, sitting, kneeling, stair climbing. Lastly, he reported being unable to walk more than 10 minutes at a time due to pain (Exhibit 4E).

A nerve conduction study in May 2020 revealed moderate sensorimotor polyneuropathy and no evidence of bilateral lumbar radiculopathy. Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 and sensory examination remarkable for a stocking and glove pattern of distal sensation loss in both lower extremities. Medical and treatment records find diagnoses for diabetic peripheral neuropathy and chronic back and shoulder pain. In October 2021, the claimant underwent multiple radiographs. X-ray of his lumbar spine demonstrated mild spondylosis. Right ankle x-ray showed heel spur. X-rays of right shoulder and left hip were both within normal limits (Exhibit 5F). The claimant had guarded range of motion of his right shoulder at the March 2021 consultative examination. Sleep study in February 2018 confirmed obstructive sleep apnea diagnosis. November 2020 laboratory results found A1c level to be 9.0, which supports his diabetes diagnosis with peripheral neuropathy. More recent laboratory results in March 2021 indicate his A1c has decreased to 7.8. September 2021 office visit found the claimant with right shoulder complaints. Examination demonstrated positive signs during empty can test, positive findings during an Apley scratch test, and difficulty with abducting his right arm greater than $90^0$. He received a right shoulder Kenalog injection (Exhibits 1F, 2F, 3F, 4F, and 5F).

See Next Page

After considering the evidence of record, the undersigned finds that the claimant's medically determinable impairments could reasonably be expected to produce the alleged symptoms, and that the claimant's statements concerning the intensity, persistence and limiting effects of these symptoms are generally credible. Furthermore, the claimant's testimony (narrative) concerning his impairments and their impact on his ability to work were persuasive in light of his own description of his activities and lifestyle, the degree of medical treatment required, the reports of treating and examining practitioners, and the findings made on examination.

Consistent with the claimant's allegations, the undersigned notes that his earnings record is consistent with a long and steady work history, which signifies a strong employment motivation and in turn bolsters his contentions that he is currently unable to continue in his work endeavors as a result of his numerous medically determinable impairments. Specifically, for the last 15 years, the claimant earned at substantial gainful activity levels each year (Exhibit 9D).

Turning to the opinion evidence, Christopher Barber, D.O. completed a medical source statement – physical in July 2022 assessing polyneuropathy, low back pain, and thoracic back pain. Due to these conditions, he can sit, stand, and/or walk for about 30 minutes for each activity in an 8-hour workday. At one-time without interruption, the claimant can sit for 30 minutes, stand for less than 1 hour, and walk for 1 hour. Dr. Barber opined the claimant has to lie down to get relief and no work adjustments would help. The claimant can occasionally perform gross and/or fine manipulation with the right or left upper extremity and can occasionally raise left or right upper extremity over shoulder level. Due to neuropathy, he cannot operate foot controls with either of the lower extremities. The claimant can lift and/or carry up to 10 pounds occasionally. He can occasionally bend and squat but never crawl or climb. The claimant should have no restrictions of activities involving unprotected heights, being around moving machinery, and exposure to marked changes in temperature or humidity and mild restrictions of activities involving driving automotive equipment and exposure to dust, fumes, and gases. Dr. Barber also cited that his medication, specifically, Lyrica causes sedation; however, the medication is necessary for his neuropathy. He also stated that the claimant would miss 20 days in an average 20 business day month due to his medical diagnosis, symptoms, and limitations and would need extra breaks during the work, totaling 6 breaks or more a day (Exhibit 11F). The findings of sedentary exertion are consistent with the exertional limitations set forth by Dr. Barber, thus are persuasive.

Jeffrey Uzzle, M.D. performed a consultative examination in March 2021 opining the claimant can perform a reduced range of medium exertion with noted balance issues due to neuropathy (Exhibit 2F). The undersigned does not find this opinion persuasive as they are not consistent with the overall objective medical evidence.

State agency medical consultants reviewed this claim at the initial and reconsideration levels opining the claimant could perform a range of medium exertion (Exhibits 1A and 3A). The undersigned finds these opinions not persuasive as subsequent evidence, including the treating source statement from Dr. Barber and his office visit notes (Exhibits 8F, 9F, 10F and 11F), warrant a range of sedentary exertion.

See Next Page

In sum, the above residual functional capacity assessment is supported by the medical records as a whole in this case, by the opinions of treating sources, and by the support in those records for the claimant's allegations.

**6. The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The claimant has past relevant work as a *chemical reactor operator, III*, (D.O.T. # 559.382-018, medium exertion, skilled work, SVP 7), a *team manager*, (D.OT. # 183.117-014, light exertion, skilled work, SVP 8), *maintenance and planning*, (D.O.T. # 638.281-014, heavy exertion, skilled work, SVP 7), and *maintenance supervisor*, (D.O.T. # 891.137-010, light exertion; however, performed as medium exertion, skilled work with SVP 7) . The demands of the claimant's past relevant work exceed the residual functional capacity.

**7. Applying the age categories non-mechanically, and considering the additional vocational adversities in this case, the claimant was a younger individual age 45-49 on the established disability onset date (20 CFR 404.1563).**

A borderline age situation exists because the claimant is within a few days to a few months of attaining the next higher age category and applying the chronological age would result in a denial of the Title II claim(s). Use of the next higher age category is supported by the significant adverse impact of all factors on the claimant's ability to adjust to other work.

Born July 8, 1970, the claimant was 49 years and 10 months old on May 8, 2020, the alleged date of onset. The undersigned notes that the claimant's age at onset is within a few months of an age category which is dispositive for the purpose of finding that he is "disabled" under the medical-vocational rules (See 20 CFR §§ 404.1563(a)). Because the claimant's age change took place within a few months after the alleged onset date there is sufficient justification to apply the provisions of closely approaching advanced age rather than younger individual. Therefore, for the purpose of this decision, he is considered to be of closely approaching advanced age.

**8. The claimant has at least a high school education (20 CFR 404.1564).**

**9. The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).**

**10. Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).**

If the claimant had the residual functional capacity to perform the full range of sedentary work, considering the claimant's age, education, and work experience, a finding of "not disabled" would be directed by Medical-Vocational Rule 201.21. To determine the extent to which the claimant's additional limitations erode the unskilled sedentary occupational base, the Administrative Law Judge asked the vocational expert whether jobs exist in the national economy for an individual with the claimant's age, education, work experience, and residual

See Next Page

functional capacity. The vocational expert testified that given all of these factors there are no jobs in the national economy that the individual could perform.

Based on the testimony of the vocational expert, the undersigned concludes that, considering the claimant's age, education, work experience, and residual functional capacity, a finding of "disabled" is appropriate under the framework of the above-cited rule.

**11. The claimant has been under a disability as defined in the Social Security Act since May 8, 2020, the alleged onset date of disability (20 CFR 404.1520(g)).**

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on December 4, 2020, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since May 8, 2020.

/s/ *Donna Lefebvre*
Donna Lefebvre
Administrative Law Judge

August 18, 2022
Date

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

**NOTICE OF REPRESENTATIVE SUPPLIED QUESTIONNAIRE/FORM TO TREATING SOURCE**

**Claimant: Michael Gilmore**

**SSN:**

Please be advised that the questionnaire and/or form attached hereto was provided to the treating source and/or claimant by me and/or my staff in a fully uncompleted and blank state. Neither I, nor my staff, provided the treating source and/or claimant with any directions, guidance or instructions on how to complete the questionnaire and/or form. Neither I, nor my staff, provided the treating source and/or claimant with any answers for the questionnaire and/or form.

This notice is provided pursuant to the requirements of 20 CFR § 404.1740(b)(5). During the comment period prior to this revised regulation becoming effective, the Social Security Administration commented, "For clarity, we consider providing guidance or providing a questionnaire, template or format to fall within the parameters of this rule when the guidance, questionnaire, template or format is used to draft a medical or vocational opinion submitted to us." See 83 FR 30849, 30851.

Respectfully submitted,

Sean Sullivan

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: July 11, 2022 **RP ID:** 9430102

Client Name: Brown & Brown Absence Services Grp

Req. By: Mara Holbrook
mholbrook@bbabsence.com

**Patient Information**

Name: Gilmore, Michael F

D.O.B.: Policy/Cert: a124P00000Ua3iZQAR

Special Requirements:
QUESTIONNAIRE ONLY seen by Dr Christopher Barber

**Provider Information**

Provider: BARBER, DR CHRISTOPHER
720 Foothills Mall Dr
ATTN: MEDICAL RECORDS
Maryville, TN 37801

Phone: (865) 342-8100 Fax: (865) 342-8110

**Electronic Order Data (If Applicable)**

| | |
|---|---|
| Patient Name: | Gilmore, Michael F |
| Patient DOB: | |
| Patient SSN: | |
| Policy Number: | a124P00000Ua3iZQAR |
| ID2: | |
| ID3: | a0R4P00000MwFN9UAN |
| Provider Data: | Dr Christopher Blount<br>720 Foothills Mall Dr<br><br>Maryville, TN 37801<br>Michael |

# MEDICAL SOURCE STATEMENT

**Patient:** Michael Gilmore **DOB:** ______

7-9-70

**Medical Provider:** Chris Barber

Please complete this Medical Source Statement based upon your clinical evaluation of the patient, test results and medical treatment the patient received. If there is any item that you do not believe you can answer, please write N/A (Not Assessed) and use additional space for written comments if needed.

**What medical diagnosis are you treating this patient for?**

Polyneuropathy, low back & thoracic back pain

G62.9 M54.5 M54.6

**At One Time Without Interruption, this patient can** (circle full capacity for each activity):

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. | Sit | (# hrs) | 30 min (<1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| B. | Stand | (# hrs) | (<1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| C. | Walk | (# hrs) | (1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

**Total in an 8-hour workday, this patient can** (circle full capacity for each activity):

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. | Sit | (# hrs) | 30 min (<1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| B. | Stand | (# hrs) | 30 min (<1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| C. | Walk | (# hrs) | 30 min (<1) | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

If the patient requires alternating positions, please indicate frequency of alternation.
He has to lie down to get relief. No work adjustments would help

For the following, please note: In an 8-hour workday "occasionally" = 0% to 33% of the time, "frequently" = 34% to 66% of the time and "continuously" = 67% to 100% of the time.

**Patient can use their hands and upper extremities as follows** (circle full capacity for each activity)

| | | | | |
|---|---|---|---|---|
| Fine manipulation right hand: | Never | (Occasionally) | Frequently | Continuously |
| Fine manipulation left hand: | Never | (Occasionally) | Frequently | Continuously |
| Gross manipulation right hand: | Never | (Occasionally) | Frequently | Continuously |

RPID: 9430102

Lincoln/Gilmore 0561

Gross manipulation left hand: Never (Occasionally) Frequently Continuously

Raise left arm over shoulder level: Never (Occasionally) Frequently Continuously

Raise right arm over shoulder level: Never (Occasionally) Frequently Continuously

Patient can use their feet for repetitive movements, such as operating foot controls:

| Right | Left | Both |
|---|---|---|
| ___ Yes ___ (No) | ___ Yes ___ (No) | ___ Yes ___ (No) |
| | Neuropathy | limits |

| **Patient can lift:** | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|
| A. 0-5 lbs | ___ | ✓ | ___ | ___ |
| B. 5-10 lbs | ___ | ✓ | ___ | ___ |
| C. 11-20 lbs | ✓ | ___ | ___ | ___ |
| D. 21-50 lbs | ✓ | ___ | ___ | ___ |
| E. 50-100 lbs | ✓ | ___ | ___ | ___ |

| **Patient can carry:** | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|
| A. 0-5 lbs | ___ | ✓ | ___ | ___ |
| B. 5-10 lbs | ___ | ✓ | ___ | ___ |
| C. 11-20 lbs | ✓ | ___ | ___ | ___ |
| D. 21-50 lbs | ✓ | ___ | ___ | ___ |
| E. 50-100 lbs | ✓ | ___ | ___ | ___ |

| **Patient is able to:** | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|
| A. Bend | ___ | ✓ | ___ | ___ |
| B. Squat | ___ | ✓ | ___ | ___ |
| C. Crawl | ✓ | ___ | ___ | ___ |
| D. Climb | ✓ | ___ | ___ | ___ |

Restrictions of activities involving:

| | None | Mild | Moderate | Total |
|---|---|---|---|---|
| A. Unprotected heights | ✓ | | | |
| B. Being around moving machinery | ✓ | | | |
| C. Exposure to marked changes in temperature or humidity | ✓ | | | |
| D. Driving automotive equipment | | ✓ | | |
| E. Exposure to dust, fumes, & gases | | ✓ | | |

What objective evidence (imaging, lab results, examination findings, etc.) is your opinion based upon?

Nerve conduction study = moderate polyneuropathy 6-3-20

Does this patient have other functional limitations, such as the impact of mediation(s), cognitive and/or psychiatric diagnosis?

Lyrica causes sedation but is necessary for neuropathy

How many days of work would you expect this patient to miss in a 20-business day month due to their medical diagnosis, symptoms and limitations? 20 days

Would this patient need extra breaks during the workday? If yes, please note how many breaks the patient would need and how long the breaks would last.

Yes 6 breaks or more a day

[signature]
Signature

7-11-22
Date

Chris Barber
Printed Name

3

RPID: 9430102

Lincoln/Gilmore 0563

# Quality Assurance Report

## Request Information

Report Date: July 11, 2022

RP ID: 9430102

Patient Name: Gilmore, Michael F

Provider Name: BARBER, DR CHRISTOPHER

## Quality Assurance Information

Scope Requested: **All Available Information**

Special Request:
QUESTIONNAIRE ONLY seen by Dr Christopher Barber

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: KALLA

Form Approved
OMB No. 0960-0623

| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
|---|---|
| SSN | Birthday |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchanges):
**OF WHAT All my medical records; also education records and other information related to my ability to perform tasks.**
**This includes specific permission to release:**

**1.All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to :**
- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
- Drug abuse, alcoholism, or other substance abuse
- Sickle cell anemia
- Records which may indicate the presence of a communicable or noncommunicable disease; and tests for records of HIV/AIDS
- Gene-related impairments (including genetic test results)

**2.Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**

**3.Copies of educational tests or evaluations, including Individualized Education Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations;**

**4. Information created within 12 months after the date this authorization is signed, as well as past information.**

## FROM WHOM

- All Medical Sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities.
- All educational sources (Schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed.

## TO WHOM

**The Social Security Administration and the State agency authorized to process my case (usually called " disability determination service"), including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

## PURPOSE

Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

## EXPIRES WHEN

This authorization is good for 12 months from the date signed (below my signature).

- I authorized the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

**INDIVIDUAL** authorizing disclosure

**SIGN ▶** M.Gilmore

**IF not signed by subject of disclosure, specify bas is for authority to sign**
☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)**

(Parent/guardian/personal representative sign here if two signatures required by State law) ▶

| Date Signed Nov 25, 2020 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| **SIGN ▶** | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPPA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted

**Lincoln/Gilmore 0565**

20201128 00718702 003 10
Form SSA-1696 (02-2020) UF
Discontinue Prior Editions
Social Security Administration

**EXHIBIT NO. 1B**
**PAGE: 1 OF 4**
Page 3 of 6
OMB No. 0960-0527

Claimant's Social Security Number | Appointed Representative's Rep ID

# Claimant's Appointment of a Representative

## Section 1 - Claimant's Information

**Social Security Number**

| **First Name** | **Initial** | **Last Name** |
|---|---|---|
| Michael | F | Gilmore |

**Mailing Address**

| **City** | **State** | **ZIP/Postal Code** | **Country - If outside the U.S.** |
|---|---|---|---|
| | | | |

**Phone Number**

Country/Area Code | Phone Number

**Alternate Phone Number (Optional)**

Country/Area Code | Phone Number

## Number Holder's Information *(Complete when applicable)*

My claim is based on another person's work or earnings (e.g., spouse or parent). This person's information is different from mine.

**Number Holder's Social Security Number**

| **First Name** | **Initial** | **Last Name** |
|---|---|---|
| | | |

## Section 2 - Disclosure *(Claimant Only)*

[X] By selecting this box, I, the claimant listed in Section 1, whose signature appears in Section 8, authorize SSA to release information in relation to my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g., clerks, assistants), partners, or parties under contractual arrangements for or with my representative. *(The appointed representative's partners, associates, delegates and designees must be prepared to provide information in order to be authenticated.)*

## Section 3 - Principal Representative *(Claimant only – Complete when applicable)*

I have appointed before, or appoint now, more than one representative. I ask SSA to make contacts or send notices to this individual. My principal representative is:

**Name**

**Lincoln/Gilmore 0566**

Claimant's Social Security Number

Appointed Representative's Rep ID

## Section 4 - Representative's Information *(Claimant and Representative)*

Representatives who are eligible and seek direct payment of their fee must register and receive a Rep ID before the appointment. For more information about registration visit us on-line at www.socialsecurity.gov/ar, contact us at 1-800-772-1213 (TTY 1-800-325-0778), or visit your local Social Security office.

**Representative's Rep ID**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| P | J | 8 | 6 | D | H | 7 | J | K | 9 |

| First Name | Initial | Last Name |
|---|---|---|
| Sean | | Sullivan |

**Mailing Address**

101 Edgewater Drive Suite 260

| City | State | ZIP/Postal Code | Country - if outside the U.S. |
|---|---|---|---|
| Wakefield | MA | 01880 | |

**Phone Number**

(781) 246-8975
Country/Area Code / Phone Number

**Alternate Phone Number (Optional)**

Country/Area Code / Phone Number

## Section 5 - Representative's Status, Affiliations, and Certifications *(Representative Only)*

**Representative's Status Part A - Type of Representative** (Representatives have a duty to keep their information current)

☐ I am an attorney *(SSA regulation states that an attorney is someone in good standing who has the right to practice law before a court of a State, Territory, District, or island possession of the United States, or before the Supreme Court or a lower Federal court of the United States.)*

☒ I am a non-attorney eligible for direct payment *(SSA law requires that non-attorneys meet certain criteria to qualify for direct payment. Refer to our website at www.ssa.gov/representation for criteria).*

☐ I am a non-attorney not eligible for direct payment.

**Representative's Status Part B - Disqualification**

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice law.

☐ Yes ☒ No

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency.

☐ Yes ☒ No

| Claimant's Social Security Number | Appointed Representative's Rep ID |
|---|---|
| | |

## Section 5 - Continued *(Representative Only)*

**Affiliation Information**

If you are representing the claimant(s) as a partner or employee of a business entity, firm or other organization you may provide your Employer Identification Number (EIN) here, if one exists for tax purposes. This number is not your Social Security Number (SSN). This is your employer's tax identification number. (*Do not complete this section if you do not qualify for direct payment.*)

EIN 27-3309590

**Organization's Name** (Enter the full name of the business, entity, firm or organization with which you want to be affiliated while representing this claim)

The Advocator Group

**Representative's Business Address** (if different than mailing address)

| City | State | ZIP/Postal Code |
|---|---|---|
| | | |

**Country - if outside the U.S.**

**Representative's Certification**

I accept this appointment and certify the following:

- I understand and agree that I will comply with SSA's laws and rules on the representation of parties, including the Rules of Conduct and Standards of Responsibility for Representatives; I will not charge, collect, or retain a fee for representational services that SSA has not approved or that is more than SSA approved unless a regulatory exclusion applies.
- I understand that if I fail to comply with any of SSA's laws and rules I may be suspended or disqualified as a representative before SSA.
- I will not disclose any information to any unauthorized party without the claimant's specific written consent.
- I am not currently suspended or prohibited, for any reason, from practicing before the Social Security Administration.
- I am not disqualified from representing the claimant as a current or former officer or employee of the United States.
- I accept appointment as the representative for the claimant named in Section 2 of this form in connection with the claims and asserted rights described in Section 6 of this form.
- I agree that a copy of this signed form SSA-1696 will have the same force and effect as the original.
- I declare under penalty of perjury that I have examined all of the information on this form and on all accompanying statements or forms, including any information, attestations and certifications provided to SSA in registration, and that they are all currently true and correct to the best of my knowledge.

*If I intend to seek direct payment of the authorized fee on this claim -*

- I have registered for and obtained a Rep ID, and my registration information is up-to-date.
- I have provided up-to-date information on my registration concerning whether I have been suspended or prohibited from practice before SSA or any other Federal program or agency, disbarred or suspended by a court or bar, and convicted of a violation under Section 206 or 1631(d) of the Social Security Act.

**I CERTIFY TO ALL OF THE ABOVE** SPS *(Representative's Initials)*

**Lincoln/Gilmore 0568**

Claimant's Social Security Number | Appointed Representative's Rep ID

## Section 6 - Claim Type *(Claimant or Representative)*

I appoint the individual named in Section 4 to act as my representative in connection with my claim(s) or asserted right(s) under Title II (RSDI), Title XVI (SSI), Title XVIII (Medicare Coverage), and Title VIII (SVB) of the Social Security Act, as presently amended, specifically for the issues identified below: (*Check all that apply*)

- [X] Claim/Appeal for Title II Disability Benefits
- [X] Claim/Appeal for Title XVI Disability Benefits
- [X] Concurrent Title II and Title XVI Disability Benefits
- [ ] Claim/Appeal for Retirement Benefits
- [ ] Claim/Appeal for Title XVIII (Medicare), VIII (Special Veteran's Benefits)
- [X] Continuing Disability Review (CDR)
- [ ] Post-Entitlement Issue (a new issue you raise after eligibility for other benefits)

(E.g., benefit amount, month of entitlement, representative payee, suspension, termination, overpayment)

## Section 7 - Fee Arrangement *(Representative Only)*

Check one box below:

- [ ] **I will request a fee and direct payment of this fee.** Select this box if you are eligible for direct payment and want us to withhold a portion of the past-due benefits to pay you the fee we may authorize. *(We must authorize the fee.)*
- [ ] **I will request a fee but not direct payment.** Select this box if you are not eligible for direct payment from the past-due benefits, or if you do not want direct payment. You must collect any fee we may authorize on your own. *(We must authorize the fee.)*
- [X] **I waive the right to receive a fee from the claimant, any auxiliary beneficiaries or any other individual.** Select this box if you certify that an entity, or a Federal, state, county, or city government agency will pay the fee and any expenses from its funds. The claimant, auxiliary beneficiaries, or other individuals must not be liable for the fee, directly or indirectly, in whole or in part, or any expenses. *(We do not need to authorize the fee if all regulatory conditions apply.)*
- [ ] **I waive the right to a fee.**

## Section 8 - Signatures *(Claimant and Representative)*

| | |
|---|---|
| **Representative's Signature** Sean Sullivan | **Date** November 19, 2020 |
| **Claimant's Signature** M. Gilmore | **Date** Nov 25, 2020 |

**Lincoln/Gilmore 0569**

# DISABILITY REPORT - FIELD OFFICE - Form SSA-3367

## (3367) ID/Prior Filings

### Identifying Information

1. Name of person(s) on whose Social Security record(s) this claim is being filed:

**Michael Gilmore**

His or Her Social Security Number(s):

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Male**

Date of Birth:

2. Claimant's Alleged Onset Date: **05/08/2020**

| | |
|---|---|
| 3. Potential Onset Date: | **05/08/2020, DIB** |
| 4. Reason for Potential Onset Date: | |
| SSI Application Date: | **No** |
| Date Last Insured: | **No** |
| Date First Insured: | **No** |
| Controlling Date: | **No** |
| AOD: | **Yes** |
| Work Before/After AOD: | **No** |
| UWA: | **No** |
| SGA: | **No** |
| Not SGA: | **No** |
| 823 In File: | **No** |
| Other (Explain Below): | **No** |
| 5. Explanation for Potential Onset Date, when applicable: | **POD = AOD.** |

#### Miscellaneous Information

6. Protective Filing Date:

Non-Blind Date Last Insured (DIB/Freeze case): **12/31/2024**

Blind Date Last Insured (DIB/Freeze case):

Closed Period Case: **No**

#### Prior Filing Information

7. Prior Filing(s): **No**

If "Yes" and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no initial level SSI claim on this

case.



**(3367) Observations**

9. Observations/Perceptions:

How was the Interview Conducted? **No contact with claimant**
(Select all that apply)

Observations: Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.

**(3367) Development**

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **B. Tubb**
Phone Number: **866-331-9091**
Name of Person Completing Form: **B. Tubb**
Date: **12/10/2020**

# DISABILITY REPORT - ADULT - Form SSA-3368

## (3368) Section 1 - Information About the Disabled Person

**1.A.** Name (First, Middle Initial, Last) **Michael Gilmore**

**1.B.** Social Security Number

**1.C.** Mailing Address (Street or PO Box)
Include apartment number if applicable,
City, State/Province, Zip/Postal Code,
Country (if not USA)

**1.D.** Email Address

**1.E.** Daytime Phone Number, including area code, and the IDD and country codes if you live outside the USA or Canada.

Phone number

Check this box if you do not have a phone or number where we can leave a message

**1.F.** Alternate Phone Number - another number where we may reach you, if any

Alternate phone number

**1.G.** Can you speak and understand English? **Yes**

If no, what language do you prefer?

NOTE: If you cannot speak and understand English, we will provide an interpreter, free of charge.

**1.H.** Can you read and understand English? **Yes**

**1.I.** Can you write more than your name in English? **Yes**

**1.J.** Have you used any other names on your medical or educational records? **No**
Examples are maiden name, other married name or nickname.

If yes, please list them here:

## (3368) Section 2 - Contacts

Give the name of someone **(other than your doctors)** we can contact who knows about your medical conditions, and can help you with your claim.

| | |
|---|---|
| **2.A.** Name (First, Middle Initial, Last) | **Lori Gilmore** |
| **2.B.** Relationship to you: | **Family Member** |
| **2.C.** Daytime Phone Number (as described in 1.E. above) | |
| **2.D.** Mailing Address (Street or PO Box)<br>Include apartment number or unit if applicable,<br>City, State/Province, Zip/Postal Code,<br>Country (if not USA) | |

**2.E.** Can this person speak and understand English? **Yes**

If no, what language is preferred?

**2.F.** Who is completing this report? **Someone else (Please complete the rest of Section 2 below)**

**EXHIBIT NO. 2E**
**PAGE: 2 OF 7**

| | |
|---|---|
| **2.G.** Name (First, Middle Initial, Last) | **Sean Sullivan, The Advocator Group** |
| **2.H.** Relationship to Person Applying: | **Non-Attorney Representative** |
| **2.I.** Daytime Phone Number | **877-261-1947** |
| **2.J.** Mailing Address (Street or PO Box) Include apartment number or unit if applicable, City, State/Province, Zip/Postal Code, Country (if not USA) | **101 Edgewater Dr**<br>**Suite 260**<br>**Wakefield, MA 01880** |
| | |

---

## (3368) Section 3 - Medical Conditions

---

**3.A.** List all of the physical or mental conditions (including emotional or learning problems) that limit your ability to work. If you have cancer, please include the stage and type. List each condition separately.

| |
|---|
| **1. Diabetic Neuropathy in feet and Legs** |
| **2. Depression** |
| **3. High Cholesterol** |
| **4. Diabetes** |
| **5. Erectile Disfunction** |

**3.B.** What is your height without shoes? **6' 4"**

**3.C.** What is your weight without shoes? **255 lbs.**

**3.D.** Do your conditions cause you pain or other symptoms? **Yes**

---

## (3368) Section 4 - Work Activity

---

**4.A.** Are you currently working?

**No, I have stopped working** (Go to question **4.C.** below)

**IF YOU HAVE NEVER WORKED:**

**4.B.** When do you believe your condition(s) became severe enough to keep you from working (even though you have never worked)? (month/day/year)

**IF YOU HAVE STOPPED WORKING:**

**4.C.** When did you stop working? (month/day/year)

**05/08/2020**

Why did you stop working?

**Because of my condition(s).**

**4.D.** Did your condition(s) cause you to make changes in your work activity? (for example: job duties, hours or rate of pay)

**No** (Go to Section 5 - Education and Training)

**4.E.** Since the date in 4.D. above, have you had gross earnings greater than $1260 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

**No** (Go to Section 5)

**Lincoln/Gilmore 0573**

**IF YOU ARE CURRENTLY WORKING:**

**4.F.** Has your condition(s) caused you to make changes in your work activity? (for example: job duties or hours)

**4.G.** Since your condition(s) first bothered you, have you had gross earnings greater than $1260 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

---

**(3368) Section 5 - Education and Training Information**

---

**5.A.** Check the highest grade of school completed. **12th Grade**

(Select 12, if you have education equivalent to high school from another country)

Date Completed: **05/1988**

| | |
|---|---|
| Name of School: | **Tar Hill High School** |
| City, State, Country (if not USA) | **Tar Hill, NC** |

**5.B.** Did you receive special education, such as through an Individualized Education Plan (IEP) or equivalent education? **No** (Go to 5.C.)

**5.C.** Have you completed any type of specialized job training, trade or vocational school?

**No**

**5.D.** What written language do you use every day in most situations (at home, work, school, in community, etc.)?

**5.E.** In the language you identified in 5.D., can you read a simple message, such as a shopping list or short and simple notes? **Yes**

**5.F.** In the language you identified in 5.D., can you write a simple message, such as a shopping list or short and simple notes? **Yes**

---

**(3368) Section 6 - Job History**

---

**6.A.** List the jobs (up to 5) that you had in the 15 years before you became unable to work because of your physical or mental conditions. List your most recent job first.

**Check here and go to Section 7 on page 5 if you did not work at all in the 15 years before you became unable to work.**

| Job Title | Type of Business | Dates Worked | | Hours Per Day | Days Per Week | Rate Of Pay | |
|---|---|---|---|---|---|---|---|
| | | From mm/yy | To mm/yy | | | Amount | Frequency |
| **Maintenance Job Planner** | **Chemical Plant** | **DECEMBER 2007** | **MAY 2020** | **8** | **5** | **$89,000.00** | **Year** |
| **Maintenance Supervisor** | **Chemical Plant** | **JULY 2010** | **FEBRUARY 2017** | **10** | **5** | **$87,000.00** | **Year** |
| **Production Team Manager** | **Chemical Plant** | **JANUARY 2002** | **DECEMBER 2007** | **10** | **4** | **$75,000.00** | **Year** |

**Check the box below that applies to you.**

**I had more than one job in the last 15 years before I became unable to work. Do not answer the questions on this page; go to Section 7 on page 5. (We may contact you for more information.)**

---

**Do not** complete this page if you had **more than one job** in the last 15 years before you became unable to work.

**6.B.** Describe this job. What did you do all day?

**6.C.** In this job, did you:
Use machines, tools or equipment?
Use technical knowledge or skills?
Do any writing, complete reports, or perform any duties like this?

**6.D.** In this job, how many total hours each day did you do each of the tasks listed:

| Task | Hours | Task | Hours | Task | Hours |
|---|---|---|---|---|---|
| Walk | | Stoop (Bend down & forward at the waist) | | Handle large objects | |
| Stand | | Kneel (Bend legs to rest on knees) | | Write, type or handle small objects | |
| Sit | | Crouch (Bend legs & back down & forward) | | Reach | |
| Climb | | Crawl (Move on hands & knees) | | | |

**6.E.** Lifting and carrying (Explain in the box below, what you lifted, how far you carried it, and how often you did this in your job):

**6.F.** Check **heaviest** weight lifted:

**6.G.** Check weight **frequently** lifted (by frequently, we mean from 1/3 to 2/3 of the workday.):

**6.H.** Did you supervise other people in this job?
How many people did you supervise?
What part of your time did you spend supervising people?
Did you hire and fire employees?

**6.I.** Were you a lead worker?

---

**(3368) Section 7 - Medicines**

---

**7.** Are you taking any medicines (prescription or non-prescription)?
**Yes** (Give the information requested below. You may need to look at your medicine containers.)

| Name of Medicine | If prescribed, give name of doctor | Reason for medicine |
|---|---|---|
| Jardiance | Christopher Barber DR, Blount Memorial Family Care | Diabetes |
| Metformin | Christopher Barber DR, Blount Memorial Family Care | Diabetes |
| Pregabalin | Christopher Barber DR, Blount Memorial Family Care | Nerve Pain |

| | | |
|---|---|---|
| **Rosuvastatin** | **Christopher Barber DR, Blount Memorial Family Care** | **Cholesterol** |
| **Sertraline** | **Christopher Barber DR, Blount Memorial Family Care** | **Depression** |
| **Sildeafil** | **Christopher Barber DR, Blount Memorial Family Care** | **Erectile Disfunction** |
| **Tresiba** | **Christopher Barber DR, Blount Memorial Family Care** | **Diabetes** |
| **Vitamin D2** | **Christopher Barber DR, Blount Memorial Family Care** | **Supplement** |



**(3368) Section 8 - Medical Treatment**

Have you seen a doctor or other health care professional or received treatment at a hospital or clinic, or **do you have a future appointment scheduled:**

**8.A.** For any **physical** condition(s)?
**Yes**

**8.B.** For any **mental** condition(s) (**including emotional or learning problems**)?
**Yes**

**If you answered "No" to both 8.A. and 8.B., go to Section 9 - Other Medical Information on page 11.**

Tell us who may have medical records about any of your physical and/or mental condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals (including emergency room visits), clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8.C.** Name of Facility or Office | | **Blount Memorial Family Care** | | | | | |
| Name of health care professional who treated you | | **Christopher Barber DR** | | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | | | |
| Phone Number | | **865-342-8100** | | Patient ID# (if known) | | | |
| Mailing Address | | **720 Foothills Mall Dr<br>Maryville, TN 37801** | | | | | |
| **Dates of Treatment** | | | | | | | |
| **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits**<br>List the most recent date first | | **3. Overnight hospital stays**<br>List the most recent date first | | | |
| First Visit | **2016** | A. | | A. Date in | | Date out | |
| Last Visit | **11/15/2020** | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | **12/23/2020** | C. | | C. Date in | | Date out | |
| **What medical conditions were treated or evaluated?**<br>**Dr. Christopher Barber is the Primary Care doctor claimant sees for his condition.** | | | | | | | |
| **What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)<br>**Treating, testing, examining, monitoring, following up, routine visits, medications.** | | | | | | | |
| Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give | | | | | | | |

**Lincoln/Gilmore 0576**

the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**



| **Kind of Test** | Dates of Tests |
|---|---|
| **Blood test (Not HIV)** | **11/2020** |
| **EMG (Lower Extremities)** | **07/2020** |

**(3368) Section 9 - Other Medical Information**

**9.** Does anyone else have medical information about any of your physical and/or mental condition(s) (including emotional and learning problems), or are you scheduled to see anyone else? (This may include places such as workers' compensation, vocational rehabilitation, insurance companies who have paid you disability benefits, prisons, attorneys, social service agencies and welfare.)

**No** (If you are receiving Supplemental Security Income (SSI) and have been asked to complete this report, go to Section 10 - Vocational Rehabilitation; if not, go to Section 11.)

**COMPLETE THIS SECTION ONLY IF YOU ARE ALREADY RECEIVING SSI.**

**(3368) Section 10 - Vocational Rehabilitation, Employment, or Other Support Services**

**10.A.** Have you participated, or are you participating in:

- An individual work plan with an employment network under the Ticket to Work Program;
- An individualized plan for employment with a vocational rehabilitation agency or any other organization;
- A Plan to Achieve Self-Support (PASS);
- An individualized education program (IEP) through a school (if a student age 18 - 21); or
- Any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

**(3368) Section 11 - Remarks**

Please write any additional information you did not give in earlier parts of this report. If you did not have enough space in the sections of this report to write the requested information, please use this space to tell us the additional information requested in those sections. Be sure to show the section to which you are referring.

| | |
|---|---|
| **Date Report Completed** | ▶ ______/______/____________ (Month) (Day) (Year) |

**Form SSA-3368 EDCS** **Thursday, December 10, 2020 12:52:11**

| **DIB Review Sheet** | Page 1 |
| --- | --- |
| SSN: | Query Date: 1/15/2021 |
| | Unit: EZTOOL |

**Name:** MICHAEL FRANCIS GILMORE

**Other Last Names (from NUMI):**

**Date of Birth (from NUMI):** **Date of Death (from NUMI):**

**Attainment of Critical Ages (GN 00302.400A for attainment; RS 00615.003A for Full Retirement Age(FRA)):**

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Age 18: | 7/7/1988 | Age 31: | 7/7/2001 | Age 55: | 7/7/2025 | Age 62: | 7/7/2032 |
| Age 22: | 7/7/1992 | Age 50: | 7/7/2020 | Age 60: | 7/7/2030 | FRA: | 7/7/2037 |

**This report does not contain data from the following queries: DCF, Internet DIB, NDNH(NDNW & NDWG), MCS DW01, MDW, MSSICS DW01, PUPS, MCS WMS, MCS Work/DLI, ELAS**

## RECENT WORK

**SEQY and DEQY Data**

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Year: | 2020 | Covered Earnings: | $0.00 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $0.00 |
| Year: | 2019 | Covered Earnings: | $96,459.42 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $7,206.85 |
| Year: | 2018 | Covered Earnings: | $95,254.95 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $1,998.49 |
| Year: | 2017 | Covered Earnings: | $117,499.68 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $0.00 |
| Year: | 2016 | Covered Earnings: | $116,784.45 | MQGE Earnings: | $0.00 | Non-Covered Earnings: | $3,699.05 |

Note - to view the complete SEQY and last 15 years of the DEQY, please go to the Queries menu and select queries "SEQY" and "DEQY".

## PRIOR DISABILITY CLAIM DENIALS

## DDSQ and OHAQ DATA

**DDSQ Data**

Claim Level/Type: IN-DIB initial claim-disability insurance benefits Program: 02 STATUS: ACTIVE

Application Date: 12/04/20 Recon Date:

Basis Code for Decision:

Decision Code:

Date Claim Cleared DDS: State: TN X-Ref:

---

## CURRENT OR PRIOR DISABILITY ENTITLEMENT AND MEDICAL ALLOWANCES

## FOLDER LOCATIONS

**DDSQ Data**

Claim Level/Type: IN-DIB Program: 02 SLC Code:

LTJ Code: EDC (EDC indicates an EDCS claim) LTG Code:

Date Received in DDS (SRD): 12/10/20 Date Case Cleared DDS (SCD): Destination of Case at Closure:

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Jan 15, 2021
Case ID: 749928

MICHAEL GILMORE

We are the office that makes disability decisions for the Social Security Administration. We are writing to tell you that we are reviewing your disability claim.

**How We Decide Eligibility For Disability Benefits**

To be eligible for disability benefits, you must have a medical condition(s) that:

- Keeps you from doing any type of work, and
- Has lasted or is expected to last for at least 12 months in a row, or is expected to result in death

**What We Will Do**

We will review the medical and other information we have. If we need more information to decide whether you are disabled, we may arrange an exam or test which we will pay for. We may also reimburse some travel expenses to the exam or test site based on a set rate.

**What You Need To Do**

Please respond quickly to any letters or forms that you receive from us. Let us know right away if any of the following occur while we process this claim:

- New doctor or hospital visit,
- Additional tests, therapy, or surgery,
- Changes in dosage, addition, or discontinuation of medication(s),
- Begin or return to work,
- New conditions develop,
- Additional current or past medical, educational, or mental health sources not listed on the application.

You must report to SSA right away any changes to your address, telephone number(s) or any other personal information.

**Suspect Social Security Fraud?**

Please visit **https://oig.ssa.gov/report** or call the Inspector General's Fraud Hotline at 800-269-0271 (TTY 866-501-2101).

**If You Have Questions**

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

cc: ADVOCATOR GROUP LLC

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Jan 15, 2021
Case ID: 749928
RE: Michael Gilmore

ADVOCATOR GROUP LLC
SEAN P SULLIVAN
101 EDGEWATER DRIVE
STE 260
WAKEFIELD MA 01880

We are the office that makes disability decisions for the Social Security Administration. Michael Gilmore has applied for Social Security disability benefits. Our records show that you are the appointed representative on this case.

A barcode is included below. If you have any evidence or correspondence you would like to submit in support of this case, please use this barcoded page as the cover. This barcode will allow the information you submit to be associated with his file.

If you have any questions or wish to provide more information, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, the individual's name, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

RQID:DCM5604614 SITE:S48 DR:S
SSN:********* DOCTYPE:5032 RF:D CS:8a81

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TN 37202

RQID:DCM5603621 SITE:S48 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:647

PHONE (615) 747-0869
TOLL FREE (800) 972-0617
EXT.

VENDOR #: 2039301
VOUCHER #: M012432
TDN #: DCM5603621

Jan 15, 2021

CLAIMANT: Michael Gilmore
AKA:
DOB:

PROVIDER:
BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE, TN 37801

PAY TO:
BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE, TN 37801

Ciox Health, LLC
PO Box 409822
Atlanta, GA 30384-9822
Tax ID 58-2659941

**Records can be Faxed to: (877) 337-7890**

| SERVICE | TOTAL CHARGE |
| --- | --- |
| Medical Evidence of Record | $20.00 |

**PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT**
TO RECEIVE PAYMENT, ALL INFORMATION BELOW MUST BE COMPLETED, INCLUDING SIGNATURE AND FAX THIS COVER LETTER WITH YOUR REPORT AND MEDICAL OR FUNCTIONAL ASSESSMENT WITHIN 14 DAYS.
NOTE: PAYMENT VOUCHER WILL BE INVALID AND NOT PAYABLE 90 DAYS AFTER DATE OF REQUEST.

PROVIDER NAME: Ciox Health, LLC
ADDRESS: PO Box 409822
CITY: Atlanta, GA 30384-9822 STATE: ZIP: PHONE:
IRS/TAX ID # Tax ID 58-2659941 COPY SERVICE NAME:
PROVIDER SIGNATURE Sara Gray DATE 01/15 AMOUNT BILLED $ 20.00

Sabrina C./0E96/SC 06A4

**THIS PAGE W/BARCODE MUST BE ON TOP OF YOUR REPORT AND USED AS THE COVERSHEET BEFORE FAXING TO (877) 337-7890.**

MR#
Log ID#
Date Rec. 01/15
Date Sent

Lincoln/Gilmore 0584

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100 • 865-342-8110

MICHAEL F GILMORE

11/28/2016 03:45 PM
Office Visit
Christopher S. Barber DO

This 46 year old male presents for heel pain and new pt.

## History of Present Illness:

1. heel pain
2. new pt

Patient resents today to establish care. He complains of right heel discomfort that started about 3 months ago. He states it hurts in the front portion of his heel especially in the mornings when he takes his first step. He has tried some over-the-counter ibuprofen without any help. He describes the pain as mild to moderate. He does a great deal of walking at work. he typically has wellness labs performed through his employer. He denies any history of cholesterol or sugar issues.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis

## Current Tobacco Status

**Tobacco use reviewed.**
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| LORATADINE-PSEUDOEPHEDRINE ORAL TABLET 24 HR 10-240 MG | 1 Every Day | N |
| Mobic 7.5 mg tablet | 1 Every Day for pain | N |
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| prednisone 20 mg tablet | 3 daily X3 days, Then 2 daily X 3days then 1 daily X3 | N |
| Zithromax Z-Pak 250 mg tablet | AS DIRECTED | N |

## Medication Reconciliation

**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|

NO KNOWN ALLERGIES
Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:54 PM | 156/94 | 96 | | 97.3 | 6.0 | 4.00 | 289.00 | | 35.18 | | | Ashley R. Davidson, CMA |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EAR CANAL & TYMPANIC MEMBRANE: left tympanic membrane is erythematous with post little changes present. Right tympanic membrane is normal without retraction. Canals unremarkable.
Hearing grossly normal.
NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenogegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities. patient has tenderness in the anterior lateral portion of the right heel. There is no redness or swelling to the area.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Plantar fasciitis (M72.2). |

| | | |
|---|---|---|
| | Patient Plan | patient will use naproxen 500 milligrams twice a day for 2 weeks. He was advised to take this with food. He will also due nightly stretches. he was given a prescription for a tibial walker boot if this does not improve over the next 2 weeks he will start this and notify us iif he does not have any improvement. We will then refer him to podiatry. |
| 2. | Assessment | History of tympanoplasty (Z98.890). |

## Medications *(Added or Renewed this visit)*

| **Medication** | **Directions** | **Qty** | **Ref** | **Stop Date** |
|---|---|---|---|---|
| Naprosyn 500 mg tablet | 1 po bid | 30 | 0 | |

*Document generated by*: Christopher S. Barber 11/28/2016 05:19 PM

Electronically signed by Christopher S. Barber DO on 11/28/2016 05:20 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100 • 865-342-8110

MICHAEL F GILMORE

12/19/2016 04:00 PM
Office Visit
Jonathan F. Greene DO

This 46 year old male presents for sinus congestion and drainage and cough.

### History of Present Illness:

1. sinus congestion and drainage
2. cough

The patient is a 46 year old male who presents to the office with sinus congestion and drainage, as well as a cough. He has had tympanoplasties bilaterally earlier this year, and he feels that his left ear is somewhat blocked today. He states that he has had a mild fever at home. These symptoms have been going on for the past week. He has tried Mucinex OTC for his symptoms, and he has a steroid nasal spray that he has used.

Review of systems: All pertinent systems were reviewed and are negative except as noted in the history of present illness.

### Problem List:

Description
Allergic rhinitis

### Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |

### Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

### Current Tobacco Status

Smoking status: Never smoker.

### Social History (Detailed)

Preferred language is English.
Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
| --- | --- | --- |
| LORATADINE-PSEUDOEPHEDRINE ORAL TABLET 24 HR 10-240 MG | 1 Every Day | N |
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Naprosyn 500 mg tablet | 1 po bid | N |

## Medication Reconciliation

**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
| --- | --- | --- | --- |
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3:52 PM | 136/92 | 89 | | 96.7 | 6.0 | 4.00 | 287.00 | | 34.93 | | | Amanda L. Maples, LPN |

## Physical Exam

Physical exam
General: Affect is normal and positive. In no acute distress. Obese.
Head/face: The maxillary and frontal sinuses are tender to palpation.
Eyes: Conjunctiva are normal without inflammation, injection, hemorrhages, or exudates. Pupils equal and reactive.
HEENT: Injection to the left tympanic membrane. Canals unremarkable. No abnormality of the nose noted. The septum is normal and midline. Turbinates are normal. The oropharynx and posterior pharynx are erythematous. Tonsils are normal size with no exudate. There is no postnasal drainage.
Neck/thyroid: Symmetrical with no obvious masses. No enlargement, tenderness, or mass of the thyroid noted.
Respiratory: Normal respiratory effort and clear to auscultation bilaterally.
Cardiovascular: Heart is regular rate and rhythm with no murmurs, gallops, or rubs.
Lymphatics: No lymphadenopathy of the head and neck. No supraclavicular lymphadenopathy.

## Assessment/Plan

| # | Detail Type | Description |
| --- | --- | --- |
| 1. | Assessment | Acute sinusitis, unspecified (J01.90). |
| | Patient Plan | The patient will be prescribed a course of Augmentin, as well as an oral steroid taper. He should take a daily antihistamine for his allergies. He should discontinue his nasal steroid spray while using the prednisone. |

The patient will follow-up as needed.

## Medications *(Added or Renewed this visit)*

| Medication | Directions | Qty | Ref | Stop Date |
| --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| Augmentin 875 mg-125 mg tablet | take 1 tablet by oral route every 12 hours | 20 | 0 | |
| prednisone 20 mg tablet | 3 po qd for 5 days, then 2 po qd for 2 days, then 1 po qd for 2 days | 21 | 0 | 12/27/2016 |

Documentation entered by Emily V. Noggle, acting as a scribe for Jonathan F. Greene DO. 12/19/2016 at 4:01 PM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Jonathan F. Greene DO on 12/19/2016 at 4:01 PM.

*Document generated by*: Emily V. Noggle 12/19/2016 04:04 PM

Electronically signed by Jonathan F. Greene DO on 12/19/2016 04:32 PM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL F GILMORE

06/22/2017 11:15 AM
Office Visit
Jonathan F. Greene DO

This 46 year old male presents for Back spasms.

## History of Present Illness:

1. Back spasms

The patient is here today complaining of left sided back spasms. He says he hurt his back when he slipped off of his tractor 3 days ago. He says that the pain does not radiate into his lower extremities. He has tried ibuprofen and heating pads with no improvement of symptoms. He also hurt his toe, and the nail has started turning black and blue.

Review of systems: All pertinent systems were reviewed and are negative except as noted in the history of present illness.

## Problem List:

Description
Allergic rhinitis

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.

## Social History (Detailed)

Preferred language is English.
Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|

| | | |
|---|---|---|
| LORATADINE-PSEUDOEPHEDRINE ORAL TABLET 24 HR 10-240 MG | 1 Every Day | N |
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Naprosyn 500 mg tablet | 1 po bid | N |
| Augmentin 875 mg-125 mg tablet | take 1 tablet by oral route every 12 hours | N |

## Medication Reconciliation

**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:14 AM | 142/88 | 101 | | 97.1 | 6.0 | 4.00 | 278.00 | | 33.84 | | | Heather R. Gribble, MA |

## Physical Exam

Physical exam
General appearance: Affect is normal and positive. No acute distress. Well-nourished.
Musculoskeletal: Tenderness over the left lower posterior rib cage that extends down over the erector spinae muscles. Tenderness of the left iliac crest.
Skin: partial avulsion of the left great toe nail.
Neurologic: Cranial nerves II through XII are grossly intact.
Psychiatric: Oriented to person, place, time and general circumstances. Mood and affect appropriate. Understands everyday activities, consequences, and social situations.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Lumbar strain, initial encounter (S39.012A). |
| | Patient Plan | The patient will be prescribed prednisone to help with the inflammation of the back. He will also be prescribed a muscle relaxer to help with the pain. |
| 2. | Assessment | Nail avulsion of toe, subsequent encounter (S91.209D). |
| | Patient Plan | He was advised to cut the nail back as close to the break as he can, and to keep a band-aid on it to keep the sock from tugging on it |

Follow up at next scheduled visit.

## Medications *(Added or Renewed this visit)*

| Medication | Directions | Qty | Ref | Stop Date |
|---|---|---|---|---|
| cyclobenzaprine 10 mg tablet | take 1/2-1 tablet by oral route 3 times every day | 40 | 0 | |
| prednisone 20 mg tablet | 3 po qd for 5 days, then 2 po qd for 2 days, then 1 po qd for 2 days | 21 | 0 | 06/30/2017 |

Documentation entered by Chelsey L. Wasden, acting as a scribe for Jonathan F. Greene DO. 06/22/2017 at 11:14 AM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Jonathan F. Greene DO on 06/22/2017 at 11:14 AM.

*Document generated by*: Chelsey L. Wasden 06/22/2017 11:35 AM

Electronically signed by Jonathan F. Greene DO on 06/22/2017 12:17 PM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL F GILMORE

01/02/2018 11:45 AM
Office Visit
Jonathan F. Greene DO

This 47 year old male presents for Head and chest congestion and cough.

## History of Present Illness:

1. Head and chest congestion, cough

Michael Gilmore is a 47 year old male presenting today for evaluation of URI symptoms. Patient complains of a cough, nasal congestion, and chest congestion that have been on going since Saturday. Patient states the symptoms have been worsening since the onset. He has been treating his symptoms with OTC DayQuil with minimal relief. Patient states that his intermittent cough is not productive. The cough is worst at night. Denies SOB or a fever. States his at home temperature readings have been normal.

**Review of systems:** All pertinent systems were reviewed and are negative except as noted in the history of present illness.

## Problem List:

Description
Allergic rhinitis

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.

## Social History (Detailed)

Preferred language is English.
Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| cyclobenzaprine 10 mg tablet | take 1/2-1 tablet by oral route 3 times every day | N |

## Medication Reconciliation

**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:55 AM | 136/80 | 93 | | 97.9 | 6.0 | 4.00 | 271.00 | | 32.99 | | | Heather R. Gribble, MA |

## Physical Exam

General: Affect is normal and positive. In no acute distress. Obese
Head/face: Frontal sinus tenderness to palpation
Eyes: Conjunctiva are normal without inflammation, injection, hemorrhages, or exudates. Pupils equal and reactive.
HENT: Tympanic membranes shiny without retraction. Canals unremarkable. No abnormality of the nose noted. The septum is normal and midline. Turbinates are normal. The oropharynx is normal and without erythema. There is some posterior pharyngal erythema present. Tonsils are normal size with no exudate. There is no postnasal drainage.
Neck/thyroid: Symmetrical with no obvious masses. No enlargement, tenderness, or mass of the thyroid noted.
Respiratory: Occasional rhonchi at the posterior lung fields
Cardiovascular: Heart is regular rate and rhythm with no murmurs, gallops, or rubs.
Lymphatics: No lymphadenopathy of the head and neck. No supraclavicular lymphadenopathy.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Acute upper respiratory infection (J06.9). |
| | Patient Plan | Treatment plan as follows:<br>Augmentin 875-125mg tablets, 1 tablet every 12 hours x 10 days<br>Prednisone taper 20mg tablets (take 3 po qd for 5 days, then 2 qd for 2 days, then 1 qd for 2 days)<br>Fexofenadine 180mg tablets, 1 tablet daily as directed<br><br>Instructed patient that it might take a couple days to see improvements. If the medication regimen does not improve the symptoms patient can follow up for further evaluation |

F/U at routinely scheduled visit

## Medications *(Added or Renewed this visit)*

| Medication | Directions | Qty | Ref | Stop Date |
|---|---|---|---|---|
| Augmentin 875 mg-125 mg tablet | take 1 tablet by oral route every 12 hours | 20 | 0 | 07/06/2018 |
| fexofenadine 180 mg tablet | 1 every day for sinus drainage | 30 | 0 | |
| prednisone 20 mg tablet | 3 po qd for 5 days, then 2 po qd for 2 days, then 1 po qd | 21 | 0 | 01/10/2018 |

for 2 days

Documentation entered by Max Rash, acting as a scribe for Jonathan F. Greene DO. 01/02/2018 at 12:22 PM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Jonathan F. Greene DO on 01/02/2018 at 12:22 PM.

*Document generated by*: Max Rash 01/02/2018 12:26 PM

Electronically signed by Jonathan F. Greene DO on 01/02/2018 12:37 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL F GILMORE

01/16/2018 10:45 AM
Office Visit
Christopher S. Barber DO

This 47 year old male presents for depression.

## History of Present Illness:

1. depression

This 47 y/o male presents today for a physical evaluation of his present health. He complains of feeling depressed and notes that it used to be worse in the winter but is now year round. Pt states that he has been experiencing his symptoms for quite awhile. He explains that his symptoms are not the result of any recent change in his lifestyle but admits that it has been intermittent throughout his life. He notes that he has tried to improve his lifestyle through diet and exercise, but complains that he continues to feel depressed. He has noticed associated headaches on the right side of his head, especially when he is stressed, but denies any suicidal ideations. He complains that he has also been unable to sleep at night. He admits that he has a FHx of depression with multiple members of his family.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.

## Social History (Detailed)

Preferred language is English.
Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Augmentin 875 mg-125 mg tablet | take 1 tablet by oral route every 12 hours | N |
| fexofenadine 180 mg tablet | 1 every day for sinus drainage | N |

## Medication Reconciliation

**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:53 AM | 133/80 | 97 | | 97.4 | 6.0 | 4.00 | 270.00 | | 32.87 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Wellness examination (Z00.00). |
| | Patient Plan | Pt presents with a generally benign physical exam. We will order his wellness labs: CBC, CMP, and FLP. |
| 2. | Assessment | Vitamin D deficiency (E55.9). |
| | Patient Plan | We will order a vitamin D level. |

| | | |
|---|---|---|
| 3. | Assessment<br>Patient Plan | Fatigue, unspecified type (R53.83).<br>We will order a thyroid panel. |
| 4. | Assessment<br>Patient Plan | Anxiety and depression (F41.8).<br>Pt was notified of his options. We will prescribe Zoloft 50mg qhs to improve his symptoms. He was advised to begin by taking 1/2tablet x 1week and then increase to a whole tablet. He will notify us of any changes or concerns. |
| 5. | Assessment<br>Patient Plan | Insomnia, unspecified type (G47.00).<br>Pt will be taking his Zoloft qhs in order to help him sleep. He was notified that he can increase his OTC melatonin to 30mg qhs and he was notified of his other options. We will prescribe Vistaril 50mg qhs prn. |

## Medications *(Added or Renewed this visit)*

| Medication | Directions | Qty | Ref | Stop Date |
|---|---|---|---|---|
| Vistaril 50 mg capsule | 1 po qhs prn insomnia | 30 | 5 | |
| Zoloft 50 mg tablet | 1 po qhs | 30 | 5 | |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 01/16/2018 at 11:10 AM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 01/16/2018 at 11:10 AM.

*Document generated by*: Abigail V. Cacace 01/16/2018 11:31 AM

Electronically signed by Christopher S. Barber DO on 01/16/2018 12:30 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL F GILMORE

02/05/2018 11:15 AM
Office Visit
Christopher S. Barber DO

This 47 year old male presents for questions on fmla paperwork.

## History of Present Illness:

1. questions on fmla paperwork

This 47 y/o male presents today for an evaluation of his paperwork. Pt states that he has followed with pulmonology where he was diagnosed with sleep apnea and will be completing an overnight sleep study. He notes that he has been improving his lifestyle and trying to keep a consistent schedule but is still only able to receive about 2-4 hours of sleep per night even while taking his Ambien 10mg qhs.
He notes that he has been compliant with his Zoloft 50mg qhs and has begun to notice that he has started to have interest in hobbies and activities again.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Allergic rhinitis

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | | | MAB 02/01/2018 - |
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History (Detailed)
Preferred language is English.
**Marital Status/Family/Social Support**
Currently unknown.
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Zoloft 50 mg tablet | 1 po qhs | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |

## Medication Reconciliation
**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:08 AM | 128/75 | 92 | | 97.0 | 6.0 | 1.00 | 272.00 | | 35.89 | | | Sandra K. Clark, LPN |

## Physical Exam
GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | OSA (obstructive sleep apnea) (G47.33). |
| | Patient Plan | Pt has followed with pulmonology and is preparing to complete a sleep study for further treatment. He has been taking his Ambien 10mg qhs but only receives about 2-4 hours of sleep with associated fatigue throughout the day. His FMLA papers were presented and completed in office today. |
| 2. | Assessment | Depression, unspecified depression type (F32.9). |
| | Patient Plan | Pt has begun to notice a slow improvement in his symptoms since he has begun taking his Zoloft 50mg qhs. He will remain compliant with his medication and notify us of any changes. |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 02/05/2018 at 11:16 AM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 02/05/2018 at 11:16 AM.

*Document generated by*: Abigail V. Cacace 02/05/2018 11:26 AM

Electronically signed by Christopher S. Barber DO on 02/05/2018 11:34 AM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

04/06/2018 09:30 AM
Office Visit
Christopher S. Barber DO

This 47 year old male presents for release for work.

## History of Present Illness:

1. release for work

This 47 y/o male presents today for a work release. Pt states that he has been improving since he has been using his CPAP to treat his sleep apnea. He states that he has receiving about 4-6 hours of sleep each night since he received the CPAP and has been feeling more energized. He continues to follow with pulmonology but states that he is now prepared to return to work.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Allergic rhinitis
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | | | MAB 02/01/2018 - |
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.

## Social History (Detailed)

Preferred language is English.

**Marital Status/Family/Social Support**

Currently unknown.

Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| Zoloft 100 mg tablet | take 1 tablet by oral route every day | N |

## Medication Reconciliation

**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:26 AM | 135/85 | 86 | | 97.6 | 6.0 | 1.00 | 264.00 | | 34.83 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | OSA (obstructive sleep apnea) (G47.33). |
| | Patient Plan | Pt has been compliant with his CPAP and continues to follow with pulmonology. He has noticed an increase in energy and concentration throughout the day. He is prepared to return to work. We will release him today to return to work Monday. |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 04/06/2018 at 9:34 AM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 04/06/2018 at 9:59 AM.

*Document generated by*: Christopher S. Barber 04/06/2018 09:59 AM

Electronically signed by Christopher S. Barber DO on 04/06/2018 09:59 AM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

06/20/2018 04:00 PM
Office Visit
Christopher S. Barber DO

This 47 year old male presents for Follow Up of CTC.

## History of Present Illness:

1. Follow Up of CTC

This 47 y/o male presents today for an evaluation of his urinary symptoms. Pt states that he was seen at the care today clinic about 4 days ago and was diagnosed with a UTI. He was given Cipro and a Toradol injection and states that his symptoms have been improving.
He was also diagnosed with diabetes after his labs on June 14, 2018 showed that his fasting glucose was elevated at 390 and his A1C was elevated at 12.3%. He was started on Janumet 100-1000mg daily and notes that he has been tolerating it well.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Allergic rhinitis
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | | | MAB 02/01/2018 - |
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of | | N |

| | | |
|---|---|---|
| | Depression | |
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status
Smoking status: Never smoker.

## Social History (Detailed)
Preferred language is English.
**Marital Status/Family/Social Support**
Currently unknown.
Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| Zoloft 100 mg tablet | take 1 tablet by oral route every day | N |
| Janumet XR 100 mg-1,000 mg tablet,extended release | take 1 tablet by oral route every day with the evening meal, swallowing whole. Do not crush, chew and/or divide. | N |

## Medication Reconciliation
**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:51 PM | 127/74 | 90 | | 97.6 | 6.0 | 1.00 | 261.00 | | 34.43 | | | Heather R. Gribble, MA |

## Physical Exam
GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Urinary tract infection without hematuria, site unspecified (N39.0). |
| | Patient Plan | Pt was treated with Cipro and a Toradol injection at the care today clinic. He is improving and will notify us of any changes. |
| 2. | Assessment | New onset type 2 diabetes mellitus (E11.9). |
| | Patient Plan | Pt was diagnosed on 6-14-18, after his A1C was elevated at 12.3%. He was prescribed Janumet 100-1000mg daily and has been tolerating it well. He states that he has immediately began improving his lifestyle starting with diet. He has been monitoring his BS readings at home, averaging around 200, and will continue to monitor his at home readings. He will follow up in 3-4weeks for further evaluation. |
| 3. | Assessment | Encounter for screening for cardiovascular disorders (Z13.6). |
| | Patient Plan | We will order a CBC, CMP and FLP. |
| 4. | Assessment | Fatigue, unspecified type (R53.83). |
| | Patient Plan | We will order a thyroid panel. |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 06/20/2018 at 3:59 PM

*Document generated by*: Abigail V. Cacace 06/20/2018 04:28 PM

Electronically signed by Christopher S. Barber DO on 06/20/2018 04:51 PM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

08/01/2018 04:00 PM
Office Visit
Christopher S. Barber DO

This 48 year old male presents for 3-4 wk fu on chronic conditions.

## History of Present Illness:

1. 3-4 wk fu on chronic conditions

This 48 y/o male presents today for a 3-week evaluation of his diabetes. Pt states that his at home readings have been averaging between 260-265 while has been taking his Janumet 100-1000mg daily. He notes that his morning readings have been averaging around 230 despite fasting since 7:00pm the night before. He notes that he has been completing intermittent fasting and notes that his BS remains elevated above 200. He has continued to work on improving his diet and his records show that he has continued to lose weight.
He complains that he has since begun to experience symptoms of sexual dysfunction.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Allergic rhinitis
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | | | MAB 02/01/2018 - |
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |

| | | |
|---|---|---|
| | Family history of Depression | N |
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.

## Social History (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Currently unknown.
Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Zoloft 100 mg tablet | take 1 tablet by oral route every day | N |
| blood-glucose meter kit | pt need a meter, strips and lancets for qd bs checks | N |
| Janumet XR 100 mg-1,000 mg tablet,extended release | take 1 tablet by oral route every day with the evening meal, swallowing whole. Do not crush, chew and/or divide. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |

## Medication Reconciliation

**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4:01 PM | 129/80 | 94 | | 97.4 | 6.0 | 1.00 | 257.00 | | 33.91 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus without complication, without long-term current use of insulin (E11.9). |
| | Patient Plan | Pt will stop his Janumet and start metformin 1000mg BID. He was given samples of Ozempic in office today and he will follow up in 6 weeks for an in office A1c. |
| 2. | Assessment | Erectile dysfunction, unspecified erectile dysfunction type (N52.9). |
| | Patient Plan | This is most likely secondary to his Zoloft. We will prescribe Viagra and he will notify us if symptoms persist. |

## Medications *(Added or Renewed this visit)*

| Medication | Directions | Qty | Ref | Stop Date |
|---|---|---|---|---|
| metformin ER 500 mg tablet,extended release 24 hr | 2 po bid | 120 | 5 | |
| Viagra 100 mg tablet | take 1 tablet by oral route every day as needed approximately 1 hour before sexual activity | 10 | 5 | |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 08/01/2018 at 4:04 PM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 08/01/2018 at 4:43 PM.

*Document generated by*: Christopher S. Barber 08/01/2018 04:43 PM

Electronically signed by Christopher S. Barber DO on 08/01/2018 04:44 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

09/12/2018 04:00 PM
Office Visit
Christopher S. Barber DO

This 48 year old male presents for 6 wk fu on chronic conditions.

## History of Present Illness:

1. 6 wk fu on chronic conditions

This 48 y/o male presents today for a 6-week evaluation of his diabetes. Pt notes that he has continued to work on improving his lifestyle and his records show that he has lost about 8lbs since his last visit. He admits that he struggled with the recent holiday but has been improving again. He states that he has been taking his Ozempic 0.5mg qweekly in addition to his metformin 500mg 2po BID. He states that he has noticed that he has not been experiencing as much polydipsia since his BS has been improving.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Allergic rhinitis
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | | | MAB 02/01/2018 - |
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status
Smoking status: Never smoker.

## Social History (Detailed)
Preferred language is English.
**Marital Status/Family/Social Support**
Currently unknown.
Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| blood-glucose meter kit | pt need a meter, strips and lancets for qd bs checks | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 po bid | N |
| Viagra 100 mg tablet | take 1 tablet by oral route every day as needed approximately 1 hour before sexual activity | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |

## Medication Reconciliation
**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:58 PM | 126/82 | 93 | | 97.3 | 6.0 | 1.00 | 253.00 | | 33.38 | | | Sandra K. Clark, LPN |

## Physical Exam
GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:
ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No

tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result |
|---|---|---|---|---|---|
| A1C Glycosylated HB | | | | see detail | 9.3 |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus without complication, without long-term current use of insulin (E11.9). |
| | Patient Plan | An A1c was completed in office today and recorded at 9.3%. Pt will continue his metformin 500mg 2po BID. He will continue his Ozempic 0.5mg qweekly x 2weeks and then increase to 1.0mg/0.75ml qweekly and we will write a script for the 1 mg. He was given samples in office today and he will follow up in 3 months after he completes his diabetic labs. |
| | Plan Orders | The patient had the following test(s) completed today A1C Glycosylated HB. |

## Medications *(Added or Renewed this visit)*

| Medication | Directions | Qty | Ref | Stop Date |
|---|---|---|---|---|
| Ozempic 1 mg/0.75 mL (2 mg/1.5 mL) subcutaneous pen injector | 1 mg Sub Q qweekly | 1 | 5 | |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 09/12/2018 at 4:02 PM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 09/12/2018 at 4:46 PM.

*Document generated by*: Christopher S. Barber 09/12/2018 04:47 PM

Electronically signed by Christopher S. Barber DO on 09/12/2018 04:47 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

10/11/2018 03:45 PM
Office Visit
Christopher S. Barber DO

This 48 year old male presents for fu from ctc and diarrhea.

## History of Present Illness:

1. fu from ctc, diarrhea

This 48 y/o male presents today for an evaluation from the care today clinic. Pt went to the clinic 2 days ago with complaints of watery diarrhea. He states that his symptoms began about 4days prior and states that he was unable to control his episodes. He admits that he attempted to go to work but only lasted for about 1/2 day due to his worsening symptoms. He notes that he adhere to a liquid diet with soup, crackers and Power Aid. He states that felt as if he was improving on Sunday and attempted to eat solid food, but complains that his symptoms returned about 1 hour later. He admits that he has only experienced a few accidents due to the urgency of his episodes. He states that he has actually been wearing Depends. He notes that he experienced a diarrhea episode early this morning, but states that he has noticed it improving since the urgency is not as severe and the stools are not as watery. he admits that he still has his gallbladder. He admits that his lower abdomen felt tender but notes that it has been improving. He denies any associated vomiting or fever.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, +diarrhea, -constipation.

## Problem List:

Description
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Allergic rhinitis
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | | | MAB 02/01/2018 - |
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.

## Social History (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Currently unknown.
Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 po bid | N |
| Viagra 100 mg tablet | take 1 tablet by oral route every day as needed approximately 1 hour before sexual activity | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |
| Ozempic 1 mg/0.75 mL (2 mg/1.5 mL) subcutaneous pen injector | 1 mg Sub Q qweekly | N |

## Medication Reconciliation

**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:44 PM | 129/81 | 92 | | 98.5 | 6.0 | 1.00 | 244.00 | | 32.19 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EAR CANAL & TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.
RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Diarrhea, unspecified type (R19.7). |
| | Patient Plan | Pt was notified that this is most likely related to a stomach virus. He was advised to continue to focus on the BRAT diet at this time and remain hydrated. He was notified that if he is able to tolerate the crackers, he can slowly start adding in solid foods. He will notify us if it persists or worsens. |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 10/11/2018 at 3:50 PM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 10/11/2018 at 4:13 PM.

*Document generated by:* Christopher S. Barber 10/11/2018 04:13 PM

Electronically signed by Christopher S. Barber DO on 10/11/2018 04:14 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

11/20/2018 02:15 PM
Office Visit
Christopher S. Barber DO

This 48 year old male presents for fu after colonoscopy.

## History of Present Illness:

1. fu after colonoscopy

This 48 y/o male presents today for an evaluation after recent colonoscopy. Pt states that he completed his colonoscopy last week and notes that polyps were present. He notes that the Ozempic was discussed as a possibility for his chronic diarrhea. He states that he remembered that his diarrhea began around the same time that he increased his Ozempic to 1.0mg qweekly in addition to his metformin 1000mg BID. He states that he was prescribed Questran powder to improve his symptoms and states that his diarrhea is down to one episode daily.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, +diarrhea, -constipation.

## Problem List:

Description
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Allergic rhinitis
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | | | MAB 02/01/2018 - |
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.

## Social History (Detailed)

Preferred language is English.

**Marital Status/Family/Social Support**

Currently unknown.

Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 po bid | N |
| Viagra 100 mg tablet | take 1 tablet by oral route every day as needed approximately 1 hour before sexual activity | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |
| Ozempic 1 mg/0.75 mL (2 mg/1.5 mL) subcutaneous pen injector | 1 mg Sub Q qweekly | N |
| Lomotil 2.5 mg-0.025 mg tablet | take1- 2 tablets by oral route 4 times every day as needed | N |

## Medication Reconciliation

**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2:17 PM | 137/87 | 98 | | 97.0 | 6.0 | 1.00 | 246.00 | | 32.46 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or

abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Chronic diarrhea (K52.9). |
| | Patient Plan | Pt completed a colonoscopy where polyps were present. He has begun to take the Questran powder that was prescribed and has been tolerating it well. He will stop his Ozempic for 1-2 weeks to see if symptoms resolve. |
| 2. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | Pt was advised to stop his Ozempic for 1-2weeks to see if his diarrhea improves, especially without the Questran powder. He will continue his metformin and continue to focus on diet control. He will follow up in 1 week. |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 11/20/2018 at 2:19 PM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 11/20/2018 at 2:35 PM.

*Document generated by*: Christopher S. Barber 11/20/2018 02:35 PM

Electronically signed by Christopher S. Barber DO on 11/20/2018 02:36 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

11/28/2018 09:15 AM
Office Visit
Christopher S. Barber DO

This 48 year old male presents for 1 wk fu on chronic conditions.

## History of Present Illness:

1. 1 wk fu on chronic conditions

This 48 y/o male presents today for a 1-week evaluation of his diabetes and chronic diarrhea. Pt states that he has been doing well. He notes that he was compliant with stopping his Ozempic but has continued his metformin and notes that his diarrhea has slowly improved. He notes that his stools are still loose but the associated abdominal cramping has improved. He notes that his BS readings have been averaging around 171-180. He has not started the Questran powder yet.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Allergic rhinitis
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | | | MAB 02/01/2018 - |
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |

| | | |
|---|---|---|
| Mother | Cardiovascular disease | N |

## Current Tobacco Status
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History (Detailed)
Preferred language is English.
**Marital Status/Family/Social Support**
Currently unknown.
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 po bid | N |
| Viagra 100 mg tablet | take 1 tablet by oral route every day as needed approximately 1 hour before sexual activity | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |
| Ozempic 1 mg/0.75 mL (2 mg/1.5 mL) subcutaneous pen injector | 1 mg Sub Q qweekly | N |
| Lomotil 2.5 mg-0.025 mg tablet | take1- 2 tablets by oral route 4 times every day as needed | N |

## Medication Reconciliation
**Medications reconciled today.**

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:23 AM | 140/81 | 96 | | 98.0 | 6.0 | 1.00 | 247.00 | | 32.59 | | | Sandra K. Clark, LPN |

## Physical Exam
GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4.

Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Chronic diarrhea (K52.9). |
| | Patient Plan | This appears to have been secondary to when the pt increased his Ozempic to 1mg qweekly. He notes that it has slowly improved since he stopped the Ozempic 1 week ago and he has not taken the Questran powder. He notes that his stools are still loose but have improved. He will return to work at full duty with no restrictions. |
| 2. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | Pt has been taking his metformin and maintaining his lifestyle but his BS readings have been averaging around 171-180. He will restart the Ozempic at 0.25mg qweekly x 4weeks and then increase to 0.5mg qweekly. He will notify us if he begins to experience diarrhea again. |

## Immunizations Administered in the Past 24 Hours

| Immunization | Ordering Provider | Completed By | Completed Date | Location |
|---|---|---|---|---|
| Influenza, injectable, quadrivalent, preservative free, split virus, 3 years and older, Fluzone Quad 2018-2019Y | Barber DO, Christopher | Clark, LPN, Sandra | 11/28/2018 9:29:53 AM | Foothills Family Care Center |

## Medications *(Added or Renewed this visit)*

| Medication | Directions | Qty | Ref | Stop Date |
|---|---|---|---|---|
| Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector | inject (0.25MG) SubQ qweekly for 4 weeks thent 0.5 mg SubQ qweekly thereafter | 1 | 5 | 12/25/2018 |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 11/28/2018 at 9:36 AM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 11/28/2018 at 9:56 AM.

*Document generated by*: Christopher S. Barber 11/28/2018 09:57 AM

Electronically signed by Christopher S. Barber DO on 11/28/2018 09:58 AM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

12/17/2018 04:00 PM
Office Visit
Christopher S. Barber DO

This 48 year old male presents for 3 month fu on chronic conditions.

## History of Present Illness:

1. 3 month fu on chronic conditions

This 48 y/o male presents today for a 3 month evaluation of his diabetes. Pt is compliant with Metformin 500mg 2 BID. Pt notes that he tried the small dose of Ozempic again but cannot tolerate it due to diarrhea. Pt also notes that he tried Janumet once and he is intolerant to it as well because it made him wake up sweating.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, +diarrhea - constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | MAB 02/01/2018 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)
Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine: coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 po bid | N |
| Viagra 100 mg tablet | take 1 tablet by oral route every day as needed approximately 1 hour before sexual activity | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |
| Lomotil 2.5 mg-0.025 mg tablet | take1- 2 tablets by oral route 4 times every day as needed | N |

## Medication Reconciliation
Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:59 PM | 120/75 | 87 | | 98.0 | 6.0 | 1.00 | 247.00 | | 32.59 | | | Sandra K. Clark |

## Physical Exam
GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus without complication, without long-term current use of insulin (E11.9). |
| | Patient Plan | Pt will continue Metformin and will begin Jardiance samples 10mg qd for one week and then increase to 25mg qd. He will notify us of any changes. We will order diabetic labs and he will follow up in 3 months. Pt was advised to continue to improve their lifestyle through exercise and a diet low in sugars and carbohydrates. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 12/17/2018 | Jardiance 25 mg tablet | 1 po qdaily | 30 | 5 | |

Documentation entered by Alesha Clinkenbeard, acting as a scribe for Christopher Scott Barber DO on 12/17/2018 at 4:10 PM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 12/17/2018 at 5:01 PM.

*Document generated by*: Christopher S. Barber 12/17/2018 05:01 PM

**Electronically signed by Christopher S. Barber DO on 12/17/2018 05:06 PM**

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

01/23/2019 10:45 AM
Office Visit
Christopher S. Barber DO

This 48 year old male presents for blood sugar issues and pre-employment.

## History of Present Illness:

1. blood sugar issues
2. pre-employment

Michael Gilmore is a 48 y/o established male presenting for evaluation of blood sugar. Today the pt reports that he has been trying to reduce stress. He is looking to change occupations. He states that he passed a kidney stone about one week ago and he is still experiencing pain when he urinates and lower back and abdominal pain. He also complains of experiencing pain in his b/l toes and calves. Recent EKG at a preemployment physical was abnormal.

**Review of Systems:** Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of | | N |

| | | |
|---|---|---|
| | Diabetes | |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 po bid | N |
| Viagra 100 mg tablet | take 1 tablet by oral route every day as needed approximately 1 hour before sexual activity | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |
| Lomotil 2.5 mg-0.025 mg tablet | take1- 2 tablets by oral route 4 times every day as needed | N |
| Jardiance 25 mg tablet | 1 po qdaily | N |
| Tylenol-Codeine #3 300 mg-30 mg tablet | 1 po q6h prn pain | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:48 AM | 131/82 | 108 | | 97.4 | 6.0 | 1.00 | 245.00 | | 32.32 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4.
Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:
ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. + tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Description | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| EKG Complete 12 Lead | | | | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus without complication, without long-term current use of insulin (E11.9). |
| | Patient Plan | Pt will continue with regular medications. He will notify us of any changes. Last hba1c was 9.3% He has an appointment in march to repeat a hba1c |
| 2. | Assessment | Kidney stone (N20.0). |
| | Patient Plan | Hematuria has improved. CT did not find stone current stone or renal issues. |
| 3. | Assessment | Abnormal EKG (R94.31). |
| | Patient Plan | Pt will have a treadmill Cardiolite stress test done. His repeat EKG here today did show an ectopic beat but not sure of the significance at this time. We may refer to cardiology after the stress test. |
| | Plan Orders | The patient had the following procedure(s) completed today: EKG Complete 12 Lead. |
| 4. | Assessment | Left low back pain, unspecified chronicity, with sciatica presence unspecified (M54.5). |
| | Patient Plan | Pt was prescribed Zanaflex to take 4 mg nightly. this appears to be a simple strain. |

Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 01/23/2019 | Zanaflex 4 mg capsule | 1 po qhs prn muscle spasm | 30 | 5 | |

Documentation entered by Megan Wagner, acting as a scribe for Christopher Scott Barber DO on 01/23/2019 at 10:52 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 01/23/2019 at 1:02 PM.

*Document generated by: Christopher S. Barber 01/23/2019 07:54 PM*

**Electronically signed by Christopher S. Barber DO on 01/23/2019 07:54 PM**

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

02/08/2019 11:45 AM
Office Visit
Christopher S. Barber DO

This 48 year old male presents for discuss ekg and return to work.

## History of Present Illness:

1. discuss ekg, return to work

This 48 y/o male presents today to discuss the possibility of returning to work after his recent abnormal EKG. Pt had a Cardiolite stress test performed that showed no abnormalities.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| Viagra 100 mg tablet | take 1 tablet by oral route every day as needed approximately 1 hour before sexual activity | N |
| Lomotil 2.5 mg-0.025 mg tablet | take1- 2 tablets by oral route 4 times every day as needed | N |
| Jardiance 25 mg tablet | 1 po qdaily | N |
| Tylenol-Codeine #3 300 mg-30 mg tablet | 1 po q6h prn pain | N |
| Zanaflex 4 mg capsule | 1 po qhs prn muscle spasm | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 PO BID | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:45 AM | 124/78 | 83 | | 97.0 | 6.0 | 1.00 | 246.00 | | 32.46 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias.

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Abnormal EKG (R94.31). |
| | Patient Plan | Pt had a Cardiolite stress test completed - results showed no abnormalities. Pt shows no signs of heart issues - no further testing is needed. Pt is medically cleared to return to work with no restrictions. |

Documentation entered by Alesha Clinkenbeard, acting as a scribe for Christopher Scott Barber DO on 02/08/2019 at 11:48 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 02/08/2019 at 12:49 PM.

*Document generated by: Christopher S. Barber 02/11/2019 11:40 AM*

Electronically signed by Christopher S. Barber DO on 02/11/2019 11:41 AM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

02/27/2019 04:00 PM
Office Visit
Christopher S. Barber DO

This 48 year old male presents for fu on chronic conditions and wants A1C.

## History of Present Illness:

1. fu on chronic conditions, wants A1C

This 48 y/o male presents today for an evaluation of his DM. Pt says he is doing well. He says that his new employer needed him to come in and get his HbA1c checked. He states that he has been compliant with his Metformin and Jardiance and continues to tolerate them well. Pt has tried Ozempic but was advised to stop it due to chronic diarrhea. Pt agrees to begin insulin and says that he will begin really watching his sugar and carbohydrate intake.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, +diarrhea -constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| Sleep apnea | | | | |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Viagra 100 mg tablet | take 1 tablet by oral route every day as needed approximately 1 hour before sexual activity | N |
| Jardiance 25 mg tablet | 1 po qdaily | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 PO BID | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:52 PM | 121/76 | 84 | | 97.4 | 6.0 | 1.00 | 247.00 | | 32.59 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no

acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias.

EXTREMITIES: No edema or varicosities of the extremities.

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Description | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| A1C Glycosylated HB | | | | see detail | 9.7 | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus without complication, without long-term current use of insulin (E11.9). |
| | Patient Plan | Pt had an in office HbA1c performed today - results: 9.7%. This is improved from 12.3% Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will continue their regular medication and will continue to monitor their BS readings regularly at home. Pt will begin Tresiba 10 units once daily and was given a sample in office today. He will follow up in 3 months for labs and we will refer him to a Dietician. |
| | Plan Orders | The patient had the following test(s) completed today: A1C Glycosylated HB. |
| 2. | Assessment | Chronic diarrhea (K52.9). |
| | Patient Plan | This ended up being a sideeffect of Ozempic. He is no longer taking this. He had a colonoscopy performed in November 2018 that showed two polyps but no significant abnormalities. This has resolved since stopping the Ozempic. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 02/27/2019 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 10 units SubQ qdaily | 1 | 0 | |

Documentation entered by Alesha Clinkenbeard, acting as a scribe for Christopher Scott Barber DO on 02/27/2019 at 3:57 PM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 02/27/2019 at 4:36 PM.

*Document generated by: Christopher S. Barber 02/27/2019 04:36 PM*

Electronically signed by Christopher S. Barber DO on 02/27/2019 04:39 PM

East Tennessee Medical Group
A member of the Blount Memorial Physicians Group
266 Joule Street • Alcoa, TN 37701
865-984-3864 • 865-380-4095 *fax*

MICHAEL FRANCIS GILMORE

12/18/2019 03:45 PM
Office Visit
Jacob West PA-C

This 49 year old male presents for sinus congestion and bilateral ear pain.

## History of Present Illness:

1. sinus congestion, bilateral ear pain
Patient is a 49-year-old male presenting for URI.

Patient reports of last 7 days he has had progressive sinus drainage and bilateral ear pressure. He is a history of extensive recurrent otitis media in his left ear requiring multiple tubes and a left middle ear reconstruction done by Vanderbilt. He has tried multiple OTC remedies without relief. He has gotten flu shot. He has mild cough. He denies fever, CP, SOB.

ROS: Remaining 14 point ROS negative except as noted and discussed above.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Current Tobacco Status

Tobacco use reviewed.
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 10 units SubQ qdaily | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY AS NEEDED APPROXIMATELY 1 HOUR BEFORE SEXUAL ACTIVITY | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 PO BID | N |

| | | |
|---|---|---|
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |
| Jardiance 25 mg tablet | 1 PO QDAILY | N |

## Medication Reconciliation
Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:31 PM | 118/80 | 82 | | 97.6 | 6.0 | 1.00 | 161.90 | | 21.36 | | 98 | Christy D. Jones, LPN |

## Physical Exam
General: Pleasant, Alert and oriented x 3, no acute distress
Head: Normocephalic and atraumatic; maxillary sinus tenderness
Ears: Tympanic membranes clear bilaterally, no erythema or cerumen impaction
Eyes: Pupils equal, round, and reactive to light
Nose: Turbinates edematous and non-erythematous
Mouth: Pink and moist, no erythema or exudate
Neck: Supple, trachea midline, no thyromegaly
Lungs: Normal effort, clear bilaterally to auscultation, no rales, wheezing, or rhonchi
Cardiovascular: Regular rate and rhythm, no murmurs, rubs, or gallops
Extremities: No clubbing, cyanosis, or edema; pulses are 2+ at bilateral radial and DP
Psychiatric: Appropriate mood and affect

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Disorder of both eustachian tubes (H69.93). |

Given the length of symptoms and history, we will treat bilateral eustachian tube dysfunction and maxillary sinus tenderness with antibiotics. Continue Flonase and start back on saline. Follow-up with Dr. Barber for fever or persistent symptoms.

Patient was seen and examined by me at bedside. Agree and confirm history and physical examination per note. Agree with treatment plan as presented above. Concerned that eustachian tube dysfunction is secondary to sinus infection given duration of symptoms. Agree with antibiotic treatment at this time. All questions were answered today.

This chart was dictated using the Dragon voice recognition software. While it is usually fairly accurate there are transcription errors that may and often do occur. Sometimes this changes the meaning of the intended documentation. While we are proofreading with care, it is inevitable that errors will occur. Please read the chart with this in mind.

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 12/18/2019 | cefdinir 300 mg | take 1 capsule by oral route every 12 hours | 20 | 0 | 12/27/2019 |

capsule

*Document generated by: Jacob W. West 12/18/2019 03:48 PM*

Encounter submitted for review by Jacob West PA-C on 12/18/2019 3:48 PM.

*Electronically signed by: Jacob West PA-C 12/18/2019 03:48 PM*

Electronically signed by Travis J. Groth DO on 12/23/2019 10:40 AM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

01/07/2020 03:00 PM
Office Visit
Christopher S. Barber DO

This 49 year old male presents for congestion.

## History of Present Illness:

1. congestion

Patient states he has had sinus congestion and discomfort over the last 2-3 weeks. He presented to the care today clinic and was started on Omnicef 300 mg twice a day for 10 days. He states this did not help. He has been using over-the-counter Flonase and saline rinses. He describes a moderate pain over his left sinus. He has had thick yellow mucus discharge. Patient has also not had labs done since February of last year. He states he is compliant with his diabetic medication. He had an elevated hemoglobin A1c back in February. He is not sure what his blood sugars are doing. He is willing to go get his blood work done here shortly.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |

| | | |
|---|---|---|
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 10 units SubQ qdaily | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY AS NEEDED APPROXIMATELY 1 HOUR BEFORE SEXUAL ACTIVITY | N |
| metformin ER 500 mg tablet,extended release 24 hr | 2 PO BID | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY ORAL ROUTE EVERY DAY | N |
| Jardiance 25 mg tablet | 1 PO QDAILY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| **Ingredient** | **Reaction** | **Medication Name** | **Comment** |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| **Time** | **BP** | **Pulse** | **Resp** | **Temp F** | **Ht ft** | **Ht in** | **Wt lb** | **Wt Oz** | **BMI** | **BMI%** | **O2 Sat (Rest)** | **Measured By** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:02 PM | 138/84 | 86 | | 97.9 | 6.0 | 1.00 | 254.00 | | 33.51 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Positive bilateral maxillary sinus pressure.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EAR CANAL & TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal. positive left maxillary tenderness
NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Positive erythema and postnasal drainage.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. mild rhonchi bilaterally.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenogegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Left maxillary sinusitis (J32.0). |
| | Patient Plan | pt will start levaquin 500mg qdaily x 10 days |
| 2. | Assessment | Vitamin D deficiency (E55.9). |
| | Patient Plan | we will check a vit d level |
| 3. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | pt will have diabetic labs. I suspect his bs are going to be elevated. This may be the reason for his resistant sinus infection |

Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
| --- | --- | --- | --- | --- | --- |
| 01/07/2020 | Levaquin 500 mg tablet | take 1 tablet by oral route every 24 hours | 10 | 0 | 01/16/2020 |

*Document generated by: Christopher S. Barber 01/07/2020 03:18 PM*

Electronically signed by Christopher S. Barber DO on 01/07/2020 03:19 PM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

04/20/2020 01:51 PM
Office Visit
Christopher S. Barber DO

This 49 year old male presents for Body aches and chills.

## History of Present Illness:

1. Body aches, chills

Michael Gilmore is a 49 y/o male who was seen via Telehealth for body aches and chills. He has been working from home for the last 3 weeks. He also reports that one of his wife's coworkers was diagnosed with COVID-19. His wife has not shown any symptoms of the COVID-10 virus, but for the last few days has had migraines. He reports nasal congestion and dripping, coughing, a sore throat, a weird taste in his mouth, and frequent headaches, that has been occurring since Thursday, April 16, 2020. He has taken over the counter medications (Ibuprofen) for this problem. He has been drinking a lot of fluids. His temperature at home has been between 99-100F. Patient has a history of DM that is in stable condition. He is compliant with his medications.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Current Tobacco Status

Smoking status: Never smoker.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 10 units SubQ qdaily | N |
| JARDIANCE 25MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | N |
| SERTRALINE 100MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| METFORMIN ER 500MG 24HR TABS | TAKE 2 TABLETS BY MOUTH TWICE DAILY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |

### Medication Reconciliation
Medications reconciled today.

### Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

### Physical Exam
GENERAL PHYSICAL EXAMINATION:
Patient appeared to be alert and not under any stress.

### Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Maxillary sinusitis, unspecified chronicity (J32.0). |
| | Patient Plan | We will prescribe the patient azithromycin 250mg po qday. He will notify us if his symptoms progress or worsen. Covid 19 could be a possibility. Pt is already quarantined. If symptoms worsen he will call |

Documentation entered by Rebekah M. Miller, acting as a scribe for Christopher Scott Barber DO on 04/20/2020 at 2:18 PM.

*Document generated by: Christopher S. Barber 04/20/2020 03:09 PM*

Electronically signed by Christopher S. Barber DO on 04/20/2020 03:10 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

05/11/2020 11:30 AM
Office Visit
Christopher S. Barber DO

This 49 year old male presents for neuropathy.

## History of Present Illness:

1. neuropathy

Michael Gilmore is a 49 y/o male who presents to the clinic c/o neuropathy onset several months ago. He reports his right leg is worse than the left. Numbness moves to the tips of his fingers, and he states he cannot feel his greater toe at all. He states it has affected his work performance, which has jeopardized his employment. Pt has a PMHx of DM, which is an uncontoolled chronic condition. He has not been using his Tresiba.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 10 units SubQ qdaily | N |
| JARDIANCE 25MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | N |
| SERTRALINE 100MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| METFORMIN ER 500MG 24HR TABS | TAKE 2 TABLETS BY MOUTH TWICE DAILY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:47 AM | 148/88 | 86 | | 98.9 | 6.0 | 1.00 | 255.00 | | 33.64 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Neuropathy (G62.9). |
| | Patient Plan | We will order a lower extremity nerve conduction study. Pt will notify us if symptoms worsen or persist. paper work was filled out. he will not work this month to get his bs stable |
| 2. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | Pt will have a CBC, CMP, FLP, and hemoglobin A1C ordered. Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will continue their Jardiance 25mg po qd, Metformin 500mg 2 tablets po bid, and Tresiba FlexTouch U-200 200unit/mL (3mL) 10 units SubQ qd. Pt will continue to monitor their BS readings regularly at home. Pt was advised to bring a list of his daily BS readings to me every week. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 05/11/2020 | Tresiba FlexTouch U-200 insulin 200 | 10 units SubQ qdaily | 1 | 5 | |

unit/mL (3 mL)
subcutaneous pen

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 05/11/2020 at 11:55 AM.

*Document generated by: Christopher S. Barber 05/11/2020 01:08 PM*

Electronically signed by Christopher S. Barber DO on 05/11/2020 01:09 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

05/18/2020 02:30 PM
Office Visit
Christopher S. Barber DO

This 49 year old male presents for 1 week fu on chronic conditions.

## History of Present Illness:

1. 1 week fu on chronic conditions

Michael Gilmore is a 49 y/o male who presents to the clinic for a 1 week follow up on chronic conditions. He has a PMHx of DM, which is a chronic condition. Pt is compliant with his medication. Pt has been dieting recently and lowering his carbohydrate and sugar intake. His lowest recorded BG was 229. Labs on 05/14/20 show his BG at 259, hemoglobin A1c at 10.0, and total cholesterol at 279.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| JARDIANCE 25MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | N |
| SERTRALINE 100MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| METFORMIN ER 500MG 24HR TABS | TAKE 2 TABLETS BY MOUTH TWICE DAILY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 10 units SubQ qdaily | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2:32 PM | 120/77 | 82 | | 97.2 | 6.0 | 1.00 | 255.00 | | 33.64 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will continue their metformin ER 500mg 2 tabs po bid and Jardiance 25mg po qd. Pt was advised to increase Tresiba FlexTouch U-200 200 unit/mL pen to 20 units subq qd. Pt will continue to monitor their BS readings regularly at home. |
| 2. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Pt was instructed to eat a diet low in saturated fats and to exercise regularly. Pt will continue their Crestor 40mg po qd and notify us of any side effects to their medications. |
| 3. | Assessment | Vitamin D deficiency (E55.9). |
| | Patient Plan | pt will start vit d 50,000 IU qweekly |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 05/18/2020 | Crestor 40 mg tablet | 1 po qhs | 30 | 5 | |
| 05/18/2020 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 20 units SubQ qdaily | 1 | 5 | |
| 05/18/2020 | Vitamin D2 1,250 mcg (50,000 unit) capsule | take 1 capsule by oral route every week | 4 | 5 | |

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 05/18/2020 at 2:50 PM.

*Document generated by: Christopher S. Barber 05/18/2020 04:34 PM*

Electronically signed by Christopher S. Barber DO on 05/18/2020 04:35 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

06/03/2020 11:45 AM
Office Visit
Christopher S. Barber DO

This 49 year old male presents for 1 week fu on chronic conditions.

## History of Present Illness:

1. 1 week fu on chronic conditions
Michael Gilmore is a 49 y/o male who presents to the clinic for a 1 week follow up visit for DM. Pt is dealing with hypercholest, vit d def, neuropathy and DM, which are chronic conditions. Pt is compliant with his medications. Pt reports his BG has been around 120-200 range when monitored at home. He states he had a spike in BG on one day due to accidentally eating maple sausage links. He has been watching his diet and trying to avoid sugar intake.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| JARDIANCE 25MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | N |
| SERTRALINE 100MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| METFORMIN ER 500MG 24HR TABS | TAKE 2 TABLETS BY MOUTH TWICE DAILY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| Vitamin D2 1,250 mcg (50,000 unit) capsule | take 1 capsule by oral route every week | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 30 units SubQ qdaily | N |
| gabapentin 300 mg capsule | 1 po qhs prn nerve pain | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:41 AM | 122/79 | 88 | | 97.2 | 6.0 | 1.00 | 261.00 | | 34.43 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | Pt will have a CBC, CMP, FLP, and hemoglobin A1C ordered. Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will continue their Jardiance 25mg po qd, metformin 500mg take 2 tablets po bid, and tresiba flextouch U-200 insulin 200 unit/mL subq pen inject 30 units subq qd. Pt will continue to monitor their BS readings regularly at home. |
| | Plan Orders | CBC w/diff to be performed, Comprehensive Metabolic Panel to be performed, Hemoglobin A1c to be performed, Lipid Panel to be performed, Microalbumin, Random Urine to be performed and PSA Screening to be performed. |
| 2. | Assessment | Neuropathy (G62.9). |

| | | |
|---|---|---|
| | Patient Plan | Pt is compliant with his Gabapentin 300mg po qhs prn and will continue to take it. |
| 3. | Assessment | Vitamin D deficiency (E55.9). |
| | Patient Plan | we will check a vit d level. he is currently taking it regularly |
| 4. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | we will recheck a flp in august pt is now on crestor |

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 06/03/2020 at 11:45 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 06/03/2020 at 12:02 PM.

*Document generated by: Christopher S. Barber 06/03/2020 12:06 PM*

Electronically signed by Christopher S. Barber DO on 06/03/2020 12:07 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

08/13/2020 10:15 AM
Office Visit
Christopher S. Barber DO

This 50 year old male presents for 2 month fu on chronic conditions.

## History of Present Illness:

1. 2 month fu on chronic conditions

Michael Gilmore is a 50 y/o male who presents to the clinic for a 2 month follow up visit for chronic conditions. He has hypercholesterolemia, DM, and neuropathy, which are stable chronic conditions. Pt is compliant with his medications. Pt reports that his neuropathy has worsened and is worse in the day. He denies any medical complaints at this time.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
| --- | --- | --- | --- | --- |
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Family history of Diabetes | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Anxiety | | N |
| Father | | | | Cardiovascular disease | | N |

| | | |
|---|---|---|
| Mother | Cardiovascular disease | N |

## Current Tobacco Status
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)
Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| Vitamin D2 1,250 mcg (50,000 unit) capsule | take 1 capsule by oral route every week | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| gabapentin 300 mg capsule | 1 po bid prn nerve pain | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 30 units SubQ qdaily | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |

## Medication Reconciliation
Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp | Ht ft | Ht in | Wt lb | Wt | BMI | BMI% | O2 Sat | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | F | | | | Oz | | (Rest) | |
| 10:24 AM | 139/77 | 78 | 97.7 | 6.0 | 1.00 | 257.00 | | 33.91 | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.

EAR CANAL & TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.

NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.

ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

### Completed Orders (this encounter)

| Order | Details | Reason | Interpretation | Result | Description | Side | Site | Completed By |
|---|---|---|---|---|---|---|---|---|
| A1C Glycosylated HB | | | see detail | 7.8 | | | | Sandra K. Clark, LPN |
| Lipid Panel | | | see detail | TC 135, TRG 150, HDL 45, LDL 60 | | | | Sandra K. Clark, LPN |

### Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Pt was instructed to eat a diet low in saturated fats and to exercise regularly. Pt will continue their Crestor 40mg 1 po qhs and notify us of any side effects to their medications. Pt had a FLP performed in office that showed his total cholesterol at 135 and LDL at 60. |
| | Plan Orders | The patient had the following test(s) completed today: Lipid Panel. |
| 2. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | Pt had a hemoglobin A1c checked while in office and it was 7.8. Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will continue their jardiance 25mg 1 po qd, metformin 500mg 2 po bid, and tresiba inject 32 units subq qd. Pt will continue to monitor their BS readings regularly at home. |
| | Plan Orders | The patient had the following test(s) completed today: A1C Glycosylated HB. |
| 3. | Assessment | Neuropathy (G62.9). |
| | Patient Plan | Pt will increase gabapentin to 200mg 1 po tid prn. |

### Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 08/13/2020 | gabapentin 300 mg capsule | 1 po tid prn nerve pain | 90 | 5 | |
| 08/13/2020 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 30 units SubQ qdaily | 6 | 1 | |

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 08/13/2020 at 10:40 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 08/13/2020 at 2:15 PM.

*Document generated by: Christopher S. Barber 08/13/2020 02:16 PM*

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

09/14/2020 08:15 AM
Office Visit
Christopher S. Barber DO

This 50 year old male presents for discuss disability.

## History of Present Illness:

1. discuss disability

Patient presents today to review his neuropathy. He needs some disability forms filled out for his long-term disability concerning this diabetic neuropathy. He still has moderately severe pain despite taking gabapentin 3 times a day. He states the gabapentin also makes him drowsy. It is however better than not taking the gabapentin. His job requires him to walk great distances and climb ladders. He has not been able to walk due to the lack of feeling in his bilateral feet. His workplace has not been able to find him any position that would be suitable for him given his current disability.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of | | N |

| | | |
|---|---|---|
| | Diabetes | |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 30 units SubQ qdaily | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:19 AM | 130/83 | 98 | | 97.2 | 6.0 | 1.00 | 262.00 | | 34.57 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenogegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

Neuro: Patient has no sensation with monofilament testing of his bilateral feet/toes

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Diabetic polyneuropathy associated with diabetes mellitus due to underlying condition (E08.42). |
| | Patient Plan | Patient will never regain sensation of his bilateral feet. He does not have any wounds today. His neuropathy pain will be addressed by trying Lyrica 150 mg 3 times a day. Patient will stop gabapentin. Perhaps he can tolerate the Lyrica with less sedation and better pain control. His disability forms were filled out to completion. I do not see him returning to his former occupation because of safety reasons. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 09/14/2020 | Lyrica 150 mg capsule | 1 po tid | 90 | 5 | |

*Document generated by: Christopher S. Barber 09/14/2020 09:32 AM*

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

11/18/2020 09:45 AM
Office Visit
Christopher S. Barber DO

This 50 year old male presents for 3 month fu on chronic conditions.

## History of Present Illness:

1. 3 month fu on chronic conditions

Michael Gilmore is a 50 y/o male who presents to the clinic for a 3 month follow up visit on chronic conditions. Pt has DM, vit d def and hypercholesterolemia, which are chronic conditions. Pt is compliant with his medications. His current BG is 137. Labs on 11/17/20 shows his BG at 208, hemoglobin A1c at 9.0, and total cholesterol at 116. Pt denies any other medical complaints at this time.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| Lyrica 150 mg capsule | 1 po tid | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 10 UNITS SUBCUTANEOUSLY EVERY DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:11 AM | 132/77 | 70 | | 98.0 | 6.0 | 1.00 | 268.00 | | 35.36 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65). |
| | Patient Plan | Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will increase their tresiba to inject 40 units subq qd. Pt will continue their Jardiance 25mg 1 po qd and metformin ER 500mg 2 po bid and will continue to monitor their BS readings regularly at home. Pt will follow up in 1 month with BG readings. |
| 2. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Pt was instructed to eat a diet low in saturated fats and to exercise regularly. Pt will continue their Crestor 40mg 1 po qhs and notify us of any side effects to their medications. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 11/18/2020 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 40 UNITS SUBCUTANEOUSLY EVERY DAY | 6 | 1 | |
| 11/18/2020 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 10 UNITS SUBCUTANEOUSLY EVERY DAY | 3 | 5 | 11/18/2020 |

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 11/18/2020 at 10:22 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 11/18/2020 at 12:22 PM.

*Document generated by: Christopher S. Barber 11/18/2020 12:22 PM*

Electronically signed by Christopher S. Barber DO on 11/18/2020 12:25 PM

**Blount Memorial Physician Group**
103 W Broadway Ave
Maryville, TN, 378014703

**GILMORE, MICHAEL FRANCIS**

Person #: 129772
Sex: M
DOB:

**Ordering:** Rahn MD, Charles L **Performing #:** Orchard **Location:** ETMG - CTC
**Tests Ordered :** Comprehensive Metabolic Panel (CMPN), Hemoglobin A1c (A1CP), Urine Culture (Includes Sensitivity) (URNC)

**URINE CULTURE (INCLUDES SENSITIVITY) (Collection Date: 06/14/2018 17:39, Status: Final)**
MICRO SOURCE CODE:URNC : UCC
URINE CLEAN-CATCH
Blount Memorial Accession ID: H77107

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CULTURE | >100,000 CFU/mL ESCHERICHIA COLIPerformed at Blount Memorial Hospital | | | | |
| ORGANISM 1 | >100,000 CFU/mL ESCHERICHIA COLI | | | | SUSCEPTIBILITY METHOD: MIC<br>AMPICILLIN: <=8 SUSCEPTIBLE<br>AMOXICILLIN/CLAVULANATE: <=8/4 SUSCEPTIBLE<br>AZTREONAM: <=8 SUSCEPTIBLE<br>CEFAZOLIN: <=8 SUSCEPTIBLE<br>CEFOXITIN: <=8 SUSCEPTIBLE<br>CEFTAZIDIME: <=1 SUSCEPTIBLE<br>CEFTRIAXONE: <=8 SUSCEPTIBLE<br>CIPROFLOXACIN: <=1 SUSCEPTIBLE<br>CEFEPIME: <=8 SUSCEPTIBLE<br>CEFUROXIME (PARENTERAL): <=4 SUSCEPTIBLE<br>NITROFURANTOIN: <=32 SUSCEPTIBLE<br>GENTAMICIN: <=4 SUSCEPTIBLE |

LEVOFLOXACIN:
<=2 SUSCEPTIBLE
MEROPENENEM:
<=4 SUSCEPTIBLE
PIPERACILLIN/TAZOBACTAM:
<=16 SUSCEPTIBLE
TRIMETHOPRIM/SULFA:
<=2/38 SUSCEPTIBLE
TETRACYCLINE:
<=4 SUSCEPTIBLE
TOBRAMYCIN:
<=4 SUSCEPTIBLE
AMPICILLIN/SULBACTAM:
<=8/4 SUSCEPTIBLE
IMIPENEM:
<=4 SUSCEPTIBLE

| | |
|---|---|
| REPORT STATUS | 06/17/2018 FINAL |
| SPECIAL REQUESTS | NONE |
| SPECIMEN DESCRIPTION | URINE CLEAN CATCH |

**GLYCOHEMOGLOBIN A1C (HEMOGLOBIN A1C) (Collection Date: 06/14/2018 17:39, Status: Final)**

Blount Memorial Accession ID: H77106

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ESTIMATED AVG. GLUCOSE | 306 | mg/dL | | | Performed at East TN Medical Group |
| GLYCOHEMOGLOBIN A1C | 12.3 | % | H | 4.2-5.8 | |

**COMPREHENSIVE METABOLIC PANEL (Collection Date: 06/14/2018 17:39, Status: Final)**

Blount Memorial Accession ID: H77106

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| GLUCOSE | 390 | mg/dL | H | 75-100 | |
| AST | 10 | U/L | | 5-40 | |
| ALT | 19 | U/L | | 7-56 | |
| TOTAL PROTEIN | 7.4 | g/dL | | 6.2-8.2 | |
| ALBUMIN | 4.1 | g/dL | | 3.5-4.8 | |
| CALCIUM | 9.6 | mg/dL | | 8.9-10.3 | |
| CHLORIDE | 98 | mmol/L | | 98-107 | |
| A:G RATIO | 1.2 | | | 1.2-2.2 | |
| ALKALINE PHOSPHATASE | 74 | U/L | | 38-126 | |
| ANION GAP | 11 | mmol/L | H | 4-10 | |
| BILIRUBIN, CONJ (DIRECT) | 0.1 | mg/dL | | 0.1-0.3 | |
| BILIRUBIN, TOTAL | 0.8 | mg/dL | | 0.4-2.0 | |

| | | | | | |
|---|---|---|---|---|---|
| BUN (UREA NITROGEN) | 17 | mg/dL | | 7-21 | |
| BUN:CREATININE RATIO | 18.9 | RATIO | | 7.0-20.0 | |
| CARBON DIOXIDE (CO2) | 25 | mmol/L | | 22-30 | |
| CORRECTED CALCIUM | NOT APPLICABLE | mg/dL | | 8.9-10.3 | Performed at Blount Memorial Hospital |
| CORRECTED SODIUM (Na) | 139 | mmol/L | | 137-145 | SODIUM CORRECTED FOR GLUCOSE VALUE |
| CREATININE | 0.90 | mg/dL | | 0.80-1.50 | |
| EST. GFR (AFRICAN AMERICAN) | >60 | mL/min/1.73m2 | | >60 | |
| EST. GFR (NON-AFRICAN AMER.) | >60 | mL/min/1.73m2 | | >60 | |
| GLOBULINS | 3.3 | g/dL | | 2.3-3.5 | |
| POTASSIUM (K) | 3.7 | mmol/L | | 3.6-5.0 | |
| SODIUM (Na) | 134 | mmol/L | L | 137-145 | |

**Blount Memorial Physician Group**
103 W Broadway Ave
Maryville, TN, 378014703

**GILMORE, MICHAEL FRANCIS**

Person #: 129772
Sex: M
DOB:

**Ordering:** Rahn MD, Charles L **Performing #:** Orchard **Location:** ETMG
**Tests Ordered :** Urine Culture (Includes Sensitivity) (URNC)

**URINE CULTURE (INCLUDES SENSITIVITY) (Collection Date: 06/16/2018 12:22, Status: Final)**
MICRO SOURCE CODE:URNC : UCC
URINE CLEAN-CATCH
Blount Memorial Accession ID: S64939

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CULTURE | >100,000 CFU/mL ESCHERICHIA COLIPerformed at Blount Memorial Hospital | | | | |
| ORGANISM 1 | >100,000 CFU/mL ESCHERICHIA COLI | | | | SUSCEPTIBILITY METHOD: MIC<br>AMPICILLIN: <=8 SUSCEPTIBLE<br>AMOXICILLIN/CLAVULANATE: <=8/4 SUSCEPTIBLE<br>AZTREONAM: <=8 SUSCEPTIBLE<br>CEFAZOLIN: <=8 SUSCEPTIBLE<br>CEFOXITIN: <=8 SUSCEPTIBLE<br>CEFTAZIDIME: <=1 SUSCEPTIBLE<br>CEFTRIAXONE: <=8 SUSCEPTIBLE<br>CIPROFLOXACIN: <=1 SUSCEPTIBLE<br>CEFEPIME: <=8 SUSCEPTIBLE<br>CEFUROXIME (PARENTERAL): <=4 SUSCEPTIBLE<br>NITROFURANTOIN: <=32 SUSCEPTIBLE<br>GENTAMICIN: <=4 SUSCEPTIBLE |

LEVOFLOXACIN:
<=2 SUSCEPTIBLE
MEROPENENEM:
<=4 SUSCEPTIBLE
PIPERACILLIN/TAZOBACTAM:
<=16 SUSCEPTIBLE
TRIMETHOPRIM/SULFA:
<=2/38 SUSCEPTIBLE
TETRACYCLINE:
<=4 SUSCEPTIBLE
TOBRAMYCIN:
<=4 SUSCEPTIBLE
AMPICILLIN/SULBACTAM:
<=8/4 SUSCEPTIBLE
IMIPENEM:
<=4 SUSCEPTIBLE

| | |
|---|---|
| REPORT STATUS | 06/18/2018 FINAL |
| SPECIAL REQUESTS | NONE |
| SPECIMEN DESCRIPTION | URINE CLEAN CATCH |

Patient: GILMORE, MICHAEL FRANCIS, DOB:

**Blount Memorial Physician Group**
103 W Broadway Ave
Maryville, TN, 378014703

**GILMORE, MICHAEL FRANCIS**

Person #: 129772
Sex: M
DOB:

**Ordering:** Greene DO, Jonathan F **Performing #:** Orchard **Location:** Foothills Family Care Center
**Tests Ordered :** C Diff Toxins (CDPCR), Stool Culture (STLC)

**STOOL CULTURE/SENSITIVITY, ROUTINE (Collection Date: 10/20/2018 10:00, Status: Final)**
MICRO SOURCE CODE:STLC : STOOL
STOOL
Blount Memorial Accession ID: S80407

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CULTURE | NORMAL FECAL FLORANEGATIVE FOR SHIGA TOXIN 1 AND 2 NO SALMONELLA, SHIGELLA, CAMPYLOBACTER, VIBRIO, YERSINIA, PLESIOMONAS, AEROMONAS, OR E. COLI 0157 ISOLATED. Performed at Blount Memorial Hospital, 907 E Lamar Alexander Pkwy, Maryville, TN 37804 | | | | |
| REPORT STATUS | 10/22/2018 FINAL | | | | |
| SPECIMEN DESCRIPTION | STOOL | | | | |

**C DIFF TOXINS (ORDER THIS ONE) (Collection Date: 10/20/2018 10:00, Status: Final)**
Blount Memorial Accession
ID: S80408

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CLOSTRIDIUM DF TOXIN B DNA,PCR | SPECIMEN REJECTED FOR C DIFFICILE | | A | NEGATIVE | TESTING. FORMED STOOL SUBMITTED. Performed at Blount Memorial Hospital, |

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| | | | | | Alcoa, TN 37701 |
| TRIGLYCERIDE | 262 | mg/dL | H | 40-160 | |

**COMPREHENSIVE METABOLIC PANEL (Collection Date: 05/14/2020 08:31, Status: Final)**
Blount Memorial Accession ID: H69305

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| GLUCOSE | 259 | mg/dL | H | 75-100 | |
| AST | 12 | U/L | | 5-40 | |
| ALT | 15 | U/L | | 7-56 | |
| TOTAL PROTEIN | 7.5 | g/dL | | 6.2-8.2 | |
| ALBUMIN | 4.3 | g/dL | | 3.5-4.8 | |
| CALCIUM | 9.5 | mg/dL | | 8.9-10.3 | |
| CHLORIDE | 98 | mmol/L | | 98-111 | |
| ALKALINE PHOSPHATASE | 59 | U/L | | 38-126 | |
| BILIRUBIN, TOTAL | 0.5 | mg/dL | | 0.4-2.0 | |
| BUN (UREA NITROGEN) | 21 | mg/dL | | 7-21 | |
| CARBON DIOXIDE (CO2) | 27 | mmol/L | | 22-30 | |
| CREATININE | 1.03 | mg/dL | | 0.80-1.50 | |
| EST. GFR (AFRICAN AMERICAN) | >60 | mL/min/1.73m2 | | >60 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| EST. GFR (NON-AFRICAN AMER.) | >60 | mL/min/1.73m2 | | >60 | |
| POTASSIUM (K) | 4.7 | mmol/L | | 3.6-5.0 | |
| SODIUM (Na) | 135 | mmol/L | L | 137-145 | |

**COMPLETE BLOOD COUNT (CBC WITH DIFF) (Collection Date: 05/14/2020 08:31, Status: Final)**
Blount Memorial Accession ID: H69305

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ABSOLUTE BASOPHIL | 0.0 | K/mcL | | 0.0-0.2 | |
| ABSOLUTE EOSINOPHIL | 0.1 | K/mcL | | 0.0-0.45 | |
| ABSOLUTE LYMPHOCYTE | 2.0 | K/mcL | | 1.0-4.8 | |
| ABSOLUTE MONOCYTE | 0.5 | K/mcL | | 0.0-0.8 | |
| ABSOLUTE SEGMENTED | 3.6 | K/mcL | | 1.8-7.0 | |
| BASOPHIL | 0.5 | % | | 0-2 | |
| CBC DIFFERENTAL TYPE | Automated differential accepted, | | | | slide scan not indicated. Performed |

Patient: GILMORE, MICHAEL FRANCIS, DOB:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| EOSINOPHIL | 2.2 | % | | 0.0-7.5 | |
| HCT | 49.6 | % | | 39.0-55.0 | |
| HEMOGLOBIN | 16.8 | g/dL | H | 13.9-16.3 | |
| LYMPHOCYTE | 31.8 | % | | 13.0-43.0 | |
| MCH | 30.8 | pg/cell | | 27-34 | |
| MCHC | 33.9 | g/dL | | 32-37 | |
| MCV | 90.7 | fL | | 80.0-100.0 | |
| MONOCYTE | 8.2 | % | | 2.0-11.0 | |
| MPV | 7.5 | fL | | 6.5-12.0 | |
| N.SEGMENTED | 57.3 | % | | 45-85 | |
| PLT | 216 | K/mcL | | 150-400 | |
| RBC | 5.47 | M/mcL | | 4.3-5.9 | |
| RDW | 13.7 | % | | 11.5-14.5 | |
| WBC | 6.3 | K/mcL | | 4.5-11.0 | |

<u>GLYCOHEMOGLOBIN A1C (HEMOGLOBIN A1C) (Collection Date: 05/14/2020 08:31, Status: Final)</u>

Blount Memorial Accession
ID: H69305

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| A1C BMPG | 10.0 | % | H | 4.2-5.8 | Current guidelines recommend a treatment goal of <7.0% in diabetic patients. Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

Patient: GILMORE, MICHAEL FRANCIS, DOB:

Blount Memorial Physician Group
103 W Broadway Ave
Maryville, TN, 378014703

GILMORE, MICHAEL FRANCIS

Person #: 129772
Sex: M
DOB:

**Ordering:** Barber DO, Christopher **Performing #:** Orchard **Location:** Foothills Family Care Center
**Tests Ordered :** CBC w/diff (CBC), Comprehensive Metabolic Panel (CMPN), Hemoglobin A1c (A1CP), Lipid Panel (LIPID), PSA Screening (PSASC), Microalbumin, Random Urine (MALBC)

**MICROALBUMIN,RANDOM URINE (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession ID:
T32357

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| MICROALBUMIN, RANDOM URINE | 0.9 | mg/dL | | <1.9 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

**PROSTATE SPECIFIC AG SCREEN (PSASC) (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession
ID: T32355

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| PSA AG | 0.30 | ng/mL | | 0.00-4.00 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

**LIPID PROFILE (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession
ID: T32352

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 116 | mg/dL | L | 130-199 | |
| HDL CHOLESTEROL | 41.3 | mg/dL | | 29-71 | |

| | | | | | |
|---|---|---|---|---|---|
| LDL CHOLESTEROL | 53 | mg/dL | | <100 | |
| NON HDL CHOLESTEROL | 74.7 | mg/dL | | | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| TRIGLYCERIDE | 109 | mg/dL | | 40-160 | |

**COMPREHENSIVE METABOLIC PANEL (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession
ID: T32352

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| GLUCOSE | 208 | mg/dL | H | 75-100 | |
| AST | 10 | U/L | | 5-40 | |
| ALT | 11 | U/L | | 7-56 | |
| TOTAL PROTEIN | 7.2 | g/dL | | 6.2-8.2 | |
| ALBUMIN | 4.2 | g/dL | | 3.5-4.8 | |
| CALCIUM | 9.8 | mg/dL | | 8.9-10.3 | |
| CHLORIDE | 103 | mmol/L | | 98-111 | |
| ALKALINE PHOSPHATASE | 54 | U/L | | 38-126 | |
| BILIRUBIN, TOTAL | 0.4 | mg/dL | | 0.4-2.0 | |
| BUN (UREA NITROGEN) | 18 | mg/dL | | 7-21 | |
| CARBON DIOXIDE (CO2) | 30 | mmol/L | | 22-30 | |
| CREATININE | 0.94 | mg/dL | | 0.80-1.50 | |
| EST. GFR (AFRICAN AMERICAN) | >60 | mL/min/1.73m2 | | >60 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| EST. GFR (NON-AFRICAN AMER.) | >60 | mL/min/1.73m2 | | >60 | |
| POTASSIUM (K) | 4.3 | mmol/L | | 3.6-5.0 | |
| SODIUM (Na) | 139 | mmol/L | | 137-145 | |

**COMPLETE BLOOD COUNT (CBC WITH DIFF) (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession
ID: T32352

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ABSOLUTE BASOPHIL | 0.0 | K/mcL | | 0.0-0.2 | |

| | | | | |
|---|---|---|---|---|
| ABSOLUTE EOSINOPHIL | 0.2 | K/mcL | 0.0-0.45 | |
| ABSOLUTE LYMPHOCYTE | 1.9 | K/mcL | 1.0-4.8 | |
| ABSOLUTE MONOCYTE | 0.6 | K/mcL | 0.0-0.8 | |
| ABSOLUTE SEGMENTED | 3.6 | K/mcL | 1.8-7.0 | |
| BASOPHIL | 0.6 | % | 0-2 | |
| CBC DIFFERENTAL TYPE | Automated differential accepted, | | | slide scan not indicated. Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| EOSINOPHIL | 2.5 | % | 0.0-7.5 | |
| HCT | 45.7 | % | 39.0-55.0 | |
| HEMOGLOBIN | 15.4 | g/dL | 13.9-16.3 | |
| LYMPHOCYTE | 30.2 | % | 13.0-43.0 | |
| MCH | 30.9 | pg/cell | 27-34 | |
| MCHC | 33.7 | g/dL | 32-37 | |
| MCV | 91.7 | fL | 80.0-100.0 | |
| MONOCYTE | 9.0 | % | 2.0-11.0 | |
| MPV | 7.8 | fL | 6.5-12.0 | |
| N.SEGMENTED | 57.7 | % | 45-85 | |
| PLT | 204 | K/mcL | 150-400 | |
| RBC | 4.99 | M/mcL | 4.3-5.9 | |
| RDW | 13.1 | % | 11.5-14.5 | |
| WBC | 6.3 | K/mcL | 4.5-11.0 | |

**GLYCOHEMOGLOBIN A1C (HEMOGLOBIN A1C) (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession
ID: T32352

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| A1C BMPG | 9.0 | % | H | 4.2-5.8 | Current guidelines recommend a treatment goal of <7.0% in diabetic patients. Performed at East TN Medical Group, 266 Joule |

St,
Alcoa, TN
37701

MICROALBUMIN,RANDOM URINE (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

PROSTATE SPECIFIC AG SCREEN (PSASC) (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

GLYCOHEMOGLOBIN A1C (HEMOGLOBIN A1C) (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

LIPID PROFILE (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

COMPREHENSIVE METABOLIC PANEL (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

COMPLETE BLOOD COUNT (CBC WITH DIFF) (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

Blount Memorial Hospital
266 Joule Street
Alcoa TN,

Radiology Department
(865) 984-3864

# Diagnostic Report
## Status: Final

| | |
|---|---|
| **Name:** GILMORE, MICHAEL, FRANCIS | **MRN:** 001071918 |
| **Accession:** 2117819 | **DOB:** 7/8/70 |
| **Exam Completed:** 01/16/2019 9:44 AM EST | **Sex:** M |
| **EXAM(S):** CT ABDOMEN PELVIS WO CONTRAST | **Account #:** 9719230 |

**ORDERING PHYSICIAN** : BARBER, CHRISTOPHER

REASON FOR EXAM: N20.0 Calculus of kidney

CLINICAL INFORMATION:
Left flank pain.

TECHNICAL NOTE:
As requested, the exam was performed without oral or IV contrast, which decreases the sensitivity and specificity of the exam for the detection and characterization of some pathologic abnormalities. Contiguous axial images from the hemidiaphragms through the symphysis pubis. Coronal and sagittal reformatted images were generated from the axial data. Iterative reconstruction and automatic exposure control (AEC) were used for radiation dose reduction.

COMPARISON:
None.

FINDINGS:

VISUALIZED LOWER CHEST:
Except for a benign calcified left lower lobe granuloma, the lung bases appear clear.

SOLID ORGANS (liver, spleen, pancreas, adrenal glands):
No apparent abnormality.

GALLBLADDER AND BILIARY SYSTEM:
Gallbladder non-distended without evidence of surrounding inflammation. No biliary ductal dilatation to suggest biliary obstruction.

GASTROINTESTINAL STRUCTURES (stomach, small bowel, colon):
No evidence of bowel inflammation, bowel obstruction, or other significant bowel abnormality.

APPENDIX:
Normal.

KIDNEYS AND URETERS:
No renal/ureteral calculus or hydronephrosis on either side.

PERITONEUM:
No ascites or pneumoperitoneum.

LYMPH NODES:
No lymphadenopathy in the abdomen, pelvis, or retroperitoneum.

ABDOMINAL AORTA:
Normal.

VISUALIZED BONES:
No significant abnormality.

PELVIS:
No apparent abnormality of the prostate gland or urinary bladder.

IMPRESSION(S):

No significant pathologic abnormality is identified in the abdomen, pelvis, or retroperitoneum on this unenhanced exam. Specifically, no renal/ureteral calculus or hydronephrosis on either side. The cause of Mr. Gilmore's left flank pain is not identified.

Dictated on: 1/16/2019 9:54 AM
Interpreted by: Kevin Sentell, M.D.
Transcribed by: Powerscribe 360
Signed by: Kevin Sentell, M.D.

Electronically Signed By: Barber, Christopher S DO 02/05/2019 08:52:18 AM

**Blount Memorial** Hospital

Radiology Department
n/a

*907 East Lamar Alexander Pkwy FOB*
*Maryville TN,37804*

## Diagnostic Report
## Status: Final

| | |
|---|---|
| **Name:** GILMORE, MICHAEL, FRANCIS | **MRN:** 001071918 |
| **Accession:** 2126812 | **DOB:** 7/8/70 |
| **Exam Completed:** 02/04/2019 1:02 PM EST | **Sex:** M |
| **EXAM(S):** NM SPECT CARDIOLITE 1 DAY | **Account #:** 9731966 |

**ORDERING PHYSICIAN** : BARBER, CHRISTOPHER

REASON FOR EXAM: R94.31 Abnormal electrocardiogram [ECG] [EKG] 1DAY CARDIOLITE TREADMILL

This is a rest and stress exercise myocardial perfusion study performed in a 48 -year-old male for evaluation of evaluation of an abnormal EKG,

The patient was given 10.8 mCi of sestamibi intravenously for rest imaging. Following rest imaging, the patient exercised utilizing a Bruce for 5 minutes. The patient's resting ECG shows nonspecific ST segment abnormalities with small inferior Q waves and T wave inversions in leads II, 3, and aVF. With exercise, there were occasional ventricular premature contractions, no complaints of angina, and no significant ST-T wave abnormalities to suggest ischemia. The stress electrocardiogram was interpreted as negative for ischemia. One minute prior to the termination of exercise, the patient received 28.4 mCi of sestamibi intravenously for stress imaging. Gated SPECT images were obtained in the oblique coronal, oblique sagittal, and transverse projections.

FINDINGS:
There is no increased uptake of tracer in the lungs on raw images, and no transient ischemic dilatation is noted. Review of static images demonstrates homogeneous uptake of tracer in all left ventricular wall segments with no defects noted to suggest ischemia. . Review of gated images demonstrates normal left ventricular wall motion and thickening. The ejection fraction is calculated at 71 percent.

CONCLUSION:
1. Technically satisfactory exercise sestamibi nuclear stress test.
2. Normal rest and stress exercise myocardial perfusion study with no reversible perfusion defects noted to suggest ischemia
3. Normal left ventricular wall motion and thickening and an ejection fraction of 71 percent.

Dictated on: 2/4/2019 5:25 PM
Interpreted by: Susan Souther, M.D.
Transcribed by: Powerscribe 360
Signed by: Susan Souther, M.D.

BLOUNT MEMORIAL HOSPITAL
Maryville, TN
SLEEP STUDY REPORT

MR#: 1071918 NAME: Gilmore, Michael F MSV: SLPC
ACC#: 9425195 ADMIT DATE: 2/19/2018
DATE OF BIRTH:

STUDY TYPE: DIAGNOSTIC POLYSOMNOGRAM
DATE OF SERVICE: 2/19/2018

REFERRING PHYSICIAN: Dr. Christopher Barber
PRIMARY CARE PHYSICIAN: Dr. Christopher Barber
INTEPRETING PHYSICIAN: Dr. Ousama Dabbagh

AGE: 47
BMI: 35.9
ESS: 20

INDICATION: Hypersomnia.

HISTORY: This is a 47 year old male with body mass index of 35.9 with past medical history of depression who is complaining of excessive daytime sleepiness with ESS of 20.

MEDICATIONS: Sertraline and Zolpidem taken

SLEEP SUMMARY: This is a monitored overnight diagnostic PSG (polysomnogram) reviewed epoch by epoch using standard 10/20 EEG montage, EOG's, chin and legs EMG's, oximeter, EKG, RIP belts, nasal pressure, thermistor, body position and snoring. The study was performed at Blount Memorial Sleep Health Center between 11:02 PM and 5:59 AM with total recording time (TRT) of 417.0 minutes. Sleep period time (SPT) was 311.0 minutes with total sleep time (TST) of 275.5 minutes indicating sleep efficiency of 66.1%. Sleep onset latency was 59.5 minutes with wake after sleep onset of 85.5 minutes. There were 22 awakenings.

SLEEP ARCHITECTURE SUMMARY: The patient was in stage Wake for 141.5 minutes, in stage N1 for 17.0 minutes which is 6.2% of TST, in stage N2 for 182.5 minutes (66.2%), in stage N3 for 53.0 minutes (19.2%), in stage REM for 23.0 minutes (8.3%), and in supine position 0.0 minutes and supine REM for 0.0 minutes. There were 2 REM episodes with REM latency of 155.5 minutes. The patient had supine sleep of 0.0% of SPT and supine REM sleep of 0.0% of SPT.

AROUSAL SUMMARY: The patient had a total of 130 arousals (28.3/hr of sleep) including 25 spontaneous arousals (5.4/hr) and 25 periodic limb movement arousals (5.4/hr).

RESPIRATORY EVENT SUMMARY: Hypopnea criterion used is peak signal excursion drop of at least 30% of pre-event baseline using nasal pressure signal for at least 10 seconds accompanied with at least 3% oxygen desaturation or arousal. There were 0 obstructive apneas, 1 central apneas, 1 mixed apneas and 62 hypopneas with AHI of 13.9 and 0 RERA events with RDI of 13.9. Supine AHI of 0.0 and non-supine AHI of 13.9. REM AHI was 7.8 and non-REM AHI was 14.5. There were 0 Cheyne-Stokes breathing events and 0 hypoventilation events noted.

OXYGEN SATURATION SUMMARY: Mean wake oxygen saturation was 94%. Mean sleep oxygen saturation was 93%, ranging between 80% and 97%. Mean REM oxygen saturation was 93. The 4% desaturation index was 4.7, and the patient spent 4.6 minutes with oxygen saturation less than 89%, and 7.8 minutes with oxygen saturation less than 90%.

LIMB MOVEMENT SUMMARY: There were 69 periodic limb movements with an index of 15.0 and arousal index of 5.4.

EKG SUMMARY: Mean wake heart rate was 72.3 beats per minute. Mean sleep heart rate was 70.4 beats per minute. The heart rate ranged between 59.0 and 93.0 beats per minute. Patient had asymptomatic PACs, PVCs

SNORING SUMMARY: Moderate snoring.

PARASOMNIA, ABNORMAL MOVEMENT AND BEHAVIOR SUMMARY: None noted.

IMPRESSION:

**This is an abnormal sleep study; the abnormality consistent of**

1. **Decreased sleep efficiency**
2. **Prolonged sleep onset latency**
3. **Prolonged stage REM latency**
4. **Multiple apneic- hypopneic events with an apnea hypopnea index of 13.9 per hour and respiratory disturbance index of 13.9 per hour consistent with obstructive sleep apnea**
5. **High index of periodic leg movements of sleep at 15 per hour**
6. **Sleep disruption with arousal index of 28.3 per hour**
7. **Oxygen desaturation to nadir of 80 % with total desaturation time of 7.8 minutes**
8. **Asymptomatic PACs, PVCs**
9. **Snoring**

**Final recommendations**

1. **CPAP/BiPAP titration**
2. **Periodic leg minutes of sleep can be seen in patient with restless leg syndrome and should be clinically evaluated: this would be discussed at sleep clinic with the patient**

Electronically signed by: Dr. Ousama Dabbagh
February 22, 2018

CC: Dr. Christopher Barber

**Blount Memorial**
Sleep Health Center

710 Morganton Square Drive
Maryville, TN 37801

## POLYSOMNOGRAHY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Gilmore, Michael F | **Study Date:** | 2/19/2018 | **MR#:** | 1071918 |
| **DOB:** | | **BMI:** | 35.9 | **Rec ID:** | MG021918-2252BED5 |
| **Height:** | 73.0 inches | **Age:** | 47 | **Tech:** | Nelda Kagley, RPSGT |
| **Weight:** | 272.0 lbs. | **Gender:** | Male | **ESS:** | 20 |
| **Sleep Provider:** | Dr. Ousama Dabbagh | | | **Scorer:** | Whitney Hood, RPSGT |
| **Referring Physician:** | Dr. Christopher Barber | **Primary Physician:** | | | Dr. Christopher Barber |
| **Interpreting Physician:** | Dr. Ousama Dabbagh | | | | |

### SLEEP SUMMARY

| | |
|---|---|
| Lights Out: (Clock Time) | 11:02 PM |
| Lights On: (Clock Time) | 5:59 AM |
| Total Recording Time: (Lights Out to Lights On) | 417.0 min |
| Total Sleep Time: | 275.5 min |
| Sleep Period Time: | 311.0 min |
| Percent Sleep Efficiency: | 66.1 % |
| Sleep Latency: (Lights Out to first epoch of sleep) | 59.5 min |
| Stage R Latency: (Sleep Onset to first epoch of R) | 155.5 min |
| Number of Awakenings (NW): | 22 |

### SLEEP STAGE SUMMARY

| STAGE | Duration (min) | % SPT | %TST |
|---|---|---|---|
| Stage W | 141.5 | * | * |
| WASO | 85.5 | * | * |
| Wake During Sleep (WDS) | 39.0 | 12.5 | * |
| Stage N1 | 17.0 | 4.3 | 6.2 |
| Stage N2 | 182.5 | 58.7 | 66.2 |
| Stage N3 | 53.0 | 17.0 | 19.2 |
| Stage R | 23.0 | 7.4 | 8.3 |
| Total NREM | 252.5 | 80.1 | 91.7 |
| Supine | 0.0 | 0.0 | 0.0 |
| Supine REM | 0.0 | 0.0 | 0.0 |
| Supine NREM | 0.0 | 0.0 | 0.0 |
| Non-Supine | 275.5 | 88.6 | 100.0 |
| Non-Supine REM | 23.0 | 7.4 | 8.3 |
| Non-Supine NREM | 252.5 | 81.2 | 91.7 |

% TST



Stage N1 Stage N3
Stage N2 Stage R

Number of REM Periods: 2



Patient: Gilmore, Michael F    MR#: 1071918    Study Date: 2/19/2018

RESPIRATORY DISTURBANCE SUMMARY

| AHI | 13.9 |
|---|---|

| | Apnea | | | Hypopnea | Total | |
|---|---|---|---|---|---|---|
| | # Obst. | # Central | # Mixed | # | # | Index |
| REM Events | 0 | 1 | 0 | 2 | 3 | 7.8 |
| Supine | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Non-Supine | 0 | 1 | 0 | 2 | 3 | 7.8 |
| NREM Events | 0 | 0 | 1 | 60 | 61 | 14.5 |
| Supine | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Non-Supine | 0 | 0 | 1 | 60 | 61 | 14.5 |
| Wake Events | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Supine | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Non-Supine | 0 | 0 | 0 | 0 | 0 | 0.0 |
| TOTAL EVENTS (inc. Wake) | 0 | 1 | 1 | 62 | 64 | 9.2 |
| **REM+NREM Event Total** | **0** | **1** | **1** | **62** | **64** | **13.9** |
| Supine Event Total (REM+NREM) | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Non-Supine Event Total (REM+NREM) | 0 | 1 | 1 | 62 | 64 | 13.9 |

| | |
|---|---|
| Apnea Index | 0.4 |
| Hypopnea Index | 13.5 |
| OA Index | 0.0 |
| CA Index | 0.2 |
| MA Index | 0.2 |

| | |
|---|---|
| **APNEA + HYPOPNEA INDEX (AHI)** | **13.9** |
| **RESPIRATORY DISTURBANCE INDEX (RDI)** | **13.9** |
| RERA Count | 0 |
| RERA Index | 0.0 |

| | |
|---|---|
| Occurrence of Cheyne Stokes breathing | No |
| Occurrence of Hypoventilation | No |

| | |
|---|---|
| Cheyne Stokes Breathing Events | 0 |
| Number of Hypoventilation Events | 0 |

AROUSAL SUMMARY

| | Count | Index |
|---|---|---|
| Apnea | 1 | 0.2 |
| Hypopnea | 53 | 11.5 |
| Snore | 0 | 0.0 |
| Desaturation | 5 | 1.1 |
| Spontaneous | 25 | 5.4 |
| Limb Movement | 20 | 4.4 |
| Periodic Limb Movement | 25 | 5.4 |
| Respiratory RLM | 1 | 0.2 |
| TOTAL | 130 | 28.3 |

LIMB MOVEMENT SUMMARY

| | Count | Index |
|---|---|---|
| Limb Movements | 65 | 14.2 |
| Periodic Limb Movements | 69 | 15.0 |
| Respiratory Related LLM | 35 | 7.6 |
| **TOTAL** | 169 | 36.8 |

REM BEHAVIOR DISORDER

| | Count |
|---|---|
| Phasic RBD | 0 |
| Tonic RBD | 0 |

OXYGEN SATURATION SUMMARY

| | Mean | Max | Min |
|---|---|---|---|
| Sleep | 93 | 97 | 80 |
| REM | 93 | 96 | 91 |
| NREM | 93 | 97 | 80 |
| Wake | 94 | 98 | 88 |
| All Stages | 93 | 98 | 80 |

| | Count | Index |
|---|---|---|
| All Desaturations | 33 | 4.7 |
| NREM Desaturations | 31 | 7.4 |
| REM Desaturations | 2 | 5.2 |
| Wake Desaturations | 0 | 0.0 |

**Lowest Desaturation (All Stages):** 80.0%

| | |
|---|---|
| Minutes TRT SaO2 < 90%: | 7.8 |
| Minutes TRT SaO2 < 89%: | 4.6 |

| | |
|---|---|
| % TRT SaO2 < 90%: | 1.9 |
| % TRT SaO2 < 89%: | 1.1 |

Patient: Gilmore, Michael F MR#: 1071918 Study Date: 2/19/2018

**ECG SUMMARY**

| | Mean | Max | Min |
|---|---|---|---|
| Sleep | 70.4 | 83.0 | 59.0 |
| REM | 67.3 | 79.0 | 59.0 |
| NREM | 70.7 | 83.0 | 63.0 |
| Wake | 72.3 | 93.0 | 63.0 |
| All Stages | 71.0 | 93.0 | 59.0 |

| | | |
|---|---|---|
| Bradycardia: | No | Lowest heart rate |
| Asystole: | No | Longest pause |
| Sinus tachycardia during sleep: | No | Highest heart rate |
| Narrow complex tachycardia: | No | Highest heart rate |
| Wide complex tachycardia: | No | Highest heart rate |
| Atrial fibrillation: | No | |
| Occurrence of other arrhythmias: | yes | If yes, list: PACS |

**HYPOPNEA CRITERIA:**

1. Recommended criteria-peak signal excursions drop by >/=30% of pre-event baseline, duration of >/= 30% drop in signal excursion is >/=10 seconds, and >/=3% oxygen desaturation or associated with an arousal

**SUMMARY STATEMENTS:**

Findings related to sleep diagnosis:
EEG abnormalities:
ECG abnormalities: PACs (505), Please review EKG
Behavioral Observations: Increase sleep & rEM Latency, Increase Wake,High WASO, Decrease 3 & REM Fragmented Sleep Stages, Increase Arousals &PLMs, Bathroom 1x, No o2 Sertraline and Zolpidem taken, No abnormal behaviors. Moderate snores

**PARAMETERS:**

**Channel name**
F3, F4, C3, C4, O1, O2, M1, M2, E1, E2, ChinA, ChinR, ChinL, L LEG, R LEG, SNORE1, Snore Sensor, FLOW2
Thermistor, EKG, PSNORE, PFLOW, CHEST, CHEST1, ABDM, ABDM2, SAO2, HEARTRATE, PLESMO, CFLOW, CPRESS
XFlow, XSum, RR, Position, Phase, RMI, MDrive Light
RMI, Phase, ChinR, ChinL, ChinA

**SCORING INFORMATION:**

Electroencephalogram (EEG) Derivation
Electrooculogram (EOG) Derivation:
Electromyogram (EMG) Derivation:
Airflow parameters:
Effort parameters:

**EXHIBIT NO. 1F**
**PAGE: 111 OF 129**




Name: GILMORE, MICHAEL DOB: Date:

**Lincoln/Gilmore 0690**




Name: GILMORE, MICHAEL DOB: Date:

Recording Code: MG021916-22528ED5 Patient Name: Gilmore, Michael
Recording Date: 2/19/2018 Birth date: 7/8/1970 MedRec: ___

56, W'




Name: GILMORE, MICHAEL DOB: Date:

**Blount Memorial**
Sleep Health Center
710 Morganton Square Drive
Maryville, TN 37801

## Technical Notes

**Date:** 2-19-18
**Patient:** Michael Gilmore
**Study Type:** PSG
**Sleep Provider:** Dabbagh
**Referring:** C. Barber
**Interpreting:** Dabbagh

**DOB:**
**Rm:** 10
**ESS: 20**
**INS:** Aetna
**PCP:** C. Barber

**Summary:** Pt arrived unaccompanied to the sleep center at 7:30 am. Pt says that he has been out of work now for approx 1 month. Pt goes by "Mike". Pt says that he doesn't sleep on his back and goes to bed around 9:00 - 10:00 pm. Lights Out was at 11:02 pm. Bed flat 2 pillow. Pt had the tv on 60 minute timer. Fan in his room like at home. Sleep onset noted at 11:52 pm which is a 50 minute sleep latency. Tech notes apneas, hypopneas, Reras and IFL noted with desats and arousals to 87%. Severity increased during rem sleep. Pt slept in both lateral positions as well as prone. Rem onset noted while right side at 11:52 pm. Two rem periods. Delta sleep noted. One Bathroom breaks noted at 5:20 am. Lights On was at 5:59 am. Pt felt OK to drive. Pt had coffee and left the sleep center at 6:35 am.

**Snore Summary:** Moderate snore heard while supine.

**Respiratory Events:** Apneas, hypopneas, Reras and IFL noted with desats and arousals to 87%. Severity increased during supine.

**O2 Summary:** N/A

**SaO2 Summary:** SaO2 baseline at Lights Out was 99%; Nadir was 87% while rem supine

**Mask Summary:** Pt practiced with the DreamWear (M), N20 (m) nasal mask, and Airfit FFM F20 (M) with m/l headgear. Pt said he liked the full face mask best.

**EKG:** Brady. PACs. PAC couplet – epoch 358. PVC

**PLMS/RLS:** Nothing signficant.

**Medications:** At 9:40 am, pt took his nighttime to include the following: Sertraline 50 mg and Zolpidem 10 mg.

**Technical Difficulty:** Sweat artifact.

**Tech Signature:** Nelda Kagley, RST, RPSGT
Nelda Kagley, RST, RPSGT

3SS001

3SS001

BLOUNT MEMORIAL HOSPITAL
Maryville, TN
SLEEP STUDY REPORT

MR#: 1071918 NAME: Gilmore, Michael F MSV: SLPC
ACC#: 9425195 ADMIT DATE: 2/23/2018
DATE OF BIRTH:

STUDY TYPE: CPAP TITRATION POLYSOMNOGRAM
DATE OF SERVICE: 2/23/2018

REFERRING PHYSICIAN: Dr. Christopher Barber
PRIMARY CARE PHYSICIAN: Dr. Christopher Barber
INTEPRETING PHYSICIAN: Dr. Ousama Dabbagh

AGE: 47
BMI: 35.9
ESS: 20

INDICATION: Hypersomnia.

HISTORY: This is a 47 year old male with body mass index of 35.9 **With obstructive sleep apnea with AHI 13.9 per hour, RDI 13.9 per hour ; the patient is undergoing CPAP/BiPAP titration**

.

MEDICATIONS: Sertraline and Zolpidem taken

SLEEP SUMMARY: This is a monitored overnight CPAP titration polysomnogram reviewed epoch by epoch using standard 10/20 EEG montage, EOG's, chin and leg EMG's, oximeter, EKG, RIP belts, nasal pressure, PAP flow device, body position and snoring. The study was performed at Blount Memorial Sleep Health Center between 9:48 PM and 5:09 AM with total recording time (TRT) of 441.5 minutes. Sleep period time (SPT) was 97.5 minutes with total sleep time (TST) of 79.5 minutes indicating sleep efficiency of 18.0%. Sleep onset latency was 210.0 minutes and wake after sleep onset (WASO) was 153.0 minutes. There were 4 awakenings.

SLEEP ARCHITECTURE SUMMARY: The patient was in stage Wake for 362.0 minutes, in stage N1 for 5.0 minutes which is 6.3% of TST, in stage N2 for 17.0 (21.4%), in stage N3 for 43.0 minutes (54.1%), in stage REM for 14.5 minutes (18.2%), in supine position for 0.5 minutes, and in supine REM for 0.0 minutes. There were 1 REM episodes with REM latency of 83.0 minutes. The patient had supine sleep of 0.5% of SPT and supine REM sleep of 0.0% of SPT.

AROUSAL SUMMARY: The patient had a total of 14 arousals (10.6/hr of sleep) including 9 spontaneous arousals (6.8/hr) and 4 periodic limb movement arousals (3.0/hr).

RESPIRATORY EVENT SUMMARY: Hypopnea criterion used is peak signal excursion drop of at least 30% of pre-event baseline using PAP device flow for at least 10 seconds accompanied with at least

3% oxygen desaturation or arousal. There were 0 obstructive apneas, 1 central apneas, 0 mixed apneas and 0 hypopneas with AHI of 0.8 and 0 RERA events with RDI of 0.8. Supine AHI of 0.0 and non-supine AHI of 0.8. REM AHI was 0.0 and non-REM AHI was 0.9. There were 0 Cheyne-Stokes breathing events and 0 hypoventilation events noted.

OXYGEN SATURATION SUMMARY: Mean wake oxygen saturation was 93%. Mean sleep oxygen saturation was 92%, ranging between 88% and 96%. Mean REM oxygen saturation was 91. The 4% desaturation index was 0.7, and the patient spent 6.3 minutes with oxygen saturation less than 89%, and 15.8 minutes with oxygen saturation less than 90%.

LIMB MOVEMENT SUMMARY: There were 66 periodic limb movements with an index of 49.8 and arousal index of 3.0.

EKG SUMMARY: Mean wake heart rate was 71.6 beats per minute. Mean sleep heart rate was 70.3 beats per minute. The heart rate ranged between 58.0 and 97.0 beats per minute. Patient was in normal sinus rhythm. No other arrhythmia noted.

SNORING SUMMARY: No snoring.

PARASOMNIA, ABNORMAL MOVEMENT AND BEHAVIOR SUMMARY: None noted.

CPAP/BPAP TITRATION SUMMARY: The patient was titrated on CPAP between 6 and 10 cm H2O. Trial of BIPAP 10/6cm. The preferred mask used was medium size AirFit F20 full facemask. Heated humidity and EPR-2 were added for patient's comfort.

IMPRESSION:

**This is a CPAP/BiPAP titration study with the following findings**

1. **Correction of snoring**
2. **Severely reduced sleep efficiency at 18 percent**
3. **Correction of apnea and hypopnea**
4. **Correction of oxygen desaturation**
5. **High index of periodic leg movements of sleep at 49.8 per hour**
6. **CPAP tried between pressures of 6 and 10, BiPAP was attempted briefly;most optimal pressure was CPAP with pressure of 8 centimeter of water**

**FINAL RECOMMENDATIONS**

1. **patient had very low sleep efficiency however CPAP of 8 appeared to be the best pressure therefore we will consider a trial of CPAP At a pressure of 8 centimeter of water**
2. **patient may need re-titration study if the above setting was not clinically beneficial**
3. **Periodic leg minutes of sleep can be seen in patient with restless leg syndrome and should be clinically evaluated; this would be discussed at sleep clinic with the patient**

Electronically signed by: Dr. Ousama Dabbagh
February 28, 2018
CC: Dr. Christopher Barber

**Blount Memorial**
Sleep Health Center

**710 Morganton Square Drive**
**Maryville, TN 37801**

## CPAP REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Gilmore, Michael F | **Study Date:** | 2/23/2018 | **MR#:** | 1071918 |
| **DOB:** | | **BMI:** | 35.9 | **Rec ID:** | MG022318-214410 |
| **Height:** | 73.0 inches | **Age:** | 47 | **Tech:** | Melissa Housley, RST, RPSGT |
| **Weight:** | 272.0 lbs. | **Gender:** | Male | **ESS:** | 20 |
| **Sleep Provider:** | Brandon Mclin, PA | | | **Scorer:** | Whitney Hood,RPSGT |
| **Referring Physician:** | Dr. Christopher Barber | **Primary Physician:** | | | Dr. Christopher Barber |
| **Interpreting Physician:** | Dr. Ousama Dabbagh | | | | |



### SLEEP SUMMARY

| | |
|---|---|
| Lights Out: (Clock Time) | 9:48 PM |
| Lights On: (Clock Time) | 5:09 AM |
| Total Recording Time: (Lights Out to Lights On) | 441.5 min |
| Total Sleep Time: | 79.5 min |
| Sleep Period Time: | 97.5 min |
| Percent Sleep Efficiency: | 18.0 % |
| Sleep Latency: (Lights Out to first epoch of sleep) | 210.0 min |
| Stage R Latency: (Sleep Onset to first epoch of R) | 83.0 min |
| Number of Awakenings (NW): | 4 |

### SLEEP STAGE SUMMARY

| STAGE | Duration (min) | % SPT | %TST |
|---|---|---|---|
| Stage W | 362.0 | * | * |
| WASO | 153.0 | * | * |
| Wake During Sleep (WDS) | 19.0 | 19.5 | * |
| Stage N1 | 5.0 | 4.1 | 6.3 |
| Stage N2 | 17.0 | 17.4 | 21.4 |
| Stage N3 | 43.0 | 44.1 | 54.1 |
| Stage R | 14.5 | 14.9 | 18.2 |
| Total NREM | 65.0 | 65.6 | 81.8 |
| Supine | 0.5 | 0.5 | 0.6 |
| Supine REM | 0.0 | 0.0 | 0 0 |
| Supine NREM | 0.5 | 0.5 | 0.6 |
| Non-Supine | 79.0 | 81.0 | 99.4 |
| Non-Supine REM | 14.5 | 14.9 | 18.2 |
| Non-Supine NREM | 64.5 | 66 2 | 81.1 |

**% TST**



**Stage N1** **Stage N3**
**Stage N2** **Stage R**

Number of REM Periods: 1



Patient: Gilmore, Michael F MR#: 1071918 Study Date: 2/23/2018

RESPIRATORY DISTURBANCE SUMMARY

AHI 0.8

| | Apnea | | | Hypopnea | Total | |
|---|---|---|---|---|---|---|
| | # Obst. | # Central | # Mixed | # | # | Index |
| REM Events | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Supine | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Non-Supine | 0 | 0 | 0 | 0 | 0 | 0.0 |
| NREM Events | 0 | 1 | 0 | 0 | 1 | 0.9 |
| Supine | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Non-Supine | 0 | 1 | 0 | 0 | 1 | 0.9 |
| Wake Events | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Supine | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Non-Supine | 0 | 0 | 0 | 0 | 0 | 0.0 |
| TOTAL EVENTS (inc. Wake) | 0 | 1 | 0 | 0 | 1 | 0.1 |
| **REM+NREM Event Total** | **0** | **1** | **0** | **0** | **1** | **0.8** |
| Supine Event Total (REM+NREM) | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Non-Supine Event Total (REM+NREM) | 0 | 1 | 0 | 0 | 1 | 0.8 |

| | |
|---|---|
| Apnea Index | 0.8 |
| Hypopnea Index | 0.0 |
| OA Index | 0.0 |
| CA Index | 0.8 |
| MA Index | 0.0 |

| | |
|---|---|
| **APNEA + HYPOPNEA INDEX (AHI)** | **0.8** |
| **RESPIRATORY DISTURBANCE INDEX (RDI)** | **0.8** |
| RERA Count | 0 |
| RERA Index | 0.0 |

| | |
|---|---|
| Occurrence of Cheyne Stokes breathing | No |
| Occurrence of Hypoventilation | No |
| Cheyne Stokes Breathing Events | 0 |
| Number of Hypoventilation Events | 0 |

**AROUSAL SUMMARY**

| | Count | Index |
|---|---|---|
| Apnea | 1 | 0.8 |
| Hypopnea | 0 | 0.0 |
| Snore | 0 | 0.0 |
| Desaturation | 0 | 0.0 |
| Spontaneous | 9 | 6.8 |
| Limb Movement | 0 | 0.0 |
| Periodic Limb Movement | 4 | 3.0 |
| Respiratory RLM | 0 | 0.0 |
| **TOTAL** | 14 | 10.6 |

**LIMB MOVEMENT SUMMARY**

| | Count | Index |
|---|---|---|
| Limb Movements | 15 | 11.3 |
| Periodic Limb Movements | 66 | 49.8 |
| Respiratory Related LLM | 1 | 0.8 |
| **TOTAL** | 82 | 61.9 |

**REM BEHAVIOR DISORDER**

| | Count |
|---|---|
| Phasic RBD | 0 |
| Tonic RBD | 0 |

**OXYGEN SATURATION SUMMARY**

| | Mean | Max | Min |
|---|---|---|---|
| Sleep | 92 | 96 | 88 |
| REM | 91 | 93 | 89 |
| NREM | 92 | 96 | 88 |
| Wake | 93 | 98 | 85 |
| All Stages | 93 | 98 | 85 |

| | Count | Index |
|---|---|---|
| All Desaturations | 5 | 0.7 |
| NREM Desaturations | 5 | 4.6 |
| REM Desaturations | 0 | 0.0 |
| Wake Desaturations | 0 | 0.0 |

**Lowest Desaturation (All Stages):** 87.0%

Minutes TRT SaO2 < 90%: 15.8
Minutes TRT SaO2 < 89%: 6.3

% TRT SaO2 < 90%: 3.6
% TRT SaO2 < 89%: 1.4

Patient: Gilmore, Michael F    MR#: 1071918    Study Date: 2/23/2018

**ECG SUMMARY**

| | Mean | Max | Min |
|---|---|---|---|
| Sleep | 70 3 | 77.0 | 58.0 |
| REM | 68.1 | 77.0 | 58.0 |
| NREM | 70.7 | 77.0 | 64.0 |
| Wake | 71.6 | 97.0 | 61.0 |
| All Stages | 71.4 | 97.0 | 58.0 |

| | | | |
|---|---|---|---|
| Bradycardia: | yes | 58 | Lowest heart rate |
| Asystole: | No | | Longest pause |
| Sinus tachycardia during sleep. | No | | Highest heart rate |
| Narrow complex tachycardia: | No | | Highest heart rate |
| Wide complex tachycardia. | No | | Highest heart rate |
| Atrial fibrillation: | No | | |
| Occurrence of other arrhythmias: | yes | If yes, list: | PVCs |

**HYPOPNEA CRITERIA:**

1 Recommended criteria-peak signal excursions drop by >/=30% of pre-event baseline, duration of >/= 30% drop in signal excursion is >/=10 seconds, and >/=3% oxygen desaturation or associated with an arousal.

**SUMMARY STATEMENTS:**

Findings related to sleep diagnosis:

EEG abnormalities:

ECG abnormalities: Brady 58bpm, PVCs (632). Please review EKG

Behavioral Observations: Increase Sleep Latency. Decrease REM Latency. Increase Wake,High WASO Decrease REM. Increase PLMs. No abnormal behaviors, Bathroom 1x, CPAP 6-10 BIPAP 10/6. NO O2. Setraline & Zolpidem taken. No snore

**PARAMETERS:**

Channel name

F3. F4, C3, C4, O1. O2, M1. M2. E1, E2, ChinA. ChinR. ChinL. L LEG. R LEG. SNORE1. Snore Sensor, FLOW2
Thermistor, EKG, PSNORE, PFLOW. CHEST. CHEST1, ABDM, ABDM2. SAO2, HEARTRATE. PLESMO, CFLOW. CPRESS
XFlow, XSum, RR, Position, Phase, RMI, CLeak
RMI, Phase, ChinR, ChinL, ChinA

**SCORING INFORMATION:**

Electroencephalogram (EEG) Derivation:
Electrooculogram (EOG) Derivation.
Electromyogram (EMG) Derivation:
Airflow parameters:
Effort parameters:

**Blount Memorial**
Sleep Health Center
710 Morganton Square Drive
Maryville, TN 37801
(865) 980-5120 FAX (865) 982-5512

**SPLIT / CPAP / BILEVEL TABLE**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** Gilmore, Michael F | | **Study Date:** | 2/23/2018 | **MR#:** | 1071918 |
| DOB: | | BMI | 35.9 | Rec ID. | MG022318-214410 |
| Height: | 73.0 in | Age: | 47 Years | Tech: | Melissa Housley, RST, RPSGT |
| Weight: | 272.0 lbs | Gender: | Male | Scorer: | Whitney Hood, RPSGT |
| **Sleep Provider:** | Brandon Mclin, PA | | | | |
| **Referring Physician:** | Dr Christopher Barber | | | | |
| **Interpreting Physician:** | Dr Ousama Dabbagh | | | | |
| **Primary Care Physician:** | Dr Christopher Barber | | | | |

| TX | | SLEEP STAGES | | | | | RESPIRATORY EVENTS | | | | | | AROUSALS | | SAO2 | | PLM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPAP cm/H2O | TIME AT LEVEL | TST (mins) | REM (mins) | REM SUPINE | NREM (mins) | | APNEAS OBSTR. | APNEAS CENTRL. | APNEAS MIXED | HYPOP-NEAS | TOTAL EVENTS | | | TOTAL Arousals | | <=88% (min) | INDEX (# / Hr) |
| BASELINE | 0 | 0 | 0 | 0 | 0 | FALSE | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 |
| 6 | 29 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 |
| 7 | 21 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 1.2 | 0.0 |
| 8 | 34 | 0.5 | 0 | 0 | 0.5 | 1.5% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 1 | 88.0 | 0.5 | 0.0 |
| 9 | 15.5 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | - | 0.0 | 0.0 |
| 10 | 6 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | - | 0.1 | 0.0 |
| 7 | 10 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | - | 0.1 | 0.0 |
| 8 | 4 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | - | 0.2 | 0.0 |
| 9 | 7.5 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | - | 0.4 | 0.0 |
| I=10/E=6 | 20 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | - | 0.8 | 0.0 |
| 8 | 45.5 | 0.5 | 0 | 0 | 0.5 | 1.1% | 0 | 1 | 0 | 0 | 1 | 120.0 | 120.0 | 1 | 87.0 | 1.1 | 0.0 |
| 6 | 22.5 | 5 | 0 | 0 | 5 | 22.2% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 8 | - | 0.0 | 0.0 |
| 7 | 81.5 | 62.5 | 3.5 | 0 | 59 | 76.7% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 4 | 89.0 | 0.1 | 0.0 |
| 8 | 73 | 11 | 11 | 0 | 0 | 15.1% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 |
| 9 | 6.5 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0.1 | 0.0 |
| 6 | 65.5 | 0 | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

Recording Code: MG022318-214410 Patient Name: Gilmore, Michael
Recording Date: 2/23/2018 Birth date: 7/8/1970 MedRec.




REMbrandt - Analysis Manager 9.1.5.204 2/26/2018 2:13:06 PM

Name: GILMORE, MICHAEL DOB: Date:

**Lincoln/Gilmore 0700**

Recording Code: MG022318-214410 Patient Name. Gilmore, Michael
Recording Date: 2/23/2018 Birth date: MedRec.:

Time Axis
COMMEN 0 21:52:38 5 10 15 20 25

83 84 83 81 81

Desaturat

REMbrandt - Analysis Manager 9.1.5.204 2/26/2018 2:02:46 PM

**Blount Memorial**
Sleep Health Center
710 Morganton Square Drive
Maryville, TN 37801

## Technical Notes

**Date: 2-23-18**
**Patient:** Michael Gilmore
**Study Type:** CPAP
**Sleep Provider:** Dabbagh
**Referring: C. Barber**
**Interpreting:** Dabbagh

**DOB:**
**Rm:** 10
**ESS: 20**
**INS:** Aetna
**PCP:** C. Barber

**Summary:** Pt arrived unaccompanied to the sleep center at 7:30 am. Pt says that he has been out of work now for approx 1 month. Pt goes by "Mike". Pt says that he doesn't sleep on his back and goes to bed around 9:00 - 10:00 pm. Pt was put in a room with no windows away from traffic as requested. Lights Out was at 9:48pm. Bed flat 2 pillow. Pt had the tv on 60 minute timer. Sleep onset noted at 11:07pm (very brief). Severe DIMS, WASO, and RLS noted. Pt was awake for the majority of the recording. CPAP was started at 6cm; WAH; EPR 2; and the F20 (M). A brief BILEVEL trial was initiated for comparison, due to severe dims and centrals. BILEVEL started at 10/6cm with normal lung settings. Pt did not seem to show any improvement on bilevel, and was changed back to CPAP on lower CPAP settings. No changes were made during bilevel trial. Pt slept in both lateral positions as well as prone. Although pt changed positions to supine frequently, very little sleep was documented in this position. Rem onset noted at 2:40am. There was one REM period. One Bathroom break noted at 12:48am. CPAP pressures from 6-10cm were utilized. Lights On was at 5:09 am (per request). Pt felt less rested than usual but was OK to drive. Pt had coffee and left the sleep center at 5:45am.

**Snore Summary:** None with CPAP

**Respiratory Events:** Apneas, hypopneas, RERA's and IFL noted with desats and arousals. Possible CPAP induced centrals noted at sleep onset, and stage transition. Pt was observed while REM lateral on 8cm with good response. Due to severe DIMS and WASO, REM supine was not observed.
**O2 Summary:** N/A

**SaO2 Summary:** SaO2 baseline at Lights Out was 97%; Nadir was 85% (post central)

**Mask Summary:** Pt was previously desensitized, however, requested to try the nasal mask on again tonight. He practiced with the N20 (M). and the P10 (M). Pt also tried the F20 (M) on again, and decided to start off with the FFM tonight.
**EKG:** Seems NSR
**PLMS/RLS:** Possible severe RLS and PLM's with DIMS, and arousals noted.

**Medications:** Pt took routine daily medications prior to arrival; He took Sertraline 50 mg and Zolpidem 10 mg during his stay. NKDA

**Technical Difficulty:** Sweat artifact.

**Tech Signature:** [signature] RPSGT, RST
**Melissa Housley, RST, RPSGT**

3SS001

3SS001

**Blount Memorial Hospital**
East Tennessee Medical Group Neurology
451 Blount Memorial Physician Office Building
Maryville, TN 37804
(865) 980-5230 Fax: (865) 980-5231

**Test Date:** 6/3/2020

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Gilmore, Michael | **DOB:** | | **Physician:** | L Scott Sole, MD |
| **ID#:** | 10134312 | **SEX:** | Male | **Ref. Phys:** | Christopher Barber, MD |
| | | | | **Technician:** | Donna Bragg |

**Patient Complaints:**
Patient is a 49 year old male who presents with numbness in the bilateral lower extremity.

**NCV & EMG Findings:**
Evaluation of the right peroneal motor, the left tibial motor, and the right tibial motor nerves showed reduced amplitude (R2.3, L1.9, R1.0 mV). The left sural sensory and the right sural sensory nerves showed no response (Calf). All remaining nerves (as indicated in the following tables) were within normal limits. All left vs. right side differences were within normal limits.

F Wave studies indicate that the left peroneal F wave has prolonged latency (64.38 ms). The right peroneal F wave has no response. The left tibial F wave has prolonged latency (72.97 ms). The right tibial F wave has no response.

All examined muscles (as indicated in the following table) showed no evidence of electrical instability.

**Impression:**
There is evidence of a moderate sensorimotor polyneuropathy. These studies revealed no electrodiagnostic evidence of bilateral lumbar radiculopathy.

L Scott Sole, MD

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | NR | | <4.0 | | >5.0 | Calf | Lat Mall | | 14.0 | | >35 |
| **Right Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | NR | | <4.0 | | >5.0 | Calf | Lat Mall | | 14.0 | | >35 |

**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.3 | <5.1 | 3.5 | >2.5 | Knee | Ankle | 10.2 | 44.0 | 43 | >38 |
| Knee | | 14.5 | | 3.4 | | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.5 | <5.1 | 2.3 | >2.5 | Knee | Ankle | 10.5 | 44.0 | 42 | >38 |
| Knee | | 15.0 | | 1.9 | | | | | | | |
| **Left Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 4.7 | <5.7 | 1.9 | >3.0 | Knee | Ankle | 9.0 | 39.0 | 43 | >35 |
| Knee | | 13.7 | | 0.5 | | | | | | | |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 5.4 | <5.7 | 1.0 | >3.0 | Knee | Ankle | 11.0 | 42.0 | 38 | >35 |
| Knee | | 16.4 | | 0.5 | | | | | | | |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Left Peroneal (Ext Dig Brev)** | | | | |
| | 64.38 | <60 | | <5.1 |
| **Right Peroneal (Ext Dig Brev)** | | | | |
| NR | | <60 | | <5.1 |
| **Left Tibial (Abd Hallucis)** | | | | |
| | 72.97 | <61 | | <5.7 |
| **Right Tibial (Abd Hallucis)** | | | | |
| NR | | <61 | | <5.7 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Fibular | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | ExtHallLong | Dp Br Fibular | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | AntTibialis | Dp Br Fibular | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | ExtHallLong | Dp Br Fibular | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Interossei | LatPlantar | S2-3 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

## Nerve Conduction Studies

**Anti Sensory Left/Right Comparison**

Patient: Gilmore, Michael    Test Date: 6/3/2020    Page 3

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | | | | | | Calf | Lat Mall | | | |

Motor Left/Right Comparison

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | 4.3 | 4.5 | 0.2 | 3.5 | 2.3 | 34.3 | Knee | Ankle | 43 | 42 | 1 |
| Knee | 14.5 | 15.0 | 0.5 | 3.4 | 1.9 | 44.1 | | | | | |
| **Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | 4.7 | 5.4 | 0.7 | 1.9 | 1.0 | 47.4 | Knee | Ankle | 43 | 38 | 5 |
| Knee | 13.7 | 16.4 | 2.7 | 0.5 | 0.5 | 0.0 | | | | | |

**Patient:** Gilmore, Michael **Test Date:** 6/3/2020 **Page** 4

**Waveforms:**




FWave [Right Tibial]
Tr 1
Tr 2
Tr 3
Tr 4
Tr 5
Tr 6
Tr 7
Tr 8
Tr 9
Tr 10
Tr 11
5000 µV/Div10 µV/Div
10 ms/Div

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

## Diagnostics Order Form

**Patient Name:** MICHAEL FRANCIS GILMORE 10134312
**DOB:**
**Address:**

**Home Phone:** Phone:
**MRN:** 000000129772

---

### Diagnostic Order Information

Ordered Date: 05/11/2020
Order: Nerve Conduction Study Bilateral leg
CPT Code: NCS

Diagnosis: Neuropathy
Diagnosis Code: G62.9

Appointment Information: 6-3-20 1245
Location: BMH

---

### Insurance/Authorization Information

Primary Insurance: Aetna
Primary Policy#: 00053824601

---

Dr. Christopher Barber CSmith, CMA
Ordering Provider: Christopher S. Barber DO

**Document generated by:** Carla S. Smith, CMA 05/11/2020 01:23 PM

# FUNCTION REPORT - ADULT

*How your illnesses, injuries, or conditions limit your activities*

**For SSA Use Only**
**Do not write in this box.**

RQID:DCM5603529 SITE:S48 DR:S
SSN:********* DOCTYPE:0075 RF:D CS:f679

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

## SECTION A - GENERAL INFORMATION

| 1. **NAME OF DISABLED PERSON** *(First, Middle Initial, Last)* | 2. **SOCIAL SECURITY NUMBER** |
|---|---|
| Michael Gilmore | |

3. **YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

*Area Code* *Phone Number*

☑ Your Number ☐ Message Number ☐ None

4. a. Where do you live? *(Check one.)*

☑ House ☐ Apartment ☐ Boarding House ☐ Nursing Home
☐ Shelter ☐ Group Home ☐ Other *(What?)*

b. With whom do you live? *(Check one.)*

☐ Alone ☑ With Family ☐ With Friends
☐ Other *(Describe relationship.)*

## SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

5. How do your illnesses, injuries, or conditions limit your ability to work?

IT PREVENTS ME FROM WALKING LONG DISTANCES, CLIMBING LADDERS AND STAIRS, ALSO WITH ME KEEPING MY BALANCE AT TIMES. THE PAIN REQUIRES ME TO TAKE FREQUENT BREAKS.

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other? ☐ Yes ☐ No

   If "YES," for whom do you care, and what do you do for them?

8. Do you take care of pets or other animals? ☐ Yes ☐ No

   If "YES," what do you do for them?

9. Does anyone help you care for other people or animals? ☐ Yes ☐ No

   If "YES," who helps, and what do they do to help?

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

11. Do the illnesses, injuries, or conditions affect your sleep? ☐ Yes ☐ No

    If "YES," how?

12. **PERSONAL CARE** (Check here ☐ if **NO PROBLEM** with personal care.)

    a. Explain how your illnesses, injuries, or conditions affect your ability to:

    Dress

    Bathe

    Care for hair

    Shave

    Feed self

    Use the toilet

    Other

749928

b. Do you need any special reminders to take care of personal needs and grooming? ☐ Yes ☑ No

If "YES," what type of help or reminders are needed?

c. Do you need help or reminders taking medicine? ☐ Yes ☑ No

If "YES," what kind of help do you need?

13. **MEALS**

a. Do you prepare your own meals? ☑ Yes ☐ No

If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses.)

ONLY ABLE TO COOK QUICKMEALS DUE TO MY PAINS.

How often do you prepare food or meals? (For example, daily, weekly, monthly.)

1-PERDAY ONLY WHEN SPOUSE IS AT WORK.

How long does it take you? 30 MINUTES

Any changes in cooking habits since the illness, injuries, or conditions began?

YES, I CAN'T STAND FOR LONG PERIODS DUE TO MY LEG/FOOT PAINS.

b. If "No," explain why you cannot or do not prepare meals.

14. **HOUSE AND YARD WORK**

a. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.)

I HELP WITH LIGHTER LOADS OF LAUNDRY, LIGHT CLEANING.

b. How much time does it take you, and how often do you do each of these things?

2 TIMES A WEEK, UP TO 1 HOUR MAX.

c. Do you need help or encouragement doing these things? ☑ Yes ☐ No

If "YES," what help is needed?

SPOUSE TO REMIND ME SOMETIMES BECAUSE I'M IN PAIN.

d. If you don't do house or yard work, explain why not.

NOT ABLE TO DO ANY WORK FOR LONG PERIODS DUE TO MY CONSTANT PAIN.

749928

Lincoln/Gilmore 0711

**15. GETTING AROUND** 0621012700001327

a. How often do you go outside? MAYBE 3-4 TIMES PER WEEK

If you don't go out at all, explain why not.

b. When going out, how do you travel? *(Check all that apply.)*

☐ Walk ☑ Drive a car ☑ Ride in a car ☐ Ride a bicycle

☐ Use public transportation ☐ Other (Explain)

c. When going out, can you go out alone? ☑ Yes ☐ No

If "NO," explain why you can't go out alone.

d. Do you drive? ☑ Yes ☐ No

If you don't drive, explain why not.

16. **SHOPPING**

a. If you do any shopping, do you shop: *(Check all that apply.)*

☐ In stores ☑ By phone ☐ By mail ☑ By computer

b. Describe what you shop for.

GROCERIES, HOUSEHOLD PRODUCTS

c. How often do you shop and how long does it take?

2-TIMES PER MONTH, TAKES 2 HOURS TOTAL.

17. **MONEY**

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | ☑ Yes | ☐ No | Handle a savings account | ☑ Yes | ☐ No |
| Count change | ☑ Yes | ☐ No | Use a checkbook/money orders | ☑ Yes | ☐ No |

Explain all "NO" answers.

b. Has your ability to handle money changed since the illnesses, injuries, or conditions began? ☐ Yes ☑ No

If "YES," explain how the ability to handle money has changed.

**18. HOBBIES AND INTERESTS** 0521012700001327

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

WATCHING SPORTS ON TV

b. How often and how well do you do these things?

2 - TIMES A WEEK, NOT AS MUCH DUE TO RESTING DUE TO PAIN.

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

DON'T DO IT AS OFTEN DUE TO PAIN.

**19. SOCIAL ACTIVITIES**

a. Do you spend time with others? *(Check all that apply.)*

☐ In person ☑ On the phone ☐ Email ☑ Texting ☐ Mail

☑ Video Chat (for example Skype or Facetime) ☐ Other *(Explain)*

b. Describe the kinds of things you do with others.

TALK

How often do you do these things? ONCE A WEEK ON AVERAGE

c. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.)

N/A DUE TO COVID AND BEING IN CONSTANT PAIN.

Do you need to be reminded to go places? ☐ Yes ☑ No

How often do you go and how much do you take part? N/A

Do you need someone to accompany you? ☐ Yes ☑ No

If "YES", explain.

d. Do you have any problems getting along with family, friends, neighbors, or others? ☐ Yes ☑ No

If "YES," explain.

e. Describe any changes in social activities since the illnesses, injuries, or conditions began.

DON'T WANT TO BE AROUND PEOPLE AS MUCH.

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items that your illnesses, injuries, or conditions affect:

- [x] Lifting
- [x] Squatting
- [x] Bending
- [x] Standing
- [x] Reaching
- [x] Walking
- [x] Sitting
- [x] Kneeling
- [ ] Talking
- [ ] Hearing
- [x] Stair Climbing
- [ ] Seeing
- [ ] Memory
- [ ] Completing Tasks
- [ ] Concentration
- [ ] Understanding
- [ ] Following Instructions
- [ ] Using Hands
- [ ] Getting Along With Others

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far].)

CAN'T LIFT OVER 10 POUNDS, PAIN SQUATTING, BENDING, STANDING, REACHING, WALKING, SITTING, KNEELING, STAIR CLIMBING. CAN'T WALK MORE THAN 10 MINUTES AT A TIME DUE TO PAIN.

b. Are you: [x] Right Handed? [ ] Left Handed?

c. How far can you walk before needing to stop and rest? 10 MINUTES

If you have to rest, how long before you can resume walking?

30 MINUTES

d. For how long can you pay attention? 10 MINUTES

e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie.) [x] Yes [ ] No

f. How well do you follow written instructions? (For example, a recipe.)

OK

g. How well do you follow spoken instructions?

OK

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.) OK

i. Have you ever been fired or laid off from a job because of problems getting along with other people? [ ] Yes [x] No

If "YES," please explain.

If "YES," please give name of employer.

j. How well do you handle stress? 0621012700001327

NOT VERY WELL.

k. How well do you handle changes in routine?

NOT VERY WELL.

l. Have you noticed any unusual behavior or fears? ☑ Yes ☐ No

If "YES," please explain.

FEAR OF FALLING DUE TO PAIN AND NERVE DAMAGE IN MY FEET.

21. Do you use any of the following? *(Check all that apply.)*

☐ Crutches ☐ Cane ☐ Hearing Aid
☐ Walker ☐ Brace/Splint ☑ Glasses/Contact Lenses
☐ Wheelchair ☐ Artificial Limb ☐ Artificial Voice Box
☐ Other (Explain)

Which of these were prescribed by a doctor?

GLASSES

When was it prescribed?

MAY – 1999

When do you need to use these aids?

EVERYDAY

22. Do you currently take any medicines for your illnesses, injuries, or conditions? ☑ Yes ☐ No

If "YES," do any of your medicines cause side effects? ☑ Yes ☐ No

If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| PREGABALIN | DROWSINESS |
| TADALAFIL | DIZZINESS, HEADACHE |
| SERTRALINE | DROWSINESS, |
| | |
| | |

## SECTION E - REMARKS

**Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.**

| Name of person completing this form (Please print) | Date *(MM/DD/YYYY)* |
|---|---|
| MICHAEL GILMORE | 01-25-21 |

| Address (Number and Street) | Email address (optional) |
|---|---|
| | |

| City | State | ZIP Code |
|---|---|---|
| | | |

749928

**Lincoln/Gilmore 0716**

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0578

## WORK HISTORY REPORT

For SSA Use Only
Do not write in this box.

RQID:DCM5603552 SITE:S48 DR:S
SSN:********* DOCTYPE:1080 RF:D CS:f56

### SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

**A. NAME (First, Middle Initial, Last)**
Michael Gilmore

**B. SOCIAL SECURITY NUMBER**

C. **DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

☑ Your Number ☐ Message Number ☐ None

*Area Code* *Phone Number*

### SECTION 2 - INFORMATION ABOUT YOUR WORK

List all the jobs that you have had in the 15 years before you became unable to work because of your illnesses, injuries, or conditions.

| | Job Title | Type of Business | Dates Worked From | Dates Worked To |
|---|---|---|---|---|
| 1. | TEAM MANAGER/OP. | CHEMICAL PROD. | 1-01 | 12-07 |
| 2. | MAINTENANCE PLANNER | CHEMICAL | 12-07 | 8-10 |
| 3. | MAINTENANCE COORDINATOR | CHEMICAL | 8-10 | 2-17 |
| 4. | MAINTENANCE PLANNER | CHEMICAL | 2-17 | 5-20 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Give us more information about Job No. 1 listed on Page 1. Estimate hours and pay, if you need to. .

0621012700001328

**JOB TITLE NO. 1**

| Rate of Pay | Per (Check One) | Hours per day | Days per week |
|---|---|---|---|
| $ 78,000 | ☐ Hour ☐ Day ☐ Week ☐ Month ☑ Year | 10 | 5 |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

WAS A PRODUCTION CHEMICAL OPERATOR. RAN A REACTOR, MADE DIFFERENT PRODUCTS. TEAM MANAGER I SUPERVISED PRODUCTION EMPLOYEES TO MEET PRODUCTION GOALS EACH SHIFT.

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☑ YES | ☐ NO |
| Use technical knowledge or skills? | ☑ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☑ YES | ☐ NO |

In **this job**, how many total hours each day did you:

| | | | |
|---|---|---|---|
| Walk? | 3 | Kneel? *(Bend legs to rest on knees)* | |
| Stand? | 3 | Crouch? *(Bend legs & back down & forward)* | |
| Sit? | 2 | Crawl? *(Move on hands & knees)* | |
| Climb? | 1 | Handle, grab, or grasp big objects? | |
| Stoop? *(Bend down and forward at waist)* | 1 | Reach? | |
| | | Write, type, or handle small objects? | |

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

LIFTED PIPES, ROLLED 55 GALLON DRUMS, STRAINER BASKETS, BAGS OF DRY CHEMICALS THAT WEIGHED 55 POUNDS, CHEMICAL CONTAINERS. I WOULD SOMETIMES CARRY THESE ITEMS UP TO 100 FEET ON AVERAGE SEVERAL TIMES DURING A 10 HOUR SHIFT.

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☑ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☐ 25 lbs ☑ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☑ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? 15-20

What part of your time was spent supervising people? 5 HOURS SHIFT

Did you hire and fire employees? ☐ YES ☑ NO

Were you a lead worker? ☑ YES ☐ NO

**Give us more information about Job No. 2 listed on Page 1. Estimate hours and pay if you need to.**

86210127000132S

**JOB TITLE NO. 2**

| Rate of Pay | Per (Check One) | Hours per day | Days per week |
|---|---|---|---|
| $ 80,000 | ☐ Hour ☐ Day ☐ Week ☐ Month ☑ Year | 10 | 5 |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

PLANNED MAINTENANCE REPAIR WORK. I WOULD GO OUT IN THE PLANT AND PLAN JOBS TO BE REPAIRED BY MAINTENANCE WORKERS. THIS INVOLVED CLIMBING LADDERS, STAIRS, WALKING ON ROOFS CATWALKS, USING POWER LIFTS FOR ACCESS.

In this job, did you:

- Use machines, tools, or equipment? ☑ YES ☐ NO
- Use technical knowledge or skills? ☑ YES ☐ NO
- Do any writing, complete reports, or perform duties like this? ☑ YES ☐ NO

In **this job**, how many total hours each day did you:

- Walk? 4
- Stand? 2
- Sit? 2
- Climb? 1
- Stoop? *(Bend down and forward at waist)* ______
- Kneel? *(Bend legs to rest on knees)* 1
- Crouch? *(Bend legs & back down & forward)* ______
- Crawl? *(Move on hands & knees)* ______
- Handle, grab, or grasp big objects? ______
- Reach? ______
- Write, type, or handle small objects? ______

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

CARRY MAINTENANCE PARTS AND EQUIPMENT AS NEEDED SEVERAL TIMES A DAY AT WORK UP TO 100 FEET.

Check the **heaviest** weight lifted:
☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☑ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*
☐ Less than 10 lbs ☐ 10 lbs ☑ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☑ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? 20

What part of your time was spent supervising people? 6 WEEKS PER YEAR

Did you hire and fire employees? ☐ YES ☑ NO

Were you a lead worker? ☑ YES ☐ NO

**Give us more information about Job No. 3 listed on Page 1. Estimate hours and pay, if you need to.**

06210127000132

**JOB TITLE NO. 3**

| Rate of Pay | Per (Check One) | Hours per day | Days per week |
|---|---|---|---|
| $ 85,000 | ☐ Hour ☐ Day ☐ Week ☐ Month ☑ Year | 10 - 11 PER DAY | 5 |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

SUPERVISED MAINTENANCE WORKERS TO GET WORK COMPLETED, PROVIDED NEEDED RESOURCES TO GET THE WORK COMPLETED SAFELY. CLIMBED LADDERS, STAIRS, ROOFS AND USED POWER EQUIPMENT AND LIFTS.

In this job, did you:

- Use machines, tools, or equipment? ☑ YES ☐ NO
- Use technical knowledge or skills? ☑ YES ☐ NO
- Do any writing, complete reports, or perform duties like this? ☑ YES ☐ NO

In **this job**, how many total hours each day did you:

- Walk? 5
- Stand? 3
- Sit? 2
- Climb? 1
- Stoop? *(Bend down and forward at waist)* ____
- Kneel? *(Bend legs to rest on knees)* ____
- Crouch? *(Bend legs & back down & forward)* ____
- Crawl? *(Move on hands & knees)* ____
- Handle, grab, or grasp big objects? ____
- Reach? ____
- Write, type, or handle small objects? ____

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

LIFTED AND MOVED TOOLS, PARTS, PIPES UP TO 100 FEET UP TO 1 HOUR DAILY.

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☑ 50 lbs ☐ 100 lbs or more ☐ Other ____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☑ 10 lbs ☐ 25 lbs ☐ 50 lbs or more ☐ Other ____

Did you supervise other people in this job? ☑ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? 20

What part of your time was spent supervising people? ALL SHIFT

Did you hire and fire employees? ☐ YES ☑ NO

Were you a lead worker? ☑ YES ☐ NO

**Give us more information about Job No. 4 listed on Page 1. Estimate hours and pay, if you need to.**

0621012700013??

**JOB TITLE NO. 4**

| Rate of Pay | Per *(Check One)* | Hours per day | Days per week |
|---|---|---|---|
| $ 88,000 | ☐ Hour ☐ Day ☐ Week ☐ Month ☑ Year | 10 | 5 |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

PLANNED MAINTENANCE REPAIR WORK. I WOULD GO OUT IN THE PLANT AND PLAN JOBS TO BE REPAIRED BY MAINTENANCE WORKERS. THIS INVOLVED CLIMBING LADDERS, STAIRS, WALKING ON ROOFS, CATWALKS, USING POWER LIFTS FOR ACCESS.

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☑ YES | ☐ NO |
| Use technical knowledge or skills? | ☑ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☑ YES | ☐ NO |

In **this job**, how many total hours each day did you:

| | | | |
|---|---|---|---|
| Walk? | 4 | Kneel? *(Bend legs to rest on knees)* | 1 |
| Stand? | 2 | Crouch? *(Bend legs & back down & forward)* | |
| Sit? | 2 | Crawl? *(Move on hands & knees)* | |
| Climb? | 1 | Handle, grab, or grasp big objects? | |
| Stoop? *(Bend down and forward at waist)* | | Reach? | |
| | | Write, type, or handle small objects? | |

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

CARRY MAINTENANCE PARTS AND EQUIPMENT AS NEEDED SEVERAL TIMES A DAY AT WORK UP TO 100 FEET.

Check the **heaviest** weight lifted:

☐ Less than 10 lbs ☐ 10 lbs ☐ 20 lbs ☑ 50 lbs ☐ 100 lbs or more ☐ Other ______

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs ☐ 10 lbs ☑ 25 lbs ☐ 50 lbs or more ☐ Other ______

Did you supervise other people in this job? ☑ YES (Complete the next 3 items.) ☐ NO (Skip to the last question on this page.)

How many people did you supervise? 20

What part of your time was spent supervising people? 6 WEEKS PER YEAR

Did you hire and fire employees? ☐ YES ☑ NO

Were you a lead worker? ☑ YES ☐ NO

## SECTION 3 - REMARKS

EXHIBIT NO. 3E
PAGE: 6 OF 6

Use this section to add any information you did not have space for in other parts of the form. Show the page number of the part you are continuing.

0521012700013213

BE SURE TO COMPLETE THE BOTTOM OF THIS PAGE.

| Name of person completing this form if other than the disabled person *(Please print)* MICHAEL GILMORE | Date *(Month, day, year)* 1-25-21 |
|---|---|
| Address *(Number and Street)* | Email address *(optional)* |
| City | State / ZIP Code |

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Jan 29, 2021
Case ID: 749928

MICHAEL GILMORE

We are the office that makes disability decisions for the Social Security Administration. It is very important that we speak to you by February 8, 2021.

Please call the phone number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

If you do not respond by February 8, 2021, we may decide your case based on the evidence we already have on file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

cc: ADVOCATOR GROUP LLC

749928/ Assigned 0E96 06A4/ DCPS / / OMB No. 0960-0555 / 98022147

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TN 37202

Date: Jan 29, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT NOTICE**

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by February 8, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C./PC
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: ADVOCATOR GROUP LLC

Date: Jan 29, 2021
Case ID: 749928

RQID:DCW297584 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:8a93
MICHAEL GILMORE

## APPOINTMENT CONFIRMATION

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (615) 747-0869 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

_______________________________________________

Your Signature ____ Date ____ Current Phone Number ____

Current Address ____ City ____ State ____ Zip ____

Date: Jan 29, 2021
Case ID: 749928

RQID:DCW297584 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:8a93
MICHAEL GILMORE

**AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT**

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ______________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ____________________ Fax: ____________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

## AUTHORIZATION AND CLAIM FOR PAYMENT

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**

**TOLL FREE**
**(800) 972-0617**

**DDS**
**SUITE 800**
**200 ATHENS WAY**
**NASHVILLE, TN 37228**

RQID:DCT297584 SITE:S48 DR:S
SSN:********* DOCTYPE:9023 RF:D CS:1e87

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**CLAIMANT PHONE NUMBER:**

**VENDOR NO. 99999999 VENDOR LOC. CODE 99**

**EXAMINER: SABRINA C. UNIT: 06A4**
**TOLL FREE NUMBER: (800) 972-0617 EXT:**
**NASHVILLE AREA PHONE#: (615) 747-0869**
**EXAMINER #: 0E96**
**DATE: JANUARY 29, 2021**

**DOB:** **ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction**

**RENDER SERVICES BELOW:**TRAVEL INSTRUCTIONS **APPOINTMENT DATE: March 3rd, 2021 @ 03:00 PM EST**

**** PLEASE RETURN THIS VOUCHER WITHIN 30 DAYS OF YOUR APPOINTMENT ****

Please allow six (6) to eight (8) weeks for payment. You will be paid the amount shown for your travel expense regardless of the method of travel you choose. If you have any problems in getting to the exam, contact us immediately so that suitable arrangements can be made.
This form is for the following travel: From to KNOXVILLE for MICHAEL GILMORE.
(Basis of payment = 52.00 Miles x 0.47 cents)

**PLEASE NOTIFY THE EXAMINER LISTED ABOVE IF YOUR ADDRESS CHANGES; OTHERWISE, YOUR TRAVEL CHECK COULD GO TO THE WRONG ADDRESS.**

**TOTAL.........$24.44**

**ADDITIONAL STUDIES:**__________________________________________________ **$**____________________

**APPROVED:**______________________ **DATE**____________ **LESS SERVICES NOT RENDERED** **$**____________________

**ADJUSTED TOTAL ........** **$**____________________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

### PROVIDER ACCEPTANCE AND CERTIFICATION

**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED ___March 3rd, 2021___** **DATE BILLED ___March 3rd, 2021___**

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE ____________________________________________________
Claimant Vendor Sign Here

**APPROVED FOR PAYMENT:**___________________________ **DATE:** ___________________ **VOUCHER NO.** **T000314**
DISABILITY EXAMINER

PC/0E96

**Lincoln/Gilmore 0729**

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Jan 29, 2021
Case ID: 749928

MICHAEL GILMORE

## APPOINTMENT NOTICE

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by February 8, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C./PC
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Travel reimbursement form
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: ADVOCATOR GROUP LLC

Date: Jan 29, 2021
Case ID: 749928

RQID:DCW297584 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:8a93
MICHAEL GILMORE

**APPOINTMENT CONFIRMATION**

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (615) 747-0869 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________________________________________

Your Signature | Date | Current Phone Number

Current Address | City | State | Zip

Date: Jan 29, 2021
Case ID: 749928

RQID:DCW297584 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:8a93
MICHAEL GILMORE

## AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ______________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ____________________ Fax: ____________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

## AUTHORIZATION AND CLAIM FOR PAYMENT

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DIV. OF REHABILITATION SERVICES

PO BOX 775
NASHVILLE, TN 37202

FAX (877) 337-7890
TOLL FREE (800) 972-0617

Claimant Phone Number

RQID:DCC297584 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:dd06

**VENDOR NO. 2023457 VENDOR LOC. CODE 0000043902**

**DR ELLEN DENNY, PHD**
**308 S PETERS RD**
**KNOXVILLE, TN 37923**

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**EXAMINER: Sabrina C. UNIT: 06A4**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (615) 747-0869**

**DOB: ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction**

**RENDER SERVICES BELOW: APPOINTMENT DATE: March 3rd, 2021 @ 03:00 PM EST**

| | | |
|---|---|---|
| 90791-MSE | Mental Status Exam | $123.18 |
| TELEHLTH | Telehealth CE Scheduling Notifier | $ |

**TOTAL..........$123.18**

**ADDITIONAL STUDIES:**_______________________________________________ $__________________

**APPROVED:**____________________ **DATE**__________ **LESS SERVICES NOT RENDERED** $__________________

**ADJUSTED TOTAL ................ $**__________________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED** __________________ **DATE BILLED** __________________

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE ____________________________________________________
Vendor Sign Here

**APPROVED FOR PAYMENT:**___________________________ **DATE**__________________ **VOUCHER NO.** C000782
DISABILITY EXAMINER

**Lincoln/Gilmore 0735**

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Jan 29, 2021
Case ID: 749928
RE: Michael Gilmore
DOB:
Applicant: Michael Gilmore
Authorization #: C000782

DR ELLEN DENNY, PHD
308 S PETERS RD
KNOXVILLE TN 37923

**APPOINTMENT AUTHORIZATION**

Michael Gilmore has applied for disability benefits. This letter authorizes you to perform the service(s) listed below. If you decide that you need additional tests, please call this office at (615) 747-0869 for authorization. We will pay the usual and customary fees in accordance with State regulation but will only pay for pre-authorized services. Do not bill the claimant for any services provided as part of this appointment.

| Claimant Information | Date and Time | Services Authorized |
|---|---|---|
| Michael Gilmore | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Code: 90791-MSE<br>Procedure Type Code: E<br>Desc: Mental Status Exam<br>Fee: $123.18<br><br>Code: TELEHLTH<br>Procedure Type Code:<br>Desc: Telehealth CE Scheduling Notifier<br>Fee: $ |

Please evaluate the following:
Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction

**Special Instructions:**

**What You Need To Do Next**

Please provide a report based on your findings. Ensure the service provided includes the details identified in this document. The medical source who performed the examination must review and sign the report either by “wet” signature submitted by mail or fax, or electronic signature, if submitted though the Electronic Records Express (ERE).

Please see the barcoded page for instructions on how to return the report. You must return the medical report to our office within 10 days from the date of the exam. If we do not receive your report, we may cancel the payment authorization and schedule the appointment with another provider.

**If You Have Any Questions**

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on the claimant's eligibility for benefits.

We will use the information to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To Federal, State, or local agencies for administering cash or non-cash income maintenance or health maintenance programs; and

2. To contractors, and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File System and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

Form Approved
OMB No. 0960-0623

| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
|---|---|
| SSN | Birthday |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchanges):
**OF WHAT All my medical records; also education records and other information related to my ability to perform tasks.**
**This includes specific permission to release:**

**1.All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to :**
- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
- Drug abuse, alcoholism, or other substance abuse
- Sickle cell anemia
- Records which may indicate the presence of a communicable or noncommunicable disease; and tests for records of HIV/AIDS
- Gene-related impairments (including genetic test results)

**2.Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**

**3.Copies of educational tests or evaluations, including Individualized Education Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations;**

**4. Information created within 12 months after the date this authorization is signed, as well as past information.**

## FROM WHOM

- All Medical Sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities.
- All educational sources (Schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed.

ELLEN DENNY, PHD
308 S PETERS RD
KNOXVILLE TN 37923

## TO WHOM

**The Social Security Administration and the State agency authorized to process my case (usually called " disability determination service"), including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

## PURPOSE

Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

## EXPIRES WHEN

This authorization is good for 12 months from the date signed (below my signature).

- I authorized the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** **INDIVIDUAL** authorizing disclosure | **IF not signed by subject of disclosure, specify basis for authority to sign** ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** |
|---|---|
| **SIGN ▶** M. Gilmore | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed Nov 25, 2020 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| **SIGN ▶** | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPPA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted

## Explanation of Form SSA-827
## "Authorization to Disclose information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d) (5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

a) To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

b) To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

c) To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

d) To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to provide this information unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 0960-0555. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

# FUNCTION REPORT - ADULT

*How your illnesses, injuries, or conditions limit your activities*

**For SSA Use Only**
**Do not write in this box.**

RQID:DCM5603529 SITE:S48 DR:S
SSN:********* DOCTYPE:0075 RF:D CS:f679

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

## SECTION A - GENERAL INFORMATION

| 1. **NAME OF DISABLED PERSON** *(First, Middle Initial, Last)* | 2. **SOCIAL SECURITY NUMBER** |
|---|---|
| Michael Gilmore | |

3. **YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

*Area Code Phone Number* ☑ Your Number ☐ Message Number ☐ None

4. a. Where do you live? *(Check one.)*

☑ House ☐ Apartment ☐ Boarding House ☐ Nursing Home
☐ Shelter ☐ Group Home ☐ Other *(What?)*

b. With whom do you live? *(Check one.)*

☐ Alone ☑ With Family ☐ With Friends
☐ Other *(Describe relationship.)*

## SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

5. How do your illnesses, injuries, or conditions limit your ability to work?

IT PREVENTS ME FROM WALKING LONG DISTANCES, CLIMBING LADDERS AND STAIRS, ALSO WITH ME KEEPING MY BALANCE AT TIMES. THE PAIN REQUIRES ME TO TAKE FREQUENT BREAKS.

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other? ☐ Yes ☐ No

   If "YES," for whom do you care, and what do you do for them?

8. Do you take care of pets or other animals? ☐ Yes ☐ No

   If "YES," what do you do for them?

9. Does anyone help you care for other people or animals? ☐ Yes ☐ No

   If "YES," who helps, and what do they do to help?

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

11. Do the illnesses, injuries, or conditions affect your sleep? ☐ Yes ☐ No

    If "YES," how?

12. **PERSONAL CARE** (Check here ☐ if **NO PROBLEM** with personal care.)

    a. Explain how your illnesses, injuries, or conditions affect your ability to:

    Dress

    Bathe

    Care for hair

    Shave

    Feed self

    Use the toilet

    Other

749928

**Lincoln/Gilmore 0741**

b. Do you need any special reminders to take care of personal needs and grooming? ☐ Yes ☑ No

If "YES," what type of help or reminders are needed?

c. Do you need help or reminders taking medicine? ☐ Yes ☑ No

If "YES," what kind of help do you need?

13. **MEALS**

a. Do you prepare your own meals? ☑ Yes ☐ No

If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses.)

ONLY ABLE TO COOK QUICK MEALS DUE TO MY PAINS.

How often do you prepare food or meals? (For example, daily, weekly, monthly.)

1 - PER DAY ONLY WHEN SPOUSE IS AT WORK.

How long does it take you? 30 MINUTES

Any changes in cooking habits since the illness, injuries, or conditions began?

YES, I CAN'T STAND FOR LONG PERIODS DUE TO MY LEG/FOOT PAINS.

b. If "No," explain why you cannot or do not prepare meals.

14. **HOUSE AND YARD WORK**

a. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.)

I HELP WITH LIGHTER LOADS OF LAUNDRY, LIGHT CLEANING.

b. How much time does it take you, and how often do you do each of these things?

2 TIMES A WEEK, UP TO 1 HOUR MAX.

c. Do you need help or encouragement doing these things? ☑ Yes ☐ No

If "YES," what help is needed?

SPOUSE TO REMIND ME SOMETIMES BECAUSE I'M IN PAIN.

d. If you don't do house or yard work, explain why not.

NOT ABLE TO DO ANY WORK FOR LONG PERIODS DUE TO MY CONSTANT PAIN.

749928

Lincoln/Gilmore 0742

**15. GETTING AROUND** 062101270001327

a. How often do you go outside? MAYBE 3-4 TIMES PER WEEK

If you don't go out at all, explain why not.

b. When going out, how do you travel? *(Check all that apply.)*

☐ Walk ☑ Drive a car ☑ Ride in a car ☐ Ride a bicycle

☐ Use public transportation ☐ Other (Explain)

c. When going out, can you go out alone? ☑ Yes ☐ No

If "NO," explain why you can't go out alone.

d. Do you drive? ☑ Yes ☐ No

If you don't drive, explain why not.

16. **SHOPPING**

a. If you do any shopping, do you shop: *(Check all that apply.)*

☐ In stores ☑ By phone ☐ By mail ☑ By computer

b. Describe what you shop for.

GROCERIES, HOUSEHOLD PRODUCTS

c. How often do you shop and how long does it take?

2-TIMES PER MONTH, TAKES 2 HOURS TOTAL.

17. **MONEY**

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | ☑ Yes | ☐ No | Handle a savings account | ☑ Yes | ☐ No |
| Count change | ☑ Yes | ☐ No | Use a checkbook/money orders | ☑ Yes | ☐ No |

Explain all "NO" answers.

b. Has your ability to handle money changed since the illnesses, injuries, or conditions began? ☐ Yes ☑ No

If "YES," explain how the ability to handle money has changed.

**18. HOBBIES AND INTERESTS** 0621012700001327

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

WATCHING SPORTS ON TV

b. How often and how well do you do these things?

2 - TIMES A WEEK, NOT AS MUCH DUE TO RESTING DUE TO PAIN.

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

DON'T DO IT AS OFTEN DUE TO PAIN.

**19. SOCIAL ACTIVITIES**

a. Do you spend time with others? *(Check all that apply.)*

☐ In person ☑ On the phone ☐ Email ☑ Texting ☐ Mail

☑ Video Chat (for example Skype or Facetime) ☐ Other *(Explain)*

b. Describe the kinds of things you do with others.

TALK

How often do you do these things? ONCE A WEEK ON AVERAGE

c. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.) N/A DUE TO COVID AND BEING IN CONSTANT PAIN.

Do you need to be reminded to go places? ☐ Yes ☑ No

How often do you go and how much do you take part? N/A

Do you need someone to accompany you? ☐ Yes ☑ No

If "YES", explain.

d. Do you have any problems getting along with family, friends, neighbors, or others? ☐ Yes ☑ No

If "YES," explain.

e. Describe any changes in social activities since the illnesses, injuries, or conditions began.

DON'T WANT TO BE AROUND PEOPLE AS MUCH.

749928

**Lincoln/Gilmore 0744**

062101270001327

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items that your illnesses, injuries, or conditions affect:

- [x] Lifting
- [x] Squatting
- [x] Bending
- [x] Standing
- [x] Reaching
- [x] Walking
- [x] Sitting
- [x] Kneeling
- [ ] Talking
- [ ] Hearing
- [x] Stair Climbing
- [ ] Seeing
- [ ] Memory
- [ ] Completing Tasks
- [ ] Concentration
- [ ] Understanding
- [ ] Following Instructions
- [ ] Using Hands
- [ ] Getting Along With Others

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far].)

CAN'T LIFT OVER 10 POUNDS, PAIN SQUATTING, BENDING, STANDING, REACHING, WALKING, SITTING, KNEELING, STAIR CLIMBING. CAN'T WALK MORE THAN 10 MINUTES AT A TIME DUE TO PAIN.

b. Are you: [x] Right Handed? [ ] Left Handed?

c. How far can you walk before needing to stop and rest? 10 MINUTES

If you have to rest, how long before you can resume walking?

30 MINUTES

d. For how long can you pay attention? 10 MINUTES

e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie.) [x] Yes [ ] No

f. How well do you follow written instructions? (For example, a recipe.)

OK

g. How well do you follow spoken instructions?

OK

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.) OK

i. Have you ever been fired or laid off from a job because of problems getting along with other people? [ ] Yes [x] No

If "YES," please explain.

If "YES," please give name of employer.

749928

**Lincoln/Gilmore 0745**

j. How well do you handle stress? 06210127000 1327

NOT VERY WELL.

k. How well do you handle changes in routine?

NOT VERY WELL.

l. Have you noticed any unusual behavior or fears? ☑ Yes ☐ No

If "YES," please explain.

FEAR OF FALLING DUE TO PAIN AND NERVE DAMAGE IN MY FEET.

21. Do you use any of the following? *(Check all that apply.)*

- ☐ Crutches
- ☐ Cane
- ☐ Hearing Aid
- ☐ Walker
- ☐ Brace/Splint
- ☑ Glasses/Contact Lenses
- ☐ Wheelchair
- ☐ Artificial Limb
- ☐ Artificial Voice Box
- ☐ Other (Explain)

Which of these were prescribed by a doctor?

GLASSES

When was it prescribed?

MAY – 1999

When do you need to use these aids?

EVERYDAY

22. Do you currently take any medicines for your illnesses, injuries, or conditions? ☑ Yes ☐ No

If "YES," do any of your medicines cause side effects? ☑ Yes ☐ No

If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| PREGABALIN | DROWSINESS |
| TADALAFIL | DIZZINESS, HEADACHE |
| SERTRALINE | DROWSINESS, |
| | |
| | |

## SECTION E - REMARKS

**Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.**

| Name of person completing this form (Please print) | Date *(MM/DD/YYYY)* |
|---|---|
| MICHAEL GILMORE | 01-25-21 |

| Address (Number and Street) | Email address (optional) |
|---|---|
| | |

| City | State | ZIP Code |
|---|---|---|
| | | |

749928

**Lincoln/Gilmore 0747**

3. Assessment Fatigue, unspecified type (R53.83).
Patient Plan We will order a thyroid panel.

4. Assessment Anxiety and depression (F41.8).
Patient Plan Pt was notified of his options. We will prescribe Zoloft 50mg qhs to improve his symptoms. He was advised to begin by taking 1/2tablet x 1week and then increase to a whole tablet. He will notify us of any changes or concerns.

5. Assessment Insomnia, unspecified type (G47.00).
Patient Plan Pt will be taking his Zoloft qhs in order to help him sleep. He was notified that he can increase his OTC melatonin to 30mg qhs and he was notified of his other options. We will prescribe Vistaril 50mg qhs prn.

## Medications *(Added or Renewed this visit)*

| Medication | Directions | Qty | Ref | Stop Date |
|---|---|---|---|---|
| Vistaril 50 mg capsule | 1 po qhs prn insomnia | 30 | 5 | |
| Zoloft 50 mg tablet | 1 po qhs | 30 | 5 | |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 01/16/2018 at 11:10 AM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 01/16/2018 at 11:10 AM.

*Document generated by*: Abigail V. Cacace 01/16/2018 11:31 AM

Electronically signed by Christopher S. Barber DO on 01/16/2018 12:30 PM

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TN 37202

Date: Feb 5, 2021
Case ID: 749928

MICHAEL GILMORE

## APPOINTMENT NOTICE

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Comprehensive Examination, Not Specific |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by February 15, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C./DH
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: ADVOCATOR GROUP LLC

Date: Feb 5, 2021
Case ID: 749928

RQID:DCW307922 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:e397
MICHAEL GILMORE

## APPOINTMENT CONFIRMATION

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (615) 747-0869 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Comprehensive Examination, Not Specific |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

____________________________________________

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

Date: Feb 5, 2021
Case ID: 749928

RQID:DCW307922 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:e397
MICHAEL GILMORE

**AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT**

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Comprehensive Examination, Not Specific |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ______________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ____________________ Fax: ____________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

749928/ Assigned null 0104/ DCPS / DCR307922 / OMB No. 0960-0555 / 98022174

**Lincoln/Gilmore 0752**

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Feb 5, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT NOTICE**

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment*** |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Comprehensive Examination, Not Specific |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by February 15, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C./DH
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: ADVOCATOR GROUP LLC

Date: Feb 5, 2021
Case ID: 749928

RQID:DCW307922 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:e397
MICHAEL GILMORE

## APPOINTMENT CONFIRMATION

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (615) 747-0869 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Comprehensive Examination, Not Specific |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________________________

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

749928/ Assigned null 0104/ DCPS / DCR307922 / OMB No. 0960-0555 / 98022174

**Lincoln/Gilmore 0756**

Date: Feb 5, 2021
Case ID: 749928

RQID:DCW307922 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:e397
MICHAEL GILMORE

**AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT**

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Comprehensive Examination, Not Specific |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ______________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ______________________ Fax: ______________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

Your Signature ______ Date ______ Current Phone Number ______

Current Address ______ City ______ State ______ Zip ______

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

## AUTHORIZATION AND CLAIM FOR PAYMENT

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DIV. OF REHABILITATION SERVICES

PO BOX 775
NASHVILLE, TN 37202

FAX (877) 337-7890
TOLL FREE (800) 972-0617

Claimant Phone Number

RQID:DCC307922 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:360a

**VENDOR NO. 2022415 VENDOR LOC. CODE 0000146571**

**CUMBERLAND MEDICAL EVALUATION**
**SUMMIT MEDICAL GROUP**
**603 SMITHVIEW DR**
**MARYVILLE, TN 37803**

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**EXAMINER: Sabrina C. UNIT: 06A4**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (615) 747-0869**

**DOB: ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction**

**RENDER SERVICES BELOW: APPOINTMENT DATE: February 23rd, 2021 @ 09:00 AM EST**

| | | |
|---|---|---|
| 99205 | Comprehensive exam with history; not specific | $190.43 |

**TOTAL..........$190.43**

**ADDITIONAL STUDIES:**__________________________________________________ $__________________

**APPROVED:**_____________________ **DATE**___________ **LESS SERVICES NOT RENDERED** $__________________

**ADJUSTED TOTAL ................ $**__________________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED** __________________ **DATE BILLED** __________________

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE ______________________________________________________
Vendor Sign Here

**APPROVED FOR PAYMENT:**___________________________ **DATE**__________________ **VOUCHER NO. C000935**
DISABILITY EXAMINER

**Lincoln/Gilmore 0759**

STATE OF TENNESSEE
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Feb 5, 2021
Case ID: 749928
RE: Michael Gilmore
DOB:
Applicant: Michael Gilmore
Authorization #: C000935

CUMBERLAND MEDICAL EVALUATION
ATTENTION: MEDICAL RECORDS
SUMMIT MEDICAL GROUP
603 SMITHVIEW DR
MARYVILLE TN 37803

## APPOINTMENT AUTHORIZATION

Michael Gilmore has applied for disability benefits. This letter authorizes you to perform the service(s) listed below. If you decide that you need additional tests, please call this office at (615) 747-0869 for authorization. We will pay the usual and customary fees in accordance with State regulation but will only pay for pre-authorized services. Do not bill the claimant for any services provided as part of this appointment.

| Claimant Information | Date and Time | Services Authorized |
|---|---|---|
| Michael Gilmore | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Code: 99205<br>Procedure Type Code: E<br>Desc: Comprehensive exam with history; not specific<br>Fee: $190.43 |

Please evaluate the following:
Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction

**Special Instructions:**

**What You Need To Do Next**

Please provide a report based on your findings. Ensure the service provided includes the details identified in this document. The medical source who performed the examination must review and sign the report either by “wet” signature submitted by mail or fax, or electronic signature, if submitted though the Electronic Records Express (ERE).

Please see the barcoded page for instructions on how to return the report. You must return the medical report to our office within 10 days from the date of the exam. If we do not receive your report, we may cancel the payment authorization and schedule the appointment with another provider.

**If You Have Any Questions**

If you have any questions about this appointment, please contact us at the number(s) shown between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, the individual’s name, your name, and a call back number.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on the claimant's eligibility for benefits.

We will use the information to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To Federal, State, or local agencies for administering cash or non-cash income maintenance or health maintenance programs; and

2. To contractors, and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File System and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

20201128 00718702 003 10

Form Approved
OMB No. 0960-0623

| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
|---|---|
| SSN | Birthday |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchanges):
**OF WHAT All my medical records; also education records and other information related to my ability to perform tasks.**
**This includes specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Education Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations;**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

## FROM WHOM

- All Medical Sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities.
- All educational sources (Schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed.

CUMBERLAND MEDICAL EVALUATION
Attention: Medical Records
SUMMIT MEDICAL GROUP
603 SMITHVIEW DR
MARYVILLE TN 37803

**TO WHOM** **The Social Security Administration and the State agency authorized to process my case (usually called " disability determination service"), including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorized the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** **INDIVIDUAL** authorizing disclosure | **IF not signed by subject of disclosure, specify basis for authority to sign** ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** |
|---|---|
| **SIGN ▶** M. Gilmore | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed Nov 25, 2020 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| **SIGN ▶** | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPPA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted

**Lincoln/Gilmore 0762**

## Explanation of Form SSA-827
## "Authorization to Disclose information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d) (5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

a) To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

b) To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

c) To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

d) To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to provide this information unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 0960-0555. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

# FUNCTION REPORT - ADULT

*How your illnesses, injuries, or conditions limit your activities*

**For SSA Use Only**
**Do not write in this box.**

RQID:DCM5603529 SITE:S48 DR:S
SSN:********* DOCTYPE:0075 RF:D CS:f679

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

## SECTION A - GENERAL INFORMATION

| 1. **NAME OF DISABLED PERSON** *(First, Middle Initial, Last)* | 2. **SOCIAL SECURITY NUMBER** |
|---|---|
| Michael Gilmore | |

3. **YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

*Area Code* *Phone Number* ______ ☑ Your Number ☐ Message Number ☐ None

4. a. Where do you live? *(Check one.)*

☑ House ☐ Apartment ☐ Boarding House ☐ Nursing Home
☐ Shelter ☐ Group Home ☐ Other *(What?)* ______

b. With whom do you live? *(Check one.)*

☐ Alone ☑ With Family ☐ With Friends
☐ Other *(Describe relationship.)* ______

## SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

5. How do your illnesses, injuries, or conditions limit your ability to work?

IT PREVENTS ME FROM WALKING LONG DISTANCES, CLIMBING LADDERS AND STAIRS, ALSO WITH ME KEEPING MY BALANCE AT TIMES. THE PAIN REQUIRES ME TO TAKE FREQUENT BREAKS.

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other? ☐ Yes ☐ No

If "YES," for whom do you care, and what do you do for them?

8. Do you take care of pets or other animals? ☐ Yes ☐ No

If "YES," what do you do for them?

9. Does anyone help you care for other people or animals? ☐ Yes ☐ No

If "YES," who helps, and what do they do to help?

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

11. Do the illnesses, injuries, or conditions affect your sleep? ☐ Yes ☐ No

If "YES," how?

12. **PERSONAL CARE** (Check here ☐ if **NO PROBLEM** with personal care.)

a. Explain how your illnesses, injuries, or conditions affect your ability to:

Dress

Bathe

Care for hair

Shave

Feed self

Use the toilet

Other

749928

**Lincoln/Gilmore 0765**

b. Do you need any special reminders to take care of personal needs and grooming? ☐ Yes ☑ No

If "YES," what type of help or reminders are needed?

c. Do you need help or reminders taking medicine? ☐ Yes ☑ No

If "YES," what kind of help do you need?

13. **MEALS**

a. Do you prepare your own meals? ☑ Yes ☐ No

If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses.)

ONLY ABLE TO COOK QUICK MEALS DUE TO MY PAINS.

How often do you prepare food or meals? (For example, daily, weekly, monthly.)

1 - PER DAY ONLY WHEN SPOUSE IS AT WORK.

How long does it take you? 30 MINUTES

Any changes in cooking habits since the illness, injuries, or conditions began?

YES, I CAN'T STAND FOR LONG PERIODS DUE TO MY LEG/FOOT PAINS.

b. If "No," explain why you cannot or do not prepare meals.

14. **HOUSE AND YARD WORK**

a. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.)

I HELP WITH LIGHTER LOADS OF LAUNDRY, LIGHT CLEANING.

b. How much time does it take you, and how often do you do each of these things?

2 TIMES A WEEK, UP TO 1 HOUR MAX.

c. Do you need help or encouragement doing these things? ☑ Yes ☐ No

If "YES," what help is needed?

SPOUSE TO REMIND ME SOMETIMES BECAUSE I'M IN PAIN.

d. If you don't do house or yard work, explain why not.

NOT ABLE TO DO ANY WORK FOR LONG PERIODS DUE TO MY CONSTANT PAIN.

749928

Lincoln/Gilmore 0766

**15. GETTING AROUND** 062101270001327

a. How often do you go outside? MAYBE 3-4 TIMES PER WEEK

If you don't go out at all, explain why not.

b. When going out, how do you travel? *(Check all that apply.)*

☐ Walk ☑ Drive a car ☑ Ride in a car ☐ Ride a bicycle

☐ Use public transportation ☐ Other (Explain)

c. When going out, can you go out alone? ☑ Yes ☐ No

If "NO," explain why you can't go out alone.

d. Do you drive? ☑ Yes ☐ No

If you don't drive, explain why not.

16. **SHOPPING**

a. If you do any shopping, do you shop: *(Check all that apply.)*

☐ In stores ☑ By phone ☐ By mail ☑ By computer

b. Describe what you shop for.

GROCERIES, HOUSEHOLD PRODUCTS

c. How often do you shop and how long does it take?

2-TIMES PER MONTH, TAKES 2 HOURS TOTAL.

17. **MONEY**

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | ☑ Yes | ☐ No | Handle a savings account | ☑ Yes | ☐ No |
| Count change | ☑ Yes | ☐ No | Use a checkbook/money orders | ☑ Yes | ☐ No |

Explain all "NO" answers.

b. Has your ability to handle money changed since the illnesses, injuries, or conditions began? ☐ Yes ☑ No

If "YES," explain how the ability to handle money has changed.

## 18. HOBBIES AND INTERESTS

8621012700001327

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

WATCHING SPORTS ON TV

b. How often and how well do you do these things?

2 - TIMES A WEEK, NOT AS MUCH DUE TO RESTING DUE TO PAIN.

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

DON'T DO IT AS OFTEN DUE TO PAIN.

## 19. SOCIAL ACTIVITIES

a. Do you spend time with others? *(Check all that apply.)*

☐ In person ☑ On the phone ☐ Email ☑ Texting ☐ Mail

☑ Video Chat (for example Skype or Facetime) ☐ Other *(Explain)*

b. Describe the kinds of things you do with others.

TALK

How often do you do these things? ONCE A WEEK ON AVERAGE

c. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.) N/A DUE TO COVID AND BEING IN CONSTANT PAIN.

Do you need to be reminded to go places? ☐ Yes ☑ No

How often do you go and how much do you take part? N/A

Do you need someone to accompany you? ☐ Yes ☑ No

If "YES", explain.

d. Do you have any problems getting along with family, friends, neighbors, or others? ☐ Yes ☑ No

If "YES," explain.

e. Describe any changes in social activities since the illnesses, injuries, or conditions began.

DON'T WANT TO BE AROUND PEOPLE AS MUCH.

749928

**Lincoln/Gilmore 0768**

06210127000132 7

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items that your illnesses, injuries, or conditions affect:

- [x] Lifting
- [x] Squatting
- [x] Bending
- [x] Standing
- [x] Reaching
- [x] Walking
- [x] Sitting
- [x] Kneeling
- [ ] Talking
- [ ] Hearing
- [x] Stair Climbing
- [ ] Seeing
- [ ] Memory
- [ ] Completing Tasks
- [ ] Concentration
- [ ] Understanding
- [ ] Following Instructions
- [ ] Using Hands
- [ ] Getting Along With Others

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far].)

CAN'T LIFT OVER 10 POUNDS, PAIN SQUATTING, BENDING, STANDING, REACHING, WALKING, SITTING, KNEELING, STAIR CLIMBING. CAN'T WALK MORE THAN 10 MINUTES AT A TIME DUE TO PAIN.

b. Are you: [x] Right Handed? [ ] Left Handed?

c. How far can you walk before needing to stop and rest? 10 MINUTES

If you have to rest, how long before you can resume walking?

30 MINUTES

d. For how long can you pay attention? 10 MINUTES

e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie.) [x] Yes [ ] No

f. How well do you follow written instructions? (For example, a recipe.)

OK

g. How well do you follow spoken instructions?

OK

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.) OK

i. Have you ever been fired or laid off from a job because of problems getting along with other people? [ ] Yes [x] No

If "YES," please explain.

If "YES," please give name of employer.

749928

Lincoln/Gilmore 0769

j. How well do you handle stress? 0621012700001327

NOT VERY WELL.

k. How well do you handle changes in routine?

NOT VERY WELL.

l. Have you noticed any unusual behavior or fears? ☑ Yes ☐ No

If "YES," please explain.

FEAR OF FALLING DUE TO PAIN AND NERVE DAMAGE IN MY FEET.

21. Do you use any of the following? *(Check all that apply.)*

☐ Crutches ☐ Cane ☐ Hearing Aid
☐ Walker ☐ Brace/Splint ☑ Glasses/Contact Lenses
☐ Wheelchair ☐ Artificial Limb ☐ Artificial Voice Box
☐ Other (Explain)

Which of these were prescribed by a doctor?

GLASSES

When was it prescribed?

MAY - 1999

When do you need to use these aids?

EVERYDAY

22. Do you currently take any medicines for your illnesses, injuries, or conditions? [x] Yes [ ] No

If "YES," do any of your medicines cause side effects? [x] Yes [ ] No

If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| PREGABALIN | DROWSINESS |
| TADALAFIL | DIZZINESS, HEADACHE |
| SERTRALINE | DROWSINESS, |
| | |
| | |

## SECTION E - REMARKS

**Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.**

| Name of person completing this form (Please print) | Date *(MM/DD/YYYY)* |
|---|---|
| MICHAEL GILMORE | 01-25-21 |

| Address (Number and Street) | Email address (optional) |
|---|---|
| | |

| City | State | ZIP Code |
|---|---|---|
| | | |

749928

Lincoln/Gilmore 0771

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:11 AM | 132/77 | 70 | | 98.0 | 6.0 | 1.00 | 268.00 | | 35.36 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65). |
| | Patient Plan | Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will increase their tresiba to inject 40 units subq qd. Pt will continue their Jardiance 25mg 1 po qd and metformin ER 500mg 2 po bid and will continue to monitor their BS readings regularly at home. Pt will follow up in 1 month with BG readings. |
| 2. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Pt was instructed to eat a diet low in saturated fats and to exercise regularly. Pt will continue their Crestor 40mg 1 po qhs and notify us of any side effects to their medications. |

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Feb 22, 2021
Case ID: 749928

MICHAEL GILMORE

## APPOINTMENT REMINDER

We are the office that makes disability decisions for the Social Security Administration. This letter is to remind you to keep your appointment(s).

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

It is very important that you go to the appointment(s).

If you do not attend the appointment(s), we may make a decision based on the evidence we already have in file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

If you cannot attend, or need assistance, please call us immediately at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

cc: ADVOCATOR GROUP LLC

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Feb 22, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT REMINDER**

We are the office that makes disability decisions for the Social Security Administration. This letter is to remind you to keep your appointment(s).

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment*** |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

It is very important that you go to the appointment(s).

If you do not attend the appointment(s), we may make a decision based on the evidence we already have in file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

If you cannot attend, or need assistance, please call us immediately at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

cc: ADVOCATOR GROUP LLC

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Feb 23, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT CANCELLATION**

We are the office that makes disability decisions for the Social Security Administration. We cancelled your appointment(s) listed below.

**Cancelled Appointment(s):**

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Comprehensive Examination, Not Specific |

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please do not go to the appointment(s).** Disregard any reminders regarding the appointment(s). Please attend all other appointments we scheduled for you, if any.

If you have any questions regarding this cancellation, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

cc: ADVOCATOR GROUP LLC

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Feb 23, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT CANCELLATION**

We are the office that makes disability decisions for the Social Security Administration. We cancelled your appointment(s) listed below.

**Cancelled Appointment(s):**

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Comprehensive Examination, Not Specific |

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please do not go to the appointment(s).** Disregard any reminders regarding the appointment(s). Please attend all other appointments we scheduled for you, if any.

If you have any questions regarding this cancellation, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

cc: ADVOCATOR GROUP LLC

749928/ Assigned 0E96 06A4/ DCPS / / OMB No. 0960-0555 / 98022183

**Lincoln/Gilmore 0776**

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Feb 23, 2021
Case ID: 749928
RE: Michael Gilmore

CUMBERLAND MEDICAL EVALUATION
ATTENTION: MEDICAL RECORDS
SUMMIT MEDICAL GROUP
603 SMITHVIEW DR
MARYVILLE TN 37803

**APPOINTMENT CANCELLATION**

We have cancelled the following appointment and payment authorization:

| **Claimant Information** | **Date and Time** | **Services Authorized** | **Authorization Number** |
|---|---|---|---|
| Michael Gilmore | Tuesday<br>February 23rd, 2021<br>09:00 AM Eastern Standard Time | Code: 99205<br>Procedure Type Code: E<br>Desc: Comprehensive exam with history; not specific<br>Fee: $190.43 | C000935 |

We also notified the claimant of this cancellation. If the claimant or representative contacts you about this appointment, please ask them to call our office.

If you have any questions, please contact us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, the individual's name, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Feb 25, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT NOTICE**

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment*** |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>March 9th, 2021<br>04:30 PM Central Standard Time | Comprehensive Examination, Not Specific |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

Date: Feb 25, 2021
Case ID: 749928

RQID:DCW345251 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:8f6
MICHAEL GILMORE

**APPOINTMENT CONFIRMATION**

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (615) 747-0869 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>March 9th, 2021<br>04:30 PM Central Standard Time | Comprehensive Examination, Not Specific |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________________________

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

Date: Feb 25, 2021
Case ID: 749928

RQID:DCW345251 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:8f6
MICHAEL GILMORE

**AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT**

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>March 9th, 2021<br>04:30 PM Central Standard Time | Comprehensive Examination, Not Specific |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ______________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ______________________ Fax: ______________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

______________________ ________ ______________________
Your Signature Date Current Phone Number

______________________ ________ ____________ ____________
Current Address City State Zip

749928/ Assigned null 0104/ DCPS / DCR345251 / OMB No. 0960-0555 / 98022174

**Lincoln/Gilmore 0780**

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TN 37202

Date: Feb 25, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT NOTICE**

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>March 9th, 2021<br>04:30 PM Central Standard Time | Comprehensive Examination, Not Specific |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by March 7, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C./JB
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: ADVOCATOR GROUP LLC

Date: Feb 25, 2021
Case ID: 749928

RQID:DCW345251 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:8f6
MICHAEL GILMORE

## APPOINTMENT CONFIRMATION

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (615) 747-0869 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>March 9th, 2021<br>04:30 PM Central Standard Time | Comprehensive Examination, Not Specific |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________

Your Signature ____ Date ____ Current Phone Number ____

Current Address ____ City ____ State ____ Zip ____

749928/ Assigned null 0104/ DCPS / DCR345251 / OMB No. 0960-0555 / 98022174

**Lincoln/Gilmore 0784**

Date: Feb 25, 2021
Case ID: 749928

RQID:DCW345251 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:8f6
MICHAEL GILMORE

## AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>March 9th, 2021<br>04:30 PM Central Standard Time | Comprehensive Examination, Not Specific |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ______________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ______________________ Fax: ______________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

______________________________ __________ ______________________
Your Signature Date Current Phone Number

______________________________ __________ __________ __________
Current Address City State Zip

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

## AUTHORIZATION AND CLAIM FOR PAYMENT

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DIV. OF REHABILITATION SERVICES**

**PO BOX 775**
**NASHVILLE, TN 37202**

**FAX (877) 337-7890**
**TOLL FREE (800) 972-0617**

**Claimant Phone Number**

RQID:DCC345251 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:5b69

**VENDOR NO. 2022415 VENDOR LOC. CODE 0000146571**

**CUMBERLAND MEDICAL EVALUATION**
**SUMMIT MEDICAL GROUP**
**603 SMITHVIEW DR**
**MARYVILLE, TN 37803**

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**EXAMINER: Sabrina C. UNIT: 06A4**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (615) 747-0869**

**DOB: ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction**

**RENDER SERVICES BELOW: APPOINTMENT DATE: March 9th, 2021 @ 05:30 PM EST**

| | | |
|---|---|---|
| 99205 | Comprehensive exam with history; not specific | $190.43 |

**TOTAL..........$190.43**

**ADDITIONAL STUDIES:**__________________________________ **$**__________________

**APPROVED:**____________________ **DATE**___________ **LESS SERVICES NOT RENDERED** **$**__________________

**ADJUSTED TOTAL ................ $**__________________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED** __________________ **DATE BILLED** __________________

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE ______________________________________________________
Vendor Sign Here

**APPROVED FOR PAYMENT:**___________________________ **DATE**__________________ **VOUCHER NO.** **C001551**
DISABILITY EXAMINER

**Lincoln/Gilmore 0787**

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Feb 25, 2021
Case ID: 749928
RE: Michael Gilmore
DOB:
Applicant: Michael Gilmore
Authorization #: C001551

CUMBERLAND MEDICAL EVALUATION
ATTENTION: MEDICAL RECORDS
SUMMIT MEDICAL GROUP
603 SMITHVIEW DR
MARYVILLE TN 37803

## APPOINTMENT AUTHORIZATION

Michael Gilmore has applied for disability benefits. This letter authorizes you to perform the service(s) listed below. If you decide that you need additional tests, please call this office at (615) 747-0869 for authorization. We will pay the usual and customary fees in accordance with State regulation but will only pay for pre-authorized services. Do not bill the claimant for any services provided as part of this appointment.

| Claimant Information | Date and Time | Services Authorized |
|---|---|---|
| Michael Gilmore | Tuesday<br>March 9th, 2021<br>04:30 PM Central Standard Time | Code: 99205<br>Procedure Type Code: E<br>Desc: Comprehensive exam with history; not specific<br>Fee: $190.43 |

Please evaluate the following:
Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction

**Special Instructions:**

**What You Need To Do Next**

Please provide a report based on your findings. Ensure the service provided includes the details identified in this document. The medical source who performed the examination must review and sign the report either by “wet” signature submitted by mail or fax, or electronic signature, if submitted though the Electronic Records Express (ERE).

Please see the barcoded page for instructions on how to return the report. You must return the medical report to our office within 10 days from the date of the exam. If we do not receive your report, we may cancel the payment authorization and schedule the appointment with another provider.

**If You Have Any Questions**

If you have any questions about this appointment, please contact us at the number(s) shown between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, the individual’s name, your name, and a call back number.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on the claimant's eligibility for benefits.

We will use the information to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To Federal, State, or local agencies for administering cash or non-cash income maintenance or health maintenance programs; and

2. To contractors, and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File System and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

20201128 00718702 003 10

Form Approved
OMB No. 0960-0623

| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
|---|---|
| SSN | Birthday |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchanges):
**OF WHAT All my medical records; also education records and other information related to my ability to perform tasks.**
**This includes specific permission to release:**

**1.All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to :**

- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
- Drug abuse, alcoholism, or other substance abuse
- Sickle cell anemia
- Records which may indicate the presence of a communicable or noncommunicable disease; and tests for records of HIV/AIDS
- Gene-related impairments (including genetic test results)

**2.Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**

**3.Copies of educational tests or evaluations, including Individualized Education Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations;**

**4. Information created within 12 months after the date this authorization is signed, as well as past information.**

## FROM WHOM

- All Medical Sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities.
- All educational sources (Schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed.

CUMBERLAND MEDICAL EVALUATION
Attention: Medical Records
SUMMIT MEDICAL GROUP
603 SMITHVIEW DR
MARYVILLE TN 37803

## TO WHOM

**The Social Security Administration and the State agency authorized to process my case (usually called " disability determination service"), including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

## PURPOSE

Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

## EXPIRES WHEN

This authorization is good for 12 months from the date signed (below my signature).

- I authorized the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** **INDIVIDUAL** authorizing disclosure | **IF not signed by subject of disclosure, specify basis for authority to sign** ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** |
|---|---|
| **SIGN ▶** M. Gilmore | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed Nov 25, 2020 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| **SIGN ▶** | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPPA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted

**Lincoln/Gilmore 0790**

## Explanation of Form SSA-827
## "Authorization to Disclose information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d) (5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

a) To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

b) To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

c) To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

d) To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to provide this information unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 0960-0555. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

# FUNCTION REPORT - ADULT

*How your illnesses, injuries, or conditions limit your activities*

**For SSA Use Only**
**Do not write in this box.**

RQID:DCM5603529 SITE:S48 DR:S
SSN:********* DOCTYPE:0075 RF:D CS:f679

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

## SECTION A - GENERAL INFORMATION

1. **NAME OF DISABLED PERSON** *(First, Middle Initial, Last)*
Michael Gilmore

2. **SOCIAL SECURITY NUMBER**

3. **YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

*Area Code* *Phone Number*

☑ Your Number ☐ Message Number ☐ None

4. a. Where do you live? *(Check one.)*

☑ House ☐ Apartment ☐ Boarding House ☐ Nursing Home
☐ Shelter ☐ Group Home ☐ Other *(What?)* ______

b. With whom do you live? *(Check one.)*

☐ Alone ☑ With Family ☐ With Friends
☐ Other *(Describe relationship.)* ______

## SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

5. How do your illnesses, injuries, or conditions limit your ability to work?

IT PREVENTS ME FROM WALKING LONG DISTANCES, CLIMBING LADDERS AND STAIRS, ALSO WITH ME KEEPING MY BALANCE AT TIMES. THE PAIN REQUIRES ME TO TAKE FREQUENT BREAKS.

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other? ☐ Yes ☐ No

   If "YES," for whom do you care, and what do you do for them?

8. Do you take care of pets or other animals? ☐ Yes ☐ No

   If "YES," what do you do for them?

9. Does anyone help you care for other people or animals? ☐ Yes ☐ No

   If "YES," who helps, and what do they do to help?

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

11. Do the illnesses, injuries, or conditions affect your sleep? ☐ Yes ☐ No

    If "YES," how?

12. **PERSONAL CARE** (Check here ☐ if **NO PROBLEM** with personal care.)

    a. Explain how your illnesses, injuries, or conditions affect your ability to:

    Dress

    Bathe

    Care for hair

    Shave

    Feed self

    Use the toilet

    Other

b. Do you need any special reminders to take care of personal needs and grooming? ☐ Yes ☑ No

If "YES," what type of help or reminders are needed?

c. Do you need help or reminders taking medicine? ☐ Yes ☑ No

If "YES," what kind of help do you need?

13. **MEALS**

a. Do you prepare your own meals? ☑ Yes ☐ No

If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses.)

ONLY ABLE TO COOK QUICK MEALS DUE TO MY PAINS.

How often do you prepare food or meals? (For example, daily, weekly, monthly.)

1 - PER DAY ONLY WHEN SPOUSE IS AT WORK.

How long does it take you? 30 MINUTES

Any changes in cooking habits since the illness, injuries, or conditions began?

YES, I CAN'T STAND FOR LONG PERIODS DUE TO MY LEG/FOOT PAINS.

b. If "No," explain why you cannot or do not prepare meals.

14. **HOUSE AND YARD WORK**

a. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.)

I HELP WITH LIGHTER LOADS OF LAUNDRY, LIGHT CLEANING.

b. How much time does it take you, and how often do you do each of these things?

2 TIMES A WEEK, UP TO 1 HOUR MAX.

c. Do you need help or encouragement doing these things? ☑ Yes ☐ No

If "YES," what help is needed?

SPOUSE TO REMIND ME SOMETIMES BECAUSE I'M IN PAIN.

d. If you don't do house or yard work, explain why not.

NOT ABLE TO DO ANY WORK FOR LONG PERIODS DUE TO MY CONSTANT PAIN.

749928

**Lincoln/Gilmore 0794**

**15. GETTING AROUND** 062101270001327

a. How often do you go outside? MAYBE 3-4 TIMES PER WEEK

If you don't go out at all, explain why not.

b. When going out, how do you travel? *(Check all that apply.)*

- [ ] Walk
- [x] Drive a car
- [x] Ride in a car
- [ ] Ride a bicycle
- [ ] Use public transportation
- [ ] Other (Explain)

c. When going out, can you go out alone? [x] Yes [ ] No

If "NO," explain why you can't go out alone.

d. Do you drive? [x] Yes [ ] No

If you don't drive, explain why not.

16. **SHOPPING**

a. If you do any shopping, do you shop: *(Check all that apply.)*

- [ ] In stores
- [x] By phone
- [ ] By mail
- [x] By computer

b. Describe what you shop for.

GROCERIES, HOUSEHOLD PRODUCTS

c. How often do you shop and how long does it take?

2-TIMES PER MONTH, TAKES 2 HOURS TOTAL.

17. **MONEY**

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | [x] Yes | [ ] No | Handle a savings account | [x] Yes | [ ] No |
| Count change | [x] Yes | [ ] No | Use a checkbook/money orders | [x] Yes | [ ] No |

Explain all "NO" answers.

b. Has your ability to handle money changed since the illnesses, injuries, or conditions began? [ ] Yes [x] No

If "YES," explain how the ability to handle money has changed.

## 18. HOBBIES AND INTERESTS

0621012700001327

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

WATCHING SPORTS ON TV

b. How often and how well do you do these things?

2 - TIMES A WEEK, NOT AS MUCH DUE TO RESTING DUE TO PAIN.

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

DON'T DO IT AS OFTEN DUE TO PAIN.

## 19. SOCIAL ACTIVITIES

a. Do you spend time with others? *(Check all that apply.)*

☐ In person ☑ On the phone ☐ Email ☑ Texting ☐ Mail

☑ Video Chat (for example Skype or Facetime) ☐ Other *(Explain)*

b. Describe the kinds of things you do with others.

TALK

How often do you do these things? ONCE A WEEK ON AVERAGE

c. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.) N/A DUE TO COVID AND BEING IN CONSTANT PAIN.

Do you need to be reminded to go places? ☐ Yes ☑ No

How often do you go and how much do you take part? N/A

Do you need someone to accompany you? ☐ Yes ☑ No

If "YES", explain.

d. Do you have any problems getting along with family, friends, neighbors, or others? ☐ Yes ☑ No

If "YES," explain.

e. Describe any changes in social activities since the illnesses, injuries, or conditions began.

DON'T WANT TO BE AROUND PEOPLE AS MUCH.

749928

**Lincoln/Gilmore 0796**

0621012700 01327

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items that your illnesses, injuries, or conditions affect:

- [x] Lifting
- [x] Squatting
- [x] Bending
- [x] Standing
- [x] Reaching
- [x] Walking
- [x] Sitting
- [x] Kneeling
- [ ] Talking
- [ ] Hearing
- [x] Stair Climbing
- [ ] Seeing
- [ ] Memory
- [ ] Completing Tasks
- [ ] Concentration
- [ ] Understanding
- [ ] Following Instructions
- [ ] Using Hands
- [ ] Getting Along With Others

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far].)

CAN'T LIFT OVER 10 POUNDS, PAIN SQUATTING, BENDING, STANDING, REACHING, WALKING, SITTING, KNEELING, STAIR CLIMBING. CAN'T WALK MORE THAN 10 MINUTES AT A TIME DUE TO PAIN.

b. Are you: [x] Right Handed? [ ] Left Handed?

c. How far can you walk before needing to stop and rest? 10 MINUTES

If you have to rest, how long before you can resume walking?

30 MINUTES

d. For how long can you pay attention? 10 MINUTES

e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie.) [x] Yes [ ] No

f. How well do you follow written instructions? (For example, a recipe.)

OK

g. How well do you follow spoken instructions?

OK

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.) OK

i. Have you ever been fired or laid off from a job because of problems getting along with other people? [ ] Yes [x] No

If "YES," please explain.

If "YES," please give name of employer.

749928

Lincoln/Gilmore 0797

j. How well do you handle stress? 06210127000 1327

NOT VERY WELL.

k. How well do you handle changes in routine?

NOT VERY WELL.

l. Have you noticed any unusual behavior or fears? ☑ Yes ☐ No

If "YES," please explain.

FEAR OF FALLING DUE TO PAIN AND NERVE DAMAGE IN MY FEET.

21. Do you use any of the following? *(Check all that apply.)*

☐ Crutches ☐ Cane ☐ Hearing Aid
☐ Walker ☐ Brace/Splint ☑ Glasses/Contact Lenses
☐ Wheelchair ☐ Artificial Limb ☐ Artificial Voice Box
☐ Other (Explain)

Which of these were prescribed by a doctor?

GLASSES

When was it prescribed?

MAY - 1999

When do you need to use these aids?

EVERYDAY

22. Do you currently take any medicines for your illnesses, injuries, or conditions? ☑ Yes ☐ No

If "YES," do any of your medicines cause side effects? ☑ Yes ☐ No

If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| PREGABALIN | DROWSINESS |
| TADALAFIL | DIZZINESS, HEADACHE |
| SERTRALINE | DROWSINESS, |
| | |
| | |

## SECTION E - REMARKS

**Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.**

| Name of person completing this form (Please print) | | Date (MM/DD/YYYY) |
|---|---|---|
| MICHAEL GILMORE | | 01-25-21 |
| Address (Number and Street) | Email address (optional) | |
| City | State | ZIP Code |

749928

**Lincoln/Gilmore 0799**

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:11 AM | 132/77 | 70 | | 98.0 | 6.0 | 1.00 | 268.00 | | 35.36 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65). |
| | Patient Plan | Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will increase their tresiba to inject 40 units subq qd. Pt will continue their Jardiance 25mg 1 po qd and metformin ER 500mg 2 po bid and will continue to monitor their BS readings regularly at home. Pt will follow up in 1 month with BG readings. |
| 2. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Pt was instructed to eat a diet low in saturated fats and to exercise regularly. Pt will continue their Crestor 40mg 1 po qhs and notify us of any side effects to their medications. |

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Mar 3, 2021
Case ID: 749928
RE: Michael Gilmore

DR ELLEN DENNY, PHD
308 S PETERS RD
KNOXVILLE TN 37923

**APPOINTMENT CANCELLATION**

We have cancelled the following appointment and payment authorization:

| **Claimant Information** | **Date and Time** | **Services Authorized** | **Authorization Number** |
|---|---|---|---|
| Michael Gilmore | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Code: 90791-MSE<br>Procedure Type Code: E<br>Desc: Mental Status Exam<br>Fee: $123.18<br><br>Code: TELEHLTH<br>Procedure Type Code:<br>Desc: Telehealth CE Scheduling Notifier<br>Fee: $ | C000782 |

We also notified the claimant of this cancellation. If the claimant or representative contacts you about this appointment, please ask them to call our office.

If you have any questions, please contact us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, the individual's name, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Mar 3, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT CANCELLATION**

We are the office that makes disability decisions for the Social Security Administration. We cancelled your appointment(s) listed below.

**Cancelled Appointment(s):**

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please do not go to the appointment(s).** Disregard any reminders regarding the appointment(s). Please attend all other appointments we scheduled for you, if any.

If you have any questions regarding this cancellation, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

cc: ADVOCATOR GROUP LLC

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TN 37202

Date: Mar 3, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT CANCELLATION**

We are the office that makes disability decisions for the Social Security Administration. We cancelled your appointment(s) listed below.

**Cancelled Appointment(s):**

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| DR ELLEN DENNY, PHD<br>308 S PETERS RD<br>KNOXVILLE, TN 37923 | Wednesday<br>March 3rd, 2021<br>03:00 PM Eastern Standard Time | Mental Status Exam |

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please do not go to the appointment(s).** Disregard any reminders regarding the appointment(s). Please attend all other appointments we scheduled for you, if any.

If you have any questions regarding this cancellation, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

cc: ADVOCATOR GROUP LLC

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TN 37202

Date: Mar 4, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT NOTICE**

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| EVALUATION SPECIALISTS<br>1111 NORTHSHORE DR STE S490<br>KNOXVILLE, TN 37919 | Friday<br>April 16th, 2021<br>10:45 AM Central Daylight Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by March 14, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C./TM
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: ADVOCATOR GROUP LLC

Date: Mar 4, 2021
Case ID: 749928

RQID:DCW360521 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:99a7
MICHAEL GILMORE

**APPOINTMENT CONFIRMATION**

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (615) 747-0869 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| EVALUATION SPECIALISTS<br>1111 NORTHSHORE DR STE S490<br>KNOXVILLE, TN 37919 | Friday<br>April 16th, 2021<br>10:45 AM Central Daylight Time | Mental Status Exam |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________________________

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

749928/ Assigned null 0104/ DCPS / DCR360521 / OMB No. 0960-0555 / 98022174

**Lincoln/Gilmore 0806**

Date: Mar 4, 2021
Case ID: 749928

RQID:DCW360521 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:99a7
MICHAEL GILMORE

**AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT**

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| EVALUATION SPECIALISTS<br>1111 NORTHSHORE DR STE S490<br>KNOXVILLE, TN 37919 | Friday<br>April 16th, 2021<br>10:45 AM Central Daylight Time | Mental Status Exam |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ______________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ____________________ Fax: ____________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

______________________________ ________ ______________________
Your Signature Date Current Phone Number

______________________________ ________ __________ __________
Current Address City State Zip

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

## AUTHORIZATION AND CLAIM FOR PAYMENT

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**

**TOLL FREE**
**(800) 972-0617**

**DDS**
**SUITE 800**
**200 ATHENS WAY**
**NASHVILLE, TN 37228**

RQID:DCT360521 SITE:S48 DR:S
SSN:********* DOCTYPE:9023 RF:D CS:2d9b

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**CLAIMANT PHONE NUMBER:**

**VENDOR NO. 99999999 VENDOR LOC. CODE 99**

**EXAMINER: SABRINA C. UNIT: 06A4**
**TOLL FREE NUMBER: (800) 972-0617 EXT:**
**NASHVILLE AREA PHONE#: (615) 747-0869**
**EXAMINER #: 0E96**
**DATE: MARCH 4, 2021**

**DOB: ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction**

**RENDER SERVICES BELOW:**TRAVEL INSTRUCTIONS **APPOINTMENT DATE: April 16th, 2021 @ 11:45 AM EDT**

**** PLEASE RETURN THIS VOUCHER WITHIN 30 DAYS OF YOUR APPOINTMENT ****

Please allow six (6) to eight (8) weeks for payment. You will be paid the amount shown for your travel expense regardless of the method of travel you choose. If you have any problems in getting to the exam, contact us immediately so that suitable arrangements can be made.
This form is for the following travel: From to KNOXVILLE for MICHAEL GILMORE.
(Basis of payment = 60.00 Miles x 0.47 cents)

**PLEASE NOTIFY THE EXAMINER LISTED ABOVE IF YOUR ADDRESS CHANGES; OTHERWISE, YOUR TRAVEL CHECK COULD GO TO THE WRONG ADDRESS.**

**TOTAL.........$28.20**

**ADDITIONAL STUDIES:__________________________________________________** **$___________________**

**APPROVED:_______________________ DATE_____________ LESS SERVICES NOT RENDERED** **$___________________**

**ADJUSTED TOTAL ........** **$___________________**

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**

**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED ___April 16th, 2021___** **DATE BILLED ___April 16th, 2021___**

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE ____________________________________________________
Claimant Vendor Sign Here

**APPROVED FOR PAYMENT:___________________________ DATE: ___________________ VOUCHER NO. T000731**
DISABILITY EXAMINER

TM/0E96

**Lincoln/Gilmore 0809**

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Mar 4, 2021
Case ID: 749928

MICHAEL GILMORE

**APPOINTMENT NOTICE**

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment*** |
|---|---|---|
| EVALUATION SPECIALISTS<br>1111 NORTHSHORE DR STE S490<br>KNOXVILLE, TN 37919 | Friday<br>April 16th, 2021<br>10:45 AM Central Daylight Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by March 14, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

Thank you for your help.

Sabrina C./TM
(615) 747-0869
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Travel reimbursement form
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: ADVOCATOR GROUP LLC

Date: Mar 4, 2021
Case ID: 749928

RQID:DCW360521 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:99a7
MICHAEL GILMORE

## APPOINTMENT CONFIRMATION

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (615) 747-0869 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| EVALUATION SPECIALISTS<br>1111 NORTHSHORE DR STE S490<br>KNOXVILLE, TN 37919 | Friday<br>April 16th, 2021<br>10:45 AM Central Daylight Time | Mental Status Exam |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

____________________________________________________________

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

Date: Mar 4, 2021
Case ID: 749928

RQID:DCW360521 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:99a7
MICHAEL GILMORE

**AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT**

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| EVALUATION SPECIALISTS<br>1111 NORTHSHORE DR STE S490<br>KNOXVILLE, TN 37919 | Friday<br>April 16th, 2021<br>10:45 AM Central Daylight Time | Mental Status Exam |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ______________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ____________________ Fax: ____________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

## AUTHORIZATION AND CLAIM FOR PAYMENT

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DIV. OF REHABILITATION SERVICES

PO BOX 775
NASHVILLE, TN 37202

FAX (877) 337-7890
TOLL FREE (800) 972-0617

Claimant Phone Number

RQID:DCC360521 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:ec1a

**VENDOR NO. 2036184 VENDOR LOC. CODE 0000071685**

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**EVALUATION SPECIALISTS**
**1111 NORTHSHORE DR STE S490**
**KNOXVILLE, TN 37919**

**EXAMINER: Sabrina C. UNIT: 06A4**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (615) 747-0869**

**DOB: ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction**

**RENDER SERVICES BELOW: APPOINTMENT DATE: April 16th, 2021 @ 11:45 AM EDT**

| | | |
|---|---|---|
| 90791-MSE | Mental Status Exam | $123.18 |
| TELEHLTH | Telehealth CE Scheduling Notifier | $ |

**TOTAL..........$123.18**

**ADDITIONAL STUDIES:**__________________________________________________ **$**____________________

**APPROVED:**______________________ **DATE**____________ **LESS SERVICES NOT RENDERED** **$**____________________

**ADJUSTED TOTAL ................ $**____________________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED** __________________ **DATE BILLED** __________________

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE __________________________________________________
Vendor Sign Here

**APPROVED FOR PAYMENT:**___________________________ **DATE**__________________ **VOUCHER NO.** C001944
DISABILITY EXAMINER

**Lincoln/Gilmore 0815**

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**PO BOX 775**
**NASHVILLE, TN 37202**

Date: Mar 4, 2021
Case ID: 749928
RE: Michael Gilmore
DOB:
Applicant: Michael Gilmore
Authorization #: C001944

EVALUATION SPECIALISTS
1111 NORTHSHORE DR STE S490
KNOXVILLE TN 37919

**APPOINTMENT AUTHORIZATION**

Michael Gilmore has applied for disability benefits. This letter authorizes you to perform the service(s) listed below. If you decide that you need additional tests, please call this office at (615) 747-0869 for authorization. We will pay the usual and customary fees in accordance with State regulation but will only pay for pre-authorized services. Do not bill the claimant for any services provided as part of this appointment.

| Claimant Information | Date and Time | Services Authorized |
|---|---|---|
| Michael Gilmore | Friday<br>April 16th, 2021<br>10:45 AM Central Daylight Time | Code: 90791-MSE<br>Procedure Type Code: E<br>Desc: Mental Status Exam<br>Fee: $123.18<br><br>Code: TELEHLTH<br>Procedure Type Code:<br>Desc: Telehealth CE Scheduling Notifier<br>Fee: $ |

Please evaluate the following:
Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction

**Special Instructions:**

**What You Need To Do Next**

Please provide a report based on your findings. Ensure the service provided includes the details identified in this document. The medical source who performed the examination must review and sign the report either by “wet” signature submitted by mail or fax, or electronic signature, if submitted though the Electronic Records Express (ERE).

Please see the barcoded page for instructions on how to return the report. You must return the medical report to our office within 10 days from the date of the exam. If we do not receive your report, we may cancel the payment authorization and schedule the appointment with another provider.

**If You Have Any Questions**

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on the claimant's eligibility for benefits.

We will use the information to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To Federal, State, or local agencies for administering cash or non-cash income maintenance or health maintenance programs; and

2. To contractors, and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File System and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

Form Approved
OMB No. 0960-0623

| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
|---|---|
| SSN | Birthday |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchanges):
**OF WHAT All my medical records; also education records and other information related to my ability to perform tasks.**
**This includes specific permission to release:**

**1.All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to :**
- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
- Drug abuse, alcoholism, or other substance abuse
- Sickle cell anemia
- Records which may indicate the presence of a communicable or noncommunicable disease; and tests for records of HIV/AIDS
- Gene-related impairments (including genetic test results)

**2.Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
**3.Copies of educational tests or evaluations, including Individualized Education Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations;**
**4. Information created within 12 months after the date this authorization is signed, as well as past information.**

## FROM WHOM

- All Medical Sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities.
- All educational sources (Schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed.

EVALUATION SPECIALISTS
1111 NORTHSHORE DR STE S490
KNOXVILLE TN 37919

## TO WHOM

**The Social Security Administration and the State agency authorized to process my case (usually called " disability determination service"), including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

## PURPOSE

Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

## EXPIRES WHEN

This authorization is good for 12 months from the date signed (below my signature).

- I authorized the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** **INDIVIDUAL** authorizing disclosure | **IF not signed by subject of disclosure, specify basis for authority to sign** ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** |
|---|---|
| **SIGN ▶** M. Gilmore | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed Nov 25, 2020 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| **SIGN ▶** | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPPA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

## Explanation of Form SSA-827
## "Authorization to Disclose information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d) (5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

a) To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

b) To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

c) To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

d) To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to provide this information unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 0960-0555. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

# FUNCTION REPORT - ADULT

*How your illnesses, injuries, or conditions limit your activities*

**For SSA Use Only**
**Do not write in this box.**

RQID:DCM5603529 SITE:S48 DR:S
SSN:********* DOCTYPE:0075 RF:D CS:f679

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

## SECTION A - GENERAL INFORMATION

1. **NAME OF DISABLED PERSON** *(First, Middle Initial, Last)*
Michael Gilmore

2. **SOCIAL SECURITY NUMBER**

3. **YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

*Area Code Phone Number*

☑ Your Number ☐ Message Number ☐ None

4. a. Where do you live? *(Check one.)*

☑ House ☐ Apartment ☐ Boarding House ☐ Nursing Home
☐ Shelter ☐ Group Home ☐ Other *(What?)*

b. With whom do you live? *(Check one.)*

☐ Alone ☑ With Family ☐ With Friends
☐ Other *(Describe relationship.)*

## SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

5. How do your illnesses, injuries, or conditions limit your ability to work?

IT PREVENTS ME FROM WALKING LONG DISTANCES, CLIMBING LADDERS AND STAIRS, ALSO WITH ME KEEPING MY BALANCE AT TIMES. THE PAIN REQUIRES ME TO TAKE FREQUENT BREAKS.

749928

Lincoln/Gilmore 0820

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other? ☐ Yes ☐ No

   If "YES," for whom do you care, and what do you do for them?

8. Do you take care of pets or other animals? ☐ Yes ☐ No

   If "YES," what do you do for them?

9. Does anyone help you care for other people or animals? ☐ Yes ☐ No

   If "YES," who helps, and what do they do to help?

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

11. Do the illnesses, injuries, or conditions affect your sleep? ☐ Yes ☐ No

    If "YES," how?

12. **PERSONAL CARE** (Check here ☐ if **NO PROBLEM** with personal care.)

    a. Explain how your illnesses, injuries, or conditions affect your ability to:

    Dress

    Bathe

    Care for hair

    Shave

    Feed self

    Use the toilet

    Other

749928

Lincoln/Gilmore 0821

b. Do you need any special reminders to take care of personal needs and grooming? ☐ Yes ☑ No

If "YES," what type of help or reminders are needed?

c. Do you need help or reminders taking medicine? ☐ Yes ☑ No

If "YES," what kind of help do you need?

13. **MEALS**

a. Do you prepare your own meals? ☑ Yes ☐ No

If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses.)

ONLY ABLE TO COOK QUICK MEALS DUE TO MY PAINS.

How often do you prepare food or meals? (For example, daily, weekly, monthly.)

1 - PER DAY ONLY WHEN SPOUSE IS AT WORK.

How long does it take you? 30 MINUTES

Any changes in cooking habits since the illness, injuries, or conditions began?

YES, I CAN'T STAND FOR LONG PERIODS DUE TO MY LEG/FOOT PAINS.

b. If "No," explain why you cannot or do not prepare meals.

14. **HOUSE AND YARD WORK**

a. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.)

I HELP WITH LIGHTER LOADS OF LAUNDRY, LIGHT CLEANING.

b. How much time does it take you, and how often do you do each of these things?

2 TIMES A WEEK, UP TO 1 HOUR MAX.

c. Do you need help or encouragement doing these things? ☑ Yes ☐ No

If "YES," what help is needed?

SPOUSE TO REMIND ME SOMETIMES BECAUSE I'M IN PAIN.

d. If you don't do house or yard work, explain why not.

NOT ABLE TO DO ANY WORK FOR LONG PERIODS DUE TO MY CONSTANT PAIN.

**15. GETTING AROUND** 0621012700013 27

a. How often do you go outside? MAYBE 3-4 TIMES PER WEEK

If you don't go out at all, explain why not.

b. When going out, how do you travel? *(Check all that apply.)*

☐ Walk ☑ Drive a car ☑ Ride in a car ☐ Ride a bicycle

☐ Use public transportation ☐ Other (Explain)

c. When going out, can you go out alone? ☑ Yes ☐ No

If "NO," explain why you can't go out alone.

d. Do you drive? ☑ Yes ☐ No

If you don't drive, explain why not.

16. **SHOPPING**

a. If you do any shopping, do you shop: *(Check all that apply.)*

☐ In stores ☑ By phone ☐ By mail ☑ By computer

b. Describe what you shop for.

GROCERIES, HOUSEHOLD PRODUCTS

c. How often do you shop and how long does it take?

2-TIMES PER MONTH, TAKES 2 HOURS TOTAL.

17. **MONEY**

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | ☑ Yes | ☐ No | Handle a savings account | ☑ Yes | ☐ No |
| Count change | ☑ Yes | ☐ No | Use a checkbook/money orders | ☑ Yes | ☐ No |

Explain all "NO" answers.

b. Has your ability to handle money changed since the illnesses, injuries, or conditions began? ☐ Yes ☑ No

If "YES," explain how the ability to handle money has changed.

0521012700001327

18. **HOBBIES AND INTERESTS**

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

WATCHING SPORTS ON TV

b. How often and how well do you do these things?

2 - TIMES A WEEK, NOT AS MUCH DUE TO RESTING DUE TO PAIN.

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

DON'T DO IT AS OFTEN DUE TO PAIN.

19. **SOCIAL ACTIVITIES**

a. Do you spend time with others? *(Check all that apply.)*

☐ In person ☑ On the phone ☐ Email ☑ Texting ☐ Mail

☑ Video Chat (for example Skype or Facetime) ☐ Other *(Explain)*

b. Describe the kinds of things you do with others.

TALK

How often do you do these things? ONCE A WEEK ON AVERAGE

c. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.)

N/A DUE TO COVID AND BEING IN CONSTANT PAIN.

Do you need to be reminded to go places? ☐ Yes ☑ No

How often do you go and how much do you take part? N/A

Do you need someone to accompany you? ☐ Yes ☑ No

If "YES", explain.

d. Do you have any problems getting along with family, friends, neighbors, or others? ☐ Yes ☑ No

If "YES," explain.

e. Describe any changes in social activities since the illnesses, injuries, or conditions began.

DON'T WANT TO BE AROUND PEOPLE AS MUCH.

749928

Lincoln/Gilmore 0824

062101270001327

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items that your illnesses, injuries, or conditions affect:

- [x] Lifting
- [x] Squatting
- [x] Bending
- [x] Standing
- [x] Reaching
- [x] Walking
- [x] Sitting
- [x] Kneeling
- [ ] Talking
- [ ] Hearing
- [x] Stair Climbing
- [ ] Seeing
- [ ] Memory
- [ ] Completing Tasks
- [ ] Concentration
- [ ] Understanding
- [ ] Following Instructions
- [ ] Using Hands
- [ ] Getting Along With Others

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far].)

CAN'T LIFT OVER 10 POUNDS, PAIN SQUATTING, BENDING, STANDING, REACHING, WALKING, SITTING, KNEELING, STAIR CLIMBING. CAN'T WALK MORE THAN 10 MINUTES AT A TIME DUE TO PAIN.

b. Are you: [x] Right Handed? [ ] Left Handed?

c. How far can you walk before needing to stop and rest? 10 MINUTES

If you have to rest, how long before you can resume walking?

30 MINUTES

d. For how long can you pay attention? 10 MINUTES

e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie.) [x] Yes [ ] No

f. How well do you follow written instructions? (For example, a recipe.)

OK

g. How well do you follow spoken instructions?

OK

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.) OK

i. Have you ever been fired or laid off from a job because of problems getting along with other people? [ ] Yes [x] No

If "YES," please explain.

If "YES," please give name of employer.

749928

**Lincoln/Gilmore 0825**

j. How well do you handle stress? 0621012700001327

NOT VERY WELL.

k. How well do you handle changes in routine?

NOT VERY WELL.

l. Have you noticed any unusual behavior or fears? ☑ Yes ☐ No

If "YES," please explain.

FEAR OF FALLING DUE TO PAIN AND NERVE DAMAGE IN MY FEET.

21. Do you use any of the following? *(Check all that apply.)*

☐ Crutches ☐ Cane ☐ Hearing Aid
☐ Walker ☐ Brace/Splint ☑ Glasses/Contact Lenses
☐ Wheelchair ☐ Artificial Limb ☐ Artificial Voice Box
☐ Other (Explain)

Which of these were prescribed by a doctor?

GLASSES

When was it prescribed?

MAY - 1999

When do you need to use these aids?

EVERYDAY

22. Do you currently take any medicines for your illnesses, injuries, or conditions? ☑ Yes ☐ No

If "YES," do any of your medicines cause side effects? ☑ Yes ☐ No

If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| PREGABALIN | DROWSINESS |
| TADALAFIL | DIZZINESS, HEADACHE |
| SERTRALINE | DROWSINESS, |
| | |
| | |

## SECTION E - REMARKS

**Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.**

| Name of person completing this form (Please print) | | Date *(MM/DD/YYYY)* |
|---|---|---|
| MICHAEL GILMORE | | 01-25-21 |
| Address (Number and Street) | Email address (optional) | |
| City | State | ZIP Code |

749928

Lincoln/Gilmore 0827

| | | |
|---|---|---|
| 3. | Assessment | Fatigue, unspecified type (R53.83). |
| | Patient Plan | We will order a thyroid panel. |
| 4. | Assessment | Anxiety and depression (F41.8). |
| | Patient Plan | Pt was notified of his options. We will prescribe Zoloft 50mg qhs to improve his symptoms. He was advised to begin by taking 1/2tablet x 1week and then increase to a whole tablet. He will notify us of any changes or concerns. |
| 5. | Assessment | Insomnia, unspecified type (G47.00). |
| | Patient Plan | Pt will be taking his Zoloft qhs in order to help him sleep. He was notified that he can increase his OTC melatonin to 30mg qhs and he was notified of his other options. We will prescribe Vistaril 50mg qhs prn. |

### Medications *(Added or Renewed this visit)*

| Medication | Directions | Qty | Ref | Stop Date |
|---|---|---|---|---|
| Vistaril 50 mg capsule | 1 po qhs prn insomnia | 30 | 5 | |
| Zoloft 50 mg tablet | 1 po qhs | 30 | 5 | |

Documentation entered by Abigail V. Cacace, acting as a scribe for Christopher S. Barber DO. 01/16/2018 at 11:10 AM

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 01/16/2018 at 11:10 AM.

*Document generated by*: Abigail V. Cacace 01/16/2018 11:31 AM

Electronically signed by Christopher S. Barber DO on 01/16/2018 12:30 PM

245234

## AUTHORIZATION AND CLAIM FOR PAYMENT

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DIV. OF REHABILITATION SERVICES

PO BOX 775
NASHVILLE, TN 37202

FAX (877) 337-7890
TOLL FREE (800) 972-0617

Claimant Phone Number

RQID:DCC345251 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:5b69

**VENDOR NO. 2022415 VENDOR LOC. CODE 0000146571**

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**CUMBERLAND MEDICAL EVALUATION**
**SUMMIT MEDICAL GROUP**
**603 SMITHVIEW DR**
**MARYVILLE, TN 37803**

**EXAMINER: Sabrina C. UNIT: 06A4**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (615) 747-0869**

**DOB:** **ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction**

**RENDER SERVICES BELOW:** **APPOINTMENT DATE: March 9th, 2021 @ 05:30 PM EST**

| | | |
|---|---|---|
| 99205 | Comprehensive exam with history; not specific | $190.43 |

A1C 9

**TOTAL..........$190.43**

**ADDITIONAL STUDIES:**______________________ $________

**APPROVED:**__________ **DATE**________ **LESS SERVICES NOT RENDERED** $________

MVA RJ4/LB
NJ

**ADJUSTED TOTAL ................ $**________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

DATE SERVICES WERE RENDERED 3/9/21 DATE BILLED ________

Please check if your business is: exempt from taxation ________ or operated by a government agency ________

SIGNATURE Dr. Jeffrey [signature] Vendor Sign Here 0309-568

APPROVED FOR PAYMENT:__________ DATE________ VOUCHER NO. C001551
DISABILITY EXAMINER

**Lincoln/Gilmore 0829**

**HIP**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Abduction | 40° | 40 | 40 | 40 | 40 |
| Adduction | 20° | 20 | 20 | 20 | 20 |
| Flexion | 100° | 100 | 100 | 100 95 | 100 |
| Extension | 30° | 30 | 30 | 30 | 30 |
| Internal Rotation | 40° | 40 | 40 | 40 25 | ~~40~~ |
| External Rotation | 50° | 50 | 50 | 50 | 50 |

**KNEE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Flexion | 150° | 150 | 150 | 150 | 150 |
| Extension | 0° | 0 | 0 | 0 | 0 |

**ANKLE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 20° | 20 15 | ~~20~~ | ~~20~~ | ~~20~~ |
| Plantar flexion | 40° | 40 | 40 | 40 | 40 |

**WRIST**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 60° | 60 | 60 | 60 | 60 |
| Plantar flexion | 60° | 60 | 60 | 60 | 60 |

Signature [signature], M.D.

Date 3/9/21

HS-1528 (7-83)

SOCIAL SECURITY ADMINISTRATION

Form Approved

Lincoln/Gilmore 0830

DISABILITY DETERMINATION SERVICES

OMB No. 0960-0662

# MEDICAL SOURCE STATEMENT OF ABILITY TO DO WORK-RELATED ACTIVITIES (PHYSICAL)

**NAME OF INDIVIDUAL** Michael Gilmore

**SOCIAL SECURITY NUMBER** -4628

To determine this individual's ability to do work-related activities on a regular and continuous basis, please give us your opinions for each activity shown below:

The following terms are defined as:

- **REGULAR AND CONTINUOUS BASIS** means 8 hours a day, for 5 days a week, or an equivalent work schedule.
- **OCCASIONALLY** means very little to one-third of the time.
- **FREQUENTLY** means from one-third to two-thirds of the time.
- **CONTINUOUSLY** means more than two-thirds of the time.

**Age and body habitus of the individual should not be considered in the assessment of limitations. It is important that you relate particular medical or clinical findings to any assessed limitations in capacity: The usefulness of your assessment depends on the extent to which you do this.**

## I. LIFTING/CARRYING

Check the boxes representing the amount the individual can lift and how often it can lifted.

| Lift | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| A. Up to 10 lbs: | | | | ✓ |
| B. 11 to 20 lbs: | | | ✓ | |
| C. 21 to 50 lbs: | | ✓ | | |
| D. 51 to 100 lbs: | ✓ | | | |

Check the boxes representing the amount the individual can carry and how often it can be carried.

| Lift | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| A. Up to 10 lbs: | | | | ✓ |
| B. 11 to 20 lbs: | | | ✓ | |
| C. 21 to 50 lbs: | | ✓ | | |
| D. 51 to 100 lbs: | ✓ | | | |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## II. SITTING/STANDING/WALKING

Please check how may hours the individual can (If less than one hour, how many minutes):

**At One Time without interruption**

| | Minutes | Hours | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. Sit | _____ | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 |
| B. Stand | _____ | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 |
| C. Walk | 30 | ~~☒ 1~~ | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 |

**Total in an 8 hour work day**

| | Minutes | Hours | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. Sit | _____ | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☒ 8 |
| B. Stand | _____ | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☒ 6 | ☐ 7 | ☐ 8 |
| C. Walk | _____ | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☒ 5 | ~~☒ 6~~ | ☐ 7 | ☐ 8 |

If the total time for sitting, standing and walking does not equal or exceed 8 hours, what activity is the individual performing for the rest of the 8 hours?

Does the individual require the use of a cane to ambulate? ☐ **Yes** ☒ **No**

If the answer is "yes" please answer the following:

- How far can the individual ambulate without the use of a cane? ______________________
- Is the use of a cane medically necessary? ☐ **Yes** ☐ **No**
- Without a can, can the individual use his/her free hand to carry small objects? ☐ **Yes** ☐ **No**

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

EXHIBIT NO. 2F
PAGE: 5 OF 13

CLAIMANT: DOB: A/N:

Michael Gilmore -4628

# RANGE OF MOTION

| CERVICAL SPINE | Normals | |
|---|---|---|
| Flexion | 50° | 50 |
| Extension | 60° | 60 |
| Right Lateral Flexion | 45° | 45 |
| Left Lateral Flexion | 45° | 45 |
| Right Rotation | 80° | 80 |
| Left Rotation | 80° | 80 |

| DORSOLUMBAR SPINE | Normals | |
|---|---|---|
| Flexion | 90° | 90 75 |
| Extension | 25° | 25 |
| Right Lateral Flexion | 25° | 25 |
| Left Lateral Flexion | 25° | 25 |

**HAND - FINGERS**

(Complete only where abnormal, such as trauma, DJD, etc.)

| | | Flexion | | Extension | |
|---|---|---|---|---|---|
| | | Normal 90° | | Normal 0° | |
| | | Right | Left | Right | Left |
| MP | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| PIP | | Normal 120° | | Normal 0° | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| DIP | | Normal 70° | | Normal 0° | |
| | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |

| SHOULDER | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Abduction | 150° | 150 140 | ~~150~~ → | 150 | 150 |
| Forward Elevation | 150° | 150 125 | 150 | 150 | 150 |
| Internal Rotation | 80° | 80 | 80 | 80 | 80 |
| External Rotation | 90° | 90 | 90 | 90 | 90 |

| ELBOW | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Flexion | 150° | 150 | 150 | 150 | 150 |
| Extension | 0° | 0 | 0 | 0 | 0 |
| Pronation | 80° | 80 | 80 | 80 | 80 |
| Supination | 80° | 80 | 80 | 80 | 80 |

HS-1807

DDS-102
Rev. 11/09

Lincoln/Gilmore 0833

## V. POSTURAL ACTIVITIES

How often can the individual perform the following activities:

| ACTIVITY | Never | Occasionally (up to 1/3) | Frequently 1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| Climb stairs and ramps | | | ✓ | |
| Climb ladders or scaffolds | ✓ | | | |
| Balance | | ✓ | | |
| Stoop | | | ✓ | |
| Kneel | | | ✓ | |
| Crouch | | | ✓ | |
| Crawl | | | ✓ | |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## VI. DO ANY OF THE IMPAIRMENTS AFFECT THE CLAIMANT'S HEARING OR VISION?

☐ **No** ☑ **Yes** ☐ **Not Evaluated**

If "yes" please complete the following questions (where appropriate)

1. If a **hearing impairment** is present,

   a. Does the individual retain the ability to hear and understand simple oral instructions and to communicate simple information? ☑ Yes ☐ No

   b. Can the individual use a telephone to communicate? ☑ Yes ☐ No

2. If a **visual impairment** is present,

   a. Is the individual able to avoid ordinary hazards in the workplace, such as boxes on the floor, door ajar, or approaching people or vehicles? ☑ Yes ☐ No

   b. Is the individual able to read very small print? ☑ Yes ☐ No

   c. Is the individual able to read ordinary newspaper or book print? ☑ Yes ☐ No

   d. Is the individual able to view a computer screen? ☑ Yes ☐ No

   e. Is the individual able to determine differences in shape and color of small objects such as screws, nuts or bolts? ☑ Yes ☐ No

   Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## VII. ENVIRONMENTAL LIMITATIONS

How often can the individual tolerate exposure to the following conditions:

| Condition | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| Unprotected heights | \ | | | |
| Moving mechanical Parts | | | \ | |
| Operating a motor vehicle | | | \ | |
| Humidity and wetness | | | | \ |
| Dust, odors, fumes and pulmonary irritants | | | | \ |
| Extreme cold | | | | \ |
| Vibrations | | | \ | |
| Other: (Identify) | | | | |

| Condition | Quiet (Library) | Moderate (Office) | Loud (Heavy Traffic) | Very Loud (Jackhammer) |
|---|---|---|---|---|
| Noise | | | | \ |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## VII. PLEASE PLACE A CHECK IN APPROPRIATE BOXES BASED SOLELY ON THE CLAIMANT'S PHYSICAL IMPAIRMENTS

| ACTIVITY | YES | NO |
|---|---|---|
| Can the individual perform activities like shopping? | ✓ | |
| Can the individual travel without a companion for Assistance? | ✓ | |
| Can the individual ambulate without using a wheelchair, Walker, or 2 canes or 2 crutches? | ✓ | |
| Can the individual walk a block at a reasonable pace on rough or uneven surfaces? | | ✓ |
| Can the individual use standard public transportation? | ✓ | |
| Can the individual climb a few steps at a reasonable pace with the use of a single hand rail? | ✓ | |
| Can the individual prepare a simple meal & feed Himself/herself? | ✓ | |
| Can the individual care for personal hygiene? | ✓ | |
| Can the individual sort, handle, use paper/files? | ✓ | |

Please identify the medical findings that support this assessment and why the findings support the assessment (unless a narrative report is attached).

**IX. STATE ANY OTHER WORK-RELATED ACTIVITIES, WHICH ARE AFFECTED BY ANY IMPAIRMENTS, AND INDICATE HOW THE ACTIVITIES ARE AFFECTED. WHAT ARE THE MEDICAL FINDINGS THAT SUPPORT THIS ASSESSMENT?**

See H&P

**X. THE LIMITATIONS ABOVE ARE ASSUMED TO BE YOUR OPINION REGARDING CURRENT LIMITATIONS ONLY.**

**HOWEVER, IF YOU HAVE SUFFICIENT INFORMATION TO FORM AN OPINION WITHIN A REASONABLE DEGREE OF MEDICAL PROBABILITY AS TO PAST LIMITATIONS, ON WHAT DATE WERE THE LIMITATIONS YOU FOUND ABOVE FIRST PRESENT? ______________**

**XI. HAVE THE LIMITATIONS YOU FOUND ABOVE LASTED OR WILL THE LAST FOR 12 CONSECUTIVE MONTHS?** xYes ☐ No

[signature] — SIGNATURE

3/9/21 — DATE

________________________________

Print Name, Title and Medical Specialty (Legibly Please)

«XMNR_XMNR_1ST» «XMNR_XMNR_SUR»/«XMNR_XMNR_NO»/«GENERA_OP_ID»

**TENNESSEE DISABILITY DETERMINATION SERVICES**
**TRANSCRIPTION OF TELERECORDED MESSAGE**

Jeffrey A. Uzzle, M.D.
603 Smithview Drive
Maryville, TN 37803

EXAMINER: Sabrina C.
RE: GILMORE, MICHAEL
SSN:
DATE: 03/09/2021
FAX PHONE: (865) 294-5056

**PHONE: (865) 294-5056**

**DATE OF EXAMINATION: 03/09/2021**

**DATE OF BIRTH:**

**ALLEGATIONS:**
Diabetic neuropathy feet and legs, depression, high cholesterol, diabetes, and erectile dysfunction.

He has uncontrolled type 2 diabetes requiring insulin for greater than a year, complicated by peripheral neuropathy. He has not required mental health professional care. He sees primary care and a sleep doctor. He uses CPAP. He has chronic right shoulder and low back pain from an old motor vehicle accident that was treated nonoperatively. The claimant's records provided are reviewed. He probably has left hip osteoarthritis but has not had it evaluated. His chief problem is his diabetic neuropathy symptoms, which go up to the upper shin level in a stocking and glove distribution. He has balance impairments. He does not require any handheld assistive devices. He is able to drive about two hours at a time before he takes a break. The claimant's records provided are reviewed. He has had left tympanic membrane reconstruction with good outcome and left mastoiditis treated by mastoidectomy.

**CURRENT MEDICINES:**
1. Metformin.
2. Jardiance.
3. Sertraline.
4. Pregabalin.
5. Rosuvastatin.
6. Vitamin D.
7. Sildenafil.
8. Tarceva.

**PAST MEDICAL AND SURGICAL HISTORY:**
He does not require hearing aids. He has vertigo.

**REGULAR EXERCISE:**
Sedentary lifestyle.

**FAMILY HISTORY:**
Diabetes, depression and heart disease. Currently sees sleep doctor and primary care.

## III. USE OF HANDS

Indicate how often the individual can perform the following activities:

| Activity | Right Hand | | | | Left Hand | | | |
|---|---|---|---|---|---|---|---|---|
| | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
| REACHING (overhead) | | \ | | | | | | \ |
| REACHING (all other) | | | \ | | | | | \ |
| HANDLING | | | \ | | | | | \ |
| FINGERING | | | | \ | | | | \ |
| FEELING | | | \ | | | | \ | \ |
| PUSH/PULL | | | \ | | | | | \ |

Which is the individual's dominant hand? ☒ Right Hand ☐ Left Hand

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support this assessment.

## IV. USE OF FEET

Indicate how often the individual can perform the following activities:

| Activity | Right Foot | | | | Left Foot | | | |
|---|---|---|---|---|---|---|---|---|
| | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
| Operation of Foot Controls | | | \ | | | | \ | |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

**REVIEW OF SYSTEMS:**
Positive joint pain and inflammation, easy bruising or bleeding, leg pain with exercise, feet swelling, depression, anxiety, dizziness, non-severe hearing loss. He has a blood sugar sensor. Chronic low back pain, neuropathy symptoms in a stocking and glove distribution. He is under no restrictions. He reports severe limitations stooping, kneeling, crawling walking, standing, climbing, lifting and carrying. He was let go from his job last year because of unable to meet the job demands. He says it was due mostly to his neuropathy.

**PHYSICAL EXAMINATION:**
Vital Signs: Without shoes, 6 feet tall, 277 lbs, overweight. Blood pressure is 137/90, pulse 102, regular, mildly tachycardiac; respirations 18. Has driver's license. With corrective eyewear, sees 20/20 right, 20/25 left, and 20/20 both eyes. Without sees, 20/200 right, 20/200 left, and 20/200 with both eyes.

General: He uses no orthotics or handheld assistive devices. Normal station and gait, toe walking, heel walking, and deep knee bend. Complains of left hip and thigh pain with deep knee bend. Tandem walking and balance is fair.

HEENT: Unremarkable. There is a well-healed left mastoidectomy scar. He hears functionally in both ears. He has never required hearing aids. He is status post tympanic membrane reconstruction with good outcome.

Heart: Regular rate and rhythm without murmurs, rubs, or gallops. Normal S1 and S2. No carotid bruits. Peripheral pulses are intact in the four extremities. No feet edema.

Lungs: Clear bilaterally. Good air movements. Symmetrically normal breath sounds. No rhonchi, rales, or wheezes.

Abdomen: Soft and nontender. No organomegaly or masses detected. Bowel sounds are present.

Neck: Supple without adenopathy.

Musculoskeletal: Positive log roll and positive Patrick's maneuver both on the left. These are negative on the right. Negative sitting and supine straight leg raise bilaterally. Negative impingement and apprehension signs at the shoulders. He has mildly limited and guarded range of motion in the right shoulder especially with overhead reaching. No knee effusion. See the range of motion sheet. Negative joint survey in the four extremities otherwise.

Neurological: No atrophy detected. Reflexes are absent symmetrically in the four extremities. Negative long tract signs. Sensory exam remarkable for a stocking and glove pattern of distal sensation loss in both lower extremities. It goes up to the upper shin level and is symmetrical. Grip strength and manual muscle testing are normal symmetrically in the four extremities. Speech and mental status are grossly intact. Cranial nerves are intact. Cerebellar function is normal.

Jeffrey A. Uzzle, M.D.
GILMORE, MICHAEL
SSN:

Romberg's is negative. Pronator drift negative. Muscle tone is normal.

**ASSESSMENT:**
Type 2 diabetes requiring insulin chronically, complicated by diabetic peripheral neuropathy. He has chronic low back pain, chronic right shoulder pain from old injury treated nonoperatively. Rule out left hip osteoarthritis. He has balance impairments, probably from diabetic neuropathy. He sees primary care and a sleep doctor. He has sleep apnea and erectile dysfunction.

_______________________
Jeffrey A. Uzzle, M.D.

JAU/nc/ 832557
DD: 03/09/2021
nc-1030/kmp-2010

Electronic Records Express Attestation: This document was electronically signed

Social Security Number:
Request ID: DCC345251
SiteID: S48
Route: dma

Sender Name: Uzzle MD, Jeffery
Date: Thu Mar 11 17:48:21 EST 2021

The following affirmation was electronically signed:

I am certifying under penalty of perjury, that I have been authorized or contracted by the Disability Determination Services to examine the claimant named in the attached, and produced a consultative examination report for that claimant. The report is accurate. By clicking on the "Agree" button below, I am certifying that I personally conducted, or personally participated in conducting, the consultative examination and have electronically signed the report contained within.

Date: Feb 25, 2021
Case ID: 749928

RQID:DCW345251 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:8f6
MICHAEL GILMORE

## APPOINTMENT CONFIRMATION

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (615) 747-0869 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| CUMBERLAND MEDICAL EVALUATION<br>SUMMIT MEDICAL GROUP<br>603 SMITHVIEW DR<br>MARYVILLE, TN 37803 | Tuesday<br>March 9th, 2021<br>04:30 PM Central Standard Time | Comprehensive Examination, Not Specific |

☑ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________

Michael Gilmore 3-1-21

Your Signature | Date | Current Phone Number

Current Address | City | State | Zip

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Apr 26, 2021
Case ID: 749928
Claimant: Michael Gilmore

ADVOCATOR GROUP LLC
SEAN P SULLIVAN
101 EDGEWATER DRIVE
STE 260
WAKEFIELD MA 01880

We are the office that makes disability decisions for the Social Security Administration. Michael Gilmore identified you as someone we could contact for assistance.

It is very important that we speak to you by May 6, 2021. We are attempting to assist Michael Gilmore with his case. If we are not able to speak with you in a timely manner, we may not have enough information to make a determination on his case and may have to make a finding of not disabled because of insufficient evidence.

Please call the phone numbers(s) shown below from Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, the individual's name, your name, and a call back number.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Apr 26, 2021
Case ID: 749928

MICHAEL GILMORE

We are the office that makes disability decisions for the Social Security Administration. It is very important that we speak to you by May 6, 2021.

Please call the phone number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 749928, your name, and a call back number.

If you do not respond by May 6, 2021, we may decide your case based on the evidence we already have on file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

Thank you for your help.

Sabrina C.
(615) 747-0869
(615) 253-1779 (FAX)

cc: ADVOCATOR GROUP LLC

# DISABILITY DETERMINATION AND TRANSMITTAL

1. DESTINATION: DDS [X] ODO [ ] DPB [ ] DQB [ ] OIO [ ]
2. DDS CODE: S48
3. FILING DATE: 12/04/2020
4. SSN:
BIC (if CDB or DWB CLAIM):

5. NAME AND ADDRESS OF CLAIMANT (include ZIP Code): Michael Gilmore
6. WE'S NAME *(IF CDB OR DWB CLAIM)*:
7. TYPE CLAIM (Title II): DIB [X] FZ [ ] DWB [ ] CDB-R [ ] CDB-D [ ] RD-R [ ] RD-D [ ] RD [ ] P-R [ ] P-D [ ] MQFE [ ]
8. TYPE CLAIM (Title XVI): [ ] DI [ ] DS [ ] DC [ ] BI [ ] BS [ ] BC

9. DATE OF BIRTH:
10. PRIOR ACTION: [ ] PD [ ] PT
11A. [ ] Presumptive Disability
11B. [ ] Impairment

11. REMARKS: DLI: 12/31/2024, AOD: 05/08/2020, Receipt Date: 12/10/2020
12. DISTRICT-BRANCH OFFICE ADDRESS (include ZIP Code): SOCIAL SECURITY, 9031 Cross Park Dr, Knoxville, TN 37923
DO-BO CODE: 567
13. DO-BO REPRESENTATIVE: B Tubb (866) 331-9091
14. DATE:

## DETERMINATION PURSUANT TO THE SOCIAL SECURITY ACT, AS AMENDED

15. CLAIMANT DISABLED
A. [ ] Disability Began
B. [ ] Disability Ceased

16A. PRIMARY DIAGNOSIS: Peripheral Neuropathy — BODY SYS.: 11 — CODE NO.: 3570
16B. SECONDARY DIAGNOSIS: Depressive, Bipolar and Related Disorders — CODE NO.: 2960

17. DIARY TYPE | MO./YR. | REASON

18. CASE OF BLINDNESS AS DEFINED IN SEC. 1614(a)(2)/(216)(i)
A. [ ] Not Disab. for Cash Bene. Purp.
B. [ ] Disab. for Cash Benefit Purp. Beg.

19. CLAIMANT NOT DISABLED
A. [X] Through Date of Current Determination
B. [ ] Through
C. [ ] Before Age 22 (CDB only)

20. VOCATIONAL BACKGROUND
OCC YRS.:
ED YRS.: 12
21. VR ACTION: SC IN A. [ ] SC OUT B. [ ] Prev Ref C. [ ]

22. REG-BASIS CODE: J1
23. MED LIST NO.:
24. MOB CODE:
25. REVISED DET [ ]
25A. Initial A. [X] Recon B. [ ] Recon DHU C. [ ] ALJ Hearing D. [ ] Appeals Council E. [ ] U.S. District Court F. [ ]

26. LIST NO. A. ____ B. ____ C. ____ D. ____ E. ____ F. ____

27. RATIONALE [ ] See Attached SSA-4268 [ ] Vocational Rule Met

28. A. [ ] Period of Disability B. [ ] Disability Period C. [ ] Estab Beg ____ AND D. [ ] Continues E. [ ] Term ____

29. LTR/PAR NO.:
30. DISABILITY EXAMINER-DDS: **Sabrina Coffman**
31. DATE: 04/22/2021
32. PHYSICIAN OR MEDICAL SPEC. SIGNATURE: **RFC1 in DDE 03/15/2021**
33. DATE: 03/15/2021
32A. PHYSICIAN OR MEDICAL SPEC. NAME *(Stamp, Print or Type)*: Charles Settle, MD
32B. SPEC. CODE: 15

34. REMARKS:

MULTIPLE IMPAIRMENTS CONSIDERED
34A. COMBINED MULTIPLE NONSEVERE-SEVERE
34B. COMBINED MULTIPLE NONSEVERE-NONSEVERE

35. BASIS CODE:
36. REV. DET. CODES:
37. SSA REPRESENTATIVE:
SSA CODE:
38. DATE:

Electronic Input: [ ] DECISION [ ] CASE CONTROL

**Lincoln/Gilmore 0845**

Case Development Worksheet

This Case Development Worksheet is for the **DIB** claim(s) at the **Initial** level.

# Case Information

### Case Overview

**Case Information**

Case Status: **Pending**

Case ID: **749928**

Prior Filings?: **No**

Claimant SSN:

Disability Examiner: **Sabrina R Coffman**

Jurisdiction Office: **S48**

Alleged Onset Date: **05/08/2020**

Indicators: **Representative**

**Initial DIB Claim Information**

Claim Status: **Pending**

Date First Insured: **04/01/2015**

Date Last Insured: **12/31/2024**

### Allegations

Allegations:

**Diabetic Neuropathy in feet and Legs; Depression;
High Cholesterol; Diabetes; Erectile Disfunction**

Claimant Provided Allegations:

**Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol;
Diabetes; Erectile Disfunction**

### Contact Information

**Claimant**

Name: **Michael Gilmore**

Gender: **Male**

Date of Birth:

Education: **12th Grade**

Resident Address: **4083**

Mailing Address:

Phone Number:

**Third Party**

Name: **Sean P Sullivan**

Contact Type: **Appointed Representative**

Relationship to Claimant: **Other:**

Mailing Address: **101 EDGEWATER DRIVE, Ste 260, WAKEFIELD, MA 01880**

Phone Number: **(781) 246-8975 Ext. 8732**

Email Address: **spsullivan@advocator.com**

Name: **Sean Sullivan**

Contact Type: **Form Completer**

Relationship to Claimant: **Other: Non-Attorney Representative**

Mailing Address: **101 Edgewater Dr, Suite 260, Wakefield, MA 01880**

Phone Number: **(877) 261-1947**

Name: **Lori Gilmore**

Contact Type: **Client Designated Contact**

Relationship to Claimant: **Other: Family Member**

Mailing Address:

Phone Number: **(865) 661-1376**

**Case Activity**

| Date | Operator | Case Action | Action Taken |
|---|---|---|---|
| 05/07/2021 | Felicia L. Simmons | IQA Completed | Claim Type: DIB |
| 05/07/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| FTC Summary |
| 05/07/2021 | Sabrina R. Coffman | IQA Returned To Reviewer | Claim Type: DIB |
| 05/07/2021 | Sabrina R. Coffman | Referral Marked Complete | Request Type: Quality Assurance |
| 05/07/2021 | Sabrina R. Coffman | General Referral Follow Up Complete | Type: General Referrals \| Supervisor \| Please review to send back to IQA. |
| 05/07/2021 | Sabrina R. Coffman | Referral Marked Complete | Request Type: Supervisor |
| 05/06/2021 | Sabrina R. Coffman | Follow Up Modified | Note Follow Up Due Date Updated: 05/07/2021 \| Follow Up Details: |
| 04/27/2021 | Sabrina R. Coffman | MER Follow Up Complete | Type: Reminder Phone Call \| Call Sean P Sullivan ADVOCATOR GROUP LLC \| Third Party Call In \| MAIL |
| 04/27/2021 | Sabrina R. Coffman | MER Follow Up Complete | Type: Reminder Phone Call \| Call Michael Gilmore \| Call In Letter \| MAIL |
| 04/27/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| UPC about CE Appt Missed |
| 04/27/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| UPC to Appointed Representative about ce appt |
| 04/26/2021 | Sabrina R. Coffman | MER Requested | Call In Letter to Michael Gilmore with delivery method of Mail: \| CC: Sean P Sullivan \| SNO: No Special Notice Option Selected |
| 04/26/2021 | Sabrina R. | MER | Third Party Call In to Sean P Sullivan ADVOCATOR GROUP LLC with delivery method of Mail: 101 |

| | | | |
|---|---|---|---|
| | Coffman | Requested | EDGEWATER DRIVE, Ste 260, WAKEFIELD, MA 01880 |
| 04/26/2021 | Felicia L. Simmons | IQA Return for Corrections | Claim Type: DIB |
| 04/26/2021 | Felicia L. Simmons | Referral Marked Complete | Request Type: Quality Assurance |
| 04/22/2021 | Jennifer Freemon | Assigned IQA Review | Claim Type: DIB; LEX: 0903 |
| 04/22/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 10 Day Reminder |
| 04/22/2021 | Sabrina R. Coffman | DDE Sent for Closure | DIB \| Denial \| PDN T2 Denial - Primary: Claimant, Michael Gilmore; Copy: Appointed Representative, Sean Sullivan |
| 04/22/2021 | Sabrina R. Coffman | DDE Signed | DIB |
| 04/22/2021 | Sabrina R. Coffman | General Referral Follow Up Complete | Type: General Referrals \| Supervisor \| Please review close case out. |
| 04/22/2021 | Sabrina R. Coffman | Referral Marked Complete | Request Type: Supervisor |
| 04/22/2021 | Sabrina R. Coffman | MCPC Follow Up Complete | Type: MC/PC Referral \| Prepare and Sign Assessment/Evaluation \| Adult - Mental \| This is a DIB claim. Claimant had missed 2 CE Appt for MSE Exam. Please review with evidence in |
| 04/22/2021 | Sabrina R. Coffman | Referral Marked Complete | Request Type: Prepare and Sign Assessment/Evaluation, Evaluation Type: Adult - Mental |
| 04/22/2021 | Sabrina R. Coffman | MCPC Follow Up Complete | Type: MC/PC Referral \| Prepare and Sign Assessment/Evaluation \| Adult - Physical \| This is DIB claim. |
| 04/22/2021 | Sabrina R. Coffman | Referral Marked Complete | Request Type: Prepare and Sign Assessment/Evaluation, Evaluation Type: Adult - Physical |
| 04/21/2021 | Jeanette M. Meneese | DDE Unsigned | DIB |
| 04/21/2021 | Sabrina R. Coffman | DDE Signed | DIB |
| 04/20/2021 | Sabrina R. Coffman | General Referral Follow Up Complete | Type: General Referrals \| Supervisor \| Please review for pc approval |
| 04/20/2021 | Sabrina R. Coffman | Referral Marked Complete | Request Type: Supervisor |
| 04/19/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: CE Appointment Not Kept \| 04/16/2021 10:45 AM CDT \| Appointment ID: 360521 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| EVALUATION SPECIALISTS |
| 04/19/2021 | Ella Garrett | CE Appointment Marked Not Kept | CE Appointment ID: 360521 \| Appointment Date: 04/16/2021 \| Appointment Time: 10:45 AM CDT \| EVALUATION SPECIALISTS \| CE Request Items: 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier |
| 04/16/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Contact CE Vendor about Late CE Report \| 04/16/2021 10:45 AM CDT \| Appointment ID: 360521 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| EVALUATION SPECIALISTS |
| 04/16/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 2 Day Reminder |
| 04/09/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Claimant Appointment Reminder Phone Call \| 04/16/2021 10:45 AM CDT \| Appointment ID: 360521 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| EVALUATION SPECIALISTS |
| 03/29/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: System Generated Claimant CE Appointment Reminder Letter \| 04/16/2021 10:45 AM CDT \| Appointment ID: 360521 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| EVALUATION SPECIALISTS |
| 03/18/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 10 Day Reminder |
| 03/15/2021 | PRODUCTION A. PIN | Receive Evidence | CE Acknowledgement received From Michael Gilmore on 03/15/2021 by scan |
| 03/15/2021 | Sabrina R. Coffman | General Referral Follow Up Complete | Type: General Referrals \| Supervisor \| Please review to send back to Settle, Charles S. MC APPROVAL |
| 03/15/2021 | Sabrina R. Coffman | Referral Marked | Request Type: Supervisor |

**Lincoln/Gilmore 0848**

| | | | |
|---|---|---|---|
| 03/15/2021 | Sabrina R. Coffman | Complete CE Appointment Marked Kept | CE Appointment ID: 345251 \| Appointment Date: 03/09/2021 \| Appointment Time: 4:30 PM CST \| CUMBERLAND MEDICAL EVALUATION \| CE Request Items: 99205-Comprehensive Examination, Not Specific |
| 03/12/2021 | PRODUCTION A. PIN | Receive Evidence | Consultative Examination Report received From CUMBERLAND MEDICAL EVALUATION on 03/12/2021 by vendor |
| 03/10/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 2 Day Reminder |
| 03/09/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 10 Day Reminder |
| 03/08/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Follow Up on Acknowledgement Letter \| 04/16/2021 10:45 AM CDT \| Appointment ID: 360521 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| EVALUATION SPECIALISTS |
| 03/08/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Contact CE Vendor about Late CE Report \| 03/09/2021 4:30 PM CST \| Appointment ID: 345251 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |
| 03/04/2021 | PRODUCTION A. PIN | CE Appointment Notice Sent to CE Provider | CE Appointment ID: 360521 \| CE Appointment Notice sent to EVALUATION SPECIALISTS with delivery method of ERE |
| 03/04/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 2 Day Reminder |
| 03/04/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: CE Appointment Scheduled \| 04/16/2021 10:45 AM CDT \| Appointment ID: 360521 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| EVALUATION SPECIALISTS |
| 03/04/2021 | Sabrina R. Coffman | Follow Up Modified | Note Follow Up Due Date Updated: 04/18/2021 \| Follow Up Details: |
| 03/04/2021 | Sabrina R. Coffman | Follow Up Modified | Note Follow Up Due Date Updated: 04/26/2021 \| Follow Up Details: |
| 03/04/2021 | Theresa T. Murphy | CE Appointment Notice Sent to Claimant | CE Appointment ID: 360521 \| CE Appointment Notice sent to Michael Gilmore with delivery method of print |
| 03/04/2021 | Theresa T. Murphy | CE Appointment Notice Sent to Claimant | CE Appointment ID: 360521 \| CE Appointment Notice sent to ADVOCATOR GROUP LLC with delivery method of print |
| 03/04/2021 | Theresa T. Murphy | CE Appointment Scheduled | CE Appointment ID: 360521 \| Appointment Date: 04/16/2021 \| Appointment Time: 10:45 AM CDT \| EVALUATION SPECIALISTS \| CE Request Items: 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier |
| 03/04/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: CE Appointment Cancelled \| 03/03/2021 3:00 PM EST \| Appointment ID: 297584 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| ELLEN DENNY, PHD |
| 03/03/2021 | PRODUCTION A. PIN | CE Appointment Cancellation Notice Sent to CE Provider | CE Appointment ID: 297584 \| CE Appointment Cancellation Notice sent to ELLEN DENNY, PHD with delivery method of ERE |
| 03/03/2021 | Sabrina R. Coffman | CE Appointment Cancellation Notice Sent to Claimant | CE Appointment ID: 297584 \| CE Appointment Cancellation Notice sent to Michael Gilmore with delivery method of print |
| 03/03/2021 | Sabrina R. Coffman | CE Appointment Cancellation Notice Sent to Claimant | CE Appointment ID: 297584 \| CE Appointment Cancellation Notice sent to ADVOCATOR GROUP LLC with delivery method of print |
| 03/03/2021 | Sabrina R. Coffman | CE Request Submitted | CE Request ID: 385102 \| CE Request Items: 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| CE Reason: CE Request created from CE Appointment ID: 297584\| Reason for Not Using Claimant's Medical Source: CE Request created from CE Appointment ID: 297584 |
| 03/03/2021 | Sabrina R. Coffman | CE Appointment Cancelled | CE Appointment ID: 297584 \| Appointment Date: 03/03/2021 \| Appointment Time: 3:00 PM EST \| ELLEN DENNY, PHD \| CE Request Items: 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| Appointment Not Kept \| Claimant phone didn't work for telehealth. New Appointment time is 3-16-21 at 2 pm. Its a Telehealth appt. \| Cancel and Reschedule Now |
| 03/02/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Claimant Appointment Reminder Phone Call \| 03/09/2021 4:30 PM CST \| Appointment ID: 345251 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |
| 03/02/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Follow Up on Acknowledgement Letter \| 03/09/2021 4:30 PM CST \| Appointment ID: 345251 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |

| | | | |
|---|---|---|---|
| 03/02/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 10 Day Reminder |
| 02/26/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Claimant Appointment Reminder Phone Call \| 03/03/2021 3:00 PM EST \| Appointment ID: 297584 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| ELLEN DENNY, PHD |
| 02/25/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: System Generated Claimant CE Appointment Reminder Letter \| 03/09/2021 4:30 PM CST \| Appointment ID: 345251 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |
| 02/25/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: CE Appointment Scheduled \| 03/09/2021 4:30 PM CST \| Appointment ID: 345251 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |
| 02/25/2021 | PRODUCTION A. PIN | CE Appointment Notice Sent to CE Provider | CE Appointment ID: 345251 \| CE Appointment Notice sent to CUMBERLAND MEDICAL EVALUATION with delivery method of ERE |
| 02/25/2021 | Johnella Byles | CE Appointment Notice Sent to Claimant | CE Appointment ID: 345251 \| CE Appointment Notice sent to Michael Gilmore with delivery method of print |
| 02/25/2021 | Johnella Byles | CE Appointment Notice Sent to Claimant | CE Appointment ID: 345251 \| CE Appointment Notice sent to ADVOCATOR GROUP LLC with delivery method of print |
| 02/25/2021 | Johnella Byles | CE Appointment Scheduled | CE Appointment ID: 345251 \| Appointment Date: 03/09/2021 \| Appointment Time: 4:30 PM CST \| CUMBERLAND MEDICAL EVALUATION \| CE Request Items: 99205-Comprehensive Examination, Not Specific |
| 02/25/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 2 Day Reminder |
| 02/23/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: CE Appointment Cancelled \| 02/23/2021 9:00 AM EST \| Appointment ID: 307922 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |
| 02/23/2021 | Julie Contreras | CE Request Modified | CE Request ID: 365161 \| CE Request Items: 99205-Comprehensive Examination, Not Specific \| CE Reason: The evidence that may have been available from the claimant's medical source(s) cannot be obtained\| Reason for Not Using Claimant's Medical Source: The claimant's medical source(s) is unwilling to perform the CE(s) (such as when the source does not accept the state approved vendor fee) |
| 02/23/2021 | Sabrina R. Coffman | CE Request Sent for Review | CE Request ID: 365161 |
| 02/23/2021 | Sabrina R. Coffman | CE Request Submitted | CE Request ID: 365161 \| CE Request Items: 99205-Comprehensive Examination, Not Specific \| CE Reason: The evidence that may have been available from the claimant's medical source(s) cannot be obtained\| Reason for Not Using Claimant's Medical Source: The claimant's medical source(s) is unwilling to perform the CE(s) (such as when the source does not accept the state approved vendor fee) |
| 02/23/2021 | PRODUCTION A. PIN | CE Appointment Cancellation Notice Sent to CE Provider | CE Appointment ID: 307922 \| CE Appointment Cancellation Notice sent to CUMBERLAND MEDICAL EVALUATION with delivery method of ERE |
| 02/23/2021 | Sabrina R. Coffman | CE Appointment Cancellation Notice Sent to Claimant | CE Appointment ID: 307922 \| CE Appointment Cancellation Notice sent to ADVOCATOR GROUP LLC with delivery method of print |
| 02/23/2021 | Sabrina R. Coffman | CE Appointment Cancellation Notice Sent to Claimant | CE Appointment ID: 307922 \| CE Appointment Cancellation Notice sent to Michael Gilmore with delivery method of print |
| 02/23/2021 | Sabrina R. Coffman | CE Appointment Cancelled | CE Appointment ID: 307922 \| Appointment Date: 02/23/2021 \| Appointment Time: 9:00 AM EST \| CUMBERLAND MEDICAL EVALUATION \| CE Request Items: 99205-Comprehensive Examination, Not Specific \| Appointment Not Kept \| Claimant lawyer called and said claimant can not make appointment. \| Cancel and Do Not Reschedule |
| 02/22/2021 | Sabrina R. Coffman | CE Appointment Reminder Letter Sent to Claimant | CE Appointment ID: 297584 \| CE Appointment Reminder Letter sent to Michael Gilmore with delivery method of print |
| 02/22/2021 | Sabrina R. Coffman | CE Appointment Reminder Letter Sent to Claimant | CE Appointment ID: 297584 \| CE Appointment Reminder Letter sent to ADVOCATOR GROUP LLC with delivery method of print |
| 02/22/2021 | PRODUCTION A. PIN | CE Appointment | CE Appointment ID: 297584 \| Appointment Date: 03/03/2021 \| Appointment Time: 3:00 PM EST \| ELLEN DENNY, PHD \| CE Request Items: 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth |

| | | | |
|---|---|---|---|
| | | Reminder Letter to Claimant | CE Scheduling Notifier |
| 02/16/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Claimant Appointment Reminder Phone Call \| 02/23/2021 9:00 AM EST \| Appointment ID: 307922 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |
| 02/16/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Follow Up on Acknowledgement Letter \| 02/23/2021 9:00 AM EST \| Appointment ID: 307922 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |
| 02/12/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: System Generated Claimant CE Appointment Reminder Letter \| 02/23/2021 9:00 AM EST \| Appointment ID: 307922 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |
| 02/09/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 25 Day Follow up |
| 02/09/2021 | Sabrina R. Coffman | MCPC Follow Up Complete | Type: MC/PC Referral \| Prepare and Sign Assessment/Evaluation \| Adult - Physical \| This is DIB claim. |
| 02/08/2021 | Sabrina R. Coffman | MER Follow Up Complete | Type: Reminder Phone Call \| Call Michael Gilmore \| Call In Letter \| MAIL |
| 02/08/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: Follow Up on Acknowledgement Letter \| 03/03/2021 3:00 PM EST \| Appointment ID: 297584 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| ELLEN DENNY, PHD |
| 02/05/2021 | PRODUCTION A. PIN | CE Appointment Notice Sent to CE Provider | CE Appointment ID: 307922 \| CE Appointment Notice sent to CUMBERLAND MEDICAL EVALUATION with delivery method of ERE |
| 02/05/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 2 Day Reminder |
| 02/05/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: CE Appointment Scheduled \| 02/23/2021 9:00 AM EST \| Appointment ID: 307922 \| 99205-Comprehensive Examination, Not Specific \| CUMBERLAND MEDICAL EVALUATION |
| 02/05/2021 | Donna M. Howlett | CE Appointment Notice Sent to Claimant | CE Appointment ID: 307922 \| CE Appointment Notice sent to Michael Gilmore with delivery method of print |
| 02/05/2021 | Donna M. Howlett | CE Appointment Notice Sent to Claimant | CE Appointment ID: 307922 \| CE Appointment Notice sent to ADVOCATOR GROUP LLC with delivery method of print |
| 02/05/2021 | Donna M. Howlett | CE Appointment Scheduled | CE Appointment ID: 307922 \| Appointment Date: 02/23/2021 \| Appointment Time: 9:00 AM EST \| CUMBERLAND MEDICAL EVALUATION \| CE Request Items: 99205-Comprehensive Examination, Not Specific |
| 02/04/2021 | Julie Contreras | CE Request Modified | CE Request ID: 329417 \| CE Request Items: 99205-Comprehensive Examination, Not Specific \| CE Reason: The evidence that may have been available from the claimant's medical source(s) cannot be obtained\| Reason for Not Using Claimant's Medical Source: The claimant's medical source(s) is unwilling to perform the CE(s) (such as when the source does not accept the state approved vendor fee) |
| 02/04/2021 | Sabrina R. Coffman | CE Request Sent for Review | CE Request ID: 329417 |
| 02/04/2021 | Sabrina R. Coffman | CE Request Submitted | CE Request ID: 329417 \| CE Request Items: 99205-Comprehensive Examination, Not Specific \| CE Reason: The evidence that may have been available from the claimant's medical source(s) cannot be obtained\| Reason for Not Using Claimant's Medical Source: The claimant's medical source(s) is unwilling to perform the CE(s) (such as when the source does not accept the state approved vendor fee) |
| 02/01/2021 | Sabrina R. Coffman | NOTE Follow Up Complete | Type: Note Follow Up \| 15 Day Follow up |
| 02/01/2021 | Sabrina R. Coffman | CE Follow Up Complete | Type: CE Appointment Scheduled \| 03/03/2021 3:00 PM EST \| Appointment ID: 297584 \| 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| ELLEN DENNY, PHD |
| 01/29/2021 | PRODUCTION A. PIN | CE Appointment Notice Sent to CE Provider | CE Appointment ID: 297584 \| CE Appointment Notice sent to ELLEN DENNY, PHD with delivery method of ERE |
| 01/29/2021 | Patricia A. Covington | CE Appointment Notice Sent to Claimant | CE Appointment ID: 297584 \| CE Appointment Notice sent to Michael Gilmore with delivery method of print |
| 01/29/2021 | Patricia A. Covington | CE Appointment Notice Sent to Claimant | CE Appointment ID: 297584 \| CE Appointment Notice sent to ADVOCATOR GROUP LLC with delivery method of print |

| | | | |
|---|---|---|---|
| 01/29/2021 | Patricia A. Covington | CE Appointment Scheduled | CE Appointment ID: 297584 \| Appointment Date: 03/03/2021 \| Appointment Time: 3:00 PM EST \| ELLEN DENNY, PHD \| CE Request Items: 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier |
| 01/29/2021 | Sabrina R. Coffman | General Referral Follow Up Complete | Type: General Referrals \| Supervisor \| Please review for MC approval |
| 01/29/2021 | Sabrina R. Coffman | Referral Marked Complete | Request Type: Supervisor |
| 01/29/2021 | Julie Contreras | CE Request Modified | CE Request ID: 319198 \| CE Request Items: 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| CE Reason: The evidence that may have been available from the claimant's medical source(s) cannot be obtained\| Reason for Not Using Claimant's Medical Source: The claimant's medical source(s) is unwilling to perform the CE(s) (such as when the source does not accept the state approved vendor fee) |
| 01/29/2021 | Sabrina R. Coffman | CE Request Modified | CE Request ID: 319198 \| CE Request Items: 90791-MSE-Mental Status Exam, TELEHLTH-Telehealth CE Scheduling Notifier \| CE Reason: The evidence that may have been available from the claimant's medical source(s) cannot be obtained\| Reason for Not Using Claimant's Medical Source: The claimant's medical source(s) is unwilling to perform the CE(s) (such as when the source does not accept the state approved vendor fee) |
| 01/29/2021 | Sabrina R. Coffman | MER Requested | Call In Letter to Michael Gilmore with delivery method of Mail: \| CC: Sean P Sullivan \| SNO: No Special Notice Option Selected |
| 01/29/2021 | Julie Contreras | CE Request Modified | CE Request ID: 319198 \| CE Request Items: 90791-MSE-Mental Status Exam \| CE Reason: The evidence that may have been available from the claimant's medical source(s) cannot be obtained\| Reason for Not Using Claimant's Medical Source: The claimant's medical source(s) is unwilling to perform the CE(s) (such as when the source does not accept the state approved vendor fee) |
| 01/29/2021 | Sabrina R. Coffman | CE Request Sent for Review | CE Request ID: 319198 |
| 01/29/2021 | Sabrina R. Coffman | CE Request Submitted | CE Request ID: 319198 \| CE Request Items: 90791-MSE-Mental Status Exam \| CE Reason: The evidence that may have been available from the claimant's medical source(s) cannot be obtained\| Reason for Not Using Claimant's Medical Source: The claimant's medical source(s) is unwilling to perform the CE(s) (such as when the source does not accept the state approved vendor fee) |
| 01/27/2021 | PRODUCTION A. PIN | Receive Evidence | Work History Report received From Michael Gilmore on 01/27/2021 by vendor |
| 01/27/2021 | PRODUCTION A. PIN | Receive Evidence | Function Report - Adult received From Michael Gilmore on 01/27/2021 by vendor |
| 01/25/2021 | Sabrina R. Coffman | MER Follow Up Complete | Type: Reminder Phone Call \| Call Michael Gilmore \| Work History Questionnaire \| MAIL |
| 01/25/2021 | Sabrina R. Coffman | MER Follow Up Complete | Type: Reminder Phone Call \| Call Michael Gilmore \| Activities of Daily Living Questionnaire \| MAIL |
| 01/19/2021 | PRODUCTION A. PIN | Receive Evidence | Medical Evidence of Record received From BLOUNT MEMORIAL FAMILY CARE on 01/19/2021 by outsource |
| 01/15/2021 | Sabrina R. Coffman | General Referral Follow Up Complete | Type: General Referrals \| Supervisor \| Please review Development |
| 01/15/2021 | Sabrina R. Coffman | Referral Marked Complete | Request Type: Supervisor |
| 01/15/2021 | Sabrina R. Coffman | MER Requested | Appointed Representative Barcode to Sean P Sullivan ADVOCATOR GROUP LLC with delivery method of Mail: 101 EDGEWATER DRIVE, Ste 260, WAKEFIELD, MA 01880 |
| 01/15/2021 | Sabrina R. Coffman | MER Requested | Hospital Evidence Request to BLOUNT MEMORIAL FAMILY CARE with delivery method of Fax: 8653428110 \| Treatment Dates Start: 01/08/2015 End: Present \| Allegations: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction \| Include the following information: medical history, psychiatric history, clinical findings, laboratory findings, imaging reports, treatment prescribed and the response, diagnosis, and prognosis |
| 01/15/2021 | Sabrina R. Coffman | MER Requested | Work History Questionnaire to Michael Gilmore with delivery method of Mail: \| CC: Sean P Sullivan \| SNO: No Special Notice Option Selected |
| 01/15/2021 | Sabrina R. Coffman | MER Requested | Introduction Letter to Michael Gilmore with delivery method of Mail: \| CC: Sean P Sullivan \| SNO: No Special Notice Option Selected |
| 01/15/2021 | Sabrina R. Coffman | MER Requested | Activities of Daily Living Questionnaire to Michael Gilmore with delivery method of Mail: \| CC: Sean P Sullivan \| SNO: No Special Notice Option Selected |
| 01/15/2021 | PRODUCTION A. PIN | Case Assigned | DIB. Assigned to Coffman, LEX: 0E96 and LUN: 06A4 |
| 01/15/2021 | Pamela R. Collier | Case Assignment Initiated | DIB. Assigning to Coffman, LEX: 0E96 and LUN: 06A4. |
| 12/10/2020 | PRODUCTION A. PIN | Case Receipted | DIB. Sending office code 567 and Receipting office code S48. Special Handling Indicators: Rep. |
| 12/10/2020 | PRODUCTION A. PIN | Case Receipt | DIB. Sending office code 567 and Receipting office code S48. Special Handling Indicators: Rep. |

Initiated



| Last Updated | Author | Subject | Note |
|---|---|---|---|
| 04/26/2021 11:58 am | Sabrina R Coffman | FTC Summary | 04/26/2021 10:53 AM CDT (Coffman, S.) 4/16/21 Claimant appt was not kept at Evaluation Specialist was 04/16/2021 10:45 AM. 4/26/21 Called Claimant at left a voice saying I need to hear from them within 10 days or we will make a determination with what is in file, which could result in an unfavorable determination. I was calling about the missed exam the claimant missed and did he wanted to reschedule See if the claimant wanted to reschedule. Sent call in letter to claimant. 4/26/21 Called Appointed Representative at (781) 246-8975 left a voice saying I need to hear from them within 10 days or we will make a determination with what is in file, which could result in an unfavorable determination. I was calling about the missed exam the claimant missed. See if the claimant wanted to reschedule. Sent a third party call in letter to the rep. 5/6/21 No contact sent back to IQA TO CLOSE CASE OUT. 05/07/2021 7:00 AM CDT (Coffman, S.) |

**Note History**
**Created by** Sabrina R Coffman on 04/26/2021 11:58 am
**Updated by** Sabrina R Coffman on 05/07/2021 8:00 am

| Last Updated | Author | Subject | Note |
|---|---|---|---|
| 04/26/2021 11:51 am | Sabrina R Coffman | UPC about CE Appt Missed | 04/26/2021 10:47 AM CDT (Coffman, S.) Called claimant at left a voice saying I need to hear from them within 10 days or we will make a determination with what is in file, which could result in an unfavorable determination. I was calling about the missed exam the claimant missed and did he wanted to reschedule See if the claimant wanted to reschedule. Sent call in letter to claimant. 04/27/2021 10:07 AM CDT (Coffman, S.) |

**Note History**
**Created by** Sabrina R Coffman on 04/26/2021 11:51 am
**Updated by** Sabrina R Coffman on 04/27/2021 11:07 am

| Last Updated | Author | Subject | Note |
|---|---|---|---|
| 04/26/2021 11:44 am | Sabrina R Coffman | UPC to Appointed Representative about ce appt | 04/26/2021 10:36 AM CDT (Coffman, S.) Called Appointed Representative at (781) 246-8975 left a voice saying I need to hear from them within 10 days or we will make a determination with what is in file, which could result in an unfavorable determination. I was calling about the missed exam the claimant missed. See if the claimant wanted to reschedule. Sent a third party call in letter to the rep 04/27/2021 10:07 AM CDT (Coffman, S.) |

**Note History**
**Created by** Sabrina R Coffman on 04/26/2021 11:44 am
**Updated by** Sabrina R Coffman on 04/27/2021 11:07 am

| Last Updated | Author | Subject | Note |
|---|---|---|---|
| 03/03/2021 3:38 pm | Sabrina R Coffman | UPC CE Panelist ELLEN DENNY, PHD | 03/03/2021 2:20 PM CST (Coffman, S.) Dr. ELLEN DENNY, PHD called me from (865) 719-7524 she called me to rescheduled the claimant for 3-16-21 at 2 pm for Telehealth. She said that claimant showed up in her office for his appointment and she told him that it was a Telehealth appt. She said she was not there and one of her assistant tried to help him log on the phone. But his phone didn't work to do the telehealth appt. She said told him that they can try again on 3-16-21 at 2 pm and it was going be by phone. |

**Note History**
**Created by** Sabrina R Coffman on 03/03/2021 3:38 pm
**Updated by** Sabrina R Coffman on 03/03/2021 3:38 pm

| Last Updated | Author | Subject | Note |
|---|---|---|---|
| 02/23/2021 10:11 am | Sabrina R Coffman | UPC Successful CUMBERLAND MEDICAL EVALUATION | 02/23/2021 9:09 AM CST (Coffman, S.) Called CUMBERLAND MEDICAL EVALUATION at (865) 385-1515 to reschedule they said they don't know when they will be rescheduling appointments. |

**Note History**
**Created by** Sabrina R Coffman on 02/23/2021 10:11 am
**Updated by** Sabrina R Coffman on 02/23/2021 10:11 am

| Last Updated | Author | Subject | Note |
|---|---|---|---|
| 02/23/2021 10:02 am | Sabrina R Coffman | UPC Rep Successful about CE Appointment | 02/23/2021 8:59 AM CST (Coffman, S.) Claimant rep called in from 877-261-1947 spoke to Beth she said that claimant was unable to attend appointment and will like to reschedule at later time. Told claimant rep will only can reschedule one time only she said ok. Called the claimant and he knows he only have 1 time only to reschedule. |

**Note History**
**Created by** Sabrina R Coffman on 02/23/2021 10:02 am
**Updated by** Sabrina R Coffman on 02/23/2021 10:04 am

| Last Updated | Author | Subject | Note |
|---|---|---|---|
| 02/04/2021 7:36 am | Sabrina R Coffman | CE Needed | 02/04/2021 6:35 AM CST (Coffman, S.) Per DR. Settle, Charles S. he said we need a Comp exam to make a decision. |

**Note History**
**Created by** Sabrina R Coffman on 02/04/2021 7:36 am
**Updated by** Sabrina R Coffman on 02/04/2021 7:36 am

| Last Updated | Author | Subject | Note |
|---|---|---|---|
| 01/29/2021 12:50 pm | Sabrina R Coffman | UPC Successful TeleHeath | 01/29/2021 11:45 AM CST (Coffman, S.) Claimant agree to Do his Mse Exam by Telehealth. I gave the telehealth script to claimant. Gilmore, Michael In order to fully evaluate your disability claim, SSA needs to conduct a consultative examination with a psychiatrist or psychologist in your area. Sometimes SSA offers these examinations via videoconferencing technologies with medical providers who are in a different |

location. Under normal conditions, the videoconferencing technologies used meet certain privacy and security requirements. In order to continue to serve the public during the COVID-19 nationwide public health emergency, SSA is permitting certain providers to perform consultative exams through remote communications technologies. Some of these technologies, and the manner in which they are used, may not be secure. This may allow your personal information to be accessed by unauthorized third parties. Some of our consultative examination providers have agreed to conduct these examinations via such technologies that may not be secure. While we cannot guarantee complete privacy for these exams, are you willing to voluntarily participate in a consultative examination via one of these remote communications technologies? yes · Do you have a smartphone, tablet, personal computer or other device that has a camera that can used for this video examination? yes I have iPhone · Do you acknowledge and accept this privacy risk and agree to proceed with your consultative exam using telehealth technology?" yes Inform the claimant that, if he or she voluntarily chooses to participate in the examination using potentially non-secure technology, he or she will be required to show government-issued photo identification (for example, United States (U.S.) State-issued driver's license, U.S. State-issued non-driver identity card, U.S. passport, U.S. military ID, student or school ID, etc.) over the video connection to confirm his or her identity.] let the claimant know that a psychological CE provider will contact them directly at least a day prior to the evaluation to provide further details and instructions for their video examination.



**Note History**

**Created by** Sabrina R Coffman on 01/29/2021 12:50 pm

**Updated by** Sabrina R Coffman on 01/29/2021 12:50 pm

| | | | |
|---|---|---|---|
| 01/15/2021 10:38 am | Sabrina R Coffman | UPC Unsuccessful | 01/15/2021 9:32 AM CST (Coffman, S.) Called claimant at left a voicemail and explain the reason why I was calling and verify important information. I told the claimant to look out for the three forms that I sent her by mail and please return within the 10 days. I also left her the due process language and Gave CL my office number 615-743-7670 to call me back as soon as possible to avoid delays in processing the claims == 01/29/2021 11:03 AM CST (Coffman, S.) Called claimant at left a voicemail and explain the reason why I was calling and verify what kind of symptoms he may be having currently, if he feels it affects his ability to work in any way, if he gets counseling or psych specific treatment anywhere, and try to see if he is willing to do a telehealth CE. == 01/29/2021 11:39 AM CST (Coffman, S.) Claimant returned my voicemail from verified mailing address, 3rd party contact it is correct. Reviewed allegations they are correct. Reviewed sources and asked about other possible sources or upcoming appts. Claimant will attend a CE Exam with mask on. Explained to CL disability definition. Cl states he understood and explained the requirements of the CL. CL stated he understood Gave CL 1-800-342-1117 to check claim status. Gave CL 615-747-0869 to only call for contact changes, new med source, or to respond to my call or letter CL stated he noted the numbers and understood. Claimant says he feels it affects his ability to work. Not getting treatment just go to his PCP. He is willing to do a telehealth CE because of his health condition. |

**Note History**

**Created by** Sabrina R Coffman on 01/15/2021 10:38 am

**Updated by** Sabrina R Coffman on 01/29/2021 12:44 pm

| | | | |
|---|---|---|---|
| 01/29/2021 9:32 am | Sabrina R Coffman | 2 Day Follow up | 01/29/2021 8:32 AM CST (Coffman, S.) Check to see if ce is schedule or approved |

**Note History**

**Created by** Sabrina R Coffman on 01/29/2021 9:32 am

**Updated by** Sabrina R Coffman on 01/29/2021 9:32 am

| | | | |
|---|---|---|---|
| 01/29/2021 9:31 am | Sabrina R Coffman | CE Needed | 01/29/2021 8:31 AM CST (Coffman, S.) Need a ce for current MSE exam. Claimant alleging depression |

**Note History**

**Created by** Sabrina R Coffman on 01/29/2021 9:31 am

**Updated by** Sabrina R Coffman on 01/29/2021 9:31 am

| | | | |
|---|---|---|---|
| 01/15/2021 10:28 am | Sabrina R Coffman | UPC Rep | 01/15/2021 9:18 AM CST (Coffman, S.) Called claimant rep Sean P. Sullivan at 781 -246-8975 spoke to Michelle she gave me permission to speak with claimant. Explain the reason why I was calling and verify important information. I told the claimant rep that I sent out for the three forms that I sent them by mail and please return within the 10 days. I also left her the due process language and Gave CL rep my office number 615-743-7670 to call me back as soon as possible to avoid delays in processing the claims. |

**Note History**

**Created by** Sabrina R Coffman on 01/15/2021 10:28 am

**Updated by** Sabrina R Coffman on 01/15/2021 10:28 am

# Disability Determination Explanation

This Disability Determination Explanation is for the **DIB** claim(s) at the **Initial** level.

## Claimant Information

### Claimant Information

Name: **Michael Gilmore**
SSN:

Claimant Gender: **Male**
Self Reported Height: **76 inches**
Self Reported Weight: **255.0 lbs**

Date of Birth:

Current Age: **50 years 9 months (Closely Approaching Advanced Age)**

AOD: **05/08/2020**

Age at AOD: **49 years 10 months (Younger Individual)**

Special Indications: **Representative**

### DIB Claim Information

Initial Filing Date: **12/04/2020**

DFI: **04/01/2015**

DLI: **12/31/2024**

### Allegations of Impairments

The individual filed for Initial claim for disability on 12/04/2020 due to the following illnesses, injuries, or conditions:
**Diabetic Neuropathy in feet and Legs, Depression, High Cholesterol, Diabetes, Erectile Disfunction**

The individual alleges inability to function and/or work as of: **05/08/2020**

## Technical Issues

Does the individual have prior filings? **No**

Is the individual working? **No**

Alleged Onset Date (AOD): **05/08/2020**

Has the individual performed work after the Alleged Onset Date (AOD)? **No**

Has any period(s) of work been determined to be an unsuccessful work attempt, or involved subsidies/special conditions, impairment-related work expenses, or other technical issue(s)? **No**

Does the DDS need to correct the POD? **No**

POD Provided by FO: **DIB 05/08/2020**

## Evidence of Record

### Evidence Received

| DMA Received Date | Source | Doc Name | Case Level | Evidence Found |
|---|---|---|---|---|
| 03/12/2021 | CUMBERLAND MEDICAL EVALUATION | CE Rprt | Initial | Medical Evidence |
| 01/27/2021 | Michael Gilmore | 3369-Work Hx | Initial | Non-Medical Evidence |

| | | | | |
|---|---|---|---|---|
| 01/27/2021 | Michael Gilmore | 3373-Funct Rprt-Adult | Initial | Non-Medical Evidence |
| 01/19/2021 | BLOUNT MEMORIAL FAMILY CARE | MER | Initial | Medical Evidence |



### Medical Advisor 416 Evaluation

No Medical Advisor 416 Evaluations have been associated with this claim.

### Findings of Fact and Analysis of Evidence

Analysis
**1/16/18 Assessment Anxiety and Depression**
**2/27/19 Labs HBA1C 9.7**
**8/13/20 Problems Restless legs syndrome**
**11/18/20 Assessment Type 2 diabetes mellitus Hyperchlostermonia**
**1/16/19 CT Benign calcified lower lobe granuloma**
**2/4/19 ECG Left ventricular wall motion and thickening**
**6/3/20 Impression Evidence of a moderate sensorimotor polyneuropathy**
**5/11/20 DX Neuropathy**

### 416 - Medical Evaluation

No 416-Medical Evaluations have been associated with this claim.

### Adult Medically Determinable Impairments (MDI) and Severity

Does the individual have one or more medically determinable impairments? **Yes**

**Adult Medically Determinable Impairments (MDI)**

| Body System | Impairment Diagnosis | Priority | Severity |
|---|---|---|---|
| 11 - Neurological disorders | 3570 - Peripheral Neuropathy | Primary | Severe |
| 12 - Mental disorders | 2960 - Depressive, Bipolar and Related Disorders | Secondary | Severe |
| 09 - Endocrine system | 2500 - Diabetes Mellitus | Other | Severe |

**PRT1 - Psychiatric Review Technique (PRT) (1 of 1)**

Evaluation Period: **Current Evaluation**

Subject: **DI/DIB DLI TECHNICALLY INSUFFICIENT**

"A" Criteria of the Listings

| Listing | Selection | Criteria |
|---|---|---|
| 12.04 | There is insufficient evidence to substantiate the presence of the disorder | |

PRT Additional Explanation:
**Additional Explanation:**

**50 Y/O CL ALLEGES DEPRESSION**

**MEMORIAL FAMLY CARE 2018 DX ANXIETY AND DEPRESSION. RX ZOLOFT ALERT**

3373: PHYSICAL AS BARRIER, SHOPS, MANAGES MONEY SOCIALIZES, DRIVES, NO MEMORY/CONC ETC DIFFICULTIES NOTED.



ADDITIONAL OVERALL MH OBSERVATIONS THAT ARE MORE CURRENT ARE NEED TO EVALUATE THIS CLAIM. THEREFORE THE CLAIM ISTECHNICALLY INSUFFICIENT.

**These findings complete the medical portion of the disability determination.**

MC/PC Signature: **Norma Calway-Fagen, PhD**

Medical Specialty Code: **38 Psychology**

Date Signed: **04/20/2021**

## Adult Listings Considered

| Listing | Description | Subsection | PRT Assessment |
|---|---|---|---|
| 11.14 | Peripheral Neuropathy | | |
| 12.04 | Depressive, Bipolar and Related Disorders | | PRT1 |

## Adult Medical Disposition

**RFC Assessment Necessary**

## Assessment of Policy Issues

## Symptoms Evaluation

Claimant's Symptoms
**Pain**
**Weakness**

Other symptom(s)
**METNAL INSUFFICIENT TO EVALUATE**

Can one or more of the individual's medically determinable impairment(s) (MDI(s)) reasonably be expected to produce the individual's pain or other symptoms?
**Yes**

Are the individual's statements about the intensity, persistence, and functionally limiting effects of the symptoms substantiated by the objective medical evidence alone?
**No**

What is your assessment of the consistency of the individual's statements regarding symptoms considering the total medical and non-medical evidence in file?
**Not consistent**

Explain the assessment of consistency regarding symptom related limitations.
**see rfc**

## Evaluate and Reconcile Medical Opinions

Opinion Source: **CUMBERLAND MEDICAL EVALUATION on 03/09/2021**

Found on CE Rprt from CUMBERLAND MEDICAL EVALUATION

Across multiple documents: **No**

Medical Opinion

**Lift- occc 50# and over, freq 11-20#, continuously 10#**
**Stand and walk 6 hours a day, sit 8 hours a day.**
**Positive log roll and positive Patrick's maneuver both on the left. These are negative on the right. Negative sitting and supine straight leg raise bilaterally. Negative impingement and apprehension signs at the shoulders. He has mildly limited and guarded range of motion in the right shoulder especially with overhead reaching. No knee effusion. See**

**the range of motion sheet. Negative joint survey in the four extremities otherwise.**
**Type 2 diabetes requiring insulin chronically, complicated by diabetic peripheral neuropathy. He has chronic low back pain, chronic right shoulder pain from old injury treated nonoperatively. Rule out left hip osteoarthritis. He has balance impairments, probably from diabetic neuropathy. He sees primary care and a sleep doctor. He has sleep apnea and erectile dysfunction**

Evaluation of Supportability and Consistency

**ift- occ 50# and over, freq 11-20#, continuously 10#**
**Stand and walk 6 hours a day, sit 8 hours a day.**

Evaluation of Other Factors

**--**

Is this opinion more restrictive than the findings: **No**

---

**Residual Functional Capacity**

---

**RFC1 - Physical Residual Functional Capacity (1 of 1)**

Evaluation Period: **Current Evaluation**

Subject: **RFC**

Does the individual have exertional limitations? **Yes**

Occasionally lift and/or carry (including upward pulling): **50 pounds**

Frequently lift and/or carry (including upward pulling): **25 pounds**

| Exertional Limitation | Rating |
|---|---|
| Push and/or pull in upper extremities | Unlimited, other than lift and/or carry |
| Push and/or pull in lower extremities | Unlimited, other than lift and/or carry |

Stand and/or walk (with normal breaks) for a total of: **About 6 hours in an 8 hour workday**

Sit (with normal breaks) for a total of: **About 6 hours in an 8 hour workday**

Explain exertional limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based.

**See AE**

Does the individual have postural limitations? **Yes**

| Postural Limitation | Rating |
|---|---|
| Climbing ramps / stairs | Frequently |
| Climbing ladders / ropes / scaffolds | Never |
| Balancing | Frequently |
| Stooping (i.e., bending at the waist) | Frequently |
| Kneeling | Frequently |
| Crouching (i.e., bending at the knees) | Frequently |
| Crawling | Frequently |

Explain postural limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based.

**See AE**

Does the individual have manipulative limitations? **Yes**

EXHIBIT NO. 1A
PAGE: 5 OF 8

| Manipulative Limitation | Rating |
|---|---|
| Reaching in front and/or laterally | Unlimited |
| Reaching overhead | Limited Right |
| Handling (gross manipulation) | Unlimited |
| Fingering (fine manipulation) | Unlimited |
| Feeling (skin receptors) | Unlimited |

Explain manipulative limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based.

**See AE. RUE OH occas.**

Does the individual have visual limitations? **No**

Does the individual have communicative limitations? **No**

Does the individual have environmental limitations? **Yes**

| Environmental Limitation | Rating |
|---|---|
| Extreme cold | Unlimited |
| Extreme hot | Unlimited |
| Wetness | Unlimited |
| Humidity | Unlimited |
| Noise | Unlimited |
| Vibration | Avoid Concentrated Exposure |
| Fumes, odors, dusts, gases, poor ventilation, etc. | Unlimited |
| Hazards (machinery, heights, etc.) | Avoid All Exposure |

Explain environmental limitations and how and why the evidence supports your conclusions. Cite specific facts upon which your conclusions are based.

**See AE**

RFC Additional Explanation

**50 yr 8 mos M. T-II. INDIB. AOD 05/08/20. DLI 12/31/24. DOF 12/04/20. SWD 05/08/20. Allegations: DM neuropathy feet/legs; Depression; HLD; DM; ED. FO obs: (NC).**

**3373 Function Report: (Partially completed)**
**01/25/21: Balance, walking, pain, freq breaks. 6-12: Blank. Spouse works. Limited cooking. Light HH chores. Shops by phone, computer. Section D 20a: All posturals/exertionals checked. Lift 10#. R hand dom. Walk 10 min w 30 min rest. Glasses used. Med side effects, drowsiness, dizziness, HA.**

**The cl's statements about his symptoms and functional limitations are not completely consistent with the objective findings from the evidence in the file.**

**Blount Memorial Family Care:**
**01/16/18: Depression. O: 76" (?). 270#. BMI 32.87. 133/80. 97. PE: Limited. Neg. A: Wellness exam. Generally benign exam. CBC, DMP, FLP, Vit D level.**
**02/13/18: CPAP. OSA.**
**01/16/19: CT Abd/Pelvis: No sig abn in abd/pelvis, retroperitoneum. Cause of L flank pain not ident. Vis lower chest: Benign calc LLL granuloma. Lung bases clear.**

**02/04/19: Hx abn EKG. MN Spect Cardiolite: Rest/Stress MPS. Imp: Tech satis. Nl rest/stress exercise MPS w/o reversible perfusion defects to suggest ischemia. Nl LV wall motion and thickening. EF 71%**
**02/27/19: F/ chronic cond, DM. Wants A1C. Compliant w Metformin. Ozempic not tol/chronic diarrhea. O: 131/76. 84. 73" (?). 247#. BMI 32.59. PE: Limited. A1C 9.7 %. (Improved from 12.3%) A: Type II DM w/o complication. Begin Tresiba.**
**05/14/20: Vit D 21.4 L.**
**06/03/20: NCS/EMG BLE: Imp: Evid of mod sensorimotor polyneuropathy. No electrodx evid of bilat lumbar radiculopathy.**
**08/13/20: F/u chronic cond. Hx: HLD, DM, neuropathy are stable. Compliant w meds. C/o neuropathy worsened. Denies med complaints at this time. O: 139/77. 73". 257#. BMI 33.91. PE: Limited. Neg. A1C 7.8. A: HLD. DM II w/o complication. W/o long term use of insulin. Neuropathy; inc Gabapentin prn.**
**11/18/20: 3 mo f/u chronic cond. Compliant w meds. Current Glu 137. 11/17/20 labs: Glu 208. A1C 9.0. TC 116. Cr 0.94. eGFR >60/ O: 132/77. 70. 73". 268#. BMI 35.36. PE: Limited. Neg. A: DM II. Inc Tresiba. Cont Jardiance, Metformin. HLD. Cont Crestor.**

**Cumberland Medical Eval/Jeffrey A. Uzzle, MD:**
**03/09/21: ASE/CE: Chief prob. is DM neuropathy. Chronic R shoulder, LBP. Prob has L hip OA w/o eval. Able to drive ~ 2 hrs at a time w/o break. No HHAD required. Vertigo. Sees sleep doctor and PCP. O: 72". 277#. BMI 37.6. 137/90. 102. 18. VA cc 20/20//20 25. Gen: No orthotics/HHAD. Gait w maneuvers, deep knee bend/Station: nl. C/o L hip/thigh pain w deep knee bend. Tandem walking/balance fair. Heent: Unremarkable. Well healed mastoidectomy scar. Hears functionally bilat. Never required hearing aids. S/p TM reconstruction w good outcome. Heart: rrr w/o mrg. S1, 2 nl. No carotid bruits. Peripheral pulses intact. No feet edema. Lungs: clear bilat. Good air movement. Nl BS w/o rrw. Abd: soft, nt. No organomegaly/masses. BS present. Neck: supple w/o adenopathy. MS: Pos log roll and Patrick's maneuver on L; neg R. SLR sit/sup neg bilat. Shoulders: neg impingement/apprehension signs. Mildly limited/guarded ROM R shoulder esp OH reaching. No knee effusion. Jt survey o/w neg. Neuro: No atrophy. Reflexes absent symmetrically in 4 ext. Long tract signs neg. Grip strength, manual muscle testing nl x 4 ext. Speech/mental grossly intact. CrN intact. Cerebellar fxn nl. Romberg neg. Pronator drift neg. Muscle tone nl. A: DM type 2 insulin dependent complicated by DM peripheral neuropathy. Chronic LBP, chronic R shoulder pain from old inj tx nonop. R/o L hip OA. Balance impairments prob from DM neuropathy. OSA. ED. ROMs: normal x: DL spine: fl 75. R shoulder: abd140, for elev 135. L Hip: fl 95, int rot 25. Ankles Bilat df 15, pf 40 bilat.**

**MO: Lift 50/20. Stand/Walk 6. Sit 8. No HHAD. Reach R OH occas, freq o/w. No L restriction. Feet freq bilat. Environmentals: Never unprotected heights. Freq op vehicle/moving mech parts. Vibrations, freq. Humidity, Dust/Odors/Fumes, Extreme cold, Noise cont. Unable to walk at reasonable pace on rough/uneven surfaces.**

**MO CE: Somewhat overly limiting based on his findings, partially supported by MER, and partially persuasive.**

**Any MO not specifically addressed has been addressed in a prior file, or is out of date, or does not apply to the time-frame being considered.**

**Summary:**
**MDI of IDDM w bilat LE peripheral neuropathy on NCS/EMG study tx w meds. DM w only fair control. Gait/station: nl. Tandem/balance fair. Cerebellar fxn nl. Strength, grip nl. SLRs sit/sup neg. Mildly dec ROM L shoulder, df bilat feet, DL spine. L hip mild-mod dec ROM. OSA tx w CPAP. Hx/o ED. HLD tx w med**

**All other MDI's, alleged or discovered, not specifically addressed were considered and have no functional impact and would not further reduce this RFC.**

**The following RFC is given based on totality of combined MDIs, alleged sxs, limitations and available objective medical evidence in medical file. Pain/med side effects considered.**

**Mod = AOD**

**These findings complete the medical portion of the disability determination.**

MC/PC Signature: **Charles Settle, MD**

Medical Specialty Code: **15 Gynecology** Date Signed: **03/15/2021**

---

**Mental Residual Functional Capacity**

---

No MRFCs are associated with this claim.

---

**Assessment of Vocational Factors - Individual's Ability to Perform Past Relevant Work**

---

**Expedited Vocational Assessment (EVA)**

A finding about the capacity for PRW has not been made. However, this information is not material because all potentially applicable Medical-Vocational Guidelines would direct a finding of “not disabled” given the individual’s age, education, and RFC. Therefore, the individual can adjust to other work.



All Past Work

| Relevant | Job Title | Start Date | End Date | DOT Information | SVP Strength |
|---|---|---|---|---|---|
| Not Yet Answered | Maintenance Job Planner<br>**Description:**<br>-- | DECEMBER 2007 | MAY 2020 | | |
| Not Yet Answered | Maintenance Supervisor<br>**Description:**<br>-- | JULY 2010 | FEBRUARY 2017 | | |
| Not Yet Answered | Production Team Manager<br>**Description:**<br>-- | JANUARY 2002 | DECEMBER 2007 | | |

## Application of Medical-Vocational Rules: Other Work

Is the individual limited to unskilled work because of the impairments? **No**

Based on the seven strength factors of the physical RFC (lifting/carrying, standing, walking, sitting, pushing, and pulling), the individual demonstrates the maximum sustained work capability of the following: **Medium**

The highest grade of school completed by the individual is: **12th Grade**

Indicate the rule used to direct a determination or as a framework.
**203.21 - Medium | Approaching Advanced (50-54) | HS or more | Unskilled/None**

Select how the rule is applied
**Rule used as a Framework**

Select documentation method: **Cite SSR**

Cite the appropriate Social Security Ruling (SSR)
**83-14: Other work with combined impairments**

## Determination

**Determination for the DIB claim(s) at the Initial Level**

Based on the documented findings, select the determination: **Not Disabled**

Is there medical evidence of DAA?
**There is no evidence of any substance abuse disorder/DAA issue.**

Alleged Onset Date: **05/08/2020**

**DIB Claim / 271092567**

Indicate which of the following Acquiescence Rulings are applicable: **None of the ARs considered apply to this claim**

Regulation Basis Code: **J1-20CFR404.1520(g) DIB CLAIM**

## Signatures

**Adult Overall Medical Disposition Signature**

**Social Security Administration**

# Retirement, Survivors, and Disability Insurance

**Notice of Disapproved claim**

Date: 05/07/2021
Claim Number: 749928

MICHAEL GILMORE

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

**The Decision**

See the enclosed Personalized Disability Explanation.

**About the Decision**

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security Disability Rules" for information about our rules.

**Information About Other Benefits**

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

**If You Disagree With The Decision**

If you disagree with this decision, you have the right to appeal. We will review your entire case and consider any new facts you have. A person who did not make the first decision will decide the appeal.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You have to ask for an appeal in writing. You may use our form SSA-561-U2, called "Request for Reconsideration." You may complete this form online at www.socialsecurity.gov/disability/appeal. Or, you may contact one of our offices or call 1-800-772-1213 to request this form. Contact one of our offices if you want help.
- In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since filing the claim. You may complete this report online after you complete the online "Request for Reconsideration." Or, you may contact one of our offices or call 1-800-772-1213 to request this form.

**How the Appeal Works**

You have the right to review the facts in your case. You can give us more facts to add to your file. Then we will decide your case again. You will not meet with the person who will decide your case.

**If You Want Help With Your Appeal**

You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee. Some charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696-U4 “Appointment of Representative.” Any local Social Security office can give you this form.

**New Application**

You have the right to file a new application at any time, but a new application is not the same as an appeal. If you disagree with this decision and you file a new application instead of an appeal, you might lose some benefits, or not qualify for any benefits. We also could deny a new Social Security application using this Social Security decision, if the facts and issues are the same. So, if you disagree with this decision, you should ask for an appeal within 60 days.

**Suspect Social Security Fraud?**

Please visit **https://oig.ssa.gov/report** or call the Inspector General's Fraud Hotline at 800-269-0271 (TTY 866-501-2101).

**If You Have Any Questions**

We invite you to visit our website at **www.socialsecurity.gov** to find general information about Social Security. If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 331-9091 . If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

KNOXVILLE TN
SOCIAL SECURITY
9031 Cross Park Dr
Knoxville TN 37923 - 9922

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*

cc: ADVOCATOR GROUP LLC

Enclosure(s):
Social Security Disability Rules
Personalized Disability Explanation

## Social Security Disability Rules

**You must meet certain rules to qualify for Social Security disability benefits:**

Disabled Worker

You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Childhood Disability

You must be age 18 or older and your health problems must:

- begin before age 22 **or** you must become disabled again within 7 years after the month that your earlier period of disability ended,
- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Disabled Widow, Widower or Surviving Divorced Spouse

You must be at least age 50, and your health problems must:

- Keep you from doing any kind of substantial gainful activity (explained below),
- last, or be expected to last, for at least 12 months in a row, or result in death, and
- have started before the end of a special period.

The special period **starts** with the latest of:

- the month your spouse died,
- the month your Social Security benefits as a parent ended, **or**
- the month your earlier period of widow(er)'s disability ended.

The special period **ends** at the close of the 84th month (7 years) after the month it started.

### Information About Substantial Gainful Activity

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January , we will find that your work is substantial gainful activity if your gross earnings average over $1,310 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness $2,190. This amount changes each year.

Your work may be different from before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

**Personalized Disability Explanation**

We used the following medical and non-medical reports to decide your claim:
Cumberland Medical Evaluation received on 03/12/2021 and Blount Memorial Family Care received on 01/19/2021.

You said you were unable to work as of 05/08/2020 because of Diabetic Neuropathy in feet and Legs, Depression, High Cholesterol, Diabetes and Erectile Disfunction.

We have carefully reviewed your medical records and other evidence. Although you do experience limitations due to your physical and mental condition(s), we determined that you still have the ability to perform many normal daily activities

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.

**Social Security Administration**

# Retirement, Survivors, and Disability Insurance

**Notice of Disapproved claim**

Date: 05/07/2021
Claim Number: 749928

MICHAEL GILMORE

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

**The Decision**

See the enclosed Personalized Disability Explanation.

**About the Decision**

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called “Social Security Disability Rules” for information about our rules.

**Information About Other Benefits**

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

**If You Disagree With The Decision**

If you disagree with this decision, you have the right to appeal. We will review your entire case and consider any new facts you have. A person who did not make the first decision will decide the appeal.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You have to ask for an appeal in writing. You may use our form SSA-561-U2, called "Request for Reconsideration." You may complete this form online at www.socialsecurity.gov/disability/appeal. Or, you may contact one of our offices or call 1-800-772-1213 to request this form. Contact one of our offices if you want help.
- In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since filing the claim. You may complete this report online after you complete the online “Request for Reconsideration.” Or, you may contact one of our offices or call 1-800-772-1213 to request this form.

**How the Appeal Works**

You have the right to review the facts in your case. You can give us more facts to add to your file. Then we will decide your case again. You will not meet with the person who will decide your case.

**If You Want Help With Your Appeal**

You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee. Some charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696-U4 “Appointment of Representative.” Any local Social Security office can give you this form.

**New Application**

You have the right to file a new application at any time, but a new application is not the same as an appeal. If you disagree with this decision and you file a new application instead of an appeal, you might lose some benefits, or not qualify for any benefits. We also could deny a new Social Security application using this Social Security decision, if the facts and issues are the same. So, if you disagree with this decision, you should ask for an appeal within 60 days.

**Suspect Social Security Fraud?**

Please visit **https://oig.ssa.gov/report** or call the Inspector General's Fraud Hotline at 800-269-0271 (TTY 866-501-2101).

**If You Have Any Questions**

We invite you to visit our website at **www.socialsecurity.gov** to find general information about Social Security. If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 331-9091 . If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

KNOXVILLE TN
SOCIAL SECURITY
9031 Cross Park Dr
Knoxville TN 37923 - 9922

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*

cc: ADVOCATOR GROUP LLC

Enclosure(s):
Social Security Disability Rules
Personalized Disability Explanation

## Social Security Disability Rules

**You must meet certain rules to qualify for Social Security disability benefits:**

Disabled Worker

You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Childhood Disability

You must be age 18 or older and your health problems must:

- begin before age 22 **or** you must become disabled again within 7 years after the month that your earlier period of disability ended,
- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Disabled Widow, Widower or Surviving Divorced Spouse

You must be at least age 50, and your health problems must:

- Keep you from doing any kind of substantial gainful activity (explained below),
- last, or be expected to last, for at least 12 months in a row, or result in death, and
- have started before the end of a special period.

The special period **starts** with the latest of:

- the month your spouse died,
- the month your Social Security benefits as a parent ended, **or**
- the month your earlier period of widow(er)'s disability ended.

The special period **ends** at the close of the 84th month (7 years) after the month it started.

**Information About Substantial Gainful Activity**

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January , we will find that your work is substantial gainful activity if your gross earnings average over $1,310 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness $2,190. This amount changes each year.

Your work may be different from before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

**Personalized Disability Explanation**

We used the following medical and non-medical reports to decide your claim:
Cumberland Medical Evaluation received on 03/12/2021 and Blount Memorial Family Care received on 01/19/2021.

You said you were unable to work as of 05/08/2020 because of Diabetic Neuropathy in feet and Legs, Depression, High Cholesterol, Diabetes and Erectile Disfunction.

We have carefully reviewed your medical records and other evidence. Although you do experience limitations due to your physical and mental condition(s), we determined that you still have the ability to perform many normal daily activities

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.

# DISABILITY REPORT - FIELD OFFICE - Form SSA-3367



## (3367) ID/Prior Filings

### Identifying Information

1. Name of person(s) on whose Social Security record(s) this claim is being filed:

**Michael Gilmore**

His or Her Social Security Number(s):

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Male**

Date of Birth:

2. Claimant's Alleged Onset Date: **05/08/2020**

| | |
|---|---|
| 3. Potential Onset Date: | **05/08/2020, DIB** |
| 4. Reason for Potential Onset Date: | |
| SSI Application Date: | **No** |
| Date Last Insured: | **No** |
| Date First Insured: | **No** |
| Controlling Date: | **No** |
| AOD: | **Yes** |
| Work Before/After AOD: | **No** |
| UWA: | **No** |
| SGA: | **No** |
| Not SGA: | **No** |
| 823 In File: | **No** |
| Other (Explain Below): | **No** |
| 5. Explanation for Potential Onset Date, when applicable: | **POD = AOD.** |

#### Miscellaneous Information

6. Protective Filing Date:

Non-Blind Date Last Insured (DIB/Freeze case): **12/31/2024**

Blind Date Last Insured (DIB/Freeze case):

Closed Period Case:

#### Prior Filing Information

7. Prior Filing(s):

If "Yes" and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no initial level SSI claim on this

case.



**(3367) Observations**

9. Observations/Perceptions:

How was the Interview Conducted? **No contact with claimant**
(Select all that apply)

Observations: Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.

**(3367) Development**

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **B. Tubb**
Phone Number: **866-331-9091**
Name of Person Completing Form: **B. Tubb**
Date: **07/02/2021**

# DISABILITY REPORT - APPEAL - Form SSA-3441

## (3441) Section 1 - Information About the Disabled Person

1.A. Name (First, Middle Initial, Last, Suffix): **Michael Gilmore**

1.B. Social Security Number:

1.C. Daytime Phone Number, including area code, (include the IDD and country codes if outside the U.S. or Canada):

Check this box if you do not have a phone or number where we can leave a message

1.D. Alternate Phone Number - another number where we may reach you, if any:

1.E. Email Address (Optional):

## (3441) Section 2 - Contacts

Give the name of someone **(other than your doctors)** we can contact who knows about your medical conditions, and can help you with your claim. (e.g., friend or relative)

**2.A.** Name (First, Middle, Last)

**2.B.** Relationship to Disabled Person

**2.C.** Mailing Address (Street or PO Box)
Include apartment number or unit if applicable.
City, State/Province, ZIP/Postal Code,
Country (if not U.S.)

**2.D.** Daytime Phone Number, including area code
(include IDD and country codes if outside
the U.S. or Canada)

**2.E.** Can this person speak and understand English?

If no, what language does the contact person prefer?

**2.F.** Who is completing this form? **Someone else (Please complete the information below).**

**2.G.** Name (First, Middle, Last) **Sean Sullivan**

**2.H.** Relationship to Disabled Person **Appointed Representative(Non-Atty/Staff)**

**2.I.** Mailing Address (Street or PO Box)
Include apartment number or unit if applicable. **300 N Beach St**
City, State/Province, ZIP/Postal Code, **Daytona Beach, FL 32114**
Country (if not U.S.)

**2.J.** Daytime Phone Number, including area code
(include IDD and country codes if outside **781-794-5150**
the U.S. or Canada)

Date of Last disability report: **12/10/2020**

**3.A. Since you last told us about your medical conditions,** has there been any **CHANGE** (for better or worse) in your physical or mental conditions?

**Yes**

Approximate date change occurred:

**continues**

If "Yes", please describe in detail:

**Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

**3.B. Since you last told us about your medical conditions,** do you have any **NEW** physical or mental conditions?
**No**

Approximate date of new conditions:

If "Yes", please describe in detail:

**If you need more space, use SECTION 10 - REMARKS on the last page.**

---

**(3441) Section 4 - Medical Treatment**

---

**4.A.** Have you used any other names on your medical or educational records? Examples are maiden name, other married name or nickname. No

If "Yes", please list the other names used:

**4.B. Since you last told us about your medical treatment**, have you seen a doctor or other health care provider, received treatment at a hospital or clinic, or **do you have a future appointment scheduled**?

**Yes**

**4.C.** What type(s) of condition(s) were you treated for, or will you be seen for?

**Physical and Mental (including emotional or learning problems)**

**If you answered "Yes" to 4.B.**, please tell us who may have **NEW** medical records about any of your **physical or mental** conditions (including emotional or learning problems).

Use the following pages to provide information for up to three (3) providers. **Complete one page for each provider**. If you have more than three providers, list them in SECTION 10 - REMARKS on the last page.

Please include:

- doctors' offices

- hospitals (including emergency room visits)
- clinics
- mental health center
- other health care facilities.



**Only list the providers you have seen since you last told us about your medical treatment.**

| | | | | | |
|---|---|---|---|---|---|
| **4.D.** Name of Facility or Office | **Blount Memorial Family Care** | | | | |
| Name of health care professional who treated you | **Christopher Barber DR** | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | |
| Phone Number | **865-342-8100 - Voice** | Patient ID# (if known) | | | |
| Mailing Address | **720 Foothills Mall Dr<br>Maryville, TN 37801** | | | | |
| **Dates of Treatment** (approximate date, if exact date is unknown) | | | | | |
| **Office, Clinic or Outpatient visits at this facility** | **Emergency Room visits at this facility** | **Overnight hospital stays at this facility** | | | |
| First Visit: **2016** | Date | Date in | | Date out | |
| Last Visit: **NOT PROVIDED** | Date | Date in | | Date out | |
| Next scheduled appointment (if any) | Date | Date in | | Date out | |
| **What medical conditions were treated or evaluated?**<br>**NOT PROVIDED** | | | | | |
| **What treatment did you receive for the above conditions?** (Do not list medicines or tests in this box.)<br>**NOT PROVIDED** | | | | | |
| **Has this provider performed or sent you to any tests?** Please include tests you are scheduled to have in the future.<br>**No** | | | | | |
| **KIND OF TEST** | | | **DATES OF TESTS** | | |
| If you need to list more tests, use SECTION 10 - REMARKS on the last page. | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **4.D.** Name of Facility or Office | **Blount Memorial Family Care** | | | | |
| Name of health care professional who treated you | **Christopher Barber DR** | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | |
| Phone Number | **865-342-8100 - Voice** | Patient ID# (if known) | | | |
| Mailing Address | **720 Foothills Mall Dr<br>Maryville, TN 37801** | | | | |
| **Dates of Treatment** (approximate date, if exact date is unknown) | | | | | |
| **Office, Clinic or Outpatient visits at this facility** | **Emergency Room visits at this facility** | **Overnight hospital stays at this facility** | | | |
| First Visit: **NOT PROVIDED** | Date | Date in | | Date out | |

**Lincoln/Gilmore 0874**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Last Visit | **3/1/21** | Date | | Date in | | Date out | |
| Next scheduled appointment (if any) | | Date | | Date in | | Date out | |

**EXHIBIT NO. 6E**
**PAGE: 4 OF 7**

| |
|---|
| **What medical conditions were treated or evaluated?**<br>**PCP** |
| **What treatment did you receive for the above conditions?** (Do not list medicines or tests in this box.)<br>**exams** |
| **Has this provider performed or sent you to any tests?** Please include tests you are scheduled to have in the future.<br>**No** |

| **KIND OF TEST** | **DATES OF TESTS** |
|---|---|
| If you need to list more tests, use SECTION 10 - REMARKS on the last page. | |

**If you have been treated by more providers, use SECTION 10 - REMARKS on the last page.**

---

## (3441) Section 5 - Other Medical Information

---

**5. Since you last told us about your other medical information**, does anyone else have **medical information** about any of your **physical or mental** conditions (including emotional and learning problems) or are you scheduled to see anyone else?

This may include:

- workers' compensation
- vocational rehabilitation services
- insurance companies who have paid you disability benefits
- prisons and correctional facilities
- attorneys
- social service agencies
- welfare agencies
- school/education records

**No** (Go to SECTION 6 - MEDICINES)

**If you need to list more people or organizations, use SECTION 10 - REMARKS on the last page.**

---

## (3441) Section 6 - Medicines

---

**6. Are you <u>currently</u> taking any medicines (prescription or non-prescription)? Yes**

Yes (Please complete the information below. You may need to look at your medicine containers.)

| Name of | If Prescribed, | Reason for | Side Effects You |
|---|---|---|---|

**Lincoln/Gilmore 0875**

| Medicine | Give Name of Doctor | Medicine | Have |
|---|---|---|---|
| **Jardiance** | **Christopher Barber DR, Blount Memorial Family Care** | **-** | **0** **EXHIBIT NO. 6E PAGE: 5 OF 7** |
| **Metformin** | **Christopher Barber DR, Blount Memorial Family Care** | **-** | **0** |
| **Pregabalin** | **Christopher Barber DR, Blount Memorial Family Care** | **-** | **0** |
| **resiba** | **Christopher Barber DR, Blount Memorial Family Care** | **-** | **0** |
| **Rosuvastatin** | **Christopher Barber DR, Blount Memorial Family Care** | **-** | **0** |
| **Sertraline** | **Christopher Barber DR, Blount Memorial Family Care** | **-** | **0** |
| **Sildeafil** | **Christopher Barber DR, Blount Memorial Family Care** | **-** | **0** |
| **Vitamin D2** | **Christopher Barber DR, Blount Memorial Family Care** | **-** | **0** |

**If you need to list more medicines, use SECTION 10 - REMARKS on the last page.**

---

**(3441) Section 7 - Activities**

---

**7. Since you last told us about your activities,** has there been any **change** (for better or worse) in your daily activities due to your **physical or mental** conditions? (Examples of daily activities are household tasks, personal care, getting around, hobbies and interests, social activities, etc.)
**Yes**

If yes, please describe in detail:
**The clmts disabling conditions continue to limit their daily activities.**

**If you need more space, use SECTION 10- REMARKS on the last page.**

---

**(3441) Section 8 - Work and Education**

---

**8.A. Since you last told us about your work,** have you worked or has your work changed?
If yes, you will be asked to provide additional information.
**No**

**8.B. Since you last told us about your education**, have you completed or are you enrolled in any type of GED classes, specialized job training, trade school, vocational school, or college classes?
**No**
If yes, what type?

Date(s) attended:



Degree(s) attained, if any:

Date of attainment (MM/YYYY):

**If you need more space, use SECTION 10 - REMARKS on the last page.**

---

**(3441) Section 9 - Vocational Rehabilitation, Employment, or Other Support Services**

---

**9.** Since you last told us about your vocational rehabilitation, have you participated, or are you participating in:

- an individual work plan with an employment network under the Ticket to Work Program?
- an individualized plan for employment with a vocational rehabilitation agency or any other organization?
- a Plan to Achieve Self-Support (PASS)?
- an individualized education program (IEP) through an educational institution (if a student age 18-21)?
- any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

**No** (Go to SECTION 10 - REMARKS)

**If you need more space, use SECTION 10 - REMARKS on the last page.**

---

**(3441) Section 10 - Remarks**

---

Use this space to provide any information you could not show in earlier sections of this form or any additional information you feel we should know about. Please be sure to include the number of the question you are answering (For example, 3A, 4D, etc.).

---

**I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED ALL THE INFORMATION ON THIS FORM, AND ON ANY ACCOMPANYING STATEMENTS OR FORMS, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT ANYONE WHO KNOWINGLY GIVES A FALSE OR MISLEADING STATEMENT ABOUT A MATERIAL FACT IN THIS INFORMATION, OR CAUSES SOMEONE ELSE TO DO SO, COMMITS A CRIME AND MAY BE SENT TO PRISON, OR MAY FACE OTHER PENALTIES, OR BOTH.**

| Signature of claimant or person filing on claimant's behalf (parent, guardian) | Date (Month, day, year) |
| --- | --- |
| Address (Number and street, city, state and ZIP code) | e-mail Address (optional) |

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
| --- | --- |
| Address (Number and street, city, state and ZIP code) | Address (Number and street, city, state and ZIP code) |

## Case Development Worksheet

This Case Development Worksheet is for the **DIB** claim(s) at the **Reconsideration** level.

# Case Information

### Case Overview

**Case Information**

Case Status: **Pending**

Case ID: **1908888**

Prior Filings?:

Claimant SSN:

Disability Examiner: **Pre-Assign TN1 User**

Jurisdiction Office: **S48**

Alleged Onset Date: **05/08/2020**

Indicators: **Representative**

**Reconsideration DIB Claim Information**

Claim Status: **Pending**

Date First Insured:

Date Last Insured: **12/31/2024**

### Allegations

Allegations:

**Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

Claimant Provided Allegations:

**Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction**

Changed Allegations

Has anything changed or worsened? **Yes**

Dates: **continues**

Claimant Provided Allegations:

**Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

New Allegations

Is anything new? **No**

Dates:

Claimant Provided Allegations:

### Contact Information

**Claimant**

Name: **Michael Gilmore**

Gender: **Male**

Date of Birth:

Education: **12th Grade**

Resident Address: **4083**

Mailing Address:

Phone Number:

Email Address:

**Third Party**

Name: **Sean Patrick Sullivan**

Contact Type: **Appointed Representative**

Relationship to Claimant: **Other:**

Mailing Address: **300 N Beach Street, Daytona Beach, FL 32114-3304**

Phone Number: **(877) 261-1947**

Fax Number: **(877) 899-1329**

Name: **Sean Sullivan**

Contact Type: **Form Completer**

Relationship to Claimant: **Other: Appointed Representative(Non-Atty/Staff)**

Mailing Address: **300 N Beach St, Daytona Beach, FL 32114**

Phone Number: **(781) 794-5150**

**Case Activity**

| Date | Operator | Case Action | Action Taken |
|---|---|---|---|
| 07/06/2021 | Stephanie L. Coleman | Claim Transfer Initiated | DIB transferred to S0C |
| 07/02/2021 | PRODUCTION A. PIN | Case Receipted | DIB. Sending office code 567 and Receipting office code S48. Special Handling Indicators: Rep. |
| 07/02/2021 | PRODUCTION A. PIN | Case Receipt Initiated | DIB. Sending office code 567 and Receipting office code S48. Special Handling Indicators: Rep. |

**Case Notes**

| Last Updated | Author | Subject | Note |
|---|---|---|---|

**SOCIAL SECURITY ADMINISTRATION**
**SEPSC Disability Processing Staff**
**1200 Reverend Abraham Woods Jr. Blvd**
**Birmingham, AL 35285-0001**

**LHHEND**

July 6, 2021

BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE TN 37801

RQID:D02779800000665904SE5____ SITE:S0C DR:S
SSN:********* DOCTYPE:0001 RF:D CS:8941

SSN:
Claimant: MICHAEL GILMORE

This page must be on top of your records.
Slide this page into the return window envelope with this address showing.

1200 Reverend Abraham Woods Jr. Blvd
Birmingham, AL 35285-0001

PLEASE NOTE:
SSA has contracted with a specialized vendor to scan your medical records before they are sent to the DDS. Therefore, your response must be sent to the address as indicated above and in the box to the right. Do NOT send your records directly to the DDS.

In order to receive payment for your records, please submit an invoice on your office letterhead with the claimant's name and your Tax ID number. **THE INVOICE MUST BE PLACED BEHIND THIS BAR CODED PAGE.**

**TO EXPEDITE YOUR RESPONSE FAX RECORDS TO**: **866**-676-2914.

If you are sending records for more than one individual, you may place all of the records in the same envelope, or fax them at the same time. However, you must put the barcode page for each individual on TOP of THEIR own individual records.

To send us records electronically go to SSA's free, secure website address at: http://eme.ssa.gov. Use the 3 character site code from the barcode as the destination for sending the records.

To register for access or for additional information, call the Social Security Electronic Records Express Help Desk at 1-866-691-3061 or send them an email at electronic-records-express@ssa.gov

MEF-IP1-1 MEF IP1 (07/13)KC

**SOCIAL SECURITY ADMINISTRATION**
**SEPSC Disability Processing Staff**
**1200 Reverend Abraham Woods Jr. Blvd**
**Birmingham, AL 35285-0001**

**LHHEND**

July 6, 2021

BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE TN 37801

RE: MICHAEL GILMORE
AKA:
SSN:
DOB:
DDS CASE NUMBER: 277980
CONTRACT NUMBER: 665904

The above-named individual has applied for disability benefits under the Social Security Act. I would appreciate your sending a copy of the individual's medical records covering the dates listed below. A narrative report or copies of your records are equally satisfactory. A copy of the individual's consent for release of this information is enclosed.

IDENTIFYING INFORMATION:

Dates of Treatment: 01/01/2021 to present
Patient No:

Alleged Impairments:
Diabetic Neuropathy in feet and Legs; Depression;
High Cholesterol; Diabetes; Erectile Disfunction;,
Condition Changed Start Date continues, Condition
Changed Description Type 1 diabetes, Hyperlipidem
ia, MDD and idiopathic peripheral autonomic neurop
athy continue to affect clmt

Please include the following information in your report:

1. History of the impairment(s);
2. Objective clinical findings including office notes, exams, psychological tests, and special studies;
3. Diagnosis and prognosis based on medical findings;
4. An assessment of functional ability based on your medical findings.

If, after review of your report, specific information is needed which is unavailable from other sources, we may need to purchase a consultative examination. If you would be willing to perform such an examination on your patient for us at a reasonable fee, please indicate YES _____ NO _____.

**Requesting Payment for Medical Reports**

MEF-IP1-1 MEF/IP1 (07/13)KC

SOCIAL SECURITY

**Requesting Payment for Medical Reports**

We are authorized to pay for medical records or photocopies according to the fee schedule approved by the Disability Determination Services in your state; however, as a federal program we are exempt from paying state sales tax.

MEF-IP1-1 MEF/IP1 (07/13)KC

**Lincoln/Gilmore 0883**

**EXHIBIT NO. 3F**
**PAGE: 1 OF 14**

**SOCIAL SECURITY ADMINISTRATION**
**SEPSC Disability Processing Staff**
**1200 Reverend Abraham Woods Jr. Blvd**
**Birmingham, AL 35285-0001**

**LHHEND**

July 6, 2021

BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE TN 37801

RQID:D027798000665904SE5____ SITE:S0C DR:S
SSN:********* DOCTYPE:0001 RF:D CS:8941

SSN:
Claimant: MICHAEL GILMORE

This page must be on top of your records.
Slide this page into the return window envelope with this address showing.

1200 Reverend Abraham Woods Jr. Blvd
Birmingham, AL 35285-0001

PLEASE NOTE:
SSA has contracted with a specialized vendor to scan your medical records before they are sent to the DDS. Therefore, your response must be sent to the address as indicated above and in the box to the right. Do NOT send your records directly to the DDS.

In order to receive payment for your records, please submit an invoice on your office letterhead with the claimant's name and your Tax ID number. **THE INVOICE MUST BE PLACED BEHIND THIS BAR CODED PAGE.**

**TO EXPEDITE YOUR RESPONSE FAX RECORDS TO**: 866-676-2914.

If you are sending records for more than one individual, you may place all of the records in the same envelope, or fax them at the same time. However, you must put the barcode page for each individual on TOP of THEIR own individual records.

To send us records electronically go to SSA's free, secure website address at http://eme.ssa.gov. Use the 3 character site code from the barcode as the destination for sending the records.

To register for access or for additional information, call the Social Security Electronic Records Express Help Desk at 1-866-691-3061 or send them an email at electronic-records-express@ssa.gov

MEF-IP1-1 MEF IP1 (07/13)KC

**TAX ID 582659941 CIOX HEALTH PO BOX 409822 ATLANTA, GA 30384**

**Lincoln/Gilmore 0884**

Blount Memorial
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

01/20/2021 11:45 AM
Office Visit
Christopher S. Barber DO

This 50 year old male presents for Paperwork.

## History of Present Illness:

1. Paperwork

Michael Gilmore is a 50 y/o male who presents to the clinic for disability paperwork. Pt has diabetic polyneuropathy, which is a chronic condition. Pt is compliant with his medications. Pt is c/o ED issues. He would like to try a different medication to see if it works better. Pt denies any other medical complaints at this time.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |

| | | |
|---|---|---|
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| Lyrica 150 mg capsule | 1 po tid | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Jardiance 25 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:44 AM | 119/80 | 88 | | 98.2 | 6.0 | 1.00 | 271.00 | | 35.75 | | | Heather R. Raper, MA |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Diabetic polyneuropathy associated with diabetes mellitus due to underlying condition (E08.42). |
| | Patient Plan | Disability paperwork was filled out in office today. Pt will continue to take their gabapentin 300mg 2 po tid prn nerve pain and lyrica 150mg 1 po tid. Pt will notify us of any changes. |
| 2. | Assessment | Erectile dysfunction, unspecified erectile dysfunction type (N52.9). |
| | Patient Plan | Pt was prescribed cialis 20mg 1 po q36 hours prn. Pt will notify us of any changes. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 01/20/2021 | Cialis 20 mg tablet | 1 po q36 hours prn | 10 | 11 | |

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 01/20/2021 at 12:16 PM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 01/20/2021 at 1:16 PM.

*Document generated by: Christopher S. Barber 01/20/2021 01:16 PM*

Electronically signed by Christopher S. Barber DO on 01/20/2021 01:17 PM

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

03/31/2021 09:00 AM
Office Visit
Christopher S. Barber DO

This 50 year old male presents for follow up of 3 mo chronic conditions.

### History of Present Illness:

1. Follow Up of 3 mo chronic conditions

Michael Gilmore is a 50-year-old male who presents to the clinic for a 3-month followup visit of chronic medical conditions. Patient has a history of neuropathy, hypercholesterolemia, vitamin D deficiency, and type 2 diabetes mellitus. These are stable chronic conditions and the patient is compliant with their current medication regimen. Labs from 03/30/2021 were reviewed. His hemoglobin A1c has decreased from 9.0% to 7.8% since November 2020. He mentions that he is unable to tolerate Ozempic because this provokes nausea. Patient is currently receiving disability compensation due to occupational limitations related to chronic neuropathy. He reiterates that the numbness of his hands and feet have substantially impaired his coordination, preventing him from climbing ladders at work. He claims he has inquired about other positions requiring less fine motor skills, but no positions are available at this time. Patient complains of left groin pain which arose 2 weeks ago while ambulating on stairs. He states the pain is exacerbated by sudden pivoting movements and changing positions in bed.

He will be due for a PSA evaluation in November 2021.

Review of Systems: Per HPI and additionally: -chest pain, -dyspnea, -nausea, -vomiting, -diarrhea, -constipation, +left groin pain, +neuropathy, +extremity numbness.

### Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

### Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| PREGABALIN 150 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH 3 TIMES A DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:01 AM | 148/86 | 86 | | 98.2 | 6.0 | 1.00 | 272.00 | | 35.89 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS; NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.

EAR CANAL; TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.

NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.

ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTESTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias.

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Continue rosuvastatin 40 mg QHS. We will continue to monitor lipid levels with FLP. Patient will notify us of any side effects to their medications. Patient was encouraged to eat a diet low in saturated fats and to exercise regularly. |
| 2. | Assessment | Diabetic polyneuropathy associated with diabetes mellitus due to underlying condition (E08.42). |
| | Patient Plan | Patient is stable and compliant with their current medication regimen, which was verified with the CSMD. Continue gabapentin 300 mg 2 po TID and pregabalin 150 mg TID. Disability paperwork will be completed and returned. |
| 3. | Assessment | Type 2 diabetes mellitus without complication, with long-term current use of insulin (E11.9). |
| | Patient Plan | Continue Jardiance 25 mg daily, metformin ER 500 mg 2 po BID, and Tresiba 50 units SubQ daily. Patient will have a CBC, CMP, FLP, and hemoglobin A1c ordered. Patient was encouraged to eat a low-carbohydrate diet and exercise regularly to improve blood sugar control. Patient will continue to monitor their blood glucose readings regularly at home. |
| 4. | Assessment | Long term (current) use of insulin (Z79.4). |
| | Patient Plan | As above. |
| 5. | Assessment | Vitamin D deficiency (E55.9). |
| | Patient Plan | Continue vitamin D2 1,250 mcg weekly. We will continue to monitor vitamin D 25-hydroxy levels with blood work, which was ordered. |
| | Plan Orders | CBC w/diff to be performed, Comprehensive Metabolic Panel to be performed, Hemoglobin A1c to be performed, Lipid Panel to be performed and Vitamin D 25-Hydroxy to be performed. |
| 6. | Assessment | Strain of left groin (S76.212A). |
| | Patient Plan | Recommended stretching exercises and OTC Aspercreme for pain management. Follow up with me in 6 months for a subsequent wellness visit, or PRN. Wellness labs (including CBC, CMP, and FLP) will be ordered and completed prior to the next office visit. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 03/31/2021 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | 9 | 1 | |

Documentation entered by Kathryn Maley, acting as a scribe for Christopher Scott Barber DO on 03/31/2021 at 8:59 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 03/31/2021 at 10:23 AM.

*Document generated by: Christopher S. Barber 03/31/2021 10:23 AM*

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

04/14/2021 08:30 AM
Office Visit
Christopher S. Barber DO

This 50 year old male presents for to discuss meds.

## History of Present Illness:

1. to discuss meds

Michael Gilmore is a 50-year-old male who presents to the clinic for medication management. Patient claims sertraline 100 mg daily has improved his depression considerably since he first started taking it about 3 years ago. However, today he states his wife and son have recently noticed tendencies for apathy and lack of emotion in the patient. He notes that this has begun to interfere with his daily life. He also mentions that he continues to suffer from erectile dysfunction despite taking Viagra, as directed. He adds that he is typically a very social person, and he suspects that the apathy could be a side effect of sertraline.

Review of Systems: Per HPI and additionally: -chest pain, -dyspnea, -nausea, -vomiting, -diarrhea, -constipation, +apathy, +erectile dysfunction.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of | | N |

| | | |
|---|---|---|
| | Depression | |
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Lyrica 150 mg capsule | TAKE 1 CAPSULE BY MOUTH 3 TIMES A DAY | N |
| FREESTYLE LIBRE 14 DAY SENSOR | PT NEEDS THE METER, NEEDLE AND SENSOR FOR EVERY DAILY BLOOD SUGAR CHECKS. | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |

| | | |
|---|---|---|
| SEMAGLUTIDE | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:29 AM | 114/80 | 89 | | 98.0 | 6.0 | 1.00 | 269.00 | | 35.49 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTESTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias.

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Depression, unspecified depression type (F32.9). |
| | Patient Plan | Patient will try decreasing Zoloft dosage from 100 mg 1 tablet po daily to 0.5 tablet po daily due to suspicion of side effects, namely apathy. He will contact my office in 1 month with a medication progress report. Follow up with me in 6 months or sooner PRN. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 04/14/2021 | Zoloft 100 mg tablet | TAKE 1/2 TABLET BY MOUTH EVERY DAY | 90 | 1 | |

Documentation entered by Kathryn Maley, acting as a scribe for Christopher Scott Barber DO on 04/14/2021 at 8:33 AM.

Social Security Administration

IF HANDWRITTEN – WRITE LEGIBLY – PRESS FIRMLY

# REQUEST FOR EVIDENCE OR ASSISTANCE (DISABILITY CASE)

| | |
|---|---|
| FROM<br>Disability Determinations Services:<br>SEPSC BIRMINGHAM | DATE: August 10, 2021 August 10, 2021<br>WAGE EARNER<br>SOCIAL SECURITY NUMBER |
| TO | TYPE OF CLAIM (FROM SSA-831-U5 OR SSA-833-U5)<br>(TITLE II)<br>DIB<br>(TITLE XVI)<br>NAME AND ADDRESS OF CLAIMANT<br>MICHAEL GILMORE |
| NAME AND ADDRESS OF APPLICANT (If different from claimant)<br><br>PHONE NUMBER ( ) – | NAME AND ADDRESS OF PERSON TO BE CONTACTED<br><br>PHONE NUMBER ( ) – |

PLEASE OBTAIN THE FOLLOWING INFORMATION

**x-rays of lumbar spine, right shoulder, left hip, & right ankle**

**Allegations:**
**Diabetic Neuropathy in feet and Legs; Depression;**
**High Cholesterol; Arthritis t/o body; Diabetes; Erectile Disfunction;,**
**Condition Changed Start Date continues, Condition**
**Changed Description Type 1 diabetes, Hyperlipidem**
**ia, MDD and idiopathic peripheral autonomic neurop**
**athy continue to affect clmt**

| | |
|---|---|
| **NOTE:**<br>☐ Check if Above Message Confirms Information Requested By Phone<br>☐ Claims Folder **Attached** ☐ **Attachments** | SIGNATURE AND TITLE<br>Lorene Henderson<br>**PHONE NUMBER**<br>( ) – |

Form SSA-883-U3 (10-2003) ef(10-2004)
Use Prior Editions

NFM/J08 (08/13)

**Lincoln/Gilmore 0896**

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Aug 12, 2021
Case ID: 1908888

MICHAEL GILMORE

## APPOINTMENT NOTICE

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>September 27th, 2021<br>10:00 AM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by August 22, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests/TH
(800) 342-1117
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: Sean P. Sullivan; ADVOCATOR GROUP LLC

Date: Aug 12, 2021
Case ID: 1908888

RQID:DCW889015 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:cc25

MICHAEL GILMORE

**APPOINTMENT CONFIRMATION**

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (800) 342-1117 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>September 27th, 2021<br>10:00 AM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________________________________________________________

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

Date: Aug 12, 2021
Case ID: 1908888

RQID:DCR889015 SITE:S48 DR:S
SSN:********* DOCTYPE:0014 RF:D CS:b1cc
MICHAEL GILMORE

## AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>September 27th, 2021<br>10:00 AM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ____________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ____________________ Fax: ____________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

1908888/ Assigned null 0104/ DCPS / DCR889015 / OMB No. 0960-0555 / 98022174

**Lincoln/Gilmore 0900**

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

**Lincoln/Gilmore 0901**

## AUTHORIZATION AND CLAIM FOR PAYMENT

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**

**TOLL FREE**
**(800) 972-0617**

**DDS**
**SUITE 800**
**200 ATHENS WAY**
**NASHVILLE, TN 37228**

RQID:DCT889015 SITE:S48 DR:S
SSN:********* DOCTYPE:9023 RF:D CS:6019

**NAME:** **MICHAEL GILMORE**
**ADDRESS:**

**CLAIMANT PHONE NUMBER:**

**VENDOR NO. 99999999** **VENDOR LOC. CODE 99**

**EXAMINER: ASSISTANCE REQUESTS** **UNIT: 0104**
**TOLL FREE NUMBER: (800) 972-0617 EXT:**
**NASHVILLE AREA PHONE#: (800) 342-1117**
**EXAMINER #: 0007**
**DATE: AUGUST 12, 2021**

**DOB:** **ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

**RENDER SERVICES BELOW:**TRAVEL INSTRUCTIONS **APPOINTMENT DATE: September 27th, 2021 @ 10:00 AM EDT**

**** PLEASE RETURN THIS VOUCHER WITHIN 30 DAYS OF YOUR APPOINTMENT ****

Please allow six (6) to eight (8) weeks for payment. You will be paid the amount shown for your travel expense regardless of the method of travel you choose. If you have any problems in getting to the exam, contact us immediately so that suitable arrangements can be made.
This form is for the following travel: From to KNOXVILLE for MICHAEL GILMORE.
(Basis of payment = 54.00 Miles x 0.47 cents)

**PLEASE NOTIFY THE EXAMINER LISTED ABOVE IF YOUR ADDRESS CHANGES; OTHERWISE, YOUR TRAVEL CHECK COULD GO TO THE WRONG ADDRESS.**

**TOTAL.........$25.38**
**ADDITIONAL STUDIES:__________________________________________________** **$____________________**
**APPROVED:_______________________ DATE_____________ LESS SERVICES NOT RENDERED** **$____________________**
**ADJUSTED TOTAL ........** **$____________________**

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED ___September 27th, 2021___** **DATE BILLED ___September 27th, 2021___**

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE ____________________________________________________
Claimant Vendor Sign Here

**APPROVED FOR PAYMENT:____________________________ DATE: ___________________ VOUCHER NO. T008982**
DISABILITY EXAMINER

TH/0007

**Lincoln/Gilmore 0902**

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: Aug 12, 2021
Case ID: 1908888

MICHAEL GILMORE

## APPOINTMENT NOTICE

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>September 27th, 2021<br>10:00 AM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by August 22, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests/TH
(800) 342-1117
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Travel reimbursement form
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: Sean P. Sullivan; ADVOCATOR GROUP LLC

Date: Aug 12, 2021
Case ID: 1908888

RQID:DCW889015 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:cc25
MICHAEL GILMORE

## APPOINTMENT CONFIRMATION

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (800) 342-1117 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>September 27th, 2021<br>10:00 AM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

________________________________________

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

Date: Aug 12, 2021
Case ID: 1908888

RQID:DCR889015 SITE:S48 DR:S
SSN:********* DOCTYPE:0014 RF:D CS:b1cc
MICHAEL GILMORE

**AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT**

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>September 27th, 2021<br>10:00 AM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ____________________ Phone: ____________

Address Line 1: ____________________

Address Line 2: ____________________

City, State, ZIP code: ____________________

Phone: ____________________ Fax: ____________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

Your Signature ____ Date ____ Current Phone Number ____

Current Address ____ City ____ State ____ Zip ____

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

## AUTHORIZATION AND CLAIM FOR PAYMENT

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DIV. OF REHABILITATION SERVICES**

**P O Box 8707**
**London, KY 40742-8707**

**FAX (877) 337-7890**
**TOLL FREE (800) 972-0617**

**Claimant Phone Number**

RQID:DCC889015 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:1e98

**VENDOR NO. 2017164 VENDOR LOC. CODE 0000011924**

**KNOXVILLE SERVICES LLC**
**320 N CEDAR BLUFF RD STE 330**
**KNOXVILLE, TN 37923**

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**EXAMINER: Assistance Requests UNIT: 0104**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (800) 342-1117**

**DOB: ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

**RENDER SERVICES BELOW: APPOINTMENT DATE: September 27th, 2021 @ 10:00 AM EDT**

| | | |
|---|---|---|
| 73600 | Radiologic examination, ankle; two views | $31.82 |
| 73502 | Radiologic examination, hip, unilateral, with pelvis when performed; 2-3 views | $45.50 |
| 73030 | Radiologic examination, shoulder complete, minimum of two views | $33.32 |
| 72100 | Radiologic examination, spine, lumbosacral; two or three views | $38.43 |

- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Ankle
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Left hip
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Shoulder
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions.

**TOTAL..........$149.07**

**ADDITIONAL STUDIES:**___________________________________________ $________________

**APPROVED:**____________________ **DATE**__________ **LESS SERVICES NOT RENDERED** $________________

**ADJUSTED TOTAL ................ $**________________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated;**

**Lincoln/Gilmore 0908**

**and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED ___________________** **DATE BILLED ___________________**

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE _____________________________________________________
Vendor Sign Here

---

**APPROVED FOR PAYMENT:_____________________________ DATE____________________ VOUCHER NO. C023499**
DISABILITY EXAMINER

**Lincoln/Gilmore 0909**

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Aug 12, 2021
Case ID: 1908888
RE: Michael Gilmore
DOB:
Applicant: Michael Gilmore
Authorization #: C023499

KNOXVILLE SERVICES LLC
320 N CEDAR BLUFF RD STE 330
KNOXVILLE TN 37923

**APPOINTMENT AUTHORIZATION**

Michael Gilmore has applied for disability benefits. This letter authorizes you to perform the service(s) listed below. If you decide that you need additional tests, please call this office at (800) 342-1117 for authorization. We will pay the usual and customary fees in accordance with State regulation but will only pay for pre-authorized services. Do not bill the claimant for any services provided as part of this appointment.

| Claimant Information | Date and Time | Services Authorized |
|---|---|---|
| Michael Gilmore | Monday<br>September 27th, 2021<br>10:00 AM Eastern Daylight Time | Code: 73600<br>Procedure Type Code: X<br>Desc: Radiologic examination, ankle; two views<br>Fee: $31.82<br><br>Code: 73502<br>Procedure Type Code: X<br>Desc: Radiologic examination, hip, unilateral, with pelvis when performed; 2-3 views<br>Fee: $45.50<br><br>Code: 73030<br>Procedure Type Code: X<br>Desc: Radiologic examination, shoulder complete, minimum of two views<br>Fee: $33.32<br><br>Code: 72100<br>Procedure Type Code: X<br>Desc: Radiologic examination, spine, lumbosacral; two or three views<br>Fee: $38.43 |

Please evaluate the following:
Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt

**Special Instructions:**

- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Ankle
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Left hip
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Shoulder
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions.

**What You Need To Do Next**

Please provide a report based on your findings. Ensure the service provided includes the details identified in this document. The medical source who performed the examination must review and sign the report either by "wet" signature submitted by mail or fax, or electronic signature, if submitted though the Electronic Records Express (ERE).

Please see the barcoded page for instructions on how to return the report. You must return the medical report to our office within 10 days from the date of the exam. If we do not receive your report, we may cancel the payment authorization and schedule the appointment with another provider.

**If You Have Any Questions**

If you have any questions about this appointment, please contact us at the number(s) shown between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, the individual's name, your name, and a call back number.

Thank you for your help.

Assistance Requests/TH
(800) 342-1117
(615) 253-1779 (FAX)

Enclosure(s):
Invoice
Privacy Act and Paper Reduction Act Statement
SSA-827 (Authorization to disclose information to the Social Security Administration (SSA))
Attachments
Return Envelope

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on the claimant's eligibility for benefits.

We will use the information to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To Federal, State, or local agencies for administering cash or non-cash income maintenance or health maintenance programs; and

2. To contractors, and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File System and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

Form Approved
OMB No. 0960-0623

| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
|---|---|
| SSN | Birthday |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchanges):
**OF WHAT All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1.**All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to :**
- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
- Drug abuse, alcoholism, or other substance abuse
- Sickle cell anemia
- Records which may indicate the presence of a communicable or noncommunicable disease; and tests for records of HIV/AIDS
- Gene-related impairments (including genetic test results)

2.**Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3.**Copies of educational tests or evaluations, including Individualized Education Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations;**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

## FROM WHOM

- All Medical Sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities.
- All educational sources (Schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed.

KNOXVILLE SERVICES LLC

## TO WHOM

**The Social Security Administration and the State agency authorized to process my case** (usually called " disability determination service"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

## PURPOSE

Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

## EXPIRES WHEN

This authorization is good for 12 months from the date signed (below my signature).

- I authorized the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** **INDIVIDUAL** authorizing disclosure | **IF not signed by subject of disclosure, specify bas is for authority to sign** ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** |
|---|---|
| **SIGN ▶** Michael Gilmore | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed 6-10-21 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| **SIGN ▶** | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPPA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted

## Explanation of Form SSA-827
## "Authorization to Disclose information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d) (5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

a) To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

b) To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

c) To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

d) To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to provide this information unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 0960-0555. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

CLAIMANT: DOB: A/N:

Michael Gilmore -4628

# RANGE OF MOTION

## HAND - FINGERS

(Complete only where abnormal, such as trauma, DJD, etc.)

| | | Flexion | | Extension | |
|---|---|---|---|---|---|
| | | Normal 90° | | Normal 0° | |
| | | Right | Left | Right | Left |
| MP | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| PIP | | Normal 120° | | Normal 0° | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| DIP | | Normal 70° | | Normal 0° | |
| | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |

| CERVICAL SPINE | Normals | |
|---|---|---|
| Flexion | 50° | 50 |
| Extension | 60° | 60 |
| Right Lateral Flexion | 45° | 45 |
| Left Lateral Flexion | 45° | 45 |
| Right Rotation | 80° | 80 |
| Left Rotation | 80° | 80 |

| DORSOLUMBAR SPINE | Normals | |
|---|---|---|
| Flexion | 90° | 90 75 |
| Extension | 25° | 25 |
| Right Lateral Flexion | 25° | 25 |
| Left Lateral Flexion | 25° | 25 |

| SHOULDER | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Abduction | 150° | 150 140 | 150 | 150 | 150 |
| Forward Elevation | 150° | 150 125 | 150 | 150 | 150 |
| Internal Rotation | 80° | 80 | 80 | 80 | 80 |
| External Rotation | 90° | 90 | 90 | 90 | 90 |

| ELBOW | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Flexion | 150° | 150 | 150 | 150 | 150 |
| Extension | 0° | 0 | 0 | 0 | 0 |
| Pronation | 80° | 80 | 80 | 80 | 80 |
| Supination | 80° | 80 | 80 | 80 | 80 |

HS-1807

DDS-102
Rev. 11/09

Lincoln/Gilmore 0915

**HIP**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Abduction | 40° | 40 | 40 | 40 | 40 |
| Adduction | 20° | 20 | 20 | 20 | 20 |
| Flexion | 100° | 100 | 100 | 100 95 | 100 |
| Extension | 30° | 30 | 30 | 30 | 30 |
| Internal Rotation | 40° | 40 | 40 | 40 25 | ~~40~~ |
| External Rotation | 50° | 50 | 50 | 50 | 50 |

**KNEE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Flexion | 150° | 150 | 150 | 150 | 150 |
| Extension | 0° | 0 | 0 | 0 | 0 |

**ANKLE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 20° | 20 15 | ~~20~~ | ~~20~~ | ~~20~~ |
| Plantar flexion | 40° | 40 | 40 | 40 | 40 |

**WRIST**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 60° | 60 | 60 | 60 | 60 |
| Plantar flexion | 60° | 60 | 60 | 60 | 60 |

Signature Dr. Jeffrey [illegible] MD, M.D.

Date 3/9/21

HS-1528 (7-83)

SOCIAL SECURITY ADMINISTRATION

Form Approved

Lincoln/Gilmore 0916

DISABILITY DETERMINATION SERVICES

OMB No. 0960-0662

# MEDICAL SOURCE STATEMENT OF ABILITY TO DO WORK-RELATED ACTIVITIES (PHYSICAL)

**NAME OF INDIVIDUAL** **SOCIAL SECURITY NUMBER**

Michael Gilmore

To determine this individual's ability to do **work-related activities on a regular and continuous basis**, please give us your opinions for each activity shown below:

The following terms are defined as:

- **REGULAR AND CONTINUOUS BASIS** means 8 hours a day, for 5 days a week, or an equivalent work schedule.
- **OCCASIONALLY** means very little to one-third of the time.
- **FREQUENTLY** means from one-third to two-thirds of the time.
- **CONTINUOUSLY** means more than two-thirds of the time.

**Age and body habitus of the individual should not be considered in the assessment of limitations. It is important that you relate particular medical or clinical findings to any assessed limitations in capacity: The usefulness of your assessment depends on the extent to which you do this.**

## I. LIFTING/CARRYING

Check the boxes representing the amount the individual can lift and how often it can lifted.

| Lift | Never | Occasionally (up to 1/3 ) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| A. Up to 10 lbs: | | | | — |
| B. 11 to 20 lbs: | | | — | |
| C. 21 to 50 lbs: | | — | | |
| D. 51 to 100 lbs: | — | | | |

Check the boxes representing the amount the individual can carry and how often it can be carried.

| Lift | Never | Occasionally (up to 1/3 ) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| A. Up to 10 lbs: | | | | — |
| B. 11 to 20 lbs: | | | — | |
| C. 21 to 50 lbs: | | — | | |
| D. 51 to 100 lbs: | — | | | |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## II. SITTING/STANDING/WALKING

Please check how may hours the individual can (If less than one hour, how many minutes):

**At One Time without interruption**

| | Minutes | Hours | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. Sit | ______ | ☐1 | ☒2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐8 |
| B. Stand | ______ | ☒1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐8 |
| C. Walk | 30 | (crossed out) 1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐8 |

**Total in an 8 hour work day**

| | Minutes | Hours | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. Sit | ______ | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☒8 |
| B. Stand | ______ | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☒6 | ☐7 | ☐8 |
| C. Walk | ______ | ☐1 | ☐2 | ☐3 | ☐4 | ☒5 | (crossed out) 6 | ☐7 | ☐8 |

If the total time for sitting, standing and walking does not equal or exceed 8 hours, what activity is the individual performing for the rest of the 8 hours?

Does the individual require the use of a cane to ambulate? ☐ Yes ☒ No

If the answer is "yes" please answer the following:

- How far can the individual ambulate without the use of a cane? ______________________________
- Is the use of a cane medically necessary? ☐ Yes ☐ No
- Without a can, can the individual use his/her free hand to carry small objects? ☐ Yes ☐ No

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

### III. USE OF HANDS

Indicate how often the individual can perform the following activities:

| Activity | Right Hand | | | | Left Hand | | | |
|---|---|---|---|---|---|---|---|---|
| | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
| REACHING (overhead) | | ✓ | | | | | | ✓ |
| REACHING (all other) | | | ✓ | | | | | ✓ |
| HANDLING | | | ✓ | | | | | ✓ |
| FINGERING | | | | ✓ | | | | ✓ |
| FEELING | | | ✓ | | | | ✓ | |
| PUSH/PULL | | | ✓ | | | | | ✓ |

Which is the individual's dominant hand? ☒ Right Hand ☐ Left Hand

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support this assessment.

### IV. USE OF FEET

Indicate how often the individual can perform the following activities:

| Activity | Right Foot | | | | Left Foot | | | |
|---|---|---|---|---|---|---|---|---|
| | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
| Operation of Foot Controls | | | ✓ | | | | ✓ | |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## V. POSTURAL ACTIVITIES

How often can the individual perform the following activities:

| ACTIVITY | Never | Occasionally (up to 1/3) | Frequently 1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| Climb stairs and ramps | | | ✓ | |
| Climb ladders or scaffolds | ✓ | | | |
| Balance | | ✓ | | |
| Stoop | | | ✓ | |
| Kneel | | | ✓ | |
| Crouch | | | ✓ | |
| Crawl | | | ✓ | |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## VI. DO ANY OF THE IMPAIRMENTS AFFECT THE CLAIMANT'S HEARING OR VISION?

☐ **No** ☑ **Yes** ☐ **Not Evaluated**

If "yes" please complete the following questions (where appropriate)

1. If a **hearing impairment** is present,

   a. Does the individual retain the ability to hear and understand simple oral instructions and to communicate simple information? ☑ Yes ☐ No

   b. Can the individual use a telephone to communicate? ☑ Yes ☐ No

2. If a **visual impairment** is present,

   a. Is the individual able to avoid ordinary hazards in the workplace, such as boxes on the floor, door ajar, or approaching people or vehicles? ☑ Yes ☐ No

   b. Is the individual able to read very small print? ☑ Yes ☐ No

   c. Is the individual able to read ordinary newspaper or book print? ☑ Yes ☐ No

   d. Is the individual able to view a computer screen? ☑ Yes ☐ No

   e. Is the individual able to determine differences in shape and color of small objects such as screws, nuts or bolts? ☑ Yes ☐ No

   Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## VII. ENVIRONMENTAL LIMITATIONS

How often can the individual tolerate exposure to the following conditions:

| Condition | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| Unprotected heights | ✓ | | | |
| Moving mechanical Parts | | | ✓ | |
| Operating a motor vehicle | | | ✓ | |
| Humidity and wetness | | | | ✓ |
| Dust, odors, fumes and pulmonary irritants | | | | ✓ |
| Extreme cold | | | | ✓ |
| Vibrations | | | ✓ | |
| Other: (Identify) | | | | |

| Condition | Quiet (Library) | Moderate (Office) | Loud (Heavy Traffic) | Very Loud (Jackhammer) |
|---|---|---|---|---|
| Noise | | | | ✓ |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## VII. PLEASE PLACE A CHECK IN APPROPRIATE BOXES BASED SOLELY ON THE CLAIMANT'S PHYSICAL IMPAIRMENTS

| ACTIVITY | YES | NO |
|---|---|---|
| Can the individual perform activities like shopping? | \| | |
| Can the individual travel without a companion for Assistance? | \| | |
| Can the individual ambulate without using a wheelchair, Walker, or 2 canes or 2 crutches? | \| | |
| Can the individual walk a block at a reasonable pace on rough or uneven surfaces? | | \ |
| Can the individual use standard public transportation? | \| | |
| Can the individual climb a few steps at a reasonable pace with the use of a single hand rail? | \| | |
| Can the individual prepare a simple meal & feed Himself/herself? | \| | |
| Can the individual care for personal hygiene? | \| | |
| Can the individual sort, handle, use paper/files? | \| | |

Please identify the medical findings that support this assessment and why the findings support the assessment (unless a narrative report is attached).

**IX. STATE ANY OTHER WORK-RELATED ACTIVITIES, WHICH ARE AFFECTED BY ANY IMPAIRMENTS, AND INDICATE HOW THE ACTIVITIES ARE AFFECTED. WHAT ARE THE MEDICAL FINDINGS THAT SUPPORT THIS ASSESSMENT?**

See H&P

**X. THE LIMITATIONS ABOVE ARE ASSUMED TO BE YOUR OPINION REGARDING CURRENT LIMITATIONS ONLY.**

**HOWEVER, IF YOU HAVE SUFFICIENT INFORMATION TO FORM AN OPINION WITHIN A REASONABLE DEGREE OF MEDICAL PROBABILITY AS TO PAST LIMITATIONS, ON WHAT DATE WERE THE LIMITATIONS YOU FOUND ABOVE FIRST PRESENT?** _____________

**XI. HAVE THE LIMITATIONS YOU FOUND ABOVE LASTED OR WILL THE LAST FOR 12 CONSECUTIVE MONTHS?** xYes ☐ No

Dr. Jeffrey [signature] MD — 3/9/21

SIGNATURE DATE

_______________________________

Print Name, Title and Medical Specialty (Legibly Please)

«XMNR_XMNR_1ST» «XMNR_XMNR_SUR»/«XMNR_XMNR_NO»/«GENERA_OP_ID»

**TENNESSEE DISABILITY DETERMINATION SERVICES**
**TRANSCRIPTION OF TELERECORDED MESSAGE**

Jeffrey A. Uzzle, M.D.
603 Smithview Drive
Maryville, TN 37803

EXAMINER: Sabrina C.
RE: GILMORE, MICHAEL
SSN:
DATE: 03/09/2021
FAX PHONE: (865) 294-5056

**PHONE: (865) 294-5056**

**DATE OF EXAMINATION: 03/09/2021**

**DATE OF BIRTH:**

**ALLEGATIONS:**
Diabetic neuropathy feet and legs, depression, high cholesterol, diabetes, and erectile dysfunction.

He has uncontrolled type 2 diabetes requiring insulin for greater than a year, complicated by peripheral neuropathy. He has not required mental health professional care. He sees primary care and a sleep doctor. He uses CPAP. He has chronic right shoulder and low back pain from an old motor vehicle accident that was treated nonoperatively. The claimant's records provided are reviewed. He probably has left hip osteoarthritis but has not had it evaluated. His chief problem is his diabetic neuropathy symptoms, which go up to the upper shin level in a stocking and glove distribution. He has balance impairments. He does not require any handheld assistive devices. He is able to drive about two hours at a time before he takes a break. The claimant's records provided are reviewed. He has had left tympanic membrane reconstruction with good outcome and left mastoiditis treated by mastoidectomy.

**CURRENT MEDICINES:**
1. Metformin.
2. Jardiance.
3. Sertraline.
4. Pregabalin.
5. Rosuvastatin.
6. Vitamin D.
7. Sildenafil.
8. Tarceva.

**PAST MEDICAL AND SURGICAL HISTORY:**
He does not require hearing aids. He has vertigo.

**REGULAR EXERCISE:**
Sedentary lifestyle.

**FAMILY HISTORY:**
Diabetes, depression and heart disease. Currently sees sleep doctor and primary care.

**REVIEW OF SYSTEMS:**
Positive joint pain and inflammation, easy bruising or bleeding, leg pain with exercise, feet swelling, depression, anxiety, dizziness, non-severe hearing loss. He has a blood sugar sensor. Chronic low back pain, neuropathy symptoms in a stocking and glove distribution. He is under no restrictions. He reports severe limitations stooping, kneeling, crawling walking, standing, climbing, lifting and carrying. He was let go from his job last year because of unable to meet the job demands. He says it was due mostly to his neuropathy.

**PHYSICAL EXAMINATION:**
Vital Signs: Without shoes, 6 feet tall, 277 lbs, overweight. Blood pressure is 137/90, pulse 102, regular, mildly tachycardiac; respirations 18. Has driver's license. With corrective eyewear, sees 20/20 right, 20/25 left, and 20/20 both eyes. Without sees, 20/200 right, 20/200 left, and 20/200 with both eyes.

General: He uses no orthotics or handheld assistive devices. Normal station and gait, toe walking, heel walking, and deep knee bend. Complains of left hip and thigh pain with deep knee bend. Tandem walking and balance is fair.

HEENT: Unremarkable. There is a well-healed left mastoidectomy scar. He hears functionally in both ears. He has never required hearing aids. He is status post tympanic membrane reconstruction with good outcome.

Heart: Regular rate and rhythm without murmurs, rubs, or gallops. Normal S1 and S2. No carotid bruits. Peripheral pulses are intact in the four extremities. No feet edema.

Lungs: Clear bilaterally. Good air movements. Symmetrically normal breath sounds. No rhonchi, rales, or wheezes.

Abdomen: Soft and nontender. No organomegaly or masses detected. Bowel sounds are present.

Neck: Supple without adenopathy.

Musculoskeletal: Positive log roll and positive Patrick's maneuver both on the left. These are negative on the right. Negative sitting and supine straight leg raise bilaterally. Negative impingement and apprehension signs at the shoulders. He has mildly limited and guarded range of motion in the right shoulder especially with overhead reaching. No knee effusion. See the range of motion sheet. Negative joint survey in the four extremities otherwise.

Neurological: No atrophy detected. Reflexes are absent symmetrically in the four extremities. Negative long tract signs. Sensory exam remarkable for a stocking and glove pattern of distal sensation loss in both lower extremities. It goes up to the upper shin level and is symmetrical. Grip strength and manual muscle testing are normal symmetrically in the four extremities. Speech and mental status are grossly intact. Cranial nerves are intact. Cerebellar function is normal.

Romberg's is negative. Pronator drift negative. Muscle tone is normal.

**ASSESSMENT:**
Type 2 diabetes requiring insulin chronically, complicated by diabetic peripheral neuropathy. He has chronic low back pain, chronic right shoulder pain from old injury treated nonoperatively. Rule out left hip osteoarthritis. He has balance impairments, probably from diabetic neuropathy. He sees primary care and a sleep doctor. He has sleep apnea and erectile dysfunction.

________________________
Jeffrey A. Uzzle, M.D.

JAU/nc/ 832557
DD: 03/09/2021
nc-1030/kmp-2010

Electronic Records Express Attestation: This document was electronically signed

Social Security Number:
Request ID: DCC345251
SiteID: S48
Route: dma

Sender Name: Uzzle MD, Jeffery
Date: Thu Mar 11 17:48:21 EST 2021

The following affirmation was electronically signed:

I am certifying under penalty of perjury, that I have been authorized or contracted by the Disability Determination Services to examine the claimant named in the attached, and produced a consultative examination report for that claimant. The report is accurate. By clicking on the "Agree" button below, I am certifying that I personally conducted, or personally participated in conducting, the consultative examination and have electronically signed the report contained within.

Social Security Administration | IF HANDWRITTEN – WRITE LEGIBLY – PRESS FIRMLY

## REQUEST FOR EVIDENCE OR ASSISTANCE (DISABILITY CASE)

| | |
|---|---|
| FROM<br>Disability Determinations Services:<br>SEPSC BIRMINGHAM | DATE: September 09, 2021 September 9, 2021<br>WAGE EARNER<br>SOCIAL SECURITY NUMBER |
| TO | TYPE OF CLAIM (FROM SSA-831-U5 OR SSA-833-U5)<br>(TITLE II)<br>DIB<br>(TITLE XVI)<br>NAME AND ADDRESS OF CLAIMANT<br>MICHAEL GILMORE |
| NAME AND ADDRESS OF APPLICANT (If different from claimant)<br><br>PHONE NUMBER ( ) – | NAME AND ADDRESS OF PERSON TO BE CONTACTED<br><br>PHONE NUMBER ( ) – |

PLEASE OBTAIN THE FOLLOWING INFORMATION

`Psych eval, cl with MSE, no testing`

**Allegations:**
**Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction;, Condition Changed Start Date continues, Condition Changed Description Type 1 diabetes, Hyperlipidem ia, MDD and idiopathic peripheral autonomic neurop athy continue to affect clmt**

| | |
|---|---|
| **NOTE:**<br>☐ Check if Above Message Confirms Information Requested By Phone<br>☐ Claims Folder **Attached** ☐ **Attachments** | SIGNATURE AND TITLE<br>Lorene Henderson<br>**PHONE NUMBER**<br>( ) – |

Form SSA-883-U3 (10-2003) ef(10-2004)
Use Prior Editions

NFM/J08 (08/13)

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Sep 15, 2021
Case ID: 1908888

MICHAEL GILMORE

**APPOINTMENT NOTICE**

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment*** |
|---|---|---|
| DR LARRY PALMER, PhD<br>SOUTHERN DEPOT<br>400 SOUTH WASHINGTON ST<br>MARYVILLE, TN 37804 | Thursday<br>November 4th, 2021<br>01:00 PM Eastern Daylight Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by September 25, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests/PC
(800) 342-1117
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: Sean P. Sullivan; ADVOCATOR GROUP LLC

Date: Sep 15, 2021
Case ID: 1908888

RQID:DCW1036191 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:1541
MICHAEL GILMORE

**APPOINTMENT CONFIRMATION**

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (800) 342-1117 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| DR LARRY PALMER, PhD<br>SOUTHERN DEPOT<br>400 SOUTH WASHINGTON ST<br>MARYVILLE, TN 37804 | Thursday<br>November 4th, 2021<br>01:00 PM Eastern Daylight Time | Mental Status Exam |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________________________

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

Date: Sep 15, 2021
Case ID: 1908888

RQID:DCR1036191 SITE:S48 DR:S
SSN:********* DOCTYPE:0014 RF:D CS:fae8
MICHAEL GILMORE

## AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| DR LARRY PALMER, PhD<br>SOUTHERN DEPOT<br>400 SOUTH WASHINGTON ST<br>MARYVILLE, TN 37804 | Thursday<br>November 4th, 2021<br>01:00 PM Eastern Daylight Time | Mental Status Exam |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ____________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ____________________ Fax: ____________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

______________________________ ________ ____________________
Your Signature Date Current Phone Number

______________________________ ________ ____________ ________
Current Address City State Zip

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Sep 15, 2021
Case ID: 1908888

MICHAEL GILMORE

**APPOINTMENT NOTICE**

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. The Social Security Administration will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment*** |
|---|---|---|
| DR LARRY PALMER, PhD<br>SOUTHERN DEPOT<br>400 SOUTH WASHINGTON ST<br>MARYVILLE, TN 37804 | Thursday<br>November 4th, 2021<br>01:00 PM Eastern Daylight Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by September 25, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your Social Security business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests/PC
(800) 342-1117
(615) 253-1779 (FAX)

Enclosure(s):
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
Return Envelope

cc: Sean P. Sullivan; ADVOCATOR GROUP LLC

Date: Sep 15, 2021
Case ID: 1908888

RQID:DCW1036191 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:1541
MICHAEL GILMORE

## APPOINTMENT CONFIRMATION

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (800) 342-1117 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| DR LARRY PALMER, PhD<br>SOUTHERN DEPOT<br>400 SOUTH WASHINGTON ST<br>MARYVILLE, TN 37804 | Thursday<br>November 4th, 2021<br>01:00 PM Eastern Daylight Time | Mental Status Exam |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

______________________________________________________________

Your Signature | Date | Current Phone Number

Current Address | City | State | Zip

Date: Sep 15, 2021
Case ID: 1908888

RQID:DCR1036191 SITE:S48 DR:S
SSN:********* DOCTYPE:0014 RF:D CS:fae8
MICHAEL GILMORE

**AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT**

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| DR LARRY PALMER, PhD<br>SOUTHERN DEPOT<br>400 SOUTH WASHINGTON ST<br>MARYVILLE, TN 37804 | Thursday<br>November 4th, 2021<br>01:00 PM Eastern Daylight Time | Mental Status Exam |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ____________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ____________________ Fax: ____________________

I understand this authorization is valid for 90 days from the date signed. I can revoke this authorization sooner if I submit a written request to do so.

| Your Signature | Date | Current Phone Number | |
|---|---|---|---|
| Current Address | City | State | Zip |

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

## AUTHORIZATION AND CLAIM FOR PAYMENT

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DIV. OF REHABILITATION SERVICES**

**P O Box 8707**
**London, KY 40742-8707**

**FAX (877) 337-7890**
**TOLL FREE (800) 972-0617**

**Claimant Phone Number**

RQID:DCC1036191 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:67b4

**VENDOR NO. 2049544 VENDOR LOC. CODE 0000208474**

**DR LARRY PALMER, PhD**
**SOUTHERN DEPOT**
**400 SOUTH WASHINGTON ST**
**MARYVILLE, TN 37804**

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**EXAMINER: Assistance Requests UNIT: 0104**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (800) 342-1117**

**DOB: ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

**RENDER SERVICES BELOW:** **APPOINTMENT DATE: November 4th, 2021 @ 01:00 PM EDT**

| | | |
|---|---|---|
| 90791-MSE | Mental Status Exam | $123.18 |

**TOTAL..........$123.18**

**ADDITIONAL STUDIES:**_______________________________________________ $__________________

**APPROVED:**____________________ **DATE**___________ **LESS SERVICES NOT RENDERED** $__________________

**ADJUSTED TOTAL ................ $**__________________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED** _________________ **DATE BILLED** _________________

Please check if your business is: exempt from taxation _______________ or operated by a government agency _______________

SIGNATURE ____________________________________________________
Vendor Sign Here

**APPROVED FOR PAYMENT:**_________________________ **DATE**_________________ **VOUCHER NO.** **C029564**
DISABILITY EXAMINER

**Lincoln/Gilmore 0938**

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Sep 15, 2021
Case ID: 1908888
RE: Michael Gilmore
DOB:
Applicant: Michael Gilmore
Authorization #: C029564

DR LARRY PALMER, PHD
SOUTHERN DEPOT
400 SOUTH WASHINGTON ST
MARYVILLE TN 37804

**APPOINTMENT AUTHORIZATION**

Michael Gilmore has applied for disability benefits. This letter authorizes you to perform the service(s) listed below. If you decide that you need additional tests, please call this office at (800) 342-1117 for authorization. We will pay the usual and customary fees in accordance with State regulation but will only pay for pre-authorized services. Do not bill the claimant for any services provided as part of this appointment.

| **Claimant Information** | **Date and Time** | **Services Authorized** |
|---|---|---|
| Michael Gilmore | Thursday<br>November 4th, 2021<br>01:00 PM Eastern Daylight Time | Code: 90791-MSE<br>Procedure Type Code: E<br>Desc: Mental Status Exam<br>Fee: $123.18 |

Please evaluate the following:
Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt

**Special Instructions:**

**What You Need To Do Next**

Please provide a report based on your findings. Ensure the service provided includes the details identified in this document. The medical source who performed the examination must review and sign the report either by “wet” signature submitted by mail or fax, or electronic signature, if submitted though the Electronic Records Express (ERE).

Please see the barcoded page for instructions on how to return the report. You must return the medical report to our office within 10 days from the date of the exam. If we do not receive your report, we may cancel the payment authorization and schedule the appointment with another provider.

**If You Have Any Questions**

If you have any questions about this appointment, please contact us at the number(s) shown between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, the individual’s name, your name, and a call back number.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on the claimant's eligibility for benefits.

We will use the information to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To Federal, State, or local agencies for administering cash or non-cash income maintenance or health maintenance programs; and

2. To contractors, and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File System and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

Form Approved
OMB No. 0960-0623

| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
|---|---|
| SSN | Birthday |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchanges):
**OF WHAT All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

**1.All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to :**
- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
- Drug abuse, alcoholism, or other substance abuse
- Sickle cell anemia
- Records which may indicate the presence of a communicable or noncommunicable disease; and tests for records of HIV/AIDS
- Gene-related impairments (including genetic test results)

**2.Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
**3.Copies of educational tests or evaluations, including Individualized Education Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations;**
**4. Information created within 12 months after the date this authorization is signed, as well as past information.**

## FROM WHOM

- All Medical Sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities.
- All educational sources (Schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed.

LARRY PALMER, PhD

## TO WHOM

**The Social Security Administration and the State agency authorized to process my case** (usually called " disability determination service"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

## PURPOSE

Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

## EXPIRES WHEN

This authorization is good for 12 months from the date signed (below my signature).

- I authorized the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** **INDIVIDUAL** authorizing disclosure | **IF not signed by subject of disclosure, specify bas is for authority to sign** ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** |
|---|---|
| **SIGN ▶** Michael Gilmore | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed 6-10-21 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| **SIGN ▶** | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPPA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted

## Explanation of Form SSA-827
## "Authorization to Disclose information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d) (5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

a) To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

b) To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

c) To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

d) To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person’s eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to provide this information unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 0960-0555. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

Blount Memorial
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

03/31/2021 09:00 AM
Office Visit
Christopher S. Barber DO

This 50 year old male presents for follow up of 3 mo chronic conditions.

### History of Present Illness:

1. Follow Up of 3 mo chronic conditions

Michael Gilmore is a 50-year-old male who presents to the clinic for a 3-month followup visit of chronic medical conditions. Patient has a history of neuropathy, hypercholesterolemia, vitamin D deficiency, and type 2 diabetes mellitus. These are stable chronic conditions and the patient is compliant with their current medication regimen. Labs from 03/30/2021 were reviewed. His hemoglobin A1c has decreased from 9.0% to 7.8% since November 2020. He mentions that he is unable to tolerate Ozempic because this provokes nausea. Patient is currently receiving disability compensation due to occupational limitations related to chronic neuropathy. He reiterates that the numbness of his hands and feet have substantially impaired his coordination, preventing him from climbing ladders at work. He claims he has inquired about other positions requiring less fine motor skills, but no positions are available at this time. Patient complains of left groin pain which arose 2 weeks ago while ambulating on stairs. He states the pain is exacerbated by sudden pivoting movements and changing positions in bed.

He will be due for a PSA evaluation in November 2021.

Review of Systems: Per HPI and additionally: -chest pain, -dyspnea, -nausea, -vomiting, -diarrhea, -constipation, +left groin pain, +neuropathy, +extremity numbness.

### Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

### Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| PREGABALIN 150 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH 3 TIMES A DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:01 AM | 148/86 | 86 | | 98.2 | 6.0 | 1.00 | 272.00 | | 35.89 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS; NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.

EAR CANAL; TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.

NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.

ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTESTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias.

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Continue rosuvastatin 40 mg QHS. We will continue to monitor lipid levels with FLP. Patient will notify us of any side effects to their medications. Patient was encouraged to eat a diet low in saturated fats and to exercise regularly. |
| 2. | Assessment | Diabetic polyneuropathy associated with diabetes mellitus due to underlying condition (E08.42). |
| | Patient Plan | Patient is stable and compliant with their current medication regimen, which was verified with the CSMD. Continue gabapentin 300 mg 2 po TID and pregabalin 150 mg TID. Disability paperwork will be completed and returned. |
| 3. | Assessment | Type 2 diabetes mellitus without complication, with long-term current use of insulin (E11.9). |
| | Patient Plan | Continue Jardiance 25 mg daily, metformin ER 500 mg 2 po BID, and Tresiba 50 units SubQ daily. Patient will have a CBC, CMP, FLP, and hemoglobin A1c ordered. Patient was encouraged to eat a low-carbohydrate diet and exercise regularly to improve blood sugar control. Patient will continue to monitor their blood glucose readings regularly at home. |
| 4. | Assessment | Long term (current) use of insulin (Z79.4). |
| | Patient Plan | As above. |
| 5. | Assessment | Vitamin D deficiency (E55.9). |
| | Patient Plan | Continue vitamin D2 1,250 mcg weekly. We will continue to monitor vitamin D 25-hydroxy levels with blood work, which was ordered. |
| | Plan Orders | CBC w/diff to be performed, Comprehensive Metabolic Panel to be performed, Hemoglobin A1c to be performed, Lipid Panel to be performed and Vitamin D 25-Hydroxy to be performed. |
| 6. | Assessment | Strain of left groin (S76.212A). |
| | Patient Plan | Recommended stretching exercises and OTC Aspercreme for pain management. Follow up with me in 6 months for a subsequent wellness visit, or PRN. Wellness labs (including CBC, CMP, and FLP) will be ordered and completed prior to the next office visit. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 03/31/2021 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | 9 | 1 | |

Documentation entered by Kathryn Maley, acting as a scribe for Christopher Scott Barber DO on 03/31/2021 at 8:59 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 03/31/2021 at 10:23 AM.

*Document generated by: Christopher S. Barber 03/31/2021 10:23 AM*

Electronically signed by Christopher S. Barber DO on 03/31/2021 10:23 AM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

04/14/2021 08:30 AM
Office Visit
Christopher S. Barber DO

This 50 year old male presents for to discuss meds.

## History of Present Illness:

1. to discuss meds

Michael Gilmore is a 50-year-old male who presents to the clinic for medication management. Patient claims sertraline 100 mg daily has improved his depression considerably since he first started taking it about 3 years ago. However, today he states his wife and son have recently noticed tendencies for apathy and lack of emotion in the patient. He notes that this has begun to interfere with his daily life. He also mentions that he continues to suffer from erectile dysfunction despite taking Viagra, as directed. He adds that he is typically a very social person, and he suspects that the apathy could be a side effect of sertraline.

Review of Systems: Per HPI and additionally: -chest pain, -dyspnea, -nausea, -vomiting, -diarrhea, -constipation, +apathy, +erectile dysfunction.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of | | N |

| | | |
|---|---|---|
| | Depression | |
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)
Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Lyrica 150 mg capsule | TAKE 1 CAPSULE BY MOUTH 3 TIMES A DAY | N |
| FREESTYLE LIBRE 14 DAY SENSOR | PT NEEDS THE METER, NEEDLE AND SENSOR FOR EVERY DAILY BLOOD SUGAR CHECKS. | N |

## Medication Reconciliation
Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |

| | | |
|---|---|---|
| SEMAGLUTIDE | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:29 AM | 114/80 | 89 | | 98.0 | 6.0 | 1.00 | 269.00 | | 35.49 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTESTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias.

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Depression, unspecified depression type (F32.9). |
| | Patient Plan | Patient will try decreasing Zoloft dosage from 100 mg 1 tablet po daily to 0.5 tablet po daily due to suspicion of side effects, namely apathy. He will contact my office in 1 month with a medication progress report. Follow up with me in 6 months or sooner PRN. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 04/14/2021 | Zoloft 100 mg tablet | TAKE 1/2 TABLET BY MOUTH EVERY DAY | 90 | 1 | |

Documentation entered by Kathryn Maley, acting as a scribe for Christopher Scott Barber DO on 04/14/2021 at 8:33 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 04/14/2021 at 9:24 AM.

*Document generated by: Christopher S. Barber 04/14/2021 09:24 AM*

Electronically signed by Christopher S. Barber DO on 04/14/2021 09:25 AM

MICHAEL GILMORE

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: Sep 17, 2021
Case ID: 1908888

MICHAEL GILMORE

**APPOINTMENT REMINDER**

We are the office that makes disability decisions for the Social Security Administration. This letter is to remind you to keep your appointment(s).

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>September 27th, 2021<br>10:00 AM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

It is very important that you go to the appointment(s).

If you do not attend the appointment(s), we may make a decision based on the evidence we already have in file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

If you cannot attend, or need assistance, please call us immediately at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests
(800) 342-1117
(615) 253-1779 (FAX)

cc: Sean P. Sullivan; ADVOCATOR GROUP LLC

1908888/ Assigned 0007 0104/ DCPS / / OMB No. 0960-0555 / 98022176

ADVOCATOR GROUP LLC
SEAN PATRICK SULLIVAN
300 N BEACH STREET
DAYTONA BEACH FL  32114-3304

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Sep 17, 2021
Case ID: 1908888

MICHAEL GILMORE

## APPOINTMENT REMINDER

We are the office that makes disability decisions for the Social Security Administration. This letter is to remind you to keep your appointment(s).

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment*** |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>September 27th, 2021<br>10:00 AM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

It is very important that you go to the appointment(s).

If you do not attend the appointment(s), we may make a decision based on the evidence we already have in file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

If you cannot attend, or need assistance, please call us immediately at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests
(800) 342-1117
(615) 253-1779 (FAX)

cc: Sean P. Sullivan; ADVOCATOR GROUP LLC

Social Security Administration | IF HANDWRITTEN – WRITE LEGIBLY – PRESS FIRMLY

## REQUEST FOR EVIDENCE OR ASSISTANCE (DISABILITY CASE)

| | |
|---|---|
| FROM<br>Disability Determinations Services:<br>SEPSC BIRMINGHAM | DATE: October 01, 2021 October 1, 2021<br>WAGE EARNER<br>SOCIAL SECURITY NUMBER |
| TO | TYPE OF CLAIM (FROM SSA-831-U5 OR SSA-833-U5)<br>(TITLE II)<br>DIB<br>(TITLE XVI)<br>NAME AND ADDRESS OF CLAIMANT<br>MICHAEL GILMORE |
| NAME AND ADDRESS OF APPLICANT (If different from claimant)<br>PHONE NUMBER ( ) – | NAME AND ADDRESS OF PERSON TO BE CONTACTED<br>PHONE NUMBER ( ) – |

PLEASE OBTAIN THE FOLLOWING INFORMATION

09/27/2021 Spoke with Beth from rep's informing claimant will not keep his appointment due to a family emergency. She reports claimant will keep appointment if rescheduled. Explained if appointment is missed a decision will be made with evidence already in file

X-rays of lumbar spine, right shoulder, right ankle, and left hip

**Allegations:**
**Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Dsyfunction;, Condition Changed Start Date continues, Condition Changed Description Type 1 diabetes, Hyperlipidem ia, MDD and idiopathic peripheral autonomic neurop athy continue to affect clmt**

| | |
|---|---|
| **NOTE:**<br>☐ Check if Above Message Confirms Information Requested By Phone<br>☐ Claims Folder **Attached** ☐ **Attachments** | SIGNATURE AND TITLE<br>Lorene Henderson<br>**PHONE NUMBER**<br>( ) – |

Form SSA-883-U3 (10-2003) ef(10-2004)
Use Prior Editions

NFM/J08 (08/13)

## REPORT OF CONTACT
**(Use ink or typewriter)**

ACCOUNT NUMBER AND SYMBOL

**TO:** NE ☐ MAT ☐ SE ☐ GL ☐ WN ☐ MAM ☐
ODO ☐ OIO ☐ DDS ☐

NAME OF WAGE EARNER OR SE PERSON
MICHAEL GILMORE

PERSON(S) CONTACTED AND ADDRESSES ☐ WE OR SE PERSON ☐ OTHER (SPECIFY)

| CONTACT MADE: | DATE OF CONTACT |
|---|---|
| ☐ DO ☐ BO ☐ CS ☐ HOME ☐ PHONE: ☐ OTHER | |

**SUBJECT:**

09/27/2021 Spoke with Beth from rep's informing claimant will not keep his appointment due to a family emergency. She reports claimant will keep appointment if rescheduled. Explained if appointment is missed a decision will be made with evidence already in file

SIGNATURE:
Lorene Henderson

| DISTRICT OFFICE (Name, Address, & Code) | ☐CR ☐FR ☐ SR ☐ CLAIMS CLERICAL<br>☐ OTHER (Specify) | DATE OF REPORT<br>October 1, 2021 |
|---|---|---|

Form **SSA-5002** (8/1981) ef(12-2004) NFM/J06 (09/13)

**Lincoln/Gilmore 0957**

**CLAIMANT SSN:**

Attachment to Form SSA-5002 (8-1961) Page 2 of 2 October 1, 2021

ADVOCATOR GROUP LLC
SEAN PATRICK SULLIVAN
300 N BEACH STREET
DAYTONA BEACH FL  32114-3304

CONFIDENTIALITY NOTICE: The accompanying material contains sensitive information. This information may be privileged and confidential, and intended for the use of the recipient named in this correspondence. If you have received this information in error, please contact us immediately.

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Oct 6, 2021
Case ID: 1908888

MICHAEL GILMORE

## APPOINTMENT NOTICE

We are the office that makes disability decisions for the Social Security Administration. We are working on your claim for disability benefits. We made one or more appointments for you because we need more information about your condition. We will pay for the appointment(s) and may also reimburse some travel expenses to the exam or test site, if you qualify for travel payment.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>October 18th, 2021<br>01:30 PM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

Please do not call the evaluator's office to confirm or reschedule your appointment(s).

**Please arrive at the appointment 15 minutes early.** If you are late, the evaluator may choose not to see you.

Please do not bring children to the appointment, unless the appointment is for the child.

**If This Is An In-Person Appointment**

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

You must follow state, local, or medical provider rules when a face covering is required to attend an in-person exam. If you refuse to wear a face covering for non-medical reasons and it prevents the CE provider from conducting the examination, we will make a determination based on the evidence in the file, which may result in a finding that you are not disabled.

**If This Is A Video Appointment**

If you are concerned about the selected video technology for your appointment, you may ask us to reschedule the examination. Asking us to reschedule the examination will delay but will not otherwise negatively affect your determination. If you ask to reschedule, we will hold your claim until we can reschedule your examination in-person or using technology you agree to or until we receive adequate evidence to make a determination.

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by October 16, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests/DH
(800) 342-1117
(615) 253-1779 (FAX)

Enclosure(s):
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Privacy Act and Paper Reduction Act Statement
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Return Envelope

cc: Sean P. Sullivan; ADVOCATOR GROUP LLC

Date: Oct 6, 2021
Case ID: 1908888

RQID:DCW1140109 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:aed6
MICHAEL GILMORE

**APPOINTMENT CONFIRMATION**

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (800) 342-1117 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>October 18th, 2021<br>01:30 PM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

_______________________________________________________________

Your Signature | Date | Current Phone Number

Current Address | City | State | Zip

Date: Oct 6, 2021
Case ID: 1908888

RQID:DCR1140109 SITE:S48 DR:S
SSN:********* DOCTYPE:0014 RF:D CS:947d
MICHAEL GILMORE

## AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment** |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>October 18th, 2021<br>01:30 PM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ______________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ______________________ Fax: ______________________

An individual may revoke his/her consent at any time with a written request.

______________________ ________ ______________________
Your Signature Date Current Phone Number

______________________ ________ __________ __________
Current Address City State Zip

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

**What To Bring To The Appointment**

Bring this letter and a photo ID. Bring any medications that you take in their original containers. Also, bring your hearing aids, eyeglasses, contact lenses, canes, or other medical aids if you use them.

**What You Should Do Next**

Confirm that you will attend your appointment(s) and that you will wear a face covering if it is required. Please complete the enclosed response form and mail it in the pre-addressed envelope provided. You should respond to our office by October 16, 2021. You may also fax your response form to (615) 253-1779.

Please call our office immediately if you cannot attend your appointment(s) as scheduled for any reason. If you cannot attend your scheduled appointment(s), and you would like us to reschedule, you must give us a good reason.

If you have moved from the above address please contact us before the date of the examination(s). We may need to reschedule the appointment(s) closer to where you live.

**If You Need An Interpreter**

We provide a free interpreter to conduct your business. You may use your own if you prefer, but we might also have our interpreter present. It is important that you let us know prior to the appointment(s) if you require an interpreter or if you are bringing your own.

**If You Want A Copy Of The Report(s) Sent To A Healthcare Provider**

If you want a copy of the report(s) from the evaluation(s) sent to your healthcare provider, please complete the enclosed authorization form and mail it in the pre-addressed envelope provided. You may also fax your form to (615) 253-1779.

**If You Miss A Scheduled Appointment**

If you fail to keep an appointment without notifying us, we may make a decision based on the evidence we already have in file. We may find that you are not eligible, or are no longer eligible, for disability benefits.

**If You Have Any Questions**

If you have any questions about this letter, please call us at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests/DH
(800) 342-1117
(615) 253-1779 (FAX)

Enclosure(s):
Appointment Confirmation Letter
Authorization to Release Consultative Examination Report
Travel reimbursement form
Privacy Act and Paper Reduction Act Statement
SSA Publication No. 05-10087 (A Special Examination Is Needed for Your Disability Claim)
Return Envelope

cc: Sean P. Sullivan; ADVOCATOR GROUP LLC

Date: Oct 6, 2021
Case ID: 1908888

RQID:DCW1140109 SITE:S48 DR:S
SSN:********* DOCTYPE:0003 RF:D CS:aed6
MICHAEL GILMORE

**APPOINTMENT CONFIRMATION**

Check the boxes below to let us know that you will attend the appointment and, if your appointment is in-person, to let us know that you will wear a face covering if it is required. Call our office at (800) 342-1117 immediately if you cannot attend, need additional assistance to attend or if your address has changed. Sign, date, and mail this form as soon as possible using the enclosed envelope. You may also fax your form to (615) 253-1779.

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>October 18th, 2021<br>01:30 PM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

☐ I will attend this appointment.

☐ If this is an in-person appointment, I will wear a face covering during the appointment if required.

☐ If this is an in-person appointment, I will not wear a face covering during the appointment because of the following medical reason:

________________________________________________________________________

Your Signature | Date | Current Phone Number

Current Address | City | State | Zip

Date: Oct 6, 2021
Case ID: 1908888

RQID:DCR1140109 SITE:S48 DR:S
SSN:********* DOCTYPE:0014 RF:D CS:947d
MICHAEL GILMORE

**AUTHORIZATION TO RELEASE CONSULTATIVE EXAMINATION REPORT**

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>October 18th, 2021<br>01:30 PM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

I, Michael Gilmore, authorize the Social Security Administration to send a copy of the consultative examination report(s) for the appointment(s) listed above to:

Doctor Name: ______________________________ Phone: ____________

Address Line 1: ______________________________

Address Line 2: ______________________________

City, State, ZIP code: ______________________________

Phone: ____________________ Fax: ____________________

An individual may revoke his/her consent at any time with a written request.

Your Signature ____________ Date ________ Current Phone Number ____________

Current Address ____________ City ________ State ________ Zip ________

1908888/ Assigned null 0104/ DCPS / DCR1140109 / OMB No. 0960-0555 / 98022188

**Lincoln/Gilmore 0967**

## AUTHORIZATION AND CLAIM FOR PAYMENT

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**

**TOLL FREE**
**(800) 972-0617**

**DDS**
**SUITE 800**
**200 ATHENS WAY**
**NASHVILLE, TN 37228**

RQID:DCT1140109 SITE:S48 DR:S
SSN:********* DOCTYPE:9023 RF:D CS:42ca

**NAME:** **MICHAEL GILMORE**
**ADDRESS:**

**CLAIMANT PHONE NUMBER:**

**VENDOR NO. 99999999 VENDOR LOC. CODE 99**

**EXAMINER: ASSISTANCE REQUESTS UNIT: 0104**
**TOLL FREE NUMBER: (800) 972-0617 EXT:**
**NASHVILLE AREA PHONE#: (800) 342-1117**
**EXAMINER #: 0007**
**DATE: OCTOBER 6, 2021**

---

**DOB:** **ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

**RENDER SERVICES BELOW:**TRAVEL INSTRUCTIONS **APPOINTMENT DATE: October 18th, 2021 @ 01:30 PM EDT**

**** PLEASE RETURN THIS VOUCHER WITHIN 30 DAYS OF YOUR APPOINTMENT ****

Please allow six (6) to eight (8) weeks for payment. You will be paid the amount shown for your travel expense regardless of the method of travel you choose. If you have any problems in getting to the exam, contact us immediately so that suitable arrangements can be made.
This form is for the following travel: From to KNOXVILLE for MICHAEL GILMORE.
(Basis of payment = 56.00 Miles x 0.47 cents)

**PLEASE NOTIFY THE EXAMINER LISTED ABOVE IF YOUR ADDRESS CHANGES; OTHERWISE, YOUR TRAVEL CHECK COULD GO TO THE WRONG ADDRESS.**

**TOTAL.........$26.32**
**ADDITIONAL STUDIES:**__________________________________________________ **$**____________________
**APPROVED:**______________________ **DATE**____________ **LESS SERVICES NOT RENDERED** **$**____________________
**ADJUSTED TOTAL ........** **$**____________________

---

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

### PROVIDER ACCEPTANCE AND CERTIFICATION

**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED ___October 18th, 2021___** **DATE BILLED ___October 18th, 2021___**

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE ____________________________________________________
Claimant Vendor Sign Here

---

**APPROVED FOR PAYMENT:**___________________________ **DATE:** ___________________ **VOUCHER NO. T013080**
DISABILITY EXAMINER

DH/0007

**Lincoln/Gilmore 0968**

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on any claim filed.

We will use the information to acknowledge attendance of scheduled medical appointment. We may also share your information for the following purposes, called routine uses:

1. To private medical and vocational consultants for use in making preparation for, or evaluating the results of, consultative medical examination or vocational assessments which they were engaged to perform by SSA or a State agency acting in accord with sections 221 or 1633 of the Act; and

2. To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter into a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

## AUTHORIZATION AND CLAIM FOR PAYMENT

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DIV. OF REHABILITATION SERVICES**

**P O Box 8707**
**London, KY 40742-8707**

**FAX (877) 337-7890**
**TOLL FREE (800) 972-0617**

**Claimant Phone Number**

RQID:DCC1140109 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:149

**VENDOR NO. 2017164 VENDOR LOC. CODE 0000011924**

**KNOXVILLE SERVICES LLC**
**320 N CEDAR BLUFF RD STE 330**
**KNOXVILLE, TN 37923**

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**EXAMINER: Assistance Requests UNIT: 0104**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (800) 342-1117**

**DOB: ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

**RENDER SERVICES BELOW: APPOINTMENT DATE: October 18th, 2021 @ 01:30 PM EDT**

| | | |
|---|---|---|
| 73600 | Radiologic examination, ankle; two views | $31.82 |
| 73502 | Radiologic examination, hip, unilateral, with pelvis when performed; 2-3 views | $45.50 |
| 73030 | Radiologic examination, shoulder complete, minimum of two views | $33.32 |
| 72100 | Radiologic examination, spine, lumbosacral; two or three views | $38.43 |

- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Ankle
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Left hip
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Shoulder
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions.

**TOTAL..........$149.07**

**ADDITIONAL STUDIES:**__________________________________________ $________________

**APPROVED:**__________________ **DATE**__________ **LESS SERVICES NOT RENDERED** $________________

**ADJUSTED TOTAL .................** $________________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated;**

**Lincoln/Gilmore 0970**

**and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED __________________** **DATE BILLED __________________**

Please check if your business is: exempt from taxation ________________ or operated by a government agency ________________

SIGNATURE ____________________________________________________

Vendor Sign Here

---

**APPROVED FOR PAYMENT:____________________________ DATE____________________ VOUCHER NO. C033568**

DISABILITY EXAMINER

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Oct 6, 2021
Case ID: 1908888
RE: Michael Gilmore
DOB:
Applicant: Michael Gilmore
Authorization #: C033568

KNOXVILLE SERVICES LLC
320 N CEDAR BLUFF RD STE 330
KNOXVILLE TN 37923

**APPOINTMENT AUTHORIZATION**

Michael Gilmore has applied for disability benefits. This letter authorizes you to perform the service(s) listed below. If you decide that you need additional tests, please call this office at (800) 342-1117 for authorization. We will pay the usual and customary fees in accordance with State regulation but will only pay for pre-authorized services. Do not bill the claimant for any services provided as part of this appointment.

| Claimant Information | Date and Time | Services Authorized |
|---|---|---|
| Michael Gilmore | Monday<br>October 18th, 2021<br>01:30 PM Eastern<br>Daylight Time | Code: 73600<br>Procedure Type Code: X<br>Desc: Radiologic examination, ankle; two views<br>Fee: $31.82<br><br>Code: 73502<br>Procedure Type Code: X<br>Desc: Radiologic examination, hip, unilateral, with pelvis when performed; 2-3 views<br>Fee: $45.50<br><br>Code: 73030<br>Procedure Type Code: X<br>Desc: Radiologic examination, shoulder complete, minimum of two views<br>Fee: $33.32<br><br>Code: 72100<br>Procedure Type Code: X<br>Desc: Radiologic examination, spine, lumbosacral; two or three views<br>Fee: $38.43 |

Please evaluate the following:
Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt

**Special Instructions:**

- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Ankle
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Left hip
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions. Right Shoulder
- Call Examiner L Henderson 1-888-846-1998 ext 1342 for questions.

**What You Need To Do Next**

Please provide a report based on your findings. Ensure the service provided includes the details identified in this document. The medical source who performed the examination must review and sign the report either by "wet" signature submitted by mail or fax, or electronic signature, if submitted though the Electronic Records Express (ERE).

Please see the barcoded page for instructions on how to return the report. You must return the medical report to our office within 10 days from the date of the exam. If we do not receive your report, we may cancel the payment authorization and schedule the appointment with another provider.

**If You Have Any Questions**

If you have any questions about this appointment, please contact us at the number(s) shown between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, the individual's name, your name, and a call back number.

Thank you for your help.

Assistance Requests/DH
(800) 342-1117
(615) 253-1779 (FAX)

Enclosure(s):
Invoice
Privacy Act and Paper Reduction Act Statement
SSA-827 (Authorization to Disclose Information to the Social Security Administration (SSA))
Attachments
Return Envelope

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 223(d), 1614(a) and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on the claimant's eligibility for benefits.

We will use the information to make a determination of eligibility for benefits. We may also share your information for the following purposes, called routine uses:

1. To Federal, State, or local agencies for administering cash or non-cash income maintenance or health maintenance programs; and

2. To contractors, and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We contemplate disclosing information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0044, entitled National Disability Determination Services File System and 60-0089, entitled Claims Folders Systems. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

Form Approved
OMB No. 0960-0623

| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
|---|---|
| SSN | Birthday |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchanges):
**OF WHAT All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to :**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Education Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations;**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

## FROM WHOM

- All Medical Sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities.
- All educational sources (Schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed.

KNOXVILLE SERVICES LLC

## TO WHOM

**The Social Security Administration and the State agency authorized to process my case** (usually called " disability determination service"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

## PURPOSE

Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

## EXPIRES WHEN

This authorization is good for 12 months from the date signed (below my signature).

- I authorized the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** **INDIVIDUAL** authorizing disclosure | **IF not signed by subject of disclosure, specify bas is for authority to sign** ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** |
|---|---|
| **SIGN ▶** Michael Gilmore | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed 6-10-21 | Street Address | | |
|---|---|---|---|
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| **SIGN ▶** | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN ▶** |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPPA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

Form SSA-827 (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted

## Explanation of Form SSA-827
## "Authorization to Disclose information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d) (5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

a) To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;

b) To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);

c) To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

d) To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 60-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to provide this information unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 0960-0555. We estimate that it will take between 5 to 30 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
PO BOX 775
NASHVILLE, TENNESSEE 37202

CLAIMANT: Michael Gilmore DOB: A/N: -4628

# RANGE OF MOTION

| CERVICAL SPINE | Normals | |
|---|---|---|
| Flexion | 50° | 50 |
| Extension | 60° | 60 |
| Right Lateral Flexion | 45° | 45 |
| Left Lateral Flexion | 45° | 45 |
| Right Rotation | 80° | 80 |
| Left Rotation | 80° | 80 |

| DORSOLUMBAR SPINE | Normals | |
|---|---|---|
| Flexion | 90° | 90 75 |
| Extension | 25° | 25 |
| Right Lateral Flexion | 25° | 25 |
| Left Lateral Flexion | 25° | 25 |

## HAND - FINGERS

(Complete only where abnormal, such as trauma, DJD, etc.)

| | | Flexion | | Extension | |
|---|---|---|---|---|---|
| | | Normal 90° | | Normal 0° | |
| | | Right | Left | Right | Left |
| MP | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| PIP | | Normal 120° | | Normal 0° | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| DIP | | Normal 70° | | Normal 0° | |
| | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |

| SHOULDER | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Abduction | 150° | 150 140 | ~~150~~ → | 150 | 150 |
| Forward Elevation | 150° | 150 125 | 150 | 150 | 150 |
| Internal Rotation | 80° | 80 | 80 | 80 | 80 |
| External Rotation | 90° | 90 | 90 | 90 | 90 |

| ELBOW | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Flexion | 150° | 150 | 150 | 150 | 150 |
| Extension | 0° | 0 | 0 | 0 | 0 |
| Pronation | 80° | 80 | 80 | 80 | 80 |
| Supination | 80° | 80 | 80 | 80 | 80 |

HS-1807

DDS-102
Rev. 11/09

Lincoln/Gilmore 0977

**HIP**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Abduction | 40° | 40 | 40 | 40 | 40 |
| Adduction | 20° | 20 | 20 | 20 | 20 |
| Flexion | 100° | 100 | 100 | 100 95 | 100 |
| Extension | 30° | 30 | 30 | 30 | 30 |
| Internal Rotation | 40° | 40 | 40 | 40 25 | ~~40~~ → |
| External Rotation | 50° | 50 | 50 | 50 | 50 |

**KNEE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Flexion | 150° | 150 | 150 | 150 | 150 |
| Extension | 0° | 0 | 0 | 0 | 0 |

**ANKLE**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 20° | 20 15 | ~~20~~ | ~~20~~ | ~~20~~ → |
| Plantar flexion | 40° | 40 | 40 | 40 | 40 |

**WRIST**

| | Normals | Right Active | Right Passive | Left Active | Left Passive |
|---|---|---|---|---|---|
| Dorsiflexion | 60° | 60 | 60 | 60 | 60 |
| Plantar flexion | 60° | 60 | 60 | 60 | 60 |

Signature Dr. Jeffrey [signature] MD, M.D.

Date 3/9/21

HS-1528 (7-83)

SOCIAL SECURITY ADMINISTRATION

Form Approved

Lincoln/Gilmore 0978

# MEDICAL SOURCE STATEMENT OF ABILITY TO DO WORK-RELATED ACTIVITIES (PHYSICAL)

**NAME OF INDIVIDUAL** **SOCIAL SECURITY NUMBER**

Michael Gilmore

To determine this individual's ability to do **work-related activities on a regular and continuous basis**, please give us your opinions for each activity shown below:

The following terms are defined as:

- **REGULAR AND CONTINUOUS BASIS** means 8 hours a day, for 5 days a week, or an equivalent work schedule.
- **OCCASIONALLY** means very little to one-third of the time.
- **FREQUENTLY** means from one-third to two-thirds of the time.
- **CONTINUOUSLY** means more than two-thirds of the time.

**Age and body habitus of the individual should not be considered in the assessment of limitations. It is important that you relate particular medical or clinical findings to any assessed limitations in capacity: The usefulness of your assessment depends on the extent to which you do this.**

## I. LIFTING/CARRYING

Check the boxes representing the amount the individual can lift and how often it can lifted.

| Lift | Never | Occasionally (up to 1/3 ) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| A. Up to 10 lbs: | | | | — |
| B. 11 to 20 lbs: | | | — | |
| C. 21 to 50 lbs: | | — | | |
| D. 51 to 100 lbs: | — | | | |

Check the boxes representing the amount the individual can carry and how often it can be carried.

| Lift | Never | Occasionally (up to 1/3 ) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| A. Up to 10 lbs: | | | | — |
| B. 11 to 20 lbs: | | | — | |
| C. 21 to 50 lbs: | | — | | |
| D. 51 to 100 lbs: | — | | | |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## II. SITTING/STANDING/WALKING

Please check how may hours the individual can (If less than one hour, how many minutes):

**At One Time without interruption**

| | Minutes | Hours |
|---|---|---|
| A. Sit | ______ | ☐1 ☒2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 |
| B. Stand | ______ | ☒1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 |
| C. Walk | 30 | ~~☐1~~ ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 |

**Total in an 8 hour work day**

| | Minutes | Hours |
|---|---|---|
| A. Sit | ______ | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☒8 |
| B. Stand | ______ | ☐1 ☐2 ☐3 ☐4 ☐5 ☒6 ☐7 ☐8 |
| C. Walk | ______ | ☐1 ☐2 ☐3 ☐4 ☒5 ~~☐6~~ ☐7 ☐8 |

If the total time for sitting, standing and walking does not equal or exceed 8 hours, what activity is the individual performing for the rest of the 8 hours?

Does the individual require the use of a cane to ambulate? ☐ Yes ☒ No

If the answer is "yes" please answer the following:

- How far can the individual ambulate without the use of a cane? ______________________________
- Is the use of a cane medically necessary? ☐ Yes ☐ No
- Without a can, can the individual use his/her free hand to carry small objects? ☐ Yes ☐ No

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## III. USE OF HANDS

Indicate how often the individual can perform the following activities:

| Activity | Right Hand | | | | Left Hand | | | |
|---|---|---|---|---|---|---|---|---|
| | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
| REACHING (overhead) | | X | | | | | | X |
| REACHING (all other) | | | X | | | | | X |
| HANDLING | | | X | | | | | X |
| FINGERING | | | | X | | | | X |
| FEELING | | | X | | | | X | X |
| PUSH/PULL | | | X | | | | | X |

Which is the individual's dominant hand? ☒ Right Hand ☐ Left Hand

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support this assessment.

## IV. USE OF FEET

Indicate how often the individual can perform the following activities:

| Activity | Right Foot | | | | Left Foot | | | |
|---|---|---|---|---|---|---|---|---|
| | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
| Operation of Foot Controls | | | X | | | | X | |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## V. POSTURAL ACTIVITIES

How often can the individual perform the following activities:

| ACTIVITY | Never | Occasionally (up to 1/3) | Frequently 1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| Climb stairs and ramps | | | ✓ | |
| Climb ladders or scaffolds | ✓ | | | |
| Balance | | ✓ | | |
| Stoop | | | ✓ | |
| Kneel | | | ✓ | |
| Crouch | | | ✓ | |
| Crawl | | | ✓ | |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## VI. DO ANY OF THE IMPAIRMENTS AFFECT THE CLAIMANT'S HEARING OR VISION?

☐ No ☑ Yes ☐ Not Evaluated

If "yes" please complete the following questions (where appropriate)

1. If a **hearing impairment** is present,

   a. Does the individual retain the ability to hear and understand simple oral instructions and to communicate simple information? ☑ Yes ☐ No

   b. Can the individual use a telephone to communicate? ☑ Yes ☐ No

2. If a **visual impairment** is present,

   a. Is the individual able to avoid ordinary hazards in the workplace, such as boxes on the floor, door ajar, or approaching people or vehicles? ☑ Yes ☐ No

   b. Is the individual able to read very small print? ☑ Yes ☐ No

   c. Is the individual able to read ordinary newspaper or book print? ☑ Yes ☐ No

   d. Is the individual able to view a computer screen? ☑ Yes ☐ No

   e. Is the individual able to determine differences in shape and color of small objects such as screws, nuts or bolts? ☑ Yes ☐ No

   Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## VII. ENVIRONMENTAL LIMITATIONS

How often can the individual tolerate exposure to the following conditions:

| Condition | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| Unprotected heights | ✓ | | | |
| Moving mechanical Parts | | | ✓ | |
| Operating a motor vehicle | | | ✓ | |
| Humidity and wetness | | | | ✓ |
| Dust, odors, fumes and pulmonary irritants | | | | ✓ |
| Extreme cold | | | | ✓ |
| Vibrations | | | ✓ | |
| Other: (Identify) | | | | |

| Condition | Quiet (Library) | Moderate (Office) | Loud (Heavy Traffic) | Very Loud (Jackhammer) |
|---|---|---|---|---|
| Noise | | | | ✓ |

Identify the particular medical or clinical findings (i.e., physical exam findings, x-ray findings, laboratory test results, history, and symptoms including pain etc.) which support your assessment or any limitations and why the findings support the assessment.

## VII. PLEASE PLACE A CHECK IN APPROPRIATE BOXES BASED SOLELY ON THE CLAIMANT'S PHYSICAL IMPAIRMENTS

| ACTIVITY | YES | NO |
|---|---|---|
| Can the individual perform activities like shopping? | ✓ | |
| Can the individual travel without a companion for Assistance? | ✓ | |
| Can the individual ambulate without using a wheelchair, Walker, or 2 canes or 2 crutches? | ✓ | |
| Can the individual walk a block at a reasonable pace on rough or uneven surfaces? | | ✓ |
| Can the individual use standard public transportation? | ✓ | |
| Can the individual climb a few steps at a reasonable pace with the use of a single hand rail? | ✓ | |
| Can the individual prepare a simple meal & feed Himself/herself? | ✓ | |
| Can the individual care for personal hygiene? | ✓ | |
| Can the individual sort, handle, use paper/files? | ✓ | |

Please identify the medical findings that support this assessment and why the findings support the assessment (unless a narrative report is attached).

**IX. STATE ANY OTHER WORK-RELATED ACTIVITIES, WHICH ARE AFFECTED BY ANY IMPAIRMENTS, AND INDICATE HOW THE ACTIVITIES ARE AFFECTED. WHAT ARE THE MEDICAL FINDINGS THAT SUPPORT THIS ASSESSMENT?**

See H&P

**X. THE LIMITATIONS ABOVE ARE ASSUMED TO BE YOUR OPINION REGARDING CURRENT LIMITATIONS ONLY.**

**HOWEVER, IF YOU HAVE SUFFICIENT INFORMATION TO FORM AN OPINION WITHIN A REASONABLE DEGREE OF MEDICAL PROBABILITY AS TO PAST LIMITATIONS, ON WHAT DATE WERE THE LIMITATIONS YOU FOUND ABOVE FIRST PRESENT? ______________**

**XI. HAVE THE LIMITATIONS YOU FOUND ABOVE LASTED OR WILL THE LAST FOR 12 CONSECUTIVE MONTHS?** xYes ☐ No

________________________ SIGNATURE

3/9/21 ________________________ DATE

________________________________________

Print Name, Title and Medical Specialty (Legibly Please)

«XMNR_XMNR_1ST» «XMNR_XMNR_SUR»/«XMNR_XMNR_NO»/«GENERA_OP_ID»

**TENNESSEE DISABILITY DETERMINATION SERVICES**
**TRANSCRIPTION OF TELERECORDED MESSAGE**

Jeffrey A. Uzzle, M.D.
603 Smithview Drive
Maryville, TN 37803

EXAMINER: Sabrina C.
RE: GILMORE, MICHAEL
SSN:
DATE: 03/09/2021
FAX PHONE: (865) 294-5056

**PHONE: (865) 294-5056**

**DATE OF EXAMINATION: 03/09/2021**

**DATE OF BIRTH:**

**ALLEGATIONS:**
Diabetic neuropathy feet and legs, depression, high cholesterol, diabetes, and erectile dysfunction.

He has uncontrolled type 2 diabetes requiring insulin for greater than a year, complicated by peripheral neuropathy. He has not required mental health professional care. He sees primary care and a sleep doctor. He uses CPAP. He has chronic right shoulder and low back pain from an old motor vehicle accident that was treated nonoperatively. The claimant's records provided are reviewed. He probably has left hip osteoarthritis but has not had it evaluated. His chief problem is his diabetic neuropathy symptoms, which go up to the upper shin level in a stocking and glove distribution. He has balance impairments. He does not require any handheld assistive devices. He is able to drive about two hours at a time before he takes a break. The claimant's records provided are reviewed. He has had left tympanic membrane reconstruction with good outcome and left mastoiditis treated by mastoidectomy.

**CURRENT MEDICINES:**
1. Metformin.
2. Jardiance.
3. Sertraline.
4. Pregabalin.
5. Rosuvastatin.
6. Vitamin D.
7. Sildenafil.
8. Tarceva.

**PAST MEDICAL AND SURGICAL HISTORY:**
He does not require hearing aids. He has vertigo.

**REGULAR EXERCISE:**
Sedentary lifestyle.

**FAMILY HISTORY:**
Diabetes, depression and heart disease. Currently sees sleep doctor and primary care.

**REVIEW OF SYSTEMS:**
Positive joint pain and inflammation, easy bruising or bleeding, leg pain with exercise, feet swelling, depression, anxiety, dizziness, non-severe hearing loss. He has a blood sugar sensor. Chronic low back pain, neuropathy symptoms in a stocking and glove distribution. He is under no restrictions. He reports severe limitations stooping, kneeling, crawling walking, standing, climbing, lifting and carrying. He was let go from his job last year because of unable to meet the job demands. He says it was due mostly to his neuropathy.

**PHYSICAL EXAMINATION:**
Vital Signs: Without shoes, 6 feet tall, 277 lbs, overweight. Blood pressure is 137/90, pulse 102, regular, mildly tachycardiac; respirations 18. Has driver's license. With corrective eyewear, sees 20/20 right, 20/25 left, and 20/20 both eyes. Without sees, 20/200 right, 20/200 left, and 20/200 with both eyes.

General: He uses no orthotics or handheld assistive devices. Normal station and gait, toe walking, heel walking, and deep knee bend. Complains of left hip and thigh pain with deep knee bend. Tandem walking and balance is fair.

HEENT: Unremarkable. There is a well-healed left mastoidectomy scar. He hears functionally in both ears. He has never required hearing aids. He is status post tympanic membrane reconstruction with good outcome.

Heart: Regular rate and rhythm without murmurs, rubs, or gallops. Normal S1 and S2. No carotid bruits. Peripheral pulses are intact in the four extremities. No feet edema.

Lungs: Clear bilaterally. Good air movements. Symmetrically normal breath sounds. No rhonchi, rales, or wheezes.

Abdomen: Soft and nontender. No organomegaly or masses detected. Bowel sounds are present.

Neck: Supple without adenopathy.

Musculoskeletal: Positive log roll and positive Patrick's maneuver both on the left. These are negative on the right. Negative sitting and supine straight leg raise bilaterally. Negative impingement and apprehension signs at the shoulders. He has mildly limited and guarded range of motion in the right shoulder especially with overhead reaching. No knee effusion. See the range of motion sheet. Negative joint survey in the four extremities otherwise.

Neurological: No atrophy detected. Reflexes are absent symmetrically in the four extremities. Negative long tract signs. Sensory exam remarkable for a stocking and glove pattern of distal sensation loss in both lower extremities. It goes up to the upper shin level and is symmetrical. Grip strength and manual muscle testing are normal symmetrically in the four extremities. Speech and mental status are grossly intact. Cranial nerves are intact. Cerebellar function is normal.

Romberg's is negative. Pronator drift negative. Muscle tone is normal.

**ASSESSMENT:**
Type 2 diabetes requiring insulin chronically, complicated by diabetic peripheral neuropathy. He has chronic low back pain, chronic right shoulder pain from old injury treated nonoperatively. Rule out left hip osteoarthritis. He has balance impairments, probably from diabetic neuropathy. He sees primary care and a sleep doctor. He has sleep apnea and erectile dysfunction.

________________________
Jeffrey A. Uzzle, M.D.

JAU/nc/ 832557
DD: 03/09/2021
nc-1030/kmp-2010

Electronic Records Express Attestation: This document was electronically signed

Social Security Number:
Request ID: DCC345251
SiteID: S48
Route: dma

Sender Name: Uzzle MD, Jeffery
Date: Thu Mar 11 17:48:21 EST 2021

The following affirmation was electronically signed:

I am certifying under penalty of perjury, that I have been authorized or contracted by the Disability Determination Services to examine the claimant named in the attached, and produced a consultative examination report for that claimant. The report is accurate. By clicking on the "Agree" button below, I am certifying that I personally conducted, or personally participated in conducting, the consultative examination and have electronically signed the report contained within.

SOCIAL SECURITY ADMINISTRATION
SEPSC Disability Processing Staff
1200 Reverend Abraham Woods Jr. Blvd
Birmingham, AL 35285-0001

LHHEND

October 7, 2021

BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE TN 37801

RQID:D02779800000675765SE5____ SITE:S0C DR:S
SSN:********* DOCTYPE:0001 RF:D CS:65fb

SSN:
Claimant: MICHAEL GILMORE

This page must be on top of your records.
Slide this page into the return window envelope with this address showing.

1200 Reverend Abraham Woods Jr. Blvd
Birmingham, AL 35285-0001

PLEASE NOTE:
SSA has contracted with a specialized vendor to scan your medical records before they are sent to the DDS. Therefore, your response must be sent to the address as indicated above and in the box to the right. Do NOT send your records directly to the DDS.

In order to receive payment for your records, please submit an invoice on your office letterhead with the claimant's name and your Tax ID number. **THE INVOICE MUST BE PLACED BEHIND THIS BAR CODED PAGE.**

**TO EXPEDITE YOUR RESPONSE FAX RECORDS TO**: **866**-676-2914.

If you are sending records for more than one individual, you may place all of the records in the same envelope, or fax them at the same time. However, you must put the barcode page for each individual on TOP of THEIR own individual records.

To send us records electronically go to SSA's free, secure website address at: http://eme.ssa.gov. Use the 3 character site code from the barcode as the destination for sending the records.

To register for access or for additional information, call the Social Security Electronic Records Express Help Desk at 1-866-691-3061 or send them an email at electronic-records-express@ssa.gov

MEF-IP1-1 MEF IP1 (07/13)KC

**Lincoln/Gilmore 0989**

**SOCIAL SECURITY ADMINISTRATION**
**SEPSC Disability Processing Staff**
**1200 Reverend Abraham Woods Jr. Blvd**
**Birmingham, AL 35285-0001**

**LHHEND**

October 7, 2021

BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE TN 37801

RE: MICHAEL GILMORE
AKA:
SSN:
DOB:
DDS CASE NUMBER: 277980
CONTRACT NUMBER: 675765

The above-named individual has applied for disability benefits under the Social Security Act. I would appreciate your sending a copy of the individual's medical records covering the dates listed below. A narrative report or copies of your records are equally satisfactory. A copy of the individual's consent for release of this information is enclosed.

IDENTIFYING INFORMATION:

Dates of Treatment: 07/20/2021 to present
Patient No:

Alleged Impairments:
Diabetic Neuropathy in feet and Legs; Depression;
High Cholesterol; Diabetes; Erectile Disfunction;,
Condition Changed Start Date continues, Condition
Changed Description Type 1 diabetes, Hyperlipidem
ia, MDD and idiopathic peripheral autonomic neurop
athy continue to affect clmt

Please include the following information in your report:

1. History of the impairment(s);
2. Objective clinical findings including office notes, exams, psychological tests, and special studies;
3. Diagnosis and prognosis based on medical findings;
4. An assessment of functional ability based on your medical findings.

If, after review of your report, specific information is needed which is unavailable from other sources, we may need to purchase a consultative examination. If you would be willing to perform such an examination on your patient for us at a reasonable fee, please indicate YES _____ NO _____.

**Requesting Payment for Medical Reports**

MEF-IP1-1 MEF/IP1 (07/13)KC

SOCIAL SECURITY

**Requesting Payment for Medical Reports**

We are authorized to pay for medical records or photocopies according to the fee schedule approved by the Disability Determination Services in your state; however, as a federal program we are exempt from paying state sales tax.

MEF-IP1-1 MEF/IP1 (07/13)KC

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: Oct 8, 2021
Case ID: 1908888

MICHAEL GILMORE

## APPOINTMENT REMINDER

We are the office that makes disability decisions for the Social Security Administration. This letter is to remind you to keep your appointment(s).

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>October 18th, 2021<br>01:30 PM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

- DIRECTIONS: West bound on I-40. Take Cedar Bluff Exit #378B. Turn left at the first light onto Executive Park Drive. Go one block to the intersection with North Cedar Bluff Road. We are located at this intersection on the right. This is the Stokley building. There is a Sun Trust bank in the lower level and we are on the 3rd floor in Ste. 330.

  East bound on I-40. Take Cedar Bluff Exit 378. Turn left off of exit onto Cedar Bluff Road. Get into right had lane as you go under interstate. We are located at the next intersection (North Cedar Bluff Road and Executive Park Drive) on the right had side of road. We are in the Stokley Building on the 3rd floor in Ste. 330. There is a Sun Trust bank in the lower level.

  For more information, please call toll free 1-866-656-9454.

- The office has limited seating capacity. Therefore, we request that no more than one adult accompany you or the child being examined to the office. Please do not take children that are not being seen by the doctor to the exam. Please make arrangements for a baby sitter to stay with the other children on the day of the exam. If you must bring children that are not being examined, please bring someone to watch them as you may be needed to take part in the exam. The doctor's staff cannot watch or be responsible for your children during the exam.

It is very important that you go to the appointment(s).

If you do not attend the appointment(s), we may make a decision based on the evidence we already have in file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

If you cannot attend, or need assistance, please call us immediately at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests
(800) 342-1117
(615) 253-1779 (FAX)

cc:  Sean P. Sullivan; ADVOCATOR GROUP LLC

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Oct 8, 2021
Case ID: 1908888

MICHAEL GILMORE

**APPOINTMENT REMINDER**

We are the office that makes disability decisions for the Social Security Administration. This letter is to remind you to keep your appointment(s).

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment*** |
|---|---|---|
| KNOXVILLE SERVICES LLC<br>320 N CEDAR BLUFF RD STE 330<br>KNOXVILLE, TN 37923 | Monday<br>October 18th, 2021<br>01:30 PM Eastern Daylight Time | Shoulder, X-ray, Complete<br>Spine, Lumbar X-ray, A/P & L<br>Hip, X-ray, Complete<br>Ankle, X-ray, 2 Views |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

- DIRECTIONS: West bound on I-40. Take Cedar Bluff Exit #378B. Turn left at the first light onto Executive Park Drive. Go one block to the intersection with North Cedar Bluff Road. We are located at this intersection on the right. This is the Stokley building. There is a Sun Trust bank in the lower level and we are on the 3rd floor in Ste. 330.

  East bound on I-40. Take Cedar Bluff Exit 378. Turn left off of exit onto Cedar Bluff Road. Get into right had lane as you go under interstate. We are located at the next intersection (North Cedar Bluff Road and Executive Park Drive) on the right had side of road. We are in the Stokley Building on the 3rd floor in Ste. 330. There is a Sun Trust bank in the lower level.

  For more information, please call toll free 1-866-656-9454.

- The office has limited seating capacity. Therefore, we request that no more than one adult accompany you or the child being examined to the office. Please do not take children that are not being seen by the doctor to the exam. Please make arrangements for a baby sitter to stay with the other children on the day of the exam. If you must bring children that are not being examined, please bring someone to watch them as you may be needed to take part in the exam. The doctor's staff cannot watch or be responsible for your children during the exam.

It is very important that you go to the appointment(s).

If you do not attend the appointment(s), we may make a decision based on the evidence we already have in file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

If you cannot attend, or need assistance, please call us immediately at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

Assistance Requests
(800) 342-1117
(615) 253-1779 (FAX)

cc: Sean P. Sullivan; ADVOCATOR GROUP LLC

Covenant HEALTH

**FSR West Diagnostic Center**
210 Fort Sanders West Boulevard
Building 3 Suite 100
Knoxville, TN 37922-

| | | | |
|---|---|---|---|
| Patient: | **GILMORE, MICHAEL F** | | |
| DOB/Sex: | Male | Admit: | 10/18/2021 |
| CMRN: | 20142966 | Disch: | |
| MRN: | FSR0001678757 | Admitting: | BLAINE,ROBERT ALLEN MD |
| FIN: | 2129102735 | Ordering: | BLAINE,ROBERT ALLEN MD |
| Location: | FSWD FSW | Accession: | 01-XR-21-283140 |

## *Diagnostic Radiology*

| Accession | Exam Date/Time | Exam | Ordering Physician |
|---|---|---|---|
| 01-XR-21-283140 | 10/18/2021 14:29 EDT | XR Hip 2-3 Views w/AP Pelvis Left | BLAINE,ROBERT ALLEN MD |

**Reason for Exam**
(XR Hip 2-3 Views w/AP Pelvis Left) disablity

**Report**
INDICATION: disablity

TECHNIQUE: Three-view pelvis left hip.

FINDINGS: The boney pelvis appears intact without visible fracture or dislocation.
No hip dislocation is demonstrated.

IMPRESSION: No significant boney abnormality demonstrated.

***** Final *****

Dictated by: WILLIAMS, JOHN POWELL
Dictated DT/TM: 10/18/2021 3:14 pm
Signed by: WILLIAMS, JOHN POWELL MD
Signed (Electronic Signature): 10/18/2021 3:14 pm
Transcribed by: JPW

Covenant HEALTH

**FSR West Diagnostic Center**
210 Fort Sanders West Boulevard
Building 3 Suite 100
Knoxville, TN 37922-

| | | | |
|---|---|---|---|
| Patient: | **GILMORE, MICHAEL F** | | |
| DOB/Sex: | Male | Admit: | 10/18/2021 |
| CMRN: | 20142966 | Disch: | |
| MRN: | FSR0001678757 | Admitting: | BLAINE,ROBERT ALLEN MD |
| FIN: | 2129102735 | Ordering: | BLAINE,ROBERT ALLEN MD |
| Location: | FSWD FSW | Accession: | 01-XR-21-283142 |

## ***Diagnostic Radiology***

| Accession | Exam Date/Time | Exam | Ordering Physician |
|---|---|---|---|
| 01-XR-21-283142 | 10/18/2021 14:29 EDT | XR Ankle 2 Views Right | BLAINE,ROBERT ALLEN MD |

**Reason for Exam**
(XR Ankle 2 Views Right) disability

**Report**
INDICATION: disability

TECHNIQUE: Two-view right ankle.

FINDINGS: No fractures or dislocations are identified. Plantar calcaneal spur.

IMPRESSION: Heel spur.

***** Final *****

Dictated by: WILLIAMS, JOHN POWELL
Dictated DT/TM: 10/18/2021 3:13 pm
Signed by: WILLIAMS, JOHN POWELL MD
Signed (Electronic Signature): 10/18/2021 3:13 pm
Transcribed by: JPW

Covenant HEALTH.

**FSR West Diagnostic Center**
210 Fort Sanders West Boulevard
Building 3 Suite 100
Knoxville, TN 37922-

| | | | |
|---|---|---|---|
| Patient: | **GILMORE, MICHAEL F** | | |
| DOB/Sex: | Male | Admit: | 10/18/2021 |
| CMRN: | 20142966 | Disch: | |
| MRN: | FSR0001678757 | Admitting: | BLAINE,ROBERT ALLEN MD |
| FIN: | 2129102735 | Ordering: | BLAINE,ROBERT ALLEN MD |
| Location: | FSWD FSW | Accession: | 01-XR-21-283139 |

## *Diagnostic Radiology*

| Accession | Exam Date/Time | Exam | Ordering Physician |
|---|---|---|---|
| 01-XR-21-283139 | 10/18/2021 14:29 EDT | XR Shoulder Complete 2+ Views Right | BLAINE,ROBERT ALLEN MD |

**Reason for Exam**
(XR Shoulder Complete 2+ Views Right) disability

**Report**
INDICATION: disability

TECHNIQUE: Two-view right shoulder.

FINDINGS: No fractures or dislocations are identified.

IMPRESSION: No fracture or other significant bone abnormality identified.

***** Final *****

Dictated by: WILLIAMS, JOHN POWELL
Dictated DT/TM: 10/18/2021 3:14 pm
Signed by: WILLIAMS, JOHN POWELL MD
Signed (Electronic Signature): 10/18/2021 3:14 pm
Transcribed by: JPW

Covenant HEALTH

**FSR West Diagnostic Center**
210 Fort Sanders West Boulevard
Building 3 Suite 100
Knoxville, TN 37922-

| | | | |
|---|---|---|---|
| Patient: | **GILMORE, MICHAEL F** | | |
| DOB/Sex: | Male | Admit: | 10/18/2021 |
| CMRN: | 20142966 | Disch: | |
| MRN: | FSR0001678757 | Admitting: | BLAINE,ROBERT ALLEN MD |
| FIN: | 2129102735 | Ordering: | BLAINE,ROBERT ALLEN MD |
| Location: | FSWD FSW | Accession: | 01-XR-21-283141 |

## *Diagnostic Radiology*

| Accession | Exam Date/Time | Exam | Ordering Physician |
|---|---|---|---|
| 01-XR-21-283141 | 10/18/2021 14:29 EDT | XR Spine Lumbosacral 2 or 3 Views | BLAINE,ROBERT ALLEN MD |

**Reason for Exam**
(XR Spine Lumbosacral 2 or 3 Views) disablility

**Report**
INDICATION: disablility

TECHNIQUE: Frontal, lateral and lateral lumbosacral views.

FINDINGS: There is unremarkable alignment. No fracture or spondylolisthesis. Mild spondylosis noted.

IMPRESSION: Mild spondylosis.

***** Final *****

Dictated by: WILLIAMS, JOHN POWELL
Dictated DT/TM: 10/18/2021 3:14 pm
Signed by: WILLIAMS, JOHN POWELL MD
Signed (Electronic Signature): 10/18/2021 3:14 pm
Transcribed by: JPW

**STATE OF TENNESSEE**
**DEPARTMENT OF HUMAN SERVICES**
**DISABILITY DETERMINATION SECTION**
**P O Box 8707**
**London, KY 40742-8707**

Date: Oct 25, 2021
Case ID: 1908888

MICHAEL GILMORE

**APPOINTMENT REMINDER**

We are the office that makes disability decisions for the Social Security Administration. This letter is to remind you to keep your appointment(s).

**Appointment Information**

| **Evaluator Information** | **Date and Time** | **Type of Appointment*** |
|---|---|---|
| DR LARRY PALMER, PhD<br>SOUTHERN DEPOT<br>400 SOUTH WASHINGTON ST<br>MARYVILLE, TN 37804 | Thursday<br>November 4th, 2021<br>01:00 PM Eastern Daylight Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

- The office phone number for Dr. Palmer is 865-414-8843.

  DIRECTIONS:
  The office is on Washington Street (Hall Road) 2 lights past the Kroger and Big Lots across the street from USA Pawn Shop in the old blue train depot. The sign on the street says Southern Depot.

It is very important that you go to the appointment(s).

If you do not attend the appointment(s), we may make a decision based on the evidence we already have in file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

If you cannot attend, or need assistance, please call us immediately at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DISABILITY DETERMINATION SECTION
P O Box 8707
London, KY 40742-8707

Date: Oct 25, 2021
Case ID: 1908888

MICHAEL GILMORE

## APPOINTMENT REMINDER

We are the office that makes disability decisions for the Social Security Administration. This letter is to remind you to keep your appointment(s).

**Appointment Information**

| Evaluator Information | Date and Time | Type of Appointment* |
|---|---|---|
| DR LARRY PALMER, PhD<br>SOUTHERN DEPOT<br>400 SOUTH WASHINGTON ST<br>MARYVILLE, TN 37804 | Thursday<br>November 4th, 2021<br>01:00 PM Eastern Daylight Time | Mental Status Exam |

*The evaluator may decide not to do some of the tests we ordered or that other tests are needed.

- The office phone number for Dr. Palmer is 865-414-8843.

  DIRECTIONS:
  The office is on Washington Street (Hall Road) 2 lights past the Kroger and Big Lots across the street from USA Pawn Shop in the old blue train depot. The sign on the street says Southern Depot.

It is very important that you go to the appointment(s).

If you do not attend the appointment(s), we may make a decision based on the evidence we already have in file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

This provider can provide you with information about the steps it is taking to prevent the spread of COVID-19. If you are concerned about COVID-19 exposure, you may contact us to postpone the examination.

Please be aware that asking us to postpone the examination will delay your determination.

If you ask for a postponement, we will hold your claim until we can reschedule your examination at a future date or until we receive adequate evidence to make a determination.

If you cannot attend, or need assistance, please call us immediately at the number(s) shown below Monday - Friday between 8:00 am and 4:30 pm. When you call or leave a message, please provide the Case ID: 1908888, your name, and a call back number.

Thank you for your help.

SOCIAL SECURITY ADMINISTRATION
SEPSC Disability Processing Staff
1200 Reverend Abraham Woods Jr. Blvd
Birmingham, AL 35285-0001

LHHEND

October 7, 2021

BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE TN 37801

RQID:D0277980000675765SES____ SITE:S0C DR:S
SSN:********* DOCTYPE:0001 RF:D CS:65fb

SSN:
Claimant: MICHAEL GILMORE

This page must be on top of your records.
Slide this page into the return window envelope with this address showing.

1200 Reverend Abraham Woods Jr. Blvd
Birmingham, AL 35285-0001

PLEASE NOTE:
SSA has contracted with a specialized vendor to scan your medical records before they are sent to the DDS. Therefore, your response must be sent to the address as indicated above and in the box to the right. Do NOT send your records directly to the DDS.

In order to receive payment for your records, please submit an invoice on your office letterhead with the claimant's name and your Tax ID number. **THE INVOICE MUST BE PLACED BEHIND THIS BAR CODED PAGE.**

**TO EXPEDITE YOUR RESPONSE FAX RECORDS TO: 866-676-2914.**

If ~~you are~~ sending records for more than one individual, you may place all of the records in the same envelope, or fax them at the same time. However, you must put the barcode page for each individual on TOP of THEIR own individual records.

To send us records electronically go to SSA's free, secure website address at: http://eme.ssa.gov. Use the 3 character site code from the barcode as the destination for sending the records.

To register for access or for additional information, call the Social Security Electronic Records Express Help Desk at 1-866-691-3061 or send them an email at electronic-records-express@ssa.gov

MRR# ____ Acc# ____
Log ID# ____
Date Rec. 10-18
Date Sent ____

MEF-IP1-1 MEF IP1 (07/13)KC

# IMPORTANT INFORMATION REGARDING YOUR REQUEST FOR MEDICAL RECORDS

10/29/2021

From

East Tennessee Medical Group
266 Joule St
Alcoa TN 37701-2422

To

SSA BIRMINGHAM AL
1200 ABRAHAM WOODS JR BLVD
BIRMINGHAM AL 35285-0001

Re: Michael Gilmore

We are unable to comply with your request at this time for the following reason(s):

We are unable to release records for any dates of service that occurred past the date of the patient's signature on the authorization, as this facility does not acknowledge future records clauses. Please provide an updated authorization signed and dated by the patient. You may fax your updated request and authorization to 865-977-5670

Sincerely,

East Tennessee Medical Group

Form Approved
OMB No. 0960-0623

**WHOSE** ***Records to be Disclosed***

| | |
|---|---|
| NAME *(First, Middle, Last, Suffix)* Michael Gilmore | |
| SSN | Birthday *(mm/dd/yy)* 07/08/70 |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange)**:**

**OF WHAT** ***All my medical records;*** **also education records and other information related to my ability to perform tasks. This includes specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s)** ***including***, **and not limited to :**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**

- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

| **PLEASE SIGN USING BLUE OR BLACK INK ONLY** | **IF not signed by subject of disclosure, specify basis for authority to sign** |
|---|---|
| **INDIVIDUAL authorizing disclosure** SIGN ▶ *Electronically Signed By:* Michael Gilmore | ☐ **Parent of minor** ☐ **Guardian** ☐ **Other personal representative (explain)** (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |

| Date Signed | Street Address | | |
|---|---|---|---|
| 11/02/21 | | | |
| Phone Number (with area code) | City | State | ZIP |

**WITNESS** *I know the person signing this form or am satisfied of this person's identity:*

| | |
|---|---|
| SIGN ▶ *Attested by SSA or Designated State Agency Employee:* L Henderson | IF needed, second witness sign here (e.g., if signed with "X" above) **SIGN** ▶ |
| Phone Number (or Address) BIRMINGHAM AL 35285-0001 | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on your claim that could result in a denial or loss of benefits.

We will use the information you provide to determine your eligibility or continuing eligibility for benefits, and your ability to manage any benefits that you currently receive.

We may also share your information for the following purposes, called routine uses:

1. To State audit agencies for auditing State supplementation payments and Medicaid eligibility considerations;
2. To third party contacts where necessary to establish or verify information provided by representative payees or payee applicants; and
3. To Federal, State or local agencies for administering cash or non-cash income maintenance or health maintenance programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0089, entitled Claims Folders Systems; 60-0090, entitled Master Beneficiary Record; 60-0320, entitled Electronic Disability; and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

**Lincoln/Gilmore 1005**

**SOCIAL SECURITY ADMINISTRATION**
**SEPSC Disability Processing Staff**
**1200 Reverend Abraham Woods Jr. Blvd**
**Birmingham, AL 35285-0001**

**LHHEND**

November 2, 2021

BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE TN 37801

RQID:D02779800000678049SE5____ SITE:S0C DR:S
SSN:********* DOCTYPE:0001 RF:D CS:fb29

SSN:
Claimant: MICHAEL GILMORE

This page must be on top of your records.
Slide this page into the return window envelope with this address showing.

1200 Reverend Abraham Woods Jr. Blvd
Birmingham, AL 35285-0001

PLEASE NOTE:
SSA has contracted with a specialized vendor to scan your medical records before they are sent to the DDS. Therefore, your response must be sent to the address as indicated above and in the box to the right. Do NOT send your records directly to the DDS.

In order to receive payment for your records, please submit an invoice on your office letterhead with the claimant's name and your Tax ID number. **THE INVOICE MUST BE PLACED BEHIND THIS BAR CODED PAGE.**

**TO EXPEDITE YOUR RESPONSE FAX RECORDS TO**: **866**-676-2914.

If you are sending records for more than one individual, you may place all of the records in the same envelope, or fax them at the same time. However, you must put the barcode page for each individual on TOP of THEIR own individual records.

To send us records electronically go to SSA's free, secure website address at: http://eme.ssa.gov. Use the 3 character site code from the barcode as the destination for sending the records.

To register for access or for additional information, call the Social Security Electronic Records Express Help Desk at 1-866-691-3061 or send them an email at electronic-records-express@ssa.gov

MEF-IP1-1 MEF IP1 (07/13)KC

**Lincoln/Gilmore 1006**

**SOCIAL SECURITY ADMINISTRATION**
**SEPSC Disability Processing Staff** **LHHEND**
**1200 Reverend Abraham Woods Jr. Blvd**
**Birmingham, AL 35285-0001**

November 2, 2021

BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE TN 37801

RE: MICHAEL GILMORE
AKA:
SSN:
DOB:
DDS CASE NUMBER: 277980
CONTRACT NUMBER: 678049

The above-named individual has applied for disability benefits under the Social Security Act. I would appreciate your sending a copy of the individual's medical records covering the dates listed below. A narrative report or copies of your records are equally satisfactory. A copy of the individual's consent for release of this information is enclosed.

IDENTIFYING INFORMATION:

Dates of Treatment: 07/21/2021 to present
Patient No:

Alleged Impairments:
Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction;, Condition Changed Start Date continues, Condition Changed Description Type 1 diabetes, Hyperlipidem ia, MDD and idiopathic peripheral autonomic neurop athy continue to affect clmt

Please include the following information in your report:

1. History of the impairment(s);
2. Objective clinical findings including office notes, exams, psychological tests, and special studies;
3. Diagnosis and prognosis based on medical findings;
4. An assessment of functional ability based on your medical findings.

If, after review of your report, specific information is needed which is unavailable from other sources, we may need to purchase a consultative examination. If you would be willing to perform such an examination on your patient for us at a reasonable fee, please indicate YES _____ NO _____.

**Requesting Payment for Medical Reports**

MEF-IP1-1 MEF/IP1 (07/13)KC

SOCIAL SECURITY

**Requesting Payment for Medical Reports**

We are authorized to pay for medical records or photocopies according to the fee schedule approved by the Disability Determination Services in your state; however, as a federal program we are exempt from paying state sales tax.

MEF-IP1-1 MEF/IP1 (07/13)KC

November 4, 2021

Michael Gilmore
Soc. Sec. No.

## AUTHORIZATION AND CLAIM FOR PAYMENT

STATE OF TENNESSEE
DEPARTMENT OF HUMAN SERVICES
DIV. OF REHABILITATION SERVICES

P O Box 8707
London, KY 40742-8707

FAX (877) 337-7890
TOLL FREE (800) 972-0617

Claimant Phone Number

RQID:DCC1036191 SITE:S48 DR:S
SSN:********* DOCTYPE:0002 RF:D CS:67b4

**VENDOR NO. 2049544 VENDOR LOC. CODE 0000208474**

**DR LARRY PALMER, PhD**
**SOUTHERN DEPOT**
**400 SOUTH WASHINGTON ST**
**MARYVILLE, TN 37804**

**NAME: MICHAEL GILMORE**
**ADDRESS:**

**EXAMINER: Assistance Requests UNIT: 0104**
**TOLL FREE NUMBER: (800) 972-0617**
**NASHVILLE AREA PHONE#: (800) 342-1117**

**DOB: ALLEGATIONS: Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction. Changed Condition continues. Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt**

**RENDER SERVICES BELOW: APPOINTMENT DATE: November 4th, 2021 @ 01:00 PM EDT**

| | | |
|---|---|---|
| 90791-MSE | Mental Status Exam | $123.18 |

**TOTAL..........$123.18**

**ADDITIONAL STUDIES:**______________________________ $__________

**APPROVED:**______________ **DATE**________ **LESS SERVICES NOT RENDERED** $__________

**ADJUSTED TOTAL ................ $**__________

PROVIDER ACCEPTANCE AND CLAIM FOR PAYMENT

PROVIDER ACCEPTANCE OF THIS AUTHORIZATION SIGNIFIES:
-- Full compliance with Title VI of the Civil Rights Act of 1964, that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Provider on the grounds of handicap and/or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Provider shall, upon request, show proof of such nondiscrimination.
-- That the Provider warrants that no part of the total Contract Amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Provider in connection with any work contemplated or performed relative to this Authorization.
-- That unless this authorization is to effect reimbursement for a disability applicant's personal travel costs to a consultative disability examination, the Provider understands and agrees that this Authorization shall be null and void in the Provider is, or within the past six months has been, a state employee. For purposes of this provision, an individual shall be deemed a state employee until such time as all compensation for salary, termination pay, and annual leave has been paid.
-- The State may terminate this purchase without cause for any reason, and such termination shall not be deemed a breach of contract by the State.
-- The Provider agrees to indemnify and hold harmless the State of Tennessee as well as its officers, agents, and employees from and against any and all claims, liabilities, losses, and causes of action which may arise, accrue or result to any person, firm, corporation or other entity which may be injured or damaged as a result of acts, omissions, or negligence on the part of the Provider, its employees, or anyone person acting for or on its or their behalf relating to this purchase. The Provider further agrees it shall be liable for the reasonable cost of attorneys for the State in the event such service is necessitated to enforce the terms of this purchase or otherwise enforce the obligations or the Provider to the State.
-- The activities and records pursuant to this Authorization shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.
-- That the State is not responsible for the payment of services rendered without specific, written authorization.
-- That the provider will submit an invoice in form and substance acceptable to the State to effect payment. (See Below)

**PROVIDER ACCEPTANCE AND CERTIFICATION**
**The Provider signature below signifies acceptance of the services authorized and accepts the fee authorized as payment in full under the conditions stated; and further certifies that the authorized services have been rendered and payment has not been received. The provider agrees not to bill private insurers or disability claimant for services rendered to the state.**

**DATE SERVICES WERE RENDERED** ____________ **DATE BILLED** ____________

Please check if your business is: exempt from taxation ____________ or operated by a government agency ____________

SIGNATURE ______________________________
Vendor Sign Here

**APPROVED FOR PAYMENT:**______________ **DATE**____________ **VOUCHER NO.** C029564
DISABILITY EXAMINER

Michael Gilmore
Soc. Sec. No.

November 4, 2021

**Palmer Psychological Services**
Southern Depot 400 S. Washington Street Maryville, TN 37804
(865) 414-8843
Larry F. Palmer, Ph.D.
Licensed Psychologist; Health Service Provider

## REPORT OF PSYCHOLOGICAL EVALUATION

| | |
|---|---|
| **NAME** | Michael Gilmore |
| **SOCIAL SECURITY #** | |
| **DATE OF EVALUATION** | 11/04/2021 |
| **TIME OF EVALUATION** | 1:00 p.m. |
| **OFFICE LOCATION** | Maryville, TN |
| **DATE OF BIRTH** | |
| **AGE** | 51 years; 3 months |
| **ADDRESS** | |
| **RACE** | Caucasian |
| **SEX** | Male |
| **EDUCATION** | High school graduate |
| **VOCATIONAL HISTORY** | Team manager; construction |
| **MARITAL/FAMILY STATUS** | Married |
| **CURRENT LIVING ARRANGEMENTS** | In a house with wife |
| **DDS EXAMINER** | Assistance Requests |
| **EXAMINER** | Larry F. Palmer, Ph.D. - HSP |






Michael Gilmore
Soc. Sec. No.

November 4, 2021

## THIS REPORT CONTAINS CONFIDENTIAL INFORMATION

**DISCUSSION OF PURPOSE OF EVALUATION, DISCLOSURE OF NON-CONFIDENTIALITY, CONSENT TO EVALUATION & AUTHORIZATION TO RELEASE DATA:**
The claimant accurately stated the purpose of evaluation. The claimant was provided with the examiner's full name. The examiner explained a treatment or doctor-patient relationship was not being established. The examiner explained the clinical evaluation process and procedures, and that a written report of the results of the evaluation will be sent directly to the Division of Disability Determination for consideration within his disability application. The claimant agreed to the evaluation and agreed to release the data to DDD and SSA.

**REASON FOR REFERRAL:**
The claimant is a 51-year-old, married, Caucasian male who was referred for a psychological evaluation by the Department of Human Services Disability Determination office to include a clinical interview and mental status examination. This information will be used to determine the extent of his activities, the degree of impairment, if any, and to aid the department in assessing his eligibility for disability funds.

| **TECHNIQUES ADMINISTERED** |
|---|
| Clinical Interview and Mental Status Examination<br>Behavioral Observations |

| **SPECIFIC ALLEGATIONS** | |
|---|---|
| **Mental Allegations** | Depression |
| **Physical Allegations** | Diabetic neuropathy in feet and legs; high cholesterol; type 1 diabetes mellitus; erectile dysfunction; hyperlipidemia |

| **SOURCES OF DATA AND INFORMATION PROVIDED BY DISABILITY:** |
|---|
| Application for Disability SSA 3368<br>Activities of Daily Living Information: None provided<br>Medical Records Information: Notes from Blount Memorial Family Care Center dated 03/31/21 and 04/14/21<br>Mental Health Information: None provided<br>School Records: None provided |

| **OTHER AVAILABLE INFORMATION:** |
|---|
| None |

| **DISABILITY HISTORY** |
|---|
| The claimant has never applied for social security disability in the past and has never been on social security disability in the past. However, claimant stated that he is currently on disability from his job. He reported that he receives $60,000.00 annually in disability from his job. |

| **CLAIMANT'S STATEMENT REGARDING PURPOSE OF THE EXAM:** |
|---|
| Depression and anxiety and diabetes |

| **CLAIMANT'S STATEMENT OF CURRENT LIFE SITUATION AND WHY THE CLAIMANT CAN NO LONGER WORK:** |
|---|
| The claimant is currently unemployed. |

He lives in a house with his wife.
When asked to describe a typical week, the claimant stated: I can't do any heavy lifting and nothing strenuous. I stay at home most of the time. I cook some. My wife works in Knoxville. I am up and down all day. I watch TV or read. My legs throb. I lay down a lot. I have side effects from medication.

When asked to describe his current life situation, he stated: I'm trying to make sure my health does not decline and hope it will get better.

Claimant stated that he can no longer work because: I could not do the job duties. Chronic pain.

**MODE OF TRANSPORTATION TO THE EXAM**

The claimant drove himself to the examination. He arrived early for the examination.
The claimant does have a current Tennessee Driver's license.
The claimant does drive.

**GENERAL DESCRIPTION AND OBSERVATIONS**

Due to COVID-19 guidelines, claimant was met as he came in the door. He was asked several screening questions and he signed a form denying any symptoms of coronavirus. He wore a facial mask.
The claimant did not appear to have any behavioral issues. His behavior appeared to be appropriate.

He was able to come to the office by himself for the interview. There were no apparent difficulties with ambulation. He moved at a normal rate of speed. He did not need any assistance and did not use a walking cane or any other device.

The claimant weighs 273 pounds and he is 6 feet 4 inches tall.
He as dressed in jeans, a shirt, and a jacket. He wore a ball cap.
Hygiene and grooming were appropriate. He wore a facial mask.
He stated he is right-handed and he does wear glasses. There are no reported problems with vision or hearing. The claimant appeared able to understand the questions and was able to engage in the conversation with no difficulties. Speech articulation was good and the claimant spoke in a normal voice tone and volume. There was no difficulty understanding what he was saying. His rate of speech was above average. He was very verbal and had to be interrupted in order to complete the interview.

The claimant was polite and friendly. He made good eye contact and appeared to have a good attitude toward the interview. He appeared to demonstrate good cooperation with the interview and was able to understand and answer questions with no difficulty. He appeared to give a good effort. He seemed to have average emotional energy. Attention and focus were good.

**HISTORY OF BEHAVIORAL HEALTH ISSUES AND TREATMENT**

Current Psychiatric Treatment: None reported.

Past Psychiatric Treatment: There is a history of outpatient psychiatric treatment. Claimant stated that he talks to "tele-doc" on his phone.
There is no history of inpatient psychiatric treatment.

History of past impulsive behavior or suicidal behavior: There is a history of impulsive behavior, anger

management issues, high risk behaviors or getting into fights.
He reported never attending anger management classes

He denied suicidal thoughts or behaviors.

History of family mental health issues or suicidal attempts: There is reported family mental health history of significant mood disorder, depression or psychotic behavior. Claimant stated that his father is bipolar and has depression and suicidal thoughts. His mother likewise has similar problems. Claimant stated that his parents argue and fight a lot.

**PHYSICAL HEALTH HISTORY AND CURRENT MEDICATIONS**

The claimant reported significant physical issues, injuries or health problems as a child. He reported having ear aches as a child.
The claimant described his current physical health as having a moderate to major impact on his ability to perform daily activities of living.
The claimant reported a good appetite. He eats 3 meals per day.
Sleep is reported to be fair with initial insomnia. He uses a CPAP machine at night.
Energy level fluctuates.
He reported moderate pain in his lower legs.
He does not smoke.

The claimant is currently taking prescribed medications. He did not have his medications with him but he reported verbally that he is taking the following medications:

| MEDICATION | DOSAGE |
|---|---|
| metformin | |
| Gabapentin | |
| Jardiance | |
| Sertraline | |
| Insulin | |

The claimant stated that he does manage his own medication. He reported that he did take his scheduled medications prior to coming to the appointment today.

**LIFE HISTORY:**

The claimant was born and was raised in North Carolina. He has been in Tennessee for 30 years having moved here for a job offer.
The claimant was raised by his mother and father.
He had 2 brothers and 1 sister.
He described his family as: Close-knit. Working. Farmers.
He described his childhood as: Good.
The claimant denied emotional, physical, or sexual abuse as a child.
The claimant has been married 1 time. He married at age 19.
He has 3 children.
He is currently still married.

| **Educational History** |
| --- |
| The claimant completed the 12th grade and graduated from high school.<br>He was in regular classes.<br>Grades in school were above average.<br>There is not a history of failing or repeating grades.<br>There is not a history of behavior problems resulting in suspension from school.<br>When asked to describe his feelings about his school years, the claimant stated: I liked it.<br>He stated he had several good friends and believes he was popular.<br>He participated in school activities including football, baseball and softball.<br>After high school, he did not receive further vocational or educational training.<br>The claimant has no special certifications or licenses. |

| **OCCUPATIONAL AND WORK HISTORY** |
| --- |
| Past work history includes: His first job was working construction when he was 18 years old.<br>Over the years he has worked: at International Paper, worked as a machine operator, worked as a team manager and worked at Dow in Knoxville.<br>His last employment was: as Team Manager at Dow in Knoxville.<br>His last date of employment was: May, 2020.<br>The claimant stated that he had to quit working due to: I could not do the job duties due to chronic pain.<br>What prevents you from working now? Health problems. |

| **LEGAL HISTORY** |
| --- |
| The claimant reported no history of legal charges.<br>The claimant has never served time in jail or prison.<br>The claimant is not on probation. |

| **ALCOHOL AND DRUG HISTORY** |
| --- |
| The claimant reported a history of alcohol abuse.<br>He reported a history of abuse of illegal drugs such as marijuana.<br>He did not report a history of abuse of prescription medications.<br>He has used alcohol or drugs to the point of getting drunk or experiencing blackouts.<br>There is not a history of treatment for substance abuse.<br>When asked to describe current use of alcohol, the claimant stated he drinks alcohol occasionally and smokes marijuana. |

**DESCRIBE AN AVERAGE DAY FOR YOU:**

Claimant stated that he gets up between 6:00 and 6:30 a.m., wife goes to work in Knoxville, he lets the dogs out, feeds them, drinks coffee, takes his medication, eats something, his legs are restless, he lays down for 2 or 3 hours, takes medication, has lunch, does some laundry, wife gets home between 6:00 and 6:30 p.m., they eat, goes to bed at 9:00 p.m.

Michael Gilmore
Soc. Sec. No.

November 4, 2021

**MENTAL STATUS: ("C" = correct; "X" = incorrect; "DK" = don't know)**
1. What is today's date? _C_ 2. Year? _C__ 3. Month? _C__ 4. What day is today? _C__
5. Season? _C__ 6. City? __C__ 7. State? _C__ 8. County? __C__ 9. Weeks in a year? _C___
10. Months in a year? _C__ 11. States? __C__

12. Say "Penny" "Key" "Watch" (correctly repeats)

**Recent Information:**

| | |
|---|---|
| Major News Story in past week | G-20 summit |
| Yesterday Activities | Tood dog to the vet |
| Dinner last night | Leftover chopped bar-be-que, greens, cornbread |
| Route to exam | Yes |

**Remote Memory**

| | |
|---|---|
| Last school attended | Tar Hill High School in North Carolina |
| Name of governor | Lee |
| Current President | Biden |
| 3 Presidents Before Current President | Trump, Obama, Bush |
| Name of first grade teacher | Miss Allen |

**Judgment:**

| | |
|---|---|
| First person in crowded theater to see smoke and fire | Try to evacuate others out first |
| Found envelope on the sidewalk that is sealed, addressed and has a stamp on it | Take it back to the post office |
| Why does some food have to be cooked | Bacteria |
| Why should you turn off lights when not using them | Energy conservation |

**Interpretation:**

| | |
|---|---|
| Do not cry over spilled milk | Quit living in the past. Don't dwell on it. |
| The early bird gets the worm | The person who gets up first, beats others to the punch |
| Do not judge a book by its cover | Don't judge me by what I look like on the outside |
| You reap what you sow | Whatever you done in the past, you will have to pay for in the future. |

**Abstract Reasoning:**

| | |
|---|---|
| Apple and Banana | Fruit |
| Red and blue | Colors |
| Shirt and shoe | Clothing apparel |
| Dog and a lion | Can be trained to protect |
| Airplane and Bicycle | Transportation |
| Statue and painting | Depict portraits of something or a person |

**Calculations:**

| | |
|---|---|
| $4 + $5 | $9 |
| $10 - $4 | $6 |
| $1.00-17 cents | 83 cents |
| $5 - (2 X .75) | $3.50 |
| 12 divided by 6 | 2 |
| 9 x 7 | 63 |
| Count from 100 by 7's | 93 86 79 72 65 58 |
| Digits forward | 275 4918 73682 149526 |
| Digits backward | 73 594 7163 |
| Recall of 3 words after 5 minutes | All three words recalled |
| Able to follow 3 commands | Yes |
| Spell WORLD backward | D L R O W |

**General Fund of Information Questions:**

| | |
|---|---|
| What are the colors in the American flag | Red, white, blue |
| What is the shape of a ball | Round |
| What day comes after Tuesday | Wednesday |
| How many seconds are in a minute | 60 |
| In what direction does the sun set | West |
| What month comes after April | May |
| What is a thermometer used to measure | Temperature |
| Who was Martin Luther King Jr. | Civil Rights Leader and reverend |
| Who was the first president of the United States | Washington |
| Imaginary line around the earth that separates northern and southern halves | Hemisphere X |
| What is the chemical makeup of water | H2O |
| What city is the capital of the United States | Washington DC |
| What city is the capital of Tennessee | Nashville |

| | |
|---|---|
| Name a state that borders the Atlantic Ocean | North Carolina |
| Name a state that borders the Pacific Ocean | California |
| On what continent is the country of France | Southern X |
| Who wrote Hamlet | Hamlet X |
| In what country did the Olympic games begin | Don't know |
| Where is the Statue of Liberty Located | NYC |
| On what continent is the Sahara Desert | Don't know |
| On what continent is Brazil | Don't know |
| Name the 4 seasons of the year | Spring, Summer, Fall, Winter |
| Where is the Eiffel tower located | Paris France |
| In what country is London | England |
| Who was president of the United States during the Civil War | Lincoln |

**THOUGHT PROCESSES:**

1. Hallucinations? ___denied_____
2. Delusions? ____denied________
3. Ideas of Reference? __denied______
4. Phobias? _____snakes________
5. Obsessions? _______denied______
6. Compulsions? __denied________
7. Panic Attacks? _ denied ___
8. Suicidal/Homicidal ideation? _thoughts in past ___

**MENTAL STATUS EXAM:**

**Orientation:** The claimant was oriented to correct time, place and person. He knew his name. He knew his date of birth, his social security number, and his address. There was no evidence of confusion or disorientation.

He did know the day of the week, the month, the year and his current location. There was no evidence of confusion or disorientation. There was no evidence of cognitive confusion or psychotic behavior, thinking or perceptions. His comments during the interview were appropriate to the topic of conversation. He appeared to be able to keep on focus and move through the interview with no difficulty.

**Thoughts:** The claimant's thoughts were appropriate. There were no reports of auditory or visual hallucinations. His comments were appropriate to the topic of conversation.
**Insight and Judgment:** Overall insight appeared good. Judgment appeared good.
**Affect and Mood:** Affect was appropriate. Mood was normal. He reported his mood as "a lot of pain". The claimant appeared to have average emotional energy and did laugh or smile during the interview. He showed no agitation, anger, distrust or irritability. He did not appear sad or cry during the interview. He did not demonstrate any other inappropriate emotions.
**Focus and Concentration:** The claimant did not have difficulty with maintaining focus and concentration. He did not have difficulty staying on task and psychomotor behavior was average.
**Verbal Comprehension/Expression:** The claimant's ability to comprehend questions and provide answers to questions was good. He was able to engage in back-and-forth conversations. There were no apparent problems with speech articulation. There were no significant problems with understanding

what the claimant was saying. He spoke in a normal tone and volume. Rate of speech was above average.

**Cognitive Functioning:** The claimant's cognitive skills were assessed informally.
**Fund of General Knowledge:** The claimant's fund of general knowledge appeared to be average. He could name the current president and all 3 of the previous 3 presidents. He could name the three colors in the American flag. He could name a state that borders the Atlantic Ocean and could name a state that borders the Pacific Ocean. He knew the capitol of Tennessee and knew the capitol of the United States. The claimant was assessed for basic reasoning skills and his responses suggest average reasoning abilities.

**Immediate /Long Term Memory:** The claimant was able to repeat 6 digits forward and 4 digits backward. He could immediately repeat 3 of 3 words and repeat all 3 of the 3 words after a span of 5 minutes.
He could remember what he did yesterday and could remember what he had for dinner yesterday. He appeared to have a good long-term memory of recall of his life history and events. There was no evidence of confusion or recalling of life events and factual information.
**Basic Reading and Math Skills:** The claimant can read a newspaper and a menu. He can perform simple addition and subtraction math problems. He can perform simple multiplication and division problems.

Given these observations, this claimant is estimated to be functioning in the average range of general intelligence.

**CURRENT FUNCTIONING**

**High Risk Concerns/Behaviors**
**Risk to Self:** The claimant denied any current suicidal thoughts or intent. He reported past history of suicidal thoughts and denied actual attempts. There does not appear to be any external factors that might increase risk for suicide.
When asked what motivates the client to live, the claimant stated: My family.
**Risk to Others:** The claimant denied any plans to harm other people.

**Activities of Daily Living**
**Personal Care Skills:** The claimant is able to perform self care skills such as bathing, dressing, brushing teeth, combing hair, and picking out his clothes.
**Cleaning:** The claimant does regular household cleaning chores.
**Chores around the House:** The claimant reported he performs the following chores: laundry, dishes, household chores.
**Cooking:** The claimant does cook and use a stove. He does use a microwave. He can make a sandwich and prepare simple meals.
**Driving:** The claimant does drive.
**Shopping:** The claimant reported that he does go grocery shopping by ordering on-line for pick up. He also goes in other stores such as Wal-Mart and other places of business.
**Social/Recreational Activities:** The claimant described a typical day as staying at home, doing household chores, and watching television. He spends most of his time with his family. He does not spend time with friends outside his family currently due to COVID. He stated that he does get along well with others. He stated that he does not desire to be around other people in crowds. He does not currently attend church because of COVID. He sometimes goes out to eat.

When asked to describe past or current hobbies, the claimant stated: My 3 dogs and fishing.
He does talk on the telephone and he does have his own cell phone. He does spend time on the computer and does get on the internet and reads his e-mail.
**Financial Responsibility:** The claimant stated that he is capable of managing potential social security disability payments. He does have a checking account and does have a savings account. He does pay bills. He reported that he does not receive food stamps. He does have medical insurance. Claimant stated that he receives $60,000.00 per year in disability payments from his job.
The claimant does appear capable of managing potential social security disability payments.

When compared to what he could previously do as compared to what he can now do, the claimant stated: Work, hunt, go boating.

| **THREE WISHES**: |
|---|
| 1) perfect health or good health |
| 2) health for my family |
| 3) be financially independent |

| **How would you describe yourself as a person?** |
|---|
| Trustworthy. Loyal to my friends and employees. Dedicated. A hard worker in the past. |

| **What do you worry most about?** |
|---|
| My health limiting me doing things with my 3 grandchildren |

| **How would you describe your current life?** |
|---|
| Trying to make sure my health does not decline and hope it will get better |

| **How do you think other people who know you well would describe you as a person?** |
|---|
| Trustworthy. Dependable. Open-minded. Hard worker. Helpful to anyone needing me. I am the “go to” person. |

**RELIABILITY AND VALIDITY OF INFORMATION AND RESPONSES:** The historical and long term information provided by the claimant appeared to be good. He appeared to have a good grasp of his life history and events. There was no evidence of confusion or recalling of life events and factual information. It appeared the claimant gave a good effort in attempting to answer the questions. Results of this clinical interview, mental status examination and psychological assessment are considered to be reliable and valid. There was no apparent evidence of malingering.

**CLINICAL SUMMARY:**
Based on the results of evaluation, it appears the claimant has the following clinical issues:

- Physical complaints

**INTELLECTUAL FUNCTIONING OVERVIEW:** General information, word knowledge and vocabulary appear to be average. Reasoning, problem solving and planning skills appear to be

average. Abstract reasoning and critical thinking skills appear to be average. Judgment and insight appear to be average.

**ADAPTIVE FUNCTIONING OVERVIEW:**
**CONCEPTUAL DOMAIN:** Language and communication skills appear to be average. The claimant can understand and use adequate word skills to convey information from one person to another, understand others, to express one's self through words or action and engage in meaningful communication. The rate of conversation and responding is average. The claimant can perform average reading, writing and math skills. Reasoning and critical thinking skills appear to be average for age. Immediate, short term and long-term memory appears to be average for age.
**SOCIAL DOMAIN:** Social judgment and empathy appear to be average. The claimant's interpersonal and social skills appear to be average. The claimant's ability to make friends, develop relationships and retain friendships with same age peers appears to be average. His ability to relate to adult authority figures and understand, respect and comply with social rules, customs, and standards of public behavior appears to be good. It appears the claimant would have no difficulty interacting with the general public in a work setting should his health improve.

**PRACTICAL DOMAIN:** The claimant appears to have average self-management life skills. The claimant is able to make age-appropriate decisions regarding basic responsibilities of personal care. The claimant can manage money and financial responsibilities. The claimant is able to perform some daily responsibilities and work tasks. The claimant's ability to manage personal and home task skills and manage time and schedules appears to be average.

**A physician will need to assess impairments related to his physical limitations.**

**FUNCTIONAL LIMITATIONS**

| | |
|---|---|
| Understanding/Remembering *(The ability to remember locations and work-like procedures and understand and remember simple or detailed instructions)* | No mental health impairment suspected |
| Concentration/Persistence/Pace *(The ability to make decisions, remember and carry out instructions, maintain schedules and attendance, sustain concentration and persist during a workday or workweek without interruption from psychological symptoms)* | No mental health impairment suspected |

| | |
|---|---|
| Social Interaction *(The ability to socially interact, maintain socially appropriate behavior, basic standards of neatness/cleanliness, interact appropriately with the general public, accept instructions)* | No mental health impairment suspected |
| Adaptability *(The ability to respond appropriately to changes in the work setting, be aware of normal hazards, set realistic goals/make plans independent of others)* | No mental health impairment suspected |

**DSM 5 Diagnosis:**

- V 71.09 No **Mental Health** Impairment Suspected

It appears the claimant is able to manage his own funds.

I want to thank the department for the opportunity of evaluating this claimant on your behalf. If any questions should arise which are not answered in this report, please do not hesitate to contact me for clarification.

With kindest regards;

Larry F. Palmer, Ph.D.
Licensed Psychologist and Health Service Provider
Tennessee License # 2419

Electronic Records Express Attestation: This document was electronically signed

Social Security Number:
Request ID: DCC1036191
SiteID: S48
Route: dma

Sender Name: Palmer, Larry
Date: Sat Nov 06 11:17:59 EDT 2021

The following affirmation was electronically signed:

I am certifying under penalty of perjury, that I have been authorized or contracted by the Disability Determination Services to examine the claimant named in the attached, and produced a consultative examination report for that claimant. The report is accurate. By clicking on the "Agree" button below, I am certifying that I personally conducted, or personally participated in conducting, the consultative examination and have electronically signed the report contained within.

SOCIAL SECURITY ADMINISTRATION
SEPSC Disability Processing Staff
1200 Reverend Abraham Woods Jr. Blvd
Birmingham, AL 35285-0001

LHHEND

November 2, 2021

BLOUNT MEMORIAL FAMILY CARE
720 FOOTHILLS MALL DRIVE
MARYVILLE TN 37801

RQID:D02779800006780495E5____ SITE:S0C DR:S
SSN:********* DOCTYPE:0001 RF:D CS:fb29

SSN:
Claimant: MICHAEL GILMORE

This page must be on top of your records.
Slide this page into the return window envelope with this address showing.

1200 Reverend Abraham Woods Jr. Blvd
Birmingham, AL 35285-0001

PLEASE NOTE:
SSA has contracted with a specialized vendor to scan your medical records before they are sent to the DDS. Therefore, your response must be sent to the address as indicated above and in the box to the right. Do NOT send your records directly to the DDS.

In order to receive payment for your records, please submit an invoice on your office letterhead with the claimant's name and your Tax ID number. **THE INVOICE MUST BE PLACED BEHIND THIS BAR CODED PAGE.**

**TO EXPEDITE YOUR RESPONSE FAX RECORDS TO: 866-676-2914.**

If you are sending records for more than one individual, you may place all of the records in the same envelope, or fax them at the same time. However, you must put the barcode page for each individual on TOP of THEIR own individual records.

To send us records electronically go to SSA's free, secure website address at: http://eme.ssa.gov. Use the 3 character site code from the barcode as the destination for sending the records.

To register for access or for additional information, call the Social Security Electronic Records Express Help Desk at 1-866-691-3061 or send them an email at electronic-records-express@ssa.gov

MR#________ Acc#________
Log ID#________
Date Rec. 11-2
Date Sent________

MEF-IP1-1 MEF IP1 (07/13)KC

# DOCUMENT INDEX

Claimant: Michael Gilmore
SSN:

| Document Name | Source Name | EF Received Date | No. of Pages |
|---|---|---|---|
| Authorization for Source to Release Information to SSA (827) | e827 | November 2, 2021 | 2 |
| Copy of Evidence Request (CPYEVREQ) | BLOUNT MEMORIAL FAMILY CARE | November 2, 2021 | 4 |

DATE: November 2, 2021

Blount Memorial
Family Care Center
Foothills

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

MICHAEL FRANCIS GILMORE

09/08/2021 11:45 AM
Office Visit
Christopher S. Barber DO

This 51 year old male presents for follow up of 6 mos chronic conditions.

## History of Present Illness:

1. Follow Up of 6 mos chronic conditions

Patient presents today complaining of right shoulder pain. He denies any obvious trauma but over the last 2 weeks he has had extreme pain trying this sleep. He does report a ATV accident about 20 years ago that hurt his low back but the only thing he can think of on the shoulder was he was trying to help put on a lumbar belt and then it started hurting. He has been seeing the chiropractor over the last 2 weeks with very little improvement. Patient also states he would like a refill of his Ambien to help sleep at night.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |

| | | |
|---|---|---|
| | Family history of Depression | N |
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| FREESTYLE LIBRE 14 DAY SENSOR | PT NEEDS THE METER, NEEDLE AND SENSOR FOR EVERY DAILY BLOOD SUGAR CHECKS. | N |
| Glucophage XR 500 mg tablet,extended release | 2 po bid | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| LYRICA 150 MG CAPSULE | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:49 AM | 106/76 | 79 | | 97.9 | 6.0 | 1.00 | 272.00 | | 35.89 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenogegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

Musculoskeletal: Patient has a positive empty can sign and a positive Apley scratch test. He has difficulty abducting his right arm greater than 90 degrees. After consent Betadine was used to prep the anterior surface of his shoulder. And 40 mg of Kenalog with 2 cc of Marcaine was injected. Patient tolerated this well

## Completed Orders (this encounter)

| Order | Details | Reason | Interpretation | Result | Description | Side | Site | Completed By |
|---|---|---|---|---|---|---|---|---|
| Kenalog/ Triamcinolone Injection- per 10mg Strength 40mg/1ml | Staff NDC documentation only, injection(s) administered by provider. | | | | | | | Michele L. Adams, LPN |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Rotator cuff tear arthropathy of right shoulder (M75.101). |
| | Patient Plan | Patient received 40 mg of Kenalog and a cc of Marcaine injection today. We will also proceed with an MRI of his right shoulder. I do suspect he is torn the supraspinatus rotator cuff |
| | Plan Orders | The patient had the following medication order(s) completed today: Kenalog/ Triamcinolone Injection- per 10mg Strength 40mg/1ml. |
| 2. | Assessment | Other specific arthropathies, not elsewhere classified, right shoulder (M12.811). |
| | Patient Plan | See above |
| 3. | Assessment | Primary insomnia (F51.01). |
| | Patient Plan | Patient will start Ambien 10 mg at night. One prescription was given. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 09/08/2021 | Ambien 10 mg tablet | 1 po qhs prn insomnia | 30 | 0 | |

*Document generated by: Christopher S. Barber 09/08/2021 12:09 PM*

Electronically signed by Christopher S. Barber DO on 09/08/2021 12:09 PM

# Disability Determination Explanation

This Disability Determination Explanation is for the ***DIB*** claim at the ***Reconsideration*** level.

---

## CLAIMANT INFORMATION

**CLAIMANT INFORMATION**

**Name**: Michael Gilmore
**SSN**:
**Phone Number**:
**Secondary Phone Number**
**Address:**

| Mailing | Residence |
|---|---|
| | |

**Claimant Gender**: M
**Self Reported Height**: 76 inches
**Self Reported Weight**: 255.0 lbs
**BMI**: 31.0
**Special Indications**: None.

**RELEVANT DATES**

**Below table represents the Relevant Dates**

| Date of Birth | Current Age | AOD | Age at AOD | DFI | DLI | Age at DLI | Blind DLI |
|---|---|---|---|---|---|---|---|
| | 51 years 4 months (Closely approaching advanced age) | 05/08/2020 | 49 years 10 months (Younger person) | 04/01/2015 | 12/31/2024 | | |

**Lincoln/Gilmore 1029**

**Does the individual have an attorney/appointed representative?** Yes

**Representative's name, address and phone number:** Sean Patrick Sullivan
300 N Beach Street
Daytona Beach, FL 32114 - 3304
877-261-1947
877-899-1329

**ALLEGATIONS OF IMPAIRMENTS**

**The individual filed for Initial claim for disability on *12/04/2020* due to the following illnesses, injuries, or conditions:**

Diabetic Neuropathy in feet and Legs; Depression; High Cholesterol; Diabetes; Erectile Disfunction;

**The individual alleges inability to function and/or work as of**

05/08/2020

---

# RECONSIDERATION ISSUES

**Since you last told us about your medical conditions, has there been any CHANGE (for better or worse) in your physical or mental conditions?**

Yes

**Approximate date the change occurred:** continues

**Claimant-supplied Information:**
Type 1 diabetes, Hyperlipidemia, MDD and idiopathic peripheral autonomic neuropathy continue to affect clmt

**Since you last told us about your medical conditions, do you have any NEW physical or mental conditions?**

No

**Does the prior determination substantively and technically resolve all pertinant adjudicative issues?**

No

**Has the individual worked since last completing a disability report?**

No

**Prior Electronic Filings**

There are no prior electronic filings.

**Alleged Onset Date:**

05/08/2020

**Has the individual performed work after the Alleged Onset Date(AOD)?**

No

**Has any period(s) of work been determined to be an unsuccessful work attempt, or involved subsidies/special conditions, impairment-related work expenses, or other technical issue(s)?**

No

---

# EVIDENCE OF RECORD

## The following reconsideration evidence has been received

| | |
|---|---|
| **Source of Evidence** | BLOUNT MEMORIAL FAMILY CARE |
| **EF Received** | 11/08/2021 |
| **Medical Opinion** | No |
| **Evidence Type** | MER |
| **Level** | Reconsideration |

| | |
|---|---|
| **Source of Evidence** | LARRY PALMER |
| **EF Received** | 11/06/2021 |
| **Medical Opinion** | Yes |

| | |
|---|---|
| **Evidence Type** | CE Rprt |
| **Level** | Reconsideration |
| **Opinion** | 1 of 1 |
| **Source Name** | LARRY PALMER |
| **Medical Opinion Date** | 11/04/2021 |
| **Is the Medical Opinion from an Acceptable Medical Source** | Yes |

**Document Medical Opinion**

General information, word knowledge and vocabulary appear to be average. Reasoning, problem solving and planning skills appear to be average. Abstract reasoning and critical thinking skills appear to be average. Judgment and insight appear to be average. CONCEPTUAL DOMAIN: Language and communication skills appear to be average. The claimant can understand and use adequate word skills to convey information from one person to another, understand others, to express one's self through words or action and engage in meaningful communication. The rate of conversation and responding is average. The claimant can perform average reading, writing and math skills. Reasoning and critical thinking skills appear to be average for age. Immediate, short term and long-term memory appears to be average for age. SOCIAL DOMAIN: Social judgment and empathy appear to be average. The claimant's interpersonal and social skills appear to be average. The claimant's ability to make friends, develop relationships and retain friendships with same age peers appears to be average. His ability to relate to adult authority figures and understand, respect and comply with social rules, customs, and standards of public behavior appears to be good. It appears the claimant would have no difficulty interacting with the general public in a work setting should his health improve. PRACTICAL DOMAIN: The claimant appears to have average self-management life skills. The claimant is able to make age-appropriate decisions regarding basic responsibilities of personal care. The claimant can manage money and financial responsibilities. The claimant is able to perform some daily responsibilities and work tasks. The claimant's ability to manage personal and home task skills and manage time and schedules appears to be average.

| | |
|---|---|
| **Source of Evidence** | BLOUNT MEMORIAL FAMILY CARE |
| **EF Received** | 10/31/2021 |
| **Medical Opinion** | No |
| **Evidence Type** | MER |
| **Level** | Reconsideration |

| | |
|---|---|
| **Source of Evidence** | KNOXVILLE SERVICES LLC |
| **EF Received** | 10/22/2021 |
| **Medical Opinion** | No |
| **Evidence Type** | CE Rprt |
| **Level** | Reconsideration |

| | |
|---|---|
| **Source of Evidence** | Unknown Name |

| | |
|---|---|
| EF Received | 10/01/2021 |
| Medical Opinion | No Evidence |
| Evidence Type | 5002 ROC |
| Level | Reconsideration |

| | |
|---|---|
| Source of Evidence | BLOUNT MEMORIAL FAMILY CARE |
| EF Received | 07/22/2021 |
| Medical Opinion | No |
| Evidence Type | MER |
| Level | Reconsideration |

## The following initial evidence has been received

| | |
|---|---|
| Source of Evidence | CUMBERLAND MEDICAL EVALUATION |
| EF Received | 03/12/2021 |
| Medical Opinion | Yes |
| Evidence Type | CE Rprt |
| Level | Initial |
| **Opinion** | 1 of 1 |
| **Source Name** | CUMBERLAND MEDICAL EVALUATION |
| **Medical Opinion Date** | 03/09/2021 |
| **Is the Medical Opinion from an Acceptable Medical Source** | Yes |

**Document Medical Opinion**

SEE RFC

| | |
|---|---|
| Source of Evidence | Michael Gilmore |
| EF Received | 01/27/2021 |
| Medical Opinion | No |
| Evidence Type | 3373-Funct Rprt-Adult |
| Level | Initial |

| | |
|---|---|
| Source of Evidence | Michael Gilmore |
| EF Received | 01/27/2021 |

| | |
|---|---|
| **Medical Opinion** | No |
| **Evidence Type** | 3369-Work Hx |
| **Level** | Initial |

| | |
|---|---|
| **Source of Evidence** | BLOUNT MEMORIAL FAMILY CARE |
| **EF Received** | 01/19/2021 |
| **Medical Opinion** | No |
| **Evidence Type** | MER |
| **Level** | Initial |

## The following evidence has been requested:

| Source of Evidence | EF Request Date | Level |
|---|---|---|
| BLOUNT MEMORIAL FAMILY CARE | 11/02/2021 | Reconsideration |
| BLOUNT MEMORIAL FAMILY CARE | 10/07/2021 | Reconsideration |
| BLOUNT MEMORIAL FAMILY CARE | 07/06/2021 | Reconsideration |
| Sean P Sullivan | 04/26/2021 | Initial |
| Michael Gilmore | 01/15/2021 | Initial |

---

# CLAIM COMMUNICATIONS

**Claimant**

**Subject:** updates

**Details:**
Left rep and clmt message.

**Signature:**

*Lorene Henderson* 11/10/2021

**Claimant**

**Subject:** CE

**Details:**
Left claimant VM message informing him of upcoming CE appointment.

**Signature:**

*Lorene Henderson* 08/13/2021

**Authorized Rep**

**Subject:** CE appointments

**Details:**
Spoke with Beth from rep's informing claimant will not keep his appointment due to a family emergency.

At this time informed Beth of 11/04/2021 appointment/all details of exam given. Also explained to her if claimant misses 1 more appointment for any reason a decision will be made with evidence already in file. She stated she would informed claimant of all information received today.

**Signature:**

*Lorene Henderson* 09/27/2021

**Claimant**

**Subject:** CE APPT

**Details:**
Left claimant VM message informing him of rescheduled appointment.

Spoke with Beth from rep's office. She stated she would contact claimant about upcoming appointment. She reported claimant has been back to Blount Memorial Family Care.

**Signature:**

*Lorene Henderson* 10/07/2021

**Claimant**

**Subject:** CE

**Details:**
Left claimant appointment reminder for 10/18/2021 appointment

Spoke with claimant 3rd party, Lori. All details of appointment given. She stated she would give claimant message.

**Signature:**

*Lorene Henderson* 10/14/2021

---

## CONSULTATIVE EXAMINATION(S) (CE)

**Is a CE(s) required?**

Yes

**Select the reason(s) for which a CE(s) is required:**
The evidence as a whole, both medical and non-medical, is not sufficient to support a decision on the claim.

**Was the individual's medical source(s) contacted to perform the CE(s)?**
Yes

**Indicate which of the following apply:**
The individual's medical source(s) performed the CE(s)

**Were all of the CE(s) kept?**

Yes

---

# FINDINGS OF FACT AND ANALYSIS OF EVIDENCE

**Reconsideration Analysis**

BLOUNT MEMORIAL FAMILY CARE
05/11/2020--NCS reveal moderate sensorimotor polyneuropathy, no evidence of bilateral lumbar radiculopathy

03/30/2021--c/o numbness in feet and hand

CUMBERLAND MEDICAL EVALUATION
03/09/2021
normal station and gait, normal toe/heel walking, sensory exam remarkable for a stocking and glove pattern of distal sensation loss in both lower extremities, CN intact

DXs-diabetic peripheral neuropathy, chronic back and shoulder pain

COVENANT HEALTH
10/18/2021
LS x-ray reveals mild spondylosis
x-ray of shoulder reveals no fracture or abnormalities
x-ray of ankle reveals heel spur
x-ray of hip reveals no significant boney abnormality

BLOUNT MEMORIAL FAMILY CARE
04/14/2021--affect is normal and positive
DXs-depression

DR. PALMER
11/04/2021
appeared able to understand questions and engage in conversation w/o difficulties, speech good, good eye contact, good cooperation, seemed to have average emotional energy, attention and focus were good, denied SI, oriented x3, knew DOB/SSN/address, no evidence of confusion or disorientation, no evidence of cognitive confusion or psychotic behavior/thinking, able to keep focus, no hallucinations, insight/judgment good, affect was appropriate, mood was normal, no agitation, anger, distrust, irritability; fund of general knowledge average, knew presidents, knew capitol of TN & US, able to repeat 6 digits forward, 4 digits backward, immediately repeat 3/3, repeat 3/3 after a span of 5 minutes, could remember what he did yesterday, could remember what he had dinner yesterday, appeared to have a good long-term memory of recall, no evidence of confusion or recalling of life events and factual information, perform simple addition/subtraction math problems, can perform simple multiplication/division problems, average range of general intelligence
no MDI

---

# 416 - MEDICAL EVALUATION

No 416-Medical Evaluation have been associated with this claim.

---

# MEDICALLY DETERMINABLE IMPAIRMENTS

# AND SEVERITY (MDI)

**ADULT MEDICALLY DETERMINABLE IMPAIRMENTS (MDI)**

**Does the individual have one or more medically determinable impairments?**

Yes

| IMPAIRMENT | PRIORITY | SEVERITY |
|---|---|---|
| 3570 - Peripheral Neuropathy | Primary | Severe |
| 7240 - Disorders of the Skeletal Spine | Secondary | Severe |
| 7160 - Abnormality of a Major Joint(s) in Any Extremity | Other | Severe |
| 2960 - Depressive, Bipolar and Related Disorders | Other | Non Severe |

**PSYCHIATRIC REVIEW TECHNIQUE (PRT)**

**PRT1**

**Indicate whether this Psychiatric Review Technique (PRT) assessment is for:**

Current Evaluation

**'A' CRITERIA OF THE LISTINGS**

**12.04-Depressive, Bipolar, and Related Disorders**
A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

**'B' CRITERIA OF THE LISTINGS**

12.04-Depressive, Bipolar, and Related Disorders

**Understand, remember, or apply information:** None
**Interact with others:** None
**Concentrate, persist, or maintain pace:** None
**Adapt or manage oneself:** Mild

**'C' CRITERIA OF THE LISTINGS**

Evidence does not establish the presence of the "C Criteria"

**PRT - ADDITIONAL EXPLANATION**

Clmt is a 51 yom, w/ 12th grade education, who is formally alleging physical conditions as well as depression, with AOD of 05/08/20 and DLI of 12/31/24. FO had no contact w/ clmt at either initial or recon levels. No prior claim evident. At initial level, a mental rating is IE, per rating by Dr Calway-Fagen on 04/20/21. At recon, clmt alleged change in conditions including MDD, but alleged no new conditions. He alleged additional Tx for physical and mental, and listed among his current medicaions sertraline rxd via Dr Barber at Blount Mem Fam Care. He alleged change in activities: "clmt's disabling conditions continue to limit their daily activities." See FOFAE for summary of MER.

New MER at recon:

Blount Mem Fam Care. Barber DO.
---09/08/21. PM Hx includes depression. Active meds include sertraline 100 mg.
---04/14/21. Assessments include depression, unspecified. Will try reducing dose to half tab of 100 mg Zoloft d/t suspicion of SE.
---03/31/21. {M Hx includes depression, and active meds include sertraline 100 mg. Exam: alert, with normal/positive affect and NAD.
---01/20/21. PM Hx includes depression. Active meds include Zoloft 100 mg. Exam: alert, with normal and positive affect, NAD.

PY CE. Palmer PhD. 11/04/21.
---DX: No mental health impairment suspected.
---Mental allegations include depression. He lists multiple physical allegations.
---Clmt stated he can no longer work b/c he could not do job duties: chronic pain. he arrived early for exam, drove self, has current DL. He did not appear to have behavioral issues, and beh appeared appropriate. He appeared able to understand questions and was able to engage in conversation w/out difficulty. Speech was normal with above average rate. He was very verbal and had to be interrupted to complete interview. He was polite/friendly, with good attitude and good EC. Cooperation appeared good and he was able to understand and answer questions w/out diffiuclty. Gave good effort, seemed to have average emotional energy, and his attention and focus were good.
---Clmt reported no current psych treatment and no hx of psych admissions. There is a hx of impulsive behavior, anger management issues, high risk beh or getting into fights. Never attended anger management classes. Denied SI or suicidal beh.
---Current medicaions include sertraline. He manages his own meds.
--- He graduated HS, made above average grades, no hx of beh pxs causing suspension. Liked school, had good friends, participated in school sports. Work wise, his first job was construction at age 18. Over the hears he worked at international Paper, as machine operator, and also as team manager and worked also at Dow. Stopped working b/c he could not perform job duties d/t chronic pain. states health programs prevent him from working now. Has no hx of legal charges. Reported hx of alcohol abuse and abuse of illegal drugs such as cannabis. Did not report abuse of rx meds. No hx of treatment for substance abuse. Current use of alcohol is occasional and smokes cannabis.
---Average day: lets dogs out, takes meds, lays down for 2-3 hours, eats meals, does laundry.
---MSE: Oriented, no evidence of confusion, no evidence of cognitive confusion or psychotic beh, thinking, perceptions. Comments were appropriate to topic, and he appeared able to keep on focus and move through interview with no difficulty. Thoughts appropriate, no report of AVH, I/J appeared good. Mood normal with appropriate affect. Reported mood as "a lot of pain." appeared to have average emotional energy, and did laugh/smile during interview. Showed no agitation, anger, distrust, or irritability. Did not appear sad or demonstrate any inappropriate emotions. Did not have difficulty maintaining focus/concentration or staying on task. Psychomotor beh was average. Verbal comprehension and expression were intact and unremarkable. FOK average. Named current president and 3/3 prev presidents. Digits: 6F/4B. Recalled 3/3 after five mins. Memory functions appeared intact. Can read newspaper and menu, can perform simple arithmetic tasks. Estimated general intelligence is average. Demoed current SI or intent. Reported hx of SI but no attempts. Family motivates him to live. Denied plans to harm others.
---ADLs: handles PC, perform hh cleaning chores including laundry/dishes. Cooks and can use stove/microwave and make simple meals as well. Drives, shops for groceries online and picks

up. Shops in some stores. Generally, stays home. Does not spend time w/friends outside fam d/t COVID. Gets along well w/ others; does not desire to be around crowds. Does not currently attend church b/c of COVID. Sometimes goes out to eat . handles finances, pays bills. Has medical insurance. Receives disability payments from his job.
---MO: no mental health impairment suspected in u/r, c/p/p, social interactions, or adaptability. Capable.

MER at initial:

Physical CE. Speech and mental status are grossly intact.

3373: Conditions limiting ability to work are physical/pain. Needs no reminders for pc/meds. Can prepare quick meals, limited by pain. Helps with light hh chores. Goes out alone, drives, shops by phone/computer, manages finances, engages interpersonally by phone, texting, and video chat. Once a week average. Goes nowhere on reg basis d/t covid and pain. needs no reminders or accompaniment. No pxs getting along w/ fam/friends. Does not check, on Q20/a, any mental, social, or cognitive functioning items. Checks conditions affect only physical functions. Pays attention 10 mins. Follows instructions ok and has no pxs getting along w/ authority. No hx of job loss d/t pxs getting along. Handles stress/change "not very well." Fear of falling d/t pain and nerve damage in feet.

IMP: Clmt formally alleges depression. Initial mental decision was IE. At recon, clmt alleges conditions continue to affect him. He alleges no new condition, but reports additional Tx for mental and lists sertraline among current meds. MER from Barber DO at Blount Mem Fam Care documents dx of depression treated w/ sertraline. Clmt reported at PY CE he has no hx of formal MH care or psych admissions, and file does not document referral to psych practitioner. At PY CE with Dr Palmer, diagnostic conclusion is "No mental health impairment suspected." Clmt stated at PY CE his ability to work is limited by health conditions. MSE at PY CE is intact and unremarkable. ADLs support no more than minimal to possibly mild limtiations d/t psych factors.

MER establishes MDI of affective d/o, per MER from PCP Barber DO. MDI could reasonably be expected to produce the alleged symptoms. Clmt's statements are generally substantiated by medical evidence but impose no greater than minimal to possibly mild limtiations. Per self-reported ADLs, clmt retains the ability to perform a range of daily activities requiring basically intact basically intact psychological, cognitive, and social fxing. Clmt is able to prep simple meals, perform hh chores as physical allows, go out alone, drive, shop, use computer, manage finances, and follow instructions. He does report diffiuclty handling stress/change.

PY CE MSO is based on a recent exam, and appears generally congruent w/ exam findings, ADLs, and other albeit limited mental findings in file. Thus, the opinion is considered consistent w/ the evidence and supportable. However, clmt reported hx of abuse of alcohol and illegal drugs and continues to use cannabis; given this report, capability may be questionable.

Benefit of doubt given to clmt's report of difficulty handling stress/change, and mild limitations are accorded to adaptation.

Considering all evidence, mental impairment imposes no more than minimal to mild limitations w/ respect to work-related activities.

Capable per PYCE and no substance use diagnosis is evident in file; however, given report of hx of substance abuse, and report of ongoing use of cannabis, assistance with funds management may be indicated if awarded.

With reconsideration, mental is NON-SEVERE.

These findings complete the medical portion of the disability determination.

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Lincoln Financial Group
Lincoln National Life
Insurance Company

Claim: 10419522
Claim Type: LTD
Payee Type: OTH
Payee: MICHAEL GILMORE

Customer: THE DOW CHEMICAL COMPANY
Subsidiary: ROHM & HAAS CHEMICALS LLC
Employee: MICHAEL F GILMORE

0000

Policy Number: GF3-840-437693-01
Pmt Period: 12/09/21 - 11/08/22
Pmt Date: 12/23/22
Check #: 27865561

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 40.48 | $ 0.00 | $ 0.00 | $ 40.48 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 40.48 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

MEMO:****REFUND DUE TO DEDUCTION AMOUNT UPDATED

Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 40.48 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 40.48 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Gilmore 1041**

# Calculation Worksheet

**Claimant Name:** Michael Gilmore **Customer: THE DOW CHEMICAL COMPANY**

**Claim Number (s): 10419522**

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 12/9/2021 | From Date | 12/9/2021 |
| Thru Date | 11/8/2022 | Thru Date | 11/8/2022 |
| Total | $50,991.71 | Total | $51,032.19 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Overpayment Amount: | $0.00 |
| Underpayment Amount: | -$40.48 |
| Tax Aging: | $58.98 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 105798529 | 0 | 12/9/2021 | 1/8/2022 | 1/3/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| 10419522 | 106036017 | 0 | 1/9/2022 | 2/8/2022 | 2/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 476.07 | $ 4,632.04 |
| 10419522 | 105945827 | 0 | 1/21/2022 | 1/21/2022 | 1/21/2022 | $ 18.50 | $ - | $ 18.50 | $ - | $ 18.50 |
| 10419522 | 106253406 | 0 | 2/9/2022 | 3/8/2022 | 3/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 106490077 | 0 | 3/9/2022 | 4/8/2022 | 4/4/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 106702064 | 0 | 4/9/2022 | 5/8/2022 | 5/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 106942915 | 0 | 5/9/2022 | 6/8/2022 | 6/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107183113 | 0 | 6/9/2022 | 7/8/2022 | 7/4/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107411669 | 0 | 7/9/2022 | 8/8/2022 | 8/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107657672 | 0 | 8/9/2022 | 9/8/2022 | 9/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 107887021 | 0 | 9/9/2022 | 10/8/2022 | 10/3/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| 10419522 | 108129821 | 0 | 10/9/2022 | 11/8/2022 | 11/2/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 472.50 | $ 4,635.61 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $56,207.71 | $0.00 | $56,207.71 | $5,216.00 | $50,991.71 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 105798529 | 0 | 12/9/2021 | 1/8/2022 | 1/3/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 465.25 | $ 4,642.86 | $ (22.18) |
| 10419522 | 106036017 | 0 | 1/9/2022 | 2/8/2022 | 2/2/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 472.39 | $ 4,635.72 | $ (3.68) |
| 10419522 | 105945827 | 0 | 1/21/2022 | 1/21/2022 | 1/21/2022 | $ - | | | $0.00 | $ - | $ - | $ - | $ 18.50 |
| 10419522 | 106253406 | 0 | 2/9/2022 | 3/8/2022 | 3/2/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.82 | $ 4,639.29 | $ (3.68) |
| 10419522 | 106490077 | 0 | 3/9/2022 | 4/8/2022 | 4/4/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.82 | $ 4,639.29 | $ (3.68) |
| 10419522 | 106702064 | 0 | 4/9/2022 | 5/8/2022 | 5/2/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.82 | $ 4,639.29 | $ (3.68) |
| 10419522 | 106942915 | 0 | 5/9/2022 | 6/8/2022 | 6/2/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.82 | $ 4,639.29 | $ (3.68) |
| 10419522 | 107183113 | 0 | 6/9/2022 | 7/8/2022 | 7/4/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.82 | $ 4,639.29 | $ (3.68) |
| 10419522 | 107411669 | 0 | 7/9/2022 | 8/8/2022 | 8/2/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.82 | $ 4,639.29 | $ (3.68) |
| 10419522 | 107657672 | 0 | 8/9/2022 | 9/8/2022 | 9/2/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.82 | $ 4,639.29 | $ (3.68) |
| 10419522 | 107887021 | 0 | 9/9/2022 | 10/8/2022 | 10/3/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.82 | $ 4,639.29 | $ (3.68) |
| 10419522 | 108129821 | 0 | 10/9/2022 | 11/8/2022 | 11/2/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.82 | $ 4,639.29 | $ (3.68) |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $56,189.21 | $0.00 | $0.00 | $0.00 | $56,189.21 | $5,157.02 | $51,032.19 | -$40.48 |

From: LFGNotifications@LFG.com
Sent: Monday, December 12, 2022 9:26:33 AM
To: JOHN@FARMERDREISER.COM;
CC:
BCC:
Subject: [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore
Attachments: eyqltzs0dcqutmhesnf3_14164889.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 12, 2022

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Mr. Michael Gilmore's claim for LTD benefits under the Policy.

The purpose of this letter is to follow up on our September 7, 2022 Intent to Appeal Acknowledgement Letter sent to you. We are reaching out to follow up regarding the Intent to Appeal Notice which was received on August 31, 2022.

We understand that you are in the process of gathering information to submit with the formal request for review. Since no appeal has yet been submitted, the claim remains denied with no additional review completed. The claim will not be forwarded to Lincoln's Claims Resolution Unit at this time.

As set forth in the closure letter issued on August 17, 2022, Mr. Gilmore has a maximum of 180 days to submit a written request for review. The 180 day appeal deadline is from the later of the date of the letter or the approved through date, which is November 8, 2022; therefore, the appeal deadline is May 6, 2023. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than **May 6, 2023**.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

The Lincoln National Life Insurance Company
Attn: Claim Resolution Services
Disability and Life Claims

PO Box 2578
Omaha, NE 68172-9688

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®
Lincoln National Life Insurance Company

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Claim: 10419522
Claim Type: LTD
Payee Type: EMP

Customer: THE DOW CHEMICAL COMPANY
Subsidiary: ROHM & HAAS CHEMICALS LLC
Employee: MICHAEL F GILMORE

Policy Number: GF3-840-437693-01
Pmt Period: 10/09/22 - 11/08/22
Pmt Date: 11/02/22
Check #: 108129821

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 5108.11 | $ 0.00 | $ 0.00 | $ 5108.11 | $ 0.00 | $ 300.00 | $ 0.00 | $ 172.50 | $ 4635.61 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEPENDENT LIFE PREM | 10/09/22 | 11/08/22 | $ 14.96 | DNPR | 10/09/22 | 11/08/22 | $ 22.00 |
| LFPR | 10/09/22 | 11/08/22 | $ 11.96 | MEDICAL PREMIUM | 10/09/22 | 11/08/22 | $ 104.00 |
| VISION PREMIUM | 10/09/22 | 11/08/22 | $ 19.58 | | | | |

Subtotal Deduction $ 172.50

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 172.50

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: | $ 5108.11 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: $ 0.00 |
| Federal Taxable Wages: | $ 5108.11 | | Federal Withholding: $ 300.00 |
| State Taxable Wages: | $ 0.00 | Employee State: TN | State Withholding: $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Gilmore 1046**

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Lincoln Financial Group®
Lincoln National Life Insurance Company

Claim: 10419522
Claim Type: LTD
Payee Type: EMP

Customer: THE DOW CHEMICAL COMPANY
Subsidiary: ROHM & HAAS CHEMICALS LLC
Employee: MICHAEL F GILMORE

Policy Number: GF3-840-437693-01
Pmt Period: 09/09/22 - 10/08/22
Pmt Date: 10/03/22
Check #: 107887021

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 5108.11 | $ 0.00 | $ 0.00 | $ 5108.11 | $ 0.00 | $ 300.00 | $ 0.00 | $ 172.50 | $ 4635.61 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| DEPENDENT LIFE PREM | 09/09/22 | 10/08/22 | $ 14.96 | DNPR | 09/09/22 | 10/08/22 | $ 22.00 |
| LFPR | 09/09/22 | 10/08/22 | $ 11.96 | MEDICAL PREMIUM | 09/09/22 | 10/08/22 | $ 104.00 |
| VISION PREMIUM | 09/09/22 | 10/08/22 | $ 19.58 | | | | |

Subtotal Deduction $ 172.50

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 172.50

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: | $ 5108.11 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: $ 0.00 |
| Federal Taxable Wages: | $ 5108.11 | | Federal Withholding: $ 300.00 |
| State Taxable Wages: | $ 0.00 | Employee State: TN | State Withholding: $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Gilmore 1047**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

JOHN DREISER
LAW FIRM OF TONY FARMER & JOHN DREISER
1356 PAPERMILL POINT WAY
KNOXVILLE TN 37909

**Lincoln/Gilmore 1048**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 7, 2022

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Michael Gilmore's claim for LTD benefits under the Policy.

Per Mr. Gilmore's August 31, 2022 request for relevant claim documentation, we have enclosed the following information:

- The Dow Chemical Company's Long Term Disability (LTD) Policy
- A complete copy of our claim file

If Mr. Gilmore has any questions regarding this information, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

# CRAIG H. ROSENBERG, MD

---

## EDUCATION:

**S.U.N.Y. at Stony Brook**
Stony Brook, New York
Bachelor of Science
September 1972 to May 1976

**AUTONOMOUS UNIVERSITY OF GUADALAJARA, SCHOOL OF MEDICINE**
Guadalajara, Mexico
Physician and Surgeon
January 1978 to December 1981
Honors: Highest Academic Achievement, December 1979
Activities: Our Lady of Mercy Clinic, Guadalajara, Mexico
Volunteered Clinical Services
January 1978 to December 1981

**DOWNSTATE MEDICAL SCHOOL**
Long Island College Hospital
Brooklyn, New York
Fifth Pathway Program
January 1981 to December 1982

## POST GRADUATE TRAINING:

### RESIDENCY:

**New York University School of Medicine – Rusk Institute of Rehabilitation Medicine**
New York, New York
Department of Physical Medicine & Rehabilitation
January 1983 to December 1985

**Chief Resident**
Bellevue Hospital Center
October 1985 to November 1985

**Chief Resident**
Goldwater Memorial Hospital
January 1985 to March 1985

### POST RESIDENCY TRAINING:

**Medical College of Wisconsin**
Advanced Coursework in Public Health and Occupational Medicine
Milwaukee, Wisconsin
August 1995 to November 1996

## LICENSURE:

New York State License#: 153525 – March 11, 1983
Connecticut License# 039944 – October 18, 2001
New York State License to practice Acupuncture – June 2002
New York State Workers' Compensation Rating – CPMR

## BOARD CERTIFICATION:

American Board of Physical Medicine & Rehabilitation – May 1987
American Board of Independent Medical Examiners – January 1998

## MEDICAL SCHOOL APPOINTMENTS:

**Hofstra Northwell School of Medicine**
Clinical Assistant Professor
Department of Physical Medicine & Rehabilitation
Hempstead, New York
September 2018 to Present

**Hofstra Northwell School of Medicine**
Assistant Professor
Department of Physical Medicine & Rehabilitation
Hempstead, New York
April 2010 to August 2018

**State University of New York At Stony Brook**
Clinical Assistant Professor
Department of Physical Medicine & Rehabilitation
Stony Brook, New York
March 1995 to August 2015

**Albert Einstein College of Medicine**
Assistant Clinical Professor of Rehabilitation Medicine
Bronx, New York
December 1993 to March 1996

**New York University School of Medicine**
Clinical Assistant Professor
Department of Rehabilitation Medicine
August 1995 to March 2010

**New York University School of Medicine**
Clinical Instructor
Department of Rehabilitation Medicine
New York, New York
January 1986 to August 1995

**Lincoln/Gilmore 1051**

**ADMINISTRATIVE APPOINTMENTS AND POSITIONS:**

**Northwell Health**
Director of Rehabilitation Strategic Initiatives, Eastern Region
Long Island, New York
August 2015 to August 2018

**Northwell Health Glen Cove Hospital**
Acting Chairman of Rehabilitation Medicine
Glen Cove, New York
October 2017 to August 2018

**Northwell Health Southside Hospital**
Chairman of Rehabilitation Medicine
Bay Shore, New York
January 2003 to August 2018

**St. Vincent Catholic Medical Centers of New York – Brooklyn & Queens Region**
Regional Chairman, Physical Medicine and Rehabilitation
Queens, New York
August 1999 to December 2006

**Catholic Health Services of Long Island**
Systemwide Medical Director of Rehabilitation Medicine Services
Melville, New York
June 1999 to December 2001

**John T. Mather Memorial Hospital**
Medical Director of Rehabilitation Medicine
Port Jefferson, New York
January 1997 to December 2001

**St. Charles Hospital & Rehabilitation Center**
Medical Director of Occupational Medicine
Port Jefferson, New York
September 1996 to December 2001

**St. Charles Hospital & Rehabilitation Center**
Director of Rehabilitation Medicine
Department of Physical Medicine & Rehabilitation
Port Jefferson, New York
April 1994 to December 2001

**Mary Immaculate Hospital (Catholic Medical Center)**
Acting Medical Director
Department of Rehabilitation Medicine
Jamaica, New York
July 1991 to March 1994

**St. Joseph's Hospital (Catholic Medical Center)**

Medical Director
Department of Rehabilitation Medicine
Flushing, New York
September 1988 to March 1994

**Jamaica Hospital Medical Center**
Chairman, Medical Director and Director of Electrodiagnostic Medicine
Department of Physical Medicine & Rehabilitation
November 1987 to April 1994

**Rusk Institute of Rehabilitation Medicine at New York University Medical Center**
Acting Clinical Director
Department of Physical Medicine & Rehabilitation
New York, New York
July 1986 to August 1986.

## TEACHING APPOINTMENTS AND POSITIONS:

**Northwell Health Glen Cove Hospital**
Site Coordinator
Northwell Health PM&R Residency Training Program
Bay Shore, New York
October 2016 to August 2018

**Northwell Health Southside Hospital**
Site Coordinator
Northwell Health PM&R Residency Training Program
Bay Shore, New York
January 2003 to August 2018

**St. Vincent Catholic Medical Centers of New York – Brooklyn & Queens Region**
Site Coordinator
Long Island Jewish Medical Center PM&R Residency Training Program
Jamaica, New York
August 1999 to December 2006

**State University of New York at Stony Brook**
Medical Student Advisor
Physical Medicine and Rehabilitation
School of Medicine
Stony Brook, New York
January 1997 to December 2001

**State University of New York at Stony Brook School of Medicine**
Residency Program Director (and Founder)
University Physical Medicine and Rehabilitation Residency Training Program
Stony Brook, New York
September 1996 to December 2001

## CLINICAL PRACTICE AND HOSPITAL APPOINTMENTS:

**Rehabilitation Medicine Associates, P.C.**
Private Practice
Glen Cove, New York
09/01/2018 to present

**Northwell Health Glen Cove Hospital**
Attending Physician
Long Island, New York
2015 to present

**Northwell Health Physician Partners**
Attending Physician
Long Island, New York
09/01/2015 to 08/31/2018

**Northwell Health Huntington Hospital**
Attending Physician
Long Island, New York
2015 to 2019

**Northwell Health Plainview Hospital and Syosset Hospital**
Attending Physician
Long Island, New York
2015 to 2018

**Rehabilitation Medicine Associates, P.C.**
Private Clinical Practice
Bay Shore, New York
01/02/2003 to 08/31/2015

**St. John's Hospital, Caritas Health System**
Attending Physician
Queens, New York
January 2007 to December 2007

**Northwell Health Southside Hospital**
Attending Physician
Bay Shore, New York
January 2003 to present

**St. Vincent Catholic Medical Centers, Brooklyn and Queens Region**
Attending Physician
Jamaica, New York
August 1999 to December 2006

**Mercy Medical Center**
Assistant Attending Physician
Rockville Centre, New York

March 1999 to December 2001

**St. Francis Hospital – The Heart Center**
Assistant Attending Physician
Roslyn, New York
June 1995 to December 2001

**Astoria General Hospital (Mount Sinai of Western Queens Hospital)**
Assistant Attending Physician
Department of Rehabilitation Medicine
Astoria, New York
June 1992 to June 1996

**Long Island Jewish Medical Center**
Adjunct Faculty and Assistant Attending Physician
Department of Physical Medicine and Rehabilitation
New Hyde Park, New York
June 1992 to March 1996

**Jamaica Hospital Medical Center**
Attending Physician
Jamaica, New York
November 1986 to April 1994

**Catholic Medical Centers of Brooklyn and Queens**
Attending Physician
Jamaica, New York
July 1986 to March 1994

**New York University Medical Center-Rusk Institute of Rehabilitation Medicine**
Assistant Attending Physician
Department of Physical Medicine & Rehabilitation
New York, New York
January 1986 to March 2010

**Bellevue Hospital Center**
Assistant Attending Physician
Department of Physical Medicine & Rehabilitation
New York, New York
January 1986 to December 1988

## OTHER APPOINTMENTS AND POSITIONS:

**Chairman, Board of Trustees**
Physicians' Reciprocal Insurers
Roslyn, New York, June 2020 to present

**Independent Consulting Physician**
Lincoln Financial Group
Hartford, CT, November 2019 to present

**Board Member and Trustee**
Physicians' Reciprocal Insurers
Roslyn, New York, June 2018 to June 2020

**Impartial Specialist**
State of New York Workers' Compensation Board
New York, April 10, 2013 to present

**Injury Prevention Services**
Actors Equity and the Broadway League
New York, New York, September 2008 – April 2010

**Medical Expert Reviewer**
Physicians' Reciprocal Insurers
Roslyn, New York, January 2002 – April 2019

**Physician Arbitrator**
Medscope (Medical) Arbitration Services
Suffolk County Police Department - January 1995 to December 2001; January 2003 to Present
Suffolk County Sheriff's Department - January 1995 to December 2001; January 2003 to Present
Suffolk County Civil Services- January 1995 to December 2001; January 2003 to Present
Suffolk County Water Authority - January 1995 to December 2001; January 2003 to December 2008
Westchester County Department of Corrections - October 2000 to Present
Nassau County Sheriff's Department - January 2004 to Present
Westchester County Police Department - November 2006 to Present
Nassau County Police Department, Superior Officers – January 2008 to Present
Riverhead Police Department – February 2008 to Present
Port Washington Police Department – May 2010 to Present
Poughkeepsie Police Department – March 2019 to Present
Orangetown Police Department – November 2010 to Present
East Hampton Town Police – November 2012 to Present

**Trustee**
Police Surgeons Benevolent Association of New York
Dix Hills, New York
January 1998 to Present

**President and Medical Director**
Rehabilitation Medicine Associates, P.C.
Islip, New York
January 1991 to present

**Consultant**
New York City Department of Sanitation
Physical Medicine & Rehabilitation
November 1987 to December 1990

## COMMITTEE ASSIGNMENTS:

**Hofstra Northwell School of Medicine**
Faculty Council
Hempstead, New York
April 2011 to June 2015

**Glen Cove Hospital**
Glen Cove, New York

Member, Hospitalwide Quality Improvement Committee
October 2017 to August 2018

Member, Medical Board
September 2015 to August 2018

Chair, Department of Rehabilitation Medicine Quality Improvement Committee
October 2017 to August 2018

**Southside Hospital**
Bay Shore, New York

Member, Hospitalwide Quality Improvement Committee
January 2011 to September 2017

Member, Medical Board
June 2005 to September 2017

Chair, Department of Rehabilitation Medicine Quality Improvement Committee
January 2004 to September 2017

**Northwell Health**
New Hyde Park, New York

Member Eastern Region Strategy for Rehabilitation Services Workgroup
Leader of Care Model Development Workgroup
April 2017 to August 2018.

Member Governing Board, Interdisciplinary Spine Center Development Team
May 2012 to 2015.

Member, Systemwide Rehabilitation Leadership Committee
November 2005 to Present

Co-Chair, Systemwide Neurorehabilitation Committee
January 2005 to 2010.

Co-Chair, Systemwide Occupational Ergonomics and Safety Committee
November 2004 to December 2009

Member, Systemwide Rehabilitation Medicine Quality Improvement Committee
May 2003 to October 2005

Member, Systemwide Rehabilitation Administrative Planning Committee
January 2003 to November 2005

**Catholic Health Services of Long Island**
Melville, New York

Member, Information Technology Committee
November 2000 to December 2001

Member, Board of Trustees Strategic Planning Committee
Physician Integration, Geriatrics, Post-Acute Care, Palliative Care & Strategic Rapid Designs
January 1998 to December 2000

Co-Chairperson, System Rehabilitation Signature Service (Development & Implementation)
November 1998 to December 2001

**St. Charles Hospital & Rehabilitation Center**
Port Jefferson, New York

Member, Board of Trustees C.E.O. Selection Committee
May 2000 to September 2000

Member, Hospitalwide Performance Improvement Committee
September 1994 to December 2001

Member, Medical Board
May 1994 to December 2001

Member, Board of Trustees Strategic Planning Committee
May 1994 to December 2001

Chair, Rehabilitation Process Improvement Committee
May 1994 to December 2001

**St. Vincent Catholic Medical Centers, Brooklyn-Queens Region**
Brooklyn-Queens, New York

Member, Regional Medical Board
January 2003 to December 2006

Member, Divisional Executive Committees
August 1999 to December 2006

Member, Credentials Committee
August 1999 to December 2006

Member, Regional Quality Assurance Committee
August 2000 to December 2006

**Jamaica Hospital Medical Center**
Jamaica, New York

Member, Quality Assurance Committee
October 1989 to March 1994

Member, Medical Board
October 1989 to March 1994

Member, Utilization Review Committee
January 1989 to December 1991

**St. Joseph's Hospital (Catholic Medical Center)**
Flushing, New York

Member, Quality Assurance Committee
January 1989 to December 1993

**New York University Medical Center**
New York, New York

Faculty Advisor & Organizer
Dept. of Rehabilitation Medicine Sports Medicine Symposium
June 1986 to July 1987

Medical Staff Representative
Medical Staff Section of the American Medical Association
December 1985

**PROFESSIONAL AFFILIATIONS:**

Diplomate, American Academy of Physical Medicine and Rehabilitation
Member, Association of Academic Physiatrists
Fellow, International Academy of Independent Medical Evaluators (formerly AADEP)
Member, American College of Occupational and Environmental Medicine
-Member Work Fitness and Disability Section
Member, American College of Physician Executives
Associate Member, American Association of Electrodiagnostic Medicine
Fellow, American Back Society
Member, New York Society of Physical Medicine & Rehabilitation
Member, New York State Medical Society
Member, Suffolk County Medical Society

**INVITED LECTURES:**

**Lecture – *Introduction to NCV/EMG***
Department of Rehabilitation Medicine, Hofstra Northwell School of Medicine
Uniondale, New York
April 2019

**Grand Rounds Presentation – *Disability Evaluation***
Department of Rehabilitation Medicine, Hofstra Northwell School of Medicine
Uniondale, New York
March 2015

**Grand Rounds Presentation – *Causality and Workplace Injury***
Northwell Health Department of Occupational and Environmental Medicine
Manhasset, New York
December 2013

**Lecture – *Neuroplasticity and New Trends in Brain Injury Rehabilitation***
NS-LIJ Brain Injury Conference
Smithtown, New York
October 2013

**Grand Rounds Presentation – *The Road to CARF Accreditation***
NS-LIJ Department of Rehabilitation Medicine
Manhasset, New York
August 2012

**Lecture - *Recovery Following Brain Injury***
NS-LIJ Cushing Institute Neurology and Neurosurgery Update 2010
Uniondale, New York
November 5, 2010

**Lecture - *Neuroplasticity***
Coma Recovery Association of New York Annual Symposium
Plainview, New York
November 30, 2005

**Lecturer - *Management of Spasticity***
NSUH-LIJ Neurorehabilitation Conference
Manhasset, New York
March 19, 2005

**Lecturer - Complex Regional Pain Syndrome**
New York City Police Surgeons
October 2004

**Guest Lecture - *Pharmacological Interventions to Facilitate Arousal in Coma Patients***
Coma Recovery Association Annual Brain Injury Conference
Plainview, New York
September 12, 2003

**Grand Rounds -** ***The Low Back Pain Dilemma***
New York-Presbyterian Hospital Healthcare System - Department of Rehabilitation Medicine
New York, New York
October 2002

**Grand Rounds –** ***Low Back Pain Assessment***
St. Vincent Catholic Medical Centers Brooklyn Queens Region – Department of Family Practice
Flushing, New York
June 2002

**Grand Rounds -** ***Functional Assessment of the Geriatric Patient***
St. Josephs Hospital – Department of Medicine
Flushing, New York
February 2002

**Grand Rounds -** ***Repetitive Strain Injuries***
Long Island Jewish Hospital. – Department of Rehabilitation Medicine
New Hyde Park, New York
October 2001

**Grand Rounds -** ***Spinal Cord Injury Rehabilitation***
Catholic Medical Center - Department of Orthopedics
Jamaica, New York
May 2001

**Lecture -** ***Repetitive Strain Injuries***
St. Charles Hospital & Rehabilitation Center
Port Jefferson, New York
January 2001

**Grand Rounds -** ***Low Back Pain Diagnosis & Treatment***
St. Vincent Catholic Medical Centers Brooklyn Queens Region - Department of Podiatry
Jamaica, New York
November 2000

**Lecture -** ***Low Back Pain Management***
St. Charles Hospital & Rehabilitation Center
Port Jefferson, New York
April 2000

**Lecture -** ***Evaluation of Functional Deficits in Diabetic Neuropathy & Arthropathy, an Update***
Social Security Disability – Medical Department
Brooklyn, New York
July 1999

**Grand Rounds -** ***Geriatric Functional Assessment***
SUNY Stony Brook – Department of Geriatric Medicine
Stony Brook, New York
April 1999

**Grand Rounds – *Functional Assessment of the Elderly Patient***
Brookhaven Memorial Hospital – Department of Medicine and Family Practice
Patchogue, New York
May 1998

**Lecture - *Diagnostic Testing and Functional Capacity Evaluations***
GENEX Services, Inc.
Melville, New York
June 1997

**Lecture - *Functional Deficits in Diabetic Neuropathy & Arthropathy***
St. Charles Hospital & Rehabilitation Center
Port Jefferson, New York
June 1995

**Lecture - *Evaluation of Functional Deficits in Diabetic Neuropathy & Arthropathy***
Social Security Disability – Medical Department
Brooklyn, New York
July 1995

**Lecture - *Repetitive Strain Injuries***
Fireman's Fund
Melville, New York
May 1994

**Teaching Module - *Prosthetics***
Organizer and Faculty Supervisor
Department of Physical Medicine and Rehabilitation
Long Island Jewish Medical Center
New Hyde Park, New York
February 1994

**Lecture - *Repetitive Strain Injuries***
Symposium on Arthritis sponsored by the Long Island Arthritis Foundation
Melville, New York
June 1993

**Teaching Module - *Traumatic Brain Injury & Spinal Cord Injury***
Organizer and Faculty Supervisor
Department of Physical Medicine and Rehabilitation
Long Island Jewish Medical Center
School of Medicine
New Hyde Park, New York
November 1992 to January 1993

**Symposium - *Repetitive Strain Injuries***
Course Director
Jamaica Hospital Medical Center
Jamaica, New York
June 1992

**Lecture - *Functional Capacity Evaluations***
New York City Police Surgeons
November 1991

**Lecture - *Low Back Pain Injury and Disability Management***
Intracorp
May 1991

**Lecture - *Repetitive Strain Injuries***
National Association of Hispanic Journalists
March 1991

**Lecture - *Low Back Prevention and Safety Proposals***
Northeast Conference of Safety Engineers and Managers
United Parcel Service
January 1987

**Lecture - *Clinical Aspects of Rehabilitation***
Vocational Counselors of the New York State
Division of Social Services
October 1985

**ABSTRACTS AND PUBLICATIONS:**

**Rosenberg, CH**. Acupuncture (book chapter) in "*Physical Medicine and Rehabilitation Pocketpedia*". Third Edition. Shatzer, M, Choi, H Editors. Springer Publishing Company. Demos 2018.

**Rosenberg, CH**. Industrial Rehabilitation (book chapter) in "*Physical Medicine and Rehabilitation Q&A Review*". First Edition. Lyn Weiss, Harry Lenaburg and Jay Weiss, Editors. Demos Medical Publishing. 2013.

**Rosenberg, CH**. Musculoskeletal Disorders of the Upper Extremities (book chapter) in "*Physical Medicine and Rehabilitation Q&A Review*". First Edition. Lyn Weiss, Harry Lenaburg and Jay Weiss, Editors. Demos Medical Publishing. 2013.

**Rosenberg, CH**, John, S and Sabini, R. Neurorehabilitation (book chapter), in "*Physical Medicine and Rehabilitation Q&A Review".* First Edition. Lyn Weiss, Harry Lenaburg and Jay Weiss, Editors. Demos Medical Publishing. Submitted for publication.

**Rosenberg,CH**, John, S, *Brain Injury Rehabilitation* (book chapter), in *"Physical Medicine and Rehabilitation Poketpedia*". Second Edition Howard Choi, Ross Sugar, David Fish, Matthew Shatzer and Brian Krabak, Editors. Lippincott Williams & Wilkins Publishers. 2012.

**Rosenberg,CH**, Patel, M. and Simantov, J.; *The Role of the Neurophysiatrist* (book chapter), in *"Neurorehabilitation: A Team Approach*". Jean Elbaum, Ph.D. and Debra Benson, Ph.D. editors. Springer Science and Business Media, Inc. Publishers. 2007.

**Rosenberg,CH**, Popelka, GM.; *Post-Stroke Rehabilitation: A Review of the Guidelines for Patient Management*. Geriatrics 2000; 55 (Sept): 75-81. September 2000.

**Rosenberg, CH**, Peddie, S.; *The Repetitive Strain Injury Source Book*
Lowell House Publishers. January 1998

Saltzman, LS, **Rosenberg,CH**, *Management of Cumulative Trauma Disorder with Occupational and Non-Occupational Risk Factors*. (Abstract) for The New York Society Physical Medicine & Rehabilitation: Selected for Presentation at Resident's Night. May 1993.

Saltzman, LS., **Rosenberg, CH**, *Brainstem Infarction with Pharyngeal Dysmotility and Paralyzed Vocal Cord: Management with a Multi-Disciplinary Approach*. Archives in Physical Medicine Rehabilitation, Volume 74. February 1993.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, September 7, 2022 1:45:47 PM |
| To: | JOHN@FARMERDREISER.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | mnrcofmph2chepsr82eb_13510359.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 7, 2022

John Dreiser
Law Firm of Tony Farmer & John Dreiser
1356 PAPERMILL POINT WAY
KNOXVILLE, TN 37909

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear John Dreiser:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Mr. Michael Gilmore's claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Mr. Gilmore's intent to appeal the closure of his claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with the formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Lincoln's Claim Resolution Unit at this time.

As set forth in the closure letter issued on August 17, 2022, Mr. Gilmore has a maximum of 180 days to submit a written request for review. The 180 day appeal deadline is from the later of the date of the letter or the approved through date, which is November 8, 2022; therefore, the appeal deadline is May 6, 2023. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than **May 6, 2023**.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to John@FarmerDreiser.Com:

- A complete copy of our claim file
- A copy of The Dow Chemical Company's Group Disability LTD Policy

We are required to password protect any claim files in an electronic format. You will be provided with a password under separate cover. **Please note that the OneDrive link will expire 24 hours**

**after it is sent to you.**

Your request for copies of other Plan documents, such as the SPD, annual reports, the Plan's annual financial report, Form 5500, etc., must be properly directed by you to the Plan Administrator, The Dow Chemical Company.

Mr. Gilmore's full and complete claim file includes all information that was received and considered in our evaluation of his claim.

This includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence between Lincoln and any third party regarding the claimant; all emails discussing the claimant's claim; correspondence of every kind relating to the claim, including those to record reviewers and doctors selected to evaluate the claimant; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports regarding the claimant's occupation or any occupation; CV of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln to any doctors that reviewed the claimant's medical records; medical reports and/or record reviews completed by or at the request of Lincoln; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file. There was no surveillance obtained on Mr. Gilmore.

We have enclosed the Curriculum Vitae for each peer reviewer. We do not provide CVs of any internal Lincoln staff; including nurses, disability case managers, claim managers, or internal vocational consultants.

The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

Lincoln adheres to all ERISA regulations and procedural requirements. No claims handling manual(s); guidelines; policy and procedure manuals; administrative training documents, videos or tapes; and/or guides pertaining to disability claims resolutions were used to make this claim determination.

Going forward, all correspondence related to Mr. Gilmore's claim will be directed to your office as well as all future benefit payments, if any.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

The Lincoln National Life Insurance Company
Attn: Claim Resolution Services

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **DOVER**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 096 | Manager: | HUSSEY, CAITLIN | Case Mgr: | HILL, EBONY |

Claimant Name: MICHAEL F GILMORE

Claim #: 10419522

Occupation (Job Title): MAINTENANCE FIELD JOB PLANNER

Date Sent: 9/2/2022

Diagnosis: G90.09 Other idiopathic peripheral autonomic neuropathy, E11.9 Type 2 diabetes mellitus without complication

| | | | |
|---|---|---|---|
| Date of Disability: | 5/9/2020 | Date Benefits Began: | 11/9/2020 |
| Maximum Duration: | 7/7/2035 | Paid Through: | 11/8/2022 |
| Date of Denial or (DB451): | 8/16/2022 | Date Appeal Received: | 9/1/2022 |

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: THE DOW CHEMICAL COMPANY

Product: LTD

Funding: CON

Is Claimant Eligible for LTD? N

Erisa or Non-Erisa? ERISA Plan

Document Locations

- ☐ Paperless
- ☐ Bilingual - translation complete
- ☑ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

JGallihugh@dow.com, KNurmi@dow.com

Phone No.

FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Recvd notice of intent from ees attorney.

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
**Tony Farmer**
**John P. Dreiser**
**Christopher H. Hayes**
**Heather A. Dreiser**

August 31, 2022

**VIA FACSIMILE (603) 334-0401 and U.S. Mail**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

RE: Michael F. Gilmore
The Dow Chemical Company
Claim #: 10419522

To Whom It May Concern:

Mr. Gilmore has retained our office regarding the August 17, 2022, denial of his long term disability benefits under the above-referenced policy. Please direct any future communication on this claim to my attention. We will provide additional evidence in due time and request the review be commenced with the proscribed time limits.

In the meantime, please provide me with a complete copy of the Plan Document and the Administrative Record regarding this claim.

Enclosed please find the following:

- Notice of Authorization, Lien and Payment Instructions
- Limited Power of Attorney
- Authorization to Release Medical Records, Information & Data

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosures
cc: Michael F. Gilmore

## AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA

**TO:** LFG

**FULL NAME:** Michael F. Gilmore

**DATE OF BIRTH:**

**ADDRESS:** 4083

**SOCIAL SECURITY NO:**

I (the above identified Patient or that Patient's personal representative) have retained TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider.

I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser are authorized to request and receive records.

(3) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(4) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(5) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(6) Please note that a photostatic copy of this Release has the full power of the original Release.

(7) I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

Michael Francis Gilmore

Michael F. Gilmore

5/3/22

(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

## LIMITED POWER OF ATTORNEY

I, Michael Francis Gilmore, hereby constitute and appoint, John P. Dreiser, as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document, I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to The Dreiser Law Group, PLLC (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, John P. Dreiser of The Dreiser Law Group, PLLC, at the following address:

The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power-of-attorney.

The authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 25th day of August, 2022.

Michael Francis Gilmore
Signature

STATE OF TN
COUNTY OF Knox

On this 25th day of August, 2022, personally appeared Michael Gilmore, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

Cathy A. Weaver
NOTARY PUBLIC

My Commission Expires: 11/23/24

CATHY A. WEAVER STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY

**Lincoln/Gilmore 1073**

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** MICHAEL FRANCIS GILMORE **SSN:**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained John Dreiser of The Dreiser Law Group, PLLC as my attorney to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that John Dreiser of The Dreiser Law Group, PLLC are properly paid under the legal service contract, I hereby agree that John Dreiser of The Dreiser Law Group, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past-due, present, or future benefits to my duly appointed attorney:

John P. Dreiser
The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

This direction shall remain valid until John Dreiser of The Dreiser Law Group, PLLC notifies you that checks be sent directly to me.

I also give Limited Power of Attorney to John Dreiser of The Dreiser Law Group, PLLC to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to John Dreiser of The Dreiser Law Group, PLLC.

X Michael Francis Gilmore 8-25-2022

Signature Date

The above stated lien, direction to pay, and limited power-of-attorney are hereby accepted by John Dreiser of The Dreiser Law Group, PLLC.

By: ______________________

**Lincoln/Gilmore 1074**

LAW OFFICES OF
TONY FARMER &
JOHN DREISER
INJURY, ACCIDENT & DISABILITY LAW

*Attorneys At Law*
Tony Farmer
John P. Dreiser
Christopher H. Hayes
Heather A. Dreiser

August 31, 2022

**VIA FACSIMILE (603) 334-0401 and U.S. Mail**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

RE: Michael F. Gilmore
The Dow Chemical Company
Claim #: 10419522

To Whom It May Concern:

Mr. Gilmore has retained our office regarding the August 17, 2022, denial of his long term disability benefits under the above-referenced policy. Please direct any future communication on this claim to my attention. We will provide additional evidence in due time and request the review be commenced with the proscribed time limits.

In the meantime, please provide me with a complete copy of the Plan Document and the Administrative Record regarding this claim.

Enclosed please find the following:

- Notice of Authorization, Lien and Payment Instructions
- Limited Power of Attorney
- Authorization to Release Medical Records, Information & Data

I thank you in advance for your time and attention to this matter.

Sincerely,

John P. Dreiser

Enclosures
cc: Michael F. Gilmore

## AUTHORIZATION TO RELEASE MEDICAL RECORDS, INFORMATION & DATA

**TO:** LFG

**FULL NAME:** Michael F. Gilmore

**DATE OF BIRTH:**

**ADDRESS:** 4083

**SOCIAL SECURITY NO:**

I (the above identified Patient or that Patient's personal representative) have retained TONY FARMER & JOHN DREISER, attorneys, to represent me in certain matters. So they may better represent me, it is my intent and desire that my attorneys have full and complete access to any and all records, information and data in your possession, under your control or that you have access to, including but not limited to hospital records, nursing home records, doctor records, dental records, psychiatric records, drug treatment records, therapy records, diagnostic studies, lab studies, as well as any and all other records, information or data that would describe care, treatment or services rendered to the above described Patient by any health care provider or mental health care provider.

I understand that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), HIPAA regulation, as well as other Federal and State laws and regulations, creates a right of privacy that is associated with the records, information and data covered by this release. So that my attorneys may better advise me, and consistent with 45 CFR § 164.508, I expressly authorize you to release the Patient's records, information and data to my attorneys and, as necessary, make a limited waiver of my privacy right for the purpose of giving my attorneys access as follows:

(1) **The information to be disclosed is as follows:** I expressly authorize my attorneys to request any and all records, information or other data (regardless of how those items are identified) related to any and all care, treatment or services provided for the above identified Patient's physical heath, mental health, or psycho-social health. I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released. Throughout the remainder of this Release, I collectively refer to all of the Patient's records, information and data as the "Records." This Release is intended to be general, full and all encompassing so that my attorneys can access, without limitation, any and all Records that might help them represent me. This Release applies to any and all Records that are in your possession, under your control or that you have access to. My attorneys are further authorized to limit their request to portions of the Patient's Records and may do so by letter to you. My attorneys are further authorized to meet with and consult with any health care or mental health care provider regarding my condition or regarding any care, treatment or services that the above identified Patient received.

I expressly invoke the AMA Principles of Medical Ethics, as well as Canon E-9.07, as well as similar ethics principles that may apply to other health care disciplines, and request that you cooperate with my attorneys.

(2) **The persons who may request disclosure are as follows:** My attorneys are Tony Farmer, and/or John P. Dreiser. They, together with those persons working for them at the offices of Tony Farmer & John Dreiser are authorized to request and receive records.

(3) **Term of this Release:** It is my intent that this authorization shall remain effective throughout the time during which my attorneys are representing me. To the extent a term is required, this Release shall be effective for a term of not less than five (5) years from the date of execution.

(4) **Right to Revoke this Release:** I understand that I always retain the right to revoke this Release by notifying the above in writing of my desire to revoke it. However, this Release shall not be revoked while my attorneys are representing me. Any revocation will not apply to information that has already been released in response to this authorization.

(5) **Disclosed Records, Information and Data may not be Protected:** I understand that the information disclosed may be subject to re-disclosure by the recipient and may no longer be protected by 45 CFR § 164.508, or other privacy laws and regulations.

(6) Please note that a photostatic copy of this Release has the full power of the original Release.

(7) I understand I do not have to sign this authorization in order to obtain healthcare benefits, (treatment, payment or enrollment, or eligibility for benefits).

Michael Francis Gilmore
Michael F. Gilmore

5/3/20
(Date)

Attorneys of Record:

Tony Farmer
John P. Dreiser
Attorneys at Law
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211

# LIMITED POWER OF ATTORNEY

I, Michael Francis Gilmore, hereby constitute and appoint, John P. Dreiser, as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document, I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to The Dreiser Law Group, PLLC (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, John P. Dreiser of The Dreiser Law Group, PLLC, at the following address:

The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power-of-attorney.

The authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 25th day of August, 2022.

X Michael Francis Gilmore
Signature

STATE OF TN
COUNTY OF Knox

On this 25th day of August, 2022, personally appeared Michael Gilmore, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

Cathy A. Weaver
NOTARY PUBLIC

My Commission Expires: 11/23/24

CATHY A. WEAVER STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY

## NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:** MICHAEL FRANCIS GILMORE **SSN:**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained John Dreiser of The Dreiser Law Group, PLLC as my attorney to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that John Dreiser of The Dreiser Law Group, PLLC are properly paid under the legal service contract, I hereby agree that John Dreiser of The Dreiser Law Group, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past-due, present, or future benefits to my duly appointed attorney:

John P. Dreiser
The Dreiser Law Group, PLLC
1356 Papermill Pointe Way
Knoxville, TN 37909

This direction shall remain valid until John Dreiser of The Dreiser Law Group, PLLC notifies you that checks be sent directly to me.

I also give Limited Power of Attorney to John Dreiser of The Dreiser Law Group, PLLC to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to John Dreiser of The Dreiser Law Group, PLLC.

Michael Francis Gilmore 8-25-2022
Signature Date

The above stated lien, direction to pay, and limited power-of-attorney are hereby accepted by John Dreiser of The Dreiser Law Group, PLLC.

By:____________________

**From:** DoNotReply@lfg.com
**Sent:** Wed, 17 Aug 2022 15:01:29 +0000
**To:** HLewis@dow.com;JYoder@dow.com;Kgora@dow.com
**Subject:** Claim #10419522, MICHAEL GILMORE - NOT TOTALLY DISABLED FOR ANY OCCUPATION

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for Long Term Disability benefits. The date of disability is 5/9/2020. The claim has been approved through 11/8/2022. As of 11/9/2022 this claim is closed. The closure reason is NOT TOTALLY DISABLED FOR ANY OCCUPATION. The case manager for this claim is Ebony Hill. The claim number is 10419522.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 17 Aug 2022 15:01:29 +0000
**To:** HLewis@dow.com;JYoder@dow.com;Kgora@dow.com
**Subject:** Claim #10419522, MICHAEL GILMORE - NOT TOTALLY DISABLED FOR ANY OCCUPATION

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for Long Term Disability benefits. The date of disability is 5/9/2020. The claim has been approved through 11/8/2022. As of 11/9/2022 this claim is closed. The closure reason is NOT TOTALLY DISABLED FOR ANY OCCUPATION. The case manager for this claim is Ebony Hill. The claim number is 10419522.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 17 Aug 2022 15:01:29 +0000
**To:** HLewis@dow.com;JYoder@dow.com;Kgora@dow.com
**Subject:** Claim #10419522, MICHAEL GILMORE - NOT TOTALLY DISABLED FOR ANY OCCUPATION

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for Long Term Disability benefits. The date of disability is 5/9/2020. The claim has been approved through 11/8/2022. As of 11/9/2022 this claim is closed. The closure reason is NOT TOTALLY DISABLED FOR ANY OCCUPATION. The case manager for this claim is Ebony Hill. The claim number is 10419522.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

**Lincoln/Gilmore 1082**

**From:**Hill, Ebony
**Sent:**Tue, 16 Aug 2022 15:54:59 +0000
**To:**KNurmi@dow.com
**Cc:**hlewis@dow.com
**Subject:**Michael Gilmore, Disability Claim# 10419522

Hello,

This email is notify you that updated medical records for Michael Gilmore have been  received and reviewed, and the claim is being closed as it no longer is medically supported.

Thank you,


**Ebony Hill**
LTD Claims Specialist
Group Protection

**Lincoln Financial Group**

800.210.0268 ext. 59083 Office
603-334-0401 Fax

LincolnFinancial.com

Blog: The Empowered Advisor



Forbes 2020 THE BEST EMPLOYERS for WOMEN
Forbes 2020 THE BEST EMPLOYERS for DIVERSITY
BEST PLACES TO WORK 2021 for LGBTQ Equality 100% CORPORATE EQUALITY INDEX
AMERICA'S MOST RESPONSIBLE COMPANIES 2020 Newsweek statista
DEI BEST PLACE TO WORK FOR DISABILITY INCLUSION 2020 100% DISABILITY EQUALITY INDEX

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. MICHAEL GILMORE

Lincoln/Gilmore 1084

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 17, 2022

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 8, 2022. The Dow Chemical Company's LTD Policy requires that to receive benefits you must meet the following definition of disability:

> *"**Disability**" or "**Disabled**" means:*
>
> *a. "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his regular occupation or any other occupation with the company for which the Covered Person is qualified and which is offered at not less than their current rate of pay; and*
>
> *b. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You have been receiving LTD benefits for your disability since November 9, 2020.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Diabetes mellitus type 2 with peripheral neuropathy and your claim file contains the following medical documentation:

Medical Records, Progress Notes, and Restrictions Form:

*Mariah Hall Phillips, P.A./Bruce Hairston, M.D.*

- *February 23, 2022 through July 6, 2022*

*Christopher Barber, D.O. (PCP)*

- *From September 14, 2020 through March 29, 2022*

To evaluate your eligibility to receive ongoing benefits, your file was referred to independent physician, Board Certified in Physical Medicine & Rehabilitation. This review was finalized on July 18, 2022.

In summary, based upon discussion with Dr. Barber and Mariah Hall Phillips, P.A. from Dr. Hairston's practice, review of records, the current scientific literature, and standards of care, current reasonable supported restrictions include:

- Frequent sitting or sitting as tolerated.
- Occasional standing.
- Occasional walking.
- Occasional lift and carry up to 10 lbs.
- Occasional bending.
- Occasional squatting, kneeling, and crouching.
- No climbing ladders and occasional climbing stairs with a handrail.
- No limitation with reaching.
- Frequent fingering and gripping.
- *Occasional means up to 33% of the time or 20 minutes out of every hour.*
- *Frequent means up to 66% of the time or 40 minutes out of every hour.*
- Available records reviewed do not reflect the inability to work for 8 hours per day within the above listed restrictions and limitations.
- **Time frames**: Duration supported from 11/09/2020 to present and likely permanent. You have a diabetic polyneuropathy with poorly controlled type 2 diabetes mellitus. The condition was confirmed with electrodiagnostic testing (NCV/EMG) on 06/03/2020. As a result, standing balance is impaired, and during the discussion, Mariah Hall Phillips, P.A. noted that the you reported experiencing recurrent falls due to poor balance.

Within these restrictions, the medical review supports that you are able to perform full-time work activities.

We are aware that Mr. Wright's claim for Social Security Disability Income benefits is being pending or being processed. It should be noted that any ruling by the Social Security Administration,

in and of itself, does not determine entitlement to benefits under the terms and conditions of the The Dow Chemical Company's Long Term Disability Policy.

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

- Maintenance-Mechanic Supervisor- Medium Physical Demands

Knowledge of tools, machines, materials, and methods used in maintenance work; reading scale drawings or blueprints to visualize objects; using shop math to calculate object dimensions, material amounts needed, and material costs; coordinating eyes, hands and fingers to use hand tools or machines in repairing objects; and adhering to object specifications or standards.

- Process-Area Supervisor- Light Physical Demands

Knowledge of production machine setup and adjustment; reading work specifications; using eyes, hands, and fingers to assemble and/or handle tools and equipment; inspecting products for conformance to prescribed specifications; directing work of others; demonstrating operation of machines: and employing math skills to plan schedules and maintain production records and reports.

Based on this information you have the ability to perform the following occupation(s):

This Transferable Skills Analysis identified occupations within your physical abilities and identified skill level.

Examples of occupations identified based on the national economy labor market and your ability profile analysis include:

| Occupation | National Monthly Wage |
|---|---|
| Order Department Supervisor- Sedentary | $6,640 |
| Personnel Scheduler- Sedentary | $4,004 |
| Production Coordinator- Sedentary | $4,004 |
| Repair Order Clerk- Sedentary | $4,004 |

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet The Dow Chemical Company's definition of disability beyond November 9, 2022 and we must deny your claim for further benefit consideration. Benefits will be paid through November 8, 2022, and your claim is closed as of August 16, 2022.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

In addition, your claim may be reviewed further by the Michigan Department of Insurance and Financial Services, Office of Consumer Services. Their address is PO Box 30220, Lansing, MI 48909-7720. Contact DIFS toll-free at 877-999-6442 to request a complaint form to be sent to you via mail, email or fax.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Please include the following documentation: all office treatment notes, diagnostic test results, consultation reports, procedure notes, physical therapy records or any other medical records from Dr. Barber and Dr. Hairston, and any other treating providers from July 1, 2022 to the present. Please also include pharmacy records from July 1, 2022 to the present; physician documentation of specific restrictions and limitations, including how they preclude you from performing the material and substantial duties of your any occupation and the medical documentation to support them); as well as any other information which you feel would support your claim.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

Please note from our conversation you will continue to receive monthly payments until November 8,2022 instead of a lump sum payment.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

**Lincoln Financial Group**
Group Protection

Jason E. Miller, M.Ed., CRC, ABVE/F
Vocational Consultant II

# TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Michael Gilmore |
| **Claim Number:** | 10419522 |
| **Claims Specialist:** | Ebony Hill |
| **Employer:** | The Dow Chemical Company |
| **Monthly Pre-Disability Earnings:** | $7,658.34 |
| **Monthly Benefit Amount:** | $5,108.11 |
| **Date of Report:** | 08/10/22 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the Insured's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description (JD)
- Training, Education & Experience Form (TE&E)
- Dictionary of Occupational Titles (DOT)

**RESTRICTIONS / LIMITATIONS**:
I have been asked to base this review on the claimant's restrictions and limitations per a peer review completed by Craig H. Rosenberg, MD (Physiatry) on 07/18/22. They include:

- "Frequent sitting or sitting as tolerated.
- Occasional standing.
- Occasional walking.
- Occasional lift and carry up to 10 lbs.
- Occasional bending.
- Occasional squatting, kneeling, and crouching.
- No climbing ladders and occasional climbing stairs with a handrail.
- No limitation with reaching.
- Frequent fingering and gripping."

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | HS Diploma |
| • Certifications / Licensure: | None |
| • Computer Skills: | E-mail; Internet; Word Processing; Spreadsheets; Databases; Photo Software; Project Management |

**WORK HISTORY:**

| DOT Code | Occupation Title | Years Performed | Strength Level |
|---|---|---|---|
| 638.131-022 | Maintenance-Mechanic Supervisor | 13 | Medium |
| 559.132-042 | Process-Area Supervisor | 5 | Light |

**TRANSFERABLE SKILLS:**

Maintenance-Mechanic Supervisor
Knowledge of tools, machines, materials, and methods used in maintenance work; reading scale drawings or blueprints to visualize objects; using shop math to calculate object dimensions, material amounts needed, and material costs; coordinating eyes, hands and fingers to use hand tools or machines in repairing objects; and adhering to object specifications or standards.

Process-Area Supervisor
Knowledge of production machine setup and adjustment; reading work specifications; using eyes, hands, and fingers to assemble and/or handle tools and equipment; inspecting products for conformance to prescribed specifications; directing work of others; demonstrating operation of machines; and employing math skills to plan schedules and maintain production records and reports.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • General Educational Development: | No adjustments performed. |
| • Strength: | Adjusted to sedentary based on restrictions/limitations. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Performing repetitive or short-cycle work adjusted to yes based on need to fill in for staff if needed.<br>2. Working under specific instructions adjusted to yes based on need to follow supervisory instruction. |
| • Data: | 1. Compiling adjusted to yes based on need to understand company and employee needs, act on, and record information about, same. |

| | |
|---|---|
| | 2. Copying adjusted to yes based on need to understand company and employee needs, act on, and record information about, same.<br>3. Comparing adjusted to yes based on need to understand company and employee needs, act on, and record information about, same. |
| • People: | 1. Speaking-signaling adjusted to yes based on need to convey information to co-workers and/or supervisors.<br>2. Taking instructions-helping adjusted to yes based on need to follow supervisory instruction. |
| • Things: | 1. Manipulating adjusted to yes based on need to utilize tools and equipment<br>2. Handling adjusted to yes based on need to utilize tools and equipment |

**SUMMARY:**
This Transferable Skills Analysis identified occupations within the Insured's physical abilities and identified skill level.

Examples of occupations identified based on the national economy labor market and the Insured's ability profile analysis include:

| DOT Code | Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|---|
| 169.167-038 | Order Department Supervisor | Sedentary | $6,640 |
| 215.367-014 | Personnel Scheduler | Sedentary | $4,004 |
| 221.167-018 | Production Coordinator | Sedentary | $4,004 |
| 221.382-022 | Repair Order Clerk | Sedentary | $4,004 |

** Wage information is based on median 2021 national data from the Bureau of Labor Statistics*

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Jason E. Miller, M.Ed., CRC, ABVE/F
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Vocational Consultant II
Group Protection
Lincoln Financial Group

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 638.131-022 | Maintenance-Mechanic Supervisor | 8 | 13 | 0 | Y | Y | Y | M | 05.05.09 |
| 559.132-042 | Process-Area Supervisor | 7 | 5 | 0 | Y | Y | Y | L | 06.01.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 4 Grades 9-12 | No Change |
| Language | | 4 Grades 9-12 | No Change |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | S Sedentary |
| | Minimum | L Light | S Sedentary |
| Climbing | | Occasionally | Never |
| Balancing | | Occasionally | Unknown |
| Stooping | | Occasionally | No Change |
| Kneeling | | Occasionally | No Change |
| Crouching | | Occasionally | No Change |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Never | Frequently |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Occasionally | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Occasionally | Unknown |
| Noise Intensity Level | | Loud | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | No Change |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

**From:**Hill, Ebony
**Sent:**Mon, 1 Aug 2022 13:45:40 +0000
**To:**Hill, Ebony
**Subject:**VOC Referral Report - Claim: 10419522 ; Claimant: GILMORE, MICHAEL
**Attachments:**VOC_Report.pdf

RMA
Rehabilitation Medicine Associates

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
2-9688
341-1415

July 18, 2022

Mariah Hall Phillips, P.A.
Fax: (865) 380-4227

Re: Disability Benefits
Claimant Name: Michael Gilmore
Claimant DOB:
Claim Number: 10419522

Dear P.A. Hall Phillips,

Thank you for taking my call on Monday, July 18, 2022. As the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits, the chance to speak with you was appreciated. Please review this summary of our conversation for accuracy.

As discussed, the medical records indicate the primary impairing diagnoses are diabetic type peripheral polyneuropathy and low back pain. The records reasonably support medical restrictions and limitations from present and likely permanent of:

- Frequent sitting or sitting as tolerated.
- Occasional standing.
- Occasional walking.
- Occasional lift and carry up to 10 lbs.
- Occasional bending.
- Occasional squatting, kneeling, and crouching.
- No climbing ladders and occasional climbing stairs with a handrail.
- No limitation with reaching.
- Frequent fingering and gripping.
- *Occasional means up to 33% of the time or 20 minutes out of every hour.*
- *Frequent means up to 66% of the time or 40 minutes out of every hour.*
- The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Craig Rosenberg, M.D.
Board Certified, Phys. Med. & Rehab.

✓ No changes/comments, OR
__ With changes/comments as noted above

Mariah Hall Phillips PA-C (signature)
Mariah Hall Phillips, P.A. Date 7-19-22

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| THE DOW CHEMICAL COMPANY | MICHAEL GILMORE | 10419522 |

| | | | |
|---|---|---|---|
| **Report Date:** | 07/18/2022 | | |
| **Referred By:** | Mandi Burke | **Claimant DOB:** | |
| **Referral Date:** | 07/11/2022 | **Job Title:** | FIELD JOB PLANNER |
| **Due Date:** | 07/26/2022 | **Medical/ Surgical Condition:** | neuropathy |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 05/08/2020 |
| | | **DOD:** | 05/09/2020 |
| **Physical Demands:** | | **BBD:** | 11/09/2020 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

- Diabetes mellitus type 2 with peripheral neuropathy, E11.42.

2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

- Low back pain, M54.5.
- Sleep apnea, G47.3.

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 11/9/2020 to the present and ongoing, and comment on the expected duration.

**Response**: Based upon discussion with Dr. Barber and Mariah Hall Phillips, P.A. from Dr. Hairston's practice, review of records, the current scientific literature and standards of care, current reasonable supported restrictions include:

- Frequent sitting or sitting as tolerated.
- Occasional standing.
- Occasional walking.
- Occasional lift and carry up to 10 lbs.
- Occasional bending.
- Occasional squatting, kneeling, and crouching.
- No climbing ladders and occasional climbing stairs with a handrail.

- No limitation with reaching.
- Frequent fingering and gripping.
- *Occasional means up to 33% of the time or 20 minutes out of every hour*.
- *Frequent means up to 66% of the time or 40 minutes out of every hour*.
- Available records reviewed do not reflect the inability to work for 8 hours per day within the above listed restrictions and limitations.
- **Time frames**: Duration supported from 11/09/2020 to present and likely permanent. The claimant has a diabetic polyneuropathy with poorly controlled type 2 diabetes mellitus. The condition was confirmed with electrodiagnostic testing (NCV/EMG) on 06/03/2020. As a result, standing balance is impaired, and during the discussion, Mariah Hall Phillips, P.A. noted that the claimant reported experiencing recurrent falls due to poor balance.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

**Response**: Yes.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

**Response**: Yes.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

**Response**: No.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**AP Contact**:
**Mariah Hall Phillips, P.A./Bruce Hairston, M.D.**, Ph: (865) 984-3864, Fax: (865) 380-4227
Date of call 07/15/2022, Time 2:00 PM
Date of call 07/18/2022, Time 10:08 AM
Date letter sent to AP 07/18/2022

**AP Contact**:
**Christopher Barber, D.O. (PCP)**, Ph: (865) 342-8100, Fax: (865) 342-8110
Date of call 07/15/2022, Time 2:15 PM
Date of call 07/18/2022, Time 10:26 AM
Date letter sent to AP 07/18/2022

**Brief Overview of Clinical Presentation and Course**:

The records reflect the claimant is a 52-year-old male with a history of Type 2 diabetes mellitus, uncontrolled, and he developed symptoms of numbness and pain in the distal lower extremities. Dr.

Sole, Neurology performed NCV/EMG studies on 06/03/2020 and findings were consistent with diabetic peripheral polyneuropathy. Gabapentin (nerve pain medication) was prescribed. The medication made him drowsy, and his nerve pain medicine prescription was changed to Lyrica. He was referred to Dr. Bruce Hairston, PM&R/Interventional Pain Management on 02/23/2022, and a spinal cord stimulator trial was recommended for pain control. He was also experiencing low back pain and a lumbar MRI was recommended for further evaluation.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

- The claimant has a peripheral sensorimotor polyneuropathy that affects his balance, and proprioception (position sense). As a result, he is at risk for falls, and he cannot climb ladders.
- Based on discussion with Mariah Hall Phillips, P.A., the claimant has not followed up with Dr. Hairston, the spinal cord stimulator has not been placed (for pain control), and the lumbar MRI has not been authorized. She concurred with the above listed restrictions and limitations. During the discussion, Dr. Barber also concurred with the above listed restrictions and limitations and he was particularly concerned with the claimant's inability to climb ladders. During the discussion, he noted that sending the claimant for balance therapy was a consideration.

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:** 07/06/2022 (Restrictions Form signed by Dr. Hairston).

Electronically Signed

Craig H. Rosenberg, M.D.
Board Certified in Physical Medicine & Rehabilitation

RMA
Rehabilitation Medicine Associates

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
2-9688
341-1415

July 18, 2022

Re: Disability Benefits
Claimant Name: Michael Gilmore
Claimant DOB:
Claim Number: 10419522

Christopher Barber, D.O.
Fax: (865) 342-8110

Dear Dr. Barber,

Thank you for taking my call on Monday, July 18, 2022. As the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits, the chance to speak with you was appreciated. Please review this summary of our conversation for accuracy.

As discussed, the medical records indicate the primary impairing diagnoses are diabetic type peripheral polyneuropathy and low back pain. The records reasonably support medical restrictions and limitations from present and likely permanent of:

- Frequent sitting or sitting as tolerated.
- Occasional standing.
- Occasional walking.
- Occasional lift and carry up to 10 lbs.
- Occasional bending.
- Occasional squatting, kneeling, and crouching.
- No climbing ladders and occasional climbing stairs with a handrail.
- No limitation with reaching.
- Frequent fingering and gripping.
- *Occasional means up to 33% of the time or 20 minutes out of every hour.*
- *Frequent means up to 66% of the time or 40 minutes out of every hour.*
- The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Craig Rosenberg, M.D.
Board Certified, Phys. Med. & Rehab.

__ No changes/comments, OR
__ With changes/comments as noted above

_______________________ ____________
Christopher Barber, D.O. Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Rehabilitation Medicine Associates

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
2-9688
341-1415

July 18, 2022

Mariah Hall Phillips, P.A.
Fax: (865) 380-4227

Re: Disability Benefits
Claimant Name: Michael Gilmore
Claimant DOB:
Claim Number: 10419522

Dear P.A. Hall Phillips,

Thank you for taking my call on Monday, July 18, 2022. As the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits, the chance to speak with you was appreciated. Please review this summary of our conversation for accuracy.

As discussed, the medical records indicate the primary impairing diagnoses are diabetic type peripheral polyneuropathy and low back pain. The records reasonably support medical restrictions and limitations from present and likely permanent of:

- Frequent sitting or sitting as tolerated.
- Occasional standing.
- Occasional walking.
- Occasional lift and carry up to 10 lbs.
- Occasional bending.
- Occasional squatting, kneeling, and crouching.
- No climbing ladders and occasional climbing stairs with a handrail.
- No limitation with reaching.
- Frequent fingering and gripping.
- *Occasional means up to 33% of the time or 20 minutes out of every hour.*
- *Frequent means up to 66% of the time or 40 minutes out of every hour.*
- The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Craig Rosenberg, M.D.
Board Certified, Phys. Med. & Rehab.

__ No changes/comments, OR
__ With changes/comments as noted above

______________________ ____________
Mariah Hall Phillips, P.A. Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

Return To: Ebony Hill

Michael Gilmore — Employee /Claimant Name
Date of Birth
10419522 — Claim Number

To be completed by physician:

1. DATE FIRST TREATED — 2/3/22
   DATE LAST TREATED — 2/3/22
   NEXT OFFICE VISIT — TBD

DM Type 2 w/ Diabetic Neuropathy (E11.42), (R) Hip Pain (M25.551), LBP w/o sciatica (M54.50)
DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

Patient may alternate sitting & standing as needed; He is unable to walk 72 hours/day; May move objects weighing no more than 10 lbs; He is unable to climb and squatting, bending, & kneeling are very difficult for him; He is unable to complete an 8 hour day of work due to having to alternate sitting & standing so frequently.

4. RESTRICTIONS IMPOSED FROM 2/3/22 TO TBD

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

MRI of thoracic & lumbar spine to be completed when insurance decides to approve it.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

Mild atrophy of bilat. calf muscles; Proprioception in lower extremities severely impaired at toes & mildly impaired at ankles. Significantly impaired pinprick sensation bilaterally. Bilat. vibratory testing at lateral malleoli is significantly impaired. Symmetric 1-patellar & absent Achilles bilaterally.

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______

| | | |
|---|---|---|
| Bruce Hairston | MD Physiatry | |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 2616 Joule St. | (865) 268-1374 | (865) 380-4227 |
| Street Address | Telephone Number | Fax Number |
| Alcoa, TN 37701 | [signature] | 7/6/22 |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 27, 2022 |
| To: | BRUCE HAIRSTON PAIN MANAGEMENT<br>266 JOULE STREET<br>ALCOA TN 37701 |
| Attn: | |
| Fax: | (865) 380-4227 |
| From: | Christine Colaneri<br>Ltd Specialist II<br>On Behalf Of: Ebony Hill<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 27, 2022

Bruce Hairston, Pain Management
266 JOULE STREET
ALCOA, TN 37701

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Bruce Hairston:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Michael Gilmore's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the fourth request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 1, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Christine Colaneri
Ltd Specialist II
On Behalf Of: Ebony Hill
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

Attachments: 10419522-REQUEST-PROVIDER-04.13.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | April 13, 2022 |
| To: | BRUCE HAIRSTON PAIN MANAGEMENT |
| Attn: | Medical Record/ MRI Results |
| Fax: | (865) 380-1986 |
| From: | Ebony Hill<br>LTD Claims Specialist<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 13, 2022

Bruce Hairston, Pain Management

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Bruce Hairston:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 24, 2022 through present.

- Completion of the Enclosed Forms:

  X Restrictions Form
  X MRI results

We ask that you provide this information by April 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Gilmore allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Gilmore's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form
10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

**Return To:** Ebony Hill

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ______________ ______________________________
   DATE LAST TREATED — ______________ ______________________________
   NEXT OFFICE VISIT — ______________ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. RESTRICTIONS IMPOSED FROM ______________ TO ______________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______________ TO ______________.

**Lincoln/Gilmore 1109**

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| --- | --- | --- |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Gilmore 1110**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

00000043 LFPX3ZD1 00000472 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael F. Gilmore

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Michael F. Gilmore Date: 2-28-2022

Date of Birth: ____ ____ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Gilmore 1111**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. MICHAEL GILMORE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 28, 2022

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 26, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Christine Colaneri
Ltd Specialist II
On Behalf Of: Ebony Hill
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

Attachments: 10419522-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-05.13.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. MICHAEL GILMORE

**Lincoln/Gilmore 1114**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 14, 2022

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On May 13, 2022, we requested medical record and MRI results from Dr.Hairston. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 24, 2022 through present from the above provider.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

The Dow Chemical Company's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by June 26, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

July 26, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 26, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

**From:**James Wright-Chase <jwrightchase@bbabsence.com>
**Sent:**Mon, 6 Jun 2022 20:54:35 +0000
**To:**Hill, Ebony
**Subject:**RE: Gilmore 10419522

Hello,

That's correct. We were able to get in contact with him and advised that the hearing date is set for 8/12/2022 @ 09:00 AM.

Thanks,

**James Wright-Chase**
Account Coordinator
jwrightchase@bbabsence.com
O (877) 261-1947 | F (877) 899-1345

Brown & Brown Absence Services Group, LLC (NYSE: BRO)
300 North Beach Street
Daytona Beach, Florida 32114

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

bbabsence.com

---

**From:** Hill, Ebony <Ebony.Hill@lfg.com>
**Sent:** Friday, June 3, 2022 10:40 AM
**To:** James Wright-Chase <jwrightchase@bbabsence.com>
**Subject:** RE: Gilmore 10419522

**[External]**

Hello James,

I received a call from Mr. Gilmore on 6/2/22 advising he was told by BB a hearing is set for 8/12/22. Can you please advise if this correct?

Thank you,

**Ebony Hill**
LTD Claims Specialist
Group Protection
800.210.0268 ext. 59083 Office
603-334-0401 Fax

LincolnFinancial.com

Blog: The Empowered Advisor

---

**From:** James Wright-Chase <jwrightchase@bbabsence.com>
**Sent:** Wednesday, June 1, 2022 2:08 PM
**To:** Hill, Ebony <Ebony.Hill@lfg.com>
**Subject:** Gilmore 10419522

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please be advised the above referenced claimant has been unresponsive to our contact attempts. If we do not hear back soon, we will have to close the claim in our office. Any assistance you could provide will be greatly appreciated. Please let me know if you have any questions.

Thanks,

**James Wright-Chase**
Account Coordinator
jwrightchase@bbabsence.com
O (877) 261-1947 | F (877) 899-1345

Brown & Brown Absence Services Group, LLC (NYSE: BRO)
300 North Beach Street
Daytona Beach, Florida 32114

Brown & Brown INSURANCE
ABSENCE SERVICES GROUP

bbabsence.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of

companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 2, 2022 |
| To: | BRUCE HAIRSTON PAIN MANAGEMENT<br>266 JOULE STREET<br>ALCOA TN 37701 |
| Attn: | Medical Records Needed |
| Fax: | (865) 380-4227 |
| From: | Ebony Hill<br>LTD Claims Specialist<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 8 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 2, 2022

Bruce Hairston, Pain Management
266 JOULE STREET
ALCOA, TN 37701

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Bruce Hairston:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Michael Gilmore's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to May 13, 2022. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 9, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

Attachments: 10419522-REQUEST-PROVIDER-05.13.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | May 13, 2022 |
| To: | BRUCE HAIRSTON PAIN MANAGEMENT<br>266 JOULE STREET<br>ALCOA TN 37701 |
| Attn: | Medical Records |
| Fax: | (865) 380-4095 |
| From: | Ebony Hill<br>LTD Claims Specialist<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 13, 2022

Bruce Hairston, Pain Management
266 JOULE STREET
ALCOA, TN 37701

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Bruce Hairston:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 24, 2022 through present.

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by May 27, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Gilmore allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Gilmore's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form
10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

**Return To:** Ebony Hill

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — __________
   DATE LAST TREATED — __________
   NEXT OFFICE VISIT — __________
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM __________ TO __________ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM __________ TO __________ .

**Lincoln/Gilmore 1125**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Gilmore 1126**

00000043 LFPX3ZD1 00000472 E

# Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael F. Gilmore

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Michael F. Gilmore Date: 2-28-2022

Date of Birth: ____ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Gilmore 1127**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | May 13, 2022 |
| To: | BRUCE HAIRSTON PAIN MANAGEMENT<br>266 JOULE STREET<br>ALCOA TN 37701 |
| Attn: | Medical Records |
| Fax: | (865) 380-4095 |
| From: | Ebony Hill<br>LTD Claims Specialist<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 13, 2022

Bruce Hairston, Pain Management
266 JOULE STREET
ALCOA, TN 37701

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Bruce Hairston:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 24, 2022 through present.

- Completion of the Enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by May 27, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Gilmore allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Gilmore's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form
10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

**Return To:** Ebony Hill

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ________________________
   **DATE LAST TREATED** — ____________ ________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Gilmore 1131**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Gilmore 1132**

00000043 LFPX3ZD1 00000472 E

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael F. Gilmore

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Michael F. Gilmore Date: 2-28-2022

Date of Birth: ____ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

Lincoln/Gilmore 1133

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. MICHAEL GILMORE

Lincoln/Gilmore 1134

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 14, 2022

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On May 13, 2022, we requested medical record and MRI results from Dr.Hairston. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 24, 2022 through present from the above provider.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

The Dow Chemical Company's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by June 26, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

July 26, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 26, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | April 13, 2022 |
| To: | BRUCE HAIRSTON PAIN MANAGEMENT |
| Attn: | Medical Record/ MRI Results |
| Fax: | (865) 380-1986 |
| From: | Ebony Hill<br>LTD Claims Specialist<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 13, 2022

Bruce Hairston, Pain Management

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Bruce Hairston:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 24, 2022 through present.

- Completion of the Enclosed Forms:

  X Restrictions Form
  X MRI results

We ask that you provide this information by April 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Gilmore allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Gilmore's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form
10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

**Return To:** Ebony Hill

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________________
   **DATE LAST TREATED** — ____________ ____________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

**Lincoln/Gilmore 1140**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Gilmore 1141**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

00000043 LFPX3ZD1 00000472 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael F. Gilmore

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Michael Jr. Gilmore Date: 2-28-2022

Date of Birth: ____ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original**



Lincoln/Gilmore 1142

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | April 13, 2022 |
| To: | BRUCE HAIRSTON PAIN MANAGEMENT<br>266 JOULE STREET<br>ALCOA TN 37701 |
| Attn: | Medical Records<br>MRI Results |
| Fax: | (865) 380-4095 |
| From: | Ebony Hill<br>LTD Claims Specialist<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 13, 2022

Bruce Hairston, Pain Management
266 JOULE STREET
ALCOA, TN 37701

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Bruce Hairston:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 24, 2022 through present.

- Completion of the Enclosed Forms:

  X Restrictions Form
  X MRI Results

We ask that you provide this information by April 28, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Gilmore allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Gilmore's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form
10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

**Return To:** Ebony Hill

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ________
   **DATE LAST TREATED** — ________
   **NEXT OFFICE VISIT** — ________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________ .

**Lincoln/Gilmore 1146**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Gilmore 1147**

00000043 LFPX3ZD1 00000472 E

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael F. Gilmore

Name of legal representative, if applicable (print) ________________ Relationship ________

Signature of claimant or legal representative Michael F. Gilmore Date: 2-28-2022

Date of Birth: __ ____ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. MICHAEL GILMORE

**Lincoln/Gilmore 1149**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

March 30, 2022

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ebony Hill
LTD Claims Specialist
Phone No.: (800) 210-0268 Ext. 59083
Secure Fax No.: (603) 334-0401

**Blount Memorial**
Physicians Group

*720 Foothills Mall Drive*
*Maryville, TN 37801*
*865-342-8100 • fax 865-342-8110*

*Family Medicine*
☒ Christopher Barber, D.O.
☐ Jonathan Greene, D.O.

Date: 3/29/2022
To: Lincoln - Disability & Life Claims
Fax number: 603-334-0401
From:
Reference: M. Gilmore )

**Facsimile Transmittal**
*For your:*
☐ Information
☐ Approval
☐ Review and comment
☐ Other

The attached pages are confidential and privileged information for the sole use of the intended recipient listed below. If you are not the intended recipient or agent responsible for the delivery of this information, you are notified that any copying, disclosure, distribution or action taken based on the content of this information is strictly prohibited. If this transmission has been received in error, please notify us immediately by telephone for instructions.

**Description/remarks:**

*If you do not receive _____ pages (including this cover), or have any difficulties with this transmission, please call 865-342-8100.*

**Copies to:**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

March 4, 2022

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RECEIVED MAR 14

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

Do you recommend activity restrictions for sitting?
No ____ Yes X
If yes, please provide specific recommendations:
May cumulatively sit up to 2 ½ hours per day ✓
May cumulatively sit up to 5 ½ hours per day ____
May cumulatively sit over 5 ½ hours per day ____

Do you recommend activity restrictions for standing?
No ____ Yes X
If yes, please provide specific recommendations:
May cumulatively stand up to 2 ½ hours per day ✓
May cumulatively stand up to 5 ½ hours per day ____
May cumulatively stand over 5 ½ hours per day ____

Has to alternate sitting & standing

Do you recommend activity restrictions for walking?
No ____ Yes ____
If yes, please provide specific recommendations: unable to do 2 hr
May cumulatively walk up to 2 ½ hours per day ____



PAGE 2/4 * RCVD AT 3/29/2022 12:19:55 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340401 * CSID:865 342 8110 * ANI:18659771101 * DURATION (mm-ss):01-22

May cumulatively walk up to 5 ½ hours per day _____
May cumulatively walk over 5 ½ hours per day _____

Do you recommend restrictions for moving objects
(lift/carry/push/pull type of activity)?
No _____ Yes _X_
If yes, please provide specific recommendations: Has (L) shoulder pain
May move objects weighing up to (please indicate) _10_ pounds
Cumulatively up to 2 ½ hours per day _____
Cumulatively up to 5 ½ hours per day _____
Cumulatively over 5 ½ hours per day _____

Do you recommend restrictions for reaching? (L) shoulder pain
No _____ Yes _X_
If yes, please provide specific recommendations:
May cumulatively reach up to 2 ½ hours per day _____
May cumulatively reach up to 5 ½ hours per day _____
May cumulatively reach over 5 ½ hours per day _____

Do you recommend restrictions for grasping objects and/or keyboarding?
No _____ Yes _X_ the sitting is not possible Has numbness of fingers
If yes, please provide specific recommendations:
May cumulatively grasp/keyboard up to 2 ½ hours per day _____
May cumulatively grasp/keyboard up to 5 ½ hours per day _____
May cumulatively grasp/keyboard over 5 ½ hours per day _____

Do you recommend restrictions for climb/squat/bend/kneel activity?
No _____ Yes _X_
If yes, please provide specific recommendations: Unable to Climb
May cumulatively climb/squat/bend/kneel up to 2 ½ hours per day _____
May cumulatively climb/squat/bend/kneel up to 5 ½ hours per day _____
May cumulatively climb/squat/bend/kneel over 5 ½ hours per day _____

As of the date of your last examination, do you agree that Michael Gilmore is capable of performing physical activities on a full-time basis (8 hour day)? Yes _____ (No) _____ on a part-time basis (4 hours in an 8 hour day)? Yes _____ No _X_

If you answered yes to any of the above, please outline the level of physical capacity:

He Can not do a regular day of any work. Due to having to get up & down to relieve pain.

Please provide your responses directly on this letter, sign, and return all pages to my attention via facsimile or mail. I ask that you provide a response to this request by March 17, 2022.

Signature Date 3-29-22

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angela Morehead
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 39842
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Sent to CIOX

MAR 07 2022

March 4, 2022

Bruce Hairston, Pain Management

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Bruce Hairston:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2022 through the present

We ask that you provide this information by March 18, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angela Morehead
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 39842
Secure Fax No.: (603) 334-0401

Attachments: 10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael F. Gilmore

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Michael F. Gilmore Date: 2-28-2022

Date of Birth: ______ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | March 4, 2022 |
| To: | BRUCE HAIRSTON PAIN MANAGEMENT |
| Attn: | Medical records |
| Fax: | (865) 380-1986 |
| From: | Angela Morehead<br>Senior Claims Examiner, Claims<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

East Tennessee Medical Group
A member of the Blount Memorial Physicians Group
266 Joule Street • Alcoa, TN 37701
865-984-3864 • 865-380-4095 *fax*

MICHAEL FRANCIS GILMORE

02/23/2022 12:30 PM
Interventional Pain Management Office Visit
Bruce M. Hairston MD

This 51 year old male presents for Neuropathy.

### History of Present Illness:

1. Neuropathy

Mr. Michael Gilmore, 51 year old male, presents today complaining of neuropathy. He states that from the top of his shins through the feet is a nonstop excruciating pain. He states his average pain is 6-7/10. He states that he has been experiencing this pain for 3 years, however, it has gotten worse within the last year. He was climbing 3-4 stories of stairs at work and was having severe pain. He states that he noticed when he was walking long distances, he would begin to drift while walking to one side or the other and compensated by walking up against a wall. He states that his pain was really affecting his ability to work and had a fall at work due to pain in his legs and feet and losing his balance. At that point he decided to go to his PCP, Dr. Barber, who diagnosed him with diabetes and peripheral neuropathy in December of 2018. He states that his blood sugar and A1C is now under control. He was also diagnosed with sleep apnea in 2018 and he is still currently using his cpap machine which he states does help with his apnea, but he is unable to get comfortable due to the sensations in his legs and feet. He admits to numbness and tingling in his feet and shins and states that he has been unable to feel his feet for a long while now. He states that he has severely limited his social lifestyle due to his pain. He denies abnormal bowel and bladder abnormalities as well as progressive muscle weakness.

Review of systems: Per HPI, otherwise unremarkable

### Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

### Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |

| | |
|---|---|
| Depression | MAB 02/01/2018 - |
| Sinus infection | MAB 02/01/2018 - |
| | MAB 02/01/2018 - |
| type 2 diabetes | SKC 01/23/2019 - |
| Peripheral nerve disease | |
| OSA | |
| fibromyalgia | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Diabetes | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Anxiety | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Mental illness | | N |
| Mother | | | | Diabetes mellitus | | N |
| Mother | | | | Cardiovascular disease | | N |
| Mother | | | | Kidney failure | | N |
| Mother | | | | Cancer, unknown | | N |
| Mother | | | | Chemical Dependency | | N |
| Sister | | | | Mental illness | | N |

## Current Tobacco Status

Tobacco use reviewed.
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Tobacco use reviewed.
Preferred language is English.

**Marital Status/Family/Social Support**

Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Smoking Status**

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

**Alcohol**

There is a history of alcohol use.
Type: Beer.

**Caffeine**

The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Lyrica 150 mg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| Hema/Lymph | Positive | Easy bleeding, Easy bruising, Lymphadenopathy. |
| Endocrine | Positive | Cold intolerance, Heat intolerance. |
| MS | Positive | Back pain, Joint pain, Muscle weakness, Neck pain. |
| Cardio | Positive | Edema. |
| Allergic/Immuno | Positive | Seasonal allergies. |
| ENMT | Positive | Hearing loss, Tinnitus, Vertigo, Nasal Cong., Decreased Smell. |
| Psych | Positive | Anxiety, Depression, Insomnia. |
| Integumentary | Positive | Brittle nails, Hair loss, Pruritus. |
| GI | Positive | Abdominal pain, Constipation, Diarrhea, Nausea, Vomiting. |
| Neuro | Positive | Dizziness. |

All other review of systems are negative.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:46 PM | 142/100 | 82 | | | 6.0 | 1.00 | 263.00 | | 34.70 | | 97 | Victoria L. McCarter, LPN |

Pain Scale

| Time | Pain Score | Method | HAQ Score | Measured By |
|---|---|---|---|---|
| 12:46 PM | 8/10 | Numeric Pain Intensity Scale | | Victoria L. McCarter, LPN |

## Physical Exam

General: The patient is a well-developed well-nourished 51-year-old male, with appropriate grooming and in no acute distress. Alert and oriented to person, place, and time.

Psych: Mood is appropriate and affect is normal.

Skin: Warm and dry. In regard to lower extremities, no apparent rashes, lesions, or signs of infection. Shiny skin with loss of hair and dusky red/purple hue noted over bilateral shins.

HEENT: The patient is normocephalic and atraumatic. Conjunctiva are clear.

Neck: Neck is supple. Trachea is midline.

Respiratory: Respirations regular, symmetric and unlabored.

Cardiovascular: 2+ radial and dorsalis pedis pulses with normal rhythm.

Lower Extremity Exam: Mild atrophy of the calf muscles bilaterally. Active range of motion of the knees, hips, and ankles are within functional limits.

Neurological: Coordination is normal. Gait is normal. Strength is 5/5 throughout lower extremities bilaterally. Proprioception in lower extremities severely impaired at the toes and mildly impaired at the ankles. Significantly impaired pinprick sensation testing bilaterally. Bilateral vibratory testing at the lateral malleoli is significantly impaired. Symmetric 1- patellar and absent Achilles bilaterally.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | DM type 2 with diabetic peripheral neuropathy (E11.42). |
| | Impression | Mr. Michael Gilmore is a 51-year-old Caucasian gentleman here today with severe peripheral neuropathy of the lower limbs. The patient would be an appropriate candidate for spinal cord stimulator trial given aforementioned. This would more than likely significantly change the patient's lifestyle. He currently states that due to the severity of pain he has significantly reduced the social line and activities. Having a reduction in neuropathic pain may actually increase his activity as well as his social life and allow him further benefit in better control of his blood sugar because of increased activity levels. I have described the process to the patient and he is definitely amenable to moving forward, hence, we will order an MRI of the thoracic and lumbar spine without contrast and order to establish whether he is an appropriate candidate for the trial the patient will return once he has had the study is complete. We will also order the psych eval which is necessary to move forward with the stim trial. |
| | Patient Plan | –MRI of the thoracic and lumbar spine without contrast.<br>–Psych eval.<br>–Once everything is in order we will move forward with the stimulator trial, as discussed with the patient |

Plan Orders Further diagnostic evaluations ordered today include(s) MRI Lumbar Spine W/O Contrast to be performed and MRI Thoracic Spine W/O Contrast to be performed.

*Document generated by: Bruce M. Hairston 02/24/2022 06:00 AM*

Encounter submitted for review by Mariah Shyanne Hall Phillips PA-C on 02/23/2022 1:26 PM.

*Electronically signed by: Bruce M. Hairston MD 02/24/2022 06:00 AM*

Electronically signed by Bruce M. Hairston MD on 02/24/2022 06:00 AM

*********AUTO**3-DIGIT 681
391 3 AT 1.130 000391
DISABILITY AND LIFE CLAIMS
PO BOX 2578
OMAHA, NE 68103-2578

11pgs

*0011000391K0Z*

**ATTENTION**
Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

To Whom It Concern:

CIOX has provided to you protected health information that may contain information that falls under the 42 C.F.R. Part 2. The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publically available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR §2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.112(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDs, it has been disclosed to you from records whose confidentiality is protected by federal and perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

If the information requested is from a facility located within the Washington State area then this information will fall under the RCW 70.02.300 which states that this information has been disclosed to you from records who confidentiality may be protected by state law. State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of this protected information is not sufficient for this purpose.

285536148

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH
**INVOICE**

Invoice #: **0367779009**
Date: **03/15/2022**
Customer #: **2356343**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| DISABILITY AND LIFE CLAIMS<br>DISABILITY AND LIFE CLAIMS<br>PO BOX 2578<br>OMAHA,NE 68103-2578 | DISABILITY AND LIFE CLAIMS<br>DISABILITY AND LIFE CLAIMS<br>PO BOX 2578<br>OMAHA,NE 68103-2578 | EAST TENNESSEE MEDICAL GROUP<br>266 JOULE ST<br>ALCOA,TN 37701-2422 |

**Requested By:** DISABILITY AND LIFE CLAIMS **DOB :**
**Patient Name:** GILMORE MICHAEL

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 5 | 0.00 | 0.00 |
| Shipping | | | 1.40 |
| Subtotal | | | 19.40 |
| Sales Tax | | | 1.36 |
| Invoice Total | | | 20.76 |
| Balance Due | | | 20.76 |

**Terms: Net 30 days** **Please remit this amount : $20.76(USD)**

---

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0367779009**

Check #________________

Payment Amount $________________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

**Lincoln/Gilmore 1165**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | March 4, 2022 |
| To: | BRUCE HAIRSTON PAIN MANAGEMENT |
| Attn: | Medical records |
| Fax: | (865) 380-1986 |
| From: | Angela Morehead<br>Senior Claims Examiner, Claims<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

March 4, 2022

Bruce Hairston, Pain Management

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Bruce Hairston:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2022 through the present

We ask that you provide this information by March 18, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angela Morehead
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 39842
Secure Fax No.: (603) 334-0401

Attachments: 10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.03.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

00000043 LFPX3ZD1 00000472 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael F. Gilmore

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Michael F. Gilmore Date: 2-28-2022

Date of Birth: ______ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

DR. CHRISTOPHER BARBER D.O.
BLOUNT MEMORIAL FAMILY CARE CENTER AT FO
720 FOOTHILLS DRIVE
MARYVILLE TN 37801

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

March 4, 2022

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

Do you recommend activity restrictions for sitting?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively sit up to 2 hours per day _____
May cumulatively sit up to 5 hours per day _____
May cumulatively sit over 5 hours per day _____

Do you recommend activity restrictions for standing?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively stand up to 2 hours per day _____
May cumulatively stand up to 5 hours per day _____
May cumulatively stand over 5 hours per day _____

Do you recommend activity restrictions for walking?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively walk up to 2 hours per day _____

May cumulatively walk up to 5 hours per day _____
May cumulatively walk over 5 hours per day _____

Do you recommend restrictions for moving objects
(lift/carry/push/pull type of activity)?
No _____ Yes _____
If yes, please provide specific recommendations:
May move objects weighing up to (please indicate) _____ pounds
Cumulatively up to 2 hours per day _____
Cumulatively up to 5 hours per day _____
Cumulatively over 5 hours per day _____

Do you recommend restrictions for reaching?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively reach up to 2 hours per day _____
May cumulatively reach up to 5 hours per day _____
May cumulatively reach over 5 hours per day _____

Do you recommend restrictions for grasping objects and/or keyboarding?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively grasp/keyboard up to 2 hours per day _____
May cumulatively grasp/keyboard up to 5 hours per day _____
May cumulatively grasp/keyboard over 5 hours per day _____

Do you recommend restrictions for climb/squat/bend/kneel activity?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively climb/squat/bend/kneel up to 2 hours per day _____
May cumulatively climb/squat/bend/kneel up to 5 hours per day _____
May cumulatively climb/squat/bend/kneel over 5 hours per day _____

As of the date of your last examination, do you agree that Michael Gilmore is capable of performing physical activities on a full-time basis (8 hour day)? Yes _____ No ______ on a part-time basis (4 hours in an 8 hour day)? Yes _____ No _____

If you answered yes to any of the above, please outline the level of physical capacity:

______________________________________________________________

______________________________________________________________

Please provide your responses directly on this letter, sign, and return all pages to my attention via facsimile or mail. I ask that you provide a response to this request by March 17, 2022.

Signature Date

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angela Morehead
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 39842
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

0000013 LFPX3ZD1 00000463

February 8, 2022

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on November 9, 2020, the change in definition will occur on November 9, 2022. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by March 9, 2022:

- X Activities Questionnaire Form
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Training Education Experience
- X Authorization
- __ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Angela Morehead
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 39842
Secure Fax No.: (603) 334-0401

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Training Education Experience
Authorization

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Angela Morehead

**EMPLOYEE/CLAIMANT NAME:** Michael Gilmore **CLAIM #:** 10419522

**EMPLOYER:** The Dow Chemical Company **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) Gilmore, Michael F. | Social Security # | | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married | |
| Spouse's Full Name and Date of Birth 10-14-72 Lori D. Gilmore | Number of Children 3 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Lori A. Gilmore Relationship to you? Spouse Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. N/A

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. N/A

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? N/A

Do you hold a professional license? If yes, for what purpose? N/A

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. N/A

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. N/A

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. N/A

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Michael F. Gilmore

**DATE:** 2-28-2022 **EMPLOYEE'S SIGNATURE:** Michael F. Gilmore

DP 409

00000043 LFPX3ZD1 00000469

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

00000043 LFPX3ZD1 00000467

**Return To:** Angela Morehead

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/09/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Chris Barber
Specialty: Family medicine
Address: 720 Foothills Mall DR. Maryville, TN. 37801
Telephone No.: (865) 342-8160 Fax No.: ( )

Name: Dr. Bruce Hairston MD.
Specialty: Int - Pain Management
Address: 266 Joule Street ALCOA, TN. 37701
Telephone No.: (865) 984-3864 Fax No.: ( )

Name: Dr. Kara Birdwell, D.C.
Specialty: Chiropractor
Address: 729 West Lamar Alexander Parkway. Maryville, TN. 37801
Telephone No.: (865) 982-0802 Fax No.: ( )

Name: Dr. David Franklin, D.P.M.
Specialty: Podiatry
Address: 266 Joule Street ALCOA, TN. 37701
Telephone No.: (865) 984-3864 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: AETNA
Specialty: HEALTH INSURANCE
Address: P.O. BOX 981106 EL PASO, TX. 79998-1106
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Kroger Pharmacy
Specialty: Pharmacy
Address: 507 Foothills Plaza Maryville, TN. 37801
Telephone No.: (865) 238-7436 Fax No.: ( )

Name: CVS Pharmacy
Specialty: Pharmacy
Address: 103 Foothill Mall DR. Maryville, TN. 37801
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Michael Gilmore DATE: 2-28-2022

00000043 LFPX3ZD1 00000468

Lincoln/Gilmore 1178

Lincoln Financial Group®

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Angela Morehead



EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: The Dow Chemical Company

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:
sit 30 minutes Max stand 30 minutes Max walk 25-30 minutes total

How many hours a day do you:
sit 6-8 Hours stand 2 Hour Max on average walk Less than 30 minutes usually Depending on my Pain each day. Could go to maybe 1.5 Hours.

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? 5-6 Hours At what time of the day? usually Around 10:00AM - 12:30PM and around 3:30PM - 6:30PM

How many hours a day do you spend in bed? 5-6 Hours for daily naps, and 6 Hours at night to sleep a twenty day

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 1 Hour Max

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______
If Yes, how long are you able to drive a car? usually less than 30 minutes.
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Cell Phone, Close Family comes to visit at my Home.

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth.

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 1-2 times occasionally MAX.
On the weekends? Maybe 1 time at max.
How often do you run errands? 1-Month Generally Make Grocery Walmart pickup Curbside
Please describe what errands you most commonly run: Walmart, Grocery Store

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

00000043 LFPX3ZD1 00000465

How often do you get outdoors? Maybe 4 Hours Per Week max

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None ____ 0-1 hours ✓ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ✓ Read news/articles ✓ Use search engines ✓ Send emails
____ Visit chat rooms ✓ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: EMAIL

Do you have a working home copy machine/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: Wife Uses Copier for Photos, Documents, etc.

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | My Son | Sometimes if my Pains and Feet are Hurting Bad. |
| Carrying groceries into the house | My Son | Each Time |
| Cooking meals | My Son/Wife | Several Times Each Week. |
| Cleaning after meals | My Son/Wife | Daily |
| Cleaning bathrooms | My Son/Wife | As needed |
| Vacuuming | My Son/Wife | As needed |
| Doing the laundry | My Son/Wife | As needed |
| Opening and responding to mail | | |
| Managing your finances | Wife | As needed - when I have days I'm in Bed Due to Pain. |
| Balancing your checkbook | Wife | As needed |
| Bathing yourself | Wife | As needed |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | Son/Wife Hand Rails | Daily |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

Lincoln/Gilmore 1180

00000043 LFPX3ZD1 00000466

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you travel or take vacation? Less than Twice year Usally

Where do you go? How do you get there (transportation method)? Beach or Relatives, Car

Are you able to pursue your hobbies? Yes ______ No ✓

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ✓

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.** *Please See my Medical Records also

I have excessive Pains in my nerves and it affects my Legs and Feet. I have to constantly take Breaks to take care of my Pain issues. I have serious keeping my Balance when Walking and Climbing Stairs or Regular Long Distance Walking. I also can't Climb Ladders anymore and lose my Coordination

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up at afternoon, make Coffee, Have Coffee, Light Breakfast, Take Medicines, Watch news, Take Nap, Lunch, Watch TV, pet Dog, Take Evening Nap, Have Supper, Take Meds, Rest on Couch, Talk with Spouse in her Daily Quest of Time. Go to Bed.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

1-865-389-9088

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Lori Gilmore 1-865-661-1376

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Michael Gilmore Date: 2-28-2022

Signature: Michael Gilmore

**Lincoln/Gilmore 1181**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ________

**Please fill out each section completely**

00000043 LFPX3ZD1 00000470

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: English Other language(s) spoken fluently: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☑ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Dow Chemical Department: Maintenance From: 2-2017 To: 5-2020
   Job Title(s): Maintenance Field Job Planner
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): Take Work Orders from Computer System and go to the Field and Plan maintenance work. Climb Ladders, Long Distance Walking, Climb up to 3-Story Stairs, climb on Roofs, etc.
2. Company: Dow Chemical Department: Maintenance From: 7-2010 To: 2-2017
   Job Title(s): Maintenance Work Activity Coordinator
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): make Weekly/Daily maintenance Work schedules. Supervise Maintenance Workers in Field, Walk Several miles per Day in Plant checking jobs and Emergency Breakdown Work. Climb Ladders, Stairs, on Roofs as needed.

3. Company: DOW Chemical Department: Maintenance From: 12-07 To: 7-2010

Job Title(s): ASSET COORDINATOR

Supervisory Experience ☑ Y ☐ N

Tasks/Duties (please be specific): COORDINATE Maintenance Work, make Work Schedules, manage Maint Plant Shutdowns, Climb Ladders, Walk Long Distances, Climb Stairs, etc.

4. Company: DOW CHEMICAL Department: EMULSIONS From: 1-05 To: 12-07 approx - Dates

Job Title(s): EMULSIONS SHIFT LEADER

Supervisory Experience ☑ Y ☐ N

Tasks/Duties (please be specific): manage Chemical Operators and Schedules for Batches. Walk Long Distances, Climb Ladders, Climb Stairs, On My Feet Constantly.

5. Company: Department: From: To:

Job Title(s):

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific):

00000043 LFPX3ZD1 00000471

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☑ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☑ | ☑ | Project Management | ☐ | ☐ |
| Database | ☑ | ☑ | Other: | | |
| Photo Software | ☑ | ☑ | | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

LTD →

How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours AVG. ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) 10 WPM maybe - One Handed

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Persona Work: N/A

SIGNATURE: Michael D. Gilmore PHONE NO:



USA TN
DRIVER LICENSE
Tennessee
THE VOLUNTEER STATE
NOT FOR FEDERAL IDENTIFICATION
DL NO 077168010 DOB
EXP 06/25/2028 ISS 06/25/2020
CLASS DM END NONE
REST 01
SEX M HGT 6'-04" EYES BRO
DD 9912006250940910
GILMORE
MICHAEL FRANCIS



Save Time, Renew Online
www.Tennessee.Gov
07/08/1970
Rev 12/02/2011
ENDORSEMENTS:
None
2017704712191801 01

CLASS: DM Vehicles <26,000 (Operator), Motorcycles, motor-driven cycles & scooters

RESTRICTIONS: 01 Glasses, Contacts

ORGAN DONOR ☐ I hereby certify that I am 18 or older, of sound mind, and ☐ upon my death, wish to make an anatomical gift noted here: ☐ Any Organ/Tissue ☐ Entire Body
Donor Signature ______ Date ______ Blood Type ______
☐ Specific Organ(s)/Tissue ______ RH Factor ______
FOR NON-PHOTO SIGN HERE:

Lincoln/Gilmore 1184

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

00000043 LFPX3ZD1 00000472 E

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Michael F. Gilmore

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative Michael F. Gilmore Date: 2-28-2022

Date of Birth: ______ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. MICHAEL GILMORE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

February 8, 2022

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on November 9, 2020, the change in definition will occur on November 9, 2022. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by March 9, 2022:

- X Activities Questionnaire Form
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Training Education Experience
- X Authorization
- __ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Angela Morehead
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 39842
Secure Fax No.: (603) 334-0401

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Training Education Experience
Authorization

ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Angela Morehead



EMPLOYEE/CLAIMANT NAME: Michael Gilmore

CLAIM NO: 10419522 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: The Dow Chemical Company

TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car?____________

Please provide a copy of your driver's license when returning this form.

How do you maintain contact with people or activities that matter most to you?

____________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________

How many times a day do you leave the house during the week? ____________

On the weekends?____________

How often do you run errands? ____________

Please describe what errands you most commonly run: ____________

____________

**Lincoln/Gilmore 1189**

Lincoln Financial Group®

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

**Lincoln/Gilmore 1190**

Lincoln Financial Group®

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

Describe in your own words, what prevents you from engaging in any gainful employment.

____________________

____________________

____________________

____________________

____________________

Please describe your daily routine: (if more space is needed, please use the back of this form)

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

**Lincoln/Gilmore 1191**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: Angela Morehead

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ________

TO BE COMPLETED BY EMPLOYEE:
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/09/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

MEDICAL INSURANCE CARRIER(S):

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

PHARMACY(S):

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Gilmore 1192**

SIGNATURE: ________________________________ DATE: ______________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return to: Angela Morehead

EMPLOYEE/CLAIMANT NAME: Michael Gilmore CLAIM #: 10419522
EMPLOYER: The Dow Chemical Company DATE OF BIRTH: ____________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ____________ | ________ | ________ | ________ | ________ |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

EMPLOYEE'S PRINTED NAME: ______________________________

DATE: ______________ EMPLOYEE'S SIGNATURE: ______________________________

DP 409

**Lincoln/Gilmore 1194**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ____________

Please fill out each section completely

EDUCATIONAL BACKGROUND: (If you have a resume, please attach)

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

WORK EXPERIENCE: (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________

______________________________

4. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________

______________________________

5. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________

______________________________

## Computer Utilization:

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: __________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

SIGNATURE: ______________________ PHONE NO: (     ) ______________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

Person(s) or group(s) of persons authorized to disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

The information will be used or disclosed only for the following purpose(s): To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 10419522

A copy of this authorization will be considered as valid as the original

# Calculation Worksheet

**Claimant Name:** MICHAEL GILMORE

**Customer: THE DOW CHEMICAL COMPANY**

**Claim Number (s): 10419522**

| | | | |
|---|---|---|---|
| **Originally Paid** | | **Should have Paid** | |
| **From Date** | 12/9/2021 | **From Date** | 12/9/2021 |
| **Thru Date** | 1/8/2022 | **Thru Date** | 1/8/2022 |
| **Total** | **$4,620.68** | **Total** | **$4,639.18** |

* (-) indicates an underpayment

| Credit | |
|---|---|
| **OP Recovered (To Date):** | $0.00 |
| **Attorney Fees:** | $0.00 |
| **Excess Fees** | $0.00 |
| **Total:** | $0.00 |

| | |
|---|---|
| **Overpayment Amount:** | **$0.00** |
| **Underpayment Amount:** | **-$18.50** |

| | |
|---|---|
| **Tax Aging:** | **$18.50** |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 105798529 | 0 | 12/9/2021 | 1/8/2022 | 1/3/2022 | $ 5,108.11 | $ - | $ 5,108.11 | $ 487.43 | $ 4,620.68 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | **Totals:** | **$5,108.11** | **$487.43** | **$4,620.68** |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 105798529 | 0 | 12/9/2021 | 1/8/2022 | 1/3/2022 | $ 5,108.11 | | | $0.00 | $ 5,108.11 | $ 468.93 | $ 4,639.18 | $ (18.50) |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | **Totals:** | **$5,108.11** | **$0.00** | **$0.00** | **$0.00** | **$5,108.11** | **$468.93** | **$4,639.18** | **-$18.50** |

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

# Facsimile Transmittal Sheet

| | |
|---|---|
| **TO:**<br>Liberty Mutual | **FROM:**<br>Customer Resource Center |
| **FAX NUMBER:**<br>MO 603-334-0366<br>NC 603-334-0380<br>AZ 603-422-0119<br>Wells Fargo 866-214-7839 | **DATE:**<br>1/18/2022 |
| **PHONE NUMBER:** | **TOTAL NUMBER OF PAGES INCLUDING COVER:** |
| **RE:**<br>Michael Gilmore<br>(10419522) | **DIRECT FAX NUMBER:**<br>877-899-1345 |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group at 1-877-261-1947 immediately and destroy all copies of this facsimile transaction. Thank you.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

January 18, 2022

Darcy Sunderland
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: Michael Gilmore**
**LTD: 10419522**

Dear Darcy Sunderland:

Please be advised that we filed Michael Gilmore's *Request for Hearing* forms with the Social Security Administration (SSA) today. The Reconsideration claim was recently denied on 11/16/2021.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 866-692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

SOCIAL SECURITY ADMINISTRATION
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Reconsideration

Telephone: (866) 331-9091
Date: November 16, 2021
Claim Number: HA

MICHAEL GILMORE

You asked us to take another look at your claim for Social Security disability benefits. Someone who did not make the first decision reviewed your case, including any new facts we received, and found that our first decision was correct.

The Decision on Your Case

The following report(s) were used to decide your claim in addition to those listed on our previous notice:

BLOUNT MEMORIAL FAMILY CARE report received 07/22/2021
KNOXVILLE SERVICES LLC report received 10/22/2021]
LARRY PALMER report received 11/06/2021
BLOUNT MEMORIAL FAMILY CARE report received 11/08/2021

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

You said you are unable to work because of diabetic neuropathy in feet and legs, depression, high cholesterol, diabetes, erectile dysfunction, diabetes I, hyper-lipidemia, MDD, and idiopathic peripheral autonomic neuropathy.

Your condition results in some limitations in your ability to perform work related activities. However, these limitations do not prevent you from performing work you have done in the past as a maintenance planner, as you described. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information and work experience in determining

how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

## About the Decision

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in this case.

## The Disability Rules

You must meet certain rules to qualify for disabled worker's Social Security benefits. You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial work (described below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

## Information About Substantial Work

Generally, substantial work is physical or mental work a person is paid to do. Work can be substantial even if it is part-time. To decide if a person's work is substantial, we consider the nature of the job duties, the skills and experience needed to do the job, and how much the person actually earns.

Usually, we find that work is substantial if gross earnings average over $1310 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness.

A person's work may be different than before his/her health problems began. It may not be as hard to do and the pay may be less. However, we may still find that the work is substantial under our rules.

If a person is self-employed, we consider the kind and value of his/her work, including his/her part in the management of the business, as well as income, to decide if the work is substantial.



PAGE 5/8 * RCVD AT 1/18/2022 12:11:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID:Barbara Martinez * ANI: * DURATION (mm-ss):02-42

## Other Benefits

Based on the applications you filed you are not entitled to any other benefits besides those you may already be getting. In the future, if you think you may be entitled to benefits, you will need to file again.

## If You Disagree with the Decision

If you disagree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review your case again and consider any new facts you have before deciding your case.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for a hearing.
- You have to ask for an appeal in writing. We will ask you to sign a form HA-501-U2, called "Request for Hearing." You may contact one of our offices or call 1-800-772-1213 to request this form. Or you may complete this form online at http://www.socialsecurity.gov/disability/appeal. Contact one of our offices if you want help.
- As part of the appeal process, you also need to tell us about your current medical condition. We provide a form for doing that, the "Disability Report - Appeal". You may contact one of our offices or call 1-800-772-1213 to request this form. Or you may complete this report online after you complete the online Request for Hearing.

## How the Hearing Process Works

The ALJ will mail you a letter at least 20 days before your hearing to tell you its date, time and place. The letter will explain the law in your case and tell you what

has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decision in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

Please read the enclosed pamphlet "Your Right to An Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It has more information about the hearing.

### It Is Important to Go to the Hearing

It is very important that you go to the hearing. If for any reason you can't go, contact the ALJ as soon as possible before the hearing and explain why. The ALJ will reschedule the hearing if you have a good reason.

If you don't go to the hearing and don't have a good reason for not going, the ALJ may dismiss your request for a hearing.

### New Application

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

- you might lose some benefits, or not qualify for any benefits, and
- we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

### If You Want Help with Your Hearing

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.



PAGE 7/8 * RCVD AT 1/18/2022 12:11:06 PM [Eastern Standard Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID:Barbara Martinez * ANI: * DURATION (mm-ss):02-42

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

## If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 331-9091. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
9031 CROSS PARK DR
KNOXVILLE TN 37923-9922

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

## Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

Social Security Administration

Enclosures:
SSA Pub. No. 70-10281

SEAN PATRICK SULLIVAN
300 N BEACH STREET
DAYTONA BEACH FL 32114-3304

LHHEND

(SSA-L928)

**Blount Memorial**
Family Care Center

# FAX COVER SHEET

| Date: | Time: | Number of Pages: |
|---|---|---|
| Intended Receiver: | | |
| Facility: | | |
| Address: | | |
| Telephone: | Fax: 603-334-0401 | |
| Patient Name: | | |
| Admission Date: | | |
| Message: | | |

**List of Documents:**

[ ] Complete Record
[ ] Discharge Summary
[ ] History and Physical
[ ] Other: (Specify)
[ ] Consult
[ ] Lab
[ ] X-Rays)
[ ] Office Notes

## CONFIDENTIAL MEDICAL RECORD

Healthcare information is personal and sensitive information. It is being faxed to you after we have secured the appropriate authorization from the patient or under circumstances that do not require patient authorization. The recipient of this information is obligated to protect this information by maintaining it in a safe, secure and confidential manner. Re-disclosure of this information without the expressed consent of the patient or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality may subject you to penalties described in Federal and State law.

**IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this FAX is not the intended recipient, or the employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this FAX in error, please notify the sender immediately and destroy.**

**PERSON TRANSMITTING:** Carla

**FACILITY: Blount Memorial Family Care Center (BMFCC)**

**TELEPHONE: 865-342-8100** **FAX: 865-342-8110**

- BMFCC - Foothills: 720 Foothills Mall Drive, Maryville, TN 37801 (865) 342-8100
- BMFCC - Springbrook, 230 Associates Boulevard, Alcoa, TN 37701 (865) 273-1555

7680:2549A

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

00000265 LF7978M1 00001012

January 3, 2022

MICHAEL GILMORE

0000

RE: Long Term Disability Benefits
THE DOW CHEMICAL COMPANY
Claim #: 10419522

MR. GILMORE

Your application for Long Term Disability Benefits has been received and is currently under review.

If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to The Lincoln National Life Insurance Company.

The Lincoln National Life Insurance Company will be contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. Please note, even though The Lincoln National Life Insurance Company initiates the request for medical documentation from your doctor, it is your ultimate responsibility to secure the required documentation if we are unable to do so.

After we have received medical documentation from your doctor, your claim will be evaluated and you will be notified of our decision via a telephone call.

If you have any questions regarding this information, please contact our office at (800) 210-0268, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Angela Morehead
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

Fax to

CC:
WM HEYDENS

Lincoln Financial Group®
The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

000265 LF7978M1 000000

MICHAEL GILMORE

0000

S 00000265 LF7978M1 00001011

The Lincoln No. 8064 P. 4/8 Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

*My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records, other work related information and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

00000265 LF7978M1 00001013 E

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be redisclosed as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written notice to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except when action has been taken in reliance on this authorization, or when other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the health care services available to me are not dependent on if I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** will be in force for 24 months from the date of signature, except if state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) MICHAEL GILMORE

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature] Date: 1-13-22

Date of Birth: Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original.**



PAGE 4/8 * RCVD AT 1/13/2022 12:31:25 PM [Eastern Standard Time] * SVR:VA1PWFAX101/1 * DNIS:6033340401 * CSID: * ANI:18659771041 * DURATION (mm-ss):03-29

Blount Memorial
Physicians Group

Family Medicine
720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

| | |
|---|---|
| Patient: | MICHAEL FRANCIS GILMORE |
| Date of Birth: | |
| Date: | 01/13/2022 11:45 AM |
| Visit Type: | Office Visit |
| Provider: | Christopher S. Barber DO |

This 51 year old male presents for paperwork/pain.

## History of Present Illness:

1. paperwork/pain

Patient presents today for reevaluation of his disability claims to work and his polyneuropathy. He still continues to have low back pain. He did have a accident about 20 years ago that initially caused his low back pain but it seems to be worsening. He states his neuropathy has not gotten better despite being on Lyrica 150 mg 3 times a day. He has used some over-the-counter THC products that seem to help at one time but no longer are. Patient still remains compliant with his diabetic medication. He is on metformin, Jardiance and Tresiba. He is due for labs in 6 months.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

| Description |
|---|
| Allergic rhinitis |
| Obesity (BMI 30-39.9) |
| OSA (obstructive sleep apnea) |
| Hypersomnia |
| Restless legs syndrome (RLS) |

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of | | N |



PAGE 5/8 * RCVD AT 1/13/2022 12:31:25 PM [Eastern Standard Time] * SVR:VA1PWFAX101/1 * DNIS:6033340401 * CSID: * ANI:18659771041 * DURATION (mm-ss):03-29

| | | |
|---|---|---|
| | Depression | |
| | Family history of Diabetes | N |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| Viagra 100 mg tablet | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED. | N |
| Lyrica 150 mg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY | N |
| ZOLPIDEM TARTRATE 10 MG TABLET | TAKE 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | N |
| FREESTYLE LIBRE 14 DAY SENSOR | USE TO CHECK BLOOD SUGAR | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Emgality Pen 120 mg/mL subcutaneous pen injector | inject (120MG) by subcutaneous route every month in the abdomen | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:47 AM | 149/82 | 105 | | 97.4 | 6.0 | 1.00 | 264.00 | | 34.83 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
EAR CANAL & TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.
ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.
LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.
HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

Musculoskeletal: Patient has decreased patellar reflexes bilaterally. He has no sensation below his mid calf distally. He has some tenderness in the L4-L5 region.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|

...lyneuropathy (G62.9).

| | | |
|---|---|---|
| | Patient Plan | Patient will continue his Lyrica. We will refer him to pain management for further evaluation and treatment options.<br><br>Patient is still unable to work due to his lower extremity polyneuropathy. He is unable to climb ladders safely. We will send this report to his insurance company. At this point we are still trying to control his pain but his prognosis has not changed and he will not improve. We are just trying to control his symptoms. |
| 2. | Assessment | Severe low back pain (M54.50). |
| | Patient Plan | We will attempt to get an MRI of his low back. He is having severe neuropathy that is not improving. We need to have imaging of the low back to see if there is some underlying cause for his polyneuropathy of his lower extremities. He has had a nerve conduction study in the past. It did not highlight any lumbar issues but this needs to be looked at. |
| 3. | Assessment | Claudication (I73.9). |
| | Patient Plan | Patient will have an arterial Doppler of his lower extremities scheduled |

*Document generated by: Christopher S. Barber 01/13/2022 12:09 PM*

*Christopher S. Barber DO 01/13/2022 12:10 PM*

Electronically signed by Christopher S. Barber DO on 01/13/2022 12:10 PM

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

MICHAEL GILMORE

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

January 3, 2022

MICHAEL GILMORE

0000

RE: Long Term Disability Benefits
THE DOW CHEMICAL COMPANY
Claim #: 10419522

MR. GILMORE

Your application for Long Term Disability Benefits has been received and is currently under review.

If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to The Lincoln National Life Insurance Company.

The Lincoln National Life Insurance Company will be contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. Please note, even though The Lincoln National Life Insurance Company initiates the request for medical documentation from your doctor, it is your ultimate responsibility to secure the required documentation if we are unable to do so.

After we have received medical documentation from your doctor, your claim will be evaluated and you will be notified of our decision via a telephone call.

If you have any questions regarding this information, please contact our office at (800) 210-0268, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Angela Morehead
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

CC:
WM HEYDENS

Case 3:23-cv-00212-TAV-DCP Document 26-3 Filed 11/08/23 Page 1169 of 1375
PageID #: 1304

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

*My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records, other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be redisclosed as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written notice to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except when action has been taken in reliance on this authorization, or when other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the health care services available to me are not dependent on if I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** will be in force for 24 months from the date of signature, except if state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________________

Signature of claimant or legal representative ____________________ Date: ____________________

Date of Birth: Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original.**

**From:** DoNotReply@lfg.com
**Sent:** Mon, 3 Jan 2022 14:07:53 +0000
**To:** WMHeydens@dow.com
**Subject:** Claim #10419522, MICHAEL GILMORE
**Attachments:** General Acknowledgment.clm_num=10419522.01-03-22.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 210-0268 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Lincoln/Gilmore 1221

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

January 3, 2022

MICHAEL GILMORE

0000

RE: Long Term Disability Benefits
THE DOW CHEMICAL COMPANY
Claim #: 10419522

MR. GILMORE

Your application for Long Term Disability Benefits has been received and is currently under review.

If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to The Lincoln National Life Insurance Company.

The Lincoln National Life Insurance Company will be contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. Please note, even though The Lincoln National Life Insurance Company initiates the request for medical documentation from your doctor, it is your ultimate responsibility to secure the required documentation if we are unable to do so.

After we have received medical documentation from your doctor, your claim will be evaluated and you will be notified of our decision via a telephone call.

If you have any questions regarding this information, please contact our office at (800) 210-0268, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Angela Morehead
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

CC:
WM HEYDENS

The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

*My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records, other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be redisclosed as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written notice to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except when action has been taken in reliance on this authorization, or when other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the health care services available to me are not dependent on if I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** will be in force for 24 months from the date of signature, except if state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________________

Signature of claimant or legal representative ___________________________ Date: ______________________

Date of Birth: Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original.**





Case 3:23-cv-00212-TAV-DCP Document 26-3 Filed 11/08/23 Page 1175 of 1375
PageID #: 1310

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. MICHAEL GILMORE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

January 1, 2022

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angela Morehead
Senior Claims Examiner, Claims
Phone No.: (800) 210-0268 Ext. 39842
Secure Fax No.: (603) 334-0401

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

# Facsimile Transmittal Sheet

TO:
Liberty Mutual

FROM:
Customer Resource Center

FAX NUMBER:

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

DATE:
7/1/2021

PHONE NUMBER:

TOTAL NUMBER OF PAGES INCLUDING COVER:
9

RE:
Michael Gilmore
(10419522)

DIRECT FAX NUMBER:
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

NOTES/COMMENTS:

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group at 1-877-261-1947 immediately and destroy all copies of this facsimile transaction. Thank you.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 I F: (877) 899-1329
bbabsence.com

February 10, 2021

Darcy Sunderland
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: Michael Gilmore**
**LTD: 10419522**

Dear Darcy Sunderland:

Please be advised that we filed Michael Gilmore's *Reconsideration application* with the Social Security Administration (SSA) today. The Initial claim was recently denied on 5/7/2021.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 866-692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

Social Security Administration

# Retirement, Survivors, and Disability Insurance

**Notice of Disapproved claim**

Date: 05/07/2021
Claim Number: 749928

MICHAEL GILMORE

We are writing about your claim for Social Security disability benefits. Based on a review of your health prohlems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

**The Decision**

See the enclosed Personalized Disability Explanation.

**About the Decision**

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security Disability Rules" for information about our rules.

**Information About Other Benefits**

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already he getting. If you think you may be entitled to other henefits in the future, you will need to apply again.

**If You Disagree With The Decision**

If you disagree with this decision, you have the right to appeal. We will review your entire case and consider any new facts you have. A person who did not make the first decision will decide the appeal.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You have to ask for an appeal in writing. You may use our form SSA-561-U2, called "Request for Reconsideration." You may complete this form online at www.socialsecurity.gov/disability/appeal. Or, you may contact one of our offices or call 1-800-772-1213 to request this form. Contact one of our offices if you want help.
- In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since filing the claim. You may complete this report online after you complete the online "Request for Reconsideration." Or, you may contact one of our offices or call 1-800-772-1213 to request this form.

**How the Appeal Works**

You have the right to review the facts in your case. You can give us more facts to add to your file. Then we will decide your case again. You will not meet with the person who will decide your case.

**If You Want Help With Your Appeal**

You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

20210521 000056624 041 0107

Many representatives charge a fee. Some charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696-U4 "Appointment of Representative." Any local Social Security office can give you this form.

**New Application**

You have the right to file a new application at any time, but a new application is not the same as an appeal. If you disagree with this decision and you file a new application instead of an appeal, you might lose some benefits, or not qualify for any benefits. We also could deny a new Social Security application using this Social Security decision, if the facts and issues are the same. So, if you disagree with this decision, you should ask for an appeal within 60 days.

**Suspect Social Security Fraud?**

Please visit **https://oig.ssa.gov/report** or call the Inspector General's Fraud Hotline at 800-269-0271 (TTY 866-501-2101).

**If You Have Any Questions**

We invite you to visit our website at **www.socialsecurity.gov** to find general information about Social Security. If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 331-9091 . If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

KNOXVILLE TN
SOCIAL SECURITY
9031 Cross Park Dr
Knoxville TN 37923 - 9922

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*

cc: ADVOCATOR GROUP LLC

Enclosure(s):
Social Security Disability Rules
Personalized Disability Explanation

20210521 000056624 041 0108

## Social Security Disability Rules

**You must meet certain rules to qualify for Social Security disability benefits:**

Disabled Worker

You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Childhood Disability

You must be age 18 or older and your health problems must:

- begin before age 22 **or** you must become disabled again within 7 years after the month that your earlier period of disability ended,
- keep you from doing any kind of substantial gainful activity (explained below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

Disabled Widow, Widower or Surviving Divorced Spouse

You must be at least age 50, and your health problems must:

- Keep you from doing any kind of substantial gainful activity (explained below),
- last, or be expected to last, for at least 12 months in a row, or result in death, and
- have started before the end of a special period.

The special period **starts** with the latest of:

- the month your spouse died,
- the month your Social Security benefits as a parent ended, **or**
- the month your earlier period of widow(er)'s disability ended.

The special period **ends** at the close of the 84th month (7 years) after the month it started.

### Information About Substantial Gainful Activity

Generally, substantial gainful activity is physical or mental work you are paid to do. Work can be substantial gainful activity even if it is part-time. To decide if your work is substantial gainful activity, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Beginning January , we will find that your work is substantial gainful activity if your gross earnings average over $1,310 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness $2,190. This amount changes each year.

Your work may be different from before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial gainful activity under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial gainful activity.

20210521 000056624 041 0109

## Personalized Disability Explanation

We used the following medical and non-medical reports to decide your claim:
Cumberland Medical Evaluation received on 03/12/2021 and Blount Memorial Family Care received on 01/19/2021.

You said you were unable to work as of 05/08/2020 because of Diabetic Neuropathy in feet and Legs, Depression, High Cholesterol, Diabetes and Erectile Disfunction.

We have carefully reviewed your medical records and other evidence. Although you do experience limitations due to your physical and mental condition(s), we determined that you still have the ability to perform many normal daily activities

Your condition results in some limitations in your ability to perform work related activities. We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information and work experience in determining how your condition affects your ability to work. We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, please contact any Social Security office about filing another application.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | April 8, 2021 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

April 8, 2021

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Michael Gilmore's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 15, 2021.

**Please note, we have received the medical records however we are requesting Dr. Barber complete the enclosed Restrictions Form.**

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: 10419522-REQUEST-PROVIDER-03.24.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | March 24, 2021 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

March 24, 2021

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 285-4389 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Mr. Gilmore allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Gilmore's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: Restrictions Form
10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.29.2020

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

# Restrictions Form

**Return To:** Darcy Sunderland

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

**1.** **DATE FIRST TREATED** — ____________ ____________________

**DATE LAST TREATED** — ____________ ____________________

**NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

**2.** **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

**3.** **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
**2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

**4.** **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

**5.** **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

**6.** **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

**7.** **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Gilmore 1242**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

00000011 LFPY8UD1 00000171

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) MICHAEL F. GILMORE

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative *Michael F. Gilmore* Date: 9-21-20

Date of Birth: ______ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original.**

**Blount Memorial**
Family Care Center

# FAX COVER SHEET

| Date: | Time: | Number of Pages: |
|---|---|---|
| Intended Receiver: | | |
| Facility: | | |
| Address: | | |
| Telephone: | Fax: 603-285-4389 | |
| Patient Name: | | |
| Admission Date: | | |

Message: Records were sent earlier but Dr. Barber did not sign the restriction form. I am re-sending that. Sorry!

**List of Documents:**

[ ] Complete Record
[ ] Discharge Summary
[ ] History and Physical
[ ] Other: (Specify)
[ ] Consult
[ ] Lab
[ ] X-Rays)
[ ] Office Notes

## CONFIDENTIAL MEDICAL RECORD

Healthcare information is personal and sensitive information. It is being faxed to you after we have secured the appropriate authorization from the patient or under circumstances that do not require patient authorization. The recipient of this information is obligated to protect this information by maintaining it in a safe, secure and confidential manner. Re-disclosure of this information without the expressed consent of the patient or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality may subject you to penalties described in Federal and State law.

**IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this FAX is not the intended recipient, or the employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this FAX in error, please notify the sender immediately and destroy.**

**PERSON TRANSMITTING:** Carla

**FACILITY:** **Blount Memorial Family Care Center (BMFCC)**

**TELEPHONE:** **865-342-8100** **FAX:** **865-342-8110**

- BMFCC - Foothills: 720 Foothills Mall Drive, Maryville, TN 37801 (865) 342-8100
- BMFCC - Springbrook, 230 Associates Boulevard, Alcoa, TN 37701 (865) 273-1555

7680:2549A

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | April 8, 2021 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

April 8, 2021

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Michael Gilmore's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 15, 2021.

**Please note, we have received the medical records however we are requesting Dr. Barber complete the enclosed Restrictions Form.**

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: 10419522-REQUEST-PROVIDER-03.24.2021



PAGE 3/8 * RCVD AT 4/8/2021 12:19:32 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6032854389 * CSID: * ANI:18659771041 * DURATION (mm-ss):02-26

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | March 24, 2021 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

March 24, 2021

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.: July 8, 1970

Dear Dr. Christopher Barber:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2020 through the present

- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by March 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 285-4389 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we



have enclosed a HIPAA compliant authorization signed by Mr. Gilmore allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Gilmore's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: Restrictions Form
10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.29.2020



PAGE 5/8 * RCVD AT 4/8/2021 12:19:32 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6032854389 * CSID: * ANI:18659771041 * DURATION (mm-ss):02-26

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) MICHAEL F. GILMORE

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Michael F. Gilmore Date: 9-21-20

Date of Birth: ______ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original.**



PAGE 6/8 * RCVD AT 4/8/2021 12:19:32 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6032854389 * CSID: * ANI:18659771041 * DURATION (mm-ss):02-26

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

# Restrictions Form

**Return To:** Darcy Sunderland

| Michael Gilmore | | 10419522 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 5-11-20
   DATE LAST TREATED — 3-31-21
   NEXT OFFICE VISIT — 10-13-21

   Neuropathy G62.9
   Neuropathy
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Pt has neuropathy + is unable to go up ladders. He is a high fall risk. This will alway be an issue with no improvement.

4. RESTRICTIONS IMPOSED FROM 5-11-20 TO indefinety.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________
   We are working on pain relief.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   Loss of Sensation of both feet.

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ________ TO ________.

| | | |
|---|---|---|
| Christopher Barber | D.O. Family Care | 62-1866708 |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 720 Foothills Mall Dr | 865-342-8100 | 865-342-8110 |
| Street Address | Telephone Number | Fax Number |
| Maryville TN 37801 | [signature] | 4-8-2021 |
| City, State & Zip Code | Signature | Date |

Blount Memorial
Family Care Center

# FAX COVER SHEET

| | | |
|---|---|---|
| Date: 4.7.21 | Time: | Number of Pages: |
| Intended Receiver: Darcy | | |
| Facility: | | |
| Address: | | |
| Telephone: | Fax: 603-285-4389 | |
| Patient Name: M. Gilmore | | |
| Admission Date: | | |
| Message: Cannot print med refills | | |

**List of Documents:**

[ ] Complete Record
[ ] Discharge Summary
[ ] History and Physical
[ ] Other: (Specify)

[ ] Consult
[ ] Lab
[ ] X-Rays)
[ ] Office Notes

**CONFIDENTIAL MEDICAL RECORD**

Healthcare information is personal and sensitive information. It is being faxed to you after we have secured the appropriate authorization from the patient or under circumstances that do not require patient authorization. The recipient of this information is obligated to protect this information by maintaining it in a safe, secure and confidential manner. Re-disclosure of this information without the expressed consent of the patient or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality may subject you to penalties described in Federal and State law.

IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this FAX is not the intended recipient, or the employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this FAX in error, please notify the sender immediately and destroy.

PERSON TRANSMITTING: angi

FACILITY: Blount Memorial Family Care Center (BMFCC)

TELEPHONE: 865-342-8100 FAX: 865-342-8110

- BMFCC - Foothills: 720 Foothills Mall Drive, Maryville, TN 37801 (865) 342-8100
- BMFCC – Springbrook: 230 Associates Boulevard, Alcoa, TN 37701 (865) 273-1555

PAGE 1/25 * RCVD AT 4/7/2021 3:31:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):13-00

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

| | |
|---|---|
| Patient: | MICHAEL FRANCIS GILMORE |
| Date of Birth: | |
| Date: | 11/18/2020 09:45 AM |
| Visit Type: | Office Visit |
| Provider: | Christopher S. Barber DO |

This 50 year old male presents for 3 month fu on chronic conditions.

## History of Present Illness:

1. 3 month fu on chronic conditions

Michael Gilmore is a 50 y/o male who presents to the clinic for a 3 month follow up visit on chronic conditions. Pt has DM, vit d def and hypercholesterolemia, which are chronic conditions. Pt is compliant with his medications. His current BG is 137. Labs on 11/17/20 shows his BG at 208, hemoglobin A1c at 9.0, and total cholesterol at 116. Pt denies any other medical complaints at this time.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

| Description |
|---|
| Allergic rhinitis |
| Obesity (BMI 30-39.9) |
| OSA (obstructive sleep apnea) |
| Hypersomnia |
| Restless legs syndrome (RLS) |

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | [illegible] | | N |
| | | | | Family history of Diabetes | | N |



PAGE 2/25 * RCVD AT 4/7/2021 3:31:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):13-00

| | | |
|---|---|---|
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

### Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

### Social History: (Detailed)

Preferred language is English.

**Marital Status/Family/Social Support**

Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**

There is a history of alcohol use.
Type: Beer.

**Caffeine**

The patient uses caffeine : coffee and tea. - 4 cups a day.

### Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| Lyrica 150 mg capsule | 1 po tid | N |
| FreeStyle Libre 14 Day Sensor Kit | [illegible] | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| TRESIBA FLEXTOUCH 200 UNIT/ML | INJECT 10 UNITS SUBCUTANEOUSLY EVERY DAY | N |

### Medication Reconciliation

Medications reconciled today.

### Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

### Vital Signs

| Time | BP | Pulse | Resp | Temp F | Hgt ft | Ht in | Wt lb | Wt Oz | BMI | BMI %ile | O2 (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:11 AM | 132/77 | 70 | | 98.0 | 6.0 | 1.00 | 268.00 | | 35.36 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65). |
| | Patient Plan | [illegible] |
| 2. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Pt was instructed to eat a diet low in saturated fats and to exercise regularly. Pt will continue their Crestor 40mg 1 po qhs and notify us of any side effects to their medications. |



PAGE 4/25 * RCVD AT 4/7/2021 3:31:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):13-00

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 11/18/2020 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 40 UNITS SUBCUTANEOUSLY EVERY DAY | 6 | 1 | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 11/18/2020 at 10:22 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 11/18/2020 at 12:22 PM.

*Document generated by: Christopher S. Barber 11/18/2020 12:22 PM*

*Christopher S. Barber DO 11/18/2020 12:22 PM*

Electronically signed by Christopher S. Barber DO on 11/18/2020 12:25 PM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

| | |
|---|---|
| Patient: | MICHAEL FRANCIS GILMORE |
| Date of Birth: | |
| Date: | 12/22/2020 09:15 AM |
| Visit Type: | Office Visit |
| Provider: | Christopher S. Barber DO |

This 50 year old male presents for follow up of chronic conditions - 1 month.

### History of Present Illness:

1. Follow Up of chronic conditions - 1 month

Michael Gilmore is a 50 y/o male who presents to the clinic for a 1 month follow up visit for a chronic condition. He has DM, which is a stable chronic condition. Pt is compliant with his medications. He reports his average BG has been around 160-170. Labs on 11/17/20 shows his BG at 208 and hemoglobin A1c at 9.0. Pt denies any medical complaints at this time.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

### Problem List:

| Description |
|---|
| Allergic rhinitis |
| Obesity (BMI 30-39.9) |
| OSA (obstructive sleep apnea) |
| Hypersomnia |
| Restless legs syndrome (RLS) |

### Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

### Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |



PAGE 6/25 * RCVD AT 4/7/2021 3:31:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):13-00

Mother | Cardiovascular disease | N

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Crestor 40 mg tablet | 1 po qhs. | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| Lyrica 150 mg capsule | 1 po tid | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 40 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| [illegible] | [illegible] | N |
| Jardiance 25 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| [illegible] | [illegible] | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt oz | BMI | BMI % | [illegible] (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:12 AM | 112/72 | 75 | | 98.0 | 6.0 | 1.00 | 273.00 | | 36.02 | | | Amanda L. Maples, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65). |
| | [illegible] | [illegible] |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 12/22/2020 | Tresiba FlexTouch | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | 6 | 1 | |

U-200 insulin 200
unit/mL (3 mL)
subcutaneous pen

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 12/22/2020 at 9:17 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 12/22/2020 at 9:23 AM.

*Document generated by: Christopher S. Barber 12/22/2020 09:23 AM*

*Christopher S. Barber DO 12/22/2020 09:24 AM*

Electronically signed by Christopher S. Barber DO on 12/22/2020 09:24 AM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

| | |
|---|---|
| Patient: | MICHAEL FRANCIS GILMORE |
| Date of Birth: | |
| Date: | 01/20/2021 11:45 AM |
| Visit Type: | Office Visit |
| Provider: | Christopher S. Barber DO |

This 50 year old male presents for Paperwork.

## History of Present Illness:

1. Paperwork

Michael Gilmore is a 50 y/o male who presents to the clinic for disability paperwork. Pt has diabetic polyneuropathy, which is a chronic condition. Pt is compliant with his medications. Pt is c/o ED issues. He would like to try a different medication to see if it works better. Pt denies any other medical complaints at this time.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

| Description |
|---|
| Allergic rhinitis |
| Obesity (BMI 30-39.9) |
| OSA (obstructive sleep apnea) |
| Hypersomnia |
| Restless legs syndrome (RLS) |

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | [illegible] | | N |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |

Mother | Cardiovascular disease | N

## Current Tobacco Status
Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)
Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| Lyrica 150 mg capsule | 1 po tid | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| Jardiance 25 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |

## Medication Reconciliation
Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs



PAGE 11/25 * RCVD AT 4/7/2021 3:31:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):13-00

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt oz | BMI | BMI % | (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:44 AM | 119/80 | 88 | | 98.2 | 6.0 | 1.00 | 271.00 | | 35.75 | | | Heather R. Raper, MA |

**Physical Exam**

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

**Assessment/Plan**

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Diabetic polyneuropathy associated with diabetes mellitus due to underlying condition (E08.42). |
| | Patient Plan | [illegible] |
| 2. | Assessment | Erectile dysfunction, unspecified erectile dysfunction type (N52.9) |
| | Patient Plan | Pt was prescribed cialis 20mg 1 po q36 hours prn. Pt will notify us of any changes. |

**Medications *(Prescribed or Renewed today)***

GILMORE, MICHAEL FRANCIS 000000129772 01/20/2021 11:45 AM 3/4

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 01/20/2021 | Cialis 20 mg tablet | 1 po q36 hours prn | 10 | 11 | |

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 01/20/2021 at 12:16 PM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 01/20/2021 at 1:16 PM.

*Document generated by: **Christopher S. Barber 01/20/2021 01:16 PM***

*Christopher S. Barber DO 01/20/2021 01:16 PM*

Electronically signed by Christopher S. Barber DO on 01/20/2021 01:17 PM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

| | |
|---|---|
| Patient: | MICHAEL FRANCIS GILMORE |
| Date of Birth: | |
| Date: | 03/31/2021 09:00 AM |
| Visit Type: | Office Visit |
| Provider: | Christopher S. Barber DO |

This 50 year old male presents for follow up of 3 mo chronic conditions.

## History of Present Illness:

1. Follow Up of 3 mo chronic conditions

Michael Gilmore is a 50-year-old male who presents to the clinic for a 3-month followup visit of chronic medical conditions. Patient has a history of neuropathy, hypercholesterolemia, vitamin D deficiency, and type 2 diabetes mellitus. These are stable chronic conditions and the patient is compliant with their current medication regimen. Labs from 03/30/2021 were reviewed. His hemoglobin A1c has decreased from 9.0% to 7.8% since November 2020. He mentions that he is unable to tolerate Ozempic because this provokes nausea. Patient is currently receiving disability compensation due to occupational limitations related to chronic neuropathy. He reiterates that the numbness of his hands and feet have substantially impaired his coordination, preventing him from climbing ladders at work. He claims he has inquired about other positions requiring less fine motor skills, but no positions are available at this time. Patient complains of left groin pain which arose 2 weeks ago while ambulating on stairs. He states the pain is exacerbated by sudden pivoting movements and changing positions in bed.

He will be due for a PSA evaluation in November 2021.

Review of Systems: Per HPI and additionally: -chest pain, -dyspnea, -nausea, -vomiting, -diarrhea, -constipation, +left groin pain, +neuropathy, +extremity numbness.

## Problem List:

| Description |
|---|
| Allergic rhinitis |
| Obesity (BMI 30-39.9) |
| OSA (obstructive sleep apnea) |
| Hypersomnia |
| Restless legs syndrome (RLS) |

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |



PAGE 14/25 * RCVD AT 4/7/2021 3:31:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):13-00

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| [illegible] | | | | [illegible] | | [illegible] |
| | | | | Family history of Diabetes | | N |
| Father | | | | Cardiovascular disease | | N |
| Mother | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| ROSUVASTATIN CALCIUM 40 MG TAB | TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | N |
| Cialis 20 mg tablet | 1 po q36 hours prn | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| PREGABALIN 150 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH 3 TIMES A DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | | Ozempic | diarrhea |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | diarrhea | Ozempic | |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp °F | Ht ft | Ht in | Wt lb | Wt oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:01 AM | 148/86 | 86 | | 98.2 | 6.0 | 1.00 | 272.00 | | 35.89 | | | Michele L. Adams, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS; NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.

EAR CANAL; TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.

NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.

ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTESTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias.

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | [illegible] |
| 2. | Assessment | Diabetic polyneuropathy associated with diabetes mellitus due to underlying condition (E08.42). |
| | Patient Plan | Patient is stable and compliant with their current medication regimen, which was verified with the CSMD. Continue gabapentin 300 mg 2 po TID and pregabalin 150 mg TID. Disability paperwork will be completed and returned. |
| 3. | Assessment | Type 2 diabetes mellitus without complication, with long-term current use of insulin (E11.9). |
| | Patient Plan | [illegible] |
| 4. | Assessment | Long term (current) use of insulin (Z79.4). |
| | Patient Plan | As above. |
| 5. | Assessment | Vitamin D deficiency (E55.9). |
| | Patient Plan | [illegible] |
| | Plan Orders | CBC w/diff to be performed, Comprehensive Metabolic Panel to be performed, Hemoglobin A1c to be performed, Lipid Panel to be performed and Vitamin D 25-Hydroxy to be performed. |
| 6. | Assessment | Strain of left groin (S76.212A). |
| | Patient Plan | [illegible] |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 03/31/2021 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | INJECT 50 UNITS SUBCUTANEOUSLY EVERY DAY | 9 | 1 | |

Documentation entered by Kathryn Maley, acting as a scribe for Christopher Scott Barber DO on 03/31/2021 at 8:59 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 03/31/2021 at 10:23 AM.

*Document generated by: Christopher S. Barber 03/31/2021 10:23 AM*

Electronically signed by Christopher S. Barber DO on 03/31/2021 10:23 AM

**Blount Memorial Physician Group**
103 W Broadway Ave
Maryville, TN, 378014703

**GILMORE, MICHAEL FRANCIS**

Person #: 129772
Sex: M
DOB:

**Ordering:** Barber DO, Christopher **Performing #:** Orchard **Location:** Foothills Family Care Center
**Tests Ordered :** CBC w/diff (CBC), Comprehensive Metabolic Panel (CMPN), Hemoglobin A1c (A1CP), Lipase (LIPSE), Vitamin D 25-Hydroxy (VITD)

**Vitamin D, 25-Hydroxy (Collection Date: 03/30/2021 07:37, Status: Final)**
Blount Memorial Accession
ID: T69052

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Vitamin D, 25-Hydroxy | 35.2 | ng/mL | | 30.0-100.0 | VITAMIN D STATUS: Deficiency <20 ng/mL: Insufficiency 20-29 mg/dL: Sufficiency 30-100 ng/mL: Toxicity >100 ng/mL Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

**Lipase (Collection Date: 03/30/2021 07:37, Status: Final)**
Blount
Memorial Accession ID: T69051

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Lipase | 25 | U/L | | 11-82 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

Patient: GILMORE, MICHAEL FRANCIS, DOB:


PAGE 19/25 * RCVD AT 4/7/2021 3:31:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6032854380 * CSID: * ANI:18659771101 * DURATION (mm-ss):13-00

**Comprehensive Metabolic Panel (Collection Date: 03/30/2021 07:37, Status: Final)**

Blount Memorial Accession
ID: T69051

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Glucose | 180 | mg/dL | H | 75-100 | |
| AST (SGOT) | 11 | U/L | | 5-40 | |
| ALT (SGPT) | 13 | U/L | | 7-56 | |
| Protein, Total | 7.2 | g/dL | | 6.2-8.2 | |
| Albumin | 4.2 | g/dL | | 3.5-4.8 | |
| Calcium | 9.4 | mg/dL | | 8.9-10.3 | |
| Chloride | 105 | mmol/L | | 98-111 | |
| Alkaline Phosphatase | 53 | U/L | | 38-126 | |
| Bilirubin, Total | 0.4 | mg/dL | | 0.4-2.0 | |
| BUN | 15 | mg/dL | | 7-21 | |
| Carbon Dioxide | 31 | mmol/L | H | 22-30 | |
| Creatinine (Serum) | 0.94 | mg/dL | | 0.80-1.50 | |
| Est. GFR (African Amer.) | >60 | mL/min/1.73m2 | | >60 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| Est. GFR (Non-African. Amer.) | >60 | mL/min/1.73m2 | | >60 | |
| Potassium | 4.3 | mmol/L | | 3.6-5.0 | |
| Sodium | 141 | mmol/L | | 137-145 | |

**CBC (+/- Diff And Anemia Panel) (Collection Date: 03/30/2021 07:37, Status: Final)**

Blount Memorial Accession
ID: T69051

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Baso# | 0.0 | K/mcL | | 0.0-0.2 | |
| Eos# | 0.2 | K/mcL | | 0.0-0.45 | |
| Lymph# | 2.3 | K/mcL | | 1.0-4.8 | |
| Mono# | 0.6 | K/mcL | | 0.0-0.8 | |
| Neu# | 3.1 | K/mcL | | 1.8-7.0 | |
| Baso% | 0.8 | % | | 0-2 | |
| Auto Diff. | Automated differential accepted, | | | | slide scan not indicated. Performed at East TN Medical Group, 266 Joule |

Patient: GILMORE, MICHAEL FRANCIS, DOB:



PAGE 20/25 * RCVD AT 4/7/2021 3:31:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):13-00

| | | | | |
|---|---|---|---|---|
| | | | | St,<br>Alcoa, TN<br>37701 |
| Eos% | 2.6 | % | 0.0-7.5 | |
| Hct | 45.5 | % | 39.0-55.0 | |
| Hgb | 15.3 | g/dL | 13.9-16.3 | |
| Lymph% | 37.4 | % | 13.0-43.0 | |
| MCH | 30.2 | pg/cell | 27-34 | |
| MCHC | 33.7 | g/dL | 32-37 | |
| MCV | 89.6 | fL | 80.0-100.0 | |
| Mono% | 9.0 | % | 2.0-11.0 | |
| MPV | 8.0 | fL | 6.5-12.0 | |
| Neu% | 50.2 | % | 45-85 | |
| Plt | 189 | K/mcL | 150-400 | |
| RBC | 5.07 | M/mcL | 4.3-5.9 | |
| RDW | 13.6 | % | 11.5-14.5 | |
| WBC | 6.1 | K/mcL | 4.5-11.0 | |

**Hemoglobin A1c (Collection Date: 03/30/2021 07:37, Status: Final)**
Blount Memorial Accession ID:
T69051

| Component | Result Units | Flag | Range | Comment |
|---|---|---|---|---|
| Hemoglobin A1c | 7.8 % | H | 4.2-5.8 | Current guidelines recommend a treatment goal of <7.0% in diabetic patients. Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

Patient: GILMORE, MICHAEL FRANCIS, DOB:



PAGE 21/25 * RCVD AT 4/7/2021 3:31:25 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):13-00

**Blount Memorial Physician Group**
103 W Broadway Ave
Maryville, TN, 378014703

**GILMORE, MICHAEL FRANCIS**

Person #: 129772
Sex: M
DOB:

**Ordering:** Barber DO, Christopher **Performing #:** Orchard **Location:** Foothills Family Care Center
**Tests Ordered :** CBC w/diff (CBC), Comprehensive Metabolic Panel (CMPN), Hemoglobin A1c (A1CP), Lipid Panel (LIPID), PSA Screening (PSASC), Microalbumin, Random Urine (MALBC)

**Microalbumin (Random Urine) (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession
ID: T32357

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Microalbumin (Random Urine) | 0.9 | mg/dL | | <1.9 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

**PSA (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount
Memorial Accession ID: T32355

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| PSA | 0.30 | ng/mL | | 0.00-4.00 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |

**Lipid Panel (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession ID:
T32352

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Cholesterol, Total | 116 | mg/dL | L | 130-199 | |
| HDL Cholesterol | 41.3 | mg/dL | | 29-71 | |

| | | | | | |
|---|---|---|---|---|---|
| LDL Cholesterol (Calc.) | 53 | mg/dL | | <100 | |
| Non-HDL Cholesterol | 74.7 | mg/dL | | | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| Triglycerides | 109 | mg/dL | | 40-160 | |

**Comprehensive Metabolic Panel (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession
ID: T32352

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Glucose | 208 | mg/dL | H | 75-100 | |
| AST (SGOT) | 10 | U/L | | 5-40 | |
| ALT (SGPT) | 11 | U/L | | 7-56 | |
| Protein, Total | 7.2 | g/dL | | 6.2-8.2 | |
| Albumin | 4.2 | g/dL | | 3.5-4.8 | |
| Calcium | 9.8 | mg/dL | | 8.9-10.3 | |
| Chloride | 103 | mmol/L | | 98-111 | |
| Alkaline Phosphatase | 54 | U/L | | 38-126 | |
| Bilirubin, Total | 0.4 | mg/dL | | 0.4-2.0 | |
| BUN | 18 | mg/dL | | 7-21 | |
| Carbon Dioxide | 30 | mmol/L | | 22-30 | |
| Creatinine (Serum) | 0.94 | mg/dL | | 0.80-1.50 | |
| Est. GFR (African Amer.) | >60 | mL/min/1.73m2 | | >60 | Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| Est. GFR (Non-African. Amer.) | >60 | mL/min/1.73m2 | | >60 | |
| Potassium | 4.3 | mmol/L | | 3.6-5.0 | |
| Sodium | 139 | mmol/L | | 137-145 | |

**CBC (+/- Diff And Anemia Panel) (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession
ID: T32352

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Baso# | 0.0 | K/mcL | | 0.0-0.2 | |

Patient: GILMORE, MICHAEL FRANCIS, DOB:

| | | | | |
|---|---|---|---|---|
| Eos# | 0.2 | K/mcL | 0.0-0.45 | |
| Lymph# | 1.9 | K/mcL | 1.0-4.8 | |
| Mono# | 0.6 | K/mcL | 0.0-0.8 | |
| Neu# | 3.6 | K/mcL | 1.8-7.0 | |
| Baso% | 0.6 | % | 0-2 | |
| Auto Diff. | Automated differential accepted, | | | slide scan not indicated. Performed at East TN Medical Group, 266 Joule St, Alcoa, TN 37701 |
| Eos% | 2.5 | % | 0.0-7.5 | |
| Hct | 45.7 | % | 39.0-55.0 | |
| Hgb | 15.4 | g/dL | 13.9-16.3 | |
| Lymph% | 30.2 | % | 13.0-43.0 | |
| MCH | 30.9 | pg/cell | 27-34 | |
| MCHC | 33.7 | g/dL | 32-37 | |
| MCV | 91.7 | fL | 80.0-100.0 | |
| Mono% | 9.0 | % | 2.0-11.0 | |
| MPV | 7.8 | fL | 6.5-12.0 | |
| Neu% | 57.7 | % | 45-85 | |
| Plt | 204 | K/mcL | 150-400 | |
| RBC | 4.99 | M/mcL | 4.3-5.9 | |
| RDW | 13.1 | % | 11.5-14.5 | |
| WBC | 6.3 | K/mcL | 4.5-11.0 | |

**Hemoglobin A1c (Collection Date: 11/17/2020 07:46, Status: Final)**
Blount Memorial Accession ID:
T32352

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| Hemoglobin A1c | 9.0 | % | H | 4.2-5.8 | Current guidelines recommend a treatment goal of <7.0% in diabetic patients. Performed at East TN Medical Group, 266 Joule |

Patient: GILMORE, MICHAEL FRANCIS, DOB:

St,
Alcoa, TN
37701

Microalbumin (Random Urine) (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

PSA (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

Hemoglobin A1c (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

Lipid Panel (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

Comprehensive Metabolic Panel (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

CBC (+/- Diff And Anemia Panel) (Collection Date: 06/03/2020 12:00 *, Status: Order was cancelled)

Blount Memorial
Family Care Center

# FAX COVER SHEET

| | | |
|---|---|---|
| Date: 3·31·21 | Time: | Number of Pages: 7 c |
| Intended Receiver: Lincoln Financial Group Cover Sheet | | |
| Facility: | | |
| Address: | | |
| Telephone: | Fax: 603·285·4389 | |
| Patient Name: M. Gilmore Claim # 10419522 | | |
| Admission Date: | | |
| Message: Attn: Darcy Sunderland | | |
| | | |
| | | |

List of Documents:

[ ] Complete Record
[ ] Discharge Summary
[ ] History and Physical
[ ] Other: (Specify)
[ ] Consult
[ ] Lab
[ ] X-Rays)
[ ] Office Notes

## CONFIDENTIAL MEDICAL RECORD

Healthcare information is personal and sensitive information. It is being faxed to you after we have secured the appropriate authorization from the patient or under circumstances that do not require patient authorization. The recipient of this information is obligated to protect this information by maintaining it in a safe, secure and confidential manner. Re-disclosure of this information without the expressed consent of the patient or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality may subject you to penalties described in Federal and State law.

IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this FAX is not the intended recipient, or the employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this FAX in error, please notify the sender immediately and destroy.

PERSON TRANSMITTING: Angi

FACILITY: Blount Memorial Family Care Center (BMFCC)

TELEPHONE: 865-342-8100 FAX: 865-342-8110

- BMFCC - Foothills: 720 Foothills Mall Drive, Maryville, TN 37801 (865) 342-8100
- BMFCC – Springbrook: 230 Associates Boulevard, Alcoa, TN 37701 (865) 273-1555

PAGE 1/7 * RCVD AT 3/31/2021 9:21:11 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):02-30

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | March 24, 2021 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

RECEIVED
MAR 24
By__________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

March 24, 2021

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by March 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 285-4389 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Mr. Gilmore allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Gilmore's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: Restrictions Form
10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.29.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

# Restrictions Form

Return To: Darcy Sunderland

| Michael Gilmore | | 10419522 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 5-11-20
DATE LAST TREATED — 3-31-21
NEXT OFFICE VISIT — 9-31-21

Neuropathy G62.9
Neuropathy G62.9
DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

Pt has lower ext neuropathy that affects his balance & is unable to safely get on ladders. He loses his balance due to loss of feeling in feet.

4. RESTRICTIONS IMPOSED FROM 5-11-20 TO indefinitely.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

We are working on pain relief. He will not regain feeling ever so balance will always be an issue.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

Loss of sensation of both feet due to diabetic neuropathy

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 1-20-21 TO 3-31-21.

PAGE 5/7 * RCVD AT 3/31/2021 9:21:11 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):02-30

| | | |
|---|---|---|
| Chris Barber | D.O. Family | #6446 621866708 |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 720 Foothills Mall Drive | 865-342-8100 | 865-342-8110 |
| Street Address | Telephone Number | Fax Number |
| Maryville, TN 37801 | [signature] | 3-31-21 |
| City, State & Zip Code | Signature | Date |

PAGE 6/7 * RCVD AT 3/31/2021 9:21:11 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):02-30

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

0000001 LFFBUU1 000001

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) MICHAEL F. GILMORE

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Michael F. Gilmore Date: 9-21-20

Date of Birth: ____________ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original.**



PAGE 7/7 * RCVD AT 3/31/2021 9:21:11 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6032854389 * CSID: * ANI:18659771101 * DURATION (mm-ss):02-30

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | March 24, 2021 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

March 24, 2021

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 31, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 285-4389 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Mr. Gilmore allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Gilmore's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: Restrictions Form
10419522-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.29.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

# Restrictions Form

**Return To:** Darcy Sunderland

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

   **DATE LAST TREATED** — ____________ ____________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Gilmore 1288**

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Gilmore 1289**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

0000011 LFPY8UD1 0000171

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) MICHAEL F. GILMORE

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative Michael F. Gilmore ______ Date: 9-21-20

Date of Birth: ______ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. MICHAEL GILMORE

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

March 25, 2021

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On March 24, 2021, we requested medical records from Dr. Barber. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2020 through the present from Dr. Barber

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

The Dow Chemical Company's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 7, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 6, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than May 7, 2021 as required under the terms of the Policy.

Additionally, we have tried to reach you via phone at on March 17, 2021 and March 24, 2021 however, we were unable to speak with you and your voicemail is full. Please call us at your earliest convenience so we may discuss your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

# Calculation Worksheet

**Claimant Name: Michael Gilmore** | **Customer: THE DOW CHEMICAL COMPANY**

**Claim Number (s): 10419522**

| Overpayment Amount: | $0.00 |
|---|---|
| Underpayment Amount: | -$953.34 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 11/9/2020 | From Date | 11/9/2020 |
| Thru Date | 12/8/2020 | Thru Date | 12/8/2020 |
| Total | $3,616.44 | Total | $4,569.78 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 102805809 | 11/9/2020 | 12/8/2020 | 12/2/2020 | $5,108.11 | $1,191.67 | $3,916.44 | $300.00 | $3,616.44 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Totals: | $3,916.44 | $300.00 | $3,616.44 |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Unemployment | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10419522 | 102805809 | 11/9/2020 | 12/8/2020 | 12/2/2020 | $5,108.11 | $238.33 | | | $4,869.78 | $300.00 | $4,569.78 | -$953.34 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Totals: | $5,108.11 | $238.33 | $0.00 | $0.00 | $4,869.78 | $300.00 | $4,569.78 | -$953.34 |

**Lincoln/Gilmore 1294**

**From:**Michael Gilmore <
**Sent:**Thu, 10 Dec 2020 12:55:12 -0500
**To:**Sunderland, Darcy
**Subject:**Fwd: [EXTERNAL] Fwd: Claim 10419522

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Darcy, please see the statement below from Ivan. Thanks

Sent from my iPhone

Begin forwarded message:

> **From:** Ivan Green <Ivan.Green@tn.gov>
> **Date:** December 10, 2020 at 10:54:23 AM EST
> **To:** Michael Gilmore <
> **Subject: RE: [EXTERNAL] Fwd: Claim 10419522**
>
> According to your claim on Jobs4TN, your benefits exhausted on 11/14/20. If you have any questions, let me know.
>
> AmericanJobCenter TENNESSEE
> Ivan (Marc) Green | Team Lead | GCDF
> Division of Workforce Services
> 366 Glascock Street, Suite 100
> Alcoa, TN 37701
> p. 865-981-9271 f. 865-981-5686
> ivan.green@tn.gov
> tn.gov/workforce
> https://www.jobs4tn.gov
>
> ---
>
> **From:** Michael Gilmore <
> **Sent:** Wednesday, December 9, 2020 12:57 PM
> **To:** Ivan Green <Ivan.Green@tn.gov>
> **Subject:** [EXTERNAL] Fwd: Claim 10419522

Ivan, could you please compile an attachment for Darcy that states when my Unemployment Benefits stopped. Thanks in advance

Sent from my iPhone

Begin forwarded message:

**From:** "Sunderland, Darcy" <Darcy.Sunderland@lfg.com>
**Date:** December 9, 2020 at 11:34:52 AM EST
**To:**
**Subject: Claim 10419522**

Good Afternoon,

I received the attached communication confirming your unemployment benefits have exhausted however, it does not provide the date your benefits ceased/exhausted. This information is needed in order for us to remove the unemployment offset from your LTD benefit.

Thank you,



**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

**Lincoln/Gilmore 1297**

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

**From:**Sunderland, Darcy
**Sent:**Wed, 9 Dec 2020 16:34:47 +0000
**To**:
**Subject:**Claim 10419522
**Attachments:**M.Gilmore.pdf

Good Afternoon,

I received the attached communication confirming your unemployment benefits have exhausted however, it does not provide the date your benefits ceased/exhausted. This information is needed in order for us to remove the unemployment offset from your LTD benefit.

Thank you,

**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

**From:** Michael Gilmore
**To:** DisabilityDocuments
**Subject:** Unemployment Insurance Benefits
**Date:** Tuesday, December 8, 2020 3:11:39 PM
**Attachments:** Michael Gilmore.png

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Darcy, not sure if the first email attachment went through to you. Please see a screenshot below. Thanks




**Lincoln/Gilmore 1300**

This image is from your UI Summary page showing you have exhausted your benefits.

TN Department of Labor & Workforce Development

Ivan (Marc) Green I Team Lead I GCDF
Division of Workforce Services
366 Glascock Street, Suite 100
Alcoa, TN 37701
p. 865-981-9271 f. 865-981-5686
ivan.green@tn.gov

Sent from my iPhone

| | |
|---|---|
| **From:** | Michael Gilmore |
| **To:** | DisabilityDocuments |
| **Subject:** | Unemployment Insurance Benefits |
| **Date:** | Tuesday, December 8, 2020 2: 8:20 PM |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Darcy, please see the email below from my local unemployment office stating that my benefits have been exhausted. Thanks in advance

Sent from my iPhone

Begin forwarded message:

From: Michael Gilmore <
Date: December 7, 2020 at 3:33:46 PM EST
To: Michael Gilmore <
Subject: Fwd: Michael Gilmore

Sent from my iPhone

Begin forwarded message:

From: Ivan Green <Ivan.Green@tn.gov>
Date: December 7, 2020 at 3:31:19 PM EST
To:
Cc: Ivan Green <Ivan.Green@tn.gov>
Subject: Michael Gilmore

<image001.jpg>

This image is from your UI Summary page showing you have exhausted your benefits.

<image002.png>

I an Marc Green Team ead G D
Di ision of or force er ices

**Lincoln/Gilmore 1302**

3 Glascoc treet, uite 100
lcoa, T 3 01
p. 8 981 92 1 f. 8 981 8
i an.green tn.go
tn.go or force
https: . obs tn.go

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Liberty Mutual | Customer Resource Center |

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

**DATE:** 12/7/2020

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:** 3

**RE:** Michael Gilmore (10419522)

**DIRECT FAX NUMBER:** 877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
When life changes.℠

December 7, 2020

Darcy Sunderland
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: Michael Gilmore**
**LTD: 10419522**

Dear Darcy Sunderland:

Please be advised that we filed Mr. Gilmore's *Initial application* with the Social Security Administration (SSA) today.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at (866) 692-9031 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

**AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE**

I hereby authorize Lincoln Financial Group to release all information from my long-term disability file to The Advocator Group at 101 Edgewater Drive, Suite 260, Wakefield, MA 01880, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X M. Gilmore
Michael Gilmore

SSN:

X Nov 25, 2020
Date

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MR. MICHAEL GILMORE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

November 10, 2020

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"**Disability**" or "**Disabled**" means:*
>
> *a. "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his regular occupation or any other occupation with the company for which the Covered Person is qualified and which is offered at not less than their current rate of pay; and*
>
> *b. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is May 9, 2020 and your benefits begin on November 9, 2020. Benefit payment will be sent under separate cover.

The Policy provides benefits at 66.70% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com on your computer or mobile device.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

**From:** DoNotReply@lfg.com
**Sent:** Wed, 14 Oct 2020 17:14:27 +0000
**To:** JGallihugh@dow.com
**Subject:** Claim #10419522, MICHAEL GILMORE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has a date of disability of 5/9/2020. This claim is approved through 11/8/2022. This indicates an extension of benefits. The case manager for this claim is Darcy Sunderland. The claim number is 10419522.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**Initial Payment Set up Worksheet**

| | | | | | |
|---|---|---|---|---|---|
| | | | | **DOB** | . |
| **LTD Claim #** | 10419522 | | | **Work State:** | TN |
| **Associated Claims** | n/a | Type STD | | Type | |
| **Benefit End date of associated claims** | | not eligible per phone note 9 | | | |
| **LTD Benefit begin date** | 11/9/2020 | **DOD** | 5/9/2020 | **AGE** | 49 |
| **Max Benefit date** | 7/7/2035 | Age 65 | | | |
| **Does policy include COLA provision** | No | | **Eligibility intended** | | |

**Sources used to verify BME amount**

Per ER intake form in doc list. $7658.34 mnthly

| | | | |
|---|---|---|---|
| **BME amount** | $7,658.34 | **Benefit percentage** | 66.70 |
| | | **Gross modal benefit** | $5,108.11 |
| **Benefit Begin date** | 11/9/2020 | | |
| **Approved thru date** | 11/8/2022 | 24 months own occupation | |

**Offset Entered**

| Type | Amount |
|---|---|
| UNEM $275 wkly * 52 / 12<br>Per CSS form in doc list | $1,191.67 |

**Deductions entered** **Effective:** ______ **Through** ______

| Type | Amount | Type | Amount |
|---|---|---|---|
| n/a per profile | | | |

**Tax Withholding** **Federal** $300.00 W4S in doclist **State** ______

**Completed by:** **Nancy Aubin** **Approved by:** ______

10419522-PAYMENTS-BENEFIT CALCULATION-10.13.2020.xlsx

**Lincoln/Gilmore 1312**

**From:** DoNotReply@lfg.com
**Sent:** Tue, 13 Oct 2020 17:12:00 +0000
**To:** JGallihugh@dow.com
**Subject:** Claim #10419522, MICHAEL GILMORE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 5/9/2020. The claim has been approved through 11/4/2022. The case manager for this claim is Darcy Sunderland. The claim number is 10419522.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:**Sunderland, Darcy
**Sent:**Mon, 12 Oct 2020 15:11:32 +0000
**To:**'JGallihugh@dow.com'
**Subject:**RE: Claim 10419522, Michael Gilmore

Good Morning,

Please be advised that Mr. Gilmore's LTD claim has been approved.

**Please advise of the LTD benefit begin date:**

Thank you,

**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

---

**From:** Sunderland, Darcy
**Sent:** Friday, October 2, 2020 8:48 AM
**To:** Gallihugh, Jamye (JS) <JGallihugh@dow.com>
**Subject:** RE: Claim 10419522, Michael Gilmore

Good Morning,

Mr. Gilmore's claim remains pended at this time however, we have received medical and are awaiting completion of a physical job evaluation which was sent to his supervisor.

Please let me know if I can be of further assistance to you.

Thank you,

**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

---

**From:** Gallihugh, Jamye (JS) <JGallihugh@dow.com>
**Sent:** Wednesday, September 30, 2020 4:56 PM
**To:** Sunderland, Darcy <Darcy.Sunderland@lfg.com>
**Subject:** RE: Claim 10419522, Michael Gilmore

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Darcy,

Are you saying he is approved? If so, I will follow up with BBD soon.

**Jamye Gallihugh**
North America HR Operations
989-636-8684
jgallihugh@dow.com

---

**From:** Sunderland, Darcy <Darcy.Sunderland@lfg.com>
**Sent:** Wednesday, September 30, 2020 9:48 AM
**To:** Gallihugh, Jamye (JS) <JGallihugh@dow.com>
**Subject:** Claim 10419522, Michael Gilmore

This email originated from outside of the organization.

Good Morning,

Can you please confirm the LTD benefit begin date for Mr. Gilmore?

Thank you,

**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Gallihugh, Jamye (JS) <JGallihugh@dow.com>
**Sent:**Mon, 12 Oct 2020 16:40:19 +0000
**To:**Sunderland, Darcy
**Subject:**RE: Claim 10419522, Michael Gilmore

Hi Darcy,

The BBD for Mr. Gilmore is 11/9/2020.

Thanks!


**Jamye Gallihugh**
North America HR Operations
989-636-8684
jgallihugh@dow.com


---

**From:** Sunderland, Darcy <Darcy.Sunderland@lfg.com>
**Sent:** Monday, October 12, 2020 11:12 AM
**To:** Gallihugh, Jamye (JS) <JGallihugh@dow.com>
**Subject:** RE: Claim 10419522, Michael Gilmore

| This email originated from outside of the organization. |
|---|

Good Morning,

Please be advised that Mr. Gilmore's LTD claim has been approved.

**Please advise of the LTD benefit begin date:**

Thank you,




**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com


**Follow us on:**


This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly

prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

---

**From:** Sunderland, Darcy
**Sent:** Friday, October 2, 2020 8:48 AM
**To:** Gallihugh, Jamye (JS) <JGallihugh@dow.com>
**Subject:** RE: Claim 10419522, Michael Gilmore

Good Morning,

Mr. Gilmore's claim remains pended at this time however, we have received medical and are awaiting completion of a physical job evaluation which was sent to his supervisor.

Please let me know if I can be of further assistance to you.

Thank you,

**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

---

**From:** Gallihugh, Jamye (JS) <JGallihugh@dow.com>
**Sent:** Wednesday, September 30, 2020 4:56 PM
**To:** Sunderland, Darcy <Darcy.Sunderland@lfg.com>
**Subject:** RE: Claim 10419522, Michael Gilmore

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Darcy,

Are you saying he is approved? If so, I will follow up with BBD soon.

**Jamye Gallihugh**
North America HR Operations
989-636-8684
jgallihugh@dow.com

---

**From:** Sunderland, Darcy <Darcy.Sunderland@lfg.com>
**Sent:** Wednesday, September 30, 2020 9:48 AM
**To:** Gallihugh, Jamye (JS) <JGallihugh@dow.com>
**Subject:** Claim 10419522, Michael Gilmore

This email originated from outside of the organization.

Good Morning,

Can you please confirm the LTD benefit begin date for Mr. Gilmore?

Thank you,



**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

**LincolnFinancial.com**

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to

which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# PHYSICAL JOB EVALUATION FORM
**TO BE COMPLETED BY EMPLOYER**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

**Return To:** Darcy Sunderland

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYER:** Please complete this form pertaining to the above employee. Attach copy of job description if available.

JOB TITLE: MAINTENANCE FIELD PLANNER

**JOB DUTIES:** (Please list in order of importance and time devoted to each activity)

| | Job Duty | Time: |
|---|---|---|
| 1 | VERIFICATION OF W.O. SCOPE | 5% |
| 2 | WALKS JOB SITE TO EVALUATE HAZARDS | 25% |
| 3 | EVALUATES EQUIPMENT FOR REPAIR STEPS | 40% |
| 4 | DEVELOPS WRITTEN JOB PLAN | 30% |

**PHYSICAL REQUIREMENTS:**

Please indicate the percentage of time the above person spends performing each activity listed below, in an average 8 hour day.

| | | | |
|---|---|---|---|
| Sitting | 35% | Stooping | 5% |
| Lifting | X | Climbing + STAIRS | 15% |
| Walking | 20% | Squatting | 5% |
| Standing | 20% | Driving | |
| Reaching | X | Traveling | |
| Bending | X | Typing | (SEE "SITTING") |

**LIFTING REQUIREMENTS** Please provide percentage of time employee lifts indicated weight.

| | | | |
|---|---|---|---|
| 10 LBS. OR LESS | 10 % | 10 LBS. OR LESS | — % |
| 10 LBS. TO 20 LBS. | — % | 10 LBS. TO 20 LBS. | — % |
| 20 LBS. TO 30 LBS. | — % | 20 LBS. TO 30 LBS. | — % |

**EDUCATIONAL LEVEL REQUIRED TO PERFORM JOB:**

HIGH SCHOOL DEGREE OR EQUIVALENT.

**SPECIAL SKILLS REQUIRED TO PERFORM JOB:**

(SEE JOB DESCRIPTION SENT)

**RETURN TO WORK OPPORTUNITIES:**

| | | |
|---|---|---|
| Given specific restrictions and limitations, is modified or light duty available? | ______ YES | ✓ NO |
| Is part time work available for this position? | ______ YES | ✓ NO |
| Would work from home be available? | ______ YES | ✓ NO |

**COMMENTS:**

COMPLETED BY: JAMES T. FOWLKES

TITLE: MAINTENANCE LEADER

SIGNATURE: [signature]

PHONE NO.: (865) 521-8239

DP 414 Rev. 06/01

Lincoln/Gilmore 1322

**From:**Sunderland, Darcy
**Sent:**Tue, 6 Oct 2020 15:18:51 +0000
**To:**'JFOWLKES@DOW.COM'
**Subject:**[Secure] LTD Claim 10419522
**Attachments:**M.Gilmore.pdf

Good Morning,

I just wanted to follow up on the prior request I sent on 09/30/20 (see attached). Is this something you are able to assist with?

Thank you,

**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, September 30, 2020 9:39:06 AM |
| To: | JFOWLKES@DOW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]The Dow Chemical Company Claim No. 10419522 Michael Gilmore |
| Attachments: | 8swaqre6m9yp9dffdw4e_9123404.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

September 30, 2020

James Fowlkes
The Dow Chemical Company

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore

Dear James Fowlkes:

To better understand the physical requirements of Mr. Gilmore's job, we ask that you please complete and return the enclosed form.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389
darcy.sunderland@lfg.com
Attachments: Physical Job Evaluation Form

# PHYSICAL JOB EVALUATION FORM

TO BE COMPLETED BY EMPLOYER

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

Return To: Darcy Sunderland

EMPLOYEE/CLAIMANT NAME: Michael Gilmore

CLAIM NO: 10419522

EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ____________

TO BE COMPLETED BY EMPLOYER: Please complete this form pertaining to the above employee. Attach copy of job description if available.

JOB TITLE: ____________

JOB DUTIES: (Please list in order of importance and time devoted to each activity) Time:

1 ____________ ____________

2 ____________ ____________

3 ____________ ____________

4 ____________ ____________

PHYSICAL REQUIREMENTS:

Please indicate the percentage of time the above person spends performing each activity listed below, in an average 8 hour day.

| | | | |
|---|---|---|---|
| Sitting | ______ | Stooping | ______ |
| Lifting | ______ | Climbing | ______ |
| Walking | ______ | Squatting | ______ |
| Standing | ______ | Driving | ______ |
| Reaching | ______ | Traveling | ______ |
| Bending | ______ | Typing | ______ |

LIFTING REQUIREMENTS Please provide percentage of time employee lifts indicated weight.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 LBS. OR LESS | ______ | ______ % | 10 LBS. OR LESS | ______ | ______ % |
| 10 LBS. TO 20 LBS. | ______ | ______ % | 10 LBS. TO 20 LBS. | ______ | ______ % |
| 20 LBS. TO 30 LBS. | ______ | ______ % | 20 LBS. TO 30 LBS. | ______ | ______ % |

EDUCATIONAL LEVEL REQUIRED TO PERFORM JOB:

____________

SPECIAL SKILLS REQUIRED TO PERFORM JOB:

____________

**Lincoln/Gilmore 1326**

RETURN TO WORK OPPORTUNITIES:

| | | | | |
|---|---|---|---|---|
| Given specific restrictions and limitations, is modified or light duty available? | ______ | YES | ______ | NO |
| Is part time work available for this position? | ______ | YES | ______ | NO |
| Would work from home be available? | ______ | YES | ______ | NO |

COMMENTS:

_______________________________________________

_______________________________________________

_______________________________________________

COMPLETED BY: ____________________ TITLE: ____________________

SIGNATURE: ____________________ PHONE NO.: ____________________

DP 414 Rev. 06/01

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

# Restrictions Form

Return To: Daisy Sunderland

| Michael Gilmore | | 10419522 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (hand, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
4. RESTRICTIONS IMPOSED FROM ______ TO ______.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

September 2, 2020

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2020 through the present
- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by September 16, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 285-4389 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: Restrictions Form

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
| --- |
| 09/22/2020 |
| Request ID # |
| 0317523574 |

**Ship To:**
GROUP BENEFITS DISABILITY CLAI
LINCOLN LIFE ASSURANCE
BOSTON
PO BOX 7206
LONDON,KY 40742-7206

**Requested By:** LINCOLN LIFE ASSURANCE BOSTON
**Patient Name:** GILMORE MICHAEL
**DOB :**

**Records From:**
EAST TENNESSEE MEDICAL GROUP
266 JOULE ST
ALCOA,TN 37701-2422

**Lincoln/Gilmore 1332**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | September 14, 2020 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records<br>received restrictions form, please provide records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

MR#
ACC#
EREQ ID#
DATE REC 9/14
DATE SENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

September 14, 2020

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Michael Gilmore's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by September 21, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: 10419522-REQUEST-PROVIDER-09.02.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | September 2, 2020 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

ʋIrl#___ ACC#___
.og ID#___
)ate Rec. 04|14
)ate Sent___

**Blount Memorial**
Family Care Center

# FAX COVER SHEET

| | | |
|---|---|---|
| Date: 9-14-20 | Time: | Number of Pages: |
| Intended Receiver: CIOX | | |
| Facility: | | |
| Address: | | |
| Telephone: | Fax: 977-5670 | |
| Patient Name: Michael Gilmore | | |
| Admission Date: | | |
| Message: | | |

**List of Documents:**

[ ] Complete Record
[ ] Discharge Summary
[ ] History and Physical
[ ] Other: (Specify)
[ ] Consult
[ ] Lab
[ ] X-Rays)
[ ] Office Notes

## CONFIDENTIAL MEDICAL RECORD

Healthcare information is personal and sensitive information. It is being faxed to you after we have secured the appropriate authorization from the patient or under circumstances that do not require patient authorization. The recipient of this information is obligated to protect this information by maintaining it in a safe, secure and confidential manner. Re-disclosure of this information without the expressed consent of the patient or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality may subject you to penalties described in Federal and State law.

IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this FAX is not the intended recipient, or the employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this FAX in error, please notify the sender immediately and destroy.

PERSON TRANSMITTING: Keylee

FACILITY: Blount Memorial Family Care Center (BMFCC)

TELEPHONE: 865-342-8100 FAX: 865-342-8110

- BMFCC - Foothills: 720 Foothills Mall Drive, Maryville, TN 37801 (865) 342-8100
- BMFCC – Springbrook: 230 Associates Boulevard, Alcoa, TN 37701 (865) 273-1566

NO. 796 P. 1 SEP. 14. 2020 12:39PM

## Request Exception Notification

From

East Tennessee Medical Group
266 Joule St
Alcoa TN 37701-2422

To

LINCOLN LIFE ASSURANCE BOSTON
PO BOX 7206
LONDON KY 40742

Re: Michael Gilmore

We are unable to comply with your request at this time for the following reason(s):

**HIPAA-Compliant Authorization**
A signed and dated HIPAA-compliant authorization must accompany the request letter to ensure the patient is allowing us to disclose their records to your facility.
You may submit your request and signed authorization to our fax number, 865-380-1986, or you may mail it to the address listed above.

Sincerely,

East Tennessee Medical Group

**From:**Sunderland, Darcy
**Sent:**Wed, 30 Sep 2020 13:48:07 +0000
**To:**JGallihugh@dow.com
**Subject:**Claim 10419522, Michael Gilmore

Good Morning,

Can you please confirm the LTD benefit begin date for Mr. Gilmore?

Thank you,

**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

00000011 LFPYSUD1 00000172

**Return To:** Darcy Sunderland

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: DOCTOR CHRIS BARBER
Specialty: FAMILY MEDICINE
Address: 720 FOOTHILLS MALL DRIVE
MARYVILLE, TN, 37801
Telephone No.: (865) 342-8100 Fax No.: (865) 342-8110

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: AETNA
Specialty: HEALTH INSURANCE
Address: PO BOX 981106
EL PASO, TX, 79998-1106
Telephone No.: (888) 488-4408 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS
Specialty: PHARMACY
Address: 103 FOOTHILL MALL DRIVE
MARYVILLE, TN, 37801
Telephone No.: (865) 982-3803 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Michael J. Gilmore DATE: 9-21-20

0000011 LFPY6UD1 00000173

Lincoln/Gilmore 1340

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

00000011 LFPY6UD1 00000174

**Return to:** Darcy Sunderland

**EMPLOYEE/CLAIMANT NAME:** Michael Gilmore **CLAIM #:** 10419522
**EMPLOYER:** The Dow Chemical Company **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.) GILMORE, MICHAEL F. | Social Security # | Email Address
Street Address | City | State | Zip Code
Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED
Spouse's Full Name and Date of Birth LORI A. GILMORE | Number of Children 3 | Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name LORI A. GILMORE Relationship to you? SPOUSE Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ✓ | | Wages/ Income/ Money (Unemployment) | $275 WEEK | 5-28-20 | | 5-12-20 |
| | ✓ | Social Security (disability or retirement) | $ | | | |
| | ✓ | Social Security (for your spouse/dependents) | $ | | | |
| | ✓ | Short Term Disability or State Disability | $ | | | |
| | ✓ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | ✓ | Workers' Compensation | $ | | | |
| | ✓ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | ✓ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** MICHAEL F. GILMORE

**DATE:** 9-21-20 **EMPLOYEE'S SIGNATURE:** Michael F. Gilmore

DP 409

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

**Return To:** Darcy Sunderland



EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: The Dow Chemical Company

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit 30 MINUTES AT A TIME MAX. stand 30 MINUTES – TO 1 HOUR MAX AT A TIME MAX. walk 15 MINUTES AT A TIME MAX.

How many hours a day do you:

sit 6 stand 30 MINUTES TO 1 HOUR. walk 30 MINUTES.

Do you take a nap during the day?

Yes ✓ No ______

If Yes, for how long? 3 HOURS At what time of the day? 1:00 PM – 2:00 PM ON AVERAGE

How many hours a day do you spend in bed? 11-12 HOURS WITH SLEEP AND DAILY NAP

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 1 HOUR MAX BEFORE NEEDING TO STOP AND TAKE A BREAK.

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 1 HOUR MAX BEFORE NEEDING A BREAK.

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

PHONE MOSTLY

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 3-4

On the weekends? 1

How often do you run errands? TWICE A WEEK

Please describe what errands you most commonly run: PAY BILLS, BUY GROCERY

**Lincoln/Gilmore 1342**



00000011 LFPY6UD1 00000168

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


0000011 LFPY6UD1 00000169

How often do you get outdoors? DAILY ACCORDING TO PAINS AND WEATHER ON AVERAGE

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ME/SPOUSE | NO |
| Carrying groceries into the house | ME/SPOUSE | NO |
| Cooking meals | ME/SPOUSE | NO |
| Cleaning after meals | ME/SPOUSE | NO |
| Cleaning bathrooms | SPOUSE | NO |
| Vacuuming | SPOUSE | NO |
| Doing the laundry | SPOUSE | NO |
| Opening and responding to mail | ME/SPOUSE | NO |
| Managing your finances | ME/SPOUSE | NO |
| Balancing your checkbook | ME/SPOUSE | NO |
| Bathing yourself | ME | NO |
| Styling your own hair | ME | NO |
| Getting dressed | ME | NO |
| Going up and down stairs | ME/SPOUSE | YES USE HANDRAILS |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

**Lincoln/Gilmore 1343**

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? ONCE A YEAR MAX.

Where do you go? How do you get there (transportation method)? BEACH, CAR AND WE STOP TO TAKE FREQUENT BREAKS TO WALK AND HELP WITH PAIN FROM SITTING.

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I'M IN CONSTANT PAIN FROM MY LOWER BACK AND THE NERVE DAMAGE IN MY LOWER LEGS AND FEET. I CONSTANTLY LOOSE MY BALANCE WHEN WALKING LONG DISTANCES DUE TO THE NUMBNESS IN MY FEET. I HAVE TO LAY DOWN IN A BED TO GET ANY RELIEF AND TAKE MEDICINE 3 TIMES DAILY.

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

MORNINGS COFFEE, WATCH NEWS, TAKE MEDICINES, BREAKFAST, ALTERNATE BETWEEN SITTING IN RECLINER, STANDING, MOVING AROUND INSIDE. LUNCH, TAKE DAILY NAP, PAIN MEDICINE AGAIN BEFORE NAP. SOMETIMES ASSIST WITH SUPPER DEPENDING ON MY PAINS THAT DAY. EAT SUPPER, TALK WITH SPOUSE, SHOWER, TAKE PAIN MEDICINE AND GO TO BED FOR NIGHT SLEEP.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

LORI GILMORE

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: MICHAEL F. GILMORE Date: 9-21-20

Signature: [signature]



00000011 LFPY6UD1 00000170

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: Certificate Program completed:

Associates Degree: College: number of years:

Bachelor's Degree: BA /BS Major: Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:

Professional Training, License, Certificates(s):

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school:

List any other Training or Classes Attended or Plan to Attend:

Primary language spoken: Other language(s) spoken fluently:

Additional Skills, Hobbies & Volunteer Work

Did you serve in the Armed Forces? ☐ Y ☑ N From: To:

Branch of Service: Specialty:

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: DOW CHEMICAL Department: MAINTENANCE From: 12-07 To: PRESENT
   Job Title(s): PLANNER, WORK COORDINATOR, ASSET COORDINATOR
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): PLAN MAINTENANCE WORK, SUPERVISE EMPLOYEES, CLIMB STAIRS, CLIMB LADDERS, WALK LONG DISTANCES.

2. Company: DOW CHEMICAL Department: EMULSIONS/POLYMERS From: 1-02 To: 12-07
   Job Title(s): EMULSIONS/POLYMERS TEAM LEADER/SUPERVISOR
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): SUPERVISE PRODUCTION EMPLOYEES, CLIMB STAIRS, CLIMB LADDERS, WALK LONG DISTANCES.



00000011 LFPY6UD1 00000178

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

00000011 LFPY8UD1 00000179

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☑ | Project Management | ☐ | ☑ |
| Database | ☐ | ☑ | Other: ______ | | |
| Photo Software | ☐ | ☑ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☑ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal ______ Work: ______

SIGNATURE: Michael A. Gilmore PHONE NO: ( ) ______




**Lincoln/Gilmore 1347**

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

00000011 LFPY6UD1 00000175

**Return To:** Darcy Sunderland

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH:

**CHECK ONE:** ☑ New ☐ Change

**YOUR TELEPHONE NUMBER:**

**ADDRESS:** CITY: STATE: ZIP:

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ Checking ☐ Savings — **BANK NAME:** BB&T

**9 DIGIT ABA ROUTING NUMBER:** — **BANK ADDRESS:** PO BOX 200

**YOUR ACCOUNT NUMBER:** — **CITY:** WILSON **STATE:** NC **ZIP:** 27894-0200

**BANK PHONE:** (800) 226-5228

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☑ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Michael Jr. Gilmore Date: 9-21-20

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/Gilmore 1348**



LORI A GILMORE
MICHAEL P GILMORE

195

67-818/042

Date

Pay to the Order of $

Dollars

BB&T

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BB&T BBT.com

For

⑈00195

VOID

Lincoln/Gilmore 1349

Form **W-4S**
Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ Give this form to the third-party payer of your sick pay.
▶ Go to *www.irs.gov/FormW4S* for the latest information.

OMB No. 1545-0074

**2020**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| MICHAEL F. | GILMORE | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any)

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) $ 300.00 MONTHLY

Employee's signature ▶ Michael F. Gilmore  Date ▶ 9-21-20

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Lincoln/Gilmore 1350**

Lincoln Financial Group®

## LINCOLN FINANCIAL GROUP
## LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

00000011 LFPY6UD1 00000177

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Michael Gilmore Date of Birth:

Employer: The Dow Chemical Company Policy/Plan Sponsor No. 04 - 437693

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) Michael D. Gilmore

(Address)

(Date) 9-21-20

***Please retain a copy for your records or one can be provided upon request.***

**Lincoln/Gilmore 1351**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

00000011 LFPY6UD1 00000171

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) MICHAEL F. GILMORE

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Michael F. Gilmore Date: 9-21-20

Date of Birth: ____________ Claim Number: 10419522

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | September 14, 2020 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records<br>received restrictions form, please provide records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

September 14, 2020

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to Michael Gilmore's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by September 21, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: 10419522-REQUEST-PROVIDER-09.02.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | September 2, 2020 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

September 2, 2020

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by September 16, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 285-4389 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

# Restrictions Form

**Return To:** Darcy Sunderland

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________

   **DATE LAST TREATED** — ____________

   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Gilmore 1358**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Gilmore 1359**

**Blount Memorial**
Family Care Center

# FAX COVER SHEET

| Date: | Time: | Number of Pages: |
|---|---|---|
| Intended Receiver: | | |
| Facility: Lincoln Financial - Disability | | |
| Address: | | |
| Telephone: | Fax: 603-285-4389 | |
| Patient Name: Michael Gilmore | | |
| Admission Date: | | |
| Message: | | |

List of Documents:

[ ] Complete Record
[ ] Discharge Summary
[ ] History and Physical
[ ] Other: (Specify)
[ ] Consult
[ ] Lab
[ ] X-Rays)
[ ] Office Notes

## CONFIDENTIAL MEDICAL RECORD

Healthcare information is personal and sensitive information. It is being faxed to you after we have secured the appropriate authorization from the patient or under circumstances that do not require patient authorization. The recipient of this information is obligated to protect this information by maintaining it in a safe, secure and confidential manner. Re-disclosure of this information without the expressed consent of the patient or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality may subject you to penalties described in Federal and State law.

**IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this FAX is not the intended recipient, or the employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this FAX in error, please notify the sender immediately and destroy.**

**PERSON TRANSMITTING:** Carla

**FACILITY:** **Blount Memorial Family Care Center (BMFCC)**

**TELEPHONE:** **865-342-8100** **FAX:** **865-342-8110**

- BMFCC - Foothills: 720 Foothills Mall Drive, Maryville, TN 37801 (865) 342-8100
- BMFCC - Springbrook, 230 Associates Boulevard, Alcoa, TN 37701 (865) 273-1555

7680:2549A

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

| | |
|---|---|
| Patient: | MICHAEL FRANCIS GILMORE |
| Date of Birth: | |
| Date: | 09/14/2020 08:15 AM |
| Visit Type: | Office Visit |
| Provider: | Christopher S. Barber DO |

This 50 year old male presents for discuss disability.

## History of Present Illness:

1. discuss disability

Patient presents today to review his neuropathy. He needs some disability forms filled out for his long-term disability concerning this diabetic neuropathy. He still has moderately severe pain despite taking gabapentin 3 times a day. He states the gabapentin also makes him drowsy. It is however better than not taking the gabapentin. His job requires him to walk great distances and climb ladders. He has not been able to walk due to the lack of feeling in his bilateral feet. His workplace has not been able to find him any position that would be suitable for him given his current disability.

Review of Systems: Pt reports - chest pain, -sob, -n/v -diarrhea or constipation.

## Problem List:

| Description |
|---|
| Allergic rhinitis |
| Obesity (BMI 30-39.9) |
| OSA (obstructive sleep apnea) |
| Hypersomnia |
| Restless legs syndrome (RLS) |

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of | | N |



PAGE 2/24 * RCVD AT 9/14/2020 9:58:00 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6032854389 * CSID: * ANI:18659771041 * DURATION (mm-ss):05-19

| | | |
|---|---|---|
| | Diabetes | |
| Father | Cardiovascular disease | N |
| Mother | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

Alcohol
There is a history of alcohol use.
Type: Beer.
Caffeine
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 30 units SubQ qdaily | N |
| Zoloft 100 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| gabapentin 300 mg capsule | 2 po tid prn nerve pain | N |
| VITAMIN D2 1.25MG(50,000 UNIT) | TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:19 AM | 130/83 | 98 | | 97.2 | 6.0 | 1.00 | 262.00 | | 34.57 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosisi, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargment, tenderness, or mass of the thyroid noted. No lymphadenopahty in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Normal to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murumurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenogegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

Neuro: Patient has no sensation with monofilament testing of his bilateral feet/toes

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Diabetic polyneuropathy associated with diabetes mellitus due to underlying condition (E08.42). |
| | Patient Plan | Patient will never regain sensation of his bilateral feet. He does not have any wounds today. His neuropathy pain will be addressed by trying Lyrica 150 mg 3 times a day. Patient will stop gabapentin. Perhaps he can tolerate the Lyrica with less sedation and better pain control. His disability forms were filled out to completion. I do not see him returning to his former occupation because of safety reasons. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 09/14/2020 | Lyrica 150 mg capsule | 1 po tid | 90 | 5 | |

*Document generated by: Christopher S. Barber 09/14/2020 09:32 AM*

*Christopher S. Barber DO 09/14/2020 09:32 AM*

Electronically signed by Christopher S. Barber DO on 09/14/2020 09:33 AM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

| | |
|---|---|
| Patient: | MICHAEL FRANCIS GILMORE |
| Date of Birth: | |
| Date: | 08/13/2020 10:15 AM |
| Visit Type: | Office Visit |
| Provider: | Christopher S. Barber DO |

This 50 year old male presents for 2 month fu on chronic conditions.

## History of Present Illness:

1. 2 month fu on chronic conditions

Michael Gilmore is a 50 y/o male who presents to the clinic for a 2 month follow up visit for chronic conditions. He has hypercholesterolemia, DM, and neuropathy, which are stable chronic conditions. Pt is compliant with his medications. Pt reports that his neuropathy has worsened and is worse in the day. He denies any medical complaints at this time.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

| Description |
|---|
| Allergic rhinitis |
| Obesity (BMI 30-39.9) |
| OSA (obstructive sleep apnea) |
| Hypersomnia |
| Restless legs syndrome (RLS) |

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Diabetes | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Anxiety | | N |
| Father | | | | Cardiovascular disease | | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

Alcohol
There is a history of alcohol use.
Type: Beer.
Caffeine
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| Vitamin D2 1,250 mcg (50,000 unit) capsule | take 1 capsule by oral route every week | N |
| SERTRALINE HCL 100 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| gabapentin 300 mg capsule | 1 po bid prn nerve pain | N |
| JARDIANCE 25 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 30 units SubQ qdaily | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| METFORMIN HCL ER 500 MG TABLET | TAKE 2 TABLETS BY MOUTH TWICE A DAY | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp | Ht ft | Ht in | Wt lb | Wt | BMI | BMI% | O2 Sat | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10:24 AM | 139/77 | 78 | 97.7 | 6.0 | 1.00 | 257.00 | 33.91 | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

HEAD/FACE: Sinuses are not tender, red or swollen.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

EARS, NOSE MOUTH AND THROAT:

EXT-EARS & NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.

EAR CANAL & TYMPANIC MEMBRANE: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.

NOSE: No abnormality of the nose noted. The septum is normal and midline. Turbinates appear normal.

ORAL CAVITY/OROPHARYNX/LIPS/GUM/TEETH: Inspection of the lips, gums, and teeth are normal. Normal oral cavity and oropharynx.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Completed Orders (this encounter)

| Order | Details | Reason | Interpretation | Result | Description | Side | Site | Completed By |
|---|---|---|---|---|---|---|---|---|
| A1C Glycosylated HB | | | see detail | 7.8 | | | | Sandra K. Clark, LPN |
| Lipid Panel | | | see detail | TC 135, TRG 150, HDL 45, LDL 60 | | | | Sandra K. Clark, LPN |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | Pt was instructed to eat a diet low in saturated fats and to exercise regularly. Pt will continue their Crestor 40mg 1 po qhs and notify us of any side effects to their medications. Pt had a FLP performed in office that showed his total cholesterol at 135 and LDL at 60. |
| | Plan Orders | The patient had the following test(s) completed today: Lipid Panel. |
| 2. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | Pt had a hemoglobin A1c checked while in office and it was 7.8. Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will continue their jardiance 25mg 1 po qd, metformin 500mg 2 po bid, and tresiba inject 32 units subq qd. Pt will continue to monitor their BS readings regularly at home. |
| | Plan Orders | The patient had the following test(s) completed today: A1C Glycosylated HB. |
| 3. | Assessment | Neuropathy (G62.9). |
| | Patient Plan | Pt will increase gabapentin to 200mg 1 po tid prn. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 08/13/2020 | gabapentin 300 mg capsule | 1 po tid prn nerve pain | 90 | 5 | |
| 08/13/2020 | Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 30 units SubQ qdaily | 6 | 1 | |

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 08/13/2020 at 10:40 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 08/13/2020 at 2:15 PM.

*Document generated by: Christopher S. Barber 08/13/2020 02:16 PM*

*Christopher S. Barber DO 08/13/2020 02:16 PM*

Electronically signed by Christopher S. Barber DO on 08/13/2020 02:16 PM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

| | |
|---|---|
| Patient: | MICHAEL FRANCIS GILMORE |
| Date of Birth: | |
| Date: | 06/03/2020 11:45 AM |
| Visit Type: | Office Visit |
| Provider: | Christopher S. Barber DO |

This 49 year old male presents for 1 week fu on chronic conditions.

## History of Present Illness:

1. 1 week fu on chronic conditions

Michael Gilmore is a 49 y/o male who presents to the clinic for a 1 week follow up visit for DM. Pt is dealing with hypercholest, vit d def, neuropathy and DM, which are chronic conditions. Pt is compliant with his medications. Pt reports his BG has been around 120-200 range when monitored at home. He states he had a spike in BG on one day due to accidentally eating maple sausage links. He has been watching his diet and trying to avoid sugar intake.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

| Description |
|---|
| Allergic rhinitis |
| Obesity (BMI 30-39.9) |
| OSA (obstructive sleep apnea) |
| Hypersomnia |
| Restless legs syndrome (RLS) |

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Mother | Cardiovascular disease | N |
| | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.

**Marital Status/Family/Social Support**

Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

**Alcohol**

There is a history of alcohol use.
Type: Beer.

**Caffeine**

The patient uses caffeine ; coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| JARDIANCE 25MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | N |
| SERTRALINE 100MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| METFORMIN ER 500MG 24HR TABS | TAKE 2 TABLETS BY MOUTH TWICE DAILY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |
| FreeStyle Libre 14 Day Reader | pt needs reader as directed | N |
| FreeStyle Libre 14 Day Sensor kit | pt needs the meter, needle and sensor for qdaily blood sugar checks. | N |
| Vitamin D2 1,250 mcg (50,000 unit) capsule | take 1 capsule by oral route every week | N |
| Crestor 40 mg tablet | 1 po qhs | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 30 units SubQ qdaily | N |
| gabapentin 300 mg capsule | 1 po qhs prn nerve pain | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | (Rest) | By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:41 AM | 122/79 | 88 | | 97.2 | 6.0 | 1.00 | 261.00 | | 34.43 | | | Sandra K. Clark, LPN |

## Physical Exam

GENERAL APPEARANCE: Patient is alert, well developed, well nourished. Affect is normal and positive. In no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | Pt will have a CBC, CMP, FLP, and hemoglobin A1C ordered. Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will continue their Jardiance 25mg po qd, metformin 500mg take 2 tablets po bid, and tresiba flextouch U-200 insulin 200 unit/mL subq pen inject 30 units subq qd. Pt will continue to monitor their BS readings regularly at home. |
| | Plan Orders | CBC w/diff to be performed, Comprehensive Metabolic Panel to be performed, Hemoglobin A1c to be performed, Lipid Panel to be performed, Microalbumin, Random Urine to be performed and PSA Screening to be performed. |
| 2. | Assessment | Neuropathy (G62.9). |

 is compliant with his Gabapentin 300mg po qhs prn and will continue it. 

| | | |
|---|---|---|
| 3. | Assessment | Vitamin D deficiency (E55.9). |
| | Patient Plan | we will check a vit d level. he is currently taking it regularly |
| 4. | Assessment | Hypercholesterolemia (E78.00). |
| | Patient Plan | we will recheck a flp in august pt is now on crestor |

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 06/03/2020 at 11:45 AM.

The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me. Reviewed and approved by Christopher Scott Barber DO on 06/03/2020 at 12:02 PM.

*Document generated by: Christopher S. Barber 06/03/2020 12:06 PM*

*Christopher S. Barber DO 06/03/2020 12:06 PM*

Electronically signed by Christopher S. Barber DO on 06/03/2020 12:07 PM

**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

| | |
|---|---|
| Patient: | MICHAEL FRANCIS GILMORE |
| Date of Birth: | |
| Date: | 05/11/2020 11:30 AM |
| Visit Type: | Office Visit |
| Provider: | Christopher S. Barber DO |

This 49 year old male presents for neuropathy.

## History of Present Illness:

1. neuropathy

Michael Gilmore is a 49 y/o male who presents to the clinic c/o neuropathy onset several months ago. He reports his right leg is worse than the left. Numbness moves to the tips of his fingers, and he states he cannot feel his greater toe at all. He states it has affected his work performance, which has jeopardized his employment. Pt has a PMHx of DM, which is an uncontoolled chronic condition. He has not been using his Tresiba.

Review of Systems: Per HPI and additionally: -chest pain, -sob, -n/v, -diarrhea or constipation.

## Problem List:

Description
Allergic rhinitis
Obesity (BMI 30-39.9)
OSA (obstructive sleep apnea)
Hypersomnia
Restless legs syndrome (RLS)

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | typanoplasty x2 | 2016 | ARD 11/28/2016 - |
| Sleep apnea | | | | |
| Depression | | | | MAB 02/01/2018 - |
| Sinus infection | | | | MAB 02/01/2018 - |
| | | | | MAB 02/01/2018 - |
| type 2 diabetes | | | | SKC 01/23/2019 - |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Anxiety | | N |
| | | | | Family history of Depression | | N |
| | | | | Family history of Diabetes | | N |

| | | |
|---|---|---|
| Mother | Cardiovascular disease | N |
| | Cardiovascular disease | N |

## Current Tobacco Status

Smoking status: Never smoker.
Tobacco Use Status: Never smoked tobacco

## Social History: (Detailed)

Preferred language is English.
**Marital Status/Family/Social Support**
Marital status: Unknown
Tobacco use status: Never smoked tobacco.
Smoking status: Never smoker.

Alcohol
There is a history of alcohol use.
Type: Beer.
**Caffeine**
The patient uses caffeine : coffee and tea. - 4 cups a day.

## Medications (active prior to today)

| Medication Name | Sig Desc | Elsewhere |
|---|---|---|
| Flonase 50 mcg/actuation Nasal Spray | 2 puffs Q nostrils daily. | N |
| Ambien 10 mg tablet | 1 po qhs prn insomnia | N |
| Tresiba FlexTouch U-200 insulin 200 unit/mL (3 mL) subcutaneous pen | 10 units SubQ qdaily | N |
| JARDIANCE 25MG TABLETS | TAKE 1 TABLET BY MOUTH DAILY | N |
| SERTRALINE 100MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | N |
| METFORMIN ER 500MG 24HR TABS | TAKE 2 TABLETS BY MOUTH TWICE DAILY | N |
| SILDENAFIL 100 MG TABLET | TAKE 1 TABLET BY MOUTH 1 HOUR PRIOR TO SEXUAL ACTIVITY AS NEEDED | N |

## Medication Reconciliation

Medications reconciled today.

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SEMAGLUTIDE | diarrhea | Ozempic | |
| SITAGLIPTIN PHOSPHATE | | Januvia | did not tolerate janumet? |
| SEMAGLUTIDE | | Ozempic | diarrhea |

Reviewed, no changes.

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | Wt Oz | BMI | BMI% | O2 Sat (Rest) | Measured By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:47 AM | 148/88 | 86 | | 98.9 | 6.0 | 1.00 | 255.00 | | 33.64 | | | Sandra K. Clark, LPN |

## Physical Exam

GILMORE, MICHAEL FRANCIS 000000129772 05/11/2020 11:30 AM 2/4

Patient is alert, well developed, well nourished. Affect is normal/positive. no acute distress.

EYES (COMPLETE): Lids are normal without ptosis, or edema. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates.

NECK/THYROID: Symmetrical with no obvious masses. Trachea midline. No enlargement, tenderness, or mass of the thyroid noted. No lymphadenopathy in the head or neck.

RESPIRATORY (EXPANDED): Normal respiratory effort. Clear to auscultation.

CARDIAC (PALPATION/AUSCULTATION): PMI not displaced. No thrills, lifts, or palpable S3 or S4. Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

GASTROINTERSTINAL:

ABDOMEN: The abdomen is flat. No hernias. Normal bowel sounds in all 4 quadrants. No masses. No tenderness. No rebound tenderness.

LIVER/KIDNEYS/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly, hepatojugular reflex or pulsations noted. No splenomegaly or tenderness.

HERNIA: No obvious hernias

EXTREMITIES: No edema or varicosities of the extremities.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Neuropathy (G62.9). |
| | Patient Plan | We will order a lower extremity nerve conduction study. Pt will notify us if symptoms worsen or persist. paper work was filled out. he will not work this month to get his bs stable |
| 2. | Assessment | Type 2 diabetes mellitus with complication, without long-term current use of insulin (E11.8). |
| | Patient Plan | Pt will have a CBC, CMP, FLP, and hemoglobin A1C ordered. Pt was encouraged to eat a low carbohydrate diet and exercise regularly to improve blood sugar control. Pt will continue their Jardiance 25mg po qd, Metformin 500mg 2 tablets po bid, and Tresiba FlexTouch U-200 200unit/mL (3mL) 10 units SubQ qd. Pt will continue to monitor their BS readings regularly at home. Pt was advised to bring a list of his daily BS readings to me every week. |

## Medications *(Prescribed or Renewed today)*

| Start Date | Medication | Directions | Quantity | Refills | Stop Date |
|---|---|---|---|---|---|
| 05/11/2020 | Tresiba FlexTouch U-200 insulin 200 | 10 units SubQ qdaily | 1 | 5 | |

subcutaneous pen

Documentation entered by Brandon D. McCarthy, acting as a scribe for Christopher Scott Barber DO on 05/11/2020 at 11:55 AM.

*Document generated by: Christopher S. Barber 05/11/2020 01:08 PM*

*Christopher S. Barber DO 05/11/2020 01:08 PM*

Electronically signed by Christopher S. Barber DO on 05/11/2020 01:09 PM

**Blount Memorial Hospital**
East Tennessee Medical Group Neurology
451 Blount Memorial Physician Office Building
Maryville, TN 37804
(865) 980-5230 Fax: (865) 980-5231

**Test Date:** 6/3/2020

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Gilmore, Michael | **DOB:** | | **Physician:** | L Scott Sole, MD |
| **ID#:** | 10134312 | **SEX:** | Male | **Ref. Phys:** | Christopher Barber, MD |
| | | | | **Technician:** | Donna Bragg |

**Patient Complaints:**
Patient is a 49 year old male who presents with numbness in the bilateral lower extremity.

**NCV & EMG Findings:**
Evaluation of the right peroneal motor, the left tibial motor, and the right tibial motor nerves showed reduced amplitude (R2.3, L1.9, R1.0 mV). The left sural sensory and the right sural sensory nerves showed no response (Calf). All remaining nerves (as indicated in the following tables) were within normal limits. All left vs. right side differences were within normal limits.

F Wave studies indicate that the left peroneal F wave has prolonged latency (64.38 ms). The right peroneal F wave has no response. The left tibial F wave has prolonged latency (72.97 ms). The right tibial F wave has no response.

All examined muscles (as indicated in the following table) showed no evidence of electrical instability.

**Impression:**
There is evidence of a moderate sensorimotor polyneuropathy. These studies revealed no electrodiagnostic evidence of bilateral lumbar radiculopathy.

L Scott Sole, MD

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (μV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | NR | | <4.0 | | >5.0 | Calf | Lat Mall | | 14.0 | | >35 |
| **Right Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | NR | | <4.0 | | >5.0 | Calf | Lat Mall | | 14.0 | | >35 |

**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.3 | <5.1 | 3.5 | >2.5 | Knee | Ankle | 10.2 | 44.0 | 43 | >38 |
| Knee | | 14.5 | | 3.4 | | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.5 | <5.1 | 2.3 | >2.5 | Knee | Ankle | 10.5 | 44.0 | 42 | >38 |
| Knee | | 15.0 | | 1.9 | | | | | | | |
| **Left Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 4.7 | <5.7 | 1.9 | >3.0 | Knee | Ankle | 9.0 | 39.0 | 43 | >35 |
| Knee | | 13.7 | | 0.5 | | | | | | | |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 5.4 | <5.7 | 1.0 | >3.0 | Knee | Ankle | 11.0 | 42.0 | 38 | >35 |
| Knee | | 16.4 | | 0.5 | | | | | | | |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Left Peroneal (Ext Dig Brev)** | | | | |
| | 64.38 | <60 | | <5.1 |
| **Right Peroneal (Ext Dig Brev)** | | | | |
| NR | | <60 | | <5.1 |
| **Left Tibial (Abd Hallucis)** | | | | |
| | 72.97 | <61 | | <5.7 |
| **Right Tibial (Abd Hallucis)** | | | | |
| NR | | <61 | | <5.7 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Int Pat | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | AntTibialis | Dp Br Fibular | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | ExtHallLong | Dp Br Fibular | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | VastusMed | Femoral | L2-4 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | AntTibialis | Dp Br Fibular | L4-5 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | Gastroc | Tibial | S1-2 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | ExtHallLong | Dp Br Fibular | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Left | PostTibialis | Tibial | L5, S1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |
| Right | Interossei | LatPlantar | S2-3 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Nml | |

## Nerve Conduction Studies

**Anti Sensory Left/Right Comparison**

Patient: Gilmore, Michael Test Date: 6/3/2020 Page 3

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (μV) | R Amp (μV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | | | | | | Calf | Lat Mall | | | |

**Motor Left/Right Comparison**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | 4.3 | 4.5 | 0.2 | 3.5 | 2.3 | 34.3 | Knee | Ankle | 43 | 42 | 1 |
| Knee | 14.5 | 15.0 | 0.5 | 3.4 | 1.9 | 44.1 | | | | | |
| **Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | 4.7 | 5.4 | 0.7 | 1.9 | 1.0 | 47.4 | Knee | Ankle | 43 | 38 | 5 |
| Knee | 13.7 | 16.4 | 2.7 | 0.5 | 0.5 | 0.0 | | | | | |

PAGE 21/24 * RCVD AT 9/14/2020 9:58:00 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6032854389 * CSID: * ANI:18659771041 * DURATION (mm-ss):05-19



Case 3:23-cv-00212-TAV-DCP Document 26-3 Filed 11/08/23 Page 1331 of 1375
PageID #: 1466

**Waveforms:**


NCV [Left Sural Anti Sensory]
Calf : 13.5 mA
20 µV/Div
2 ms/Div
NCV [Right Sural Anti Sensory]
Calf : 36 mA
20 µV/Div
2 ms/Div
NCV [Left Peroneal Motor]
Ankle : 84 mA
Knee : 84 mA
5000 µV/Div
5 ms/Div
NCV [Right Peroneal Motor]
Ankle : 95 mA
Knee : 95 mA
5000 µV/Div
5 ms/Div
NCV [Left Tibial Motor]
Ankle : 71 mA
Knee : 73 mA
1000 µV/Div
5 ms/Div
NCV [Right Tibial Motor]
Ankle : 100 mA
Knee : 100 mA
5000 µV/Div
5 ms/Div
FWave [Left Peroneal]
Tr 1
Tr 2
Tr 3
Tr 4
Tr 5
Tr 6
Act
5000 µV/Div
10 ms/Div
FWave [Right Peroneal]
Tr 1
Tr 2
Tr 3
Tr 4
Tr 5
Tr 6
Tr 7
Tr 8
Tr 9
Tr 10
Tr 11
Tr 12
Tr 13
Tr 14
Tr 15
5000 µV/Div
10 ms/Div
FWave [Left Tibial]
Tr 1
Tr 2
Tr 3
Tr 4
Tr 5
Tr 6
Tr 7
Tr 8
Act
5000 µV/Div
10 ms/Div

**Patient:** Gilmore, Michael **Test Date:** 6/3/2020 **Page 5**



**Blount Memorial**
Family Care Center
*Foothills*

720 Foothills Mall Drive
Maryville, TN 37801
865-342-8100

## Diagnostics Order Form

**Patient Name:** MICHAEL FRANCIS GILMORE 71312
**DOB:**
**Address:**
2-

**Home Phone:** Phone:
**MRN:** 000000129772

### Diagnostic Order Information

Ordered Date: 05/11/2020
Order: Nerve Conduction Study Bilateral leg
CPT Code: NCS

Diagnosis: Neuropathy
Diagnosis Code: G62.9

Appointment Information: 6-3-20 1245
Location: BMH

### Insurance/Authorization Information

**Primary Insurance:** Aetna
**Primary Policy#:** 00053824601

Dr. Christopher Barber CSmith, CMA

Ordering Provider: Christopher S. Barber DO

**Document generated by:** Carla S. Smith, CMA 05/11/2020 01:23 PM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

# Restrictions Form

**Return To:** Darcy Sunderland

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — 5-11-20    Neuropathy
   **DATE LAST TREATED** — 9-14-20    Neuropathy
   **NEXT OFFICE VISIT** — 11-11-20
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☑ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   Pt has Lower ext neuropathy that affects his balance & is unable to safely get on ladders. Has loss of feeling & balance

4. **RESTRICTIONS IMPOSED FROM** 5-11-20 **TO** indefinetly.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**
   We are working on pain relief. He will not regain feeling ever So balance will always be an issue.

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   Loss of sensation of both feet due to diabetic neuropathy

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** 5-11-20 **TO** 9-14-20.

| | | |
|---|---|---|
| Chris Barber | D.O. Family | 621866708 |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 720 Foothills Mall Drive | 865-342-8100 | 865-342-8110 |
| Street Address | Telephone Number | Fax Number |
| Maryville, TN 37801 | [signature] | 9-14-20 |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

| | |
|---|---|
| Date: | September 2, 2020 |
| To: | DR. CHRISTOPHER BARBER D.O.<br>BLOUNT MEMORIAL FAMILY CARE CENTER AT FO<br>720 FOOTHILLS DRIVE<br>MARYVILLE TN 37801 |
| Attn: | Medical Records |
| Fax: | (865) 342-8110 |
| From: | Darcy Sunderland<br>Senior LTD Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 285-4389 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 10419522<br>Claimant: Michael Gilmore<br><br>The Dow Chemical Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

September 2, 2020

Dr. Christopher Barber, D.O.
Blount Memorial Family Care Center At Foothills
720 FOOTHILLS DRIVE
MARYVILLE, TN 37801

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522
Claimant: Michael Gilmore
Claimant D.O.B.:

Dear Dr. Christopher Barber:

We are the Disability Claim Administrator for your patient, Michael Gilmore.

To evaluate Mr. Gilmore's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2020 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by September 16, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 285-4389 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: Restrictions Form

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

# Restrictions Form

**Return To:** Darcy Sunderland

| Michael Gilmore | | 10419522 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Gilmore 1389**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Gilmore 1390**

# Maintenance Field Planning

| | |
|---|---|
| **Description** | The Maintenance Field Planner is a person experienced in Do Maintenance who has the skills and knowledge to create a job package from the work order scope. The package contains all information about required labor material and services to ensure safe, effective and efficient execution of the work. |
| **Responsibilities** | • Uses "quality feedback" from the Person Doing Work to optimize the FLOC Task List<br>• Reviews PM orders for technical completeness and return PM orders to gatekeeper if not complete Uses, where possible, a FLOC or Global General Task List for basis of actual plan. Follows Plan to Standard (PTS) operating discipline.<br>• Carry out field check when needed<br>• Prepare job package and input plan into SAP indicating the required resources, materials, and services.<br>• When materials availability has been confirmed, store job in active backlog.<br>• Identify task activities necessary to execute job plan.<br>• Identify materials/tools/equipment required to perform tasks.<br>• Identify/solicit safety information and requirements necessary to safely perform tasks.<br>• Supports Maintenance Procedure Use Policy: **Specific**<br>o Assures all job packages will have a 1) procedure or, 2) the task is on the Procedure Exemption list before the job package is released.<br>o If a procedure does not exist, follow organizations name Non-Existent Procedure Process to obtain a procedure.<br>o Reviews maintenance procedure and ensures all safety and hazard related issues are addressed within the job plan. References documentation such as the EMETL standard, PPE Grid, MSDS or equivalent during planning and includes relative information in the job plan.<br>• Supports Maintenance Procedure Use Policy: **General** (locally defined)<br>o May be asked to perform technical reviews of procedures<br>o May serves as a technical resource during procedure creation and review<br>o Supports development of the "Procedure Exemption List"<br>o Creates/develops/changes/updates job procedures and checklists, and initiates procedure MOC's as required. |



DOW RESTRICTED

| | |
|---|---|
| **Responsibilities** | *Please refer to ODMS Maintenance Procedure Use Policy for link to <050304_L3F_Maintenance_Procedure_Use_Policy_Temp>*<br><br>• Record tasks/information within the PM order<br>• Notify other crafts of their requirement to provide input to job plan (verbal, communication sub)<br>• Create FLOC Task List for repetitive job plans<br>• Creates DMS records for repetitive picture sheets and procedures<br>• Consider constructability and maintainability when developing plans<br>• Consider material costs when selecting materials from specifications<br>• Utilizes the Most Effective Technology where applicable<br>• Ensures job plans adhere to Dow EH&S Standards and local regulations/standards that are legally required or more stringent than Dow EH&S Standards |
| **Skills & Knowledge** | Skills (employee is able to)<br><br>• Develop/manage Task List<br>• Follow Make Product – Repair and Maintain Work Process<br>• Develop (plans for) job packages<br>• Demonstrate proficiency in use of the approved maintenance information systems (ex. Maint work order, maint purchasing, maint planning and scheduling, pipe specification system, etc.)<br>• Field plan<br>• Recognize safety needs<br>• Utilize technical resources<br>• Collect specific procedures as relevant to the job (e.g. Safety) to include in job package<br>• Access and utilize Most Effective Technology (MET)<br>• Recognize deviations from Most Effective Technology and recommend upgrades<br>• Understand and follow the Maintenance Reporting Business Rules<br>• Conduct job site inspections<br>• Use Critical Path Methodology in job plans<br>• Estimating skills<br>• Reference procedures and specifications<br>• Use piping specifications<br>• Use Maintenance Operating Discipline<br>• Specify materials for requisitioning (parts, cost, deliver, etc.)<br>• Participate in a Root Cause Analysis |



DOW RESTRICTED

**Skills & Knowledge,** continued

Knowledge (employee knows/understands)

- Task List Archived plans
- MPWP and Work Process contacts
- Job package
- Approved maintenance information systems (ex. Maint work order, maint purchasing, maint planning and scheduling, pipe specification system, etc.
- Field planning
- Safety requirements
- Technical Resource Network
- Contracting methodology
- Cost Estimating technicians
- Relevant engineering specifications/ETS
- Skill set available in Do Maintenance
- Most Effective Technology and where/how to locate
- Maintenance Reporting Business Rules
- How to conduct job site inspection
- A job scope
- Common terminology
- Job planning basics
- Process equipment basics
- Critical path planning
- Logical sequencing basics
- Types of Planning constraints
- Know which procedures and specifications are applicable
- Piping specifications
- Maintenance operating discipline
- Procurement basics
- How to specify materials for requisitioning (parts, cost, deliver, etc.)
- Root Cause Analysis process
- Utilize AMSL (Approved Manufacturer and Supplier List) to identify appropriate suppliers and equipment under contract
- Utilize AMSL (Approved Manufacturer and Supplier List) to identify appropriate labor contractors approved for site
- Utilizes Purchasing's Supplier – Site Specific Information web page to confirm labor suppliers have current authorizations
- Working knowledge of EH&S Standards (Dow and external) or know who to contact for specific application to job plans



DOW RESTRICTED

| | |
|---|---|
| **Document Owner and Contact** | Owner: Continuous Improvement Center of Excellence.<br>Submit questions, suggestions for changes and general comments about this document via email to MakeProduct@Dow. |
| **Classification** | This document is DOW RESTRICTED unless otherwise specified. Do not share with persons outside of the company. Use normal office practices for disposal. Refer to Dow Keyword: *Information Classification* guidelines. |
| **Retention** | Keep until superseded. Audit all documents annually. |
| **Revision History** | The following information identifies the latest changes to this document. |

| Date | Revised By | Revision Description |
|---|---|---|
| 26-Sept-2016 | Cindy Spaulding | Updated using new Role Description template |
| 01-May-2019 | Scott Cormier/Tim Flanagan | Updated as part of Plan to Standard TST |
| 15 April 2020 | Chris Leonard | Add expectations of knowledge of EH&S Standards |
| | | |



DOW RESTRICTED

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MR. MICHAEL GILMORE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

September 1, 2020

Mr. Michael F. Gilmore

RE: Long Term Disability (LTD) Benefits
The Dow Chemical Company
Claim #: 10419522

Dear Mr. Michael Gilmore:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under The Dow Chemical Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On August 28, 2020 and August 31, 2020, we requested a return call from you to provide us with medical information regarding your claim. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2020 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

The Dow Chemical Company's LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than October 14, 2020 as required under the terms of the Policy.

We also ask that you complete and return the enclosed forms no later than October 14, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darcy Sunderland
Senior LTD Claims Examiner
Phone No.: (800) 210-0268 Ext. 16293
Secure Fax No.: (603) 285-4389

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Direct Deposit Application
SS Reimbursement Agreement
Training Education Experience
W-4S 2020

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

Return To: Darcy Sunderland



EMPLOYEE/CLAIMANT NAME: Michael Gilmore

CLAIM NO: 10419522 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: The Dow Chemical Company

TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

Please provide a copy of your driver's license when returning this form.

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends?________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®



How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ________________________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________________________________________________________

______________________________________________________________________________

**Lincoln/Gilmore 1399**

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week?__________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

Describe in your own words, what prevents you from engaging in any gainful employment.

______________________________

______________________________

______________________________

______________________________

______________________________

Please describe your daily routine: (if more space is needed, please use the back of this form)

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

**Lincoln/Gilmore 1400**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

Person(s) or group(s) of persons authorized to disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ________________ Claim Number: 10419522

A copy of this authorization will be considered as valid as the original.

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®
Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

Return To: Darcy Sunderland

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ____________

TO BE COMPLETED BY EMPLOYEE:
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

MEDICAL INSURANCE CARRIER(S):

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

PHARMACY(S):

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Gilmore 1402**

SIGNATURE: ________________________________ DATE: ______________________________

Lincoln/Gilmore 1403

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

Lincoln Financial Group®

Return to: Darcy Sunderland

EMPLOYEE/CLAIMANT NAME: Michael Gilmore — CLAIM #: 10419522
EMPLOYER: The Dow Chemical Company — DATE OF BIRTH: ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Workers' Compensation | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Other income/money/benefit (describe) ____ | ____ | ____ | ____ | ____ |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

EMPLOYEE'S PRINTED NAME: ________________

DATE: ________ EMPLOYEE'S SIGNATURE: ________________

DP 409

**Lincoln/Gilmore 1404**

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

Return To: Darcy Sunderland

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ______

CHECK ONE: ☐ New ☐ Change
YOUR TELEPHONE NUMBER: ( ) ______
ADDRESS: ______ CITY: ______ STATE: ______ ZIP: ______

AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

REQUIRED FIELDS ARE BOLDED BELOW
***All must be completed or your form will be rejected***

TYPE OF ACCOUNT: ☐ Checking ☐ Savings BANK NAME: ______
9 DIGIT ABA ROUTING NUMBER: ______ BANK ADDRESS: ______
YOUR ACCOUNT NUMBER: ______ CITY: ______ STATE: ______ ZIP: ______
BANK PHONE: ( ) ______

***You must check yes or no to BOTH of the following two questions***

WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.? ☐ YES ☐ NO

DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.? ☐ YES ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

ATTACH VOIDED CHECK HERE
Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**Lincoln/Gilmore 1405**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

How does direct deposit work?
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

How do I sign up?
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the necessary voided check or savings account deposit slip and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

How soon can my direct deposits begin?
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

What if I move to a non US State or territory and receiving Direct Deposit payments?
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

What happens if I am out of town when the payment is due?
Your deposit is in your account. You may access it any time after it is deposited.

What if I change bank accounts?
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

Can I change my mind?
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

What if I have questions?
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

What happens if I fail to complete my direct deposit application?
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Lincoln Financial Group®

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as disability benefits ) will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Michael Gilmore Date of Birth: ____________

Employer: The Dow Chemical Company Policy/Plan Sponsor No. 04 - 437693

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group s written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group s overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group s written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) ____________________

(Address) ____________________

(Date) ____________________

***Please retain a copy for your records or one can be provided upon request.***

**Lincoln/Gilmore 1407**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 285-4389

EMPLOYEE/CLAIMANT NAME: Michael Gilmore
CLAIM NO: 10419522
EMPLOYER/SPONSOR: The Dow Chemical Company DATE OF BIRTH: ______

Please fill out each section completely

EDUCATIONAL BACKGROUND: (If you have a resume, please attach)

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

WORK EXPERIENCE: (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________________ Department: ______________________ From: __________ To: ________

Job Title(s): ______________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________

______________________________________________

4. Company: ______________________ Department: ______________________ From: __________ To: ________

Job Title(s): ______________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________

______________________________________________

5. Company: ______________________ Department: ______________________ From: __________ To: ________

Job Title(s): ______________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________________________

______________________________________________

## Computer Utilization:

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ____________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

SIGNATURE: ______________________ PHONE NO: (     ) ______________________

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2020**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2020 . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040 or Form 1040-SR), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2020** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2019 Instructions for Forms 1040 and 1040-SR . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2020 or paid or to be paid with 2020 estimated tax payments . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2020, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,800* |
| Head of household | $18,650* |
| Single or Married filing separately | $12,400* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See the 2020 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2020 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2020 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | **$0 + 10%** | **$0** |
| 9,875 | 40,125 | **987.50 + 12%** | **9,875** |
| 40,125 | 85,525 | **4,617.50 + 22%** | **40,125** |
| 85,525 | 163,300 | **14,605.50 + 24%** | **85,525** |
| 163,300 | 207,350 | **33,271.50 + 32%** | **163,300** |
| 207,350 | 518,400 | **47,367.50 + 35%** | **207,350** |
| 518,400 | and greater | **156,235 + 37%** | **518,400** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,100 | **$0 + 10%** | **$0** |
| 14,100 | 53,700 | **1,410 + 12%** | **14,100** |
| 53,700 | 85,500 | **6,162 + 22%** | **53,700** |
| 85,500 | 163,300 | **13,158 + 24%** | **85,500** |
| 163,300 | 207,350 | **31,830 + 32%** | **163,300** |
| 207,350 | 518,400 | **45,926 + 35%** | **207,350** |
| 518,400 | and greater | **154,793.50 + 37%** | **518,400** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,750 | **$0 + 10%** | **$0** |
| 19,750 | 80,250 | **1,975 + 12%** | **19,750** |
| 80,250 | 171,050 | **9,235 + 22%** | **80,250** |
| 171,050 | 326,600 | **29,211 + 24%** | **171,050** |
| 326,600 | 414,700 | **66,543 + 32%** | **326,600** |
| 414,700 | 622,050 | **94,735+ 35%** | **414,700** |
| 622,050 | and greater | **167,307.50 + 37%** | **622,050** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | **$0 + 10%** | **$0** |
| 9,875 | 40,125 | **987.50 + 12%** | **9,875** |
| 40,125 | 85,525 | **4,617.50 + 22%** | **40,125** |
| 85,525 | 163,300 | **14,605.50 + 24%** | **85,525** |
| 163,300 | 207,350 | **33,271.50 + 32%** | **163,300** |
| 207,350 | 311,025 | **47,367.50 + 35%** | **207,350** |
| 311,025 | and greater | **83,653.75 + 37%** | **311,025** |

**Lincoln/Gilmore 1411**

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

## View Submission

Claim number: **10411698**

### About Your Employee

| | |
|---|---|
| **Social Security Number**: | |
| **First Name**: | Michael |
| **Middle Initial**: | |
| **Last Name**: | Gilmore |
| **Gender**: | Male |
| **Date of Birth**: | |
| **Personal Phone**: | |
| **Personal Email**: | |
| **Preferred method for non-confidential correspondence**: | Mail |

| | |
|---|---|
| **Residential Address 1**: | |
| **Residential Address 2**: | |
| **Residential City**: | |
| **Residential State**: | |
| **Country**: | United States |
| **Postal Code**: | |
| **Country of Employment**: | United States |
| **State of Employment**: | Tennessee |

**Lincoln/Gilmore 1413**

## Additional Information

| | |
|---|---|
| **Date of Hire**: | 01/08/2001 |
| **Employee ID**: | 538246 |
| **Work State**: | Tennessee |
| **Subsidiary**: | 4049 |
| **Location/Branch**: | 00000000 |
| **Employee Type**: | Full-Time |
| **Job Requirements Description**: | Please contact Leader Name James Fowlkes e-mail JFowlkes@dow.com Phone 1 865 521 8239 Enrolled in Class 2B as of Date enrolled in LTD 1.1.2010 |
| **Physical Demands**: | |
| **Pay Type**: | |
| **Earnings (excluding commissions and bonuses)**: | $7,658.34 |

| | |
|---|---|
| **Class**: | 2B |
| **Employee Premium Contribution**: | |
| **Employer Premium Contribution**: | |
| **Benefit Percent**: | |
| **Days per Week**: | |
| **Hours per Day**: | |
| **Scheduled Work Days**: | |
| **Current Work Status**: | |

**Lincoln/Gilmore 1414**

| | |
|---|---|
| **Please select the condition that best describes the circumstances?** | Illness or related medical treatment |
| **What is the Date of Disability? This is the first day the Employee is unable to perform their job duties, regardless of work schedule.** | 05/11/2020 |
| **What was the last day worked or expected last day worked?** | 05/08/2020 |
| **Was this the result of an accident?** | |
| **Was the Employee in a motor vehicle accident?** | |
| **Did this occur while on the job?** | No |
| **Did/Will the Employee be going to the hospital?** | |
| **Did/Will the Employee have surgery?** | Unknown |
| **Please provide the Employee's diagnosis or a description of the condition or symptoms.** | |
| **Please provide details around the Employee's related complications, surgeries, injuries, or any additional details related to the absence.** | |

**Lincoln/Gilmore 1415**

**From:**Rabideau, Elaine (EE) <EERabideau@dow.com>
**Sent:**Mon, 31 Aug 2020 11:40:16 +0000
**To:**Sunderland, Darcy
**Subject:**FW: LTD Claim 10419522, Michael Gilmore
**Attachments:**Gilmore Michael 538246 LFG submission.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Here you go Darcy,

Have a great day!

Elaine

---

**From:** Sunderland, Darcy <Darcy.Sunderland@lfg.com>
**Sent:** Friday, August 28, 2020 12:21 PM
**To:** Rabideau, Elaine (EE) <EERabideau@dow.com>
**Subject:** LTD Claim 10419522, Michael Gilmore

This email originated from outside of the organization.

Good Afternoon,

We have received a new LTD claim for Mr. Gilmore however due to what appears to be a system issue on our end, we are unable to view the intake form you provide. Would you be able to send a copy of the intake form to me?

Thank you,



**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com

**Follow us on:**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Sunderland, Darcy
**Sent:**Mon, 31 Aug 2020 17:36:42 +0000
**To:**jfowlkes@dow.com
**Subject:**Michael Gilmore; Job Description

Good Afternoon,

Could you kindly provide a job description on a newly submitted LTD claim (# 10419522) for Mr. Gilmore?

If you have any questions please feel free to call me at 1-800-210-0268 ext 16293.

Thank you,


**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

**LincolnFinancial.com**


**Follow us on:**


This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

**From:**Sunderland, Darcy
**Sent:**Fri, 28 Aug 2020 16:20:59 +0000
**To:**EERabideau@dow.com
**Subject:**LTD Claim 10419522, Michael Gilmore

Good Afternoon,

We have received a new LTD claim for Mr. Gilmore however due to what appears to be a system issue on our end, we are unable to view the intake form you provide. Would you be able to send a copy of the intake form to me?

Thank you,




**Darcy Sunderland**
Senior Claims Examiner
Long Term Disability
Lincoln Financial Group
P.O. Box 7206
London, KY 40742

Office: 800-210-0268
Ext. 16293
Fax: 603-285-4389

LincolnFinancial.com


**Follow us on:**


This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 extension 16293 and permanently delete the original and any copy of any e-mail and any printout thereof

Lincoln Financial Group®
Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

MICHAEL GILMORE

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 27, 2020

MICHAEL GILMORE

0000

RE: THE DOW CHEMICAL COMPANY
Long Term Disability Benefits
Claim #: 10419522

MR. GILMORE

We acknowledge receipt of your request for consideration of disability benefits.

Lincoln Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Tennessee law requires us to provide the following statement: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

Sincerely,

Taylor Daigler
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

**From:** DoNotReply@lfg.com
**Sent:** Thu, 27 Aug 2020 17:03:12 +0000
**To:** EERabideau@dow.com
**Subject:** Claim #10419522, MICHAEL GILMORE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 10419522.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.