**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **MICHAEL F. GILMORE,** | ) |
| | ) CIVIL ACTION NO. 3:23-cv-00212-TAV-DCP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Thomas A. Varlan |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENT TO**
**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD UNDER SEAL**

Defendant The Lincoln National Life Insurance Company files this Supplement to Defendant's Submission of Administrative Record (Document 26) filed on November 11, 2023.

4. Summary Plan Description for The Dow Chemical Company Long Term Disability Program (Lincoln/Gilmore 1425-1495).

Dated this 27th day of December 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **27th day of December 2023**, a true and correct copy of the foregoing **SUPPLEMENT TO DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification.

John P. Dreiser, Esq.
john@farmerdreiser.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers