**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **MICHAEL F. GILMORE,** | ) |
| | ) CIVIL ACTION NO. 3:23-cv-00212-TAV-DCP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Thomas A. Varlan |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) |
| | **)** |
| | ) |
| Defendant. | ) |

**<u>JOINT MOTION TO EXTEND SCHEDULING ORDER DEALINES</u>**

COME NOW Plaintiff, Michael F. Gilmore ("Plaintiff"), and Defendant, The Lincoln National Life Insurance Company ("Lincoln"), by and through their undersigned counsel of record, file this Joint Motion to Extend Scheduling Order Deadlines and would show unto the Court as follows:

1. On August 25, 2023, the Court entered a Scheduling Order (dkt 23) containing deadlines for the Defendant to serve and to file the administrative record and for the Parties to file motions for Judgment on the Record.

2. Defendant filed a Notice of Service of the ERISA Record (dkt 25) on October 9, 2023, and Defendant's Submission of Administrative Record (dkt 26) was filed on November 8, 2023. As such, the only remaining deadlines are for the Parties to file motions for Judgment on the Record by January 7, 2024 (90 days after the defendant filed its "Notice of Service of the ERISA Record") and to file responses 20 days after service of the initial motions for Judgment on the Record.

3. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing the briefs if the case will be resolved through settlement. Accordingly, the Parties respectfully request a 60-day extension of the briefing deadlines.

4. This Joint Motion to Extend Scheduling Order Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request the Court enter an Order extending the remaining deadlines set in this case as follows:

- The parties shall file their respective motions for Judgment on the Record, with supporting memorandum of law and citations to the ERISA record, by **March 7, 2024**
- Responses to motions for Judgment on the Record shall be filed by **March 27, 2024**.

Respectfully submitted this 2nd day of January 2024.

**LAW OFFICES OF TONY FARMER AND JOHN DREISER**

/s/ John P. Dreiser
John P. Dreiser (BPR #020743)
1356 Papermill Pointe Way
Knoxville, TN 37909
PH: (865) 584-1211
FX: (865) 584-1171
Email: John@farmerdreiser.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the **2nd day of January 2024**, a true and correct copy of the foregoing **JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

John P. Dreiser, Esq.
john@farmerdreiser.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers