UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MICHAEL F. GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | No.: 3:23-CV-212-TAV-DCP |

**<u>ORDER</u>**

This civil action is before the Court on the parties' Joint Motion to Extend the Scheduling Order Deadlines [Doc. 29], in which they seek a 60-day extension of time to meet their remaining briefing deadlines established by the Court's Scheduling Order [Doc. 23]. In support, the parties state that an extension may allow them to resolve the case through settlement, which would save both time, expense, and resources. Specifically, the parties request an extension to file their respective motions for Judgment on the Record, with supporting memorandum of law and citations to the ERISA record, by March 7, 2024, and their responses to the motions for Judgment on the Record by March 27, 2024.

In light of the parties' agreement, and for good cause shown, the Court hereby **GRANTS** the joint motion [Doc. 29]. The parties shall have up to and including **<u>March 7, 2024</u>**, to file their respective motions for Judgment on the Record, with supporting memorandum of law and citations to the ERISA record, and they shall have up to and

including **March 27, 2024**, to file their responses to the motions for Judgment on the Record.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE