**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **MICHAEL F. GILMORE,** | ) |
| | ) CIVIL ACTION NO. 3:23-cv-00212-TAV-DCP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Thomas A. Varlan |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

# JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Michael F. Gilmore and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 7th day of February 2024.

Respectfully submitted,

**DREISER LAW GROUP, PLLC**

/s/ John P. Dreiser
John P. Dreiser (BPR #020743)
1356 Papermill Pointe Way
Knoxville, TN 37909
PH: (865) 584-1211
FX: (865) 584-1171
Email: John@farmerdreiser.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT